# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

LESZEK PANELIKOWSKI # Y31510 )

_____ )   Case Number: _____24-1445-SPM_____

_____ )

_____ )     _(Clerk's Office will provide)_

_Plaintiff(s)/Petitioner(s)_ )

v. )   ☑ CIVIL RIGHTS COMPLAINT

 )   pursuant to 42 U.S.C. §1983 (State Prisoner)

LAWRENCE CORRECTIONAL CENTER )   ☐ CIVIL RIGHTS COMPLAINT

ADMINISTRATION, WEXFORD MEDICAL )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)

STAFF, ET. AL. DEFENDANTS )   ☑ CIVIL COMPLAINT

 )   pursuant to the Federal Tort Claims Act, 28 U.S.C.

_Defendant(s)/Respondent(s)_ )   §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

    LAWRENCE CORRECTIONAL CENTER
    10930 LAWRENCE RD.
    SUMNER, IL. 62466

**Defendant #1:**

B.   Defendant ___COUNSELOR T. FITZGERALD___ is employed as
               (a)        (Name of First Defendant)

    _____COUNSELOR_____
               (b)            (Position/Title)

    with ___LAWRENCE CORRECTIONAL CENTER___
               (c)      (Employer's Name and Address)

    ___10930 LAWRENCE RD. SUMNER, IL. 62466___

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:

    IDOC EMPLOYEE

Rev. 10/3/19

**Defendant #2:**

C.    Defendant ___DEE DEE BROOKHART___ is employed as

(Name of Second Defendant)

(EX) WARDEN_____

(Position/ Title)

with ___LAWRENCE CORRECTIONAL CENTER___

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain:

IDOC EMPLOYEE (WARDEN)

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

SEE ADITIONAL PAGES

Rev. 10/3/19

# ADDITIONAL DEFENDANTS

**#3** ADMINISTRATIVE GRIEVANCE OFFICER
(AT TIME OF COMPLAINT)

LAWRENCE CORRECTIONAL CENTER

**#4** CARISSA LUKING NP (WEXFORD EMPLOYEE)
LAWRENE CORRECTONA CENTER
HEALTH CARE NURSE PRACTIONER AT LAWRENCE

**#5** NP WISE (WEXFORD EMPLOYEE)
LAWRENCE CORRECTIONAL CENTER
HEALTH CARE NURSE PRACTITIONER AT LAWRENCE

**#6** LORI CUNNINGHAM, MEDICAL DIRECTOR
LAWRENCE CORRECTIONAL CENTER
IDOC EMPLOYEE, MEDICAL DIRECTOR AT LAWRENCE

**#7** WEXFORD HEALTH SOURCES INC, ET. AL.
LAWRENCE CORRECTIONAL CENTER
IDOC CONTRACTED AT LAURENCE CORRECTIONAL

**#8.** LAWRENCE CORRECTIONAL CENTER ADMINISTRATION, ET. AL.
IDOC EMPLOYEES AT LAWRENCE CORRECTIONAL CENTER
10980 LAWRENCE RD. SUMNER, IL 62466

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):

LESZEK PAWELKOWSKI  # Y 31510

Defendant(s):

VICKI WALLER, ET. AL. DEFENDANTS

2.    Court (if federal court, name of the district; if state court, name of the county):
U.S. DISTRICT COURT FOR THE SOUTHERN DIST. OF ILLINOIS

3.    Docket number:
21 - CV - 582 - MAB

4.    Name of Judge to whom case was assigned:
UNKNOWN

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

CIVIL COMPLAINT

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

PENDING

Rev. 10/3/19

7.   Approximate date of filing lawsuit:

N/A

8.   Approximate date of disposition:

N/A

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

N/A

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution?  ☒ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?  ☒ Yes    ☐ No

C.   If your answer is YES,
   1.   What steps did you take?

Submitted Requests, Grievances, Follow-up Grievances, Sent to Administrative Review Board, Verbal Requests & Complaints

   2.   What was the result?

Refused Translation Services

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?  ☐ Yes    ☐ No

F.   If your answer is YES,
   1.   What steps did you take?

Rev. 10/3/19

2.    What was the result?


G.    If your answer is NO, explain why not.


H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

My Constitutional right to translation services, translation services for administrative procedures under the court translation act, my right to due-process and constitunal violations under the 8th amendment "cruel and unusual punishment" deliborte indifference to medical needs (sufficiently serious) through refusal to provide translation services.

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*FINANCIAL COMPENSATON*

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  *06/05/2024*
(date)

*10930 LAWRENCE RD*
Street Address

*SUMNER IL. 62466*
City, State, Zip

*Leszek Powelkowski*
Signature of Plaintiff

*Leszek Powelkowski*
Printed Name

*Y 31510*
Prisoner Register Number

*N/A*
Signature of Attorney (if any)

UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF ILLINOIS

LESZEK PAWELKOWSKI )
# Y31510, )
     PLAINTIFF, )  CASE # ( UNASSIGNED )
  - VS - )
LAWRENCE CORRECTIONAL CENTER )
ADMINISTRATION, WEXFORD MEDICAL )
STAFF, ET. AL., DEFENDANTS )

1.) NOW COMES PLAINTIFF, LESZEK PAWELKOWSKI, # Y31510, PRO SE, BY AND THROUGH AMICUS CURIAE, BRIAN KASSING, # S16931, WITH HIS CIVIL COMPLAINT AND STATES THE FOLLOWING:

2.) BECAUSE NO INTERPRETATION SERVICES ARE AVAILABLE TO MR. PAWELKOWSKI, HIS COMPLAINTS WERE COMMUNICATED TO THIS AMICUS CURIAE BY THE PLAINTIFF'S POLISH SPEAKING FRIEND. PIOTR WOSTANIA # Y57694.

3) THIS AMICUS CURIAE, BRIAN KASSING S16931 AS WELL AS MR. PAWELKOWSKI'S POLISH SPEAKING FRIEND, PIOTR WOSTANIA # Y57694 MAKE THEMSELVES AVAILABLE TO THIS COURT, AS THIS COURT FINDS NECESSARY.

p.1

## LANGUAGE BARRIER

1) MR. PAWELKOWSKI DOES NOT UNDERSTAND, SPEAK, READ OR WRITE ENGLISH WELL. THIS IS A FACT THAT IS NOT A SECRET TO THE ILLINOIS DEPARTMENT OF CORRECTIONS (HEREIN AFTER "IDOC"). IT WAS RECOGNIZED BY THE AMERICAN CONSULATE IN CHICAGO WHILE THE PLANTIFF WAS IN COOK COUNTY. IT HAS BEEN RECOGNIZED BY THE SOUTHERN DISTRICT OF ILLINOIS IN MR. PAWELKOWSKI'S OTHER ONGOING CIVIL CASE (SEE EXHIBIT GROUP DOCUMENTS D, DOCUMENT #1, HEREIN AFTER "DOCS D #1"). DOCS D #1 IS AN AGREED MOTION FOR EXTENSION OF TIME TO RESPOND, FILED BY MR. PAWELKOWSKI'S ASSIGNED COUNSEL, IN HIS OTHER ON-GOING CASE, DUE TO THE INABILITY FOR MR. PAWLKOWSKI AND HIS COUNSEL TO COMMUNICATE IN THE ENGLISH LANGUAGE. THE IDOC ADMINISTRATIVE REVIEW BOARD AND IDOC ACTING DIRECTOR, LATOYA HUGHES ALSO RECOGNIZE THIS LANGUAGE BARRIER. DOCS D #2 IS A SIGNED LETTER FROM THE ADMINISTRATIVE REVIEW BOARD AND IDOC ACTING DIRECTOR THAT STATES "THIS OFFICE FEELS THAT EACH WORD OF THE GRIEVANCE SHOULD BE TRANSLATED TO AVOID MISCOMMUNICATION AND/OR POTENTIAL MISSED ISSUES".

2) LAWRENCE CORRECTIONAL CENTER (HERIN AFTER "LAWRENCE") ADMINISTRATION HAS KNOWN ABOUT THIS LANGUAGE BARRIER FOR A LONG TIME AND HAS DOCUMENTED THEIR AWERNESS, YET THEY CONTINUALLY AND BLATANTLY REFUSE MR. PAWELKOWSKI'S RIGHT TO INTERPRETATION SERVICES.

P. 2

## INTERPRETATION SERVICES

1.) INTERPRETATION SERVICES ARE AVAILABLE AT LAWRENCE. PRISON ADMINISTRATION, IDOC MEDICAL STAFF AND WEXFORD MEDICAL STAFF ALL HAVE CLEAR, SIMPLE LANGUAGE INTERPRETATION PROCEDURES. EXHIBIT DOCS D #3, P.1, P.2 & P.3 IS A COPY OF THOSE PROCEDURES WHICH CAN BE FOUND IN MR. PAWELKOWSKI'S MASTER FILE. THIS PARTICULAR COPY IS ADDRESSED TO COUNSELOR TATE (LAWRENCE ADMINISTRATION) FROM LORIE CUNNINGHAM (LAWRENCE MEDICAL DIRECTOR), SHOWING PRISON AND MEDICAL ADMINISTRATION'S KNOWLEDGE AS WELL AS THEIR DISREGARD OF LANGUAGE INTERPRETATION PROCEDURES.

2.) MR. PAWELKOWSKI IS CONTINUALLY DENIED HIS CONSTITUTIONAL RIGHT TO INTERPRETATION SERVICES AS BOTH AN AMERICAN CITIZEN AS WELL AS AN ILLINOIS STATE PRISONER.

## ADMINISTRATIVE REMEDIES

1.) UNDER THE PRISON LITIGATION REFORM ACT, A STATE PRISONER WHO WISHES TO BRING A CIVIL RIGHTS ACTION, CANNOT DO SO UNLESS HE HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES. THE SUPREME COURT UPHOLDS THAT "ADMINISTRATIVE REMEDIES ARE AVAILABLE FOR THE PURPOSES OF THE PLRA'S EXHAUSTION REQUIREMENT IF THEY ARE CAPABLE OF USE TO OBTAIN SOME RELIEF FOR THE ACTION COMPLAINED OF. REMEDIES ARE

P.3

AVAILABLE ONLY IF A PRISONER HAS BEEN
NOTIFIED OF THEIR EXISTANCE. PRISONERS ARE
NOT EXPECTED TO DIVINE THE ABILITY OF
GRIEVANCE PROCEDURES. EXISTING REMEDIAL
PROCESSES ARE ONLY AVAILABLE ONLY IF
COMMUNICATED IN A WAY REASONABLY LIKELY TO
BE UNDERSTOOD "

- QUOTING RAMIREZ V. YOUNG, 906 F 3d 530

2) KEEPING THIS IN MIND, NO ADMINISTRATIVE REMEDIES
WERE AVAILABLE TO MR. PAWELKOWSKI. IN RAMIREZ
V. YOUNG 906 F 3d 530 IT IS ESTABLISHED THAT
ACCESS TO THE GRIEVANCE PROCEDURE IS THE KEY
TO SEEK REDRESS FOR CONSTITUTIONAL VIOLATIONS
OCCURRING WITHIN THE PRISON. MR. PAWELKOWSKI
DOES NOT HAVE ACCESS TO LAWRENCE GRIEVANCE
PROCEDURES. HE WAS NEVER GIVEN THE GRIEVANCE
PROCEDURE IN HIS NATIVE POLISH LANGUAGE. NO
ONE EVEN ATTEMPTED TO TRANSLATE FOR HIM "IN
A WAY REASONABLY LIKELY TO BE UNDERSTOOD".
ON TH

3) ON THESE GROUNDS THIS CASE CANNOT BE DISMISSED
FOR FAILURE TO EXHAUST. QUOTING THE SAME CASE,
"BEFORE DISMISSING A PRISONER'S COMPLAINT FOR
FAILURE TO EXHAUST, THE DISTRICT COURT SHOULD
BE ABLE TO POINT TO EVIDENCE THAT THE RELEVANT
ADMINISTRATIVE PROCEDURES WERE EXPLAINED IN TERMS
INTELLIGABLE TO LAY PERSONS. THAT ANALYSIS MUST
ALSO ACCOUNT FOR INDIVIDUAL CAPABILITIES". THE
ADMINISTRATIVE PROCEDURES WERE NEVER EXPLAINED

P. 4

TO MR. DAWELKOVSKI, IN HIS NATIVE LANGUAGE, IN A WAY INTELLIGABLE TO ANY PERSON, MUCH LESS LAY PERSON'S

4.) UNDER THE COURT INTERPRETERS ACT, 28 U.S.C.S. 1827 MANDATES THAT APPOINTMENTS OF INTERPRETERS IS UPHELD TO ESTABLISH STATUTORY GUIDANCE FOR THE TRANSLATION AND USE OF TRANSLATORS IN ORDER TO ENSURE THAT THE QUALITY OF THE TRANSLATION DOES NOT FALL BELOW A CONSTITUTIONALLY PERMISSABLE THRESHOLD. FOR YEARS MR. PAWELKOWSKI HAS NOT BEEN ALLOWED INTERPRETATION SERVICES, EVEN THOUGH THE PRISON ADMINISTRATION WAS FULLY AWARE OF THE LANGUAGE BARRIER, AS WELL AS MANDATED BY THE ACTING DIRECTOR OF IDOC, AND THEREFORE DOES NOT MEET THE CONSTITUNALLY PERMISSABLE THRESHOLD AND CONSEQUENTLY A VIOLATION OF MR. PAWELOKOWSILI'S CIVIL RIGHTS AS A U.S. CITIZEN AND PRISONER OF THE STATE OF ILLINOIS.

## DUE-PROCESS

1.) PROCEDURAL DUE-PROCESS SCOPE OF PROTECTION IS NOT LIMITED TO PURE CRIMINAL PROCEEDINGS BOTH STATE AND FEDERAL COURTS HAVE UPHELD THAT INTERPRETERS MAY BE NECESSARY TO PROTECT A DEFENDANT'S DUE-PROCESS RIGHTS IN OTHER PROCEEDINGS WHERE IMPORTANT RIGHTS ARE AT STAKE. DUE-PROCESS RIGHTS MUST BE OBSERVED IN IMMIGRATION PROCEEDINGS, FOR EXAMPLE,

P.5

EVEN THOUGH THE ARE NOT CRIMINAL PROCEEDINGS.
THE SAME PRINCIPAL HAS BEEN APPLIED AND
UPHELD IN THE PRISON SETTING, INCLUDING
ALL PRISON ADMINISTRATIVE PROCEEDINGS AND
PROCEDURES.

2) IN THE QUESTION OF DUE-PROCESS, IT IS
UPHELD THAT "A DEFENDANT IS DENIED DUE-
PROCESS WHEN HE IS UNABLE TO UNDERSTAND
THE PROCEEDINGS DUE TO A LANGUAGE DIFFICULTY"

- QUOTING MENDOZA V. UNITED STATES, 755 F. 3d 821,
  827. 7th CIRCUIT, 2014

MR. PAWELKOWSKI'S LANGUAGE BARRIER GOES WELL
ABOVE AND BEYOND A "LANGUAGE DIFFICULTY",
(AS QUOTED ABOVE) AND IS KNOWN AND DOCUMENTED
BY IDOC AND PRISON ADMINISTRATION AND IS
THEREFORE AN OBVIOUS AND BLATANT VIOLATION
OF MR. PAWELKOWSKI'S RIGHT TO DUE-PROCESS

3) IN ADDITION, MR. PAWELKOWSKI WOULD LIKE TO
BRING TO THIS COURTS ATTENTION ADDITIONAL VIOLATIONS
OF HIS CONSTITUTIONAL RIGHT TO DUE-PROCESS
BY INDIVIDUAL DEFENDANTS, AS OUTLINED LATER
IN THIS CASE.

P. 6

# EVIDENCE

1.) MR PAWELKOWSKI PRESENTS AN OVERWHELMING AMOUNT OF EVIDENCE IN AN ATTEMPT TO SHOW THIS COURTS THE ON-GOING AND EXTENSIVE VIOLATIONS TO HIS RIGHTS. UNDER THE PRISON LITIGATION REFORM ACT, IT STATES THAT "IN ORDER TO EXHAUST THEIR REMEDIES, A PRISONER NEED NOT FILE MULTIPLE, SUCCESSIVE GRIEVANCES IF THE OBJECTIONABLE CONDITION IS CONTINUING", HOWEVER, MR. PAWELKOWSKI HAS DONE SO IN AN ATTEMPT TO AVOID A CIVIL COMPLAINT, SUCH AS THIS, AS SHOWN BY HIS 44 UNTRANSLATED, AND IGNORED GRIEVANCES :

- SEE GROUP DOCUMENTS "B" # 1-44, LABELED EXHIBIT DOCUMENTS B, 1-44 AS "B 1-44" (HEREIN AFTER "DOCS B 1-44")

2.) AS WELL AS HIS 11 GRIEVANCES TRANSLATED BY LAWRENCE ADMINISTRATION, WELL AFTER THE GRIEVANCE SUBMISSION DATES, STILL IGNORED WITH NO RESPONSE WHATSOEVER.

- SEE GROUP DOCUMENTS "C" # 1-11, LABELED EXHIBIT DOCUMENTS C, 1-11 AS "C 1-11" (HEREIN AFTER "DOCS C 1-11")

3.) 10 TRANSLATED GRIEVANCES, WITH RESPONSES THAT ARE UNTRANSLATED. 5 OF WHICH WERE TRANSLATED AND RESPONDED TO OVER 1 YEAR AFTER MR.

P. 7

PAWELKOWSKI SUBMITTED THE GRIEVANCES.

-SEE GROUP DOCUMENT "F" # 1-10, LABELED
EXHIBIT DOCUMENTS F, 1-10 AS " F 1-10"
(HEREIN AFTER " DOCS F 1-10")

4.) 41 REQUEST SLIPS WRITTEN BY MR PAWELKOWSKI,
IN HIS NATIVE POLISH LANGUAGE, ALL OF WHICH
WERE IGNORED AND NEVER RESPONDED TO AND
ALTHOUGH MR PAWELKOWSKI HAS RECIEVED VERY FEW
RESPONSES TO HIS "OFFENDER REQUESTS" ALL RESPONSES
ARE IN ENGLISH.

-SEE GROUP DOCUMENTS "G" # 1-41, LABELED
EXHIBIT DOCUMENTS G, 1-41 AS " G 1-41"
(HEREIN AFTER " DOCS G 1-41 ")

5.) MR. PAWELKOWSKI ALSO INCLUDES MANY MEDICAL
DOCUMENTS, ALL UNTRANSLATED, DESPITE HIS INSISTANCE
THAT HE DOES NOT UNDERSTAND. ON THE OCCASIONS
THAT THE DEFENDANT GOES TO A HOSPITAL FOR
TESTS OR PROCEDURES THE LAWRENCE MEDICAL UNIT
ARE UNABLE TO PERFORM, THEY FIND IT NECESSARY
TO USE A POLISH SPEAKING TRANSLATOR. AGAIN THIS
LANGUAGE BARRIER IS WELL KNOWN AND WELL
DOCUMENTED BY LAWRENCE AS WELL AS WEXFORD
STAFF. HOWEVER, BECAUSE OF THEIR DELIBERATE
INDIFFERENCE TO MR. PAWEKOWSKI'S MEDICAL NEEDS,
THEY BLATANTLY AND KNOWINGLY REFUSE TO AFFORD
HIM BASIC MEDICAL CARE AND DECENCY DUE TO A
SIMPLE LANGUAGE BARRIER.

P. 8

COUNSELOR T. FITZGERALD, IDOC-ARV

1.) IN THE FOLLOWING GRIEVANCES AND
ASSOCIATED DOCUMENT EXHIBIT NUMBERS,
MR. PAWELKOWSK SUBMITTED IN HIS NATIVE
POLISH LANGUAGE AND WAS RCEIVED BY
GROUP DOCS'B. COUNSELOR FITZGERALD

DOC#3.   3-29-2023   GRIEVANCE # 04-23-803
DOC#7.   4-6-2023   GRIEVANCE # 04-23-256
DOC#8   4-13-2023   GRIEVANCE # 04-23-257
DOC#12   5-9-2023   GRIEVANCE # 05-23-079
DOC#13   5-10-2023   GRIEVANCE # 05-23-080

ALL OF WHICH WERE WRITTEN AN POLISH,
ALL OF WHICH HAVE A RESPONSE OF "UNABLE
TO TRANSLATE" OR " GRIEVANT HAS WRITTEN
GRIEVANCE IN A LANGUAGE THIS GRIEVANT
OFFICER IS UNABLE TO TRANSLATE.

2) IN THE FOLLOWING EXHIBIT DOCUMNTS C,
WHICH ARE TRANSLATED GRIEVANCES DATING
ALL THE WAY BACK TO 2-1-2023. THEY
STILL CONTAIN THE RESPONSE "GRIEVANT HAS
WRITTEN GRIEVANCE IN A LANGUAGE THIS GRIEVANT
OFFICER IS UNABLE TO TRANSLATE". THE
ADMINISTRATION OBVIOUSLY TRANSLATED SAID
GRIEVANCES "AFTER THE FACT". YET OFFERED
NO RESOLUTION TO THE ISSUES.

Group
Doc's ⟨

| | | | |
|---|---|---|---|
| Doc # 1 | 2 - 7 - 2023 | GRIEVANCE # | 02 - 23 - 017 |
| Doc # 2 | 1 - 29 - 2023 | GRIEVANCE # | 02 - 23 - 014 |
| Doc # 3 | 9 - 25 - 2022 | GRIEVANCE # | 10 - 22 - 041 |
| Doc # 4 | 9 - 25 - 2022 | GRIEVANCE # | 10 - 22 - 042 |
| Doc # 5 | 1 - 2 - 2023 | GRIEVANCE # | 02 - 23 - 046 |
| Doc # 6 | 1 - 30 - 2023 | GRIEVANCE # | 02 - 23 - 013 |
| Doc # 7 | 3 - 10 - 2023 | GRIEVANCE # | 3 - 23 - 076 |
| Doc # 8 | 3 - 3 - 2023 | GRIEVANCE # | 3 - 23 - 027 |

3.) MR. PAWELKOWSKI SUBMITTED ALL OF
SAID GRIEVANCES TO THE ILLINOIS DEPARTMENT
OF CORRECTIONS, ADMINISTRATIVE REVIEW BOARD
(HEREIN AFTER "IDOC, ADMIN. REVIEW
BOARD"). ALL OF WHICH WERE RETURNED TO
HIM STATING THAT THE INSTITUTION (LAWRENCE)
HAS THE ABILITY TO TRANSLATE GRIEVANCES
AND SHOULD BE ADDRESSED WITH LAWRENCE
ADMINISTRATION, EFFECTIVELY HALTING THE
GRIEVANCE PROCESS AS WELL AS MR. PAWELKOWSKI'S
ABILITY TO SEEK REDRESS FOR ANY ADMINISTRATIVE
ISSUES. HINDERING HIS DUE-PROCESS.

# (Ex) WARDEN DEE DEE BROOKHART

1) AS THIS COURT IS AWARE, THE PLANTIFF, MR. LESZEK PAWELKOWSKI # Y31510 HAS ANOTHER CURRENT ON-GOING CASE AGAINST VICKI WALKER, et. al. DEFENDANTS. CASE # 21-CV-882-MAB. IN THE SOUTHERN DISTRICT OF ILLINOIS.

THE SOUTHERN DISTRICT OF ILLINOIS HAS ACKNOWLEDGED MR. PAWELKOWSKI'S LANGUAGE BARRIER BETWEEN HIMSELF AND HIS APPOINTED COUNSEL. MR. PAWELKOWSKI'S APPOINTED COUNSEL HAS CONTINUALLY ATTEMPTED TO SCHEDULE A CALL BETWEEN THE TWO WITH THE ASSISTANCE OF A TRANSLATOR.

HOWEVER, MOTION FOR CONTINUANCES HAVE HAD TO BE FILED BECAUSE THE PREVIOUS LAWRENCE WARDEN, DEFENDANT DEE DEE BROOKHART REFUSED TO ALLOW SAID CALL. VIOLATING MR. PAWELKOWSKI'S RIGHT TO DUE-PROCESS, AS WELL AS HIS RIGHT TO AN INTERPRETER UNDER THE COURT INTERPRETERS ACT, 28 U.S.C.S. 1827.

2) THE FOLLOWING DOCUMENT:

* EXHIBIT GROUP DOCUMENTS "D" DOCUMENT #1 (HEREIN AFTER "DOC D #1") TITLED: "AGREED MOTION FOR EXTENSION OF TIME TO RESPOND"

...DETAILS THIS ISSUE, AND HIGHLIGHTS THE FACT THAT THE REQUEST TO SCHEDULE A CALL BETWEEN THE PLANTIFF, MR. PAWELKOWSKI,

pg. 11

AND HIS ASSIGNED COUNSEL, WITH THE USE
OF AN INTERPRETER, WAS DENIED BY THE
WARDEN AT THAT TIME, DEE DEE BROOKHART.

3.) MR. PAWELKOWSKI ONCE AGAIN BEGAN SEEKING
REDRESS FOR THIS ISSUE BY FILING A
GRIEVANCE IN HIS NATIVE POLISH LANGUAGE:

\* 1-31-24 GRIEVANCE # 12-23-295

THE GRIEVANCE OFFICER RESPONDED BY SAYING
THAT HE MET WITH MR. PAWELKOWSKI AND
OFFERED HIS ASSISTANCE IN TRANSLATING THE
GRIEVANCE. ALSO STATING, THAT HE HAS ALWAYS
BEEN ABLE TO VERBALLY COMMUNICATE WITH MR.
PAWELKOWSKI IN ENGLISH AND OFFERED TO WRITE
DOWN HIS ISSUES FOR HIM.
  WITH SUCH A RESPONSE, THE QUESTION MUST
BE ASKED... IF MR. PAWELKOWSKI CAN COMMUNICATE
EFFECTIVELY IN ENGLISH, WHY WOULD THERE BE
A NEED TO TRANSLATE HIS ISSUES FOR HIM?
THERE WOULD BE NO NEED FOR A TRANSLATOR.
EFFECTIVELY BLOCKING MR. PAWELKOWSKI'S ABILITY
TO SEEK ANY ADMINISTRATIVE REMEDIES

4.) MR. PAWELKOWSKI ALSO BRINGS TO THIS COURT'S
ATTENTION TWO DOCUMENTS:

\* GROUP EXHIBIT DOCUMENTS "E" DOCUMENT #1
AND DOCUMENT #2 (HEREIN AFTER "DOC. E
#1 & #2")

Pg. 12

DOC#1 OFFENDER REQUEST, DATED 3-2-2023, ADDRESSED
TO "MS. DEEDEE BROOKHART"

DOC#2 OFFENDER REQUEST, DATED 5-2-2023, ADDRESSED
TO "MS. DEE DEE BROOKHART"

BOTH WRITTEN IN POLISH, UNINTERPRETED AND
PLACED IN MR. PAWELKOWSKI'S "MASTER FILE".
SHOWING THAT PRISON OFFICIALS AND MS. BROOKHART
WERE AWARE MR. PAWELKOWSKI WAS SEEKING
REMEDIES TO HIS ISSUES AND REFUSED TO
TRANSLATE HIS REQUESTS EVEN THOUGH THE
STAFF AT LAWRENCE HAD THE ABILITY TO DO SO.
ALSO SHOWING LAWRENCE ADMINISTRATION'S
DELIBERATE INDIFFERENCE TO MR. PAWELKOWSKI'S ISSUES.

## ADMINISTRATIVE GRIEVANCE OFFICER

1.) MR. PAWELKOWSKI WOULD LIKE TO BRING
SEVERAL DOCUMENTS TO THIS COURT'S ATTENTION IN
REGARDS TO LAWRENCE ADMINISTRATION AND THE
GRIEVANCE OFFICER'S BLATANT DISREGARD AND
DELIBERATE INDIFFERENCE TO MR. PAWELKOWSKI'S
ISSUES AND HIS RIGHT TO SEEK ADMINISTRATIVE
REMEDIES AND REDRESS FOR SAID ISSUES.

* GROUP DOCUMENTS "E", DOCUMENTS 3, 4, 5, 6
  - DOC #3 "INDIVIDUAL IN CUSTODY REQUEST" DATED 4-25-23
  - DOC #4 INDIVIDUAL IN CUSTODY REQUEST DATED 4-26-23
  - DOC #5 INDIVIDUAL IN CUSTODY REQUEST DATED 4-27-23
  - DOC #6 INDIVIDUAL IN CUSTODY REQUEST DATED 4-28-23

Pg. 13

ALL OF THE ABOVE DOCUMENTS ARE ADDRESSED
TO "GRIEVANCE OFFICER". ALL OF WHICH WERE
UNTRANSLATED, IGNORED AND ONCE AGAIN PLACED
IN MR. PAWELKOWSKI'S PRISON "MASTER FILE".
SHOWING THE PRISON ADMINISTRATION AS WELL
AS THE GRIEVANCE OFFICERS ON DUTY INHIBITION
OF MR. PAWELKOWSKI'S ADMINISTRATIVE DUE-PROCESS
RIGHTS.

2.) MR. PAWELKOWSKI ALSO BRINGS TO THIS COURT'S
ATTENTION THE FOLLOWING GRIEVANCES AND THEIR
ASSOCIATED RESPONSES (OR LACK THERE-OF) IN
REGARDS TO PRISON ADMINISTRATION'S DELIBERATE
INDIFFERENCE AND VIOLATION OF MR. PAWELKOWSKI'S
RIGHT TO BE APPOINTED AN INTERPRETER AS WELL
AS HIS RIGHT TO DUE-PROCESS

DOC F #1 — DATED 5-24-2022   GRIEVANCE # 4-22-226
DOC F #2 - DATED 9-6-2022   GRIEVANCE # 9-22-001
DOC F #3 - DATED 9-6-2022   GRIEVANCE # 9-22-002
DOC F #4 - DATED 11-1-2022   GRIEVANCE # 10-22-041
DOC F #5 - DATED 11-1-2022   GRIEVANCE # 10-22-042
DOC F #6 - DATED 12-8-2022   GRIEVANCE # 11-22-081
DOC F #7 - DATED 1-6-2023   GRIEVANCE # 12-22-113
DOC F #8 - DATED 5-30-2023   GRIEVANCE # 5-23-080
DOC F #9 - DATED 5-30-2023   GRIEVANCE # 5-23-079
DOC F #10 - DATED 5-30-2023   GRIEVANCE # 4-23-255
DOC F #11 - DATED 5-30-2023   GRIEVANCE # 3-23-027
DOC F #12 - DATED 1-31-2024   GRIEVANCE # 12-23-295

ALL OF THE DOCUMENTS LISTED ARE GRIEVANCES

Pg. #14

MR. PAWELKOWSKI SUBMITTED IN HIS NATIVE, POLISH LANGUAGE. ALL OF WHICH WERE RETURNED TO MR PAWELKOWSKI SIMPLY BECAUSE THEY WERE WRITTEN IN POLISH, SIGNED, STAMPED AND DATED AND ONCE AGAIN PLACED IN THE PLANTIFF'S MASTER FILE. MR. PAWELKOWSKI RECEIVED NO REDRESS FOR HIS ISSUES (OBVIOUSLY). HE THEN FORWARDED THEM TO IDOC, ADMIN. REVIEW BOARD. THE A.R.V. RESPONDED BY RETURNING SAID GRIEVANCES WITH ONE OF TWO RESPONSES. EITHER, THAT THE ARV. FINDS THAT THE GRIEVANCS CAN AND SHOULD BE TRANSLATED BY LAWRENCE OR THAT THE IMPROPER OR INCOMPLETE COUNSELOR RESPONSE WAS (OR WAS "NOT" IN THE CASE THAT IT WAS INCOMPLETE) PROVIDED.

3.) THIS HIGHLIGHTS MR. PAWELKOWSIKIS DELIMA AT THIS POINT, WHEN HE SUBMITS A GRIEVANCE, LAWRENCE REFUSES TO TRANSLATE IT. IN TURN, THE ILLINOIS DEPARTMENT OF CORRECTIONS ADMINISTRATIVE REVIEW BOARD RETURNS THEM STATING LAWRENCE SHOULD TRANSLATE AND OFFER REDRESS FOR SAID ISSUE (VIA. COUNSELOR RESPONSE). THEREFORE, ELIMINATING THE POSSIBILITY OF ANY POSSIBLE ADMINISTRATIVE REMEDIES FOR MR. PAWELKOWSKI, SOLELY BECAUSE HE CANNOT EFFECTIVELY COMMUNICATE (READ, WRITE OR SPEAK) THE ENGLISH LANGUAGE, VIOLATING HS CONSTITUTIONAL RIGHTS.

4.) MR. PAWELOWSKI WOULD ALSO LIKE TO
ADD 4 DOCUMENTS TO THE EVIDENCE IN
THE FORM OF 4 OFFENDER REQUESTS

DOCE #7 — OFFENDER REQUEST - DATED 3-2-23 TO: FITZGERALD
DOCE #8 - OFFENDER REQUEST - DATED 4-5-23 TO: FITZGERALD
DOC E #9 — OFFENDER REQUEST - DATED 4-12-23 TO: FITZGERALD
DOC E #10 — OFFENDER REQUEST - DATED 5-24-23 TO: FITZGERALD

ONCE AGAIN THESE REQUESTS WERE SUBMITTED
IN MR. PAWELKOWSKI'S NATIVE POLISH LANGUAGE.
ONCE AGAIN UNTRANSLATED, IGNORED AND
PLACED IN HIS MASTER FILE.
    HOWEVER, THE NEXT TWO DOCUMENTS:

DOCE #11 — OFFENDER REQUEST - DATED 4-23-23 TO: FITZGERALD
DOCE #12 OFFENDER REQUEST - DATED 3-2-23 TO: FITZGERALD

WERE ALSO SUBMITTED IN MR. PAWELKOWSKI'S
NATIVE LANGUAGE. HOWEVER, THESE TWO
REQUESTS HAD AN APPROPRIATE RESPONSE, SHOWING
THAT THE PRISON ADMINISTRATION HAD THE
ABILITY TO TRANSLATE MR. PAWELKOWSKI'S REQUEST
AND THE MEANS TO DO SO. IT ALSO SHOWS THAT
WHEN MR. PAWELKOWSKI RECIEVES AN APPROPRIATE
RESPONSE OR REDRESS FOR SAID ISSUE, HE
CEASES IN SEEKING ANY FURTHER ADMINISTRATIVE
REMEDIES AND FILING PAPERWORK. THE PLANTIFF
IS ASKING FOR NO MORE THAN THE MINIMUM
CONSTITUTIONAL RIGHT AND DECENCY AFFORDED
EVERY PRISONER.

                                    p. 16

# WEXFORD AND IDOC MEDICAL ADMINISTRATION

1.) THE EIGHTH AMENDMENT OF THE CONSTITUTION PROTECTS PRISONERS FROM "CRUEL AND UNUSUAL PUNISHMENT". THE UNITED STATES SUPREME COURT HAS DECIDED THAT FAILING TO PROVIDE MEDICAL CARE TO PRISONERS VIOLATES THIS AMENDMENT. THE COURT DEFINES "DELIBERATE INDIFFERENCE" AS; PURPOSELY IGNORING THE "SERIOUS MEDICAL NEEDS" OF PRISONERS, AMOUNTS TO "CRUEL AND UNUSUAL PUNISHMENT". IN ORDER FOR A PRISONER TO CLAIM DELIBERATE INDIFFERENCE, A PRISONER MUST PROVE THAT THE HARM WAS SUFFICIENTLY SERIOUS. A PRISONER MUST ALSO SHOW THAT THE PRISON OFFICIAL RESPONSIBLE FOR THE HARM, KNEW AND IGNORED AN EXCESSIVE RISK TO THE INMATES HEALTH OR SAFETY.

2.) MR PAWELKOWSKI HAS AN OVERWHELMING AMOUNT OF EVIDENCE THAT ~~BECAUSE THE~~ SHOWS THE MEDICAL STAFF CONTINUALLY REFUSES TO INTERPRET HIS MEDICAL NEEDS TO HIM AS WELL AS HIS REQUESTS FOR MEDICAL CARE. THE LANGUAGE BARRIER PREVENTS THE DEFENDANTS FROM BEING ABLE TO EXPLAIN THE CARE RENDERED TO HIM AND HIS NEEDS AND INFORMATION NECESSARY TO RENDER THE APPROPRIATE CARE.

3.) MR PAWELKOWSKI CAN PROVE THIS IMPASS WITH REGARDS TO LANGUAGE IS BEING INTENTIONALLY USED TO SET HIM APART FROM THOSE DEEMED WORTHY OF RESPECT AND ASSISTANCE AND TO TREAT HIM AS A NUISANCE AND USE THE MISUNDERSTOOD COMMUNICATION AS A TOOL TO PUNISH MR PAWELKOWSKI FOR TRYING

TRYING TO RESOLVE HIS HEALTHCARE NEEDS AND
ADMINISTRATION COMMUNICATION ISSUES.

4.) WEXFORD STAFF AND ADMINISTRATION HAVE A
HISTORY OF WIDESPREAD, UNCONSTITUTIONAL SET OF
PRACTICES. THESE ARE NOT RANDOM, ISOLATED
INCIDENTS. THE LIST OF FOLLOWING CASES SHOW A
PATTERN OF UNCONSTITUTIONAL BEHAVIOR BY WEXFORD
STAFF AND ADMINISTRATION!

- YOUNG V. ODAISI, 2019 W.L. 1239876 (U.S. DIST COURT, IL. EAST)
- PETTIES V. CARTER, 836 F. 3d 722 (7TH CIR. 2016)
- HARDY V. HARDY, 2013 W.L. 12394908*7 (N.D. ILL. 2018)
- ARNETTE V. WEBSTER, 658 F. 3d 742 (7th CIR. 2011)
- GREENO V. DALEY, 414 F. 3d 645 (7th. CIR 2005)
- BERRY V. PETERMAN, 604 F. 3d 435 (7th CIR 2010)
- PYLES V. FAHIM, 771 F. 3d 403 (7th CIR. 2004)
- SHEPTIN V. U.S., 2000 W.L. 1788512 (N.D. ILL. 2000)
- TAYLOR V. GARDA, 2015 W.L. 5895388 (N.D. ILL. 2015)
- ABDULLAH V. SHAW, 2018 U.S DIST "LEXIS NEXIS" 32573
- ABDULLAH V. WEXFORD HEALTH SOURCES INC, 2019 U.S. DIST. 51830
- ROE V. ELYEA, 631 Fd 3d 843 (7th. CIR. 2011)
- ZAYA V. SOOD, 836 F. 3d 800 (7th. CIR 2016)
- WHEELER V. WEXFORD 689 F 3d 680 (7th. CIR 2012)

THESE CASES SUPPORTS AN INFERENCE OF DELIBERATELY
INDIFFERENT CUSTOMS AND POLICIES THAT EFFECT NOT
ONLY MR. PAWELKOWSKI, BUT OTHER INMATES WITHIN THE
IDOC AS WELL.

5.) MR. PAWELKOWSKI NEED ONLY SERVE NOTICE THAT

p. 18

THE HIS REQUESTS FOR TREATMENT ARE IGNORED
AND THE PROBLEM IS ONGOING AND PERSISTANT. IT
HAS LASTED MANY YEARS AND GOES WELL BEYOND
THE CONSTITUTIONALLY PERMITTED THRESHOLD OF
CRUEL AND UNUSUAL PUNISHMENT. THE FOLLOWING
LIST OF DOCUMENTS ARE ALL OFFENDER REQUEST
FORMS SUBMITTED BY MR. PANEKOWSKI DIRECTLY TO
ND CARISSA LUKING, WHO IS HIS MAIN "CAREGIVER"
AND MEDICATION PRESCRIBER (GROUP DOCS "E").

- DOC E13  "OFFENDER REQUEST" DATED 3-23-23 - NP LUKING
- DOC E14  " OFFENDER REQUEST" DATED 3-03-23 - ND LUKING
- DOC E15,1⁄2 " OFFENDER REQUEST" DATED 3-28-23 - NP LUKING
- DOC E16  "OFFENDER REQUEST" DATED 4-5-23 - NP LUKING
- DOC E17  "OFFENDER REQUEST" DATED 4-19-23 - NP LUKING
- DOC E18  "OFFENDER REQUEST" DATED 8-23-23 - NP LUKING
- DOC E19  " OFFENDER REQUEST" DATED 8-20-23 - NP LUKING
- DOC E20  " OFFENDER REQUEST" DATED 8-23-23 - NP LUKING
- DOC E21  " OFFENDER REQUEST" DATED 3-24-24 - NP LUKING

AS WELL AS MORE IGNORED REQUESTS (AGAIN, GROUP
DOCS "E") TO NP WISE :

- DOC E22  "OFFENDER REQUEST" DATED 4-6-23  NP WISE
- DOC E23  " OFFENDER REQUEST" DATED 5-16-23  NP WISE
- DOC E24  "OFFENDER REQUEST" DATED 5-24-23  NP WISE
- DOC E25  " OFFENDER REQUEST" DATED 9-6-23  NP WISE

REQUEST TO MENTAL HEATH UNIT AND LINDA WORE (GROUP DOCS "E")

- DOC E26  " OFFENDER REQUEST" DATED 5-2-23  LINDA WORE

P.19

- DOC E27 "OFFENDER REQUEST" DATED 4-19-23  LINDA WOKE
- DOC E28 "OFFENDER REQUEST" DATED 5-24-23  MENTAL HEALTH

FINALLY THE LAWRENCE HEALTH CARE UNIT DIRECTOR
LORI CUNNINGHAM (GROUP DOCS "E")

- DOC E29 "OFFENDER REQUEST DATED 3-2-23 LORI CUNNINGHAM

ALL OF THESE REQUESTS ARE WRITTEN IN THE
PLAINTIFFS NATIVE POLISH LANGUAGE AND HAVE BEEN
DOCUMENTED BY LAWRENCE AND WEXFORD STAFF AND
PLACED IN MR. PAWELKOWSKI'S MEDICAL FILE, FURTHER
CEMENTING THE PLAINTIFFS COMPLAINTS.

6) ON 5-8-24 AT 1:00 PM, MR. PAWELKOWSKI
WAS TAKEN TO OLNEY HOSPITAL BY LT. SAWYER
AND C/O GIBBONS (LAWRENCE CORRECTIONAL OFFICERS) FOR
AN APPOINTMENT TO SEE A SPECIALIST, JUSTIN
ORENICH, D.O. AS WITH ALL THE PLAINTIFFS DR.
AND SPECIALIST APPOINTMENTS OUTSIDE THE INSTITUTION,
THE DR. SIMPLY DIALS A PHONE NUMBER AND HAS
A POLISH SPEAKING TRANSLATOR COMMUNICATE HIS
DIAGNOSIS, FOLLOW-UP INSTRUCTIONS, ETC. TO MR. PAWELKOWSKI.
WHEN THE PLAINTIFF TOLD THE DR. LAWRENCE
AND WEXFORD STAFF WERE REFUSING TO USE THE
PROVIDE TRASLATION PROCEDURE, HE WAS LITERALLY
"TAKEN ABACK." THE QUESTION THE PLAINTIFF, AS WELL AS
THIS DR. PUT FORTH, IS HOW CAN ADAQUATE MEDICAL
CARE BE RENDERED WITHOUT UNDERSTANDING WHAT
EXACTLY IS HAPPING TO/WITH MR. PAWLKOWSKI. AND
HOW HE IS TO FOLLOW-UP AS WELL AS HIS DIRECTIONS

P. 20

DIRECTIONS FOR SELF-CARE, MEDICAL PRESCRIPTION DIRECTIONS, ETC.? THE ANSWER IS ADEQUATE MEDICAL CARE CANNOT BE PROVIDED TO THE PLAINTIFF WITHOUT A TRANSLATOR. AND THIS PROBLEM IS ON-GOING TO THIS DAY.

7.) MR. PAWELKOWSKI IS PRESCRIBED MANY MEDICATIONS FOR HIS VARIOUS MEDICAL ISSUES. THE FOLLOWING IS A COMPREHENSIVE LIST OF THOSE MEDICATIONS:

- LISINOPRIL 40mg TAB, METOPOROL SUCC ER 2mg TAB, AMLODAPINE BES 10 mg TAB, ATORVASTATIN 20 mg Tab, LORATADINE 10mg TAB, MECLIZINE 25mg Tab, Tab-A-VITE MULTIVITAMIN TAB, FISH OIL 1000mg CAP, NAPROXEN 500 mg TAB, ACETAMENOPHEN 500mg TAB, OMEPRAZOLE DR 20mg CAP, GABAPENTIN 3000 mg. CAP.

ALL OF THESE MEDICATIONS ARE BEING PRESCRIBED TO MR. PAWELKOWSKI, WITHOUT KNOWLEDGE OF WHY, MANY OF THE MEDICATIONS ARE "ISSUE" MEDICATIONS (HEREIN AFTER "MEDS"). ISSUE MEDS ARE MEDS THAT HE KEEPS IN HIS CELL AND IS REQUIRED TO BE TAKEN HIMSELF, WITHOUT DIRECTION, INSTRUCTION OR EVEN VERBAL TRANSLATION. AN OBVIOUS AND SERIOUS YET BLATANTLY KNOWLEDGEABLE MEDICAL MALPRACTICE.

8.) ON MARCH 20, 2024 MR. PAWELKOWSKI WAS ONCE AGAIN TAKEN TO SEE A SPECIALIST FOR HIS NECK AND BACK ISSUES. AGAIN, THE SPECIALIST ONCE AGAIN, SIMPLY DIALED A PHONE NUMBER AND

P. 21

HAD A TRANSLATOR TO COMMUNICATE HIS DIAGNOSIS
AND SUBSEQUENT TREATMENT. THE SPECIALIST TOLD
MR. PAWELKOWSKI THAT LAWRENCE MEDICAL STAFF
WOULD PROVIDE PHYSICAL THERAPY INSTRUCTIONS AND
EXERCISES FOR HIM TO DO HIMSELF. MR. PAWELKOWSKI
ONCE AGAIN VOICED HIS CONCERN THAT NO
TRANSLATION PROCEDURES OR POLICIES WERE BEING
FOLLOWED BY LAWRENCE OR WEXFORD STAFF.
C/O ACKMAN ( LAWRENCE CORRECTIONAL OFFICER)
PROMISED HE WOULD TELL NP LUKING AND
STAFF THEY WERE TO TRANSLATE SAID INSTRUCTIONS,
WHICH HE DID. MR. PAWELKOWSKI WAITED OVER
30 DAYS WITH NO SUCH INSTRUCTIONS. THEN
SUBMITTED THE FOLLOWIN GRIEVANCE:

- EXHIBIT DOCUMENTS "B 47" GRIEVANCE DATED 4-22-24

ON SAID ISSUE. ONLY THEN, WEEKS LATER DID
HE RECEIVE PARTIALLY TRANSLATED, PRINTED
INSTRUCTIONS ABOUT PHYSICAL THERAPY EXERCISES
HE WAS TO PERFORM. MR. PAWELKOWSKI WAS ABLE
TO READ APPROXAMATELY TWO-THIRDS OF EACH
EXERCISE. ONCE AGAIN BELOW CONSTITUTIONAL
PERMISSABLE THRESHOLDS.

9) THE PLAINTIFF HAS SUBMITTED MANY GRIEVANCES
IN REGARDS TO HIS MEDICAL NEEDS (SEE
GROUP DOCS "A","B" AND "C"). MOST OF
WHICH WERE SIMPLY IGNORED, WITH NO RESPONSE.
SOME WERE IGNORED WITH THE SAME RESPONSE:

P. 23

"GRIEVANCE WAS WRITTEN IN A LANGUAGE THIS COUNSELOR CANNOT TRANSLATE" AND SOME WERE TRANSLATED UP TO 1 YEAR LATER. THE PLAINTIFF WOULD LIKE TO BRING TO THIS COURTS ATTENTION THE FOLLOWING EVIDENCE (GROUP DOCUMENTS "A")

- A1  GRIEVANCE  # 10-23-028  DATED   10-2-23
- A3  GRIEVANCE  # 05-23-079  DATED  5-9-23
- A8  GRIEVANCE  # K75-0224-085  DATED  1-23-24
- A11  GRIEVANCE  # K75-0324-209  DATED  3-11-24
- A13  GRIEVANCE  # 05-23-255  DATED  4-6-23
- A18  GRIEVANCE  # K75-0324-211  DATED  3-11-24
- A20  GRIEVANCE  # 04-23-256  DATED  4-6-23
- A25  GRIEVANCE  # 04-23-259  DATED  4-13-23

AS SEEN IN THESE DOCUMENTS, THE EARLIEST OF WHICH IS 4-6-23, LAWRENCE ADMINISTRATION TRANSLATED THEIR SELECTED GRIEVANCES, ALL ON THE SAME DAY (4-26-24) AS DOCUMENTED BY LAWRENCE ADMINISTRATION COUNSELOR VAUGHN, WITH RESPONSES TO GRIEVANCES A YEAR OLD. GRIEVANCE # 05-23-255 DATED 4-6-23, FOR EXAMPLE HAS THE ORIGINAL COUNSELOR'S RESPONSE DATED 5-16-23 AS "UNABLE TO TRANSLATE" ONLY AFTER LAWRENCE ADMINISTRATION BECAME AWARE OF MR. PAWELKOWSKI'S PREVIOUS CIVIL CASE AND HIS DESIRE TO PUSH FORWARD THIS CASE, DID THEY TRANSLATE AND GIVE A RESPONSE DATED 4-26-24 (ONE YEAR AND TWENTY DAYS AFTER THE GRIEVANCE WAS SUBMITTED!) NOT ONLY DOES THIS

P. 23

SHOW AND CEMENT MR. PAWELKOWSKI'S CONSTITUTIONAL
CIVIL COMPLAINT ABOUT DUE-PROCESS, IT SHOWS
THE STAFFS KNOWLEDGE AND DOCUMENTATION
OF THE INDIFFERENCE AND MEDICAL NEGLECT
MR. PAWLKOWSKI HAS ENDURED. GROUP DOCUMENTS
A1, A3, A13, A20, A25 ARE ALL EXAMPLES OF
THE LENGTHS LAWRENCE ADMINISTRATION IS WILLING
TO GO TO HIDE THEIR CONSTITUTIONAL VIOLATIONS
AGAINST MR. PAWELKOWSKI.

p. 24

RECEIVED
LAWRENCE C.C.

OCT 10 2023

10-23-23

R-3-669   Bed # Doine

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

RECEIVED
LAWRENCE C.C.
NOV 10 2023

| Date: GRIEVANCE 10-02-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Facility (optional): Biory |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

GRIEVANCE OFFICE

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)

- [x] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

9-04-2023 rozmawiałem z NP Wise o moim problemie z disc i nogami nie mogę chodzić, mam silny ból pleców i nóg. NP Wise przepisała mi leki przeciw bólowe: Probenio 5 contes TAB · Diclofenac Sod OR 75 MG i peptcetom o WEKER do chodzenia lub kule. NP Wise powiedziała się zobaczy co da się zrobić ze porozumieniu z NP nie pamiętam nazwiska od lizyko terapii; to ona może mi przysłać wokier lub kule do chodzenia. Miałem pierwsza rozmowe w HIU hospital w tej sprawie z NP Wise pred data: 9-04-2023 nie pamiętam daty ale

[x] Continued on reverse

**Relief Requested:** pierwszy Cod Pass Health Care Unit DAY: 8/8/2023 · AT 12:00:00 PM DESTINATION PT i po analizowac miedziny Lack Dorn nie pozedłem Drugi Cod Pass mission 12· pm Destination PT takie Lack Dorn nie pozedłem, to był i 9-19-2023, W trescie 9-26-2023 o 12° pm · takie zabrano mnie pred 1°° am kilka minut. Wioruata rannie do pokoju lizyko terapyhycznego NP nie zioru nazwiska

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance

Leszek Pawelkowski          Y 31510          10-02-2023
Offender's Signature            ID#                Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received 11-10-23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: 1st level Grievance response attached page 2 of 2. Update 4-26-24: Grievance was translated. See attached document for updated counselor's response following translation of grievance.

Vaughn                    Vaughn                    4-26-24
Fitzgerald               J Fitzgerald COII        10/11/2023
Print Counselor's Name    Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received 10/24/0

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ Chief Administrative Officer's Signature          10/24/0   Date

A1

Distribution: Master File, Offender          DOC 0046 (Rev 01/2020)

Assigned Grievance Officer

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st I view rec

i fizyko terapeutka była przy tym obecna Ms, G "to ona dała mi kopię ćwiczeń które miam wykonywać. Zaczyna rozmowę NP ze mną co mi się stało opowiedziałem, na ile mój angielski mi pozwala co się stało że 8·12·2023 przebudził mnie o 4°° am rano silny ból pleca i nóg i że od tego dnia nie dam rady chodzić. NP kazała mi się położyć na łóżku, kilka razy zmienić pozycje pytała gdzie boli i w jakiej skali od 0·10 powiedziałem że do najmniej 30 nie dziesięć Zapisała coś w papierach ja poprosiłem o wózek lub kule do chodzenia, bo o własnych siłach nie mogę chodzić że gdy moje ciało gdy wstanę naciska na nogi mam tez nie do zniesienia, NP powiedziała że mi nic nie da. Wyjęła z szafki kartkę z ćwiczeniami, kazała dla Ms: G zro-bić kopię i dać dla mnie, powiedziałem do NP że ja nic nie rozumiem bo nie czytam po angielsku, nie piszę i mało nie mówię, ona na to, że się się wysyła się skończyła, poprosiłem raz jeszcze o wózek lub kule do chodzenia, ale NP odmówiła. Przy wyjściu na pożegnanie Ms: G wręczyła mi kopię ćwiczeń i po mojej się kuracji, tak to leczy się facetów którzy nie mówią ani nie czytają, nie piszą po angielsku, tak jestem załatwiany ze wszystkimi moimi problemami w HCU hospital. Pytam się jak mam wykonywać ćwiczenia, które zalecała mi 9·26·2023 NP od fizyko terapii, których to nie mogę przeczy-tać, bo są napisane po angielsku. Czy tak są leczni też amerykanie, czy tylko ja polak którzy nie zna angielskiego Dlaczego jestem tak dyskryminowany, na każdym kroku przez wszystkich pracowników HCU hospital i nie tylko. Czy w końcu ktoś zajmie się tym problemem w LAWRENCE C. C. Czy kiedy kolwiek ci pracownicy poniosą jakie kolwiek konsekwencje prawne. Dla czego nie jestem traktowany na należnych dla mnie prawach. Czy USA nie ma podpisany konwencji Genewskiej, gdzie wszyscy pacjaci, bez względu na rasę pochodzenia, czy też status legalny, czy jest obywate-lem tego kraju, czyli USA czy też emigrantem, ma mieć należytą mu opiekę medyczną. Czy pracownicy LAWRENCE C. HCU department nie składali przysięgi Hipokratesa przed otrzymaniem dyplomu medycznego. A może ci pracownicy nie są wykwalifikowani do wykonywania tego zawodu. Może tylko dla tego są pracownikami Lawrence C.C. bo w żadnym miejskim czy wiejskim szpitalu, nie zdali by egzaminu wstępnego. Czy kto kolwiek zajmie się moimi problemami zdrowotnymi w profesjonalny sposób? Czy za każdym moim pójściem do HCU hospital będę nadal otrzymywać, Hopa w moje tragligieri, to nie jest przyjemne być przez wszystkich ignorowanym, to nie ja pan-nikiem się wstydzić że nie znam angielskiego, ale pracownicy HCU hospital że są nie odpowiednio wykwalifikowanymi pracownikami HCU department. A płacicie są opłacani z mojej rodziny płacący podatki chciał bym wiedzieć te miny gdy odbierają czek, czy na twarzach są uśmiechy za dobrze wykonaną pracę, czy też, grymasy że są za mało opłacani? Co?

Pawelkowski Y31510

GRV 10-23-028 -- TRANSLATION

09-04-2023 I talked to NP Wise about my problem with my disc and legs, I can't walk. I have severe pain in my back and legs. NP Wise prescribed me pain medication: Probaxin 500 MG TAB – Diclofenac Sod DR 75 MG and I asked for a walker or crutches to walk with. NP Wise said that she would see what she could do about that and would talk to NP – I can't remember the last name – [of the] physical therapy person, who can prescribe that walker or crutches for walking. I had my first consultation at the HCU hospital regarding this matter with NP Wise before 09/04/2023, I don't remember the exact date, but

the first code pass Health Care Unit DAY: 8/8/2023 – AT: 12:00:00 pm – DESTINATION PT and it was canceled, we had a lockdown, so I didn't go second code pass I had [crossed out] 12:00 pm Destination PT there was also a lockdown, and I didn't go, it was on: 09/19/2023. Finally, on 09/26/2023 at 12:00 pm. – I was also picked up a few minutes before 1:00 pm

I was called to the physical therapist's room – [of] NP, I don't know the last name.

and physical therapist, Ms. "G", was present at that time, and she is the one who gave me a copy of exercises that I must do. NP starts a conversation with me by asking me what happened to me, I told her what happened in English as best as I could, that on 8/12/2023 I woke up at 4 a.m. with an acute pain in my back and legs, and that's when I couldn't walk no more. NP asked me to lay down on the bed, change my position a few times, and asked me where I felt pain and how would I describe it on a scale from 0-10. I said that at least 30 not 10. She wrote something down, and I asked for a walker or crutches to walk, because I couldn't walk on my own, that when I stand up and my body presses on my legs, I feel tremendous pain. NP told me she will not give me anything. She took out a paper with exercises on it and told Ms. G to make a copy of it and give it to me. I told NP that I don't understand anything, because I can't read, write or barely speak English – and she replied that my visit had ended. I asked one more time for a walker or crutches, but NP refused to give them to me. At the exit of the waiting room, Ms. G provided me with a copy of exercises and that's the end of my treatment, that's how you treat patients who don't speak, read or write in English, that's how I was dealt with all my problems at the HCU hospital. I'm asking you how I am supposed to perform exercises recommended by physical therapy NP on 09/26/2023 which I can't read because they're written in English. Is this how Americans are treated as well, or only a Polish guy who doesn't know English. Why am I so discriminated on every level by all the employees of HCU hospital and so on. Is here someone who will finally take care of it at Lawrence C.C. Will those employees ever suffer legal consequences. Why am I not treated according to the laws I'm entitled to? Didn't U.S.A. sign the Geneva Convention where every patient regardless of his race, nationality or legal status, whether he is a U.S. citizen or an immigrant, has the right to medical care. Didn't the employees of Lawrence C.C. HCU department take the Hippocratic oath before obtaining a medical diploma? Or maybe those employees are not qualified to perform their profession. Maybe they're employees at Lawrence C.C. only because at any other municipal or rural hospital they would not pass the entry exam. Will anyone take care of my medical problems in a professional manner? Will I still be kicked in my three letters each time I come to the HCU hospital, that's not really nice to be ignored by everyone. It's not me who should be embarrassed to not know English language, but the employees of the HCU hospital for not being adequately qualified employees of HCU department. And yet they're paid by my family who pays taxes. I would like to see those faces when they get their paychecks, whether there are smiles for the jobs well done or grimaces for not having been paid enough? Huh?



J̷B Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **4-26-24**
Grievant' s Name & Number: Pawelkowski, Leszek #Y31510
Counselor's Response for Grievance #: 10-23-028

Updated Counselor's response following Grievance being translated:

Response from HCUA Cunningham: "Review of medical chart shows that Pawelkowski did have a call pass scheduled for a PT eval for L shoulder pain on 8/8/23, which did not take place on that date, as it was recommended by NP to wait on eval, pending further medical workup. The NP saw Pawelkowski on 9/4/23 and recommended a PT eval for low back pain. Call pass history shows an appointment for 9/19/23 for PT, but no documentation in chart on appointment cancellation, etc. On 9/26/23, PT eval was completed but is noted that it was an abbreviated appointment due to time constraints/security issues. Plan of care was to include home exercise program and skilled PT 1-2x per week for 6 weeks. On 10/4/23, Pawelkowski had his first session of skilled PT, where it is documented that he was argumentative and agitated, and had to be escorted out of PT. Next PT visit took place on 10/13/23 and it is noted that "Pt. ambulated to the PT dept. with zero decreased stance phase, good cadence, and good balance. Pt. asked PTA to observe how well he is able to walk, and it is because he knows how to treat himself. States that the physical therapist needs to get an education, read his MRI, and learn to how to work with people." Patient indicated he would not be coming back and had to be escorted out again due to continued insults. PT was D/Ced on 10/13/23 per request of patient and inability to treat due to non-compliance. Review of medical chart shows that Pawelkowsk is considered limited English proficiency, and his chart is marked as Polish speaking only. No indication in chart that available translation services are being utilized for Pawelkowski. Issues contained in grievance are not related to ADA accommodations."

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

A2

RECEIVED
LAWRENCE CC
Bad # DOLINE

RECEIVED
MAY 30 2023
GRIEVANCE
OFFICE

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec'd

| Date: 05-09-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race: B |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [x] Dietary
- [ ] Other (specify)
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-15-2022 NP Wise zamowila dla mnie diete Low Salt - Low Cholesterol Low Fat. Jak to możliwe że ta dieta otrzymywałem przez dwa miesiące i od marca czyli 03-15-2023 przestałem otrzymywać ta diete 04-26-2023 rozmawiałem w Health Care Unit hospital z NP Lukina i powiedziałem o mojej diecie, że nie dostaje co się dzieje NP Lukina przyjrzała moje akta i powiedziała mi że co 180 dni należy odnawiać diete Powiedziałem NP Lukina że nigdy □ Continued on reverse

**Relief Requested:**

nie dostawałem tej diety przez trzy miesiące i że to nie do mnie należy nadzorowanie mojej diety Napisałem do NP Lukina request 04-19-2023 że mam problem z moją dieta ale nikt mnie nie wezwał do HCU hospital 04-26-2023 rozmawiam z NP Lukina powiedziałem że 04-06-2023 wysłałem do NP Wise request

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance

Leszek Pawelkowski _____ Offender's Signature      Y31510 ID#      05-09-2023 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 5/16/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** Please see attached for counselor's response.
Update: Grievance was translated. See attached document for updated Counselor's first level response following the translation of grievance.

Vaughan Fitzjarrald _____ Print Counselor's Name      Fitzjarrald C. C775 Sign Counselor's Name      4-26-24 5/8/2023 Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 5-???

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ Chief Administrative Officer's Signature      5-??? Date      A3

Page 1 of 2

DOC 0046 (Rev. 01/2020)

Distribution: Master File, Offender

Assigned Grievance Attribution

1st Lvl rec

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

2nd Lvl rec:

Hou    Unit.

Bed #:

w sprawie diety którą mi przyznała a której nie otrzymuję i
takie nikt mnie nie wezwał na mój request bym mógł poro-
-zmawiać z NP Wise w tej sprawie NP Luking powiedziała do mnie
że przyśną mi moją dietę Law Solt·Law Cholesterol Law Fet ale
dziś mamy 05-09-2023 i nie otrzymałem jak do tąd mojej
diety. Przyjmoj; co dziennie tabletki od wysokiego ciśnienia
krwi, tabletki od wysokiego Cholesterolu i nikogo to nie
obchodzi że mój stan zdrowia zależy od tego jak się
odżywiam, co jest mi serwowane. Co dziennie otrzymuję
słone tłuste regularne jedzenie i ktoś co dziennie
dobija gwiazdy do mojej trumny, choć jeszcze żyje, nie
mam pojęcia jak długo jeszcze nie dostanę wylewu krwi
do mózgu, czy ataku serca przez to co co jem. Więc kto
tu ponosi za moja dietę odpowiedzialność pan super
vizer Kohen czy NP Wise, czekam na odpowiedz.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

3-22-09

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/30/2023 | Date of Review: 11/28/2023 | Grievance # (optional): 05-23-079 |
| Offender: Pawelkowski, Leszek | | ID#: Y31510 |
| Nature of Grievance: N/A | | |

**Facts Reviewed:** Grievant has written grievance in a language this Grievance Officer is unable to translate. Grievant was interviewed by Counselor in order to facilitate translation of grievance in order to resolve issue. Grievant stated "I am not having a medical emergency right now, I wrote that grievance last week and I have more to turn in." "I am mad at Luking because she said that she forgot to renew my low salt/dental soft diet tray. I only had it for 90 days and I am supposed to get it for 180 days and then it should be renewed. I do not have any teeth so I cannot chew the things they give me." Grievant then stated that "That is not my only problem." Counselor asked if grievant wanted to explain his other issues in order to assist writing his grievance, he stated "No." Per Counselor response there were no difficulties in communication with IIC in English.

DR 504 Subpart F states: "Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff."

Review of medical permits indicates that grievant has a medical permit for Medical/Dental soft, low cholesterol/low fat, No added salt (4g) dietary trays which ends on 12/09/2023. The medical provider determines plan of care.

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be *denied* in that Counselor attempted to provide translation services but grievant refused assistance. Per Counselor there were no difficulties in communication with IIC in English.

J McFarland CCII
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 12/1/20 | ☑ I concur    ☐ I do not concur    ☐ Remand | |
| Action Taken: | | |

Chief Administrative Officer's Signature                    12/1/20   Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Leszek Pawelkowski        Y31510        5/7/2024
Offender's Signature            ID#            Date

A4



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **4-26-24**
Grievant's Name & Number: Pawelkowski, Leszek #Y31510
Counselor's Response for Grievance #: 05-23-079

Updated Counselor's response following Grievance being translated:

Response from HCUA Cunningham: "Review of chart shows that Pawelkowski saw NP on 12/15/23, however, there is no documentation regarding low salt, low cholesterol, low fat diet. The Therapeutic Diet Order for No Added Salt, Low Cholesterol/Low Fat, Medical/Dental Soft was written on 12/22/22 with a duration of 120 days, which is the same as the last several diet order renewals. Diet Order was renewed again on 4/26/23 with the same parameters. Copies of Diet Orders are sent to Dietary, and then carried out by them."

Response from Food Service Program Manager Kohn: "Yes he did receive this diet. Pawelkowski Y31510 did not always agree with what was served. This Dietary Department followed the Therapeutic Diet Manual when preparing all Therapeutic Diets.

"No Added Salt" = Regular Tray

"Medical/Dental Soft" = Regular Tray

"Low Cholesterol/Low Fat" = Modified Tray at times, but most of the time a Regular Tray may be utilized

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



Pawelkowski Y31510

GRV #05-23-079

On 12/15/2022 NP Wise ordered a low salt-low cholesterol-low fat diet for me.  How is it possible that I had received this diet for two months and since March, to be precise since 03/15/2023, I stopped receiving it? On 04/26/2023 I spoke to NP Luking at the Health Care Unit and mentioned that I was not receiving my diet and asked what was happening. NP Luking checked my records and said that the diet had to be renewed every 180 days. I told NP Luking that I had not

**Relief Requested:**

received the diet for six months and that it was not my responsibility to monitor my diet. On 04/19/2023 I wrote a request to NP LUKING stating that I had a problem with my diet, but no one called me to the HCU hospital. On 04/26/2023, I spoke with NP LUKING and

[page 2]

regarding the diet she prescribed for me, which I did not receive, and also no one called me regarding my request to discuss this matter with NP Wise. NP LUKING told me that she would resume my low salt-low cholesterol-low fat diet, but today is 05/09/2023 and I have not received my diet yet. I take daily pills for high blood pressure, pills for high cholesterol, and no one here cares that my health depends on how I am fed, what I am served. Every day I am given salty, fatty, ordinary food, and every day someone drives a nail into my coffin. Although I am still alive, I have no idea how long it will be before I have a stroke or heart attack because of what I eat. So who is in charge of my diet here, Supervisor Kohen or NP Wise? I am waiting for an answer.



JB Pritzker
Governor



Latoya Hughes
Acting Director

**The Illinois Department of Corrections**

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# M E M O R A N D U M

DATE: May 16, 2023

TO: Pawelkowski, Leszek Y318510 R4CL9

FROM: T. Fitzjarrald CCII

SUBJECT: Grievance Response for Gr# 05-23-079

Met with individual at cell for a wellbeing check after receiving grievances marked as EMERGENCY Gr#05-23-079, 05-23-080. Individual stated that "I am not having a medical emergency right now, I wrote that grievance last week and I have more to turn in." I asked IIC "Are you ok? Are you feeling ok?" To which he replied "I am mad at Luking because she said that she forgot to renew my low salt/dental soft diet tray. I only had it for 90 days and I am supposed to get it for 180 days and then it should be renewed. I do not have any teeth so I cannot chew the things they give me" Sgt. Walker had escorted me to the cell and told IIC he would place a call to dietary and HCU to resolve the tray issue. Sgt. Walker also stated to Pawelkowski that he was the new 5 day assigned Sgt. and he had no problem assisting him with anything he may need. IIC stated "That is not my only problem." I asked if IIC wanted to explain to me what his difficulty was so that I may assist him in writing a grievance on his behalf. He stated "no". I told him that if he was having an emergency, he could tell any staff member so that he could get proper care. During our discussion, there were no language difficulties or barriers. IIC answered all questions and responded to all comments appropriately and with understanding.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



RECEIVED
LAWRENCE CC

Housing Unit: **R3**   Boc #: **CLOC**

Assigned Grievance #/distribution:

1st Lvl rec **FEB 09 2024**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec

| Date: 1/23/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIAŁY |
|---|---|---|---|

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): "TRANSLATION"
- [ ] Disciplinary Report

K25-0234-015

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12/1/2023 zostałem zawieziony do Urbana Hospital miałem po przeprowadzone badanie "Colanoscopy" nie wiem jak się poprawnie pisze, miałem wprowadzoną kamerę przez cały i usta i pokazano mi ujęcia moich wnętrzności podejrzewają doktor że mam kancer - nie miałem pojęcia co to jest ?, zalecili mi następne badanie C.T skin na Cancer 12/5/2023 rozmawiałem w HCU hospital z NP Wise pokazała mi ujęcia moich wnętrzności i pokazała mi jakieś dwa guzy i mówiła że to może Cancer, ale co to jest nie

[x] Continued on reverse

**Relief Requested:**

umiała mi wytłumaczyć chcę poprosiłem by wzięła polskiego tłumacza do rozmowy, ale NP Wise powiedziała mi że nie ma czym się martwić że będę miał zrobione następne badanie C.T skin i im mam powie co to są te dwa guzy. 1/17/2024 miałem przeprowadzone C.T skin badanie w ONLEY Hospital, 1/23/2024 miałem wizytę w HCU z NP

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 1/23/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 4-24   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Grievance was translated. See attached document for Counselor's first level response following the translation of the grievance.

| Vaughan | [signature] | 4-26-24 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

A8

_____   _____
Chief Administrative Officer's Signature   Date
Page 1 of 2   DOC 0046 (Rev. 01/2020)

Distribution: Master File; Offender

Assigned Grievance #/Institution: _____

Housing Unit: R-3-CC-9  Bed #: Dolne

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

LUKING pokazała mi wynik testu przeprowadzonego w ONLEY
hospital CT SKIN i mówi mi że to nie Cancer, że to STON.
Patrzę się na NP LUKING i mówię że ja nie z tych papierów które
ona czyta nie rozumiem, że potrzebuję tłumacza, że ja nie wiem
co mi dolega, mówię do NP LUKING że mam silne bóle z
lewej i prawej strony pod żebrami, a Luking mówi mi że
masz pain bo masz stown z obu stron, może by mi to
przetłumaczyła na polski bo bardzo mnie boli i mam po-
ważne obawy o moje zdrowie. LUKING na to że skieruje mnie
na cytykę co NP LUKING powiedziała, choć nie wiem co to
oznacza soldziry. Nie mam pojęcia co to oznacza i nie
wiem dla czego mam takie silne bóle że nie raz mnie
obленa pot gdy się budzę w nocy z tak potwornym bólem.
Ciągle mam ten sam problem z komunikacją gdzie się
nie udaje, z kim kolwiek usiłuję porozmawiać nikt mnie
nie rozumie. Nie wiem co jest z moim zdrowiem bo nikt
nie chce mi powiedzieć, ani NP hlise ani też NP LUKING
NP LUKING 1/23/24 przepisała mi dodatkowe 600 mg
Gabapentin-Neurotin, biorę rano 1200 mg teraz muszę brać w połud.
600 mg i wieczorem następne 1200 mg, w sumie dzienna dawka
wynosi 3000 mg, tym mógł znać mój ból. Ale dla czego
wsą te bóle co jest ze mną nie tak nikt nie umie mi wyt-
-tłumaczyć, bo nikt nie używa w LAURENCE C.C. polskiego
tłumacza. Nawet Warden Dee Dee Brookhart odmówia udzielenia dla
mnie polskiego tłumacza do różnicą telefonicznych z moim adwokatem
Benjamin E. Waldin. Więc tak jestem dyskryminowany na każdym
szczeblu życia w LAURENCE C.C. Człowiek umiera z bólu ale nikt
nie umie mu powiedzieć dla czego, bo wiд nie dla o tych którzy
nie mogą się porozumieć w języku angielskim, jestem po prostu
ignorowany przez cały personel medyczny. Gdy umrzesz nie będzie
zachcał pytań i nikt się tym nie będzie przejmował. Nie mam już
sił ubieжania się o moje prawa do polskiego tłumacza, bo od
9/9/2019 nigdy mi go nie udzielono w LAURENCE C.C. na żadnym
szczeblu tej placówki - w szkole, LAW LIBRARY, HCU i ze strażnikami
wszyscy mają mnie, za idiotę nie mówiącego w ich czyli angiel-
-języku. Widocznie w tym kraju prawa człowieka nie obejmują
nie legalnych emigrantów, choć wiem że gdzie kolwiek na świecie
w jakim kolwiek kraju byś mieszkał, obowiązują i obejmują
cię prawa tego kraju, ale w USA ich się nie stosuje jak z
tego wynika. Więc mam pytanie czy ktoś kiedyś mi wytł-
-umaczy co mi dolega na co jestem chory, dla czego nie jestem
należycie leczony? Chcę uzyskać odpowiedź na moje
pytania.

Pawelkowski Y31510
GRV # K75-0224-085

On 12/01/2023, I was taken to Urban Hospital, where I had a "colonoscopy" exam, I don't know how to write it properly. I had a camera inserted through my anus and mouth and took pictures of my insides. The doctor thinks I might have cancer, but I have no idea what that is. He recommended a CT scan for cancer as the next step. On 12/5/2023, I spoke with NP Wise at the HCU hospital. She showed me a picture of my insides and pointed out two tumors. She said they might be cancerous,

**Relief Requested:**

but she couldn't explain what that meant, even though I asked for a Polish translator for the conversation. But she told me not to worry. That I would have another CT scan which should clarify what these tumors are. On 1/17/2024, I had a CT scan at ONLEY Hospital. Then, on 1/23/2024, I had a consultation with NP LUKING.

[page 2]

She showed me the results of the CT scan performed at the ONLEY Hospital and told me that it wasn't cancer but STONE. I looked at NP LUKING and told her I didn't understand any of the documents she was reading and needed a translator. I told NP LUKING about the severe pain under my ribs on both sides, and NP LUKING said I have pain because I have stones on both sides. I asked her to translate that into Polish for me because it hurts a lot, and I have serious concerns about my health. NP Luking replied that she would refer me for surgery. I have no idea what that means and I don't know why I have such severe pain that sometimes I wake up in the middle of the night sweating from such terrible pain. I still have the same problem with communication. Wherever I go, whoever I try to talk to, no one understands me. I don't know what's wrong with my health because no one wants to tell me, neither NP Wise nor NP LUKING. On 1/23/24, NP LUKING prescribed me an additional 600 mg of Gabapentin-Neurontin, I take 1200 mg in the morning, now I must take 600 mg at noon and another 1200 mg in the evening. In total, my daily dose is 3000 mg to control the pain. But why does it hurt, what's wrong with me? No one can explain because no one at LAWRENCE C.C. uses a Polish translator. Even Warden Dee Dee Brookhart refused to provide me with a Polish translator for telephone conversations with my attorney, Banjamin E. Waldin. This is how I am discriminated against at every turn in LAWRENCE C.C. A person is dying of pain, but no one can tell him why, because no one cares about those who can't communicate in English. The entire medical staff just ignores me. When you die, you don't ask questions, and no one cares. I no longer have the strength to fight for my right to a Polish translator, because since 9/9/2019 I have never been provided with one at LAWRENCE C.C., in any facility: not at school, not at the LAW LIBRARY, not at the HCU, and not by the guards. Everyone treats me like an idiot who doesn't speak English. Apparently, in this country, human rights do not extend to illegal immigrants, although I know that anywhere in the world, in any country, the laws of that



country apply and cover you, but not in the U.S., as you can see from this. So, my question is, is anyone ever going to explain to me what's wrong with me, what I'm suffering from, and why I'm not being treated properly? I want an answer to my questions.

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **4-26-24**
Grievant' s Name & Number: Pawelkowski, Leszek #Y31510
Counselor's Response for Grievance #: K75-0224-085

Counselor's response following Grievance being translated:

Response from HCUA Cunningham: "Review of medical chart shows that Pawelkowski is considered limited English proficiency, and his chart is marked as Polish speaking only. Wexford Health Sources has been provided information on interpreter services many times and has the ability to access translation services for individuals requesting this. No indication in chart that translation services are being utilized for Pawelkowski. Review of chart also shows that on 12/1/23 a colonoscopy and upper GI endoscopy was done, on 1/17/24 an abdominal/pelvis CT was done, and on 2/14/24 another colonoscopy was performed, however, a repeat colonoscopy was recommended due to inadequate prep. Pawelkowski has had a vascular referral, a general surgery referral, and a referral for the repeat colonoscopy. It has been requested of Wexford to schedule Pawelkowski with the nurse practitioner utilizing a Polish translator so that he can be educated on his appointments, referrals, and results. Request was made on 4/22/24, so appointment with NP is yet to be scheduled. Issues contained in grievance are not related to ADA accommodations."

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



Assigned Grievance #/Institution:

RECEIVED
LAWRENCE CC

Housing Unit: R 3C.C 4   Bed #: Dine

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:

2nd Lvl rec:

| Date: 3/11/2024 MAR 18 2024 | Offender (please print): Powelkowski | ID #: Y 31510 | Race (optional): RECEIVED White |
|---|---|---|---|

Present Facility: LAWRENCE C.C. GRIEVANCE

Facility where grievance issue occurred: LAWRENCE C.C.

RECEIVED
LAWRENCE CC
APR 16 2024
GRIEVANCE
OFFICE

**Nature of grievance:** OFFICE

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

K75-0324-209

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
  Chief Administrative Officer, only if EMERGENCY grievance
  Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3/11/2024 miałem rozmowę w HCU Hospital z NP-Luksing. Poinformowata mnie że w tym miesiącu czyli marcu będę miał operację na mój kręgosłup dysk i tep i tego nie zrozumiałem, tyle tylko że w tym miesiącu czyli marcu. Miałem z NP-Luking nie jedna rozmowę w tej sprawie czyli mojego kręgosłupu. 09/28/2023 miałem MRI LUMBAR SPINE WITHOUT CONTRAST w Olney Hospital. Po kilku dniach NP-Luking wezwała mnie do HCU Hospital i zaczęła mi

[x] Continued on reverse

**Relief Requested:**

Tłumaczyć co jest źle z moim kręgosłupem, ale ja nic z tego nie rozumiałem. Poprosiłem o polskiego tłumacza żebym mógł zrozumieć co jest źle z moim kręgosłupem, ale NP-Luking mi go nie udostępnia ta pasca moja wizyta w HCU Hospital mam ten sam problem, nikt mnie nie rozumie, bo mój angielski

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Powelkowski | Y 31510 | 3/11/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 4/12/24

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

All

_____   4/12/24
Chief Administrative Officer's Signature         Date

Page 1 of 2

Distribution: Master File; Offender

DOC 0046 (Rev. 01/2020)

Housing Unit: 3-C-C-9   Bed #: Dolne

Assigned Grievance #/Institution: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

jest nie wystarczający, ani też ja nie rozumiem co ktoś do mnie
mówi. Gdy proszę o polskiego tłumacza jestem przez wszystkich
ignorowany, dyskryminowany i poniżany. Ta każda wizyta
czy to NP. Claryssa Lukins, czy też NP. Wise Melissa w HCU
Hospital gdy proszę o polskiego tłumacza, czy to internetowego
czy też telefonicznego, czyli **3** way jestem poprostu lekceważ-
ony, choć mówię że nie rozumiem co do mnie mówi dana
osoba z uśmiechem na twarzy tej osoby NP. Lukins czy też
NP. Wise jestem ignorowany. Nie mam pojęcia co z moim kręgo-
słupem jest źle, dla czego chcą mi robić operację. Ja nigdy
nie prosiłem ani razu o operację mojego kręgosłupa, mam
ból ale nie mam zamiaru poddać się żadnej operacji w
więzieniu, bo znam wielu chłopaków którzy się poddali
operację nóg, ramienia, kolana i dłoni, po operacji czują
się o wiele wiele gorzej, niż przed operacją, mówią mi że
gdyby wiedzieli że tak będzie nigdy by się nie poddali
żadnej operacji. Dla czego ja mam być królikiem doświa-
dczalnym dla jakiegoś studenta który przeprowadzi na
moim kręgosłupie pierwsza w jego życiu operację. Nikt
nie będzie się obciążdczał na mojej osobie, choć też
nie mam pojęcia co z moim kręgosłupem jest nie tak.
Nikt nie zadał sobie trochę by użyć polskiego tłum-
acza, by mnie oświecić. 3/14/2024 o 10:15am miałem też
rozmowę z Coonselor Vaughn w jego office w tej sprawie
powiedziałem mi że NP. Lukins w poniedziałek 3/11/24
poinformowała mnie że będę miał operację w tym miesiącu
ale ja nie wiem dla czego, co jest z moim kręgosłupem źle
że prosiłem NP. Lukins nie raz by mi wyjaśniła przy
użyciu polskiego tłumacza dla czego mam mieć tą oper-
ację, ale nigdy mi tego nie wyjaśniła. Coonselor Vaughn
powiedział mi że wyśle do NP. Lukins E-mail na jej
komputer w tej sprawie. O godzinie 11:00am 3/18/24 Coonselor
Vaughn przyszedł na skrzydło i poinformował mnie że wysłał
E-mail do NP. Lukins w tej sprawie. Pytam się dla czego od
9/9/2019 nie udostępniono dla mnie polskiego tłumacza
ani razu choć wszyscy wiedzą, czy to w HCU Hospital, czy w
Law LIBRARY, czy też w szkole, ale też policjanci nie umieją
się porozumieć ze mną, ani też Coonselors, że nie mówię
w języku angielskim nie czytam, ani też nie piszę w języku
angielskim. Więc dla czego od ponad czterech lat ani
razu nie udostępniono mi polskiego tłumacza LAWREN-
CORRECTIONAL CENTER. Nawet Warden Dee Dee Brookhart
odmówiła dla mnie polskiego tłumacza do rozmowy telef-
onicznych z moim adwokatem, który poprosił Warden
bo nie może się ze mną dostatecznie komunikować.
Jestem przez personel pracujący w LAWRENCE C.C.
pozbawiony przysługującego mi prawa do polskiego tłum-
acza. Ja składam prośbę poniesć za to karę. Wszyscy w
LAWRENCE włącznie z Warden Dee Dee BrookHART łamią prawo
bez ponoszenia żadnych konsekwencji. Stosują się w USA prawa

Distribution: Master File; Offender                    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

R3 CLO?

| Grievance Officer's Report | | |
|---|---|---|

| Date Received: | 04/16/2024 | Date of Review: | 04/22/2024 | Grievance #: K75-0324 -209 |
|---|---|---|---|---|

Individual in
Custody Name: **Pawelkowski, Leszek**                                        ID#: **Y31510**

Nature of Grievance: Medical Treatment, ADA Disability Accommodation

**Facts Reviewed:** Grievant alleges on 3/11/2024 they spoke with a medical professional and was told they were scheduled for spine surgery. Grievant alleges they are Polish speaking only and cannot read, write, or speak English. Grievant alleges they requested a translator in order to better understand the reason for the surgery. Grievant alleges his rights are being denied due to IDOC not providing an on-site interpreter.

**Relief Requested:** None provided

**HCUA/ADA Coordinator's Response:** "Review of medical chart shows that Pawlowski is considering limited English proficiency, and his chart is marked as Polish speaking only. Wexford Health Sources has been provided information on interpreter services many time and has the ability to access translation services for individuals requesting this. No indication in chart that translation services are being utilized for Pawelkowski. Review of chart also shows that Pawelkowski heard neurosurgery and thought actual surgery had been recommended for him, which is not the case at this point. Neurosurgery consult took place on 3/20/24 and they recommended conservative measures, including physical therapy or epidural steroid accommodations."

**Grievance Officer's Response/Findings:** There is nothing in any IDOC AD or ID requiring the provision of an onsite Polish language interpreter. LAW CC does have translations services provided by Propio Language Services.

There is no langauge within any AD or ID requiring the provision of a Polish language interpreter.

The language translation issue is addressed in 04.01.105, Facility Orientation: "3. A facility orientation program shall be presented to each incoming Individual in custody and completed within seven (7) calendar days after admission, except in unusual circumstances. For a non-English speaking individual in custody, reasonable efforts shall be made for the orientation to be explained to him or her in a language he or she understands."

Per multiple CHAMP entries, specifically on 01/24/2024, it is noted by the CCI Vaughan, "individaul has always been able to verbally communicate with this counselor in English and has never had a problem understanding anything this counselor says to him."

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **moot**, based on there is no IDOC policy in place providing for non-English speaking individuals in custody for an on-site interpreter. Per CHAMP entries that state or allude to the grievant speaking and understanding English.

J. Garrett, CCII
Print Grievance Officer's Name                              Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: _5/1/24_          ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature                                        5/1/24
                                                                                Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Leszek Powelkowski            Y.31510   5/7/2024
Individual in Custody's Signature        IDn         Date

A12



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **10/13/2023**
Grievant's Name & Number: Pawelkowski Y31510
Counselor's Response for Grievance # 10-23-028 and Grievance #10-23-029

10/13/2023

Re: Grievance #10-23-028 and Grievance #10-23-029

I have received two grievances written in the Polish language from Individual in Custody Pawelkowski Y31510. Today (10/13/2023) I met with Pawelkowski to offer my assistance with translating the grievances from the Polish language to the English language. Pawelkowski has always been able to verbally communicate his concerns with me in proficient English and has never had a problem understanding anything I say to him. I asked Pawelkowski if he would be willing to sit down and communicate to me what the written Polish words, in the grievances, are in English. I advised Pawelkowski I would then write or type the words in English for him. Pawelkowski refused to meet with me stating, "I can not communicate my written polish words into verbal English words". Pawelkowski then continued to communicate with me, in the English language, about his concerns with the health care unit at Lawrence Correctional Center.

page 3 of 3

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

RECEIVED

1st Lvl rec

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec
RECEIVED
LAWRENCE C.C.

| | | | |
|---|---|---|---|
| Date: 04·06·2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Received: 2023 |
| Present Facility: LAWRENCE C.C. | OFFICE | Facility where grievance issue occurred: LAWRENCE C.C. | BLAKY GRIEVANCE OFFICE |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

03-08-2023 Rozmowa z NP Luking w Health Care Unit hospital o moich problemach zdrowotnych: cisnienie krwi które nie jest stabilne jest zawsze bardzo wysokie. O moim problemie z lewym ramieniem zwruciłem NP Luking uwagę na to że October 20·2022 miałem MRI mojego lewego ramienia i ultra sound gardła i to że Grudzień - 19·2022 zrobiono mi w szpitalu w cajapsy test mojego gardła Grudzień 27·2022 NP Luking przystała mi pod rękę dobrą wiadomość o

[x] Continued on reverse

**Relief Requested:**

tym że jest wszystko i nie stwierdzono nowotworu. Nalegam na NP Luking o cc z ramieniem, mam co dzienne taki ból że nie do wytrzymania nie mogę spać nie mogę nic zrobić lewa ręka nie dości że cała ręka i ramię ból nie do wytrzymania, to i lewa strona karku jest spara-liżowana nie mogę gwałtwnie poruszać głową, gdy woda wie się trochę

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Leszek Pawelkowski_                    Y 31510                    04·06·2023
Offender's Signature                         ID#                              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**   Date Received: 5/10/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_Please see attached memo with Counselor's response._
_Update : Grievance was translated. See attached document for updated_
_Counselor's 1st level response, following translation of grievance._

_Vaughan_                         _[signature]_              4/26/24
Thiraj raid                        CCIT                     5/10/2023
Print Counselor's Name           Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**   Date Received: 5200

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance

[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_[signature]_                                                   5-2-8)           A13
Chief Administrative Officer's Signature                          Date

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec. _____    2nd Lvl rec: _____

rosnac budze się sztywny musze z dziesięć minut się przygotowywać
różne pozycje na łóżku by się podnieść i wstać. Nie mogę zasznur-
wać butów, bo palce lewej ręki wykręca mi w różne strony reoma-
tyzm. Pytam się co się dzieje panu Likina. NP odpowiedziała że
papiery nie zostały wysłane do Wexford Health Services do zatwi-
rdzenia dalszego leczenia. NP Likina powiedziała mi że z rami-
eniem jest bardzo źle po obejrzeniu testu, i teraz wie dla czego nie
mogę podnieść ramienia do góry, ani podnieść kubka z herbatą.
NP Likina powiedziała mi że to od Andrea Holscher zprawa zale-
ży moje dalsze leczenie to ona musi potwierdzić moje leczenie popchnąć
dalej. Illinois IDOC przekazało 1.3 bilionów dolarów na leczenie
więzniów dla Wexford Health Services, gdzie są te pieniądze. Moja
rodzina w Chicago płaci podatki, za które powinnisiny być leczeni
pytam się do czyich kieszeni te pieniądze wpływają, bo na
pewno nie są przeznaczone na nasze leczenie. Gubernator prze-
zał te pieniądze dla Pritckera a on dla IDOC, więc gdzie się pienia
-dze, myślę że Pritzker, to nie Błagojewicz. Więc ktoś inny po drodze
ma za głębokie kieszenie, a my więźniowie na tym cierpimy nikt
nas nie traktuje, tak jak ludzi.", cierpię na chroniczny ból rami-
-enia ponad dwa lata biorę dwa razy dziennie rano 200 MG PAR
Tegretol i wieczorem tą samą dawkę, ale to nie pomaga, jak długo
moja wątroba wytrzyma, ile jeszcze mam czekać na dalsze leczenie
Nie jestem lekarzem ale wiem że potrzebuję operację ramienia i mam
taką nadzieję że się znajdą pieniądze na moją dalszą częścią czy-
operację. Wiem że nikogo nie obchodzi moje cierpienie, ale niech się mną
Andrea Holscher wczuje w moją sytuację gdy w środku nocy przebudzi pana
ból taki że wyciska łzy z oczu, nie ma pani nic na ból żadnej tablet
by uśmieżyć cierpienie przez ponad dwa lata tych nie przez pamych noc
czuje po sobie że za kilka tygodni na dobre zostanie sparaliżowany
mój kark już nie mogę poruszać głową tak jak to normalnie się robi
bo sprawia mi to ogromny ból to nie tylko ramię i palce lewej
ręki ale i kark, jeśli nie uzyskam od ACU hospital dalszego
leczenia będzie pani pani Andrea Holsher bezpośrednio odpowiedz-
-jalna za mój paraliż całej mojej lewej strony ciała. Mam nadzi
-eje że ta skarga przyczyni się do zatwierdzenia dla mnie dalsze
leczenia mojego lewego ramienia dziękuję i czekam na pomoc, bo
jestem w bólu nie do zniesienia.

Pawelkowski Y31510

GRV #04-04-255

On 03/08/2023 I had a conversation with NP LUKING at the Health Care Unit Hospital about my health problems with blood pressure that is not stable and always very high. I also have a problem with my left arm. I told NP LUKING that on October 20, 2022, I had an MRI of my left shoulder and an ultrasound of my throat, and on 12/19/2022, I had a bypass surgery and a throat examination at the hospital in Champaign. On 12/27/2022, NP LUKING sent the good news

**Relief Requested:**

to my cell that the test results were in and no cancer was found. I asked NP LUKING about my arm. I have excruciating pain every day, I cannot sleep, I cannot do anything with my left hand. Not only is the whole hand and arm in excruciating pain, but the left side of my neck is paralyzed. I cannot move my head sharply. If I manage to fall asleep,

[page2]

I wake up stiff and have to spend about ten minutes preparing and assuming various positions in bed to get up and stand. I cannot tie my shoes because the rheumatism twists the fingers of my left hand in different directions. I asked what was happening and NP LUKING replied that the paperwork had not been sent to Wexford Health Services for approval of further treatment. After reviewing the test, NP LUKING told me that my shoulder was in very bad shape and she understood why I couldn't lift my arm or a cup of tea. NP LUKING told me that my further treatment would depend on the approval of Andrea Holscher, who would have to approve my treatment and move it forward. Illinois IDOC has given Wexford Health Services $1.3 billion to treat prisoners. Where is this money? My family in Chicago pays taxes that are supposed to pay for our treatment. I wonder whose pockets this money is going into, because it certainly isn't being spent on our treatment. The Governor gave it to Pritzker and Pritzker gave it to IDOC, so where is the money? I don't think Pritzker is a thief, so someone else along the line has deep pockets and we prisoners are suffering because of it. Nobody treats us like "human beings". I have had chronic shoulder pain for over two years. I take Tegretol twice a day, 200mg in the morning and the same dose at night, but it does not help. How long will my liver last? How long will I have to wait for more treatment? I am not a doctor, but I know that I need shoulder surgery and I hope that funds will be found for my further existence, namely surgery. I know that no one cares about my suffering, but I would like Ms. Andrea Holscher to empathize with my situation. What would you do if you were awakened in the middle of the night by a pain that could squeeze tears from your eyes and you had nothing against the pain, no pill to alleviate the suffering? This has been my experience for more than two years. I feel that in a few weeks my neck will be permanently paralyzed. I cannot move my head the way I used to because it causes me immense pain. It's not only the arm and fingers of my left hand, but also my neck. If I do not receive further treatment from HCU Hospital, Ms. Andrea Holscher will be directly responsible for the paralysis of the entire left side of my body. I hope that this complaint will help to arrange further treatment for my left arm. Thank you and I am waiting to receive help because I am in unbearable pain.

A14

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/30/2023 | Date of Review: 11/28/2023 | Grievance # (optional) 04-23-255 |
| Offender: Pawelkowski, Leszek | | ID#: Y31510 |

Nature of Grievance: N/A

**Facts Reviewed:** Grievant has written grievance in a language this Grievance Officer is unable to translate. Grievant was interviewed by Counselor in order to facilitate translation of grievance in order to resolve issue. Grievant refused assistance stating "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." Per Counselor response there were no difficulties in communication with IIC in English.

DR 504 Subpart F states: "Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff."

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_ in that Counselor attempted to provide translation services but grievant refused assistance. Per Counselor there were no difficulties in communication with IIC in English.

J McFarland CCII
Print Grievance Officer's Name                          Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 12/1/23 | ☑ I concur    ☐ I do not concur | ☐ Remand |
| Action Taken: | | |

Chief Administrative Officer's Signature                    12/1/23
                                                             Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Leszek Pawelkowski_                    Y 31510          5/7/2024
Offender's Signature                       ID#              Date

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **4-26-24**

Grievant's Name & Number: Pawelkowski, Leszek #Y31510

Counselor's Response for Grievance #: 04-04-255

Updated Counselor's response following Grievance being translated:

Response from HCUA Cunningham: "Review of medical chart shows that Pawelkowski did have an appointment with NP on 3/8/23 where fluctuations in blood pressure were discussed as well as an outstanding appointment for an orthopedic consult for his left shoulder. This referral was written on 10/25/23 and services were approval by Wexford's Utilization Management team on 11/1/22. Andrea Holscher is not involved in approval of medical referrals for treatment but is involved in scheduling the appointments. This appointment was completed on 6/9/23. Assessment from ortho consult showed two possible issues: 1. Evidence consistent with impingement syndrome but did not show a full-thickness rotator cuff tear and 2. symptoms consistent with left cervical radiculopathy. Recommendations were for cortisone injection, which was completed that day, PT for cervical radiculopathy, and an evaluation by spine center. At present, Pawelkowski continues to be treated by a variety of specialties for his ongoing medical concerns."

*Mission:* To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

A16

JB Pritzker
Governor



Latoya Hughes
Acting Director

**The Illinois Department of Corrections**

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     May 10, 2023

TO:       Pawelkowski, Leszek Y318510 R4CL9

FROM:     T. Fitzjarrald CCII

SUBJECT: Grievance Response for Gr#04-23-255

Met with individual at cell door and in Counselor's office to provide an opportunity to assist with writing grievances. Gr # 04-23-256, 04-23-255, 04-23-257, 04-23-003 are all marked Emergency. I advised IIC that I could write his grievance in English so that I could better provide assistance to whatever difficulties he may be experiencing. He said "no." I asked if he was experiencing any medical emergency to which he stated "no." C/O Greentree was present during this interaction. I offered to assist IIC with writing grievances once again to which he stated "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." There were no difficulties in communication with IIC, we communicated in English and he asked questions and provided responses to my questions with no language barriers.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

A17

Housing Unit: R-3-LL-9    Bed #: Dolne

Assigned Grievance ____ RECEIVED
LAWRENCE CC

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: ____                                        2nd Lvl rec: ____

| Date: 3/11/2024 MAR 1 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Biały |

| Present Facility: GRIEVANCE OFFICE | Facility where grievance issue occurred: RECEIVED LAWRENCE CC |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct ✓
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): ____
- [✓] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation    APR 16 2024
- [ ] Restoration of Sentence Credit    GRIEVANCE OFFICE

K75 0324-211

Date of report ____    Facility where issued ____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3/11/2024 - NP Claryssa Lüking poinformowala mnie w HClthaspitel że: Dr. BABICH - 2 20 2024 Camel dla wszystkich chorych, bo mam alergie na detergenty, nie mogę używać żadnych innych mydeł, szampanów jak + Dove Sensitive Skin które to mam przepisane przez lekarza dermatologa i NP Lüking mówi mi że nie będę otrzymać od tego dnia mojego mydła Dove sensitive skin, ani też ~~Doby ~~ Bo~~ Boby shampo bo

[✓] Continued on reverse

**Relief Requested:**

Regional medical Director, Dr. BABICH zatrzymał dla wszyst -kich nie tylko dla mnie dla wszystkich więźniów w stanie Illinois dla Wexford które to otrzymało od rządu Stanów Zjednoczo -nych y 4 biliony dolarów na rok 2024, by przeznaczyć dla więźniów na leczenie, leki itd jakie lekarz uzna należne się dla nas

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Leszek Pawelkowski    Y31510    3/11/2024
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | Date Received: ____ | [ ] Send directly to Grievance Officer |

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

____

____

____

____

____

____

Print Counselor's Name ____    Sign Counselor's Name ____    Date ____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 7/10/24

Is this determined to be of an emergency nature?

- [✓] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

____
Chief Administrative Officer's Signature    Date 4/12/24    A18

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Housing Unit: R-3-CL-9  Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                    2nd Lvl rec:

medyczne substytuty bo nie są tak podobne jakim to prawem
jeżeli te leki są przepisywane przez lekarza specjalistę. My nie
mamy w Commissary tych mydeł. Dove Sensitive Skin
shampoo Boby dla alergików. Jakim prawem jestem
pozbawiany tego co przepisał mi dermatolog lekarz
bo jestem chory nie umyję się samą wodą, nie mogę więc
nic innego, bo dostaję uczulenia po całym ciele i swę
-dzi mnie całe ciało, gdy dotknę innego mydła lub
szamponu. Czy ktoś mi wyjaśni, czym mam się myć?
czy zastąpi się Dove-czymś innym, oczekuję od I.D.U.
Hospital czegoś zastępczego, bo nie mamy w Commissary
nic Sensitive Skin, Sport Bar soap nie mogę tego uży
-wać.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

83 CUY

| **Grievance Officer's Report** | | |
|---|---|---|
| Date Received: 04/16/2024 | Date of Review: 04/22/2024 | Grievance #: K75-0324 -211 |

Individual in
Custody Name: **Pawelkowski, Leszek**                                           ID#: **Y31510**

Nature of Grievance: Medical Treatment, ADA Disability Accommodation

**Facts Reviewed:** Grievant alleges on 3/11/2024 they spoke with a medical professional and was told that their prescritpion for Dove sensitive soap and baby shampoo.

**Relief Requested:** None provided

**HCUA/ADA Coordinator's Response:** "Review of medical chart shows that Pawlowski saw NP on 3/11/24 as part of his chronic clinic and furlough follow-up. It is documented that Pawelkowski asked about dove soap and that he was educated on reasoning for discontinue, per the regional medical director. It is also documented that Pawelkowski stated in response that he'll "just start another lawsuit". The prescription item and he has instructed site providers not to order items that are available statewide commissary or have comparable substitutes available on commissary. Grievance issues contained are not related to ADA accommodations."

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **denied**, based on decisions made by the regional medical director are outside the jursidiction of LAW CC.

J. Garrett, CCII
Print Grievance Officer's Name                                  Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** | | |
|---|---|---|
| Date Received: 7/25/24 | ☑ concur    ☐ I do not concur | ☐ Remand |

Action Taken:

Chief Administrative Officer's Signature                                     4/20/24
Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Leszek Pawelkowski                    Y 31510        5/1/2024
Individual in Custody's Signature                     ID#              Date

A19

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 04-06-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | |
|---|---|---|---|
| Present Facility: Lawrence C.C. | | Facility where grievance issue occurred: Lawrence C.C. | |

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☑ Medical Treatment    ☐ ADA Disability Accommodation

☑ Staff Conduct    ☐ Dietary    ☐ HIPAA -    ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility    ☐ Other (specify):

☐ Disciplinary Report

| | Date of report | Facility where issued |
|---|---|---|

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
> Chief Administrative Officer, only if EMERGENCY grievance
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dnia 04-05-2023 otrzymałem Pass Type: Health Care Unit AT 12:00:00 PM DAY 4/6/2023. Rano dnia 04-06-2023 około 9° am N/P Lukina i strażniczka nazwisko Brown i trzecią pielęgniarkę nie znam można spendzać na trawniku, udały się na parking za budynkiem administracyjnym na papierosa tak jak to czynięno robią każdego dnia i wrócały @ 9 45 am spacerstem na budynek HCU hospital. Godzina 11° am drugi raz w tym samym składzie N/P Lukina i pozostale dwie pielę-
☑ Continued on reverse

**Relief Requested:**

-niarki udały się na druga tego dnia rundę na papierosa na parking za budynek administracyjny, wrócaly o 11 48 am na budynek HCU. O godzinie 11 48 am udałem się do Health Care Unit tak w wizyty z N/P Lukina. N/P Lukina przyjęła chlopaka z R-4-A i sierżant "CARTER" przywiózł moje ID mówiac się że N/P Lukina nie ma dziś czasu i przyjmie

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 04-06-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**    Date Received: 5/10/23    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

please see attached memo with Counselors response.
Update: Grievance was translated. See attached document for updated Counselor's 1st level response following translation of grievance

| Vaughan Fitzgerald | Vaughan Fitzgerald CCII | 4-26-24 5/10/2023 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 5-22-23

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☑ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| | 5-22-23 | A20 |
|---|---|---|
| Chief Administrative Officer's Signature | Date | |

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

RECEIVED LAWRENCE C.C.
RECEIVED LAWRENCE C.C.
GRIEVANCE OFFICE
GRIEVANCE OFFICE

Assigned Grievance #/Institution: _____     Housing Unit: _____     Bed #: _____

1st Lvl rec: _____     2nd Lvl rec: _____

mnie w następnym tygodniu. Siostra w przychalni wwiół z wizyty
pierwszy pacjet o nazwisku MORROW z R-4-A i został wezwany z
R-4-C Boss nazwisko. Gdy Boss miał wizytę z NP Luking przysz-
edł następny chłopak szpitalem do hogo odprowadził do NP-
Luking, jego nazwisko Thigpen. Wszedł do przychalni Srg CARTER
i powiedział że moge wracać na mój budynek i dwóch innych
chłopaków ten co został przyjęty pierwszy przez NP Luking Morrow
i chłopak który był u dentysty. Dnia 04-04-2023 nurse Baker
przyszła zbadać moje ciśnienie krwi miałem 150/88 i P 63
poprosiłem nurse Baker by przekazała NP Luking żeby mnie
natychmiast wezwała na wizytę u niej bo jest ze mną barabo
źle i mam nowy problem z moją lewa nogą, nie wiem co się
dzieje, od kolana do pachwiny cale moje ludo drentwieje i
mam taki ból jak bym trzymał tę nogę w rozzazonym piecu
na płonących węglach, czuje cały czas mrowienie i ogień
palący ogień nie do wytrzymania. Ta skarga to nie pierwsza
tak jestem za każdym razem traktowany przez personel med-
yczny Health Care Unit hospital w Lawrence C.C. Wiec pytam
czy personel medyczny ma płacone za przerwy co dziennie
(3), (4) razy dziennie i nie przyjmowanie nikogo bo inny
się przyjmuje, przedemna i po mnie, ale nie mnie, bo nie
mogą się ze mną porozumieć i odmaczają za każdą moją
wizytą tłumacza, czy to elektronicznego czy telefonicznego
tak zwanego 3way. Dla czego na każdym kroku jestem
ignorowany poniżdny przez tych ludzi. Czy po to są szkoli
nieni, by mnie tolerować jak "no body" nie jestem trak-
towany jak "Human Being". Celowo jestem odsyłany bo nikt
nie chce zadać sobie o dróbie trudu, by się ze mną porozumieć
w języku polskim, bo wszyscy wiedzą że nie mówię po angielsku
nie czytam ani nie piszę więc jestem traktowany jak gówno.
Na co dzień każdy jestem dzien przez wszystkich pracowni-
ków Lawrence Correctional Center. Na początku marca 03-04-2023
wystałem trzy Request dla NP Luking prosząc o wizytę bo jestem
bardzo chory i potrzebuję natychmiastowej pomocy medycznej
Wiec widzenie kto kolwiek będzie rozpatrywał tę skargę w
jaki sposób się mnie traktuje jak jestem ignorowany przez
NP Luking i innych pracowników HCU hospital.

_____

Pawelkowski Y31510
GRV #04-23-256

On 04/05/2023, I received a Pass Type: Health Care Unit at 12:00 pm for the day
04/06/2023. On 04/06/2023, at 9:00 am, NP LUKING, accompanied by Nurse Brown and
a third nurse whose name I do not know (you can check the cameras), went to the
parking lot behind the administration building to smoke a cigarette, as they routinely do
every day, and returned to the HCU hospital building at 9:45 am. At 11:00 am, for the
second time that day, NP LUKING and the other two nurses

**Relief Requested:**

went to the parking lot behind the administration building for another cigarette break.
They returned to the HCU building at 11:48 am. At 11:45 am, I went to the HCU for my
appointment with NP LUKING. NP LUKING took a man out of R-4-A. Sergeant CARTER
brought my ID and told me that NP Luking didn't have time that day and would see me

[page 2]

the following week. While I was sitting in the waiting room, the first patient, MORROW
from R-4-A, returned from his visit and someone named Boss (from R-4-C) was called.
When Boss had his appointment with NP LUKING, the next man named Thigpen came
in. I asked who he was to see and he said NP LUKING. Sergeant CARTER came into the
waiting room and told me I could go back to my building, along with two other men, the
one NP Luking had seen first, MORROW, and a man who was at the dentist. On
04/04/2023 Nurse Baker came to check my blood pressure which was 150/88 with a
pulse of 63. I asked Nurse Baker to tell NP Luking to call me immediately for a visit as I
was in very bad shape and had a new problem with my left leg. I don't know what is
happening but my whole thigh (from the knee to the groin) is numb and I have such pain
as if I were holding my leg in a hot furnace on burning coals. I feel a constant tingling and
an unbearable burning. This is not my first complaint. This is how I am treated every time
by the medical staff of the Health Care Unit Hospital at Lawrence C.C. So I ask, are the
medical staff paid for taking breaks every day, 3-4 times a day, and not seeing me,
because others are seen before and after me, but not me. And the reason is that they
cannot communicate with me and refuse to agree on a translator, either electronically or
by phone, the so-called 3-way, for each of my visits. Why am I ignored and humiliated at
every turn by these people? Are they hired to treat me like a "nobody"? I am not treated
like a "human being". I am deliberately sent away because no one makes the slightest
effort to communicate with me in Polish. Everyone knows that I cannot speak English. I
cannot read or write, so I am treated like shit every day by everyone at Lawrence
Correctional Center. At the beginning of March, i.e. 03/04/2023, I sent three REQUESTS
to NP LUKING asking for a visit because I am very sick and need immediate medical
help. So, you see, whoever will review this complaint, how I am treated, how I am
ignored by NP LUKING and other employees of HCU Hospital.

A21

Pawelkowski Y31510
GRV #04-23-256

On 04/05/2023, I received a Pass Type: Health Care Unit at 12:00 pm for the day 04/06/2023. On 04/06/2023, at 9:00 am, NP LUKING, accompanied by Nurse Brown and a third nurse whose name I do not know (you can check the cameras), went to the parking lot behind the administration building to smoke a cigarette, as they routinely do every day, and returned to the HCU hospital building at 9:45 am. At 11:00 am, for the second time that day, NP LUKING and the other two nurses

**Relief Requested:**

went to the parking lot behind the administration building for another cigarette break. They returned to the HCU building at 11:48 am. At 11:45 am, I went to the HCU for my appointment with NP LUKING. NP LUKING took a man out of R-4-A. Sergeant CARTER brought my ID and told me that NP Luking didn't have time that day and would see me

[page 2]

the following week. While I was sitting in the waiting room, the first patient, MORROW from R-4-A, returned from his visit and someone named Boss (from R-4-C) was called. When Boss had his appointment with NP LUKING, the next man named Thigpen came in. I asked who he was to see and he said NP LUKING. Sergeant CARTER came into the waiting room and told me I could go back to my building, along with two other men, the one NP Luking had seen first, MORROW, and a man who was at the dentist. On 04/04/2023 Nurse Baker came to check my blood pressure which was 150/88 with a pulse of 63. I asked Nurse Baker to tell NP Luking to call me immediately for a visit as I was in very bad shape and had a new problem with my left leg. I don't know what is happening but my whole thigh (from the knee to the groin) is numb and I have such pain as if I were holding my leg in a hot furnace on burning coals, I feel a constant tingling and an unbearable burning. This is not my first complaint. This is how I am treated every time by the medical staff of the Health Care Unit Hospital at Lawrence C.C. So I ask, are the medical staff paid for taking breaks every day, 3-4 times a day, and not seeing me, because others are seen before and after me, but not me. And the reason is that they cannot communicate with me and refuse to agree on a translator, either electronically or by phone, the so-called 3-way, for each of my visits. Why am I ignored and humiliated at every turn by these people? Are they hired to treat me like a "nobody"? I am not treated like a "human being",: I am deliberately sent away because no one makes the slightest effort to communicate with me in Polish. Everyone knows that I cannot speak English. I cannot read or write, so I am treated like shit every day by everyone at Lawrence Correctional Center. At the beginning of March, i.e. 03/04/2023, I sent three REQUESTS to NP LUKING asking for a visit because I am very sick and need immediate medical help. So, you see, whoever will review this complaint, how I am treated, how I am ignored by NP LUKING and other employees of HCU Hospital.

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/30/2023 | Date of Review: 11/28/2023 | Grievance # (optional): 04-23-256 |
| Offender: Pawelkowski, Leszek | | ID#: Y31510 |

**Nature of Grievance: N/A**

**Facts Reviewed:** Grievant has written grievance in a language this Grievance Officer is unable to translate. Grievant was interviewed by Counselor in order to facilitate translation of grievance in order to resolve issue. Grievant refused assistance stating "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." Per Counselor response there were no difficulties in communication with IIC in English.

DR 504 Subpart F states: "Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff."

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_ in that Counselor attempted to provide translation services but grievant refused assistance. Per Counselor there were no difficulties in communication with IIC in English.

J McFarland CCII
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 12 1 25 | ☒ I concur    ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature

12-11-22
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Leszek Pawelkowski           Y31510           5/7/2024
Offender's Signature                    ID#                    Date

A22



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **4-26-24**
Grievant's Name & Number: Pawelkowski, Leszek #Y31510
Counselor's Response for Grievance #: 04-23-256

Updated Counselor's response following Grievance being translated:

Response from HCUA Cunningham: "Review of medical chart shows that Pawelkowski is considered limited English proficiency, and his chart is marked as Polish speaking only. Wexford Health Sources has been provided information on interpreter services many times and has the ability to access translation services for individuals requesting this. No indication in chart that translation services are being utilized for Pawelkowski. Per review of medical chart and Nurse Practitioner line, Pawelkowski's appointment on 4/6/23 was not rescheduled / cancelled due to time constraints. Documentation shows that it was rescheduled to coincide as a follow-up to a medical furlough the following week. Issue with thigh was discussed at appointment with NP on 4/13/23, and a lumbar spine x-ray was ordered and Tegretol dosage was increased for pain management. At present, Pawelkowski continues to be treated by a variety of specialties for his ongoing medical concerns."

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

A23

JB Pritzker
Governor



Latoya Hughes
Acting Director

**The Illinois Department of Corrections**

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    May 10, 2023

TO:    Pawelkowski, Leszek Y318510 R4CL9

FROM:    T. Fitzjarrald CCII

SUBJECT: Grievance Response for Gr#04-23-256

Met with individual at cell door and in Counselor's office to provide an opportunity to assist with writing grievances. Gr # 04-23-256, 04-23-255, 04-23-257, 04-23-003 are all marked Emergency. I advised IIC that I could write his grievance in English so that I could better provide assistance to whatever difficulties he may be experiencing. He said "no." I asked if he was experiencing any medical emergency to which he stated "no." C/O Greentree was present during this interaction. I offered to assist IIC with writing grievances once again to which he stated "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." There were no difficulties in communication with IIC, we communicated in English and he asked questions and provided responses to my questions with no language barriers.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

A24

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender's Grievance**

| Date: 04-8/13-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

| | Date of report | | Facility where issued |

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

*Dnia 04-12-2023 zostałem zabrany z Celi o 3 am rano i zap -rowadzony na budynek operacyjny. Po upływie około godziny czyli o 4 am przyszedł do pokoju oficer Fitch i założyli mi kajdanki na ręce i zaciągnęli do skuła mojego ciała nos i skrzyn - będą na kajdanki. Wyprowadził na zewnątrz wsadził mnie do wora zawożąc (ańcuch na nogi i dołączył do nas oficer Mitch. Tego dnia czyli 04-12 2023 miałem w Chicago sprawę*

- [x] Continued on reverse

**Relief Requested:**

*karną do Chicago dołożyliśmy po godzinie 9 am, weszliśmy do budynku sondu i dołożyliśmy bazmetom do toolet oficerowie Mitch i Fitch oddali mnie w łazience i ja papro siłem by mi zdjęto, to skrzynkę bo takie oddaci mnie oficerowie odporli że nie mogą bo takie mają polecenia.*

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y 31510 | 04-13 2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 5/10/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

*please See attached memo with Counselor's response.*
*Update: Grievance was translated. See attached document for the updated Counselor's response following translation of grievance.*

| Vaughan Fitzgerald | Vaughan Fitzgerald CCII | 4-26-24 |
| Print Counselors Name | Sign Counselor's Name | 5/10/2023 |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 5-22-23

Is this determined to be of an emergency nature?

- [x] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| | | 5-22-23 | A 25 |
| Chief Administrative Officer's Signature | | Date | |

Distribution: Master File; Offender                    Page 1 of 2                    DOC 0046 (Rev. 01/2020)

1 of 2

| Assigned Grievance #/Institution: | Housing Unit: | Bed #: |
| --- | --- | --- |

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                2nd Lvl rec:

Próbowałem oddać mocz ale to nie możliwe gdy ma się ręce
skute na brzuchu i założone także na kajdanki gdzie
nie można wykonać żadnego ruchu. Dotarliśmy do
windy i wjechaliśmy na czwarte piętro, gdzie miałem
rozprawie w pokoji numer 400. Na całym piętrze są okra-
towane pomieszczenia dla więźniów, w których to są
toalety, wszystkie z toaletami były zajęte przez więźniów
Cook County Jail, tylko środkowa cela była wolna ale
nie było w niej toalety i nie mogłem oddać mocz.
Siedziałem tak na ławce z silnym bólem brzucha i prosi-
łem oficera Fitch by porozmawiał z oficerem Cook County
by przeprowadzić dzieżniów bo było ich tylko trzech na
moment do mojej celi abym mógł skorzystać z toalety.
Fitch poszedł i przecie podobnie z kimś rozmawiał w tej
sprawie bo wrócił po minucie i powiedział że nie
mogą tych więźniów przeprowadzić. Po jakichś dwóch
godzinach zostali wyprowadzeni z celi gdzie była
toaleta i odwiezieni winda na dół, no i mogłem skorzy-
stać w końcu wypragnionego oddania mocz. Oficer
Fitch zdjął mi tą skrzynkę na dłużej minuty i załatwiłem
swoją potrzebę. Przyszedł mój adwokat pan Thomas Bransho-
der porozmawiał chwilę ze mną i za kilka naście minut
wezwano mnie do sali rozpraw. Zdjęto mi łańcuch którym
byłem opasany do okoła ciała kajdanki i tę także i
poszliśmy na sale rozpraw. Po sprawie wyszliśmy do
przedziału gdzie spowrotem założono mi kajdanki
łańcuch do okoła pasa i skrzynkę na kajdanki to wszy-
-stko zakładał mi oficer Mitch przedziałem że za
mocno zaciśnął mi kajdanki że nie mogę poruszać
ręcoma i strasznie mnie boli. Oficer Mitch poluzował
kajdanke m prawej ręce którą trzymałem na górze a
lewą na dole skrzynki nie. Porozmawiałem chwilę z moim
adwokatem przy pomocy tłumacza i się pożegnaliśmy.
Czekaliśmy na papiery które dostarczono oficerom Mitch i
Fitch ponad dwie godziny i wjechaliśmy na dół gdzie
basznetem dotarliśmy do wsna i zaczęła się moja kałarja
wróciliśmy do Lawrence C.C. po godzinie 8^{15} pm a więc
byłem skuty przez 16 godzin i wiłem się z bólu przez
zaciśnięte kajdanki za mocno na przegubie mojej lewej
ręki. Przyszedłem pod celę nabrałem wody w butelki w
day room i poszedłem spać tak byłem obolały i zmęcz-
ony. Oficer Report zaoferował mi kolacje że przyn-
-iesie mi z kuchni, ale odmówiłem nie miałem ochoty
na nic tak byłem zbolały że poszedłem spać. Wstałem
na drugi dzień czyli 09-13-2023 o siedmej rano i o 8am
oficer Greentre otworzył moja cele i powiedział mi że
mam pyjść o 12 pm do HCU hospital. Poszedłem więc w
przyszcie i zawołałem oficera Greentre pokazałem mu
ręce i nogi jakie mam cięte rany i poprosiłem, by zawa-
wonił do BFI by zrobiono mi zdjęcia. Oficer Greentre

Assigned Grievance #/Institution _____   1st / vl rec _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec _____

odpowiedział mu żebym pokazał to w HCU i że to TA która musi zrobić zdjęcia, a nie BFI. Wyszła mnie do pokoju N'P Luking i pokazałem dla N'P Luking co mi się stało i że chcę by sporządziła protokół i zrobiła zdjęcia. N'P Luking zawołała pielęgniarkę Brown i Brown zmierzyła długości i szerokość rany na lewej ręce, obejrzała dwie cięte rany na moich nogach i wypisała wszystko do protokółu, opisała moje rany i wpisała. Powiedziałem N'P Luking co ze zdjęciem odpowiedziała mi że TA oficer przyjdzie i zrobi. Przyszedł sierżant który pracuje w TA Office i nie rozmawiał że mogą tylko z pielęgniarką Brown która spisała raport. Poprosiłem N'P Luking by wypisała mi permit na "Waist Chain" bo za każdym razem gdy jadę do szpitala na zewnątrz mam ten sam problem z tą "Black Box" N'P Luking odpowiedziała mi że wypisze mi permit ale nie wypisała. Ten problem mam za każdym razem z rękoma i nogami gdy mi się go zakłada, do tej pory nie było tak traguznie jak to mam dziesięć otwarte rany na palcach tku lewej ręki i nogach. Z lewą ręką mam od ponad dwóch lat bardzo poważny problem nie mogę podnieść lewej ręki do góry bo ból mnie w ramieniu. Palce lewej ręki mam powykręcane przez reumatyzm i nie mogę w palcach utrzymać i mam straszny ból co dziennie w ramieniu i palcach biorę dwa razy dziennie rano i wieczorem Tagretol 200 MG TAB, ale ta dawka mi dużo też nie pomaga. Poprosiłem N'P Luking o zwiększenie dawki, powiedziała mi później 12 kwietnia że mi zwiększy dawkę ale okazuje się tak jak z permitem na Waist Chain że to tylko puste słowa wypowiedziane przez N'P Luking. Nie wiem dla czego TA oficer nie zrobił mi zdjęć moich ran na ręku i nogach i nie wiem co pielęgniarka Brown wpisała do tej kartki papieru, bo nie czytam po angielsku. Poprosiłem by mi sporządziła kopię tej kartki którą wypisała, Brown odpowiedziała żebym poprosił na piśmie o kopię by mi zrobiono: Medical Records Supervisor. I z pewnością to zrobię by mieć pewność co pielęgniarka Brown wypisała. Zadzwonię także do IDOC INMATE ISSUES może ich interwencja pomoże by ktoś udokumentował ten incydent na zdjęciach o które proszę i moja prośba jak i moja osoba kolejny raz została zignorowana zarówno przez HCU hospital N'P Luking a także TA Office. Na każdym kroku i każdego szczebla LAWRECE C.C. od wszystkich pracowników tej placówki dostaje tak zwanego "Kopa w tyłek" Dzień w dzień jestem dołowany u psychicznie "i tłasz fizycznie, tylko dla tego? że nie jestem obywatelem USA. Nie mówię nie czytam i nie piszę po angielsku jestem upokazany na każdym moim kroku, jak długo to będzie i staże trwało? Moim zdaniem nie zrobiono zdjęć moich ran ciętych na lewej ręce i obu moich przegubach nóg, bo TA Office tak właśnie zawsze obrawdy nie ma zdjęć nie ma dowodu, ale kamery wideo tą dobrze, no i dla czego pielęgniarka Brown nie zmierzyła moich ran na nogach dla czego sierżant z TA Office nie obrał moich ran. Przyszedł do HCU hospital po to by zniszczyć dowody zabrać raport który napisała Brown co?

Distribution: Master File, Offender

DOC 0046 (Rev 07/2020)

Pawelkowski Y31510

GRV # 04-23-257

On 04/12/2023 at 3:00 a.m., I was taken out of my cell and brought to the operating building. About an hour later, at around 4:00 a.m., Officer Fitch came and handcuffed me, put a chain around my body, and put a black box on me. He took me outside, put me in a van, and chained my legs. Soon Officer Mitch joined us. I had a court date in Chicago that day, so 04/12/2023.

**Relief Requested:**

We arrived in Chicago after 9:00 a.m., entered the courthouse, and went through the basement to the restrooms. Officers Mitch and Fitch used the restroom, and I asked them to remove the black box so I could use the restroom. They said they couldn't because those were the orders.

[page 2]

I tried to pee with my hands cuffed, but it's impossible when you have your hands cuffed to your stomach and a black box on the handcuffs. You can't move at all in that position. We got to the elevator and went up to the fourth floor, room number 400, where my hearing was to take place. The whole floor had barred rooms with toilets for the prisoners. All the rooms with toilets were occupied by inmates from the Cook County Jail, only the middle cell was empty, but there was no restroom, and I couldn't pee. So, I sat on a bench with severe stomach pain and asked Officer Fitch to talk to the Cook County officer about bringing the inmates to my cell (there were only three of them) so I could use the restroom. Officer Fitch left and must have talked to someone about it because he came back a minute later and said they couldn't move the inmates. About two hours later, the inmates were moved out of the restroom and taken downstairs, and I was finally able to relieve myself. Officer Fitch removed the box for two minutes and I did my business. Then my attorney, Thomas Brandstrader, came in and we spoke briefly before I was called into the courtroom a few minutes later. They removed the chain around my body, the handcuffs, and the black box, and then we entered the courtroom. After the hearing, we went to the waiting area where Officer Mitch put the handcuffs, the chain around my waist, and the black box back on me. I told him that he had tightened the handcuffs too much and that I couldn't move my arms because it hurt terribly. Officer Mitch loosened the handcuffs on my right hand, which was on top of the box, but not on my left hand, which was under the box. I spoke briefly with my lawyer through a translator and then we said goodbye. We waited over two hours for the papers, which Officers Mitch and Fitch finally got, and then we went downstairs and through the basement back to the van. That's when my ordeal began. We returned to the Lawrence C.C. after 8:15 p.m. So, I had been shackled for 16 hours and was suffering terribly because the handcuffs were too tight on my left wrist. I went to my cell, filled my water

A-27

bottles in the day room, and went to sleep because I was so sore and tired. Officer Reppart offered to bring me food from the kitchen, but I refused. I had no appetite. I was in so much pain that I just went to sleep. I woke up the next day, 04/13/2023, at 7:00 a.m. and at 8:00 a.m. Officer Greentre opened my cell and told me I had to go to the HCU hospital at 12:00 p.m. I showered and then called Officer Greentre to show him the cuts on my hands and legs. I asked him to call the BFI to take pictures.

[page3]

Officer Greentre said that I should show the wounds at the HCU Hospital and that it was the IA office's job to take pictures, not the BFI's. NP LUKING called me into the room, and I showed her my wounds, explained what had happened and asked her to make a report and take pictures. NP LUKING called Nurse Brown who measured the length and width of the wound on my left hand, looked at two cuts on my legs and wrote it all down in the report. I asked NP LUKING about the pictures, and she said an IA officer would come and take them. A sergeant who works in the IA office came, but he didn't talk to me, only to Nurse Brown, who had written the report. I asked NP LUKING for permission for a "waist chain" because every time I go to an outside hospital, I have the same problem with the black box. NP LUKING said she would write it, but she didn't. I always have this problem with my hands and legs when they put on the black box. It wasn't as tragic before, but now I have open wounds on my left wrist and legs. I've also had a serious problem with my left arm for over two years. I can't lift it because my shoulder hurts terribly. The fingers of my left hand are twisted because of arthritis, and I can't hold anything. My shoulder and fingers hurt a lot every day, so I take Tegretol 200 mg tablets twice a day, morning and evening, but this dose doesn't help. I asked NP LUKING to increase the dose, and she told me on April 12 that she would do so, but like the approval for the waist chain, it was just empty words from NP LUKING. I don't know why the IA officer didn't take pictures of my wounds on my hand and legs, and I don't know what Nurse Brown wrote on that piece of paper because I can't read English. I asked her to make a copy of the paper she wrote. Nurse Brown said that I should formally request a copy from the Medical Records Supervisor. I will definitely do that to find out what Nurse Brown wrote. I'm also going to call IDOC INMATE ISSUES. Perhaps their intervention will help, and someone will document the incident with pictures as I requested. Once again, my request was ignored by the HCU hospital, NP LUKING and the IA office. At every turn, at every place in LAWRENCE C.C., I get the metaphorical "kick in the butt" from all the staff of this facility. Every day, I'm mentally and now physically beaten down. All because I'm not a US citizen. I don't speak, read, or write English, so I am humiliated at every turn. How long will this go on? In my opinion, the pictures of my cuts on my left hand and both ankles weren't taken because the IA office just wants to erase the evidence. No pictures, no evidence. But cameras see well too. And why didn't Nurse Brown measure my leg wounds, why didn't the IA office sergeant even look at my wounds? Did he come to the HCU hospital to destroy evidence and take the report that Nurse Brown wrote?

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | | |
|---|---|---|---|
| Date Received: 05/30/2023 | Date of Review: 11/28/2023 | Grievance # (optional): 04-23-257 | |
| Offender: Pawelkowski, Leszek | | ID#: Y31510 | |

**Nature of Grievance:** N/A

**Facts Reviewed:** Grievant has written grievance in a language this Grievance Officer is unable to translate. Grievant was interviewed by Counselor in order to facilitate translation of grievance in order to resolve issue. Grievant refused assistance stating "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." Per Counselor response there were no difficulties in communication with IIC in English.

DR 504 Subpart F states: "Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff."

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_ in that Counselor attempted to provide translation services but grievant refused assistance. Per Counselor there were no difficulties in communication with IIC in English.

J McFarland CCII
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 12/1/23 | ☒ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature          12/1/23
                                                   Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Leszek Pawelkowski          Y31510          5/7/2024
Offender's Signature          ID#          Date

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **4-26-24**
Grievant's Name & Number: Pawelkowski, Leszek #Y31510
Counselor's Response for Grievance #: 04-23-257

Updated Counselor's response following Grievance being translated:

Response from HCUA Cunningham: "Review of medical chart shows that Pawelkowski is considered limited English proficiency, and his chart is marked as Polish speaking only. Wexford Health Sources has been provided information on interpreter services many times and has the ability to access translation services for individuals requesting this. No indication in chart that translation services are being utilized for Pawelkowski. Medical chart also shows that Pawelkowski did not have any cuffing-related permits at time of court writ on 4/12/23. Pawelkowski did see the NP on 4/13/23, and wrist and ankle abrasions are noted—TAO was provided by NP. NP also indicated she would have nursing staff complete an injury report. This was the paper RN Brown filled out, which is protocol whenever injuries are witnessed or observed. On 4/19/23, NP completed a permit stating "Please utilize over-sized cuffs for writs. Individual has larger than average wrist size." Permit does not mention use of black box, or waist chain. Permit was valid for one year, expiring 4/19/24, but has already been renewed. Issues contained in grievance are not related to ADA accommodations."

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

A29



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **4-26-24**
Grievant' s Name & Number: Pawelkowski, Leszek #Y31510
Counselor's Response for Grievance #: 04-23-257

Updated Counselor's response following Grievance being translated:

Response from HCUA Cunningham: "Review of medical chart shows that Pawelkowski is considered limited English proficiency, and his chart is marked as Polish speaking only.  Wexford Health Sources has been provided information on interpreter services many times and has the ability to access translation services for individuals requesting this. No indication in chart that translation services are being utilized for Pawelkowski.  Medical chart also shows that Pawelkowski did not have any cuffing-related permits at time of court writ on 4/12/23.  Pawelkowski did see the NP on 4/13/23, and wrist and ankle abrasions are noted—TAO was provided by NP.  NP also indicated she would have nursing staff complete an injury report.  This was the paper RN Brown filled out, which is protocol whenever injuries are witnessed or observed.  On 4/19/23, NP completed a permit stating "Please utilize over-sized cuffs for writs. Individual has larger than average wrist size."  Permit does not mention use of black box, or waist chain. Permit was valid for one year, expiring 4/19/24, but has already been renewed.  Issues contained in grievance are not related to ADA accommodations."

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

A29

Assigned Grievance #/Institution: _____     Housing Unit: R-3-CC-9    Bed #: Dome

RECEIVED
LAWRENCE CC

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____     2nd Lvl rec: _____

| | |
|---|---|
| Date: 3/11/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Bialy |

MAR 18 2024

| | |
|---|---|
| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

K75-0324-210

Date of report _____     Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked grievance marked "grievance":

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3/1/2024 mam rozmowe w HCU Hospital z NP-Claryssa Luking
która to pyta się mnie dla czego 21/2/2024 nie udałem
się o godzinie 5°° am do HCU Hospital w celu oddania
krwi do badania laboratoryjnego. Zapytałem się NP-
-Luking kto to powiedział, pokazała mi NP-Luking
kartkę w moich aktach z nazwiskiem pielęgniarki Fosen
która to podpisała się za ją odmówiłem przyjścia do HCU Hospi...

[x] Continued on reverse

**Relief Requested:**

Popatrzyłem się na NP Luking i zapytałem się czy ją kiedy kolwiek
nie przyszedłem do HCU Hospital gdy dostałem Cool Pass
odpowiedziała mi NP Luking że nie, więc mówię dla NP-
Luking że to powinienem dostać Cool Passe dwan ważny
czyli 21/6/2024 od Officera na drugiej zmianie ale nie

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| | | |
|---|---|---|
| Leszek Pawelkowski | Y31510 | 3/11/2024 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 4-30-24    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

See attached IDOC document for 1st level counselor response
following translation of grievance

Housing Unit: R-3-LL-9    Bed #: Dolne

Assigned Grievance #/Institution: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

otrzymałem tak owego, ani też nie zostałem powiadomiony ustnie, że mam się stawić w HCU Hospital 2/7/2024 Aby, także, o 5:00 am rano dnia 2/7/2024 nikt nie otworzył drzwi mojej celi a nie powiedział mi bym się udał do HCU Hospital. NP Lukina powiedziała że mi nie wierzy bo nigdy wcześniej się to nie zdarzyło. Więc idąc do NP Lukinda-ce-pielęgniarka, Person, bfannie, nigdy mnie nie woziła. NP Lukina zawołała pielęgniarkę Fitzgerald i pobrano mi krew do badania Lab: 3/11/24 a nie 2/7/24 która to powinna być pobrana przez pielęgniarkę Tison Choć nie umiem dobrze nie czytam wcale ani nie piszę po angielsku to nigdy nie odmówiłem pójścia do HCU Hospital gdy dostałem Cool Pass.

On 3/11/2024, I talked to NP Claryssa LUKING at the HCU Hospital who asked me why I has not reported to HCU Hospital on 02/07/2024 at 5 a.m. to give blood for lab tests. I asked NP LUKING who said that and she showed me a note in my file from Nurse FUSON who wrote that I refused to come to the HCU Hospital. I looked at NP LUKING and asked

☑ Continued on reverse

**Relief Requested**:

if I there was ever the case that I did not report ' to HCU Hospital when I got a Cool Pass. NP LUKING said no, and I said that I should have received a Cool Pass from the second shift officer the day prior, on02/06/2024, but I had not received any such thing, nor had I been informed verbally of that

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

| Leszek Pawelkowski | Y31510 | 3/11/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

K75-0324-210

[Stamp:                                                              25

RECEIVED
LAWRENCE CC

MAR 18 2024

GRIEVANCE
OFFICE]

Assigned Grievance # / Institution: _____          Housing Unit: R-3-Cl-9  Bed #: Bottom

ILLINOIS DEPARTMENT OF CORRECTIONS

1st Lvl rec: _____          **Offender's Grievance**          2nd Lvl rec: _____

I should be at the HCU Hospital on 2/7/2024. Also, no one opened my cell door at 5:00 a.m. on 2/7/2024 to tell me to go to the HCU Hospital. NP LUKING said she believed me because it had never happened before. I told NP LUKING that Nurse Fuson was lying about it as she never called me. NP LUKING called Nurse Fitzgerald who then took my blood for a lab test on 3/11/2024. So Nurse Fuson did not take my blood on 2/7/024 when she should have. Even though my English is not good and I can't read or write in English at all, I have never refused to come to the HCU Hospital when I was given a Cool Pass.

.JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **5/6/24**

Grievant's Name & Number: Pawelkowski, Leszek #Y31510

Counselor's Response for Grievance #: K75-0324-210

Counselor's response following Grievance being translated:

Per written response from Nurse Fuson, "On 3/11/24 I was informed by Security C/O that Pawelkowski refused to come to HCU for his lab draw."

Per email response from DON Ulrey, "Individual was scheduled for his clinic labs on 2/7/24, placed on the 5 am call line. There is a signed and witnessed refusal in his chart that states he refused to come for his 5 am call pass."

In regard to the grievant being notified of a call pass and the grievant's cell door being opened at 5 am. Grievant does not provide a name or description of the staff member in order for this counselor to accurately identify the staff member as dictated by DR504.81.

Per written response from Backup ADA coordinator Bice, "Issues contained in grievance are unrelated to ADA accommodations."

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

Assigned Grievance #/Institution

Housing Unit: **RS·BL·B**    Bed #: **Low**

24-09-2023

osze zobaczyć że
councelor nie
ospatrzyła mojego
vivance, czyli stoął
onad 60 dni

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Lvl rec: | | 2nd Lvl rec: |
|---|---|---|

| Date: **9·25·22** | Offender (please print): **Pawelkowski Leszek** | ID #: **Y31510** | Race (optional): **WHITE** |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- [X] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
    issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

*Nazywam się Leszek Pawelkowski # Y31510 Do LAWRENCE C.C. zostałem przetransferowany 9·9·2019 roku z Menard C.C. W dniu: 10·10·2019 zostałem wezwany do Personal Property po odbiór skrzynek na moje osobiste rzeczy. Officer: Sutten powiedział mi że skrzynek na korespondecję czyli: Small Box' nie mają w tej chwili, ale mają uszkodzone. Zgodziłem się wziąć tą uszkodzoną. Officer Sutten powiedział żebym po kilku miesiącach napisał Request po nową skrzynkę, to mi wymieni uszkodzoną na nową.*

[X] Continued on reverse

**Relief Requested:**

*Napisałem po upływie roku czyli 2020 w 10·02·2020 napisałem mój pierwszy Request do Personal Property o nową skrzynkę na korespondecję. Nigdy nie zostałem wezwany, choć napisałem dwa następne: 10·23·20 i trzeci 11·20·2020 bez odpowiedzi, żadny raz nie zostałem wezwany do Personal Property. W 2021 roku SGt: Riggs zrobił przeszukanie →*

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| *Leszek Pawelkowski* | **Y31510** | **9·25·2022** |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature    Date

DOC 0046 (Rev. 01/2020)

Distribution: Master File; Offender

**B # 1**

Assigned Grievance #/Institution                                                           Housing Unit                                        Bed #:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                                                                              2nd Lvl rec:

moją celi, tak zwany 30 dniowy Shakedown i zabrał z korespondend box wierzchnią pokrywę, czyli "Lid" Nie dał mi Shakedown Record Confiscated Contraband paper. To było na popołudniowej zmianie Riggs powiedział mi że officer przed zakończeniem zmiany przyniesie niągdy nie dostałem tego papierka, choć kilka krotnie upomin-ałem się u SGT. Rigga. Ostatnia rozmowa z SGT. Riggsem miałem w Maju 2022 powiedział mi że nie pamięta tego że zabrał z mej skrzynki wierzchnią pokrywę, czyli Lid. Po tym jak SGT. Riggs zabrał ten lid straciłem ponad trzydziesci kopert ze znaczkami które w sklepie kosztują 65 cetów, dwa pudełka po pięćdziesiąt kopert bez znaczków czyli blanc kwelope, które to 1 pudełko kosztuje 1 3/4 piętnascie Legal Envelope 10 x 13 za które płaciłem po 50 ¢ za jedną, w sumie: 760¢. Kto mi za to zwróci? 7-11-2022 o godzinie 8:15 am wyszedłem na jarde gdzie stał officer: Sutten zapytałem go o to co mam zrobić, tym dałem nową skrzynkę, napisz kolejny Request powiedział " Tego samego dnia czyli: 7-11-22 napisałem bez reakcji ze strony Personal Property. 8-10-22 dostaje Call Pass do Personal Property, na drugi dzień został odwołany czyli Cancel. 8-11-22 wieczór dostaje kolejny Call Pass. 8-12-22 ide do Personal Property: mój kolega przysła mi łancuszek z krzyżykiem, który już trzci raz został odesłany spowrota do mojego bolогi: Officer Sutten powiedział mi że coś z krzyżykiem jest nie tak i że jestem nie wiemmy choć ja jestem od urodzenia Katolikim zapytałem officera Sutten co z moją skrzynką odpowiedział mi bym napisał kolejny Request. Jak długo będę odsyłany bez wiarego? Wrucitem do mojej celi z pustymi rękoma i napisałem kolejny Request z nową skrzynkę do Personal Property. 9-9-22 dostałem Call Pass do Personal Property, po odbiór nocnej lampki którą kupiłem w sklepie 9-10-22 zaszedłem odebrałem lampkę tym razem obstony mnie officer: Suddarth powiedziałem mu o moim problemie, ze skrzynką że SGT. Riggs zabrał wierzchnie zamknięcie, odpadł mi że on mi wici "Shakedown Stop, odpowiedziałem by zadzwonił do SGT. Bridcell na 3 hous: zadzwonił i SGT. Bridcell powiedział mi że jest zajęty że obkazni, kolejny raz został odesłany bez pozytywnego zatałwiena sprawy, a pro po, tym razem byłem w Personal Property z moją skrzynk i SGT. Suddarth widział że jest pknięta od góry do samego spodu. 9-19-2022 - na day room przyszedł kanzler kilka mi rut po 10 am "GOODRUM" powiedziałem mu takie o moim problemie ze skrzynką powiedział mi że postara się to zatałwić i po południu da mi znać, dziś mamy: 9-25-22 jak do tej pory nic nie wiem i nic nie jest zatałwione pozytywnie. Mam pytanie do osoby która będzie odpowiedzialna za _____ rozpatrzenie mojego grievance, czy officerowie którzy tu pracują przychodzą tylko po to by odebrać swuj cek na który tak ciężko pracują czy tez są zobowiązani do uczciwej pracy która powinna być przez nich wykonywana? Liczic w USA płaca podatki by można było opłacać przez państwo officerów którzy nie wykonują swojej pracy tak jak powinni. Jak długo można czekać na pozytywne rozpatrzenie mojej sprawy, następne trzy lata w Lawrence C.C.? Mam nadzieję że w USA jest jeszcze Legalne wypowiadanie swojej opinji "czyli wolnosu stowa." Thank You.

Distribution: Master File, Offender                                        Page 2 of 2                                        DOC 0046 (Rev. 01/2020)

04-04-2023

Prosze zobaczyc ze
counselor nie rozp-
atrzyla mojegokan-
nad 60 dni

Assigned Grievance #/Institution:

1st Lvl rec:

Housing Unit B-4-B-08    Bed # Low

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender's Grievance**

2nd Lvl rec:

| Date: 1-02-2023 | Offender (please print): Leszek Powelkowski | ID #: Y31510 | Race (optional): BIAŁY |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [✓] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

December 15 2022 udałem się do HCU wezwała mnie NP Wise
w sprawie mojego bóki kolan dłoni palców obu rąk i zamówiła dla
mnie przesiedlenie rendgenem czyli X-Roy tych nasadów.
Opowiedziałem NP Wise że mam bardzo poważny problem
coraz to większą utratą pamięci. Ona czyli NP Wise powiedzi-
ała mnie że do Mental Health department pisziecznem
napisać request. odpartem że wystałem już try i rzekam już

[ ] Continued on reverse

**Relief Requested:**

prawie dwa miesiące i nie doczekałem się ze strony Mental-
Health department żodnej odpowiedzi "NO Respons" A ten problem
bardzo się pogarsza bardzo mnie denerwuje bo pamiętam wszystkie
co było dawno temu a nie moge spamiętać nic nowego. dla
przykładu wstaję rano mnję się ustawiam wodę na kawę i po upływie

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Powelkowski | Y31510 | 1-02-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

RECEIVED
MAY 0 8 2023
ADMINISTRATIVE
REVIEW BOARD

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance

[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

B#2

Assigned Grievance #/Institution: _____

Housing Unit: _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

pół godziny biorę do ręki Hot Pot i woda jest zimna jak lód
zapomniałem podłączyć mój Hot Pot do prądu. Wstaję rano i
nie wiem jaki jest dzień tygodnia. Bardzo się to dłuca i
martwi mnie zaledwie pięć dziesiąt cztery lata, czyli jutro
to jest February 02-2023 ukończę pięćdziesiąt cztery, więc myślę
że jest za wcześnie na taką pustkę w mózgu. Więc N.P. Wise
powiedziała mi że ona tni zrobiła apointmet do Mental Health
w tej sprawie. Dzisiaj mamy pierwszy luty 2023 czas upłynęło
czterdzieści osiem dni i nie mam wezwania do HCU Mental
-Health department, nikogo nie obchodzi moja utrata pamięci
Ale jak kogo kolwiek może obchodzić moja osoba przecież to nie
obywatel USA ani też ten facet nie mówi po angielsku ludzie
pracujący w HCU hospital często robią sobie że mnie to jest mały
osoby żarty pokazując mi prosto w twarz i z uśmiechem na twarzy
pielęgniarka mówi mi że mnie nie rozumie, więc odpowiadam
że mamy internet w tych czasach ludzie porozumiewają się na
całym świecie za pomocą elektronicznego tłumacza dla czego
wy pielęgniarki nie używacie go, wiem że macie bo taki,
jaki stosują przy rozmowie że mną gdy o to poproszę w
każdym innym szpitalu Menrv-Szampeyn itd. Ostatnio jak
miałem "tajapcy" test w szpitalu w Szampeyn poprosiłem
o tłumacza, pielęgniarka przyprowadziła za minutę
elektronik urządzeń na kółkach podała swój V number
i po skwirdzie rozmawiałem z mężczyzną w moim języku
czyli w Polskim, macie taki odpowiedziałem więc ruszcie się
i przyprosić zostaje zignorowany no i na tym się kończy
nasza rozmowa Jak mogę opowiedzieć dokładnie co mi
dolega jeśli brakuje mi słów w języku angielskim którym
to posługuję się bardzo słabo, nie wszyscy mnie rozumieją
lub nie zawracają sobie moją osobą Odpisy nie którzy
mówią mi że mają inne problemy tu chodzi mi o
personel HCU hospital. Tak więc 1-02-2023 jestem w pokoju
z FNP-C luking i zapewnia mnie th luking że naprawy
teraz ktoś mnie wreszcie z Mental Health department w
mojej sprawie utraty pamięci, że zrobi mi apointment na
100% Więc czekam na wezwanie przez kogoś z Mental
Health HCU department, bo z moim rozmnem jest coraz
gorzej i potrzebuje pomocy, może po tym gniwinse ktoś znaj-
dzie dla mnie czas i zajmie się moją sprawą i dziękuję
i czekam na pozytywne rozpatrzenie mojego problemu.

*(handwritten top margin, left):*
04-07-2023
Poste zwrócić uwagę
że Coonselor nie roz-
patrzyła mojej skargi
ponad 60 dni

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 02-07-2023 | Offender (please print): Leszek Powelkowski | ID #: Y 31510 | Race (optional): Biały |
|---|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

*(handwritten)*
W dniu dzisiejszym czyli: 02-07 2023 o godzinie 8°°am wyszedłem
na zewnątrz na jarde. Nie mogę robić ćwiczeń fizycznych, bo mam
uszkodzone Luse ramie i nie mogę podnosić ciężarów, bo na
jardzie mamy tylko sztange nic więcej a na sali gimnastyczna
nikt nas nie prowadzi odkąd mam korad czyli od 2020 nikt
z więźniów nie był na sali gimnastyczny. staf tłumaczy się
tym że nie ma wystarczającej ilości personelu w każda jesień

[x] Continued on reverse

**Relief Requested:**

*(handwritten)*
robią nam na Tykody Tak zwany trzy dniowy „Lockdown"
by móc sobie pojechać na robiowania Nikt nie dba o nasz czas
na ćwiczenia fizyczne na sali gimnastyczna są maszyny na których
wisi byw ciężyć tu luśtro odsiadujy wyroki który są grubo
po pięćdziesiątce czy sześćieściej i nie mogą dźwigać sztang ?

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Powelkowski | Y 31510 | 02-07-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: _____  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

*(stamp)*
RECEIVED
MAY 0 8 2023
ADMINISTRATIVE
REVIEW BOARD

_____ _____ _____
Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ _____
Chief Administrative Officer's Signature    Date

*(handwritten, bottom right):* B#3

Assigned Grievance #/Institution: _____     Housing Unit: _____     Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                                                    2nd Lvl rec: _____

które mamy na jardzie, ale kto o to dba, my się nie liczymy jako ludzie tylko: Y-31510, policjanci mają też czas na grę w karty podczas służby. a nie ma nikogo by zapiswdał. raz na G4 skończył się mój czas na jordzie i oficer Greentree przyszedł, by nas zabrać z powrotem na budynek. Powiedziałem mu co się mi przydarzyło i pokazałem oficerowi tą krew którą wyplułem. Zapytał się mnie oficer Greentree czy zakosorię do HCU hospital odpowiedziałem że tak. Na budynek wróciliśmy o godzinie 9⁴⁰ am i jardy i o godzinie dopiero 12⁴⁰ pm zostałem zawiziany do HCU hospital. Przyjęła mnie pielęgniarka "BROWN". Zapytała się mnie co się stało ją powiedziałem jej że: 20-10-2022 miałem w CRALE RICHLAND ultrasound mojego gardla ze pielęgniarka Melissa Wise "wysłała mnie na to badanie bo jest z moim oddychaniem bardzo źle mam silne bóle gardla, drapanie w środku i w nocy brak mi powietrza. mam takie wrażenie jak by utkwiła mi w gardle piłeczka od ping-ponga duszę się, budzę się w środku nocy i nie mogę złapać oddechu. 25-10-2022. FNP-C-Lukine wezwała mnie na rozmowę, powiedziała mi że jest z moim gardlem bardzo źle. że prawdo podobnie mam nowotwór gardla. Bardzo się tą informacją zmartwiłem. FNP-C-Lukine powiedziała mi że wyśle mnie na badanie "bajopsy". 19.12.2022 zostałem zawieziony do szpitala na terapię do szampej gdzie lekarz przeprowadził na moim gardle badanie bajopsy na potwierdzenie czy mam nowotwór czy też coś innego. 27.12.2022. FNP-C-Lukine przysłała mi listowny wynik który brzmi "NO CANCER" trochę mnie to pobudowało na psychice wytłumaczyłem wszystko pielęgniarce BROWN i powiedziałem że jest coraz gorzej z moim gardlem nie mogę mówić odbiera mi głos przecież parę słyszy tylko się z niuchnela. Zaśiała w moje gardle i powiedziała do mnie że cytuję słowa pani Brown "Będziemy mieli na pana oko, dosłownie: We Kep Eye On You". Powiedziałem że chcę widzieć się z kimś wykwalifikowanym jak. FNP-C-Lukine bo wiem że nie mamy Lekarza od ponad roku. Brown odpowiedziała że nie ma takiej potrzeby że to nic poważnego. Jakim to cudem pielęgniarka stawia diagnozę za lekarza przecież nie jest w tej dziedzinie wykwalifikowana jak taka pielęgniarka może decydować co jest dla mnie dobre a co nie, ja pluję krwią a pani Brown to ignoruje. W sąsiednim pokoju na przeciwko mnie siedzi FNP-C-Lukine, mówię do Brown że chcę się z nią widzieć, by to ona zdecydowała co dalej ze mną trzeba Brown odpowiedziała że, FNP-C-Lukine nie ma czasu że nie ma mnie na liście do niej. Więc pytam się o co tu z tym wszystkim chodzi, czy to pielęgniarka Brown może decydować o moim losie, czy pielęgniarka Brown jest odpowiednio wykwalifikowaną osobą do stawiania takich diagnoz. Myślę że składała przysięgę "HIPOKRATESA" przed otrzymaniem dyplomu pielęgniarki po ukończeniu szkoły medycznej. A może tak jak to pokazują w wiadomościach kupiła dyplom za piervsze

Distribution: Master File; Offender                        Page 2 of 2                        DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____   Housing Unit R-4-B2-8   Bed # _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____                                          2nd Lvl rec _____

| Date: 03-02-2023 | Offender (please print): Leszek Pawelkiewski | ID #: Y 31510 | Race (optional): BII7LY |
|---|---|---|---|

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_[handwritten text in Polish, partially illegible]_

[x] Continued on reverse

**Relief Requested:**

_[handwritten text in Polish, partially illegible]_

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Leszek Pawelkiewski_   Y 31510   03-02-2023
Offender's Signature        ID#           Date

(Continue on reverse side if necessary)

**RECEIVED**
APR 14 2023
ADMINISTRATIVE
REVIEW BOARD

Counselor's Response (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____   Date _____

Distribution: Master File; Offender        Page 1 of 2        DOC 0046 (Rev. 01/2020)

15

R #4

Assigned Grievance #/Institution: _____   Housing Unit: _____   Bed #: _____

1st Lvl rec: _____   ILLINOIS DEPARTMENT OF CORRECTIONS   2nd Lvl rec: _____
**Offender's Grievance**

podszedł do mnie i powiedział bym poszedł do HCU hospital rozm z tymi
co chodzą co dzień by przyjąć insuline. Poszedłem i ad 12:15pm czekałem aż
do 1:45 zanim mnie wezwała pielęgniarka i wypytała się mnie po co tu
przyszedłem, opowiedziałem co się ze mną dzieje ad fixedb dni ale
nie wiem na ile pielęgniarka mnie zrozumiała. Zmierzyła moje
ciśnienie krwi i oxygen. powiedziała że ciśnienie krwi jest
troche za duże, ale nie jest nic strasznego. Całej tej rozmowie
przysłuchiwała się FNP-C-Lukins, powiedziałe widzi że nie wyg-
ląda pan dobrze, oparty o ściane mówie że tak jest już trzy dni
Lukins powiedziała że to widzi i zapisała mnie na wizyte, bo
powiedziała do mnie że to musi być coś innego to tego
ciśnienia krwi takie mam objawy. Powiedziałem że prze
przyjściem do HCU hospital zażyłem drugą tabletke od nadciś
-nienia krwi Lisinopril 20 MG TAB co serce mi strasznie bije to wze
zażytem dziś dwa razy, a biore tylko raz dziennie rano.
wróciłem do celi bez żadnej pomocy medyczną ze strony
FNP-C-Lukins tak jak by się nic nie stało. Tego samego dnia
czyli 02-16-2023 po wydaniu przez pielęgniarke wieczornych leki
o 8pm podszedł do mnie chcieć i powiedział że pers: Tony
przyszedł by zmierzyć moje ciśnienie krwi. Udałem się do pokoju na
galerii i pielęgniarz Tony wypytał się mnie co jest ze mną nie
tak, opowiedziałem mu ad początku na ile mej angielski
pozwala mu na wypowiedzenie się cała sytuacje co się dzieje
ad trzech dnia zmierzył moje ciśnienie krwi i oxygen i mówi
że jest podwyższone ale nie ma powodu do strachu żebym
się nie przejmował, Powiedziałem mu że mam 54 lata
a mój ojciec zmarł na wylew krwi do mózgu w wieku 55
lat, więc się martwię. 02-17-2023 dostałem: PASS TYPE: →
IN HOUSE - DAY: 02-18-2023 AT: 8:00:00 AM ale się nikt nie pojawi
tego dnia czekałem cały dzień i się nic doczekałem nikogo z
personelu HCU hospital jak to zwykle bywa w moim przypadku,
a moje zdrowie ciągle się nie poprawia, cały czas jest mi nie dobrze nie
wiem co się ze mną dzieje 02-19-2023 rano o 7am zażytem 40 MG
Lisinopril TAB, bo po wizycie w HCU hospital: FNP-C-Luking
zwiększyła mi dawke tabletek od nadciśnienia krwi z 20 MG
na 40 MG TAB. Po upływie może trzydziesta minut po zażyciu
tej 40 miligramowej tabletki poczułem spowrotem za ciężko tak
jak bym dostał dziesięcio kilową młotem w głowe. Ciemno w
oczach, czuję się tak jak by ciało że mnie życie wychodzi
ma we mnie życia umieram. nie moge oddychać poty na całym
ciele, wtuliłem się w poduszke i czekałem kiedy nastąpi wyłączenie
energii w moim organizmie i zabierze mych rodzicie, w niebie.
9:13am 02-19-2023 ale chcieli chcieć i mówi że pielęgniarz TONY zmożę
przyszedł by zmierzyć moje ciśnienie krwi, poszedłem i ciśnienie
wykazało 110 pielęgniarz mówi że i tamta dobre, a ja mu
na to że zażytem rano 40 MG TAB Lisinopril pierwszy raz o tej
dawce, bo brałem 20 MG TAB, a ta dawka zwaliła mnie o 7am rano
z nią, powiedział bym się nie martwił, bo to taka reakcja przy zwięk-
-szonej dawce, a ja mówie że od 14 lutego nie ma poprawy z moim
zdrowiem, tego dnia nie poszedłem wogóle na stołówke, bo się całem
by nie zemdlić po drodce i nie przewrócie się na betonie i zrobić sobie →

Distribution: Master File; Offender   Page 2 of 2   DOC 0046 (Rev. 01/2020)

3 of 3

Assigned Grievance #/Institution: ______ Housing Unit: ______ Bed #: ______

1st Lvl rec. ______

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: ______

krzywdy, a poza tym wogóle od paru dni jem tylko sypio bo na jedzenie nie
mogę patrzeć, nie mam apetytu, nie wiem czy ze strachu przed wylewem
krwi do mózgu, czy przed zawałem serca. te myśli nie dają mi spokoju
Poniedziałek 02-20-2023 źle się czuję, brak chęci do czego kolwiek ani
gry w karty ani oglądania telewizji, muzyka z tableta mnie denerwuje nie
mam ochoty na nic cały dzień czuję się źle. 02-21-2023 to
samo uczucie słaby jestem przez cały dzień, rano przyszła na budynek
pielęgniarka BAKER rozmawialiśmy o mojej gruźlicy była strasz-
nie zaskoczona że nikt nie zajął się leczeniem mojej gruźlicy, do
tej pory a jestem w Lawrence C.C. ponad trzy lata. 02-22-2023 idę
o 5am oddać krew na badanie cholesterolu. 02-23-2023 nie ma
nadal poprawy z moim zdrowiem, czuję się źle pocę się duszę się
nie mogę mówić cały czas ból w klatce piersiowej w gardle
duszę się ciemność w oczach i jak do tej pory od 02-14-2023
nikt mnie nie wezwał do HCU hospital by mnie zbadać co
jest ze mną nie tak. 02-24-2023 wyszedłem rano na jarde o 8am
o 9:20am z budynku R-4-* wyszła Dyrektor HCU hospital pani
Lorie Cunningham, podeszłem do siatki i spytałem się pania dyrektor
czy wie kto ja jestem spojrzała na mnie i mówi że tak pan Rudk-
-owski mówi, tak odpowiedziałem. Opowiedziałem dla pani
Lorie Cunningham cały przebieg mojej choroby z gardłem jakie
mam problemy od czasu gdy to w 12-15-2020 zarażiłem się
od któregoś z policjantów korona 19 jakie to mam teraz skutki
nadciśnienie krwi skacze. raz mam 180 raz 170-140 130-110
o tym że tracę wzrok i słuch. Powiedziałem że to nie od
FNP-C Luking czy NP Wise jest zależne moje Leczenie bo
one mówią mi że one robią wszystko co w ich mocy by mi
pomódz, ale to dyrektor Lorie Cunningham musi zatwierdzić
dla mnie leczenie, to od jej podpisu zależy czy będę lecz-
-ony czy też nie. Wysłuchała mnie pani Cunningham zapisała
moje Nazwisko i numer ID i spytała się czy widziałem
się z lekarzem specjalistą od gardła, powiedziałem że
miałem tylko robionego test bajapsy w szpitalu: 12-19-2022
i test wrócił, że nie mam nowotworu gardła. Powiedziała że
wyśle mnie na dalsze badania, rozmowie przysłuchiwał się więzień
o imieniu Vega. Powiedział do mnie gdy dyrektor odeszła że teraz
wszystko ruszy z miejsca, ja odpowiedziałem do Vegi tak samo
jak z moim ramieniem od ponad dwóch lat nic nie jest
zrobione w sprawie ramienia, a przecież miałem emmorai
dwa razy robione i wykazało że jest źle, bo przecież od
ponad dwóch lat mówię mi nie mogę podnieść Lewego
ramienia do góry, ani utrzymać kubka w palcach lewej ręki
Mam nadzieję że pani dyrektor tym razem wykaże o drobinę
profesjonalizmu i popchnie moje leczenie zatwierdzi dla mnie
lekarza który zajmie się leczeniem. Mam pięćdziesiąt cztery
lata i nie chcę umrzeć tak młodo jak mój ojciec. Od ponad
dwóch Lat nie mamy w Lawrence C.C. Lekarza i pielęgniarki decy-
-dują o moim zdrowiu i Leczeniu. Tyle razy proszę pielęgniarkę FNP-C
-Luking o elektronicznego tłumacza, nigdy go nie używają a wiem
że jest w HCU hospital, więzień Kelly pracował 4½ roku w hospital
powiedział mi że widział. Pytam dla czego się go nie używa gdy →

RECEIVED
APR 14 2023
ADMINISTRATIVE REVIEW BOARD