Assigned Grievance #/Institution:

Housing Unit: R-3-C1-9    Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                   2nd Lvl rec:

mi przysługują dzień po dniu wiązać po miesięcu, rok po roku
otrzymuję regularne śniadania - jajka na twardo - jajka mieszane - ciasto - placki - tak zwane "pancake - placki i waffles - albo
chleb i sos słony jak był licat. były sek, nigdy nie otrzymałem NAS do śniadania, więc co dziennie po wieczornym
liczeniu stanu więźniów przez policjantów o godzinie 9:30 pm
wkładam kartkę w drzwi mojej celi z napisem "No TRAYS!"
bo nie mogę jeść regularnego jedzenia, z moim stanem zdrowia
od: 12/11/2023 otrzymuję regularne obiady, dziś mamy: 12/19/2023
co: Austin dzwoni na kuchnie rozmawiał z super vajzorem Kohn
i Kohn powiedział do co: Austin w piątek: 12/15/2023 że pan
Pawełkoski nie ma żadnej diety. Takie od ponad dziesiąt lat
pan Kohn Tawie procedury przepisane przez NP Wise, których
to procedur ściśle przestrzegać, ale nigdy się do nich nie
przystosował. Nie wiem kto jest super vajzorem na mojej
żywienie i odpowiedzialnym za śniadania, a także za
kolacje. Ciągle rozmawiam z NP Wise ważniej też z NP-
Luxling o moich problemach z mają dietą, ale one rozkładają ręce i mówią mi za każdą rozmowa z nimi że
one nie mają na to wpłynu, do kuchnia Tawie regularnym
nie my Wise pytam się kto ponosi odpowiedzialność za to
że truje się mój organizm co dziennie trzy razy dziennie
jedzeniem którego nie powinienem otrzymywać, bo dla tego
NP Wise zwiększa dla mnie moje dawki tabletek na moje
bardzo wysokie ciśnienie krwi, ponieważ kuchnia faszeruje moje i tak marne zdrowie złą dietą nie powinienem
wogule jeść tego co mi kuchnia przysyła, ale nie mam
wyboru. Nie mam pieniądzy by kupować jedzenie w sklepie. Przez złe żywienie nie tylko moje ciśnienie krwi nie
jest stabilne, ale także traci wzrok. Mam tylko nadzieję
że ten problem w końcu zostanie rozwiązany. Mam też
przepisaną dietę Dental Soft ale od kąd przebywam w
zakładzie karnym LAWRENCE CORRECTIONAL CENTER od
09/09/2019 nigdy też nie otrzymałem należącej mi Dental Soft
diety nigdy moje jedzenie nie zostało pokrojone, a nie mam
ani jednego zęba i chętnie w LAWRENCE CORRECTIONAL Center
odmówili dania dla mnie protez, zaradali tym za protez
zapłacić z mojej własnej kieszeni. Proszę o pozytywne rozpatrzenie mojej skargi.

Distribution: Master File; Offender              Page 2 of 2              DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit _____    Rec # _____

1st Lvl rec _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender's Grievance

2nd Lvl rec _____

| Date: 1/23/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIALY |
|---|---|---|---|
| Present Facility: LAWRENCE C. C. | | Facility where grievance issue occurred: LAWRENCE C. C. | |

**Nature of grievance:**

| ☐ Personal Property | ☐ Mail Handling | ☑ Medical Treatment | ☑ ADA Disability Accommodation |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☐ Other (specify): "TRANSLATION" | | |
| ☐ Disciplinary Report | | | |

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12/1/2023 zostałem zawieziony do Urbana Hospital miałem przepro-
-wadzone badanie "Colonoscopy" ni wiem jak się poprawnie pisze, miałem
wprawiadzoną tumoze proz cetyl i cesta i porobiono mi zdjęcia moich wnętrzności
pojeżniania doktor że mam kancer - mi mam pojęcia co to jest? zaten i mi
następne badanie CT skin na Cancer 12/5/2023 rozmawiałem w HCU
hospital z NP Wise pokazała mi zdjęcia moich wnętrzności i pokazała
mi jakieś dwa guzy i mówiła że to może Cancer, ale co to jest nie

☑ Continued on reverse

**Relief Requested:**

zmiała mi wytłumaczyć choć poprosiłem by wzięła polskiego tłumacza
do rozmowy ale NP Wise powiedziała mi że nie ma czym się martwić
że będę miał zrobione następne badanie CT skin i om mam
pozrie co to to dwa guzy. 1/11/2024 miałem przeprowadzone CT SKIN
badanie w ONLEV Hospital. 1/23/2024 miałem wizyte w HCU z NP-

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 1/23/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

B 38

Assigned Grievance #/Institution: _____    Housing Unit: **R-3-LL-9**    Bed #: **Dolne**

1st Lvl rec: _____    **ILLINOIS DEPARTMENT OF CORRECTIONS**    2nd Lvl rec: _____
**Offender's Grievance**

LUKING pokazała mi wynik testu przeprowadzonego w OLNEY hospital CT SKIN i mówi mi że to nie Cancer, że to STON. Patrzę się na NP LUKING i mówię że ja nie z tych papierów które ona czyta nie rozumiem, że potrzebuję tłumacza, że ja nie wiem co mi dolega, mówię do NP LUKING że mam silne bóle z lewej i prawej strony pod żebrami, a LUKING mówi mi że masz ból bo masz staw z obu stron, może by mi to przetłumaczyła na polski bo bardzo mnie boli i mam poważne obawy o moje zdrowie. LUKING na to że skieruje mnie na cyklu co NP LUKING powiedziała choć nie wiem co to oznacza Solzkiry. Nie mam pojęcia co to oznacza i nie wiem dla czego mam takie silne bóle że nie raz mnie obleca pot gdy się budzę w nocy z tak palącym bólem. Ciągle mam ten sam problem z komunikacją gdzie się nie udaw, z kim kolwiek usiłuję porozmawiać nikt mnie nie rozumie. Nie wiem co jest z moim zdrowiem bo nikt mi nie chce nic powiedzieć, ani NP plise ani też NP LUKING. NP LUKING 1/23/24 przepisała mi dodatkowe 600 mg Gabapatin-Neurotin, które rano 1200 mg teraz muszę brać w południe 600 mg i wieczorem następne 1200 mg, w sumie dzienna dawka wynosi 3000 mg, tym mój znosi mój ból. Ale dla czego mnie boli co jest że mnie nie tak nikt mi mnie nie chce przetłumaczyć, bo nikt nie czyta co LAWRENCE C.C. polskiego tłumacza. Naczel/Warden - Dee Dee Brookhart odmówiła udzielenia dla mnie polskiego tłumacza do rozmów telefonicznych z moim adwokatem Benjamin E. Woldin. Więc tak jestem dyskryminowany na każdym szczeblu życia w LAWRENCE C.C. Człowiek umiera z bólu ale nikt nie umi mu powiedzieć dla czego, bo wiele nie dla o tych którzy nie umieją się porozumieć w języku angielskim, jestem poprostu ignorowany przez cały personel medyczny. Gdy umiesz nie trzeba zadawać pytań i nikt się tym nie będzie przejmował. Nie mam już sił ubiegania się o moje prawa do polskiego tłumacza, bo od 9/9/2019 nigdy mi go nie udzielono w LAWRENCE C.C., na żadnym szczeblu tej placówki - w szkole, LAW LIBRARY, HCU i ze strażnikami wszyscy mają mnie, za idiotę nic nie mówiącego w ich oryginalnym języku. Widocznie w tym kraju prawa człowieka nie dojrzują nie legalnych emigrantów, choć wiem że gdzie kolwiek na świecie w jakim kolwiek kraju byś nie wsiadał, obowiązuje i obejmuje cię prawa tego kraju, ale w USA ich się nie stosuje jak z tego wynika. Więc mam pytanie czy ktoś kiedyś mi wytłumaczy co mi dolega na to jestem chory, dla czego nie jestem należycie leczony? Chcę uzyskać odpowiedz na moje pytania.



Offender                                    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____  Housing Unit: R-3-CC-4  Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec                                                                    2nd Lvl rec

| Date: 1/24/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): Biały |
|---|---|---|---|
| Present Facility: LAWRENCE C. C. | | Facility where grievance issue occurred: LAWRENCE C. C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): TRANSLATION Counselor Vaughn administrative intende do rozmowy ze mn
- [ ] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

1/24/2024 rano godzina 8³⁰ am na skrzydło wszedł officer "Woods" i pro-
siłem go by gdy zobaczy Coonalor "Vaughn" przekazał mu, że chce z Counselor
rozmawiać. Co Woods powiedział że gdy go zobaczy, to mu przekaze, moją
proobe. O godzine 9¹⁵ am Counselor Vaughn się pojawił na Sali i poote-
siłem do dzwi i pokazałem mu na migi że chce z nim porozmawiać.
Counselor Vaughn wziął kilka request z box i skinoł do mnie głowa
ręka żebym szedł do jego pokoju. Przeszedłem i wyjołem z kieszeni

[x] Continued on reverse

**Relief Requested:**

moich dzesów resit - rachunek dokonany tranzakcji z dnia 1/17/24
pokazałem mu ten rachunek że, który to wysłałem do Loewy & Loewy
agencji adwokackiej i mowie Counselor ze wysłałem razem tego dnia
druga przesyłke, obie LEGAL Mail, a nazwa tej drugiej jest inna i
nie otrzymałem za ta przesyłke rachunku, ckacz, każda z obu przesyłe

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y 31510 | 1/24/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature   Date

B 39

Assigned Grievance #/Institution. _____

Housing Unit: R-3-CC-9   Bed #: Dolne

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

miała dołączony: Offender Authorization for Payment, i otrzymałem tu tylko jeden rachunek jest na 4,62 $ czterysta sześćdziesiąt dwa centy. Mówię Councelor trzy razy w koło to samo, że potrzebuję ten drugi rachunek. Dałem Vaughn kartkę z nazwą tej drugiej agencji Uptown Peoples Law Center - 4413 N Sheridan Rd Chicago IL 60640. Vaughn zapytał mnie o mój numer ID podałem mu, sprawdził na komputerze dane i mówi mi że jest dokonana transakcja na adres LOEVY & LOEVY, a tej drugiej nie ma w komputerze. Tłumaczyłem w koło to samo trzy razy na tyle ile mój angielski mi pozwala, że raz są to były dwie przesyłki z dwoma innymi adresami i potwierdza dwa rachunki z Postage Office. Councelor Vaughn pokazał mi moje grievance i pytał mnie czy mu je przetłumaczę na język angielski powiedziałem mu by użył internetu to przeczytam moje grievance pisane po polsku do tłumacza i internetowy przetłumaczy na angielski, odpowiedź Councelor Vaughn brzmiała że on mi może użyć internetu aver ja mu mówię jak ci mam przetłumaczyć jeśli ty mnie nie rozumiesz co? Nie mam na tyle angielskiego by ci przetłumaczyć, za każdą moją skargą Councelor Vaughn kłamie w odpowiadaniach na moje skargi że to ja odmawiam przetłumaczenia mu moich skarg. Wróciłem na moje skargi Councelor przyszedł jeszcze trzy razy za skrupiła probując mi przypomnieć że zostały dokonane tego dnia dwie transakcje że oczywiście do Postage Office, i mu powiedziałem że pejment 4,62$ jest za dwie przesyłki. To znowu i znowu mówię że nie mnie nie obchodzi, ja chcę mój rachunek każdy Money Voucher którym dokonujemy opłat za przesyłkę, tyż robimy Copies w Law LIBRARY - każdy payment ma dwie kartki białe dla Postage Office i zółtą dla mnie, więc powiedziałem Vaughn że mam jeden rachunek i chcę drugi też. Zabrał się i poszedł do swego officu iwięc pytam się jak mam tłumaczyć Councelor Vaughn moje skargi pisane po polsku, na angielski jeśli Councelor mnie nie rozumie, co dla niego mówisz okiś tego mamy jasny dowód i tito brakmi, powiedziałem Vaughn Councelor że twoim obowiązkiem jest użycie polskiego tłumacza za każdym razem gdy chcę z tobą rozmawiać ale, niżdy się do nie udostępniłeś. Councelor tiżże Councelor Fitzgerald i teraz ty mówisz mi - bez odpowiedzi za każdym razem nie nie mogę z tymi ludźmi załatwić bo nie możemy się porozumieć, że każdym razem jestem przez tych ludzi ignorowany, unikany i dyskryminowany Nie wiem w jaki sposób mogę otrzymać mój rachunek, za wysłaną przesyłkę do: Uptown Peoples Law Center. Nikt w LAWRENCE CORRECTIONAL CENTER NIE UŻYWA INTERNETU DO ROZMÓW Z WIĘŹNIEM: Y31510, LESZEK PAWEŁKOWSKI.

Distribution: Master File; Offender

Page 2 of 2

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit R-3-CL-9    Bed # Dolne

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 3/11/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Bialy |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3/11/2024 man rozmowie w HCU Hospital z NP-Claryssa lukiny która to pytała się mnie dla czego 2/7/2024 nie udałem się o godzinie 5°°am do HCU Hospital w celu oddania krwi do badania laboratoryjnego. Zapytałem się NP--lukiny kto to powiedział, pokazała mi NP-lukiny kartke w moich aktach z nazwiskiem pielęgniarka: Finsen która to podpisała się za ja odmówieniem pójścia do HCU Hospital

[x] Continued on reverse

**Relief Requested:**

Zapytałem się na NP lukiny i zapytałem się czy ja kiedy kolwiek nie przyszedłem do HCU Hospital gdy dostałem Cool Pass odpowiedziała mi NP lukina że nie, więc mówie do NP--lukiny że to powinenem dostać Cool Pass check wcześniej czyli 3/6/2024 od OFFicera na drugiej zmianie, ale nie

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

| Leszek Pawelkowski | Y31510 | 3/11/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B 40

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Housing Unit: R-3-11-9   Bed #: Dolne

Assigned Grievance #/Institution: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____          2nd Lvl rec: _____

drzwiami tak aby, ani też nie zostałam poszkodowny ustnie, że mam się stawić w HCU Hospital 2/7/2024. Ale, także o 5:00 rano dnia 2/7/2024 nikt nie otworzył drzwi mojej celi i nie powiedział mi bym się udał do HCU Hospital. NP Lurins powiedziała że mi nie wierzy bo nigdy wcześniej się to nie zdarzyło. Więc mówię do NP Lurins że - pielęgniarkę Persons, kłamie, nigdy mnie nie wolała. NP Lurins wezwała pielęgniarkę Fitzgerald i pobrano mi krew do badania Lab: 3/11/24 a nie 2/7/24 która to powinna być pobrana przez pielęgniarkę Persons Choć nie umiem dobrze nie umiem wcale ani nie piszę po angielsku to nigdy nie odmówiłam przyjścia do HCU Hospital gdy dostałem Cool Pass.

Assigned Grievance #/Institution: _____      Housing Unit: R-3-CL-9   Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                                          2nd Lvl rec: _____

| Date: 3/11/2024 | Offender (please print): Leszek Pawełkowski | ID #: Y31510 | Race (optional): Biały |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____   _____
Date of report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3/11/2024 - NP Claryssa Luking poinformowała mnie w HCU Hospitl
re: Dr. BABICH - 2-20-2024 Cancel dla wszystkich chorych, bo
mam alergia na detergenty nie mogę używać żadnych innych
mydeł, szamponów jak Dove sensitive skin które to mam
przypisane przez lekarza dermatologa i NP Luking mówi mi że
nie będę otrzymywał od teraz dnia mojego mydła Dove
sensitive skin, ani też ~~Body Soap~~ Baby Shampoo bo    [x] Continued on reverse

**Relief Requested:**

Regional medical Director, Dr. BABICH zatrzymał dla wszyst-
kich nie tylko dla mnie dla wszystkich więźniów w stanie Illini
Dla Wexford które to otrzymała od rządu stanów zjednoczo-
nych 4 biliony dolarów na rok 2024 u by przeznaczył dla więźniów
na leczenie, leki itd jakie lekarze uzna należące się dla ms

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Leszek Pawełkowski_          Y31510          3/11/2024
Offender's Signature              ID#                Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | Date Received: _____ | [ ] Send directly to Grievance Officer |
|---|---|---|

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____
Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B 41

_____          _____
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender                    Page 1 of 2                    DOC 0046 (Rev. 01/2020)

Assigned Grievance _____

RECEIVED
LAWRENCE CC

Housing Unit: R-3-61-9     Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____     2nd Lvl rec: _____

| Date: | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|
| 3/11/2024 MAR 1 | Leszek Pawelkowski | Y 31510 | Biały |
| Present Facility: GRIEVANCE OFFICE | | Facility where grievance is being heard: LAWRENCE CC RECEIVED | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____

- [✓] Medical Treatment
- [ ] HIPAA

APR 16 2024
GRIEVANCE OFFICE

- [✓] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

L79 0324-211

_____     _____
Date of report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

B42

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3/11/2024 - NP Claryssa luksiny poinformowała mnie w HCU (Szpital) że: Dr. BABICH - 2.20.2024 Cancel dla wszystkich chorych, bo mam alergis na detergenty nie mogę używać żadnych innych mydeł, szamponów jak + Dove Sensitive skin które to mam przepisane przez lekarza dermatologa i NP luksine mówi mi że nie będę otrzymał od teraz dłuia mojego mydła Dove sensitive skin, ani też ~~Baby~~ Bobej shampo bo
[✓] Continued on reverse

**Relief Requested:**

Regional medical Director Dr. BABICH zatrzymał dla wszystkich nie tylko dla mnie dla wszystkich więźniów w stanie Illinois Dla Wexford które to otrzymało od stanu stanowo zjednoczonych 4 biliony dolarów na rok 2024 w przeznaczyć dla więźniów na leczenie, leki itd jakie lekarz mnie należna się dla mes

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Leszek Pawelkowski     Y 31510     3/11/2024
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**     Date Received: _____     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

_____

_____     _____     _____
Print Counselor's Name     Sign Counselor's Name     Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: 4/12/24

Is this determined to be of an emergency nature?
[✓] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____     4/12/24
Chief Administrative Officer's Signature     Date

Assigned Grievance #/Institution: _____    Housing Unit: R-3-CC-9    Bed # Lt. Lie

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

medyczne substytuty bo uin się tak podoba jakim to prawem
jeżeli te leki są przepisane przez lekarza specialistę. My nie
mamy w Comissary tych mydeł    Dove Sensitive Skin
shampoo Boby dla alergików. Jakim prawem jestem
pozbawiany tego co przepisał mi dermatolog, lekarz
bo jestem chory nie umyję się samą wodą, nie mogę użyć
nie innego, bo dostaję uczulenia po całym ciele i swę-
dzi mnie całe ciało, gdy dotknę innego mydła lub
szamponu. Czy ktoś mi wyjaśni, czym mam się myć?
Czy zastąpi się Dove czymś innym, oczekuję od HCU
Hospital ongos zastępczego, bo nie mamy w Comissary
nic sensitive skin. Sport Bar soap nie mogę tego uży-
wać.

1st Lvl rec: _____    ILLINOIS DEPARTMENT OF CORRECTIONS    2nd Lvl rec: _____
**Offender's Grievance**

jest mie respektowany, ani też ja nie rozumiem, co któś do mnie
mówi. Gdy proszę o polskiego tłumacza jestem przez wszystkich
ignorowany, dyskryminowany i poniżany. Za każdą wizytą
czy to NP Chryssa Lukina, czy też NP Wise Melissa w HCU
Hospital gdy proszę o polskiego tłumacza, czy to internetowego
czy też telefonicznego, czyli **3**-way jestem poprostu lekceważ-
-ony, choć mówię że nie rozumiem co do mnie mówi dana
osoba z uśmiechem na twarzy tej osoby NP Lukina czy też
NP Wise jestem ignorowany. Nie mam pojęcia co z moim krzyo-
słupem jest źle, dla czego chcą mi robić operację. Ja nigdy
nie prosiłem ani razu o operację mojego kręgosłupa, mam
ból ale nie mam zamiaru poddać się żadnej operacji w
więzieniu, bo znam wielu chłopaków który się poddali
operacji nóg, ramienia, kolana i dłoni, po operacji czują
się o wiele wiele gorzej, niż przed operacją, mówią nie że
gdyby wiedzieli że tak będzie nigdy by się nie poddali
żadnej operacji. Dla czego ja mam być królikiem doświa-
dczalnym dla jakiegoś studenta który przeprowadza na
moim kręgosłupie pierwszą w jego życiu operację. Nikt
nie będzie się obawiarczać na mojej osobie, choć też
nie mam pojęcia co z moim kręgosłupem jest nie tak.
Nikt nie ściągał sobie trudu by użyć polskiego tłum-
-acza, by mnie ośmielić. 3/14/2024 o 10⁵⁵ᵐ miałem też
rozmowę z Counselor Vaughn w jego office w tej sprawie
poinformowałem mu się NP Lukin w poniedziałek 3/11/24
poinformowałam mnie że będę miał operację w tym miesiącu
ale ja nie wiem dla czego, co jest z moim kręgosłupem źle
że prosiłem NP Lukin mi też by mi wyjaśniła przy
użyciu polskiego tłumacza dla czego mam mieć tą oper-
-ację, ale nigdy mi tego nie wyjaśniła. Counselor Vaughn
powiedział mi że wyśle do NP Lukin E-mail na jej
komputer w tej sprawie. O godzinie 11⁰⁰ am 3/14/24 Counselor
Vaughn przyszedł na skrzydło i poinformował mnie że wysłał
E-mail do NP Lukin w tej sprawie. Pytam się dla czego od
9/9/2019 nie udostępniono dla mnie polskiego tłumacza
ani razu choć wszyscy wiedzą, czy to w HCU Hospital ( czy w
Law Library, czy też w szkole, ale też policjanci nie umieją
się porozumieć ze mną, ani też Counselors, że nie mówię
w języku angielskim, nie czytam, ani też nie piszę w języku
angielskim. Więc dla czego od ponad czterech lat ani
razu nie udostępniono mi polskiego tłumacza. Jestem
dyskryminowany przez wszystkich pracowników LAWRENCE
CORRECTIONAL CENTER. Nawet Warden Dee Dee Brookhart
odmówiła dla mnie polskiego tłumacza do rozmów telef-
-onicznych z moim adwokatem, który poprosił Warden
bo nie może się ze mną dostatecznie komunikować.
Jestem przez personel pracujący w LAWRENCE C.C.
pozbawiony przysługującego mi prawa do polskiego tłum-
-acza. Ja z tumultem prawo ponoszę za to karę. Wszyscy w
LAWRENCE w Tczenie z Warden Dee Dee Brookhart łamią prawo
bez ponoszenia żadnych konsekwencji. Stosuję się w USA prawo w za

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

03 CLO9

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 04/16/2024 | **Date of Review:** 04/22/2024 | **Grievance #:** K75-0324 -211 |

**Individual in Custody Name:** Pawelkowski, Leszek                 **ID#:** Y31510

**Nature of Grievance:** Medical Treatment, ADA Disability Accommodation

---

**Facts Reviewed:** Grievant alleges on 3/11/2024 they spoke with a medical professional and was told that their prescritpion for Dove sensitive soap and baby shampoo.

**Relief Requested:** None provided

**HCUA/ADA Coordinator's Response:**  "Review of medical chart shows that Pawlowski saw NP on 3/11/24 as part of his chronic clinic and furlough follow-up. It is documented that Pawelkowski asked about dove soap and that he was educated on reasoning for discontinue, per the regional medical director. It is also documented that Pawelkowski stated in response that he'll "just start another lawsuit." The prescription item and he has instructed site providers not to order items that are available statewide commissary or have comparable substitutes available on commissary. Grievance issues contained are not related to ADA accommodations."

**Recommendation:**  Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **denied,** based on decisions made by the regional medical director are outside the jursidiction of LAW CC.


**J. Garrett, CCII**
Print Grievance Officer's Name                          Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

---

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** 7/25/24 | ☑ concur     ☐ I do not concur     ☐ Remand | |
| **Action Taken:** | | |

Chief Administrative Officer's Signature                                         4/25/24
                                                                                  Date

---

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Leszek Pawelkowski_          _Y 31510_     _5/1/2024_
Individual in Custody's Signature            ID#            Date

Assigned Grievance #/Institution:            Housing Unit: R-3-CC-9   Bed #: Dome

**RECEIVED**
1st Lvl rec:    LAWRENCE CC      2nd Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 3/11/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y 3151C | Race (optional): Bialy |
|---|---|---|---|

MAR 1 0 2024

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

K75 · 0324-SiO      Date of report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
     **Chief Administrative Officer,** only if EMERGENCY grievance
     **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

B43

3/11/2024 mam rormouis w HCU Hospital z NP-Claryssa luking która to pyla sie mnie dla czego 2/7/2024 nie udałeu się o godkim 5 am do HCU hospital w celu oddania krwi do badania laboratoryjnego. Zapytałem się NP-luking kto to poiviedzuał. Pokdzała, iw NP-luking bortke w moich aktach z nazuiskiem pielegniarki: FYSON które to podpisała się za ja administer przyjsm do HCU Hospital

**Relief Requested:**

Zapatruyłem się na NP luking i zapytałem się czy ja kiedy kolwiek nie prosyredłem do HCU Hospital ody do tak'n Cool Pase odpouiedziała mi NP luking że nie inie miałan do NP-luking, że to prosiwiem dostać Cool Pase chcem wiecony czyli: 2/6/2024 od Officera na drugiej zmianie, ale nie

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

| Leszek Pawelkowski | Y 3151C | 3/11/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 4/12/24

Is this determined to be of an emergency nature:

- [ ] **Yes,** expedite emergency grievance
- [x] **No,** an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____      4/12/24
Chief Administrative Officer's Signature      Date

Distribution: Master File; Offender      Page 1 of 2      DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____

Housing Unit: R-3-11-9    Bed #: Dolne

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                                                                     2nd Lvl rec:

otrzymałem, tak owego, ani też nie zostałem powiadomiony ustnie, że mam się stawić w HCU Hospital 2/7/2024 Alij, także o 5°° am rano dnia 2/7/2024 nikt nie otworzył drzwi izolej celi i nie powiedział mi bym się udał do HCU Hospital. NP Lukina powiedziała, że nie wierzy bo nigdy wcześniej się to nie zdarzyło, więc mnie do NP Luśnia ts-pielęgniarka,) Tessony kłamie, nigdy mnie nie wzięła. NP Lukina zawołała pielęgniarke Fitzgerald i pobrano mi krew do badania labs 3/1/1/24 a nie 2/7/24 która to pozniua być pobrana przez pielęgniarke Tessony Cóż mi wiem dobrze nie widzam węgule ani nie piszę po angielsku to nigdy nie odwiedziłem przyścia do HCU Hospital gdy dostałem Cool Pass.

On 3/11/2024, I talked to NP Claryssa LUKING at the HCU Hospital who asked me why I has not reported to HCU Hospital on 02/07/2024 at 5 a.m. to give blood for lab tests. I asked NP LUKING who said that and she showed me a note in my file from Nurse FUSON who wrote that I refused to come to the HCU Hospital. I looked at NP LUKING and asked

☑ Continued on reverse

**Relief Requested:**

if I there was ever the case that I did not report ' to HCU Hospital when I got a Cool Pass. NP LUKING said no, and I said that I should have received a Cool Pass from the second shift officer the day prior, on02/06/2024, but I had not received any such thing, nor had I been informed verbally of that

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

| | | |
|---|---|---|
| Leszek Pawelkowski | Y31510 | 3/11/2024 |
| Offender's Signature | ID# | Date |

K75-0324-210

[Stamp:

RECEIVED
LAWRENCE CC

MAR 18 2024

GRIEVANCE
OFFICE)

25

Assigned Grievance # / Institution: _____          Housing Unit: <u>R-3-Cl-9</u> Bed #: <u>Bottom</u>

### ILLINOIS DEPARTMENT OF CORRECTIONS

1st Lvl rec: _____          **Offender's Grievance**          2nd Lvl rec: _____

I should be at the HCU Hospital on 2/7/2024. Also, no one opened my cell door at 5:00
a.m. on 2/7/2024 to tell me to go to the HCU Hospital. NP LUKING said she believed me
because it had never happened before. I told NP LUKING that Nurse Fuson was lying
about it as she never called me. NP LUKING called Nurse Fitzgerald who then took my
blood for a lab test on 3/11/2024. So Nurse Fuson did not take my blood on 2/7/024
when she should have. Even though my English is not good and I can't read or write in
English at all, I have never refused to come to the HCU Hospital when I was given a Cool
Pass.

| 1st Lvl rec: | | | | 2nd Lvl rec: |
|---|---|---|---|---|

| Date: 4-4-2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Bialy |
|---|---|---|---|

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

03-20-2024 zostałem zawieziony do Effingham hospital przez Yolkale i Sg Ackerman i miałem konsultację z Dr. MIRAN PURI w sprawie mojego Low back. Pierwsze do pokoju zapросiła nas do pokoju pielęgniarka moję cisnienie krwi i poprosiłem o polskiego Tłumacza do rozmowy z lekarzem. Pielęgniarka odpowiedziała że nie ma problemu, spytała się tylko w jakim języku mówię odpowiem że polskim i po kilka się zadzwoniła gdzieś i zgłosił się mężczyzna mówiący w naszym — [x] Continued on reverse

**Relief Requested:**

języku czyli polskim Pielęgniarka wyszła i po upłynie 10 minut do pokoju wszedł lekarz i zapytał mnie dla czego potrzebuję polskiego tłumacza. Powiedziałem lekarzowi MIRAN PURI że od (4) czterech lat przebywam w LAWRENCE CORRECTIONAL CENTER i ani jeden raz nie udzielono mi w Health Care Unit ani też w innych miejscach

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 4-4-2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | Date Received: _____ | [ ] Send directly to Grievance Officer |
|---|---|---|

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

| _____ | _____ | _____ |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance w/counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B43

| _____ | _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Assigned Grievance #/Institution: _____    Housing Unit R-3-C1-9   Bed # Dolne

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

polskiego tłumacza choć za każdym razem o niego proszę. Powiedziałem lekarzowi MIRANPURI że bardzo zły stan zdrowia że low back to jeden z moich problemów, a nawet ich o wiele więcej i jak do tąd nie mam wogóle pojęcia co się z mein zdrowiem dzieje, bo nikt nie może mi wytłumaczyć, bo nie rozumiem za dużo po angielsku, wogóle nie czytam ani też nie piszę, a nikt nie chce wziąść polskiego tłumacza by mi wyjaśnił co ze mną jest nie tak. Dr. MIRANPURI raczał że ze mną rozmawiał z udziałem polskiego tłumacza przy użyciu telefonu przetaczonego na głośno mówiący i wyjaśnił wszystko co jest nie tak z moim systemem z kręgosłupem i powiedział że nie będzie mnie operował bo to może pogorszyć moją sytuację zalecił fizyko terapię, a jak to nie pomoże to zastryk i gdy to nie będzie skutkować to może będę operowany, ale na razie fizyko i terapię. Powiedziałem Dr. MIRANPURI że mam problem z Doktor fizyko terapeuta w LAWRENCE C.C. bo wcześniej miałem kilka wizyt z moim Left Shawder i nic mi nie pomogła. NP Wisc poprosiłem o Walker do chodzenia bo mi paraliżuje nogi od kręgosłupa i NP Wisc wysłała mnie do Dr. Taimen fizyko terapeuty. Miałem dwie wizyty na pierwszej dała mi kartkę z ćwiczeniami powiedziałem że nie czytam po angielsku i nie wiem jak mam ćwiczyć. Dr. Taimen nie wytłumaczyła mi nic ani nie dała mi kartki z ćwiczeniami po polsku, więc zakończyłam mój wizyty gdy zapytałem się czy zapoznała się z rezultatem mojego MRI low back zrobionego, 04188183 w OINEY HOSPITAL co się co jest nie tak. Dr. Taimen nie odpowiedziała mi nic i po wizytach Dr. MIRANPURI powiedział wypełniać papiery do - Yo White i Yo Ackermann że gdy wróciłe do LAWRENCE C.C. proszę powiedzieć do Dr. Taimen że Powietkowski potrzebuje mieć wszystkie ćwiczenia w języku polskim, by mógł wiedzieć jak ma ćwiczyć. Wrociliśmy z Effingham do LAWRENCE C.C. i Yo ACKERMANN kazał mi zadzwonić z Yo White na korytarzu HCU, a żeby udał się z papierami do pokoju Dr. Taimen. Wrócił i powiedział mi że przekazał wszystko Dr. Taimen i ona zapewniła go że odłoczać rozmołcę z Dyrektor HCU panią LORIE CUNNINGHAM i że drugimi ćwiczenia po polsku przetłumaczone z angielskiego. Dziśłaj mamy 4-4-24 i jak do dziśłaj nie zostałem wezwany do HCU hospital, ani przez NP Lincoln, ani też przez - Dr. Taimen, jak do tąd przez ponad cztery lata jestem przez personel medyczny w LAWRENCE C.C. ignorowany, dyskryminowany, ani razu nie wzięto do rozmowy ze mną polskiego tłumacza wszyscy mnie ignorują, tak jak byłtym separtym powietrzem.

Page 2 of 2

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____          Housing Unit: R-3-C-L-9   Bed #: Dcline

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 4/05/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): Binty |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

_____ Date of report          _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Tak jak podejrzewałem przez 20 dni od: 03/12/2024 do: 04/05/2024 brałem za dużą dawkę leków na nadciśnienie krwi i o mało nie pożegnałem się ze swoim życiem. Tak to NP Lukina i cały personel medyczny Health Care Unit co LAWRENCE CORRECTIONAL Center dba o życie ludzkie nikomu na życiu więźnia nie zależy nikt nie dba o to by więzień był traktowany jak normalny pacjęt, a czy personel medyczny nie składał przy otrzymaniu [x] Continued on reverse

**Relief Requested:**

dyplomu, czy to pielęgniarki, czy to NP, czy też lekarza, że za wszelka cene bedzie ratować życie ludzkie, a nie przyczyniał się do danego pacjęta życia utraty co? Jak można lekceważyć życie pacjęta przez 20 dni nie reagować na jego skargi że czuje się źle i nie wezwać go przez 20

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

Leszek Pawelkowski                Y 31510                4/05/2024
Offender's Signature              ID#                    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

B4I

_____
_____
_____

dni do HCU hospital i zbadać co jest źle że pielęgniarki Fitzgerald - Baker - Stubbs - Eckel - policjanci - Kirkwood - Woods Ako-Nor - sierżant Hollis - sierżant Belcher, interweniowali w moją sprawę do NP lukince, ale NP lukince mnie ignorowała wiedząc że moje ciśnienie krwi jest bardzo wysokie i nie reagując wcale. NP lukince - zna historię mojego oka, bo na ile moj angielski pozwala, to wytłumaczyłem i nie raz jej to mówiłem że nie chcę umrzeć na wylew krwi do mózgu jak mój ojciec w wieku 55 lat. Nigdy nie przyuczałam się się starzał na zdrowie, nigdy nie był przez jego całe życie u lekarza i dostał wylew jeden jedyny tak silny że lekarz który przyjechał i stwierdził zgon powiedział cytując: gdybym był na miejscu to tak nie był tym w stanie żuć zrobić, bo wylew był straszne silny i ojciec mój zmarł w wieku 55 lat. NP lukince wie o tym doskonale i nie zatrzymała mi starego leku który mi nie pomaga w obniżeniu ciśnienia krwi, Amlodipine Bes 10 mg. Gdy to od 03/12/24 zacząłem brać Metoprolol SUCC ER 25 m i teraz biorę przez 20 dni 40 m to LISINOPRIL -nowe 25 m Metoprolol SUCC ER i stare które NP lukince powinna mi powiedzieć tym ich nie brać i zwrócić te co posiadam czyli Amlodipine Bes 10mg. Przez 20 dni czułem się źle coraz gorzej i gorzej błagałem o aprytment u NP lukince napisałem trzy request slip do HCU i czwarty napisał mi sierżant Hollis po angielsku bo ja nie piszę jeden napisał Brian Kossiny 516731, i zeci Jony Boy nie wim jego nazwiska tak go nazywali wszyscy więźniowie a dla mnie powiedział że to jego pierwsze imię, bo miał Dallas że zmienił na Jony boy nie wiem jak się to pisze imię, dostał transfer do Illinois River, jeden ja napisałem po polsku, ale gdy piszę po polsku request nigdy nie zostałem wezwany do HCU hospital choć wszyscy w LAWRENCE C.C. wiedzą że nie mówię nie czytam ani też nie piszę po angielsku. Tak więc pielęgniarka Stubbs przyszła 4/5/24 o ok i zabrała odemnie 10mg Amlodipine Bes 10mg zmierzyła moje ciśnienie krwi i miałem 118/72 powiedziałem że jest zawiskie, powiedziałem pielęgniarce Stubbs że jak co rano i dziś wziąłem trzy tabletkę od nadciśnienia krwi. Tak to przez 20 dni o mało mnie nie wykończono, bo NP lukince nie raczyła sobie zatrzymać nie potrzebnych tabletek i ignorując mnie gdy próbowałem z NP lukince porozumiać. Więc tak jestem traktowany przez HCU hospital wykwalifikowanych profesjonalistów każdy ma cię w dupie, więźnie nie ma żadnych praw, nikt mnie nie słucha ani też nie chce bo od prawie czterech lat w LAWRENCE C.C. w HCU hospital za każde wizytę proszę o polskiego tłumacza i nigdy ani jeden raz mi go nie udzielono. Za każdym razem gdy mówię NP lukince że ja nie rozumiem co ona do mnie mówi i ty użyła internetowego, czy też telefoniczne-go tłumacza z angielskiego języka na polski NP lukince mi mówi że jej zwierzchnicy nie pozwalają jej użyć owego. Więc gdy się zatają nie poniosą żadnych konsekwencji to więzień nietypowy nie może mówić i kropot z głowy.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Lvl rec: | | | 2nd Lvl rec: |
|---|---|---|---|

| Date: 04/4/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Biały |
|---|---|---|---|
| Present facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report

- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): _____

- ☑ Medical Treatment
- ☐ HIPAA

- ☑ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Problem z moim ciśnieniem krwi zaczął się w roku 2020 NP Lukина zawsze zalecała wracać przyjmować tabletki bo zawsze za każdą wizytą w HCU hospital miałem podwyższone ciśnienie krwi, ale ja mówiłem do NP Lukина że gdy przyjmę jedną tabletkę, to będę musiał przyjmować przez resztę mojego życia i zawsze odmawiałem. 12/01/2021 miałem przyjąłem pierwszą tabletkę od nadciśnienia krwi przepisaną przez NP Wise LISINOPRIL 20 mg Tab i brałem raz dziennie.

_Continued on reverse_

**Relief Requested:**

Rok później NP Wise przepisała mi dietę Low Sodium-Low Cholestrol Low Fat, której kuchnia nie dostarcza dla mnie otrzymuję regularną dietę co dziennie przykład śniadania jajka gotowane na twardo, jajka niesmaczne płatki mocne z jajkiem itd, obiady też otrzymuję regularną dietę. Napisałem kilka skarg w tej sprawie

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 04/4/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | Date Received: _____ | ☐ Send directly to Grievance Officer |
|---|---|---|

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |
|---|---|

1 OF 3

B44

B45

Assigned Grievance #/Institution: _____

Housing Unit: R-3-CL-9    Bed #: Dobre

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

bez rezultatu. Teraz przedstawię co się dzieje z moim ciśnieniem
krwi i nikt nie może mi odpowiedzieć dla czego moje ciśnie-
-nie krwi jest nie regularne, ciągle jest wysokie i ani NP Wire
ani to NP Lukina nie może mi na to pytanie odpowiedzieć
ani uregulować mojego ciśnienia krwi by było stabilne.
Moje ciśnienie krwi: 11/02/23 HCU hospital 185 - nie panstam pulsu.
02/16/23 pielęgniarz TONY 8°° am 148/70. 03/03/23 Urbana hospital ciśnie
-nie krwi 189/109, wróciłem z Urbana hospital do LAWRENCE C.C.
HCU hospital o 12¹⁵ i poprosiłem pielęgniarkę BROWN by zmierzyła
moje ciśnienie krwi, bo się źle czuły powiedziała że nie ma
czasu tym więcej, że na budynek. Wróciłem i udałem się do
Councelor Fitzgerald, bo wierzała mnie w sprawie problemu z
zablokowaniem mojego telefonu. Opowiedziałem Councelor
Fitzgerald o moim problemie z moim ciśnieniem krwi i że
tak mnie potraktowała pielęgniarka BROWN i Councelor Fitze-
rald wysłała E-mail do direktor HCU hospital LORIE CUNNINGHAM.
2¹⁵ pm tego samego dnia przyszła na mój budynek pielęgniarka
Joy i moje ciśnienie krwi było 148/90. O godzinie 5⁴⁵ pm tó tego
dnia po południu wezwano mnie do HCU hospital pielęgniarka
nie znam nazwiska zmierzyła moje ciśnienie krwi, miałem
180/70 zrobiła test EKG mojego serca powiedziała że jest serce OK.
Raz jeszcze zmierzyła moje ciśnienie krwi o 6:15 pm i było 140/90.
03/06/23 zmieniono moje tabletki od nadciśnienia krwi LINOSOPRIN
40 mg i to o 5³⁰ am rano przyniosła mi te tabletkę z innymi które
przyjmuji i tego dnia wziętem razem 80 mg, bo i cóż miałem
swoje które brałem sam nie od pielęgniarki. Następnego dnia
także wziętem 80 mg 2 tabletki LINOSOPRI, jedną od pielęgn-
iarki i swoją. Na trzeci dzień zabrano moje tabletki które miałem
w celi, nikt nie powiedział ani żeby mam zwrócić te co mam
celi że mam brać tylko jedną 40 mg od pielęgniarki zabrane
mi z celi tabletki od nadciśnienia krwi bo za każdym
razem gdy wysłałem Request slip że styknę mi o RYFAND
czyli o nowe tabletki; zawsze farmasista przynosiła mi z opó-
źnieniem trzy dniowym a nawet tygodniowym i skarżyłem się
w tej sprawie do NP Lukina więc NP Lukina polecite dla mnie
doręczanie co rano moich tabletek od nadciśnienia krwi
przez pielęgniarkę. 03/06/23 9¹⁵ am pielęgniarka YOUNG zmierzyła mi
ciśnienie krwi i miałem 160/98. 03/07/23 pielęgniarka K ciśnienie
miałem o 8³° am 142/80 prawej ręki a lewej 136/70. 03/08/23
HCU hospital 150/88. 03/09/23 na budynku miałem mierzone ciśnienie
krwi miałem lewej ręki 132/72 prawej 138/70 i - T97.6 - P74 - R18 nie
wiem co to oznacza to napisała mi na kartce pielęgniarka. 03/14/23
pielęgniarka BAKER prawa ręka 134/72 lewa 134/78 W↑ 261.5 tó nie
wiem co to znaczy. 03/16/23 pielęgniarka BAKER prawa ręka 150/80
lewa 152/82 - P83 myślę że to ostatnie to puls. 03/21/23 - 9¹⁰ am
pielęgniarka Young 160/86. 03/23/23 - BAKER ciśnienie 134/74 -82.
03/28/23 - 11²° am Young pielęgniarka ciśnienie 130/80. 03/30/23 - BAKER
ciśnienie krwi 146/84 - 72 P. 04/04/23 - 9²° am BAKER pielęgniarka
150/88 - P63. 04/06/23 miałem Cool Pase 8°° am na zmierzenie ciśnienia
krwi nikt się nie pojawił. 04/11/23 pielęgniarka K - ciśnienie krwi 136/74.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                    2nd Lvl rec:

04/13/23 - BAKER pielęgniarka 138/78 - P - 71. 09/05/23 dostyję do celi dodatkowe tabletki od nadciśnienia krwi AMLODIPINE BES 10mg które biorę razem z 40 mg LINOZOPLIN, które co rano przynosi pod celę pielęgniarka. Teraz biorę 50 mg bo moje ciśnienie krwi jest bardzo wysokie. 09/13/23 - BAKER pielęgniarka 150/70. 09/29/23 BAKER zmieryła moje ciśnienie krwi 132/70. 10/05/23 HCU hospital NP Wise ciśnienie krwi 140/78. 02/14/24 - 11°° cm Urtawa hospital ciśnienie krwi 201/76, miałem robione tego dnia holono-skopię. 03/18/24-HCU hospital NP Lukino zmieniła moje tabletki z 10mg AMLODIPINE BES na, 25 mg TAB METROPOLOL SUCCER, bo moje ciśnienie krwi nadal nie stabilne jest wysokie. Od tego dnia czuję się bardzo źle mam ból w klatce piersiowej, pocę się robię się bardzo zmęczony, senny, mam zawroty głowy. Mam sztywne zdrętwiałe usta i język. Mówię pielęgniarkom które przyniosą mi tabletki jest ze mną źle że mam takie objawy by przekazały NP-Lukino, wysłałem 3 Reavest slip i nikt mnie nie wozi do HCU hospital. 03/18/24 - 132/72 ciśnienie krwi. 03/20/24 EFFINGHAM hospital ciśnienie krwi 154/85. 03/25/24 pielęgniarka Fitzgerald 136/76 poprosiłem by przekazała NP Lukino że czuję się bardzo źle by wwozili mnie do HCU hospital powiedziała że przekaże NP LUKINO. Nikt mnie do tej pory nie wozi. 04/01/24 pielęgniarka ECKEL przyszła na budynek wieczorem w godzinach 7°° pm, bo w dzień c/o Wood dzwonił rano do HCU hospital i powiedziano mu że ktoś przyjdzie by mnie zbadać nikt się nie pojawił, o 12°° pm przyniosła leki Gabapentin które przyjmuję rano, i południe i wieczorem pielęgniarka STUBBS i poprosiłem by zbadała moje ciśnienie krwi bo ze mną robi się źle, że boję się by nie dostać wylewu krwi do mózgu i powiedziałem że wzięłem dwa razy moje tabletki od nadciśnienia krwi - 40 mg LISINOPRIL - 25 mg METOPROLOL succer - i 20 mg AMLODIPINE BES. Powiedziałem pielęgniarce STUBBS, że od tego czasu gdy zaczołem brać te trzy tabletki razem jest ze mną źle. STUBBS powiedziała że przekaże NP Lukino o moim problemie i że ona nie ma przy sobie stetoskopu by zmierzyć moje ciśnienie krwi, przez cały dzień wszyscy mnie lekceważyli nikt się nie pojawił dopiero 7°° pm. Eckel przyszła na budynek bo dania więźniej miałem wieczoram Cool Pass w Honce. Opowiedziałem pielęgniarce ECKEL, co się ze mną dzieje. pielęgniarka Eckel powiedziała bym napisał Request slip do Lukino powiedziałem że wysłałem już trzy, i że ja nie piszę po angielsku i nie czytam i poprosiłem by ona mi napisała, a całej rozmowie przysłuchiwał się sierżant HOLLIS, to mieliśmy Lock Down i byłem skuty przez c/o i całe zajście miało miejsce wspołu na lawi i holu, pielęgniarka ECKEL gdy ją poprosiłem by dla mnie napisała Reavest powiedziała że Im down i poszła do HCU hospital, ignorując mnie tak jak tym nie był całonikiem. Powiedziałem do sierżanta HOLLIS że zamiast ratować życie ludzkie pielęgniarka ECKEL pokazała mi że moje życie nie jest ważne, że więźniów się nie leczy.

Case 3:24-cv-01445-RJD    Document 1-1    Filed 06/05/24    Page 24 of 40    Page ID

Assigned Grievance #/Institution:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                                  2nd Lvl rec:

Housing Unit: R-3-C-19    Bed 8 Dolne

04/03/24 piąta am dostałem śniadanie jajka mieszane, chleb, sok z jabłek odebrałem śniadanie i wstążytem telewizor, ale po kilku minutach wyłączytem, położytem się i czekałem na lekarstwa które dostarczane są przez pielęgniarkę co rano pod cele, ale się nie doczekałem. 7¹⁰am c/o KIRKWOOD liczył stan więźniów i powiedziałem mu że nie zostały dostarczone moje tabletki od nadciśnienia krwi i przeciw bólowe takie od mojej zragi, 8⁰⁰ KIRKWOOD powiedział że są ochronni, ale HCU hospital. O 8⁰⁰ am wysłałem na skrzynkę bo mam Cool Pass do Law LIBRARY i 8⁰⁰ KIRKWOOD powiedział mi się dzwoni i że powiedziano mu że na moje tabletki jest już za późno, tym się nie martwił żebym się tym nie przejmował, KIRKWOOD powiedział do mnie gdy szedłem do Law LIBRARY cytuję "RELAX" tak mi ktoś z HCU hospital powiedział. Wróciłem z LAW LIBRARY i powiedziałem do sierżanta BELCHAR że się czuję źle by zadzwonił do HCU hospital i sierżant zadzwonił ale nic mi nie powiedzieli do tej pory gdy przyniosła mi O 11⁰⁰ am leki GABAPENTIN 600 mg od bólu pielęgniarka STUBBS i wezwała mnie na LOBX do pokoju i zmierzyła moje ciśnienie krwi i wzniata 142/80. Opowiedziałem pielęgniarce STUBBS co się ze mną dzieje że przez cały czas gdy przyjmuję te nowe tabletki 25 mg METROPROL SUCC ER i pielęgniarka zapisała na kartę moje objawy i zapewniła mnie że przekaże wszystko NP lukina, o rozmowie przysłuchiwał się sierżant RAIMAD i powiedział że rozmawiał w HCU hospital z pielęgniarką BRAHN iż BRAHN zapewniła go że przekaże to NP lukina, a pielęgniarka STUBBS przysłuchiwała się całej rozmowie i poszła do HCU hospital mówiąc mi że ma zapisane wszystko i będzie miała osobiście rozmowę z NP-LUKING. Wcześniej wysłałem trzy Request slips do NP-LUKING ale bez rezultatu, sierżant HOLLIS napisał mi 4 ty Request do NP LUKING z moimi objawami ale też bez rezultatu, kogo obchodzi wysokie ciśnienie krwi jakiegoś więźnia to nie człowiek to stworzenie umrze na wylew krwi do mózgu lub zawału serca kto się tym przejmuje zwarty nie mówi nic, nie może narzekać na zdrowie bo zwarty nie chronię i nie potrzebuje opieki medycznej. Więźniem nikt się nie przyjmuje zwłaszcza takim który nie mówi biegle po angielsku, nie czyta ani też nie pisze w tym języku, więc taki wróbel nie ma głosu, bo w HCU hospital nikt przez cztery lata mojego tu pobytu nie wezwał do rozmowy ze mną polskiego tłumacza, czy to elektronicznego czyli przez internet, lub telefonicznego, gdy proszę o takiego bo nie mogę powiedzieć co mi dolega na co jestem chory, bo nikt o to nie dba. Proszę za każda moja wizyta czy to NP Wise czy też NP-LUKING ale mi co nie udziela ją. Nie wiem do dziś czy mam brać te stałe 10 mg AMLODIPINE BES razem z 25 mg TAB METROPROLOL SUCCER czy przestać NP LUKING mi nic nie powiedziała do dziś.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| | | | |
|---|---|---|---|
| 1st Lvl rec: | | | 2nd Lvl rec: |
| Date: 4/16/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIALY |
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

B46

4/16/2024 - o godzinie 2°° pm do Kirkwood obsnoszył dwie magie cele i powiedział żetym ssedł na galery by odebrać leki które przyniosła farmaceutka. Pozedłem i Ms. JACKMAN wręczyła mi Amlodipine BES 10 MG TAB które to poprzedniego Subota 4/13/2024 dobrała oznajmie i powiedziała że nie może ich więcej brać. 3/12/2024 A.P. Wing przepisała dla mnie nowe tabletki od nadciśnienia krwi METOPROLOL SUCC 25 MG TAB

[x] Continued on reverse

**Relief Requested:**

Co miałem zawsze za wysokie ciśnienie krwi tylko ino nim dla czego nie poinformowała o tym Farmacji i nie zatlokowała tych Amlodipine BES 10 MG TAB. 4/11/2024 wystałem stykiący na leki które trzymam w celi i przyjmuję co dziennie sam. 4/11/2024 Farmaceutka JACKMAN dostarcza dla mnie leki

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Leszek Pawelkowski_  Y31510  4/16/2024
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**  Date Received: _____

[ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____  _____  _____
Print Counselor's Name  Sign Counselor's Name  Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____  _____
Chief Administrative Officer's Signature  Date

Distribution: Master File; Offender  Page 1 of 2  DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution:

Housing Unit: R-3-CL-9   Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                              2nd Lvl rec: _____

które zamówiłem w ilości osiebatem przyszedłem pod cele i znów dorzeżone mi Amlodipine BES 10 MG TAB. Wittkorze o godzinie 11°° am pielęgniarka BAKER przyniosła mój lek który biorę trzy razy dziennie i oddałem dla pielęgniarki BAKER te leki Amlodipine BES 10 MG TAB i powiedziałem by prznała je do formagi, bo nie mogę ich brać 9/11/2024, farmaceutka JACKMAN przyniosła mi sporzotem Amlodipine BES 15 MG TAB, opowiedziałem tej że farmaceutce, na tyle mi ile mój angielski pozwala że nie mogę brać tych tabletek, tej zapytała się NP LUKWA, co się dzieje, ale Ms. JACKMAN powiedziała mi że NP LUKWA jest na urlopie. Nie wziołem tych tabletek i nie wiem co się tu dzieje, dla czego tak się dzieje, wiem, nikt do porozumienia że ze mną nie czyna od pani czterech lat w LAWRENCE C.C. polityka. Thumacza, więc tak się dzieje, wszyscy mnie lekceważą na każdym kroku, jestem dyskryminowany i ignorowany żeby prosić o polskiego tłumacza NP LUKWA i innych te mi odmówiają i dla tego jest tyle nie porozumienia. Ja nie mówię po angielsku wystarczająco, nie piszę ani nie czytam wiegle, ale kogo to obchodzi, to tylko więzień, polski emigrant, Ms. JACKMAN po wysłuchaniu mnie wtacza mi następne tabletki OMEPRAZOLE DR 20M TAB i tu też mówię że miałem te tabletki w celi ale zabrano odemnie i dorzeże dla mnie co rano i wieczorem pielęgniarka. Dorzeżano mnie Ms. JACKMAN dwie kapsułki rano czyli 40 mg i dwie wieczorem 40 mg, ale w sobotę rano 5 °°am 9/13/2024 poinformowała mnie że zmniejszono mi dawkę tego leku z 40 mg na 20 mg i dorzeżają mi po jednej kapsutce rano i wieczorem. Pytam się dla cżego Ms. JACKMAN przyniosła mi te tablet powiedziała mi że ona sprawdzi i że mniam te tabletki Expire, ale żeby odmówił, to ona nie wie się wziołem te leki, przyniosłem pod cele i oddam na to co może mi kłeś wyjaśni co się dzieje w tym cyrku, czy kłoś probuje mnie leczyć czy też pomaga mi żyć z tego świata. Może kłeś mi to wyjaśnić?

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                       2nd Lvl rec:

| Date: 4/22/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): WHITE |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [✓] Medical Treatment
- [ ] HIPAA
- [✓] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ _____
Date of report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
     **Chief Administrative Officer,** only if EMERGENCY grievance
     **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

4/15/2024 Farmaceutka – Ms. JACKMAN przyniosła dla mnie sproszkem Amlodipine BES 10 MG TAB, ale powiedziałem by zabrała je to ja ich nie przyjmuję, bez słowa Ms. JACKMAN wzięła sproszkem te leki od mojego okienka brau. 4/17/2024 pielęgniarka Stubbs przyniosła mi te tabletki choć wcześniej 4/15/2024 zabrała odemnie i powiedziała że nie wreg tych tabletek przyznawać, a 17 tego mówi mi bym brał je po cichu do czasu, aż NP LUKANIC wróci z wakacji, bo ona nie wie co ma [✓] Continued on reverse

**Relief Requested:**

z tymi lekami zrobić. Tak więc 17-18-19 po cichu brałem te tabletki i znowu czułem się bardzo źle i 20 nie wziąłem gdy Stubbs przyniosła o 11:50am 4/20/24 moje leki przcin bólowe powiedziałem do Stubbs że przestałem brać te tabletki, bo czuje się bardzo źle. Stubbs powiedziała do mnie że w powiedziałem

- [✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 4/22/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____ _____ _____
Print Counselor's Name     Sign Counselor's Name     Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ _____
Chief Administrative Officer's Signature     Date

Housing Unit: R-3-CL-9  Bed #: Dolne

Assigned Grievance #/Institution: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                    2nd Lvl rec: _____

4/23/24 NP Lukinc wróci z wakacji i ona zadecyduje co dalej z tymi tabletkami zrobią. Dziś mamy poniedziałek 4/23/24 i Stubbs przyszła o 9°° am zmierzyła moje ciśnienie tętnicze miałem 130/78, pielęgniarka Stubbs powiedziała mi że jest bardzo dobre, odpowiedziałem tak bo nie biorę więcej Amlodipine BES 10 MG TAB. Stubbs powiedziała mi też że dostali mój request do NP Lukinc który koleżka napisał mi na kartce, a ja przepisałem na Request, czyż. I need see you immediately. NP Lukinc nie ma z wakacji i nie ma komu się zająć moją sprawą, musze na to wyglądać być dla siebie lekarzem i pacjentem w jednej osobie, bo kogo może obchodzić mój problem. Pielęgniarka Stubbs kazała mi trzymać te tabletki w celi ale nie przyjmować. Co do Request który napisałem po angielsku, gdybym go napisał po polsku nikt by o nim nie wspomniał i jak myśle wylądował by na dnie w koszu na śmiecie, tak jak inne które wysłałem i NP Lukinc nigdy ich nie widziała.

Assigned Grievance #/Institution

Housing Unit: R-3-L-9   Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____   2nd Lvl rec: _____

| Date: 5/3/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): Binky |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [✓] Dietary
- [✓] Other (specify):

- [✓] Medical Treatment
- [ ] HIPAA

- [✓] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Other (specify): Nadcisnienie krwi wysoki cholesterol dieta: NAS no added soit - LC: Low cholesterol - LF: Low Fat - 12/15/2022

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.


B48

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

5/2/2024 chłopak który roznosi jedzenie podał mi pojemnik z jedzeniem regularnym. Powiedziałem mu że widzę na wiszku ktorym roznosi pojemniki z jedzeniem moje nazwisko na stylopianowym pojemniku, przeznaczonym dla specjalnej diety. Plan od: 12/15/2022 przepisaną przez N.P List Wise dietę odpowiednią do mojego wysokiego nadcisnienia krwi i wysokiego Cholesterolu. NAS no added soit LC low cholesterol i LF low fat. Mam takie dietę przepisaną przez —

[✓] Continued on reverse

**Relief Requested:**

- N.P Claryssa Lukine: Dental soft, to nie mam w gebie ani jednego zęba, a dentysta w LAWRENCE CORRECTIONAL CENTER HEALTH CARE - UNIT nie chcą dać mi protez, za chcibno dentysta TRAN powiedział do mnie że muszę zapłacić za protezy 280 $ dolarów i mi zrobią to nie należy do moich obowiązków, że co 180 dni karta diet

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Offender's Signature: Leszek Pawelkowski   ID #: Y.31510   Date: 5/3/2024

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____   Date _____

Distribution: Master File; Offender

Page 1 of 2

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____

Housing Unit R-3-CL-9   Bed #: Dolne

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

Health Care Unit hospital powinien odprawiać. Moje ciśnienie krwi
jest zawsze wysokie, to kuchnia czyli tornador KOUTH i
menadżer SPEED fasterują mnie regularnym jedzeniem i
mój cholesterol także nie może obniżyć dla tego że otrzy-
-mmuję co dziennie regularne tace z jedzeniem przecena-
-czonym dla zdrowych więźniów. Powinienem dostawać dietę
trzy razy dziennie w sterpianowym pojemniku z moim
imieniem i nazwiskiem, numerem mojej coli i z tyłu
a także z nazwą mojej diety, czyli Dental Soft -
Low Salt - Low Cholesterol - Low Fat, ale otrzymuję regularne
jedzenie dwa razy dziennie, bo trzecia śniadana czyli
kolacje otrzymuję tak jak powinno być w sterpianowym
pojemniku, ale śniadania i obiady co dziennie dostaję na
larmie. Tak to chłopak który przywozi mi jedzenie 5/3/24
pytam się go gdzie jest moja dieta, bo wczoraj miałem dietę
w dwie regularne, odpowiedział że sprawdzi, zabrał regular-
-ny pojemnik z jedzeniem i poszedł. Po upływie kilku
minut przywiózł mi sprzętem regularny pojemnik i
powiedział, że moja dieta dziś mi kuchnia nie przysłała.
Za dziesięć minut po tej rozmowie przyszedł drugi
chłopak który pracuje na skrzydle i oznajmił mi że
SGT. BELCHER, dzwonił na kuchnie i powiedziano mu
że ja nie mam żadnej diety. SGT. BELCHER dzwonił
także do Health Care Unit hospital i również powie-
-dziano mu że Pawełkowski nie ma żadnej diety. Więc
pytam się tego kto będzie rozpatrywał tą skargę dla-
tego co dziennie biorę tabletki od wysokiego nadciśnienia
krwi, od wysokiego cholesterolu, czy to dla tego że otrzy-
-muję odpowiednie jedzenie do moich chorób co ?
5/3/2024 o godzinie 11⁰⁰am pielęgniarka WELSEY przywiozła
moje leki które co dziennie przyjmuje i spytałem się jej co
się dzieje z moją dietą powiedziała mi, żebym został do
Health Care Unit hospital i wyjaśnił tą sprawę z dentystą
TREN, a także z NP Claryssa Likine, a ja się pytam czy to
należy do moich obowiązków, czy do Health Care Unit hos-
-pital co ?. To ja przewodzę moje łażenie i kontroluje przebieg
mojej diety i leków które biorę czy to Health Care Unit
Do czyich obowiązków to należy. Pielęgniarka WELSEY, co
tak przelała mi swoją naricie, której probowałem na tyle
ile mój angielski mi pozwala, wytłumaczyć moją sytuację
moją dietą, tomba szybko się mnie pozbyła, nie chce
mnie wcale słuchać i mówiąc mi We don Finish thank
you, tak to pielęgniarka się mnie pozbyła a całej rozmowie
przysłuchiwał się to HICE, który aż się uśmiechał i nic się
nie odezwał, tylko robił głupkowate ciśnienia tak jakbym
był dumnem czy kimś kogo się ignoruje, nie bierze pod
uwagę.

RECEIVED
LAWRENCE

Assignment/Housing Unit: 10-23-029

1st Lvl Rec: OCT 10 2023

Housing Unit: R-3-a-9  Bed #: Doine

RECEIVED
LAWRENCE CC

NOV 30 2023

GRIEVANCE
OFFICE

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| | |
|---|---|
| Date: 10-02-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): |
| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report  _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

09-28-2023, o godzinie 7¹⁵ am przyszedł pod moją cele CEO Wast i oznajmił mi żeby się przyszykował, bo za kilka minut przyjdą po mnie, by zawieść mnie do szpitala na rewogtia. Ubrałem się po kilku nastu minutach CEO West otworzył moją cele i oznajmił że już na mnie czekają. Wyszedłem z celi podszedł do mnie CEO Yates i Lutener Borget wszedłem do izolateru rozebrałem się do naga, przeszukano moje ubrania i poszliśmy na lab gdzie officer Yates chciał założyć mi kajdanki na ręce, pokazałem mu

[x] Continued on reverse

**Relief Requested:**

pernit który wypisała dla mnie po takim samym excydencie który to odbył się 03-12-2023 NP Lukino, a brzmi on nastepujaco: Please utilize over-sized cuffs for writs Individual Has Larger than average wrist size. Lutener Borget powiedział mi że oni nie mają większych kajdanek tylko takie. Opowiedziałem mu po krótce co się stało z moimi nadgarstkami rak

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

Leszek Pawelkowski  Y 31510  10-02-2023
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)  Date Received: 10-10-23  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

1st Level grievance response attached page 3 of 3
Update 5-15-24: See attached updated IDOC document for counselors first level response following translation of grievance.

Vaughan  Vaughan CCII  5-15-24
T.Hvanwald  10/17/2023
Print Counselor's Name  Sign Counselor's Name  Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**  Date Received: 10/24/23

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B 48

Chief Administrative Officer's Signature  10/24/23
Date

Page 1 of 2  DOC 0046 (Rev. 01/2020)

Distribution: Master File; Offender

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                                                                                    2nd Lvl rec:

i przegubami nóg 03-12-2023 gdy zostałem zawieziony do Chicago na
sprawę i że za twardym razem gdy mi zakładają black box mam
ten sam problem. Lutener oświadczył mi że to tylko 15 minut
drogi stąd i że nic mi się nie stanie. Opowiedziałem Lutener
Borget następny przypadek, gdy to 07-06-2023 zostałem zawieziony
do szpitala Urbana na konsultację i leczenie w sprawie mojego gardła.
CEO:Fitch i CEO: Dulancy chciełi założyć mi regularne kajdanki i black
box, pokazałem im mój permit i zadzwonili po Lutener Cinder przysz-
-edł zobaczył mój permit dzwonił gdzieś po kajdanki "over sized"
ale nigdzie ich nie mieli, więc założył mi naokoło pasa Łańcuch
i na przeguby rąk plastykowe zaciski rąk i przylut. te plastik
zaciski kajdankami do łańcucha, tak że nie miałem black
box i ręce miałem wolne i nie pokaleczyłem się. Lutener:Borget
wysłuchał mnie i gdzieś zadzwonił, po tem podszedł do mnie
powiedział, czy chcę jechać, czy też odmawiam zawiezienia mnie
do szpitala, odpowiedziałem że chcę pojechać, bo nie mogę chodzić
i ból co dziennie mnie poda wyłanicza fizycznie i psychicznie.
CEO Yates założył mi regularne kajdanki black box i pojechaliśmy.
Po jakichś 20 minutach, byliśmy na miejscu, do badania MRI
musieli mnie rozkuć, zdjąć kajdanki black box i łańcuch, no
i pokazałem Lutener Borget moje nadgarstki obu rąk spyta-
-łem się czy dobrze widzi, odpowiedział że tak, moje ręce już
były pokaleczone od kajdanek, które miałem założone na
nadzie przeguby, widziała, to także kobieta która przeprowa-
-dzała ten test. Po skończonym teście który trwał jakieś 20
-minut spowrotem CEO Yates założył mi kajdanki na już
pokaleczone ręce black box i wruciliśmy do Lawrence C.C.
Wysiadłem z auta i powiedziałem do Lutener Borget by
zaprowadził mnie do HCU hospital, bo chcę zrobić raport
tego zdarzenia. Lutener Borget odmówił powiedział że
wracamy prosto na budynek R-3 czyli tu gdzie mieści się
moja cela. Spowrotem CEO Yates zdjął mi łańcuch którym
byłem opasany do około pasa black box i kajdanki i powiedz-
-iałem mu popatrz co żeście zrobili, CEO Yates wogóle nie
chciał spojżeć na moje nadgarstki rąk i weszłem do szatni
rozebrałem się Lutener Borget i CEO Yates przeszukali moje
ubranie i poszli. Ubierając się CEO West który pracuje 5
dni w tygodniu na moim skrzydle przeszedł i oznajmił mi
że mam celę otwartą i poszedł do operacyjnego pomniesza-
-nia, wyszedłem z szatni, wrzuciłem moje laundry, które rano
zostawiłem pod laundry room i udałem się do mojej celi.
Wszedłem nacisnołem guzik który many w celi wrazie
coś się nam stanie, by powiadomić officerów w operacyjnym
pomieszczeniu. Po kilku minutach przyszedł Ceo West i
pokazałem mu przeguby moich rąk, przeważnie Lewej ręki
obejżał, poprostłem by zadzwonił dla HU hospital bo się
stałe i że chcę by sprawdzono raport, i poprosiłem by
CEO West zadzwonił do IA office i powiedział co zaszło
i że chcę by zrobiono raport, a także zdjęcia. To upłynie
może godziny CEO West otwierał ciało w drzwiach cel

B 48

na obiad i zapytałem czy dzwonił, odpowiedział że tak że z HCU hospital będą przysła by spisać report, tak samo z IA OFFICE powiedział że ktoś przyjdzie Tego dnia nikt się nie pojawił, ani z HCU hospital ani z IA OFFICE Wieczorem dostałem Cool Pass: 09-29-2023 IN HOUSE, 09-29-2023 o godzinie 8°° am wyszłem na Yarde, o 9°° am miałem ktoś przyjść z HCU, czekałem na Yardzie ale nikt się nie pojawił, o 9²° am przechodził Lutener Gender, pokazałem mu moją lewą rękę i opowiedziałem co się stało, obejrzał, pokręcił głową i powiedział że pójdzie do HCU i porozmawia z NP Wise w tej sprawie spisał moje nazwisto numer ID i poszedł. O godzinie 1⁴⁵ pm pokazałem na day room CEO nie znam nazwiska mój permit i rękę powiedziałem ca się stało, on zaś opowiedział to wszystko Sgt. Johnson i sierżant zadzwonił do HCU rozmawiał z NP Wise w mojej sprawi NP Wise powiedziała że przyjdzie - NAS Baker by mnie obejrzeć. Kilkanaście minut później pojawiła się NAS Baker zawołano mnie na Labi stał sierżant Johnson CEO no i Baker wzięła aparat do mierzenia ciśnienia krwi założyła mi na rękę zmierzyła i powiedziała że jest bardzo dobre 132/70. Ja zapytałem kto ja tu przysłał, odpowiedziała że NP Wise, ja znów pytam się czy ona wie po co ja przysłano patrzyła się na mnie jak na durnia takie odniosłem wrażenia. Opowiedziałem jej po krótce co się stało weszliśmy do pokoju na Labi wraz z sierżantem Johnson i Baker obejrzała moje cięte trzy rany długości po 1½ centymetra na Lewej mojej ręce i coś napisała na kartce obejrzała mój permit, wszystko wyjaśniłem krok po kroku co się stało 09-28-2023 Baker powiedziała że prze-że wszystko NP Wise i będę się z nią musiał widzieć. Jak do dziś z nikim się nie widziałem, ani z NP Wise ani też z IA OFFICE kogo ja mogę obchodzić, złamałem prawo, czy też nie ponoszę konsekwencje, za to co zrobili mi CEO Yates i Lutener Borget nikt nie poniesie konsekwencje, bo to oni są prawem w prawie Lawrence C. C. i takim to dziwnym uchodzi wszystko na sucho, bo na prawo nie ma prawa. A wszyscy HCU hospital i IA Office robią, wszystko by zatrzeć wszystkie możliwe dowody, żebym nie mógł udowodnić co zaszło: 09-28-2023, ale kamery nie kłamią w ONLY Hospital i Lawrence C. C. są zapisane na taśmach kamer moje ręce, kamery nie kłamią, ale te video też można skasować, co się nie robi dla stróży prawa, które to mogą Taśmać, nie ponosząc żadnych konsekwencji.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

| | | | |
|---|---|---|---|
| 1 Lvl rec: FEB 2 1 2023 | | Housing Unit: | 2nd Lvl rec: MAR 1 0 2023 |

| Date: 02-09-2023 GRIEVANCE | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): GRIEVANCE OFFICE |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct ☑
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify):
- ☑ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

| | Date of report | Facility where issued |
|---|---|---|

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

W dniu dzisiejszym czyli: 02-07-2023, o godzinie 8 ᵒᵒ am wyszedłem na zewnątrz, na jardzie. Nie mogę robić ćwiczeń fizycznych, bo mam uszkodzone lewe ramię i nie mogę podnosić ciężarów, bo na jardzie mamy tylko sztangi nic więcej, a na salę gimnastyczną nikt nas nie prowadzi odkąd mam board czyli od 2026 nikt z więźniów nie był na sali gimnastycznej; staff tłumaczy się tym że nie ma wystarczającej ilości personelu. W każda jesień     ☒ Continued on reverse

**Relief Requested:**

robią nam na tygodny tak zwany trzy dniowy „LOCKDOWN" by mogli sobie pojechać na polowania, nikt nie dba o nasz czas na ćwiczenia fizyczne, na sali gimnastycznej są maszyny na których mógł bym ćwiczyć, tu ludzie odsiadują wyroki które są grubo po pięćdziesiątce czy sześciesiąkę i nie mogą dźwigać sztang →

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y 31510 | 02-07-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

RECEIVED

OCT 0 2 2023

ADMINISTRATIVE REVIEW BOARD

**Counselor's Response (if applicable)**    Date Received: 2/21/2023    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility, Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

I am unable to translate this grievance. I would be more than happy to help you with a grievance in english in order to resolve any difficulties you may be having.

| Thijanald | Thijanald cct | 2/22/2023 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 9/19/23

Is this determined to be of an emergency nature?

- ☐ Yes, expedite emergency grievance
- ☑ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| | 9/19/23 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

C #1

Distribution: Master File; Offender

DOC 0046 (Rev. 01/2022)

Page 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender's Grievance

Assigned Grievance #/Institution: ______ Housing Unit: ______ Bed #: ______

1st Lvl rec ______ 2nd Lvl rec ______

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

krzywdy, a poza tym wogóle od paru dni jem tylko sypro bo na jedzenie nie
mogę patrzeć, nie mam apetytu, nie wiem czy ze strachu przed wylewem
krwi do mózgu, czy przed zawałem serca, te myśli nie dają mi spokoju.
Poniedziałek 02-20-2023 źle się czuję, brak chęci do czego kolwiek ani
gry w karty ani oglądania telewizji, muzyka z tableta mnie denerwuje nie
mam ochoty na nic cały dzień czuję się źle 02-21-2023 to
samo uczucie słaby jestem przez cały dzień, rano przyszła na budynek
pielęgniarka BAKER rozmawialiśmy o mojej gruźlicy była strasz-
nie zaskoczona że nikt nie zajął się leczeniem mojej gruźlicy, do
tej pory a jestem w Lawrence C.C. ponad trzy lata. 02-22-2023 idę
o 5am oddać krew na badanie cholesterolu 02-23-2023 nie ma
nadal poprawy z moim zdrowiem, czuję się źle pocę się duszę się
nie mogę mówić cały czas ból w klatce piersiowej w gardle
duszę się ciemność w oczach i jak do tej pory od 02-14-2023
nikt mnie nie wezwał do HCU hospital by mnie zbadać co
jest ze mną nie tak. 02-24-2023 wyszedłem rano na jarde o 8am
o 9:20am z budynku R-4 wyszła Dyrektor HCU hospital pani
Lorie Cunningham podeszłem do siatki i spytałem się pania dyrektor
czy wie kto ja jestem spojżała na mnie i mówi że tak pan Rad-
-duski mówi, tak odpowiedziałem. Opowiedziałem dla pani
Lorie Cunningham cały przebieg mojej choroby z gardłem jakie
mam problemy od czasu gdy to w 12-15-2020 zaraziłem się
od któregoś z policjantów korona 19 jakie to mam teraz skutki
nadciśnienie krwi skacze, raz mam 180 raz 170-140-130-110
o tym że tracę wzrok i słuch. Powiedziałem że to nie od
FNP-C-Luking czy NP Wise jest zależne moje leczenie bo
one mówią mi że one robią wszystko co w ich mocy by mi
pomódz, ale to dyrektor Lorie Cunningham musi zatwierdzić
dla mnie leczenie, to od jej podpisu zależy czy będę lecz-
-ony czy też nie. Wysłuchała mnie pani Cunningham zapisała
moje nazwisko i numer ID i spytała się czy widziałem
się z lekarzem specjalistą od gardła powiedziałem że
miałem tylko robiony test biopsy w szpitalu 12-19-2022
i test wykazał, że nie mam nowotworu gardła. Powiedziała że
wyśle mnie na dalsze badania, rozmowie przysłuchiwał się więzień
o imieniu Vega. Powiedział do mnie gdy dyrektor odeszła że teraz
wszystko ruszy z miejsca, ja odpowiedziałem do Vegi tak samo
jak z moim ramieniem od ponad dwóch lat nic nie jest
zrobione w sprawie ramienia, a przecież miałem emmoraid
dwa razy robione i wykazało że jest źle, bo przecież od
ponad dwóch lat mówię mu nie mogę podnieść lewego
ramienia do góry, ani utrzymać kubka w palcach lewej ręki.
Mam nadzieję że pani dyrektor tym razem wykaże o drobinę
profesjonalizmu i popchnie moje leczenie zatwierdzi dla mnie
lekarza który zajmie się leczeniem. Mam pięćdziesiąt cztery
lata i nie chcę umrzeć tak młodo jak mój ojciec. Od ponad
dwóch lat nie mamy w Lawrence C.C. lekarza i pielęgniarki decy-
-dują o moim zdrowiu i leczeniu. Tyle razy proszę pielęgniarkę: FNP-C
-Luking o elektronicznego tłumacza, nigdy go nie używają a wiem
że jest w HCU hospital, więzień Kelly pracował 4½ roku w hospital
powiedział mi że widział. Pytam dla czego się go nie używa gdy →

RECEIVED
OCT 02 2023
ADMINISTRATIVE REVIEW BOARD

Distribution: Master File; Offender
Page 2 of 2
DOC 0046 (Rev. 01/2020)

| RECEIVED<br>LAWRENCE CC<br>Assigned Grievance #/Institution 02-23-099 | RECEIVED<br>LAWRENCE CC<br>Housing Unit R-4-BL-08      Bed #:<br>LOW |
|---|---|

<div align="center">

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender's Grievance**

</div>

1st Lvl rec.

    2nd Lvl rec:

FEB 21 2023

    MAR 10 2023 GRIEVANCE

        GRIEVANCE

OFFICE

    OFFICE

| Date:<br>02-07-2023 | Offender (please print):<br>Pawelkowski Leszek | ID#:<br>Y31510 | Race (optional)<br>WHITE |
|---|---|---|---|
| Present Facility:<br>LAWRENCE C.C. | | Facility where grievance issue occurred:<br>LAWRENCE C.C. | |

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    X Medical Treatment    ☐ ADA Disability
Accommodation

X Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of
Sentence Credit

☐ Transfer Denial by Facility  ☐ Other (specify):

**RECEIVED**

**OCT 0 2 2023**

ADMINISTRATIVE
REVIEW BOARD

☐ disciplinary Report _____

————————————————————————

        Date of report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor

    **Chief Administrative Officer,** only if EMERGENCY grievance

Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today, that is: 02/07/2023, at 8:00 am, I went outside to the yard. I can't do physical exercises because my left arm is damaged and I can't lift weights, because we only have barbells in the yard, nothing else, and no one leads us to the gym since we have Covid, so since 2020 none of the prisoners have been to the gym. The staff explains that there are not enough staff. Every fall

X Continued on reverse

**Relief Requested:**
they do what we call a three-day "LOCKDOWN" on weekends so they can go hunting. No one cares about our exercise time, there are machines in the gym that I could work out on, there are people here serving sentences who are in their fifties or sixties and can't lift the barbells->

X Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

| | | |
|---|---|---|
| Leszek Pawelkowski | Y31510 | 02/01/2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 2/21/23    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**
I am unable to translate this grievance. I am more than happy to help you with a guidance so that I may assist you with resolving any difficulties you may be having.

[signature]                                  [signature]
        2/22/2023
Print Counselor's Name              Sign Counselor's Name              Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received:

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____        _____

|                                                          Chief Administrative Officer's Signature                    Date
Distribution: tester File; Offender                              Page 1 of 2                                      DOC 0046 (Rev.
01/2020)

_____

_____

Assigned Grievance #/Institution: _____ Housing Unit_____Bed #

_____

**RECEIVED**

                    ILLINOIS DEPARTMENT OF CORRECTIONS
1st Lvl rec.                    **Offender's Grievance**                    OCT 0 2 2023
        2nd Lvl rec:
                                                              ADMINISTRATIVE
                                                              REVIEW BOARD

that we have in the yard, but who cares, we don't count as people, only Y-31510. Police officers also have time to play cards while on duty, and there is no one to take us to the "GYM". My time at the yard was over and Officer Greentree came to take us back to the building. I told him what had happened to me and showed the officer the blood I had spat out. Officer Greentree asked me if he should call HCU hospital, I said yes. We returned from the yard to the building at 9:40 am and it wasn't until 12:40 pm that I was called to the HCU hospital. Nurse "BROWN" saw me. She asked me what happened, I told her that on 10/20/2022 I had an ultrasound of my throat at CARLE RICHLAND; that nurse "Mellissa Wise" sent me for this examination because my breathing is very bad, I have severe sore throat, scratchy throat and lack of air at night, I feel like I have a ping-pong ball stuck in my throat, I'm choking, I wake up in the middle of the night and I can't catch my breath. 10/25/2022, FNP-C Luking called me in for an interview. She told me that my throat was very bad, that I probably had throat cancer. I was very upset by this information. FNP-C Luking told me she was sending me for a "BIOPSY" test. On 12/19/2022, I was taken to the hospital outside to Champaign, where the doctor performed a biopsy on my throat to confirm if I had cancer or something else. 12/27/202 – FNP-C LUKING sent me the result in the letter which reads "NO CANCER", it gave me a little psychological boost. I explained everything to nurse "BROWN" and said that my throat is getting worse, I can't speak, I get speechless, you can hear. She smiled. She looked down my throat and said, and I quote Mrs. Brown, "we'll keep an eye on you." Literally: "We keep eye on you". I said I wanted to see someone qualified like FNP-C LUKING because I know we haven't had a doctor for over a year. Brown replied that there was no need, that it was nothing serious. How does a nurse make a diagnosis for a doctor, after all she is not qualified in this field; how can a nurse decide what's good for me and what's not; I spit blood and Mrs. Brown ignores it. I say FNP-C LUKING is sitting in the next room across from me, I tell Brown that I want to see her so that she can decide what to do with me. Brown replied that FNP-C LUKING had no time, that I was not on her list. So I'm asking, what is this all about? Can nurse Brown decide my fate, or is nurse Brown qualified to make such diagnoses? I think she took the Hippocratic Oath before getting her nursing degree after medical school. "Or maybe, as the news shows, she bought her degree with money."

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

| Date: 1-29-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | |
| --- | --- | --- | --- |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [x] Dietary
- [ ] Other (specify): _____

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Stycznia 14·2023, 4:30 pm otrzymałem kolację dostarczoną pod celę w styropianowym pojemniku, na którego wieszchnim zamknięciu widniał napis z nazwiskiem tj.: Pawelkowski · R-4·BL·08 - NAS·LCHF-LF.S czyli Nas-no added salt - LC-low colesterol - LF-low Fat. Ta dieta przepisana została dla tego że przez ponad dwa lata otrzymuje co dziennie leki na wysokie ciśnienie krwi, na wysoki cholesterol. Ta dieta ma pomóc mi bym nie dostał wylewu krwi do mózgu, czy →

[x] Continued on reverse

**Relief Requested:**

→ też zawału serca i innych chorób z tym związanych. Lecz kuchnia pierwsza, Manager Bohn i jego super wyjściowie "ignorują zalecenia Lekarzy profesjonalistów którzy próbują ratować zdrowie ludzkie. W jaki sposób mam być zdrowy jak kuchnia dzień po dniu dobija/ gwoźdź do mojej trumny, trując mój system jedzeniem przez nich →

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 1-29-2023 |
| --- | --- | --- |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 8/7/2023    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: I am unable to translate this grievance. I am more than happy to help you write a grievance. So that I may assist you with resolving any difficulties you may be having.

| T Hyawald | J H Hyawald cett | 8/9/2023 |
| --- | --- | --- |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 9/19/23

Is this determined to be of an emergency nature?

[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

[ ] Yes, expedite emergency grievance

_____ 9/19/23
Chief Administrative Officer's Signature    Date

2

Distribution: Master File, Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

RECEIVED
OCT 02 2023
ADMINISTRATIVE REVIEW BOARD