Assigned Grievance #/Institution _____

Housing Unit: _____   Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec _____                              2nd Lvl rec _____

nie mogę się porozumieć bo book mi słów i języka angielskim nigdy nie
uczyłem się tego języka. Używ potamana angielszczyzn ni czytam ani pisz
po angielsku. Mam „Cambridge learner's Dictionary Polish English" tylko z
tego co się nauczę za dan dni nie nic pamiętam, kolejny problem z
coraz to poważnieszą utratą pamięci od kand ta zaraziłem się od
policjanta koroną 19. Przy rozmowie z F.N.P.C-Luking pytam się na ile
rozumie z tego co by mówi - odparła, że czegą nie arazumie to się don-
yda o co mi chodzi. Więc wygląda to kak jak by niewidomy prowadzi
samochod. Taki tu mamy problem, nie dotyczy on tylko mnie to jest
tu bardzo dużo latynosów i więźniow innych naci co nie znają tutej-
-szego języka. Tak to przyjechałem do Lawrence C.C. 9-9-2019 i od tego
czasu nie miałem tu żadnego tłumacza czy to elektronicznego czy
to telefonicznego tak zwanego 3-WAY-czy też kogoś mówiącego w moim
języku czyli polskim. Wezwany byłem 5 razy do szkoły nauczyciel nie
mógł przeprowadzic testu, bo był pisany po angielsku, wysłał mnie
do direktor szkoły Ms. Shmit ona też mówi mi że nie mają testo
po polsku i dano mi spokuj, bo to dla personelu szkolnego my
lepsze wejście z sytuacj, pozbyj się problemu - a po kłopocie po
co się trudzić z internetem lub elektronicznym tłumaczem.
Więcj nie używaj Pawełkowskiego i po problemie. Idę do Law Libra-
ry proszę panią Burth o pomoc bo nie może po angielsku nie pisz
nie czytam, o potrzebuj, adwokata - odparła że oni nie zajmują
się szukaniem adwokatów dla więźniow, ma pan rodzinę to
niech panu pomoże, moja rodzina w polsce odpartem i na tym
rozmowa się skończyła. Teraz mamy panią: Marshall pani Mansa
wywiesiła na słupach w law Library kartki z informacją że jak
potrzebujesz pomocy w danym języku, to musisz poprosić. Nic
się pytam bo wiem że Marshall nie mox po polsku ani słow
czy dziwie stojąc telefonu komórkowego i zadzwoni do kludys
z „College" mówiącej po polsku i czuje „face-line"
dla mnie byśmy się mogli porozumieć. Żoden z policjantow nie
rozumie co do niego mówię, tylko więźniowie tłumaczą im co
mnie znają o co mi chodzi. Pani kancler mówiła mi że poszli
na spejalne szkolenie by nam pomagać więźniom, ale jak mi
mi pomoże gdy nie rozumie co do niej mówię, bo na szkoleni
nie było języka polskiego. Proszę od pand trzech tygodni o reues
slip wystałem dva request ze potrzebuj; mamy wrychuos i reues
slip bez rezultatu. Dopiero była na day room i pytam się czy
może mi podać, więc patrzy się na mnie, to na oficera Greentru
i nic nie rozumie dopiero oficer wytłumaczyl kancler co ja potrze
-buje. Jak długo będę ignorowany przez personel Lawrence C.C
ktory tu pracuje: czy to policjantow, pracownikow i HCU/hospitl
i innych. Chcał bym widzieć wszystkich tych ktory to nie mog
i innych. Chciał bym widzieć wszystkich tych którzy to nie mog
mnie rozumieć w moim kraju czyli w Polsce, jak by się czuli
czy to w szpitalu, restauracji, dworcu lotniczym, czy hotelu
gdyby w moim kraju nie znano angielskiego, jakie by mieli
miny, gdzie szukali by pomocy, ja nie mam telefonu z inta
rnetem, w moim tablecie nie ma tłumacza. Mam pytanie do pan
WARDEN · Ms: DEE DEE BROOKHART czy kiedy kolwiek ten problem w
tym więzieniu będzie rozważany. Może pani zajmie się tą sprawą
i rozwiąże ten problem. Grivinse które piszę, robię kopie wszystkich.

Assigned Grievance Officer

Housing Unit: R-4-R-8 Bed #: Low

1st Lvl rec. APR 04 2023

2nd Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| | | |
|---|---|---|
| Date: 03-29-2023 | Offender (please print): Leszek Powelkowski | ID #: Y31510 | Race (optional): Bialy |
| Present Facility: OFFICE LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [x] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): ___
- [ ] Disciplinary Report

Date of report ___   Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Panie Kohen jak dlogo bedzie pan ignorowal zalecenia NP Wise w sprawie mojej diety. Mam piecdziesiat cztery lata skonczone "opinis" i nie chcial bym zakonczyc mojego zycia i to tak mlodym wieku. NP Wise przepisala mi diete "No salt, Low cholesterol, Low Fat" bo mam bardzo poważny problem z moim nadcisnieniem krwi wysokim cholesterolem, a także z powinna nadwaga, to dziennie dostaję regularna diete, czyli: jajka gotowane na twardo jajka-

[x] Continued on reverse

**Relief Requested:**

- mieszane, jak mam jeśc jajka jak one zawieraja bardzo duży procent cholesterolu gofry czy placki maczone z jajkiem, kotlet z indyka, tak słony że zdrowi chlopacy tego nie tracają, dwie kromki chleba sos także nie można sosu wstrocic do gęby tak słony że oczy wychodza z orbit jak sprobowalem. Dla czego panie Kohen nie dostaję na sniadanie z stylu

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Leszek Powelkowski          Y31510          03-29-2023
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 5/10/23 [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Please see attached memo with Counselors response

Fitzgerald          J. Fitzgerald CCII          5/10/2023
Print Counselor's Name          Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 5/2020

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

___          5/22/20
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

B #5

Assigned Grievance #/Institution: _____     Housing Unit: _____   Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

Masła orzechowego, płatki zbożowe, dla czego nie stosuje się pan panie Kohen do zaleceń N.P Wise. Jestem co dziennie głodny bez śniadania, należa mi się trzy posiłki dziennie, czy to takie trodne wziąć do ręki długopis i sporządzić odpowiednią dietę, dla mojego zdrowego odżywiania się. Co rano odmawiam wzięcia mojego śniadania bo nie mogę tego jeść, sól i cholesterol mam proste do pana panie Kohen by rozwiązał pan ten problem pozytywnie! Masło orzechowe i płatki zbożowe do 100% by mnie zadobolily co dziennie i po problemie,, DZIĘKUJE!!!

Assigned Grievance #/Institution:

Housing Unit: R-4-BL-8  Bed #: Do1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: ___  2nd Lvl rec: ___

| Date: 04-06-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIAŁY |

Present Facility: LAWRENCE C.C.  
Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**
- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___  Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

03-08-2023 Rozmowa z NP LUKING w Health Care Unit hospital o moich problemach zdrowotnych: cismienie krwi które nie jest stabilne jest zawsze bardzo wysokie. O moim problemie z lewym ramieniem zwróciłem NP Lúking uwage na to że October 20-2022 miałem MRI mojego lewego ramienia i ultra sound gardła i to że Grudzień - 19-2022 zrobiono mi w szpitalu w Szampain baiapsy test mojego gardła Grudzień 27-2022 NP luking przysłała mi pod cele dobra wiadomość O  [x] Continued on reverse

Relief Requested:

tym że jest wszucić i nie stwierdzono nowotworu. Napisałem do NP luking o co z ramieniem, mam co dziennie taki ból że nie do wytrzymania nie moge spać nie moge nic zrobić lewą reką nie dość że cała reka i ramie bola nie do wytrzymania, to i lewa strona karku jest spara- lizowana nie moge gwałtownie poruszać głowa, gdy uda się zrobić

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Leszek Pawelkowski    Y31510    04-06-2023
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**  Date Received: ___  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: ___

Is this determined to be of an emergency nature?
[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature    Date

R#6

Assigned Grievance #/Institution: _____     Housing Unit: _____    Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

zasnąć bardzo się setywny muszę z dziesięć minut się przygotowywać
różne pozycje na łóżku by się podnieść i wstać. Nie mogę zasznu-
wać butów, bo palce lewej ręki wykręca mi w różne strony reoma-
tyzm. Pytam się co się dzieje pani Lukina, NP odpowiedziała że
papiery nie zostały wysłane do Wexford Health Services do zała-
-tvienia dalszego leczenia. NP Lukina powiedziała mi że z ramie-
-niem jest bardzo źle po obejżeniu testu i teraz wie dla czego nie
mogę podnieść ramienia do góry, ani podnieść kubka z herbata.
NP Lukina powiedziała mi że to od Andrea Holsher oprócz zale-
ży moje dalsze leczenie to ona musi podzierdzić moje leczenie popchnąć
dalej. Illinois IDOC przekazało b. 3 bilionów dolarów na leczenie
więźniów dla Wexford Health Services, gdzie są te pieniądze. Moja
rodzina w Chicago płaci podatki, za które powinniśmy być leczeni
pytam się do czyich kieszeni te pieniądze wpływają i to na
pewno nie są przeznaczane na nasze leczenie. Gawernator przeka-
-zał te pieniądze dla Pritkera a on dla IDOC więc gdzie są te pienią-
-dze, myślę że Pritzker, to ni Błagojewicz. Więc ktoś inny po drodze
ma za głębokie kieszenie, a my więźniowie na tym cierpimy nikt
nas nie traktuje, tak jak ludzi." Cierpię na chroniczny ból rami-
-enia ponad dwa lata, biorę dwa razy dziennie rano 200 MG TAB
Tegretol i wieczorem tą samą dawkę, ale to nie pomaga, jak długo
moja wątroba wytrzyma, ile jeszcze mam czekać na dalsze leczenie
Nie jestem lekarzem ale wiem że potrzebuję operacji ramienia i mam
taką nadzieję, że się znajdą pieniądze na moją dalszą czynistcje czy
operację, wiem że nikogo nie obchodzi moje cierpienie, ale niech się pani
Andrea Holsher wczuje w moją sytuację gdy w środku nocy przebudzi panią
ból taki że wyjiska łzy z oczu i nie ma pani nic na ból żadnej tabletki
by uśmierzyć cierpienie, przez ponad dwa lata tych nie przespanych nocy
czuję po sobie że za hilka tygodni na dobre zostanie sparaliżowany
mój kark już nie mogę poruszać głowa tak jak to normalnie się robi
bo sprawia mi to ogromny ból to nie tylko ramię i palce lewej
ręki ale i kark, jeśli nie uzyskam od PHU hospital dalszego
leczenia będzie pani pani Andrea Holsher bezpośrednio odpowiedzi-
-alna za mój paraliż całej mojej lewej strony ciała. Mam nadzi-
-eję że ta skarga przyczyni się do zatwierdzenia dla mnie dalszego
leczenia mojego lewego ramienia dziękuję i czekam na pomoc, bo
jestem w bólu nie do zniesienia.

RECEIVED
LAWRENCE C.C. Grievance Coordinator 04-23-1351 0

Housing Unit: R-4-B1-8 Bed #: Dehra

1st Lvl rec: APR 10 2023

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

RECEIVED
LAWRENCE C.C.
2nd Level MAY 2023
GRIEVANCE OFFICE

| Date: 04-06 GRIEVANCE OFFICE | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Date MAY 10 2023 GRIEVANCE OFFICE |
|---|---|---|---|

Present Facility: LAWRENCE C.C.  Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dnia: 04-05-2023 otrzymałem Pass Type: Health Care Unit AT: 12:00:00 PM DAY: 4/6/2023. Bono dnia 04-06-2023 godzina 9°° am NP Lukinue otrzymałem [...] istore napis Brown, i tixecej naidska nie ozam mozna sprawdzić na kamerach, udały się na parking za budynkiem administracyjnym na papierosa tak jak to rutynowo robia każdego dnia i wrocały 9 45 am spacerkiem na budynek HCU hospital. Godzina 11° am drugi raz w tym samym sktadnie NP Lukinue i pozostałe dwie pielęg- [x] Continued on reverse

**Relief Requested:**

-niarki udaly się na druga tego dnia runde na papierosa na parking za tudynek administracyjny, wrocaly o 11 48am na budynek HCU. O godzinie 11°8 am udalem się do Health Care Unit na wizyte z NP Lukinue. NP Lukinue przyjęła chłopaka z R-4-A i sierżanta, (ARTER) przynioust moje ID mowiac mi że NP Lukinue nie ma dla mnie i przyjmie [...]

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Leszek Pawelkowski   Y 31510   04-06-2023
Offender's Signature         ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: 5/10/23  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: please see attached memo with Counselor's Response.

T Fitzgerald   J Fitzgerald CC#5   5/16/2023
Print Counselor's Name   Sign Counselor's Name   Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 5/22/23

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

5/22/23
Chief Administrative Officer's Signature   Date

R#7

Assigned Grievance #/Institution: _____

Housing Unit: _____  Bed #: ____

1st Lvl rec: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

2nd Lvl rec: _____

mnie w następnym tygodniu. Siedząc w poczekalni wruci z wizyty
pierwszy pacjent o nazwisku MORROW z R-4-A i został wezwany z
R-4-C Boss nazwisko. Gdy Boss miał wizytę z NP Luking przysz-
edł następny chłopak spytałem do kogo odpowiedział do NP
Luking jego nazwisko Thigpen. Wszedł do poczekalni Srg CARTER
i powiedział że mogę wracać na mój budynek i dwuch innych
chłopków ten co został przyjęty pierwszy przez NP Luking Morrow
i chłopak który był u dentysty. Dnia 04-04-2023 nurse Baker
przyszła zbadać moje ciśnienie krwi miałem 150/88 i P 63
poprosiłem nurce Baker by przekazała NP Luking żeby mnie
natychmiast wezwała na wizytę u niej bo jest ze mną bardzo
źle i mam nowy problem z moją lewą nogą, nie wiem co się
dzieje, od kolana do pachwiny całe moje udo drętwieje i
mam taki ból jak bym trzymał tę nogę w rozżarzonym piecu
na płonących węglach, czyję cały czas mrowienie i ogień
palący ogień nie do wytrzymania. Ta skarga to nie pierwsza
tak jestem za każdym razem traktowany przez personel med-
yczny Health Care Unit hospital w Lawrence C.C. Więc pytam
czy personel medyczny ma płacone za przerwy co codziennie
(3), (4) razy dziennie i nie przyjmowanie mnie bo inny
się przyjmuje, przedanna i po mnie ale nie mnie, bo nie
mogą się ze mną porozumieć i odmawiają za każdą moją
wizytą, tłumacza, czy to elektronicznego, czy telefonicznego
tak zwanego 3 way. Dla czego na każdym kroku jestem
ignorowany powszdny przez tych ludzi. Czy po to są zatrud-
nieni by mnie tolerować jak „no body" nie jestem trak-
towany jak „Human Being" Celowo jestem odsyłany bo nikt
nie chce zadać sobie o drobinę trudu, by się ze mną porozumieć
w języku polskim, bo wszyscy wiedzą, że nie mówię po angielsku
nie czytam ani nie piszę więc jestem traktowany jak gowno.
Na co dzień każdy jeden dzień przez wszystkich pracowni-
ków Lawrence Correctional Center. Na początku marca 03-04-2023
wystałem trzy Request dla NP Luking prosząc o wizytę bo jestem
bardzo chory i potrzebuję natychmiastowej pomocy medycznej
więc widzicie ktokolwiek będzie rozpatrywał tą skargę w
jaki sposób się mnie traktuje jak jestem ignorowany przez
NP Luking i innych pracowników HCU hospital.

04.09.2023 wysłałem do Grivance Officer (G) kopie pisanych w języku polskim moich skarg nie rozpatrzonych przez Counselor przez 60 dni i pięć z tych skarg zaznaczyłem „emergence" na które powinienem dostać odpowiedzi w ciągu (3) dni. 04.24.2023 Grivance Officer przesłał moje skargi spowrotem do mnie z naklejoną na jednej ze skarg zieloną kartką informującą mnie bym przesłał Grivance Officerowi oryginalne skargi. Wypisałem request do officera grivance respond w jaki sposób mam przesłać oryginalne skargi do niego jeśli nie nie otrzymałem ich spowrotem rozpatrzonych przez Counselor. Na każdej przesłanej przez zemnie kopii do grivance officera w lewym górnym rogu wypisałem po polsku, że nie są one rozpatrzone przez Counselor ponad 60 dni. Nie wiem jaką grę próbuje się ze mną prowadzić w LAWRENCE CORRECTIONAL Center. Dla czego jestem poniżany i ignorowany na każdym kroku przez pracowników Lawrence C.C. za każdym razem przed wrzuceniem do skrzynki na skargi moich skarg idę do Law Library i robię kopię każdej mojej skargi. Kopie zatrzymuję dla siebie, a oryginały wrzucam do skrzynki za każdym razem kamery rejestrują to. Proszę IDOC INMATE ISSUES o pomoc w rozpatrzeniu tej sprawy. Przesyłam kopie skarg i request który oryginał przesłałem Grivance Officer.

Tak postępuję się ze mną bo nie mówię, nie pisze i nie czytam w języku angielskim, a także nie jestem obywatelem USA więc traktuje się mnie z góry czyli jak kogoś, kto nie istnieje jako człowiek dla tych ludzi. Raz jeszcze proszę o pomoc. Dziękuję.

RECEIVED

MAY 0 9 2023

ADMINISTRATIVE
REVIEW BOARD

B#7

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| | |
|---|---|
| Assigned Grievance # (if applicable): 04-8135 | Housing Unit: R-4-BL-8   Bed #: 301 |
| 1st Lvl rec: APR 15 2023 | 2nd Lvl rec: RECEIVED LAWRENCE C.C. |

| | | |
|---|---|---|
| Date: 04-8-13 | Offender (please print): Leszek Powelkowski | ID #: Y.31510   Race (optional): MAR 31 2023 |
| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. GRIEVANCE OFFICE | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

| Date of report | Facility where issued |
|---|---|

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dnia 04-12-2023 zostałem zabrany z Celi o 3°° rano i zaprowadzony do budynek operacyjny. Po upływie około godziny czyli o 4°° przyszedł do pokoju officer Fitch i założył mi kajdanki na ręce i łańcuch do około mojego ciała no i skrępnie na kajdanki. Wyprowadzili na zewnątrz wsadził mnie do wena, założył łańcuch na nogi i dotączył do nas officer Mitch. Tego dnia czyli 04-12-2023 miałem w Chicago spraw

[x] Continued on reverse

**Relief Requested:**

karna. Do Chicago dotarliśmy o godzinie 7°° weszliśmy do budynku sądu i dotarliśmy basmetem do toalet oficerowie Mitch i Fitch oddali mnie w łazice i ja poprosiłem by mi zdjęto, tą skrzynkę bo także chcę oddać mocz oficerowie odpowili że nie mogą bo takie są polecenia.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Powelkowski | Y.31510 | 04-13-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: 5/10/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: please see attached memo with Counselor's response.

| T Fitzgerald | Fitzgerald CCII | 5/10/2023 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**   Date Received: 5-22-21

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| | 5-22-21 |
|---|---|
| Chief Administrative Officer's Signature | Date |

BH 8

Assigned Grievance #/Institution: _____

Housing Unit: _____   Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec's: _____    2nd Lvl rec: _____

Próbowałem oddać mocz ale to nie możliwe gdy ma się ręce skute na brzuchu i założoną bokse na kajdanki, gdzie nie można wykonać żadnego ruchu. Dotarliśmy do windy i wjechaliśmy na czwarte piętro, gdzie miałem rozprawę w pokoju numer 400. Na całym piętrze są oskarżone pomieszczenia dla więźniów, w których to są toalety, wszystkie z toaletami były zajęte przez więźniów Cook County Jail tylko środkowa cela była wolna ale nie było w niej toalety i nie mogłem oddać moczu. Siedziałem tak na taxce z silnym bólem brzucha i prosiłem oficera Fitch by porozmawiał z oficerem Cook County by przeprowadzić dziżniów bo było ich tylko trzech na moment do mojej celi abym mógł skorzystać z toalety. Fitch poszedł i pitxdo podobnie z kimś rozmawiał w tej sprawie, bo wrócił po minucie i powiedział że nie mogą tych więźniów przeprowadzić. Po jakichś dwóch godzinach zostali wprowadzeni z celi gdzie była toaleta i odwiezieni i niota na dół, no i mogłem skorzystać w końcu xupragnionego oddania moczu. Oficer Fitch zdjął mi tą skrzynkę na dwie minuty i zatatwiłem swoją potrzebę. Przyszedł mój adwokat pan Thomas Brankhader porozmawiał chwile ze mną i za kilka naście minut wezwano mnie do sali rozpraw. Zdjęto mi łańcuch który byłem opasany do okoła ciała kajdanki i tę bokse i poszliśmy na sale rozpraw. Po sprawie wyszliśmy do przedalii gdzie spowrotem założono mi kajdanki łańcuch do okoła pasa, i skrzynkę na kajdanki. To wszystko zakładał mi oficer Mitch powiedziałem że za mocno zaciśnął mi kajdanki że nie mogę poruszać rękoma i strasznie mnie bolą. Oficer Mitch poluzował kajdanke na prawej ręce którą trzymałem na górze a lewą na dole skrzynki nie. Porozmawiałem chwile z moim adwokatem przy pomocy tłumacza i się pożegnaliśmy. Czekaliśmy na papiery które dostarczono oficerom Mitch i Fitch ponad dwie godziny i pojechaliśmy na dół gdzie bazinątem dotarliśmy do wana i zaczeła się moja kalega wróciliśmy do Lawrence C.C. po godzinie 8:15 pm a więc byłem skuty przez 16 godzin i miłem się z bólu przez dacisnięte kajdanki za mocno na przegubie mojej lewej ręki. Przyszedłem pod celę nabrałem wody w butelki na day room i poszedłem spać tak byłem obolały i zmęczony. Oficer Rapport zaoferował mi kolacje że przynieste mi z kuchni, ale odmówiłem nie miałem ochoty na nic tak byłem zbolały że poszedłem spać. Wstałem na drugi dzień czyli 04-13-2023 o siódmej rano i o 8:00 Oficer Greentre otworzył moją cele i powiedział mi że mam pujść o 12 pm do HCU hospital. Poszedłem wziem prysznic i zawołałem oficera Greentre pokazałem mu ręce i nogi jakie mam cięte rany i poprosiłem by zadzwonił do BFI by zrobiono mi zdjęcia. Oficer Greentre

Distribution: Master File; Offender

Page 2 of 2

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____                Housing Unit: _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                                                          2nd Lvl rec: _____

odpowiedział mi żebym pokazał to w HCU i że to IA ofic
musi zrobić zdjęcia, a nie BEI. Weszła mnie do pokoju
NP Luking i pokazałem dla NP Luking co mi się stało i że
chcę by sporządziła protokół i zrobiła zdjęcia. NP Luking
zawołała pielęgniarkę Brown i Brown zmierzyła długość i
szerokość rany na lewej ręce, obejrzała dwie cięte rany na
moich nogach i wypisała wszystko do protokołu, opisała moje
rany i wyszła. Powiedziałem NP Luking co ze zdjęciami odpo
-wiedziała mi że IA oficer przyjdzie i zrobi. Przyszedł sierżant
który pracuje w IA Ofice i nie rozmawiał że mogą tylko z piel
-ęgniarką Brown która spisała raport. Poprosiłem NP Luking by
wypisała mi permit na "Waist Chain" bo za każdym razem
gdy jadę do szpitala na zewnątrz mam ten sam problem z tą
"Black Box". NP Luking odpowiedziała mi że wpisze mi per-
mit ale nie wypisała. Ten problem mam za każdym razem z
ręką i nogami gdy mi się go zakłada. do tej pory nie było
tak tragicznie jak to mam dzisiaj otwarte rany na nadgars-
tku lewej ręki i nogach. Z lewą ręką mam od ponad dwóch
lat bardzo poważny problem nie mogę podnieść lewej ręki
do góry bo boli mnie w ramieniu. Palce lewej ręki mam pow-
-ykręcane przez reumatyzm i nie nie mogę w palcach utrzymać
i mam straszny ból co dziennie w ramieniu i palcach biorę
dwa razy dziennie rano i wieczorem Tagretol 200 MG TAB, ale
ta dawka mi dużo też nie pomaga. Poprosiłem NP Luking o
zwiększenie dawki, powiedziała mi również 12 kwietnia że
mi zwiększy dawkę ale okazuje się tak jak z permitem na
Waist Chain że to tylko puste słowa wypowiedziane przez
NP Luking. Nie wiem dla czego IA oficer nie zrobił mi zdjęć
moich ran na ręku i nogach i nie wiem co pielęgniarka
Brown wpisała do tej kartki papieru, bo nie czytam po angi-
-lsku. Poprosiłem by mi sporządziła kopię tej kartki którą
wypisała, Brown odpowiedziała żebym poprosił na piśmie
o kopie by mi zrobiono: Medical Records Supervisor. I z pewnością
to zrobię, by mieć pewność co pielęgniarkę Brown wypisała.
Zadzwonię także do IDOC INMATE ISSUES może ich interwecja
pomoże by ktoś udokumentował ten incydent na zdjęciach o
które prosiłem i moja prośba jak i moja osoba kolejny raz
została zignorowana zarówno przez HCU hospital NP Luking
a także IA Ofice. Na każdym kroku z każdego szczebla
LAWRECE C.C. od wszystkich pracowników tej placówki
dostaję tak zwanego "kopa w tyłek." Dzień w dzień jestem
obstawiany psychicznie i teraz fizycznie, tylko dla tego?
że nie jestem obywatelem U.S.A. Nie mówię nie czytam i
nie piszę po angielsku jestem upokarzany na każdym moim
kroku, jak długo to będzie jeszcze trwało? Moim zdaniem nie
zrobiono zdjęć moich ran ciętych na lewej ręce i obu moich przegubach
nóg, bo IA Ofice tak właśnie zaciera dowody nie ma winy nie ma
dowodów, ale kamerą widać też dobrze, no i dla czego pielęgniarka Brown
nie zmierzyła moich ran na nogach dla czego sierżant z IA Ofice nie
obejrzał moich ran. Przyszedł do HCU hospital po to by zniszczyć
dowody zabrać raport który wypisała Brown co?

Distribution: Master File; Offender                    Page 2 of 2                    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____    Housing Unit: R-4-BL8    Bed #: 30L08

| Date: 05-02-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): BIAŁY |
|---|---|---|---|

Present Facility: LAWRENCE C.C.    Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

05-11-2022 - 930am rozmawiałem na budynku R-3 z pielęgnia-rką Mental Health o moich problemach w LAWRENCE C.C. z komunikowaniem się w języku angielskim ze wszystkimi poli-jantami który nas pilnują z Coonselor, z HCU hospital NP plus NP luxing i z całym personelem HCU department. Opowiedzi-atem o moich problemach z low library że nie mam pomocy by się porozumieć w moim języku czyli polskim, bo nie pbówię po

[x] Continued on reverse

**Relief Requested:**

angielsku nie piszę i nie czytam. 05-12-2022 wysłałem Request do HCU hospital Mental health napisany dla mnie po angiels-ku na kartce papieru pisze Joel Mayoral którego treści przepis-atem na reqwest tej treści cytuje: I hearing problems with depress-ion, odgitatiral dont want to be around people, bad anxity and sust

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

Leszek Pawelkowski    Y 31510    05-02-2023
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: 

_____

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____    Date _____

R#9

Assigned Grievance #/Institution: _____   Housing Unit: _____   Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

want to sleep all the time, eating out of emotions or nervesness.
Nikt mnie nie wezwał do Mental health department HCU. 05-18-2022
rozmawiałem z pielęgniarką Harris o wszystkich moich problemach
zdrowotnych jak źle jestem tu traktowany przez wszystkich pracow-
ników Lawrence C.C. z każdego szczebla pracujący medycznego
i policjantów. Pielęgniarka Harris poświadczyła że umówi mnie na
wizytę w Mental health department HCU hospital, nigdy do żadnej
wizyty nie doszło do dnia dzisiejszego czyli 05-02-2023.
12-15-2022 NP Wise po rozmowie z nią, że drastycznie tracę
pamięć i potrzebuję pomocy medyczną poświadczyła mi że zapiszę
mnie na wizytę Mental health z NP Linon Woke i tu także do
wizyty nie doszło. Napisałem pięć request slip do Mental health
department nigdy nie zostałem wezwany, przez cały 2022 rok
01-02-2023 miałem rozmowę z NP Lukino co się dzieje że
Mental health department nie chce ze mną rozmawiać że mam
poważny problem z utratą pamięci i depresją że wszyscy mnie
ignorują robią wszystko by mnie zlekceważyć i nie widzieć,
unikają mnie tak jak byłbym był trędowaty. NP Lukino umówiła
mnie tak jak NP Wise na wizytę z NP Linda Woke Mental
health department i tu także nie doszło, do wizyty nikt mnie
nie wezwał. 04-19-2023 wysłałem kolejny request do Mental
health department do NP Linda Woke. 04-25-2023 dostaję
Cool Pass Type: Mental Health HCU-IN HOUSE na dzień: 04-26-2023
2¹⁵ pm i tu znowu nikt się nie pojawił, jestem kolejny raz
zignorowany przez profesjonalnych pracowników Mental health
department, który zamiast pomóc mi w moich problemach to
przysparza mi problemów więcej. 04-26-2023 miałem wizytę z
NP Lukino zapytała się mnie co z Mental health poświadczyłem
NP Lukino że o 2¹⁵ pm dzisiaj to jest 04-26-2023 mam
wizytę Mental health department IN House, na następne poświad-
czyła NP Lukino. Wróciłem po wizycie u NP Lukino na
budynek R-4 i czekałem na wizytę i tu znowu zlekceważenie
ze strony Mental health department nie doczekałem się nikogo
by ze mną porozmawiać. Wszyscy w Lawrence C.C. wiedzą że
nie rozmawiam po angielsku, nie piszę i nie czytam więc
wszyscy unikają kontaktu ze mną, traktowany jestem na
każdym kroku jak, co się wydała z odbytu. Jak mam
być zdrowy mieć dobre samopoczucie, być także dobrym dla
wszystkich w tym i nie skarżącym się na nic. Być
wdzięcznym za dobre traktowanie za należną dla mnie
dobrą opiekę medyczną psychiczną itd. Pytam się jak
długo jeszcze. NP Lukino zwiększyła moją dawkę leku
"Tegretol-Corbenagapine z 200 MG TAB na 500 MG TAB dwa razy
dziennie muszę przyjąć 1000 MG Tegretol temu był spokojny nie
denerwował się tym co się ze robi by mnie zdołować na
każdym kroku każdego dnia przez tak surowo wykształco-
nych profesjonalnych pracowników HCU hospital Mental health
Care Unit department i nie tylko. Czy ci ludzie zadali sobie
kiedykolwiek pytanie za co są opłacani, by mnie bardzo
gnębić, czy też leczyć co? proszę mi odpowiedzieć.

Housing Unit: R-4-BL-8    Bed # DOLNE

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec:                                                      2nd Lvl rec:

| Date: 05·02·2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Biały |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [✓] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

04·11·2023 pielęgniarka K przyszła o 9³⁰ am by zmierzyć mój ciśnienie krwi. Poprosiłem pielęgniarkę K by przekazała NP Luxwin'a że jutro czyli 04·12·2023 mam długą podróż do Chicago i chciał bym by NP Luxin'a przesłała dla mnie permit na tak zwany "Waist Chain" Pielęgniarka K zapewnie mnie że przekaże NP Luxin'o to co ja proszę, a rozmowie mojej z pielęgniarką K przysłuchiwał się przez cały czas oficer Greentry i to oficer Greentry powiedział

[✓] Continued on reverse

**Relief Requested:**

mi nazwę tych kajdanek "Waist Chain". Powiedziałem pielęgniarce K że miałem apointment do NP Luxina 04·06·2023 o 12° pm i przeszłem do HCU hospital. NP Luxina przyjęła tą osobę a moją wizytę anulowała. W ten sam dzień czyli 04·06·2023 napisałem skargę w tej sprawie, chciałem właśnie prosić o ten permit, bo

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance

Leszek Pawelkowski          Y31510          05·02·2023
Offender's Signature              ID#                Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B#10

Chief Administrative Officer's Signature          Date

Page 1 of 2

Distribution: Master File, Offender          DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

Assigned Grievance #/Institution _____    Housing Unit ____    Bed #: ____

1st Lvl rec _____     2nd Lvl rec: _____

za każdym razem gdy jadę do szpitala na zewnątrz mam problem z "Black Box". 04-12-2023 pojechałem do Chicago w "Black Box" nie otrzymałem od NP Lukina permitu na "Waist Chain" i znowu problem po powrocie z Chicago udałem się spać byłem wyczerpany i obolały po torturach jaki przeszedłem przez ponad 16 godzin w "Black Box" na moich rękach. 04-13-2023 wezwano mnie do HCU hospital opowiedziałem moją torturę NP Lukina pokazałem moje ręce i noge jak są pokaleczone. NP Lukina z pielęgniarką "Brown" spisały raport, poprosiłem o zrobienie zdjęć moich ran i NP Lukina wezwała IA Oficera. Widziałem że sierżant z IA Office przyszedł do HCU hospital ale nie rozmawiał ze mną i nie zrobił zdjęć. Poprosiłem NP Lukina o permit na "Waist Chain" powiedziała mi NP Lukina że dobrze że przyśle mi pod celę. Nie przysłała mi NP Lukina permitu o który prosiłem. 04-14-2023 napisałem request do NP Lukina o permit "Waist Chain" bo w następnym tygodniu jadę do szpitala na zewnątrz do "Ephingham" i boję się "Black Box" by oficerowie znowu nie pokaleczyły mi rękę i nogę i dałem request do "Terry Bratcher" który co dziennie o 12°° pm chodzi do HCU hospital by przyjąć tabletki. Terry przekazał request pielęgniarce i powiedział jej że pielęgniarce całą sprawę i pielęgniarka zapewniła Terega że o całym zajściu ze mną 04-12-2023 wie i że przekaże NP Lukina osobiście ten request i powie jej o co chodzi, o permit dla mnie "Waist Chain" bo request napisałem po polsku, bo tylko tym językiem się posługuję. 04-20-2023 zostałem zabrany do HCU hospital na to jak zakładano mi znowu kajdanki na ręce i żelazna sztuke tylko trochę mniejsza cofnąłem zajście przyglądałem się NP Lukine, zapytałem się gdzie mój permit NP Lukina odwróciła się na pięcie i odeszła nie odezwała się ani słowem ani do mnie ani oficerowi który mnie kuli. Wieczorem 04-19-2023 Lukina przysłała dla mnie permit tej treści cytuję
// Please utilize over-sized Cuffs For WRITS. Individual has larger than-average Wrist size. Spytałem chłopaka co tu jest napisane on powiedział mi że to permit o dłuższy łańcuch i większe kajdanki że to nie "Waist Chain" po przyjeździe ze szpitala w Ephingham miałem spuchnięte na drugi dzień oba przeguby moich rąk. 04-26-2023 NP Lukina wezwała mnie do HCU hospital by omówić ze mną wizytę w szpitalu w Ephingham i pokazałem dla NP Lukine moją prawą rękę mej przegub prawej ręki był jeszcze spuchnięty powiedziałem że te kajdanki które mi założono są cięższe od tych które mi poprzed ręce i bardziej mi wygodne. Poprosiłem znowu o permit na "Waist Chain" NP Lukina powiedziała mi że Lutener nie podała mi jego nazwiska zabronił jej wydania dla mnie permitu na "Waist Chain". Tego dnia powiedziałem NP Lukina że nie mogę wytrzymać z bólu tak mnie bolą ręce i ramie i everoty zamówiła dla mnie X-Ray. 05-01-2023 miałem zrobione 6 X-Ray mojego ciała spytałem po co są robione, doktor odpowiedział że to jest w sprawie mojego bólu. Czy pracownicy LAWRENCE C. C. są tresowani do zadawania mi bólu, niech ktoś mi na to odpowie. Czy mój wyrok odsiaduję w więzieniu, czy Gestapowskim Crettce C.?

Assigned Grievance #/Institution: _____

Housing Unit: R-4-Bl-21   Bed #: Dolne

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| | | | |
|---|---|---|---|
| Date: 05-08-2023 | Offender (please print): Leszek Powelkowski | ID #: Y31510 | Race (optional): Biały |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

05-08-2023, o godzinie 1:45pm pod moją celę przyszła Counselor Fitzgerald trzymając w ręku trzy moje ~~co~~ skargi włożone do skrzynki na skargi do rozpatrzenia: 05-02-2023 i zaznaczone „Emergency", na które Counselor Fitzgerald nie odpowiedziała dla mnie choć na emergency skargę powinna Counselor odpowiedzieć w ciągu trzech dni. Counselor przyszła w towarzystwie oficera Greentree i zapytała się mnie czy mogę dla niej wytłumaczyć **co** jest napis-   [x] Continued on reverse

**Relief Requested:**

- one w tych skargach i czy nierozumiem "bo są zaznaczone „Emergency" powiedziałem Counselor Fitzgerald, że idę do LAW LIBRARY i nie mam w tej chwili za dużo czasu by jej wytłumaczyć. Przygotowałem się do LAW LIBRARY i poszedłem dla ofisu Counselor Fitzgerald zapytałem się dla czego tak długo Counselor zwlekała z tą

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

Leszek Powelkowski   Y31510   05-08-2023
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B# 11

Chief Administrative Officer's Signature _____   Date _____

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

rozmowa. Odpowiedziała mi Fitzgerald, że to jej przełożeni poprosili ją by mnie zapytała co jest napisane w moich trzech skargach. Zapytałem się Councelor Fitzgerald czy pamięta co dni powiedziała, bilka miesięcy temu może 2 lub 3 miesiące upłynęło od rozmowy i to nie jednej, bo trzy razy przypominałem Councelor Fitzgerald tę samą kwestie. Councelor Fitzgerald powiedziała mi że ma internet w jej komputerze i może skontaktować się z kimś mówiącym po polsku i omówić ze mną co jest napisane w mojej skarbie. Councelor Fitzgerald odpowiedziała że pamięta nasze rozmowy na temat elektronicznego, czyli internetowego tłumacza. W naszych trzech rozmowach powiedziałem Councelor Fitzgerald że za każdym razem gdy otrzyma moją skargę pisaną po polsku bo tylko w tym języku mówię, piszę i czytam może mnie wezwać i przy użyciu internetowego tłumacza może przetłumaczyć z tłumaczem z języka polskiego na angielski. Powiedziałem że mogę przeczytać dla tłumacza po polsku moją skargę, a tłumacz przetłumaczy dla Councelor na angielski. Councelor Fitzgerald zapewniała mnie za każdą rozmową, a było ich trzy że mnie poprosi do opisu i przetłumaczymy moją skargę. Powiedziałem że dobrze ale nigdy Councelor mnie nie wezwała, by przetłumaczyć choć jedną moją skargę. Mam pytanie, do tego kto będzie rozpatrywał moje skargi "**GDZIE IDĄ PIENIĄDZE PRZEKAZANE PRZEZ WEXFORD NA TŁUMACZA, DLA TYCH KTÓRZY NIE MÓWIĄ PO ANGIELSKU CO?**" Gdzie rozpływają się te pieniądze, bo nigdy nie otrzymałem elektronicznego, czyli internetowego, albo telefonicznego tłumacza, czy to w szkole czy w law Library, czy to w HCU hospital, choć za każdą rozmowa z NP Lucina, czy też NP Hise proszę o tłumacza bo nie znam angielskiego i nie mogę kompletnie i dokładnie opowiedzieć co mi dolega, co mnie boli. Także ze strażnikami mam ten sam problem, nikt mnie nie rozumie. Councelor Fitzgerald powinno obchodzić to co się ze mną dzieje powiedziała mi że poszła do szkoły by lepiej dla nas czyli więźniów pomagać, szczególnie w moim przypadku, bo wie jakie mam problemy w komunikowaniu się, bez znajomości angielskiego. Nigdy ze strony Councelor Fitzgerald nie uzyskałem takiej pomocy. Od 09-09-2019 gdy przywieziono mnie z Menard C.C. do LAWRENCE C.C., ani razu nie tłumaczono moich rozmów, skarg, request slip jestem dyskryminowany przez wszystkich, na wszystkich szczeblach pracowników w LAWRENCE C.C. Co dziennie zmagam się z problemami w komunikowaniu się i nie tylko, co powoduje u mnie depresje i rozszerzany system nerwowy, bo jestem co dziennie poniżany i nie mogę się na denerwować co powoduje moje nadciśnienie krwi że muszę brać co dziennie Lisinopryn 40 MG 1 RB i od złego samo poczucia "Carbecnapine – Tegretol dwa razy dziennie 500 MG. Gdzie też proszę Mental Health department o pomoc i tu też jestem ignorowany nigdy nie widziałem wizyty u profesjonalnego lekarza Mental Health Department. Dla czego się mnie "**DYSKRYMINUJE**"

RECEIVED
LAWRENCE CC

RECEIVED
LAWRENCE CC
MAY 30 2023

1st Lvl rec'd   MAY 15 2023

2nd Lvl rec'd

GRIEVANCE OFFICE

GRIEVANCE
B11 OFFICE

Housing Unit: R-4-B   Bed #: DD LNE

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

05-23-079

| Date: 05-08 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Rec'd: |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [x] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name and identifying information for each person involved):

12-15-2022 NP Wise zamówiła dla mnie diete Low selt - Low cholestrol - Low Fat. Jak to możliwe że tą diete otrzymywałem przez dwa miesiące i od marca czyli OB-15-2023 przestałem otrzymywać tą diete. 04-26-2023 rozmawiałem w Health Care Unit hospital z NP Lukino i powiedziałem o mojej diecie, że nie dostaje, co się dzieje. NP Lukino przyjęła moje akta i powiedziała mi że co 180 dni należy odnawiać diete. Powiedziałem NP Lukino że nigdy

[x] Continued on reverse

**Relief Requested:**

nie dostawałem tej diety przez sześć miesięcy i że to nie do mnie należy nadzorowanie mojej diety. Napisałem do NP Lukino request:04-19-2023 że mam problem z moją dietą ale nikt mnie nie wezwał do HCU hospital. 04-26-2023 rozmawiając z NP-Lukino. powiedziałem że:04-06-2023 wysłałem do NP Wise request

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 05-09-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 5/16/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

please see attached for counselor's response.

| T Fitzgerald | Fitzgerald CATS | 5/18/2023 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 5/22

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

B# 12

_____   5/22/23
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                                    2nd Lvl rec: _____

w sprawie diety którą mi przyznała a której nie otrzymuję i także nikt mnie nie wezwał na mój reqvest bym mógł poro-zmawiać z NP Wise w tej sprawie NP Luking powiedziała do mnie że przywróci mi moją dietę Low Salt. Low Cholesterol. Low Fat ale dziś mamy 05-09-2023 i nie otrzymałem jak do tąd mojej diety. Przyjmoję co dziennie tabletki od wysokiego cisnienia krwi, tabletki od wysokiego Cholesterolu i nikogo to nie obchodzi że mój stan zdrowia zależy od tego jak się odżywiam, co jest mi serwowane. Co dziennie otrzymuję słone tłuste regularne jedzenie i ktoś co dziennie dobija gwóźdź do mojej trumny, choć jeszcze żyję nie mam pojęcia jak długo jeszcze nie dostanę wylewu krwi do mózgu, czy ataku serca przez to co jem. Więc kto tu ponosi za moja dietę odpowiedzialność pan super vizer Kohen czy NP Wise, czekam na odpowiedz.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 05-10-2023 | Offender (please print): | ID #: Y 31510 | Facility: Binley |
|---|---|---|---|

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☐ Other (specify): WARDEN - DEE DEE BROOKHART
☐ Disciplinary Report

_____ _____
Date of report            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

04-09-2023 napisałem request do Counselor Fitzgerald se chciał bym podjąc prace w Laundry ayi in prają. Pani Conceler me widziała mnie na rozmowe ale tež nie wystąpiła o prąng dla mnie a prostu cięgo się dowiedziałem pxaoj. 04-16-2023 napisałem drugi request o prace w prolni i rozmowe z counselor Fitzgerald bez skutku i tym rokem i tak jest za taxidym rozem gdy im loje prze-mowac z Counselor Fitzgerald, jestem ignorowany po prostu Lekieważony.

☑ Continued on reverse

**Relief Requested:**

04-23-2023 napisałem trzeci request o prace w prolni i rozmowe z Counselor Fitzgerald 04-24-2023 wrocałem ze spacernika i pani Counselor stała na korytaxu proposiłem o rozmowe se ta prosi widzenie zatyluta sy pobniu i popursiła mnie do oksu. Pokazała mi moj request i pytała sie mnie co tu jest napisane więc wyjasnia-

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

Leszek Pawełkowski _____ Y 31510 _____ 05-10-2023
Offender's Signature                    ID#                          Date
(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)** Date Received: 5/16/23  ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Please see attached for Counselors response.

I Fitzgerald _____ Shinpaia Cott _____ 5/18/23
Print Counselor's Name                Sign Counselor's Name               Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:** Date Received: 5-22-

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature          Date 5-22-

B #13

Assigned Grievance #/Institution:                                    Housing Unit:         Bed-#

1st Lvl rec.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

pani Councelor że chciał bym podjąć pracę w pralni bo ta praca nie wymaga fizycznego spejalnego wysiłku, to main problem z lewym ramieniem i nie mogę dźwigać ciężarów, ta praca była by dla mnie odpowiedrya. Councelor zapewniła mnie że postara się mi pomóc w tej że pracy. Tego samego dnia na drugiej zmianie dostałem spowrotem od pani Councler mój request o tej że treści napisanej po angielsku, choć Councelor dobrze wie że nie czytam ani też nie mówię po angielsku przepisuje tej treści "Vote Street Submitted for Laundry". Tyle co rozumiem z tej treści to "Laundry" wim że to pralnia, ale co cała treść znaczy nie mam pojęcia. Czekam na pracę i nic więc 05-02-2023 wystałem do WARDEN Mr. DEEDEE BROOKHART request tej treści jak to jest że więzień który zostaje wyrzucony ze pracy dziś a na drugi dzień dostaje nową pracę, znam nie jeden taki przypadek większa pracując w Commissary stor dziś wpłatuje z pracy a za kilka dni pracuje w pralni, następny x HCU hospital a za kilka dni pracuje w Commissary stor? jak ta jest że jedni mają pracę choć nie powinni, a ja jestem dyskryminowany na każdym kroku i szczeblu przez personel — LAWRENCE C.C. A także przez WARDEN Mr. DEEDEE BROOKHART. Councelor Fitzgerald powiedziała mi, że to ona czyli "BROOKHART" musi dla mnie zatwierdzić i podpisać pozwolenie na ta pracę. Piszę tę skargę dla tego że na każdym kroku jestem dyskryminowany, poniżany, ignorowany tak to pracz HCU hospital pracowników przez szkołę przez Low Library, przez policjantów a także przez pana WARDEN, igneruje się mnie co dziennie także i dzisiaj czyli 05-10-2023 wyszedłem na chollej ty porozmawiać z Councelor ale była życzliwa rozmowa z sierżantem Corter i znowu odkrzewiłem się nie przyjęty przez Councelor Fitzgerald która powiej czyli "12 25 stała sobie w office office gdy podeszłem do okna, też unikała spojrzenia na mnie tak by mnie znowu unikać. Tak to jest w moim przypadku przez cały czas odkąd tu przyjechałem z Menard C.C. 09-09-2019 05-05-2023 w piątek więzień o nazwisku "KNELL" poszedł do mnie i mówi że dzis pracował ostatni dzień na zawsze zbierając śmieci na placu więzieniym, a od poniedziałku czyli 05-08-2023 zaczyna pracę w pralni i się tylko rozesmiał, bo wiedział że ja też chciałem dostać te pracę. Więc pytam się, raz jeszcze od czego zależy pani DEEDEE BROOKHART podpis na uzyskanie pracy czy trzeba być "OBYWATELEM U.S.A czy też dobre dojncie na innych więzniów co? Czekam na odpowiedz dla czego jestem dyskryminowany na każdym moim kroku w LAWRENCE C.C. Dla tego że jestam obywatelem polskim nie obywatelem US of America? że nie jestem odpowiednio wykształcowanym i nie mogę się nauczyć angielskiego, bo do szkoły w LAWRENCE C.C. też mnie nie przyjęto, bo pani dyrektor Smith powiedziała mi że oni w szkole nie mają testów po polsku, ani też internetu więc nie mogę się uczyć bo testy i wszystko co mamy w szkole jest po angielsku i nie mogą przeprowadzić testu że mną więc poxbywają się mnie w LAWRENCE C.C. na każdym kroku Dyskryminując mnie.

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: R4CL-1  Bed #: Doine

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                                                    2nd Lvl rec:

| Date: 05-16-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIAŁY |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [✓] Dietary
- [ ] Other (specify): _____
- [✓] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Diete: Law Salt, Law Cholesterol Law Fet NP Wise order dla mnie ze względu na bardeo wysokie ciśnienie krwi. wysoki Cholesterol i moja nadwage: 12-15-2022 Diete otrzymywałem przez 90 dni czyli od: 12-15-2022 do: 03-15-2023 a powinienem otrzymywać przez 180 dni czyli do: 06-15-2023 nie mam pojęcia dla czego przestano przez kuchnie dostarczać moja diete po upływie 90 dni Kożady dzień przyjmuje leki na nadciśnienie krwi Lisinopril 40 Mg TAB i od wysokiego Cholesterolu ATORVASTATIN 20 MG TAB

[✓] Continued on reverse

**Relief Requested:**

Jak mam być zdrowy gdy Health Care Unit i Kuchnia nie podporza się st do dostarczania dla mnie mojej diety, kto ponosi odpowied Kuchnia super vajzer Kohn, czy NP Wise, która powinna br moja diete. 04-06-2023 napisałem request do NP Wise u mojej diety Law Salt, Law Cholesterol, Law Fet dla czego zostala i

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irre

[ ] Check if this is NOT an emergency grievance.

_Leszek Pawelkowski_                    Y31510
Offender's Signature                          ID#

(Continue on reverse side if necessary)

_____

Counselor's Response (if applicable)   Date Received: _____   [ ] Send dir

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Spring

Response: _____

_____

_____

_____

_____

_____

_____

Print Counselor's Name

**Note to offender:** If you disagree with the counselor's re...

EMERGENCY REVIEW:   Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grie...

Chief Administrative Officer's Signature

Page 1 of 2

Distribution: Master File; Offender

Assigned Grievance #/Institution: _____     Housing Unit: _____     Bed #: _____

1st Lvl rec: _____     **ILLINOIS DEPARTMENT OF CORRECTIONS**     2nd Lvl rec: _____
**Offender's Grievance**

nie zostałem wezwany do HCU hospital, na ten request ani dieta nie
została mi przywrócona. 04-26-2023 NP Lukina wezwała mnie do
HCU hospital, by omówić ze mną inne moje bolączki. Opowiedziałem NP-
-Lukina co się dzieje z moją dietą i NP Lukina powiedziała mi że dieta
traci ważność co 180 dni a nie 90 dni. Poprosiłem NP Lukina by ona
przywróciła moją dietę low Salt, low Cholesterol, low fet, powiedziała że
dobrze, bo moje ciśnienie krwi jest nie stabilne, raz jest bardzo wyso-
-kie raz niskie i zaznaczyła coś w papierach powiedziała że za kilka dni
będę miał moją dietę przywróconą. 05-15-2023 byłem w HCU hospital
i miałem rozmowę z NP Lukina w sprawie mojego X-Ray z 05-01-2023
którego wyniki otrzymała. W czasie omawiania szczegółów rendgen
wspominałem NP Lukina o mojej diecie low Salt, low Cholesterol low fet
była bardzo zdziwiona że nie została mi przywrócona do tej pory.
NP Lukina zapewniła mnie że tym razem zostanie mi przywrócona
"bo co nie wierzę". Moje zdrowie zależy od mojej diety więc dla
czego kuchnia "super visizer Kohen nie stosuje się do poleceń HCU
hospital NP Wise i NP Lukina". Jestem truty trzy razy dziennie
śniadanie, obiad i kolacja, bo dostarcza się dla mnie dental Soft
dietę, bo nie mam zębów, ani też protez i dental Soft dieta to regu-
-larne jedzenie, tylko powinno być pokrojone, ale nigdy nie jest, to
odrębny problem. Jestem nie tylko truty jedzeniem ale też
"dyskryminowany" ponieważ nikt nie czyta moich skarg pisanych
przez zemnie po polsku, bo angielskiego nie znam i nie mogę
pisać po angielsku. Moje skargi które piszę nie tylko nie są
czytane przez Councelor Fitzgerald ale też przez grivance Officer.
Jak długo będę "dyskryminowany, ignorowany" przez wszystkich
i na każdym szczeblu pracowników "LAWRENCE C. C. Jak długo
jeszcze moje ciało moja osoba będzie musiała znosić te
torturu, jak długo jeszcze pożyje jedząc tą truciznę serwowaną
dla mnie przez "super Voizera Kohn". Co dziennie boję się że
dostanę przez to co mi się daje do zjedzenia wylewu krwi do
mózgu lub zawału serca. Moje wysokie ciśnienie krwi i
mój wysoki Cholesterol nigdy nie będzie w normie bo
nikt nie przystosowuje się do tego bym co dziennie
otrzymywał dietę dostosowaną do moich chorób. Nigdy nie
wyzdrowieję i z każdym dniem kuchnia super Vajzer Kohn
e NP Wise, a też NP Lukina przyczyniają się do mojego powol-
-nego zgonu i nie ponoszą za to żadnej odpowiedzialności
ani prawnej ani też moralnej. Komu zależy na zdrowiu więź-
-nia, specjalnie takiego który nie umie i nie pisze ani nie
czyta po angielsku a na dodatek jest polakiem, a nie ameryka-
-ninem. Kto się za nim ujmie gdy go już nie będzie, bo
zabiło go jedzenie dostarczane przez "Kohena". Nie mam się
dla kogo poskarżyć bo nikt mnie nie rozumie i nikt nie
chce mnie wysłuchać każdy mnie unika i moich problemów
może tą skargę ktoś przeczyta i pomoże mi w tym problemie
może wreszcie Councelor Fitzgerald podporządkuje się do swoich
obowiązków i przetłumaczy choć też jedną skargę i pomoże mi
w rozwiązaniu mojego jednego z bardzo wielu moich proble-
-mów, a jeśli nie, to może "Grivance Officer dopełni swoich obow-
-iązków i rozpatrzy tę skargę, bardzo proszę o pomoc, for Help"!

Distribution: Master File; Offender        Page 2 of 2        DOC 0046 (Rev. 01/2020)

Report Filed # R-4-16-9   Unit # Dolne
2nd Level #

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 05-24-2023 | Offender (please print): Leszek Pawelkowski | ID # Y31510 | Race (optional): BIAŁY |
|---|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [x] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Kuchnia Boss, KONE"

Date of report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

Dieta: Mas. no added salt-1c-low/cholesterol-LF-low Fot NP wise przepisana dla
innie 12-15-2023 i otrzymywalem ją do 03-15-2023 przez 90 dni. Karda dieta
ma waznosc przez 180dni i po uplywie pol rocznego obowiazywania tej ache
cory dicty przez NP wise powinna być automatycznie odnowiona po uplywie
180 dni. W moim przypadku nie zostala odnowiona przez NP wise i NP
wise request o tej sprawie
turing do dnia: 05-23-2023. Pisalem do NP wise request o tej sprawie

[x] Continued on reverse

**Relief Requested:**

Leez nigdy nie zostalem przez NP wise wezwany do HCU pospital, mam
kopie byli request kore wysylalem do NP wise, a także do NP linare
Ostatni request do NP wise wyslalem 05-16-2023. W tym samym dniu o
moim problenie z moja dieta rozmawialem z Counselor Filipowski i
sier maistrem który pracuje na R-4 C skrzydle przez 5 dni tygodniowo Sro Walker.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

[ ] Check if this is NOT an emergency grievance

| Leszek Pawelkowski | Y31510 | 05-24-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of the facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:**   Date Received _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

B# 15

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Tego samego dnia sierżant Walker powiedział mi że dzwonił na kuchnię i do HCU hospital w sprawie mojej diety i że dostał kopię mojej diety i że nie będzie więcej z moją dietą problemu. Ponownie tłumaczył co by rozmowy z sierżantem Walker i Counselor Fitzgerald porozmawiać z Counselor Fitzgerald. 05·19·2023 stałem przez ponad godzinę na korytarzu przed drzwiami pani Counselor Fitzgerald, ale był u niej ofisie inny więzień z A skrzydła i wróciłem na moje skrzydło czyli poprosiłem dwóch chłopaków którzy pracują na skrzydle sprzątają roznoszą jedzenie i piorą nasze ubrania, by powiedzieli Counselor Fitzgerald że pilnie chcę z nią porozmawiać, ale Counselor nie wezwała mnie do ofisi ani nie przyszła pod moją celę. W poniedziałek czyli 05·23·2023, zobaczyłem Counselor Fitzgerald rano roz- erojącą ze skrzynki na request pisane do ny i poprosiłem jednego chłopaka który sprząta by przekazał dla Counselor Fitzgerald że proszę o rozmowę, ale i tym razem bez pozytywnego skutku. Wrzucałem nie raz request do Counselor skrzynki, ale nigdy nie zostałem na nie wezwany. Plam te request spowrotem zwrócone dla mnie przez Counselor Fitzgerald, to są one pisane po polsku i pani Counselor nie wie o co w nich chodzi, ale też nie wezwała mnie by skonsultować to co jest w nich napisane. Próbuję zawsze odzywać się gdy pani Counselor jest w ofisie wstąpić do ny gdy wracam z Jardy lub HCU hospital, to gdy poproszę ofisera że chcę z panią Counselor porozmawiać, mówię mi ofiser napisał request do Counselor! Chodzi mi że dostaję regularne jedzenie Panie "KONE" nigdy nie dostałem do 12·15·2023 do dnia dzisiejszego czyli 05·24·2023 śniadania ani obiadu ani też kolacji, takiej jak mi się należy dla czego ten problem nie jest rozwiązany. Obiecywał pan panie "KONE" podczas od NP Wise i nie dostosował się pan do zaleceń NP Wise jak długo będzie mi pan panie "KONE" podwyższał moje ciśnienie krwi i mój Cholesterol. Dla czego jestem tyle tyle razy okłamane regularnym jedzeniem. Pytają się dla czego otrzymuję śniadanie regularne: kotlet z indyka, jajka gotowane na twardo, sos "gray" placki mączne z jajkiem jajka mieszane. Czy kiedy kolwiek dostane śniadanie takie jakie dla mojej diety się należy, czyli "Masto Orzechowe" Czekam panie "Kuchnia Boss Mat" KONE" na pozytywne rozwiązanie problemu mojej diety. dziękuję.

Reasonable Convention Afterhoure                                        Housing Unit R-4-CL-9    Bed # D01NG

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

| Date: 06-01-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): BIALY |

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |

Nature of grievance:

☐ Personal Property          ☐ Mail Handling          ☐ Medical Treatment          ☐ ADA Disability Accommodation
☑ Staff Conduct             ☐ Dietary               ☐ HIPAA                   ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☑ Other (specify): Fitzigarrald CC11
☐ Disciplinary Report

_____          _____
Date of report                                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_MEMORANDUM. DATE May 16·2023·Gr# 05-23-080·FROM: T. Fitzjarrald_
_CC11· MEMORANDUM·DATE May 16, 2023. Gr# 05-23-079·FROM: T. Fitzjarrald, CC11._
_MEMORANDUM. DATE: May 10, 2023·Gr# 04-23-257·FROM: T. Fitzjarrald CC11._
_MEMORANDUM. DATE: May 10, 2023·Gr# 04-23-003·FROM: T. Fitzjarrald CC11._
_MEMORANDUM. DATE: May 10, 2023·Gr# 04-23-255·FROM: T. Fitzjarrald CC11._
_MEMORANDUM. DATE: May 10, 2023·Gr# 04-23-256·FROM: T. Fitzjarrald CC11._
_MEMORANDUM. DATE: May 10, 2023·Gr# 03-23-027·FROM: T. Fitzjarrald CC11._

☑ Continued on reverse

Relief Requested:

_Pani Counselor·Fitzjarrald na wszystkie moje skargi ma pani tylko jedna_
_odpowiedz na siedem skarg to same MEMORANDUM, że była pani dnia_
_16 maja 2023 o 9³⁰ rano pod moja cela z sierżantem Walker by mnie_
_wypytać co jest napisane w moich skargach. Powiedziałem pani że_
_nie znam tyle słów po angielsku by pani przetłumaczyć te skargi._

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance

| Leszek Pawelkowski | Y31510 | 06·01·2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

Counselor's Response (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:    Date Received: _____

Is this determined to be of an emergency nature?
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

B #16

_____          _____
Chief Administrative Officer's Signature                         Date
Page 1 of 2

Distribution: Master File, Offender                              DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

W pani ofisie pani Fitzgerald powiedziała mi pani cytuję „O my mamy w komputerze polskiego tłumacza i możemy go użyć do tłumaczenia pańskich grivansów, czyli skarg pisanych po polsku. Powiedziałem że dobrze, gdy otrzyma pani skargę ode mnie pisaną po polsku proszę przez oficera zawołać mnie do ofisu, ja będę czytał moją skargę do komputera, a komputerowy czyt internetowy tłumacz przetłumaczy ją pani Councelor na język angielski. Nigdy nie zostałem przez panią wezwany a nie raz pani to przypominałem. Zgadka się była pani pod moją celą 16 maja 2023 z sierżantem Walkerem, ale dla czego nie było pani pod moja celą z sierżantem, Bridwell" lub nie zostałem wezwany do pani ofisu by przetłumaczyć te oto skargi:
„ 9·25·2022 – 02·07·2023 – 1·02·2023 – 1·29·2023 – 1·30·2023 – 1·30·2023 dwie skargi jednego dnia – 03·02·2023 – 03·03·2023 – 03·10·2023 – 03·29·2023 – 04·06·2023 też dwie skargi – 04·13·2023 – 05·02·2023 – 05·02·2023 – także dwie skargi jednego dnia – 05·9№·2023 – 05·10·2023 – 05·24·2023. Nie przyszła pani ani mnie nie wezwała do ofisu by te skargi pani przeczytać do tłumacza komputerowego, to dokorale pani wie że nie mogę się bez tłumacza porozumieć, by wytłumaczyć pani Councelor lub innym pracownikom LAWRENCE C.C. bo na tyle nie mówię po angielsku. Prosiłem panią o rozmowę przez dwóch chłopaków którzy pracują na „Day Room" przekazali panią 22 maja 2023–23 maja 2023 że chcę z panią rozmawiać, ale nie wezwała mnie pani do ofisu 23 stałem ponad godziną przed pani ofisem, ale widziała pani klijentka ot a bit chłopcy byli w pani ofisie, poszedłem pod celę bo był obiad i dwóch chłopaków przekazało pani moją prośbę, zostałem zignorowany przez panią pani Fitzgerald. 05·24·2023 napisałem request do pani treści „Prośba o rozmowę „Pilne". Otrzymałem odpowiedź 05·31·2023 nie jak pani napisała na request – 05·30·2023, o oto co pani napisała: You will be seen per schedule. Dobrze pani wie że nie czytam nie piszę po angielsku więc nie wiem co to znaczy co pani napisała. Także na MARIORROWD piszę pani po angielsku i muszę za każdym razem czy to od pani, czy z sądu, czy też że Springfield coś do mnie przyjdzie muszę prosić o więznia „Joel Mayoral B·07329 by mi przetłumaczył co jest na danym piśmie wytłumaczył i to nie rozumię wszystkiego. Na żadną moją skargę nie mam od pani ani też od Grivance Officera odpowiedzi na moje skargi. Że springfield: Administrative review board dodałem pismo które też pokazałem dla pani w pani ofisie które przeczytała pani że macie rozpatrzyć moje skargi pisane po polsku, bo tylko tym językiem się posługuję i na żadną skargę do tej pory nie dostałem odpowiedzi. Więc pytam się kto tu moja „więźnia 16 maja 2023 zapewniła mnie pani i sierżant Walker że problem z moją dietą: NAS no added salt·LC Low Cholesterol·LF law Fat, będzie rozwiązany ale jak do tej pory na mojej diecie napis Dental Soft i to jest regularne jedzenie. Po godzinie 12 "pm 16 maja 2023 miałem rozmowę z sierżantem Walkerem na holu przed

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Pani oficzem sierżant zapewnił mnie że dzwonił do HCU hospital w sprawie mojej diety i na kuchnię i że sprawa jest załatwiona pozytywnie że dostał kopię mojej diety i ma ją w pokoju operacyjnym. Powiedziała że mam bardzo poważny problem z moim śniadaniem, że powinienem dostawać płatki zbożowe, masło orzechowe, a nie regularne jedzenie jajka na twardo, lub mieszane - kotlet mięsny i C pudy - 505 z mięsem to jest słone jak morska woda - płacki macne z jajkiem - wszystko to szkodzi mojemu stanu zdrowia - na moje wysokie ciśnienie krwi, wysoki cholesterol i moją nadwagę. Biorę co dziennie leki na moje choroby i nigdy nie będę miał zdrowia, gdy co dziennie truje się mój system jedzeniem serwowanym przez kuchnię i przez Bossa kuchni pana "KONE" który powinien rozpisać moją dietę dla super vizorów od i śniadania, obiadu i kolacji, co powinienem otrzymywać nie zalecił się jak do tej pory do poleceń NP Wise HCU hospital. Tego samego dnia po południu rozmawiałem z sierżantem Walker i powiedział mi że dzwonił raz jeszcze na kuchnię ale rozmawiał z super vizorem od obiadów i że on nie ma nic do śniadań. Powiedziałem sierżantowi by dzwonił do Bossa kuchni Kone że to jego robota rozpisać moją dietę, ale widziałem nie zadzwonił to do dziś mam regularne śniadania - obiady i kolację Dental Soft czyli regularne jedzenie. Tak to ani HCU ani Camelor Fitzjerald ani sierżant Walker nie dopełnili swoich obowiązków, tym utrzymywał moją dietę. Muszę kupować jedzenie w sklepie by nie umrzeć z głodu a kończą mi się pieniądze i nie będę mógł kupować w sklepie, ani też jeść tego co mi kuchnia serwuje. 19 maja 2023 stałem ponad godzinę przed oficem Camelor Fitzjerald ale miała hlięta wruciłem pod celę. Poprosiłem dwuch Pwostor, Chew i Porcer by przekazali Camelor że chcę pilnie z nią rozmawiać bez skutku 20 maja ci sami biopacy przypomnieli kancler że proszę o rozmowę ni uzyskałem. j ej. 24 maja napisałem request że czytuję. Proszę o rozmowę "Pilnie" do dnia dzisiejszego czyli 06-01-23 nie zostałem wezwany 31 maja dostałem request z powrotem z tą treścią: You Will by Seen per Schdule. Co to znaczy nie wiem bo Cannceler ani że nie czytam po angielsku. Więzień Joel Mayoral Hlumaczy mi wszystkie pisma które dostaję bo Councelor nie ma czasu porozmawiać ze mną, bo więcej jest ciemno w plisie nie pali się światło, nigdy prawie j ej tu, nie ma a jak jest drzwi są zamknięte. Także sierżant Walker mnie ignoruje 05-18-23 prosiłem kobieć oficer przy obiedzie, by przekazała sierżantowi Walker by przyszedł pod moją celę to mamy lat dam, bo chce porozmawiać nie przyszedł, poprosiłem oficera Schnell przekazał sierżantowi moją prośbę nie przyszedł. Chałui po dny room, wdałem go oscliscie nie podszedł, by mnie wysłuchać. 05-16-23 Oficer z Commisary przywiózł moje zakupy w sklepie zakupione poszedłem na pol by odebrać na podłodze leżało hilka worków z zakupami, podniosłem mój worek, bo widziałem i 9 na liście zakupów, a oficer spytał mnie o moje nazwisko, odpowiedziałem że on nie wypisał z mojego nazwiskiem wtrącił się sierżant Walker mówiąc "On Rehiuz Spik Englise". To nie słyszy przez trzymanie lat odkąd jestem zamknięty by kto kolwiek wypowiedział moje nazwisko. Oficerowie wołają mnie Polak. Tak to przedstawia się sprawa. Nie jeden raz mówiłem kancler że przyjdę do oficu i przeczytam moją skargę do tłumacza w kompadzie, ale nigdy mnie nie zawołała.

Distribution: Master File, Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

Assigned Grievance # (leibal/itm): ___

[to 1 of rec] ___  Housing Unit R461-09  Bed # 5CLIVE

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Evl rec: ___

| | | | |
|---|---|---|---|
| Date: 06-09-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIAŁY |
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___  Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

06-09-2023 - Zawieziony zostałem do szpitala w Chrapaine. Na miejscu w szpitalu dowiedziałem się że doktor chce obejrzeć moje lewe ramie. Szpital się co się stało, na tyle ile mogę porozumieć się w języku angielskim opisałem doktorce, to jak pracowałem na kuchni. To jak dźwigałem z metalowych szafek przez 10 dni metalowe pojemniki bardzo ciężkie z gorącym jedzeniem, a bardzo szybkim tępe tak jak się pracuje na taśmie. gdzie nie ma czasu nawet wytrzeć z twarzy potu. Tak jeden przez drugiego popędza

[x] Continued on reverse

**Relief Requested:**

by jak naj szybciej skoczyć nakładanie jedzenia w pojemniki. Po trzech dniach uważałem siłny ból w lewym ramieniu, ale wmawiałem sobie że nie przecrisałem przez dłuższy czas i musi boleć i że po kilku dniach minie mój ból. Ale z każdym kolejnym dniem ból w lewym ramieniu stawał się nie do wytrzymania. Ostatniego dnia w

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance

Leszek Pawelkowski  Y31510  06-09-2023
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: ___   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

___

Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer

EMERGENCY REVIEW:   Date Received ___

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B#17

Chief Administrative Officer's Signature ___   Date ___

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

pracy SuperVizer Walker posłała mnie na zmywak myc tace po jedzen
Pracowałem cały dzień mokry i na drugi dzień obudził mnie o 3°am
rano silny ból całego lewego ramienia łokcia i palców że niemal
płakałem z bólu i gdy poszedłem do pracy o 6°° am rano prosiłeś
SuperVizer Walker że chcę pujśc do lekarza bo nie mogę poruszyć
lewą ręką zostałem nie tylko wyrzucony z pracy, ale też nie zos-
-tałem doprowadzony do lekarza. Tak to przedstawia się moja sprawa
z moim lewym ramieniem, szyją, że mi paraliżuje z lewej strony
szyję, łokieć silny ból i palce lewej ręki że gdy nie założę do
spania z rękawiczek nie zasnę tak mi ból wykręca palce. Lekarz
pokazał mi na komputerze co jest nie tak z moim ramieniem
że mam odszczepiany kawałek kości. Powiedział, mi że on nie
może mi pomóc z reomatyzmem moich palców i łokcia ani
też z paralizem mojego karku, że polecił dla mnie fizyko
terapię na szyję. A na ramie dał mi "Cortyzon" zastrzyk
i powiedział że mogę przyjeżdzać co 2 miesiące i otrzy-
-mywać ten zastrzyk bym mógł znosic mój ból. A więc
nie usunie się dla mnie tej odszczepiony kości, ale co
dwa miesiące mogą mnie wozic z LAWRENCE C.C. do
Champaigne hospital 4 godziny drogi w jedną stronę by mi
zaaplikowac "Cortizon" zastrzyk, bym mógł znosic ból
przez resztę mojego życia. Więc pytam się dla czego nie
zrobi mi się operacji by moje ramie funkcjonowało tak
jak powinno. Gdy ktoś mi odpowie na moje pytanie,
Dla czego nie jestem traktowany jak to powinienem byc i
wyleczony z mojej dolegliwości. To dla tego że nie jestem
amerykaninem, że jestem tylko więźniem i nie należy
się dla mnie opieka medyczna co ? Jak to jest w
USA nie jesteś obywatelem tego kraju nie masz żadnych
praw. Więc przez resztę życia mam płakać z bólu
bo dla nie legalnych emigrantów nie ma żadnej opieki
medycznej, specjalnie dla więźniów odsiadujących wyroki
w USA nie mówiących nie piszących, ani czytających
po angielsku i nie ma się komu za nich wstawic nie im
leczenia "O" pomocy.

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

Housing Unit: R-3-CL-9  Bed # DOLNE  2nd Lever

| Date: 7-07-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): BIALY |
|---|---|---|---|

Present Facility: LAWRENCE C.C.

Facility where grievance issue occurred: LAWRENCE C.C.

Nature of grievance:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc ) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Maj 24 środa wrzuciłem do Counselor skrzynki request treści: "Proszę o rozmowe - "Pilne", czyli po angielsku Pilne znaczy Emergency". Otrzymałem od pani Counselor mój request spowrotem: 05-31-2023, tydzień po wrzuceniu do skrzynki z notą tej treści, napisaną przez Counselor Fitzgerald "You will be seen per schedule". Czekałem, czekałem i się wreszcie doczekałem rozmowy z Counselor Fitzgerald przyszła pod drzwi mojej celi 7-07-2023, jak się nacieszyłem że moja prośba o rozmowe wreszcie została spełniona przez tak bardzo

[x] Continued on reverse

Relief Requested:

zajęta pracą panią Counselor Fitzgerald. Czekałem na ta rozmowe "44 dni" "roboczych dni 33" Tak to więc wygląda praca pani Counselor Fitzgerald, od swojego offisu pani Counselor ma do mojej celi 44 kroków" by przyjść i zapytać co się stało, ale przez "33 dni" nie miała pani Counselor Fitzgerald dla mnie "1 minuty swego czasu".

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance

Leszek Pawelkowski ___ Y 31510 ___ 7-07-2023
Offender's Signature ___ ID# ___ Date

(Continue on reverse side if necessary)

---

Counselor's Response (if applicable)  Date Received ___ [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

Print Counselor's Name ___ Sign Counselor's Name ___ Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer

EMERGENCY REVIEW:  Date Received ___

Is this determined to be of an emergency nature?
[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

B#18

Chief Administrative Officer's Signature ___ Date ___
Page 1 of 2 ___ DOC 0046 (Rev. 01/2020)

Distribution: Master File, Offender

Pani Counselor Fitzgerald jest tak zajęta pracą że nie mogła
przez 33 dni zorganizować dla mojej osoby 1 jednej wizyty.
"Dla czego?", ponieważ nigdy pani Fitzgerald nie ma w ofisie
a gdy się pojawi to siedzi w ofisie C.O. lub Lieutenant lub -
- Listener, a jak ich nie ma w ofisie to i pani Counselor nie
ma, lub drzwi są zamknięte na klucz i pani Counselor
Fitzgerald rozmawia z kimś na telefonie, a jak większość
nie proszony, by poprosić o request lub mamy wrzuteł, to
pani Counselor wypisze ci "tyckel". Tak to więc wygląda
praca naszej pani Counselor Fitzgerald pojawi się we wtorek
lub piątek na 5 minut i ucieka tak bardzo jest zajęta pracą.
Pani Counselor co tydzień lub dwa zostaje wynagrodzona
za swoją pracę "Tłustym czekiem, na który to nie musi się
przepracowywać. W moim kraju czyli polsce za komunisty usra-
sły mieli "zapewnioną pracę i było powiedzenie "czy się śpi
czy się leży wypłata się należy" Tak to pani Counselor
Fitzgerald "traktuje swoją pracę, STATE PAY" czyli podatnicy
płacą podatek a pani Counselor jest opłacana przez STATE -
ILLINOI, czy się pokaże w ofisie czy też nie, czy pomaga nam
więźniom czy też nie, nie musi się martwić governator
Pritzker zapłaci a LAWRENCE C.C. trzyma zawsze stronę
swoich pracowników, czy pracują "100% czy tylko 10% mają
zapłacone za 100% nie wykorzywanej pracy". Teraz proszę
mnie wysłuchać gdy pani Counselor Fitzgerald otwiera usta do
rozmowy to z tych otwartych ust płynie kłamstwa, czy to rozma-
wia z więźniami czy rozpatruje grivance nigdy z tych ust
nie usłyszycie państwo prawdy. Mam na to przykład, to
tylko kropla w morzu więźniów Też. Od 24 maja cze-
kałem na rozmowę do 7-07-2023 i się zapytała pani
Counselor Fitzgerald tego dnia mnie czy czegoś nie
potrzebuję, czy jestem w porządku? Grzecznie podzięk-
owałem pani Fitzgerald i poszła jak gdyby nigdy nic
kupiał że pani Counselor więzień Paul SMITH z celi L-15-
ale pani Fitzgerald nawet na to nie zwróciła uwagi, tak
jesteśmy wszyscy przez Counselor Fitzgerald traktowani,
a specjalnie ja bo nie mam i nie piszę nie czytam po
angielsku i nie jestem obywatelem USA. Do mojej -
skargi dołączam kopię request który 24 maja 2023 wystałem do
Counselor Fitzgerald. Dziękuję.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec. SEP 12 2023

Housing Unit R-3-CL9  Bed # Some

2nd Lvl rec

| | |
|---|---|
| Date: 8-30-2023 | Offender (please print) Leszek Pawelkowski | ID #: Y31510 | Race (optional) Biały |
| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Od: 05-11-2022 usiłuję uzyskać od Mental Health dostęp do lekarza bo mam duże problemy z moim stanem psychicznym i do dnia dzisiejszego czyli: 8-30-23 nie uzyskałem żadnego dostępu do lekarza Mental Health. Dnia: 7-17-2023 na budynek R-4-CBA przyszła: MHP profesjonal Ms: HARTZ przeprowadziła ze mną rozmowę w pokoju na galery budynku R-4 i zapewniła mnie że udostępni dla mnie wizytę z lekarzem Mental Health.

[x] Continued on reverse

**Relief Requested:**

Do dnia dzisiejszego a mamy dzisiaj 8-30-23 nie widziałem żadnego lekarza z którym mógł bym omówić moje problemy i ewentualnie uzyskać jaka kolwiek pomoc. Pytam się czy doczekam się w końcu wizyty z lekarzem Mental Health co? Jak długo mam jeszcze czekać, następny rok?

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Leszek Pawelkowski_     Y31510     8-30-2023
Offender's Signature           ID#           Date

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | Date Received: 9/15/23 | [ ] Send directly to Grievance Officer |
|---|---|---|

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

Print Counselor's Name _____ Sign Counselor's Name _____ Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 9/19/23

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance

[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

B#19

_____ Chief Administrative Officer's Signature     9/19/23 Date

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

RECEIVED
OCT 02 2023
ADMINISTRATIVE REVIEW BOARD

Assigned WREN Institution: 09.23.070          Housing Unit R-3-CL-9    Bed # Doine

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec

| Date: 8-30-2023 GRADWAY | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Biały |
|---|---|---|---|
| Present Facility OFFICE: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

7-30-2023 niedziela zostałem doprowadzony przez oficera pełniącego służbę na R-3-CL skrzydle na galery gdzie zostałem poinformowany przez pielęgniarkę, że dzisiaj to jest 7-30-2023 o godzinie 9°° pm zostanę doprowadzony do HCU hospital i zostanę tam na noc i będę miał przeprowadzony test na sen. Nikt mnie tego dnia nie doprowadził do HCU hospital i żaden test się nie odbył. Po upływie kilku dni dokładnej daty nie pamiętam

[x] Continued on reverse

**Relief Requested:**

w godzinach wieczornych czyli 9³° pm przyszła pielęgniarka i założyła mi na czoło aparat rejestrujący przebieg snu, to było w pierwszym tygodniu Sierpnia czyli 8 go miesiąca, czyli August. Jak do tej pory nie uzyskałem żadnej odpowiedzi co test na sen wykazał. Mam bardzo poważny problem z oddychaniem w ↗

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 8-30-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 9/13/23    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 9/19/23

Is this determined to be of an emergency nature:

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    9/19/23
Chief Administrative Officer's Signature    Date

B #20

RECEIVED
OCT 02 2023
ADMINISTRATIVE
REVIEW BOARD

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bc: ____

1st Lvl rec: _____    **ILLINOIS DEPARTMENT OF CORRECTIONS**    2nd Lvl rec: _____
**Offender's Grievance**

nocy budzi mnie silny kaszel i nie mogę złapać oddechu, mam silne
bóle w gardle, nie mogę przełykać jedzenia. Mam poważny problem jak
chodzę na jardzie lub day room z oddychaniem, szybko się męczę
i strasznie pocę, muszę oddychać przez gębę bo brak mi powietrza
gdy oddycham przez nos. Napisałem request do HUH hospital który
dołanczałem do mojej skargi ale bez rezultatu ze strony HCU hospital
tak jak zwykle jestem dyskryminowany, ignorowany przez personel HCU
hospital. Request brzmi cytuję: Co z testem na oddychanie podczas snu?
Ja się duszę nie mogę oddychać. Wat hapen my sliping TEST? I cont brea-
thing on my slip time - somting coming my Troath. I need se You. Czyli N.P Lukins
request był zaadresowany własnie do N.P Lukina. Request dołanczam do skargi
i czekam na pozytywne rozpatrzenie mojej skargi i pomoc ze strony NP-
-LUKINS HCU Hospital.

1st Lvl rec'd    ★ SEP 12 2023    2nd Lvl rec'd

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| Date: 8-30-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Biały |
|---|---|---|---|

| Present Facility: LAWRENCE C.C.   OFFICE | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Mail-Handling
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

8-12-2023 w Sobotę rano 9³⁰ am obudził mnie chroniczny ból w plecach i obu nogach, ledwie się podniosłem z łóżka by przyjąć lekarstwa które regularnie dostaję co rano 7 dni w tygodniu. Po południu napisałem do HCU hospital request do NP Luking tej że treści: cytuję i dołączam kopię tego że requestu do mojej skargi: Od 8-14-23 nie mogę chodzić sparaliżowało moje nogi i plecy. From: 8/14/23 I cant walk paralised my legs and back. I in big pain; immediately needed Help - Thank You. Bez żadnej interwencji ze strony

[x] Continued on reverse

**Relief Requested:**

HCU hospital oraz NP LUKING, do dnia dzisiejszego a mamy dzisiaj 8-30-23 nie zostałem wezwany do HCU hospital dla czego mnie Lekarstwa Requs wręczyłem do ręki przy wydawaniu wieczornych leków pielęgniarce Westley był obecny przy tym także sierżant Rigs Westley zapewniła mnie że NP Luking na 100% będzie miała w poniedziałek rano –

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

| Leszek Pawelkowski | Y31510 | 8-30-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**    Date Received: 9/13/23    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 9/19/23

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____    9/19/23
Chief Administrative Officer's Signature    Date

B #21

RECEIVED
OCT 02 2023
ADMINISTRATIVE REVIEW BOARD

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

1st Lvl rec. ___

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec. ___

reques doreczony. Na recives którą wpisałem pomyliłem tylko datę to
nie mam kalędarza pod celą wpisałem 8-14-23 zamiast 8-12-23 ale
myślę że to nie ma zbyt dużej wagi, zero respond ze strony HCU
hospital. Tak to jestem dyskryminowany przez cały personel
szpitalny NP LUKING, NP Wise oraz dyrektor szpitala: Loui Coun-
ningham. Podejrzewam że to dla tego 'iż nie jestem obywatelem ame-
rykanskim, nie mowie po angielsku, nie piszę i nie czytam po angiel-
sku, więc traktuje się mnie jak zepsuty owoc, wszyscy go wyrzu-
cają do śmieci, bo się nie nadaje do skonsumowania, tak to jestw
moim przypadku. Mam poważny problem z moim stanem zdrowia
ale NP LUKING i NP Wise mnie ignorują, bo nie możemy się dobrze
komunikować, nie mogę się wypowiedzieć co mi dolega bo znam
angielski w minimalnym stopniu, tylko kilka słów i tu jest problem.
Za każdym razem proszę o elektronicznego tłumacza, lub telefon-
icznego, ale nigdy od żadnej z pielęgniarek go nie otrzymałem
Mowią że mnie rozomieją ale ja nie znam angielskiego określeni
ludzkich organow, więc jak mogę powiedzieć który to organ
sprawia mi bol. Miałem w miesiącu czerwcu czy też na początku
lipca X-ray moich pleców i wynik na kartce wypisany wręczyła mi
do ręki NP LUKING i powiedziała że jest bardzo zły dołanczam
kopię tego wyniku do mojej skargi, a troj jest następująca: chyje
Moderate to Severe disc Space Narrowing and endplate degeneration
at L5-S1. There is associated Vacuum disc. Neurosurgery Consult
MRI. Nie mam wykształcenia medycznego ale NP LUKING mo-
wiła mi że jest bardzo źle. Więc dla czego ale tej pory nie uzy-
skałem pomocy medycznej na mój request, czy czekaja aż mnie
sparaliżuje i przykuje do łozka inwaliczkiego. Mam taki bol
w plecach i nogach że przy ustawaniu z łozka robi mi się ciemno
w oczach, czy nikogo to nie obchodzi, czy nie jestem w tym kraju
tolerowany jak wszyscy ludzie na całym świecie, że jestem więźnem
wiem, ale czy my nie mamy żadnych praw w kraju w którym
żyjemy. 7-19-23 miałem wizyte w HCU hospital u NP Wise pokazałem
wynik mojego X-ray moich pleców i NP Wise zaorderowała dla
mnie MRI jak do tąd nie został zrobiony. 8-8-23 miałem PASS
TYPE - HEALTH CARE UNIT - AT 12:00:00 PM został skancelowany bo mieliśmy
tak zwany Lock Down - do dzisiaj nie wezwano mnie ponownie ani
na tan ani na mój Request 8-14-23. Jestem raz pytam się tego kto
będzie rozpatrywał ten grivins, co się dzieje z HCU personelem że
jestem na każdym kroku przez NP LUKING NP Wise dyskrymino-
wany i pourzały. Co dziennie NP LUKING NP Wise przy cztery
razy udają się na papierosa, na parking samochodowy za
budynkiem administracyjnym, a nie mają czasu na przyjęcie
mnie chorego cierpiącego z bolu ponad dwa tygodnie nie
mogącego chodzic, czy to dlatego że jestem obywatelem polskim
a nie amerykanskim, dla tego że nie mowie w języku angielskim
mam być przez reszte mojego pobytu w LAWRENCE C.C. dyskry-
minowany, bo tak się mnie pahiom podoba. Proszę mi odpo-
wiedziec na moje pytanie, czekam z nieurpliwością i
zainteresowaniem co mi na to ktoś odpowie leszek Kwitkaa
_____

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____  Housing Unit R-3CL-9  Bed # Delne

| 1st Lvl rec: | ILLINOIS DEPARTMENT OF CORRECTIONS | 2nd Lvl rec |
| --- | --- | --- |
| | **Offender's Grievance** | |

| Date: 8-30-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Bialy |
| --- | --- | --- | --- |

Present Facility: LAWRENCE C.C.    Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

☐ Personal Property     ☐ Mail Handling     ☑ Medical Treatment     ☑ ADA Disability Accommodation

☑ Staff Conduct     ☐ Dietary     ☐ HIPAA     ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility     ☐ Other (specify): _____

☐ Disciplinary Report

_____     _____
Date of report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

PASS TYPE: HCU-IN HOUSE  DAY: 8/30/2023  AT: 10:00:00 AM. czekałem
na ta wizyte z niecierpliwością, tego dnia. O 10 am dzwoni'ł drzwi
mojej celi co West i powiedział do mnie że CNA Baker czeka na
mnie w pokoju na górze, aby cheg się z na widzee. Powiedziałem
co West że rano będzie przehwostem się z łóżka i nie mogę chodzic
Moje nogi odmawiają nie posłuszeństwa że mam bardzo poważny
problem z moimi dysc, że wyjmie mi 2 godziny by tam...

☑ _Continued on reverse_

**Relief Requested:**

Reprosiłem co West by przekazał co mi się stało że od 8-12-2023
nie mogę chodzić, że mam chroniczny ból w plecach i nogach z
tego CNA Baker przyszła pod moja cele, to chog jej...
mi jest i że bez WOKERA nie mogę się poruszać potrzebuję...
Nie wiem co-co West przekazał CNA Baker, ale nie przyszła by

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

Leszek Pawelkowski        Y31510        8-30-2023
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

_____

_____     _____     _____
Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____     _____
Chief Administrative Officer's Signature     Date

B#22

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

sprawdzić czy ze mną jest wszystko w porządku czy nie potrzeb-
uję jakiej kolwiek pomocy. W ten dzień mieliśmy tak zwany
[ACK DOWN i więźniowie byli zamknięci w celach bez obaw
CNA BAKER mogła wejść z co West na Day Room i przyjść pod
moją celę by mnie obejrzeć i spytać czy nie potrzebuję ale
się nie zjawiła, zapewne też ma CNA BAKER problemy z
chodzeniem. Zapytałem co West przy obiedzie dla czego
CNA BAKER nie przyszła pod moją celę", co West powiedział
że przekazał jej że nie chcę rady chodzić, ale CNA BAKER
mnie zignorowała. Od ponad dwóch tygodni płaczę i robię
cele nikogo to nie obchodzi, wszyscy mnie ignorują
cały staf HCU hospital, NP Likuna i wszystkie pielęg-
niarki, jestem dyskryminowany na każdym kroku jak
długo to będzie trwało, żeby jakaś profesjonalna osoba
zajęła się moim problemem?

Distribution: Master File; Offender

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: R-3-CC-9  Bed #: Dolne

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: ____    2nd Lvl rec: ____

Date: 8-31-2023   Offender (please print): Leszek Pawelkowski   ID #: Y31510   Race (optional): Bialy

Present Facility: LAWRENCE C.C.    Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**
- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ____   Facility where issued ____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

W dniu 8-30-2023 o godzinie 9 pm trzy moje skargi pisane w jezyku polskim wrzucone zostaly do skrzynki na Grivance. 8-31-2023 o godzinie 9⁴⁰ am rano na budynek R-3 przyszla Connealor Fitzgerald otworzyla skrzynke na Grivance ktora to byla zamknieta na klodke i wyjela moje skargi. Obok connealor Fitzgerald stal Co West i Conncelor Fitzgerald pokazala oficerowi West moje skargi i oboje smiali sie do siebie
[x] Continued on reverse

Relief Requested:
czytajac moje skargi. Stalem na day room przy okuie i widzialem ze to moje skargi bo do dwuch z trzech skarg ~~...~~ taśma bezbarwna przykleiłam kopie request ktore dolaczone sa do moich skarg. Po pierwsze pytam sie dla czego Connealor Fitzgerald ma klucze do skrzypki na Grivance

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

Leszek Pawelkowski    Y31510    8-31-2023
Offender's Signature    ID#    Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: ____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: ____

Print Counselor's Name ____   Sign Counselor's Name ____   Date ____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: ____
Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ____   Date ____

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

B #23

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

Dla czego nie Grivance Oficer wyjmuje ze skrzynki na grivance grivance które to powinien rozpatizec. Nie skorzystem szkoly prawniczej ale to co dzisiaj widziałem i kamera zarejestrowała, jest pogwałceniem prawa przez Councelor Fitzgerald. Pokazanie mojej skargi Oficerowi West i smienie się bo moje skargi są pisane w języku polskim. Dla czego Councelor Fitzgerald pokazała Oficerowi West moje skargi, to nie legalny wgląd w moje prywatne sprawy, których nie powinna Concelor Fitzgerald pokazywać osobom nie upoważnionym i pasmiać się z tego, to pogwałcenie moich praw osobistych przez councelor Fitzgerald.

On Aug. 31, 2023, at 9:40 am in R3 housing unit Counselor Flitzgerald retrieved my grievance from the grievance box. Then she proceed to show my grievance to C/o West, and pointed at certain parts of the grievance while laughing. I was dishearten to see Counselor Fitzgerald laughing while showing the grievance to C/o West Counselor Fitzgerald violated the grievance procedure of 504 and the staff code of conduct and should be a appropriately discipline for her actions. Wersje po angielsku napisał dla mnie świadek tego zajścia którem przyglądaliśmy się tego ranka 8-31-2023-o 9:40 am to własnie on powiedział mi że councelor Fitzgerald pogwałciła prawo pokazując i czytając wraz z co West moje grivance. Prosił mnie byn nie uważniał w moim grivance jego imienia i nazwiska, bo coonoelor Fitzgerald bardzo źle się odwdzięcza.

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| | | | |
|---|---|---|---|
| Date: 9-22-2023 | Offender (please print): Leszek Pawełkowski | ID #: Y31510 | Race (optional): Biały |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

☐ Personal Property  ☐ Mail Handling  ☑ Medical Treatment  ☑ ADA Disability Accommodation

☑ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit

☐ Transfer Denial of Facility  ☐ Other (specify): _____

☐ Disciplinary Report

_____ Date of report          _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

9.22.2023 piątek miałem udać się do BofI na odsiadki pokoja. Godzina 7:30 am Officer S. CARLISE liczy stan więźnia na pierwszej zmianie. Powiedziałem Officeri S. CARLISE że mam Lood Pas do BofI o 8 am, ale mam bardzo poważny problem nie mogę chodzić, moja proba noga jest bez władzia i mam silny ból w dwu nogach i plecach. 8:40 przyszedł drugi officer który doprowadzał więźniów na budynek BofI powiedziałem mu jaki mam problem i że jak skuje mi ręce na plecach, nie zrobię ani kroku bo upadnę na twarz, Officer ▸Continued on reverse

**Relief Requested:** powiedział że przekaże to pracownikom BofI i może któryś przyjdzie na budynek i podwiezie moje odsiadkę pokoja Godzina 8:45 am na moje skrzydło przyszła pani -narka która zajmuje się rehabilitacją więźniów czyli Fizyko terapeutka Ms. "G" Opowiedziałem jaki mam problem i rozmowie przysłuchiwała się officer Ms. Muskgrove, obie mnie zapewniały że zadzwonią natychmiast do Health ▸

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| | | |
|---|---|---|
| Leszek Pawełkowski | Y31510 | 9-22-2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

_____

_____ Print Counselor's Name     _____ Sign Counselor's Name     _____ Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with the counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

B# 24

_____ Chief Administrative Officer's Signature     _____ Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 01/2020)

RECEIVED
OCT 02 2023
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec.                                                                          2nd Lvl rec.

Core Unit po pomoc dla mnie. Czekałem cały dzień i nikt się z Health Care Unit nie pojawił. Zapytałem się officera S. CARLISE co się dzieje powiedział do mnie że mają 6 trup i po ich załatwieniu ktoś się mną zajmie. Nie doczekałem się ze strony Health Care Unit żadnej pomocy, ani też z B o I nikt się nie pojawił. Od 8-12-2023 mam problem z chodzeniem silnym bólem w nogach i plecach. 9-04-2023 miałem wizytę w Health Care Unit u NP Wise i prosiłem o wózek bo nie mogę chodzić, powiedziała mi że porozmawia z lekarzem fizyko terapeuta, ale jak do dnia dzisiejszego nic się nie zmieniło nie dano rady chodzić i nie mam WÓZKA. NP Wise przypisała mi leki przeciw bólowi Robaxin 500 MG TAB otrzymywałem przez 10 dni i koniec. Diclofenac 75 MG mg biorę 2 x 2 dziennie, ale nic mi nie pomagają, mam też: Acetminophen 500 mg biorę 1X1 dziennie na ból mojego Lewego ramienia, na 1600 MG GABOPENTIN na ból ramienia i to nie pomaga na ból pleców i nóg, zanieczuła mój ból Lewego ramienia i to na 2 godziny i dalej boli. Co mam w końcu robić kogo błagać o pomoc, nikt mnie nie słucha nie jestem traktowany jak powinienem być, nie mam żadnej opieki medycznej, jestem dyskryminowany na każdym kroku przez personel Health Care Unit przez NP LUKING i NP Wise. Każdy pacjent na tej planecie powinien otrzymać zgodnie z KONWENCJĄ GENEWSKĄ pomoc medyczna. Mam tylko nadzieje że będę dowieziony do szpitala na zewnątrz, bez względu na to czy zostały pobrane odciski palców czy nie, to nie moja wina że nie mogę chodzić. Prosiłem o pomoc ale jej nie uzyskałem. Przyszła tego ranka na skrzydło Counselor Fitzgerald o 8⁴⁰ am i dla niej też opowiedziałem co mi dolega, że nie mogę chodzić powiedziała do mnie że wyśle natychmiast E-mail do Lorie Cunningham Health Care Unit Dyrector. Też nic się nie wydarzyło, każdy ma mnie za nic, pracownicy LAURENCE C. C. traktują mnie jak zepsute powietrze, to dla tego że nie jestem obywatelem USA i nie umiecie nie pisze i nie czytam po angielsku, wszyscy z gory mnie olewają ciepłym moczem. Przepraszam za mój język, ale tak jestem traktowany, od kąd tu przyjechałem w 9.9.2019. Ból podnosi moje ciśnienie krwi cały czas mam Bardzo wysokie.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Housing Unit **R-3-6-9**   Bed # **Dolne**

| Date: 10-02-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): Bialy |
|---|---|---|---|

Present Facility: LAWRENCE C.C.

Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [✓] Medical Treatment
- [ ] HIPAA
- [✓] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____   _____ Facility where issued _____

Note: Protective Custody Denials may be greved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

9-04-2023 rozmawialem z NP Wise o moim problemie z Disc i nogami nie moge chodzic, mam silny ból pleców i nóg. NP Wise przepisala mi lehi przeciw bólowi - Probanin 500Mg 2TAB - Diclofenac Sod DR 75Mg i potposium a wenzer do chodzenia bib kule. NP Wise powiedziala się nobody co do się zrobi ze porozmawia z NP nie powiętam narzekta ad Fizyko terap, to ona moze mi przepisać wozka lub kule do chodzenia. Miałem pierwsza rozmowe w LKH hospital w tej sprawie z NP Wise przed data: 9-04-2023 nie powiętam dokładnej daty ale

[✓] Continued on reverse

**Relief Requested:**

pierwszy Cool Pass Health Care Unit Day: 8/8/2023 - AT 12:00:00 PM - DESTINATION PT i go asistance, audliary Lack Dean nie pozodlam Drug Cool Pass minimum ~~12:pm~~ 12" pm Destination PT takie Lack Dean nie pozodlam, to był i 8-19-2023, Wreszce 9-26-2023 - 012" pm - takie zabram mnie przed 1°° am bulka minut, Wezwala mnie do pokoju Fizyko terapityznego NP nie zurm narzuszka

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 10-02-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____

_____ Print Counselor's Name _____   _____ Sign Counselor's Name _____   _____ Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ Chief Administrative Officer's Signature _____   _____ Date _____

Distribution: Master File, Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

3#25

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

i fizyka terapełka była przy tym obecna Ms, G " to ona dała mi
kopię ćwiczeń, które miał wykonywać. Zaczyna rozmowę NP ze mną
co mi się stało opowiedziałem, na ile mój angielski mi pozwala
co się stało że 8-12-2023 przebudził mnie o 4 ᵃᵐ razem silny
ból pleców i mogę się od tego chwila nie dam rady chodzić. NP
kazała mi się położyć na łóżku, kilka razy zmienić pozycje
pytała gdzie boli i w jakiej skali od 0-10 powiedziałem że
do rozumiem. 30 nie dziesięć. Zapisała coś w papierach ją poprosiłem
o woker lub kule do chodzenia, bo o własnych siłach we mogę
chodzić że gdy moje ciało gdy ustaw naciska na nogi mam
też nie do zniesienia. NP powiedziała że mi nic nie da nic.
Wyjęła z szafki kartkę z ćwiczeniami, kazała dla Ms; G zro-
-bić kopię i dać dla mnie, powiedziałem do NP że ja nic nie
rozumiem bo nie czytam po angielsku, nie piszę i prawie nie
mówię, ona na to 'że wie jak się skończyła, poprosiłem raz
jeszcze o WOKER lub kule do chodzenia, ale NP odmówiła. Przy
wyjściu na pożegnanie Ms; G wręczyła mi kopię ćwiczeń i
po mojej kuracji, tak to leczy się pacjentów który nie mierza
ani nie czytają, nie piszą po angielsku, tak jestem załatwiany
ze wszystkimi moimi problemami w HCU hospital. Pytam
się jak mam wykonywać ćwiczenia, które zaleciła mi
9-28-2023 NP od fizyko terapi, których to nie mogę przeczy-
-tać, bo są napisane po angielsku. Czy tak są leczeni też
amerykanie, czy tylko ja polak który nie zna angielskiego
Dlaczego jestem tak dyskryminowany, na każdym kroku
przez wszystkich pracowników HCU hospital i nie tylko.
Czy w końcu ktoś zajmie się tym problemem w LAWRENCE
C. C.. Czy kiedy kolwiek ci pracownicy poniosą jakie kolwiek
konsekwencje prawne. Dla czego nie jestem traktowany na
należnych dla mnie prawach. Czy USA nie ma podpisaną
konwencji Genewskiej, gdzie według której, bez względu na
rasę pochodzenie, czy też status legalny, czy jest obywate-
-lem tego kraju, czyli USA czy też emigrantem, ma mieć
należną mu opieką medyczną. Czy pracownicy LAWRENCE C.
HCU oklepartment nie składali przysięgi Hipokratesa przed
otrzymaniem dyplomu medycznego. A może ci pracownicy
nie są wykwalifikowani do wykonywania tego zawodu.
Może tylko dla tego są pracownikami Lawrence C.C., bo w
żadnym miejskim czy wiejskim szpitalu, nie zdali by
egzaminu wstępnego. Czy kto kolwiek zajmie się moimi
problemami zdrowotnymi w profesjonalny sposób?.
Czy za każdym moim pyjściem do HCU hospital będę
badał, okłamywał, bo w moje trudzeń, to nie jest
przyjemne być przez wszystkich ignorowanym, to nie ja powi-
-nienem się wstydzić że nie znam angielskiego, ale pracownicy
HCU hospital że są nie odpowiednio wykwalifikowani
pracownikami HCU department. A płacą są opłacani z
mojej rodziny pracy podatki, chciał bym widzieć te miny
gdy odbiorą g czek, czy na twarzach są uśmiechy za dobrze
wykonaną pracę, czy też grymasy że są za mało opłacani? Co?

1 OF 2

R-3-a-9    Doc # Doine

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 10-02-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIAŁY |
|---|---|---|---|

Present Facility: LAWRENCE C.C.
Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

09-28-2023, o godzinie 7ᵗᵉ am przyszedł pod moją cele CEO West, oznajmił mi żeby się przyszykował, bo za kilka minut przyjdą po mnie, by zawieźć mnie do szpitala na rezonans. Ubrałem się po kilka minut moja CEO West oznajmił mi że już na mnie czekają. Wyszedłem z celi podszedł do mnie CEO Yates i Lutenet Borget wszedłem do budynki rozebrałem się do naga, przeszukano moje ubrania i położili mnie lab gdzie officer Yates chciał założyć mi kajdanki na ręce, pokazałem mu

[x] Continued on reverse

**Relief Requested:**

permit który wypisała dla mnie po takim samym urządzeniu który to całości sis 03-12-2023 NP Lubing, a brzmi on następująco: Please utilize over-sized cuffs for wrists individual has larger than average wrist size. Lutenet Borget powiedział mi że oni nie mają większych kajdanek tylko takie. Opowiedziałem mu po kolecie co sis stało z moimi nadgarstkami rak

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 10-02-2023 |
|---|---|---|
| Offender's Signature | ID # | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____  _____  _____
Print Counselor's Name    Signature/Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward a grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW**    Date Received _____

Is this determined to be of an emergency nature?

[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____  _____
Chief Administrative Officer's Signature    Date

DOC 0046 (Rev 01/2020)

RECEIVED
DEC 2 2 2023
ADMINISTRATIVE
REVIEW BOARD

B#26

i przegubami nóg 03·12·2023 gdy zostałem zawieziony do Chicago na sprawie i że za każdym razem gdy mi zakładają black box mam ten sam problem. Lutenec oświadczył mi że to tylko 15 minut drogi stąd i że nic mi się nie stanie. Opowiedziałem Lutener Borget następny przypadek gdy to 07·06·2023 zostałem zawieziony do szpitala Urbana na konsultację z lekarzem w sprawie mojego gardła. CEO Fitch i CEO Dulancy dwuch założyli mi regularne kajdanki i black box, pokazałem im moj pemit i zackworili po lutener finder przyszedł zobaczyc moj pemit dzwonił gdzieś po kajdanki over sized ale nigdzie ich nie mieli, więc założył mi naokoło pasa Tomiak i na przeguby rąk plastikowe zaciski rąk i przykuł te plastikowe zaciski kajdankami do łańcucha, tak że nie miałem black box i ręce miałem wolne i nie pokaleczyłem się. Lutener Borget wysłuchał mnie i gdzieś zadzwonił, po tem podszedł do mnie i powiedział, czy chcę jechać, czy też odmawiam zawiezienia mnie do szpitala. Odpowiedziałem że chcę pojechać, bo nie mogę chodzić i bol co dziesięc minut poszli wytańczyła finycenie i psychiane CEO Yates założył mi regularne kajdanki black box i pojechaliśmy. Po jakichś 20 minutach byliśmy na miejscu, do bałwana MRI musieli mnie rozkuć, zdjąc kajdanki black box i łańcuch, no i pokazałem Lutener Borget moje nadgarstki obu rak spyta-łem się czy dobrze widzi, odpowiedział że tak, moje ręce już były pokaleczone od kajdanek które miałem zatorche na moje przeguby, wcinała, to także kobieta która przeprowadzała ten test. Po skończonym teście który trwał jakieś 20 minut spowrotem CEO Yates założył mi kajdanki na już pokaleczone ręce black box i wruciliśmy do Lawrence C.C. Wysiadłem z auta i powiedziałem do Lutener Borget by zaprowadził mnie do HCU hospital, bo chcą zrobić raport tego zdarzenia. Lutener Borget odmowił powiedział że wracamy prosto na budynek R-3 czyli tu gdzie mieści się moja cela. Spowrotem CEO Yates zdjął mi łańcuch którym byłem opasany do cela pasa black box i kajdanki i powiedz-iałem mu popatrz co żeście zrobili, CEO Yates wogole nie chciał spojżeć na moje nadgarstki rąk i weszłem do szatni rozebrałem się Lutener Borget i CEO Yates przeszukali moje ubranie i poszli. Ubierając się CEO West który pracuje 5 dni w tygodniu na moim skrzydle przeszedł i ozmymił mi że miałem cele otwartą i poszedł do operacyjnego pomieszcze-nia, wyszedłem z szatni, wrzuciłem moje lawhru, które rano zostawiłem pod laundry room i udałem się do mojej celi. Wszedłem nacisnąłem guzik który znajdu w celi wrazie cos się nam stanie, by powiadomić offikera w operacyjnym pomieszczeniu. Po kilku minutach przyszedł CEO West i pokazałem mu przeguby moich rąk, prawinie Lewiński obejżał, poprosiłem by zakwmi do HCU hospital bo się stało i że chcę by zgłoszono raport, i poprosiłem by CEO West zackworuit do IA office i powiedział co zaszło i że chcę by zrobiono raport, a także zdjęcia. To uptywsie może godziny CEO West otwierał ciała w dzurach cel

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

na obiad i zapytałem czy okowani, odpowiedzieli że tak że z HCU i hospital brak przysła, by spisał raport, tak samo z IA OFFICE powiedział że htej przyjdzie tego dnia nikt się nie pojawił, ani z HCU hospital ani z IA OFFICE Wieczoran dostałem Cod Pass 09-29-2023 IN HOUSE 09-29-2023 o godzinie 8°° am wyszłem na Yarde, o 9°° am miałam ktoś przyjść z HCU, czekałem na Yardzie ale nikt się nie pojawił, o 9²° am przechodził Lieutener, Gender, pokazałem mu moją lewą rękę i opowiedziałem co się stało, obejżał pokręcił głową i powiedział że pyjdzie do HCU i porozmawia z NP Wise W tej sprawie spisał moje nazwisko numer ID i poszedł. O godzinie 1:45 pm pokazałem na day room CEO nie znam nazwiska mój permit i rękę powiedziałem co się stało, on zaś opowiedział to wszystko Sgt. Johnson i sierżant zadzwonił do HCU rozmawiał z NP Wise w mojej sprawie NP Wise powiedziała że przyjdzie NAS Baker by mnie obejżeć. Kilka naście minut poźniej pojawiła się NAS Baker zawołano mnie na labi stał Sierżant Johnson CEO nic i Baker użyła aparat do mierzenia ciśnienia który założyła mi na rękę zmierzyła i powiedziała że jest bardzo dobre 132/70 Ja zapytałem kto ja tu przysłał, odpowiedziała że NP Wise, ja z nieu pytałem się czy ona wie po co ja przyszłano patrzyła się na mnie jak na chwilą takie odniesłem wrażenie. Opowiedziałem jej po krótce co się stało weszliśmy do pokoju na labi wraz z sierżantem Johnson i Baker obejżała moje cięte trzy rany długości po 1½ centymetra na Lewej mojej ręce i coś napisała na kartce obejżała mój permit, wszystko wyjasniłem krok po kroku co się stało 09-28-2023 Baker powiedziała że przekaże wszystko NP Wise i będę się z nią musiał widzieć, Tak do dziś z nikim się nie widziałem, ani z NP Wise ani też z IA OFFICE kogo ja wogóle obchodzić, złamałem prawo, czy też nie ponoszę konsekwiście, za to co zrobili mi CEO Yates, Lieutener Borget nikt nie poniesie konsekwisji, to to oni są prawem w prawie Lawrence C. C i takim to ludziom uchodzi wszystko na sucho, bo na prawo nie ma prawa A wszyscy HCU hospital i IA Office robią, wszystko by zatrzeć wszystkie możliwe do -wody, żebym nie mógł udowodnić co zaszło 09-28-2023, ale kamery nie kłamią w ONLY Hospital i Lawrence C. C są zapisane na tasmach kamer moje ręce, kamery nie kłamią, ale te video też można skasować, co się nie tobi dla stróżów prawa, które to mogą Jaunic, nie ponosząc żadnych konsekwisji.

RECEIVED
DEC 2 2 2023
ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File, Offender                                Page 2 of 2                                DOC 0046 (Rev. 01/2020)



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **5/15/24**
Grievant' s Name & Number: Pawelkowski, Leszek #Y31510
Counselor's Response for Grievance #: 10-23-029

Counselor's response following Grievance being translated:

Per written response from Health Care Administrator Cunningham, "Review of medical chart shows that Pawelkowski did have a medical furlough on 9/28/23 and that he had a permit written on 4/19/23, which was valid at the time of the appointment, stating "Please utilize over-sized cuffs for writs. Individual has larger than average wrist size." Review of chart also shows that on 9/29/23 he was seen by a nurse regarding marks on his left wrist that he related were from security not using oversized cuffs during his furlough the day before. Pawelkowski had an appointment with NP on 10/5/23 for his furlough follow-up. NP documented that there was no swelling to left wrist, and that there were visible healing marks on the left wrist. Also documented individual's statement that "if he has to go out anymore that he won't go if he has to go in a black box anymore." The NP also noted that she "will call and discuss cuffing with medical director." No documentation found that indicates call was placed, however, at present, Pawelkowski's cuffing permit for oversized cuffs is still valid. Issues contained in grievance are not related to ADA accommodations.

Per verbal conversation with Lieutenant Bangert, "he does not recall the 9/28/2023 medical furlough mentioned by Pawelkowski in this grievance, but if he had been shown a permit for oversized cuffs, and oversized cuffs were available for use, he would have utilized oversized cuffs."

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **10/13/2023**

Grievant's Name & Number: Pawelkowski Y31510

Counselor's Response for Grievance # 10-23-028 and Grievance #10-23-029

10/13/2023

Re: Grievance #10-23-028 and Grievance #10-23-029

I have received two grievances written in the Polish language from Individual in Custody Pawelkowski Y31510. Today (10/13/2023) I met with Pawelkowski to offer my assistance with translating the grievances from the Polish language to the English language. Pawelkowski has always been able to verbally communicate his concerns with me in proficient English and has never had a problem understanding anything I say to him. I asked Pawelkowski if he would be willing to sit down and communicate to me what the written Polish words, in the grievances, are in English. I advised Pawelkowski I would then write or type the words in English for him. Pawelkowski refused to meet with me stating, "I can not communicate my written polish words into verbal English words". Pawelkowski then continued to communicate with me, in the English language, about his concerns with the health care unit at Lawrence Correctional Center.

page 2 of 2

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Pawelkowski Y31510

GRV # 10-23-029

On 09/28/2023 at 7:15 a.m., CEO West came to my cell and told me to get ready because they were coming to pick me up in a few minutes to take me to the hospital outside the prison. I got dressed and after a few minutes CEO West opened the door of my cell and told me that they were already waiting for me. As I left the cell, CEO Yates and Lieutenant Borget approached me. I went to the shower and undressed. My clothes were searched, and we went to the lobby where Officer Yates tried to handcuff me. I showed him the

**Relief Requested:**

permit that NP LUKING wrote for me after the same incident that happened on 03/12/2023. The permit reads as follows: Please use oversized wrist CUFFs. This individual has larger than average wrist size. Lieutenant Borget said they didn't have any bigger handcuffs, just this kind. I briefly told him what happened to my wrists

[page 2]

and leg joints on 03/12/2023 when I was taken to Chicago for trial and that I have the same problem every time they put a black box on me. The Lieutenant told me that it was only 15 minutes away and that I would be fine. I told Lieutenant Borget about another incident when I was taken to Urban Hospital on 07/06/2023 to see a doctor about my throat. CEO Fitch and CEO Dulaney wanted to put me in regular handcuffs and a black box, but I showed them my permit and they called Lieutenant Ginder. He saw my permit and called somewhere for oversized handcuffs, but they did not have them anywhere. So, he put a chain around my waist and plastic restraints on the wrists of my hands. He then attached these plastic cuffs to the chain. That way I did not have a black box, my hands were free, and I did not get cut. Lieutenant Borget listened to me and made a phone call, then came to me and asked if I wanted to go or if I refused to go to the hospital. I told him that I wanted to go because I could not walk, and the pain was slowly killing me physically and mentally every day. CEO Yates put me in regular handcuffs, a black box, and off we went. We were there after about 20 minutes. For the MRI, they had to take off my handcuffs, black box and chain. I then showed Lieutenant Borget the wrists of both hands and asked if he could see them. He replied that my hands were already bruised from the handcuffs I had been wearing. The woman who did the examination also saw this. After the examination, which took about 20 minutes, CEO Yates put handcuffs back on my already battered hands and a black box. We drove back to Lawrence C.C. I got out of the car and told Lieutenant Borget to take me to the HCU hospital because I wanted to write a report on the incident. Lt. Borget refused and said I was going straight back to the R-3 building where my cell is. CEO Yates took off my chain, black box and handcuffs. I told him to look at what they had done to me, but CEO Yates did not want to look at my wrists at all. I went to the shower and undressed. Lieutenant Borget and CEO Yates searched my clothes and left. As I was getting

dressed, CEO West, who works on my wing five days a week, came in and announced that I had an open cell and went to the operations room. When I got out of the shower, I threw in my laundry, which I had left under the laundry room that morning and went to my cell. In the cell, I pressed the button that we must notify the officers in the operations room when there is an incident. After a few minutes, CEO West came in and I showed him my wrists, especially my left hand. He looked at them and I asked him to call the HCU hospital and tell them what had happened. I also said that I wanted a report to be made. And I asked CEO West to call the IA office and tell them what had happened and that I wanted a report and pictures taken. After about an hour, CEO West opened the chuck hole in my cell door to serve me lunch. I then asked if he had called, and he said he had, and that they would send someone from the HCU hospital to take down the report. He also said someone from the IA office would come. However, no one showed up that day, either from the HCU hospital or from the IA office. In the evening, I received a Cool Pass for 09/29/2023 IN HOUSE. I went to the yard at 8:00 a.m. that day. At 9:00 a.m. someone from the HCU hospital was supposed to come. I waited in the yard, but no one came. At 9:20 a.m., Lieutenant Ginder came by. I showed him my left hand and told him what had happened. He looked at it, shook his head and said he would go to the HCU and talk to NP Wise about it. He took down my name and ID number and left. At 1:45 p.m., the CEO, whose name I do not know, was in the day room. I showed him my permit and hand and told him what had happened. He told Sgt. Johnson, and the Sergeant called the HCU and talked to NP Wise about my case. NP Wise said she would send NAS Baker to me. A few minutes later NAS Baker showed up. I was called into the lobby where Sergeant Johnson, the CEO, and NAS Baker were waiting. NAS Baker took out a blood pressure monitor, put it on my arm and told me the blood pressure was very good - 132/70. I asked her who sent her, and she said NP Wise. And again, I asked if she knew what she was sent for. I got the impression that she looked at me as if I were a fool. I told her briefly what had happened, and we went into the lobby room with Sergeant Johnson. NAS Baker looked at my three 1.5 cm long cuts on my left hand and wrote something on a piece of paper. She looked at my permit and I explained to her everything that happened on 09/28/2023. NAS Baker said that she would pass everything on to NP Wise and that I needed to meet with NP Wise. To date, I have not seen anyone, neither NP Wise nor anyone from the IA office. Who could care about me? I broke the law and I suffer the consequences. But no one will face the consequences of what CEO Yates and Lieutenant Borget did to me because they are the law in Lawrence C.C. law. These people get away with everything because there is no law against their behavior. And everyone in the HCU hospital and the IA office is doing their best to hide any evidence so that I cannot prove what happened on 09/28/2023. But the cameras at ONLEY Hospital and Lawrence C.C. do not lie. There are images of my hands on the camera tapes, they don't lie. But those tapes can be erased. Anything can be done for law enforcement officers who break the law and suffer no consequences.

Printing File: R-3-CL-9    Sod # Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 10/13/2023 | Offender (please print): Leszek Pawelkowski | ID # Y31510 | Race (optional): Biały |

Present Facility: LAWRENCE C.C.    Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

10/03/2023 do skrzynki na grievance wrzuciłem dwie moje skargi jedna
skarga dotycząca IA OFFICE, druga o pracy Dr. Toren Fryko, terape-
-tty 10/13/2023 jestem na spacerniku jest godzina 9° am do czasu
tarcia spacernika podeszła Counselor Fitzgerald i Counselor Vaughn.
Zostałem poproszony do ogrodzenia i gdy podszedłem Counselor -
Vaughn trzymał w ręku moje dwie skargi pisane po polsku i zapyt-
-ał mnie czy mogł bym pyjść z nim do ofisu i przetłumaczy:

[✓] Continued on reverse

**Relief Requested:**

moje skargi z języka polskiego na angielski, Counselor Vaughn
powiedział do mnie że to by im ułatwiło pracę i moje skargi
były by rozpatrzone szybciej. Counselor Vaughn zaproponował
bym sum przetłumaczył, a on napisze, te skargi po angielsku.
Powiedziałem do Counselor Vaughn że nie znam po angielsku.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance

| Leszek Pawelkowski | Y31510 | 10/13/2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:**    Date Received _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____    _____
Chief Administrative Officer's Signature    Date
Page 1 of 2

Distribution: Master File, Offender    DOC 0046 (Rev. 01/2020)

B #27

tyle bym miał mieć przetłumaczyć moje skargi, całej naszej
rozmowie przysłuchiwała się Councelor: Fitzgerald. Powiedzia-
-łem do Councelor Fitzgerald, ile to już razy tłumaczyłem
pani że nie jestem w stanie przetłumaczyć moich skarg
pisanych po polsku na język angielski, bo nie znam tak
dużo słów po angielsku. Councelor Fitzgerald nic nie odezwa-
-ła się ani słowem, stała i tylko słuchała co mówię.
Następnie powiedziałem do Councelor Fitzgerald, że zapro-
-ponowałem pani, iż gdy pani Councelor Fitzgerald wyjmie ze
skrzynki na grivance mój grivance pisany po polsku prosze
zunieść zawołać do pani francelonji i ja przeczytam mój
grivance po polsku do komputera, a komputer przetłu-
-maczy, to co ja przeczytam, na język angielski, by mogła
pani Councelor napisać po angielsku i po kłopocie.
Byłem w office Councelor Fitzgerald i Councelor Fitzger-
-ald powiedziała do mnie pokazując na ekson kompu-
-tera, mając internet i możemy go użyć do tłumaczenia
pańskich skarg. O ile pamiętam, a pamiętam bardzo
dobrze mieliśmy cztery takie rozmowy. Jest tylko jeden
problem Councelor Fitzgerald, Councelor Tate też
nigdy tego tłumacza komputerowego, czy też telefo-
-nicznego nigdy nie użyły gdy o to prosiłam. A to
dla tego że Dyrektor Health Care Unit Lonie Cunnin-
-gham zabroniła dla nich używania internetowego czy
też jakiego kolwiek tłumacza, gdy o niego poproszę, tak
samo, dla NP Lusina, NP Wise Health Care Unit i to
udowodnię, bo mam to pismo, które Dyrektor Lonie
Cunningham dała Councelor Tate, pani dyrektor nie wypie-
-ra się tego, bo jest pisane jej osobistą ręką i podpisane pełnym
imieniem i nazwiskiem. Więc po co ci ludzie czyli Councelor
Tate, Councelor Fitzgerald, Councelor Vaughn, ciągle prosze
mnie o przetłumaczenie moich skarg pisanych po polsku
na język angielski. Wszyscy w LAWRENCE C. C. i jedna
policjanci, Lutener, sekretarka, pielęgniarki, w szkole w
Law Library, że pan Leszek Pawełkowski nie pisze nic
czyta i tak że mało zna angielski. Więc po co te całe
przedstawienie, ja nie umiem przetłumaczyć moich skarg
a Councelors i personel Health Care Unit mają zab-
-ronione przez dyrektor: Lonie Cunningham używania dla
mnie jakiego kolwiek tłumacza, czy to komputerowego
czy też telefonicznego. Wiem jedno że wszystkie więzienia
w całym stanie Illinois dostają co roku od rządu USA
pieniądze, na tych którzy nie mogą się porozumieć w
języku angielskim, na elektronicznego czyli internetowego czy
też telefonicznego tłumacza, tylko że nikt nigdy ich nie
użył nie tylko w moim przypadku, ale i w wielu tak że.
Przebywałem w LAWRENCE C. C. od 9-9-2019 i wszystkie
prosiłem o tłumacza w szkole, Law LIBRARY, Health Care Unit
i Councelor i nigdy go nie czytam przez 4 lata zmagam się co
dzień z tym problemem. Pytam się do czyich kieszeni idą co
roku te pieniądze, przeznaczone na tłumacza co pani Cunningham

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Hearing Unit: R-3-CL-9    Bed # ODnne    2nd Let rec

| | |
|---|---|
| Date: 10/13/2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): B.oly |

Present Facility: LAWRENCE C.C.

Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

Dnia: 10/13/2023 udałem się o godzinie 12ºº pm do Health Care Unit na apointment
który otrzymałem dzień wcześniej czyli: 10/12/2023, biorący Destination PT
DAY 10/13/2023 AT: 12:00:00 PM. Zostałem poproszony do pokoju rehabil-
-itacyjnego przez Sr-g: Sutton i pielęgniarkę "G" nie znam całego nazwiska.
W pokoju usiadłem na Toczku i zapytałem pielęgniarkę "G" dla czego nie
ma dziś Doktor. Tamen pielęgniarka "G" odpowiedziała coś, ale nie
zrozumiałem co, bo nie znam tego wyrażenia po angielsku. Zapytałem
☑ Continued on reverse

Relief Requested:
się drugi raz czy widki pielęgniarka że chodzę już lepiej, "bez wasrcy -
-pomocy, bo nie robię żadnych ćwiczeń które Dr. Tamen mi zalecił.
Zapytałem się trzeci raz pielęgniarkę "G" po co zostałem wezwany,
Usłyszałem odpowiedź że muszę kontynuować ćwiczenia które
zalecił dla mnie Dr. Tamen: 9-26-2023 przy pierwszej wizycie.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is an NOT an emergency grievance

| | | |
|---|---|---|
| Leszek Pawelkowski | Y31510 | 10/13/2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

_____

| | | |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:**    Date Received _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date
Page 1 of 2

Distribution: Master File, Offender    DOC 0046 (Rev 01/2020)

B#28

Więc zapytałem się czwarty raz pielęgniarkę "G" czy ona i Dr. Tamen
mają dyplomy ukończenia szkół, spytałem się czy Dr. Tamen ma
dyplom ukończenia szkoły medycznej, i czy ona wie co robi z
moją osobą, moją dolegliwością, czy wogóle wie co mi się
stało że nie mogę chodzić od 8-12-2023, czy wogóle ma
jakie kolwiek pojęcie, co zemną jest nie tak? Pielęgniarka
"G" odpowiedziała że Dr. Tamen ma wiele dyplomów i
wie co ze mną robić. Powiedziałem pielęgniarce "G" jak
Dr. Tamen wie co mi jest jak nie widziała mojego MRI
wyniku które to przeprowadzone zostało: 9-28-2023 w
ONLY Hospital, a o wyniku tego testu miałem rozmowę
10/05/2023 w Health Care Unit, z NP Wise. NP Wise poin-
formowała mnie że jest bardzo źle z moim kręgosłupem że
nie mam jednego hisku, że po miedzy kręgami nie ma śluzu
że krąg naciska na nerw i nerwy paralizuję moje nogi.
NP Wise : 10/05/2023 zamówiła dla mnie wizytę u spec-
jalisty Lekarza by zalecił co robić dalej w moim przy-
-padku, na tyle źle mogłam wrozumieć, z moim ongielskim
wiem że jest ze mną bardzo źle. Teraz piąty pytam się pielę-
-gniarkę "G" Takim to sposobem Dr. Tamen może mi pomódz
gdy nie wie co mi dolega, 9-26-2023 miałem pierwszą
z Dr. Tamen rozmowę i próbowałem jej wytłumaczyć co
jest ze mną nie tak że padam na twarz nie mogę ustać
na moich nogach że mam sparaliżowane nogi i plecy
że potrzebuję Woker by się poruszać. Dr. Tamen wogóle
wysłuchać ani przy pierwszej wizycie ani przy drugiej
15-04-2023. Takim to cudem może fizyko terapeuta leczy
pacjęta nie znając przyczyn jego choroby. Tu nie trzeba
być filozofem, Dr. Tamen nie ma zielonego pojęcia o
leczeniu pacjętów, nie mam pojęcia jak uzyskała dyplom
Lekarza, gdy podejmuje się leczenia nie znając skutków
choroby, rezultatu MRI. Dr. Tamen nie miała wogóle
zamiaru mi pomódz, ale skrzywdzić mnie na całe
moje życie, o może i zabić tymi ćwiczeniami które to
dla mnie zaleciła. Niech ktoś mi wytłumaczy jak taki
doktor może prowadzić praktyki lekarskie nie mając
wogóle pojęcia, co pacjętowi dolega, myślę że znam tą
odpowiedź, Dr. Tamen nie praktykuje w normalnym
szpitalu, bo dla takich specjalistów nie ma tam miej-
-sca. Więc może prowadzić swoje praktyki i robić doś-
-wiadczenia w LAWRENCE C. C. na więzniach bo kto o
nich się upomni, to tylko kryminaliści i nie mają głosu
więc Dr. Tamen może tu być w swoim żywiole. Stan
Illinois płaci regularnie co tydzień, a czy praca jest
wykonana poprawnie, czy też jest tu Tamane prawo
kto będzie dochodził, jeśli został bym sparaliżowany
na resztę życia przez Dt. Tamen. Z tego co wiem można
napisać w papierach "Błąd w sztuce Medycznej".
Kto się tym przejmuje, w moim przypadku nikt, bo nie
mam nikogo, kto by się za mną ujoł. Tak to się leży w
LAWRENCE C.C.

R-3 CL-9   Isot # Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 10/15/2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Biały |

Present Facility: LAWRENCE C.C.
Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

9/28/2023 zostałem zostałem na badanie MRI do szpitala ONLY przez lutera Baumgert i CEO Yates. Plan pokazał wyższości przez NP w więzieniu, na cytuje: Please utilize over-sized cuffs for wrists. Individual has larger than average wrist size. Start Order 4/19/23 do 4/19/24. Pokazałem mój permit Luterowi Baumgert przeczytał, sprawdził okres i oświadczył mi że oni nie mogą takich kupować. Powiedział mi że to tylko 15 minut drogi od LAWRENCE C.C. do szpitala w ONLY. Tłumaczyłem mnie gdy mnie oprowadzałem co
[x] Continued on reverse

**Relief Requested:** się dzieje z moim przegubami rąk gdy zakładali mi się tak wąskie black Box. Na miejscu w szpitalu ONLY CEO Yates zdjął mnie ta black Box i kajdanki pokazałem Luterowi Baumgert moje ręce miałem już pokaleczone. Badanie zostało przeprowadzone i zostałem przywieziony spowrotem do LAWRENCE C.C. Na miejscu

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

Leszek Pawelkowski      Y31510      10/15/2023

**Counselor's Response** (if applicable)

**EMERGENCY REVIEW**

RECEIVED DEC 2 2 2023 ADMINISTRATIVE REVIEW BOARD

B#29

poprosiłem Lutener Baumgert by doprowadził mnie do Health
Care Unit odnowił. Na budynku pokazałem moje ręce dla
CEO Wast i poprosiłem by zadzwonił do Health Care Unit
że chcą zrobić raport moich poranionych rąk. Poprosiłem CEO
Wast by też zadzwonił do I.A OFFICE by przyszli zrobi-
li zdjęcia moich rąn i raport. CEO Wast poszedł pod
moją celę i powiedział, że do mnie ktoś przyjdzie z
Health Care Unit, a także z I.A OFFICE, do trzcia dzisiej-
szego nikt się nie pojawił z I.A OFFICE, zostałem zbet-
teryzowany tak jak by nic mi się nie stało, jak ja
tym wcale nie istniał. Ja gdy popełniłem przestępstw
kostałem ukarany, ale gdy przestępdziejące popełnia
przestępstwa robi się dla nich wszystko by zatrzeć slady
Przecież to oni reprezentują prawo w tym kraju i mogą
go łamać bez żadnych konsekwencji. Szczególnie nie masz
nic do gadania w tym kraju gdy jesteś więźniem, a na
dodatek nie legalnym oidignowtem, czy stusznie zostałeś
skazany, czy też nie nikt się za tobą nie ujmie nie
wstaw, bo jak w moim przypadku nie mam nikogo
w USA i jestem tylko więzniem numerem Y31510 nikim
Tak to więc nie ma raportu nie ma zdjęć nic nam nie
możesz udowodnić, zamknij mordę i odsiadu wyrok, a
my i tak zrobimy co nam się podoba, czy tego chcesz czy
nie nie należą ci się żadne prawa w LAWRENCE C.C.
To my jesteśmy prawem w tym więzieniu i możemy
robić to co nam się podoba, bez żadnych konsekwencji.
Tylke o tyle mogę udowodnić że Lutener Baumgert i
CEO Yates złamali prawo, bo bramy w szpitalu w
LAWRENCE C.C. zarejestrowały moje poranione ręce NP
wise widziała je, pielęgniarka Baker, pielęgniarka
Simpson, CEO Wast, Sgt. Johansen też widział. Tak więc
zaciera się ślady przestępstw popełniane przez przed
stawicieli prawa w tym więzieniu. Dziś upłynęło już
18 dni i I.A OFFICE się tym nie zjęła, nic to ich nie
obchodzi, bo jesteś dla nich nikim Y31510 tylko tym
numerem nie osobą która ma jakieś ludzkie prawa, a
jest mowa że te państwo czyli USA przestrzega praw
człowieka, proszę mi powiedzieć gdzie w którym
stanie się tych praw przestrzega, jak jesteś w tym kraju
czarnym, latynosem, czy nie lebalnym emigrantem nie
masz żadnych praw, to biali antichiści i przedstawiciele
prawa mają w tym państwie tylko prawo, a nie ci co
nie mówią, nie piszą i nie czytają po angielsku jakich
mogą tu dochodzić praw co?. Przyjechałem do tego kraju
Legalnie na wizie biznesowej w 1997 roku, i przez te wszystkie
lata napotytłem się i nasłuchałem wiele nie prawdy Amerykańs-
cy politycy wciskają do głów amerykańskiej ludności że w Chinach
Bogji i Nort Korei jest komuna nie zapieczam. Ja urodziłem się w
kraju komunistycznym i wiem jak komuna funkcjonuje. Właśnie tu w
tym kraju: FBI-CIA-Policja i politycy manipulują ludnością amerykańską tak
jak to robiła komuna w Europie- nie ma w tym kraju z żadną nikbą który nie ma głosu

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Lvl rec: | | | 2nd Lvl rec: |
|---|---|---|---|

| Date: 11/13/2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BiALY |
|---|---|---|---|

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Medical Treatment | ☑ ADA Disability Accommodation |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☐ Other (specify): | | |
| ☐ Disciplinary Report | | | |

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11/13/2023 godzina 7⁰⁰ am przyszedł officer West pod drzwi mojej celi i powiedział bym się ubrał, bo za kilka minut przyjdą po mnie i zawiozą do szpitala na recitatix, officer West zostawił drzwi moją ale otworzył Threxdem się i wysadłem na skrzydle już na mnie czekał LT: TYE ó co Musgrove. Podeszłem do nich i pokazałem LT: TYE mój permit na: Over-sized cuffs for wrists I Individual Has larger than average wrist size. Tak bizmi treść permitu

☑ Continued on reverse

**Relief Requested:**

który to został wystawiony: 4/19/23 przex NP lukive. LT: Tye zapytał się co Musgrove czy mają takie kajdanki █ co Musgrove odpowiedział że tak tylko nie we gdzie one są. LT: Tye wysadł z budynku i po kilku minutach wrócił z kajdankami Over-size. Zostałem przeszukany w Torience, ubrałem się zulozono:

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 11/13/2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

RECEIVED
DEC 2 2 2023
ADMINISTRATIVE
REVIEW BOARD

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature    Date

B#36

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Assigned Grievance #/Institution: _____

Housing Unit: K-3 CL-9    Bed #: Dolne

1st Lvl rec: _____    2nd Lvl rec: _____

mi łańcuch do okoła tułowia kajdanki i założono Blackbox i
przejechaliśmy do szpitala ONLEX. W szpitalu zdjęto mi całe
wyposażenie czyli: Łańcuch black box i kajdanki. Zostałem pod-
dany badaniu MRI mojego karku i założono mi
Łańcuch kajdanki, **Over Size**, i włóżyliśmy do LAWRENCE CC.
Zdjęto mi całe wyposażenie przed drzwiami do budynku HCU
hospital wprowadzono zostałem do siatka, wszedłem do łżenia
z co Mucgrove gdzie zostałem ponownie przeszukany i wrócił
na budynek K-3. Pod cela obejrzałem moje nadgarstki ręk
i ze zdziwieniem stwierdziłem że nie są pokaleczone, moje
palce ręk nie są spuchnięte i mogę swobodnie nimi poruszać
jestem zadowolony że tym razem LT: TYE i co Mucgrove
dopełnili swoich obowiązków i podporządkowali się do
mojego pozwu który to za każdym razem gdy zostaję
wieziony do szpitala na rezonans, pokazuję tym którzy
mnie eskortują i nie dopełniają swoich obowiązków i łamią
moje nadgarstki ręk regularnymi kajdankami, o mianowicie
ten O.co: Mitch i co Fitch którzy to **3**/18/2023 zawieźli mnie
do Chicago do sądu. Następnie 9/28/2023 zawieziony zostałem
do szpitala ONLEX na MRI moich pleców przez LT Baumgat
i co Yates i tu znowu pokaleczyli moje nadgarstki ręk i
po przyjezdzie widzieli obaj co mi zrobili i nie doprowadzili
mnie do szpitala, bo chciałem zrobić raport. Na moim skrzydle
co first dzwonił do IA Office i nikt do dnia dzisiejszego
się nie pojawił, wystałem request w tej sprawie do IA Office
i HCU hospital do NP Wise i tu też mnie zignorowano
do prac po 7 dniach zostałem wezwany do HCU hospital i
pokazałem NP Wise nadgarstek lewej ręki jeszcze pokale-
czony, dopiero wtedy coś zapisowała na karcie papier, wystałem si
czy zrobić raport tego całego zajścia odpowiedziała że tak.
Teraz pytam się dla czego LT: TYE i co Mucgrove dostoso-
wali się do płacea NP Lukina, a reszta nie? 6/06/2023
LT: GINDER opszukał całe więzienie, dzwonił do Warden -
DEE DEE Brookhart z pytaniem o Over Size kajdanki panu Brookhart
powiedział LT: GINDER że nie mają w więzieniu takich kajdanek.
LT: GINDER założył mi na nadgarstki dwie plastikowe, założył mi
Łańcuch do okoła pasa, do Łańcucha założył zwykłe kajdanki i
do plastiku który to zwałem skąd ręc i co Fitch i co Dolany
zdrowili mnie do szpitala URBANA, gdzie to zdejmiano zaszły
w tem ramic i włóżyliśmy do LAWRENCE C.C. bez żadnych prob-
lemów, z moim nadgarstkami. Tak więc LT: Ginder i LT: Tye -
mają zrilość rozwiązanie mojego problemu, ty obyło się bez
skrzywdzenia mnie, a inni mają branie w tytuł, bo nie chodzi o
**Inmate** Pawełkowski, bo to tylko więzień, bez żadnych praw i można
go traktować jak śmierdzące pozielize, bo co za mnie i tak
nie jest obywatelem USA czyli amerykańskim, nie mówi po
angielsku, nie czyta, ani pisze po angielsku więc możemy się
nad nim znęcać jak tylko nam się zachce i tak state Illinois
broje nasze plece, nic nam nie grozi, a mamy z tego radość że
płaczec płacze z bólu. Tak to jestem traktowany przez personel
LAWRENCE Correctional Center, co każdy dzień tu pobytu.

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| | |
|---|---|
| Assigned Grievance #/Institution: | Housing Unit: R-3-CE-9  Bed #: JInc |
| 1st Lvl rec: | 2nd Lvl rec: |

| Date: 11/16/2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Bialy |
|---|---|---|---|
| Present Facility: LAWRENCE C. C. | Facility where grievance issue occurred: LAWRENCE C.C. | | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11/13/2023 miałem przepisane badanie MRI mojego Neck w szpitalu ONLEX 11/16/2023 zostałem wezwany przez NP Wise do HCU hospital, by mnie zapoznać z wynikiem testu. NP Wise otwarła okło z moich wszystkich papierów nagromadzonych w HCU hospital i wyjęta wynik testu i zaczęła mi czytać z tego co mi przeczytała zrozumiałem tylko suwr sloro, wiem od chłopaków ze 16 bardzo zle, i autraits, wiem ze to reomatyzm

[x] Continued on reverse

**Relief Requested:** Powiedziałem NP Wise ten opis testu i może że ja nic z tego nie rozumiem co ona mi mówi, ze nie wiem co jest źle z moim karkiem pytam dla czego mnie tak bardzo boli, nie wiadła mi wytłumaczyć. Wiem że mnie nie rozumie co do niej mówie bo patry na mnie że zdziwione mina myśle ze sobie mówiścó

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 11/16/2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: _____  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?
[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____  _____
Chief Administrative Officer's Signature  Date

RECEIVED
DEC 2 2 2023
ADMINISTRATIVE
REVIEW BOARD

B31

Assigned Grievance #/Institution:_____ Housing Unit: R-3-CC-9 Bed#: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:_____    2nd Lvl rec:_____

*(handwritten Polish text, partially legible)*

... tej gry. Nie wiem do dziś co jest nie tak z moim lewym ramieniem, to nikt mi nie przetłumaczył z angielskiego na polski język. Nie wiem także co jest z moim gardłem, że będą mi robili jakąś operację i przy operacji gardła, w ten sam dzień będzie robiona inna operacja, czy też ratcga, nie wiem która i dla czego co? są dzieje gdy proszę o elektronicznego czy telefonicznego tłumacza nikt nigdy mi go nie uzneli. 9/28/2023 miałem także robiony MRI w ONLEY hospital mojego lower back i też mi nikt nie wytłumaczył do dziś co jest nie tak, dla czego przez pięć miesięcy nie mogłem chodzić, prositem. Dr: Tamen Fryko torapette o której nie dała mi. Rozszerzyła mnie tylko lekami na zmniejszenie moich bolesnych cierpień, NP Wise – 11/16/2023 zwiększyła mi okrywkę leku: Gabapentin – Neurotin z 800 mg, na 1200 mg dwa razy dziennie, czyli otrzymuję 2400 mg dziennie bym mógł zmdzić mój ból, ale nikt nie umie mi wytłumaczyć czym mój ból jest spowodowany, dla czego nie używa się w moim przypadku polskiego tłumacza gdy wszyscy w LAWRENCE C.C. wiedzą że nie rozumiem wiele po angielsku że wcale nie czytam i nie piszę po angielsku. Nikogo nie obchodzi to że nie nie rozumiem co z moją kondycją zdrowotną jest nie tak. Myślę że wszyscy dobrze się mają tym bardziej że im mniej Powełkowski wie tym lepiej dla nas, czyli perso-nelu medycznego, nie potrzeba nam dodatkowej pracy choć i podstawowej pracy nie wykonujemy, bo dla kogo dla skazańca, on i tak nie ma żadnych praw w LAWRENCE C.C. Więc NP Wise mówi że w krótce otrzymam pomoc ale w czym i dla czego nie umie mi wytłumaczyć bo NP -Wise nie mówi po polsku, a tłumacza nie używa, bo dyrektor HCU hospital zabroniła go używać w stosunku do mojej osoby zarówno personelu medycznego jaki dla cywilów. Teste. Więc nie dosic że nie jestem należycie leczony to i nie jestem też ostrzeżony w to nie mi się nie przetłumacza. Powiedziałem także NP Wise że od trzech tygodni mówię pielęgniarce Wesley i pielęgniarce Simpson że moja maszyna do oddychania CPAP nie wytwarza wystar-czającej ilości powietrza i są dziury, to nie mogę oddychać o także żadnej wody który dostaje na miesiąc czyli 30 dni wystarcza tylko na trzy tygodnie że 10/22/2023 wystałem w tej sprawie request do NP Wise, NP odpowiedziała mi że ona nie dostała żadnego request odemnie. Rozmowa miała miejsce 11/16/2023 i na 100% jestem pewien że nikt się tą sprawą nie zajmie.

Assigned Grievance Institution _____    Housing Unit: R-3-CL-Q    Bed #: Dżine

1st Lvl rec. _____                          2nd Lvl rec. _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 11/17/2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): Biały |

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11/17/2023 godzina 2ºº pm officer: S. CARLISIE otworzył drzwi mojej
celi i powiedział bym poszedł do Counselor ofice do Vaughn
councelor chce ze mną rozmawiać. Udałem się więc do ofisu
Corinselor i zastałem dwóch jak ma się przedstawić ten drugi ze
nazywa się Mc FARLiNd nie wiem czy pisze poprawnie jego nazwi-
-sko. Na biurku Councelor Vaughn leżały trzy moje skargi
pisane po polsku, bo tylko w tym języku: czytam, piszę i
                                                    [x] Continued on reverse

**Relief Requested:**

mówię. Staram się uczyć angielskiego, ale mam problemy z pom-
-ięcia. Próbowałem uzyskać pomoc w tej sprawie w HCU hospital
u NP Luring i NP Hise, ale obie powiedziały mi ze muszę z
tym skierować się do Mental Health, próbowałem, miałem miałem
rozmowy z piligniarkami: Harris, in House 5/18/22 - 7/11/23 - 1³º pm
- [ ] Check if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y 31510 | 11/17/2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
DEC 2 2 2023
ADMINISTRATIVE
REVIEW BOARD

_____ Print Counselor's Name    _____ Sign Counselor's Name    _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature    _____ Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

B32

miałem rozmowę IN Heese z MHP Profesional-Ms: HARTZ, zapewniła
mnie że zrobi mi apoitment z lekarzom Mentol Health na skajpie
przez komputer, bo w LAWRENCE nie mamy lekarza Mentol Health
Do dnia dzisiejszego nie widziałam się z nikim, choć wysłałem
5 request jeden co miesiąc bez żadnego skutku. Odbiegłem od
tematu, ale chcę państwu wyjaśnić że to dla mnie bardzo poważny
problem utrata pamięci coraz to większa. Tak więc zaczyna rozm-
owe Councelor: McFARLIAD mówi do mnie tym iż przetłumaczy
moje skargi z polskiego języka na angielski, zapytałem się
councelor: McFARLIAD, czy on nie jest z INTELIGENCE Office, odparł
że nie, więc mówię mu wczoraj to jest: 11/16/2023 councelor Vaugh,
wezwał mnie w tej samej sprawie żebym mu przetłumaczyć T moje
skargi zapytałem się councellor: Vaughn czy ma w komputerze
internet odparł że tak ma, więc mówię aby go użył i po
kłopocie, ja będę czytał moją skargę po polsku do komputera
a polski tłumacz czy też tłumaczka przetłumaczy na język
angielski i councelor Vaughn napisze i po problemie, ale
councelor Vaughn powiedział mi że nie, to miało miejsce o
blisko 2:30 pm 11/16/2023. Councelor McFARLIAD zaczoł mnie
w arogancki sposób traktować, powiedział do mnie że ja w
tej chwili mówię do niego po angielsku, odpartłem że ja
mówię nie wiele po angielsku i że nie jestem w stanie mu
przetłumaczyć wszystkiego, co jest napisane w moich
skargach, bo nie znam wystarczającej ilości słów po ang-
ielsku i wystełdem, z pokcji Councelor, bardzo żirytow-
any w jaki to sposób councelor McFARLIAD na mnie chciał
wymusić coś czego nie umiem przetłumaczyć. Nigdy nie chodz-
iłem na język angielski i mam problemy z nauką mam skać-
one 5 klas szkoły podstawowej. Uczę się angielskiego od
tego co usłyszę, z telewizora, tabletu gdy słucham muzyki
i od chłopaków jak rozmawiają. Nie chciau zbudować zdanie
po angielsku, uczę się pojedyńczych słów i kombinuję coś
nie coś powiedzieć, ale wszyscy się ze mnie śmieją, bo mnie
nie rozumieją. Więc jak mam tym ludziom wytłumaczyć
ile to już razy Councelor: Tate - Councelor: Fitzgerald-Councellor
teraz: Vaughen i McFARLIAD, że ja nie znam angielskiego nie
czytam wogóle i nie piszę po angielsku. Czy w końcu to do
tych ludzi dotrze, czy może ci ludzie potrzebują więcej
edukacji, bo usiłują zrobić ze mnie kogoś kim nie jestem.
Myślę że to właśnie ci ludzie nie posiadają wystarczającego
wykształcenia, myślę że mają nie za duży i braz inteligencji.
Councelor: Vaughn powiedział mi że za każdą moją skargę
będzie mnie wzywał i pytał co jest w niej napisane, bo to
jego jak to powiedział do mnie "gue" nie wiem jak się pisze
po angielsku, "dżab", ale tak do mnie powiedział, myślę że to
nie za inteligentna odpowiedz. Mam tylko nadzieję że nie
będę musiał prosić Mentol Health o pomoc, w moim stresie
powodowanym przez naszych Councelor, bo nie uzyskałem jak
dotąd pomocy ze strony Mentol Health, z utratą mojej pamięci
i nie myślę że mi pomogą, że stresem który to mnie daczy od
tych Councelor w kółko tych samych pytań o przetłumaczeniu skarg.

RECEIVED
LAWRENCE C.C.

Assigned Grievance No. _____

Housing Unit: 3-CC-9

RECEIVED
LAWRENCE C.C.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: DEC 21 2023

2nd Lvl rec: JAN 3 1 2024

GRIEVANCE
OFFICE

| Date: 12/16/2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race: |
|---|---|---|---|

| Present Facility: LAWRENCE C.C. OFFICE | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [ ] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

12-23-295 _____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dnia 6 grudnia o godzinie 8⁴⁰ pm dostałem przesyłkę z Law-Library przesłanej przez Marshall Dylan D. Nie będę cytował całą treść tego pisma, dołączę kopie do mojej skargi. Z tego co się dowiedziałem od kolegi który mi to przetłumaczył na tyle o ile mogłem wyłonić, a tłumaczył mu to pan Brian Kassing, że "Warden-Dee Dee Brookhart" administ[r]a dla mnie do komunikowania się z moim adwokatem polskim    [x] Continued on reverse

**Relief Requested:** tłumacza do rozmów telefonicznych z moim adwokatem: Benjamin E. Waldin który to prowadzi moją sprawę cywilna. Przebywając w zakładzie karnym LAWRENCE CORRECTIONAL CENTER od 9/9/2019 i od ponad czterech lat nie otrzymałem w tym to zakładzie karnym ani jeden raz polskiego tłumacza, choć nie mówię

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 12/6/2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: 12-26-23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** See attached page for counselors response

| Vaughan | [signature] | 1-24-24 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**   Date Received: 221M

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____   221M   Date

B 33

dobrze po angielsku, nie rozumiem dużo po angielsku i w ogóle
nie piszę po angielsku, ani też czytam po angielsku.
W każdej placówce tegoż zakładu łatwego we każdym
razem gdy udaję się do. I CC hospital proszę o polskiego
tłumacza - czy to fizyko terapeutkę - Dr Tamen - czy też NP
Lukina - czy też N'P Wise - uprzednio Dr. Pitman - Dr William
pielęgniarki Brown - Baker i inne nigdy to nie ściągnięto mi
polskiego tłumacza, czy to telefonicznego czy też internetowego
zarówno w szkole gdy byłem wzywany 4 krotnie by egzam-
-inować, jest trzy razy prosiłem nauczyciela o polskie testy
a 4 raz dyrektor szkoły Ms. Shmit w jej kancelarii, prosiłem o
tłumacza telefonicznego, lub internetowego, albo o testy w
polskim języku, Odpowiedź dyrektor Shmit była że ona
nie używają internetu, nie mają polskich testów i że jestem
w USA dość długo by móc po angielsku czytać i pisać
Policjanci mają tu że miał problem w komunikacji, bo
gdy zapytałem się co Greentree czy mnie rozumie co do
dialog miał tylko się śmiał i odpowiedział że nie rozumie
co do niego mówię. Problem mam z Councelor Fitzgerald i
Councelor Vaughn i innymi, zero komunikacji. Tak więc jestem
dyskryminowany na każdym kroku każdego dnia przez
wszystkich pracowników Lawrence Correctional Center
w ewidentny sposób jest łamane moje prawo do polskiego
tłumacza którego nigdy nie otrzymałem, wszyscy dobrze
wiedzą że nie mówię po angielsku i rozumiem nie za
dużo więcej że nie czytam i nie piszę po angielsku i przy
komunikacji ze mną patrzą się na mnie jak na kogoś
źródło satyr, z głupawym uśmiechem na twarzach bo
wiem że uważają się za kogoś lepszego odemnie. Pewnego
razu zapytałem się policjanta na tyle ile mój angielski mi
pozwalał to by było gdybyś był w Polsce i pytał się kogoś
o ulicę, czy godzinę, czy w restauracji chciał byś zamówić
jedzenie i nikt by ciebie nie rozumiał, jak byś się czuł coś
nie odpowiedział mi nic. Tak więc pani Warden czy dla
mnie nie przysługuje prawo do polskiego tłumacza to pani
zakładzie Karmian, ti może ti pani Warden Dee Dee -
- Brookhart zrobiła swoje prywatne prawo, łamiąc wszelkie
konwencje, do przysługującego mi polskiego tłumacza.
Na każdym kroku od ponad czterech lat w Lawrence C.C.
łamie się prawo nie udzielając dla mnie przysługującego
mi prośnie polskiego tłumacza. Pani Dee Dee Brookhart
bardzo mi pani w tym pomaga, utrudniając moje i tak
obecnie trudne życie do zniesienia, przysparza mi pani
każdego dnia większej depresji, bardzo pani dziękuję
za należyte mnie traktowanie w pani zakładzie i może
ten to apisanie da pani do myślenia że na pani posta-
wienia i czyny, też jest prawo.

Assigned Grievance #/Institution: _____    Housing Unit: 3-C-9    Bed #: Dane

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| 1st Lvl rec: | | | | 2nd Lvl rec: |

| Date: | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|
| 12/6/2023 | Leszek Pawelkowski | Y31510 | Biały |

| Present Facility: | Facility where grievance issue occurred: |
|---|---|
| LAWRENCE C. C. | LAWRENCE C. C. |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dnia 6 grudnia o godzinie 8⁴⁰ pm dostałem przesyłkę z Law-
-Library przesłanej przez Marshall Dylan i. Nie będę cytował cały
treść tego pisma, dołączę kopię do mojej skargi. Z tego co
się dowiedziałem od kolegi który mi to przetłumaczył
na tyle o ile mogłem zrozumieć, a tłumaczył mi to pan
Brian Bassing, że "Warden-Dee Dee Brookhart" odmówiła
dla mnie do komunikowania się z moim adwokatem polskiego

[x] Continued on reverse

**Relief Requested:**

tłumacza do rozmów telefonicznych z moim adwokatem Ramona
E. Waldin który to prowadzi moją sprawę cywilną. Przebywam w
zakładzie karnym LAWRENCE CORRECTIONAL CENTER od 9/9/2019
i od ponad czterech lat nie otrzymałem w tym to zakładzie
karnym ani jeden raz polskiego tłumacza, choć nie mówię

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 12/6/2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
DEC 2 2 2023
ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name _____    Sign Counselor's Name _____    Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____    Date _____

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

B 34

Assigned Grievance #/Institution: _____   Housing Unit: 3-C-L-9   Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                    2nd Lvl rec: _____

dobrze po angielsku nie rozumiem dużo po angielsku i wogóle
nie piszę po angielsku, ani też czytam po angielsku.
W każdej placówce tego zakładu karnego za każdym
razem gdy udaję się do HCU hospital proszę o polskiego
tłumacza - czy to fizyko terapetka Dr Tamer - czy też NP
Lusking - czy też N P Wise - uprzednio Dr. Pitman - Dr William
pielęgniarki Brown - Baker i inne nigdy to nie udzielone mi
polskiego tłumacza czy to telefonicznego czy też internetowego.
Zarówno w szkole gdy byłem wzywany 9 krotnie by napi-
-sać/ustnie test przy tak prosiłem nauczyciela o polskie test
a 4 raz dyrektor szkoły Mr. Shmil w jej kancelarii, proszę o
tłumacza telefonicznego lub internetowego, albo o testy w
polskim języku. Odpowiedź dyrektor Shmil była że oni
nie używają internetu, nie mają polskich testów i że jestem
w USA dość długo by móc po angielsku czytać i pisać.
Policjanci mają też że mam problem w komunikacji, bo
gdy zapytałem się co Greentree czy mnie rozumie co do
dispo'anicia tylko się śmiał i odpowiedział, że nie rozumie
co do niego mówię. Problem mam z Councelor Fitzgerald i
Councelor Vaughn i innymi, zero komunikacji. Tak więc jestem
dyskryminowany na każdym kroku każdego dnia przez
wszystkich pracowników LAWRENCE CORRECTIONAL Center.
W ewidentny sposób jest łamane moje prawo do polskiego
tłumacza którego nigdy nie otrzymałem, wszyscy tutaj
wiedzą że nie umiem po angielsku i rozumiem nic za
dużo wiedzą że nie czytam i nie piszę po angielsku i przy
komunikacji ze mną patrzą się na mnie jak na kogoś
śrędowatego, z głupawymi uśmieszkami na twarzach bo
wiem że uważają się za kogoś lepszego odemnie. Pewnego
razu zapytałem się policjanta na tyle ile mój angielski mi
pozwala to by było dlibyś był w Polsce i pytał się kogoś
o ulicę, czy gabinet, czy o restauracje chcąc być zamieszcie
jodzenie i nikt by ciebie nie rozumiał, jak byś się czuł?
nie odpowiedział mi nic. Tak więc jeśli pani Warden czy dla
mnie nie przysługuje prawo do polskiego tłumacza w pani
zakładzie karnym, to może tu pani Warden DeeDee -
Brookhart została swoje prywatne prawo, narusza wasza
konwencja, do przysługującego mi polskiego tłumacza.
Na każdym kroku od ponad czterech lat w LAWRENCE C.C.
narusza się prawo nie udzielając dla mnie przysługującego
mi prawnie polskiego tłumacza. Pani DeeDee Brookhart
bardzo mi pani w tym pomaga, utrodniając moje i tak
boleczne trudne życie do zaleśenia, pogłębiając u pani
każdego dnia większej depresji, tonteż pani dziękuję
za należyte mnie traktowanie w pani zakładzie i może
ten to grywnie da pani do myślenia że na pani postano-
wienia i czyny też jest prawo.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Assigned Grievance #/Institution | | Housing Unit: B 3 | 2nd Lvl #: Dolne |
|---|---|---|---|

| 1st Lvl rec: | | 2nd Lvl rec: |
|---|---|---|

| Date: 4/24/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): Bialy |
|---|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): POLISH TRANSLATION
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

3/20/2024 zostałem zawieziony z LAWRENCE CORRECTIONAL CENTER do Effingham hospital przez C/o ACKERMAN i C/o WHITE nie miałem nawet pojęcia w jakiej sprawie. Na miejscu do pokoju weszła nas pielęgniarka i od razu poprosiłem ją o polskiego tłumacza do rozmowy z mną, a także do rozmowy z lekarzem. Pielęgniarka sprowadziła i po chwili mogliśmy rozmawiać, przy użyciu polskiego tłumacza a naszej rozmowie przez cały czas przysłuchiwali się obecni w pokoju

[x] Continued on reverse

**Relief Requested:**

C/o ACKERMAN i C/o WHITE, zarówno z pielęgniarka jak i też później z lekarzem Surgery MIRANPURI. Pielęgniarka skończyła rozmowę ze mną i po chwili do pokoju wszedł lekarz MIRANPURI i to od niego dowiedziałem się wszystkiego co jest źle z moim kręgosłupem dla czego mam tak silne bóle w nogach, co jest tego

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 4/24/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | Date Received: _____ | [ ] Send directly to Grievance Officer |
|---|---|---|

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

| EMERGENCY REVIEW: | Date Received: _____ |
|---|---|

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ _____
Chief Administrative Officer's Signature                     Date

B 35

Assigned Grievance #/Institution: _____    Housing Unit: R-3-c1-9    Bed #: Dolne

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

powodem, co sprawia że nie mogę chodzić. Opowiedziałem też
lekarzowi MIRANPURI o moim problemie z komunikacją że
nie rozmawiam po angielsku że nie czytam, ani też nie
piszę w języku angielskim. O tym się za każdym razem
gdy udaję się do HCU hospital proszę NP LUKING, NP Wisse
o polskiego tłumacza do rozmowy z nimi odpowiadają mi
że mają zabronione używania go do rozmowy ze mną.
Pytałem się NP Clarysa luking kto jej tego zabronił za
każdym razem nic mówi nic, tax pokazała mi podniosłą
rękę do góry i wskazującym palcem pokazując na sufit
zapytałem czy to zarządzenie tych z góry czyli dyrektor
HCU hospital czyli LORIE CUNNINGHAM, NP Clarysa luking
tylko się uśmiechała i powiedziała mi że nie może mi tego
powiedzieć. Tak więc mówię doktorowi MIRANPURI że ja nic
wcale nie wiem o stanie mojego zdrowia, a powiedziałem
że mam bardzo wielki problem, nie tylko z moim kręgo-
słupem, że miałem już kilka, MRI, CT skan i różnych in-
nych badań, ale nikt mi w LAWRENCE HCU hospital nie
chciał mi wyjaśnić, bo nie rozumiem na tyle angielskiego
bym mógł zrozumieć, a nikt nie chce użyć do rozmawiania
ze mną polskiego tłumacza, bo mają zabronione przez góre.
Surgery doktor MIRANPURI wyjaśnił mi wszystko z moim
kręgosłupem zalecił dla mnie leczenie przez fizyko terapie.
Powiedziałem doktorowi MIRANPURI, że ważniejszy mam
problem z doktor Tamen i pielęgniarka Golfer fizyko terapeutą
bo jest. O "komunikacji", miałem teraz lewego ramienia i do
dziś nie mogę podnieść lewego ramienia nad głowę, nic w tej
sprawie nie zrobiono. Przy jednej wizycie pielęgniarka Golfer
spytała S/o który był obecny przy całym zajściu, na ile
ma podkręcić elektryczny prąd który przeszywał całe moje
ramię i szyję, bo ona nie wie, S/o odpisał że też nie wie i
po chwili krzyknąłem z bólu gdy prąd przeszył moje
ciało tak że aż wykrzywiło moje usta i szyję, tak
mnie przestraszyła prądem. lekarz MIRANPURI powiedział
mi że napisze w papierach rekomendacje, by używano do komunikacji
ze mną polskiego tłumacza, a także ćwiczenia które mam wyk-
onywać w celi z angielskiego przetłumaczono dla mnie na polski
język. Wrócilismy do LAWRENCE CORRECTIONAL CENTER HOSPITAL i
S/o ACKERMAN udał się do pokoju doktor Tamen i przekazał
jej co lekarz MIRANPURI jej zalecił ustnie wrucił na horytaż
powiedział do mnie że doktor Tamen będzie w tej sprawie
rozmawiać z HCU dyrektor LORIE CUNNINGHAM i zapewnił
S/o ACKERMAN że ta sprawa będzie załatwiona pozytywnie.
Dziś mamy 4/24/2024 -12²⁰ pm i po raz pierwszy od 9/7/2023
do porozumienia się ze mną Dr. Tamen i pielęgniarka Golfer
użyli do rozmowy ze mną telefonicznego polskiego tłumacza
Także wręczyli dla mnie przy wyjściu do ćwiczeń w celi
przetłumaczone z angielskiego na język polski ćwiczenia
Dopiero w celi zauważyłem że te tłumaczenie nie ma prawie
nic wspólnego z językiem polskim, nie wiele mogę z tego prze-
czytać, ale rozmowę odbylismy PERFECT z tłumaczem polskim.

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 4/24/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): Bialy |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): TRASLATION - "O" KOMUNIKACJI
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dzis udalem się 4/24/2024 o 12°° pm do HCU hospital do Fizyko
terapeutki Dr Tamen. Wziotem ze sobą tabletki od nadcisnienia
krwi które to po wiziycie u Dr Tawn oddatem przy wyjsciu dla
pielęgniarki Stubbs, które to farmaceutka JACKSON ciągle mi
przynosi, bo NP LUMING po przepisaniu dla mnie nowych tabletek
od nadcisnienia krwi: METOPROLOL SUCC ER 25 MG TAB nie wycofała
tych starych czyli AMLODIPINE BES 10 MG TAB po których przyjmowaniu  [x] Continued on reverse

**Relief Requested:**

razem z nowymi czułem się bardzo, ale to bardzo źle. Miałem
sztywniające usta, i ręk, kręciło mi się w głowie, pociłem się i
miałem ból w klatce piersiowej gdy przestałem je brać od
razu poczułem się lepiej i moje cisnienie krwi spadło mam
120/70 i czuję się dobrze. NP Clarysse luning zmieniała swoich decyzie

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y 31510 | 4/24/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277
Response:

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |
|---|---|

B 36

Housing Unit: R-3-c1-9    Bed #: Dome

Assigned Grievance #/Institution: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                                    2nd Lvl rec: _____

Nie dopełniła ich nie poinformowała formacji o wypełnianiu leku Amlodipine BES 10 MG TAB. Od długiego czasu NP Lukina nie może ustabilizować mojego ciśnienia krwi mam cały czas bardzo wysokie. NP Lukina zna historię mojego ojca bo na tyle ile mój angielski pozwala to ja jej opowiedziałem. Mój Ojciec urodził się 02/05/1933 przez całe swoje życie nie był u lekarza czy też w szpitalu. Ani nigdy nie poskarżył się mojej mamie że go coś boli aż w 09/20/1988 dostał wylew krwi do mózgu tak silny że lekarz który go badał po 2 godzinach gdy zmarł powiedział do mojej mamy że gdy był by na miejscu to nie mógł by ojcu pomóc, bo ten wylew był tak silny. Więc pytam się NP Claryssa Lukina dla czego lekceważy sobie stan ciśnienia mojej krwi czy mam tak samo jak mój ojciec odejść z tego świata w wieku 55 lat, bo do 20 go września już nie daleko?

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Lvl rec: | | | 2nd Lvl rec: |
|---|---|---|---|

| Date: 5/8/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): BIAŁY |
|---|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☑ Medical Treatment    ☑ ADA Disability Accommodation

☑ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility    ☑ Other (specify): TRANSLATION

☐ Disciplinary Report

                                      Date of report                              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

5/8/2024 godzina 12³⁰ pm zostałem zabrany z mojej celi przez c/o Gibbons i doprowadzony do pisznica na przeszukanie osobiste gdzie stał lutener Sawyer, wręczyłem lutener moje I.D. i permit na Over Sizes Cuffs. Lutener wyszedł na galery i gdzieś zadzwonił a c/o Gibbons mnie przeszukał. po chwili c/o Yates przyniosła Over sizes Cuffs, zostałem skuty i doprowadzony do auta i pojechaliśmy do ONLEY hospi-

☑ Continued on reverse

**Relief Requested:**

-tal. W szpitalu powiedziano nam że mamy się udać pod inny adres. Zajechaliśmy i do pokoju poprosiła nas pielęgniarka zaraz poprosiłem ją że pielęgniarkę o polskiego tłumacza, bo nie wiem dla czego tu jestem. Pielęgniarka zmierzyła moje ciśnienie krwi mierała 148/88 i próbowała za-

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y 31510 | 5/8/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| | Chief Administrative Officer's Signature | Date |
|---|---|---|

Distribution: Master File; Offender             Page 1 of 2             DOC 0046 (Rev. 01/2020)

B 37

Housing Unit: R-3-CL-9  Bed #: Dolne

Assigned Grievance #/Institution: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                2nd Lvl rec: _____

-dzwonić do polskiego tłumacza bez telefon w tym pokoju
nie działał, przeszła do innego pokoju i po chwili wez-
-wała mnie i miała połączenie z polską tłumaczką.
Zadała mi pielęgniarka kilka pytań obistenia chorób
w mojej rodzinie, co i gdzie mnie boli i wyszła, a do
pokoju wszedł doktor przedstawił się Justin Orenich,
DO (he/him General Surgery, za pomocą tłumaczki —
opowiedziałem z jakim problemem się zmagam w —
LAWRENCE Correctional center że od 9/9/2019 nigdy
nie użyło do komunikacji ze mną polskiego tłumacza
ani strażnicy, ani lekarze, ani nauczyciele, czy też pracown-
-icy w LAW LIBRARY nigdy nie dali mi się wypowiedzieć
o co mi chodzi co mnie boli, co potrzebuję za każdym
razem jestem ignorowany. Byłem mówię dwa razy w
URBANA HOSPITAL miałem dwie kolonoskopie przepro-
-wadzone, ale się skutecznie mówić doktorzy Justin
Orenich, bo wszyscy w Health Care Unit LAWRENCE hosp-
-ital mnie ignorują. Prosiłem NP Luking, NP Wiss o
dzień w którym mam mieć przeprowadzony ten zabieg
ale nigdy mi nie powiedzieli lekarz w Urbana
hospital nie może przeprowadzić zabiegu bo mam
opisane w moich książkach, i jest na mnie zły, ale ja
mówię że to wina HCU że mówią mi nic przed
zabiegiem że mam się wypróżnić, bo jutro jadę na
kolonoskopie. Ja potrzebuję wiedzieć co najmniej dwa
dni wcześniej, bym nie jadł nic i się wypróżnił. Pow-
-iedziałem doktorowi Justin Orenich że z moim Low
Back jest to samo, że byłem 1/30/24 w Effingham hospital
w Surgery Miranpuri, i dopiero na miejscu dowiedziałem się
dla czego u niego jestem i co mi jest źle z moim kręgostupem
przy pomocy polskiego tłumacza. Także doktorowi Miranpu-
-ri dziełem o moim problemie w LAWRENCE HCU hospital
z komunikacją i lekarz Miranpuri w papierach dla Fizyko
terapeutki doktor Tamen zalecił do komunikacji ze mną
polskiego tłumacza i ćwiczenia które mam wykonywać
z angielskiego przetłumaczone mają być na język polski.
Bo wrześniej miałem ten sam problem z moim lewym
ramieniem które do dnia dzisiejszego nie jest wyleczone.
Więc 4/24/24 przez pierwszy w LAWRENCE hospital
doktor fizyko terapeutka Tamen do rozmowy ze mną
użyła polskiego tłumacza, wręczyła mi gilsie kartkę
do ćwiczeń pielęgniarka Fizyk terapeutka Goffin
przetłumaczone z języka angielskiego nie wiem na
jaki bo po polsku można z tego przeczytać nie wiele.
Tak więc od doktora Justin Orenich dowiedziałem się
że mam kamienie na woreczku żółciowym, poważny problem
z żołądkiem i nie powiniem używać Lactulose 10MG/15ML ML
i innych tabletek nie pamiętam nazwy. Przepisał mi inne tabletki
i powiedział że operacja na kamienie w woreczku żółciowym
nie jest konieczna i zapewnił mnie że napisze rekomendacje
do HCU hospital o tłumacza do komunikacji ze mną, a także

Page 2 of 2    LT. Sawyer przez NP Luking    DOC 0046 (Rev. 01/2020)
osobiście.

Distribution: Master File; Offender

Assigned Grievance #/Institution:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Lvl rec: | | | 2nd Lvl rec: |
|---|---|---|---|

| Date: 2/8/2024 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIBLY |
|---|---|---|---|

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _DISCRIMINATION-AND POWER ABUSE_
- [ ] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

    Chief Administrative Officer, only if EMERGENCY grievance

    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

2/8/2024 godzina 12°° pm udałem się do Health Care Unit w poszukaniu tylo nas szesioro więźniów dwoch na wózkach inwalidzkich, dwoch ktorzy przybate tych więźniów do Health Care Unit ja i jeszcze jeden więźni. Wezwano pierwszo więźniow na wózkach inwalidzkich a trzeciego mnie. Oraz otworzył sierżant: PRUITI wezwał mnie po nazwisku do środka i tu sarco pokazywał dla mnie jakie to on obejmuje poważne stanowisko i kto tu jest Bossem w tej placowce.

[x] Continued on reverse

**Relief Requested:** sierżant: PRUITI kazał mi podnieść obie ręce nad głowe, w celu przesukania mnie czy nie jestem w posiadaniu nie dozwolonych przedmiotów. Grzecznie odwruciłem głowe do sierżanta: PRUITI i oznajmiłem mu że mam : INJURE MY ARM-LEFT". Sierżant z nerwami powiedział że jak nie podniose Lewego ramion nad głowe to mam wracać na

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 2/8/2024 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ | _____
Chief Administrative Officer's Signature | Date
Page 1 of 2

Distribution: Master File; Offender      DOC 0046 (Rev. 01/2020)

1 OF 2


B 37

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Assigned Grievance #/Institution: _____ Housing Unit: R-3-C1-9  Bed #: Doine

1st Lvl rec: _____                                    2nd Lvl rec: _____

poczekalnię i koniec mojej wizyty. Całemu zajściu przysłuchiwała
się pielęgniarka BRAWN z uśmiechem na twarzy myślę że się
też dobrze przy moim przeszukiwaniu przez sierżanta PRUIH
dobrze bawiła na to wyglądało dwie następne pielęgniarki nie bardzo
się tym też przejęły. Nie chciałem by sierżant mnie odesłał spow-
rotem na mój budynek, bez załatwienia mnie przez pielęgniarkę
Brawn z potężnym bólem w ramieniu, na tyle ile mogłem pod-
ostem moje lewe ramię nic mal płacząc z bólu. Mam odszczepione
części kości w lewym ramieniu i bardzo silny reumatyzm że
co dziennie rano i wieczorem przyjmuję 2× 4000 mg. Gabapentin
na ból i NPC. Lukina, 1123124 załeila dla mnie dodatkowo 600 mg
w południe, tylko pierwsza musze zrobić badanie krwi; tak silne mam
bóle, mojego lewego ramienia, ale widocznie sierżanta PRUIH
to nie obchodzi, bo pokazał mi kto ma władzę w LAWRENCE C.C.
Od 9-9-2019 przebywam w LAWRENCE C.C. i jak dotąd i przez poned
14 lat gdy mnie zamknięto w 2010 nigdy nie miałem żadnego
dyscyplinarnego ukarania za złe zachowanie, ani też inne
wykroczenia. Nie jestem człowiekiem agresywnym i od czterech
lat przebywania w lawrence C.C. wszyscy Oficerowie i prawie
cały personel zatrudniony w tej że placówce mnie zna. Mam
11) MIDIUM sieciurytu - nie Maxymium. Ani nie wysłuchał mnie
sierżant PRUIH że mam uszkodzone ramie, a potraktował mnie
jak jakiegoś terrorystę szarpał oklepał z takimi nerwami że
ze strachu nie wiedziałem w jakim kierunku mam się udać
tak mnie sierżant: PRUIH wystraszył, aż pielęgniarka Brawn zaco-
tała mnie i poszedłem do pokoju, gdzie mnie przyjęła. Za mną
do pokoju wszedł także sierżant: PRUIH gdzie to nie powinien
być bo i przysłuchiwać się rozmowie pomiędzy pielęgniarką a
moją osobą, była w pokoju także pielęgniarka Baker coś też
pisała w papierach, zapytałem się Baker którego dnia będe
zawieziony do szpitala na kolejne badanie kolonoskopii odpas-
iednteta że za 5-6 dni nie chciała rozmawiać, myśle że też się
przestraszyła sierżanta: PRUIH zachowaniem, bo pochwili wszyscy
wyszła z pokoju. sierżant: PRUIH oparł się oszalła i patrzył się
na mnie tak że gdyby nie kamery i świadkowie pewnie wyżyłby
by się na mnie także fizycznie, nie tylko psychicznie.
Miał tak zaciśnięte zęby że musiał na obu jego szczękach
tak pracowały że omal nie wyskoczyły na wierzch z pod
skóry, tak był wściekły ze złości. Pielęgniarka Brown ,
zadawała mi pytania o moje problemy zdrowotne i coś
pisała w papierach że ja ze strachu większości pytań nie
rozumiałem, prosiłem tylko w myślach Boga by jak
najszybciej wyjść z tego pokoju. Brown poprosiła mnie bym
szedł za nią na holwaj gdzie wisiał alfabet na ścianie i spra-
dziła mój wzrok i podziękowała mi powiedziała żebym wracał na
poczekalnie, krok w krok jak mój cień przy mnie chodził sierżant
PRUIH. Wszedłem na poczekalnie i zobaczyłem Lutenera THE i go
poprosiłem by mi napisał nazwisko, tego sierżanta bo go nie
znałem, tylko z wizitienia Lutener THE zapisał mi nazwisko
sierżanta zapytał co się stało, ale nie byłem w stanie mu tego →
     LUTENER NAME IS TYE

Distribution: Master File; Offender            Page 2 of 2            DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec.                                        2nd Lvl rec:

opowiedzieć, tak byłem wystraszony i wyprowadzony z rów-
owagi. Nawet więźniowie który widzieli całe to zajście pytali
się mnie czy ze mną jest wszystko w porządku, ale nie miałem
ochoty wogóle o tym rozmawiać. Sierżanti PRUIH uśmiał przy
stoliku i siedział tak ze spuszczoną głową ze ani razu nie
spojrzał w okno w moją stronę gdzie siedziałem w porzedł-
ni, myślę że Lutener TYE miał z sierżantem poważną rozmo-
wę, ale nie myślę że sierżanti PRUIH wziął sobie do głowy.
Moim zdaniem ten człowiek powinien był zbadany przez dobrego
psychologa, bo ma bardzo poważny problem z kontrolą swoich
nerwów i nad używaniem swojego stanowiska do więźniów.
To nie tylko nadużywanie stanowiska, ale też wyżywanie znęca-
nie się fizycznie i psychicznie nad moją osobą. Myślę że to
sierżanti PRUIH powinien był tyć złozeczony nie ja.
2 lutego skończytem 55 lat i jak do tad nie użyłem w
stosunku do nikogo, czy to człowieka, zwierzęcia, czy też
ptaka fizycznej przemocy i nikt mi nie zarzuci że nie
jestem zrównoważony psychicznie. Z tego co mi pokaza-
ł sierżant PRUIH, to ten człowiek jest nie zrównoważony
psychicznie i myślę że ta praca którą wykonuje nie
jest odpowiednia dla tej osoby. To nie obóz koncentracyjny
gdzie hitlerowcy znęcali się nad żydami, cyganami i in-
nymi ludźmi. Dziś mamy cywilizowany świat w którym
nie powinno się tak nie pła... człowieka. Przecież w USA
bardzo przestrzega się praw człowieka, czy my staraniu nie
podlegamy pod te prawa, czy dla nas skazanych odsiadujących
wyreki to LAWRENCE C.C. stosuje się prawa, dyskryminacji
wyżywania się na mojej osobie, bo to oficerowie są prawem w
prawie i robią to co im się podoba, czy myśli do tego prawa czy
też nie i że nic im nie grozi za taniania praca bo mają
protekcję ze strony rządu amerykańskiego. Myślę że żad
staniu Zjednoczonych nie przykletli sierżantsi PRUIH takie
go prawa, że to jego własne ego pozwala mu na stosowanie
przemocy fizycznej, psychicznej nad więźniami, bez żadnych
konsekwencji, dyscyplinarnych jak też prawnych. Robi to
na co ma ochotę i na co mu humor pozwala każdego
dnia. Myślę że na codziennych odprawach przed rozpoczęci-
em pracą przez strażników czy to zwykłych oficerów czy
sierżantsów, każdego dnia ich przełożeni a także Warden
Dee Dee Brookhart powinni przypominać tym oficerom że
gdy okażesz nam czyli skazanym odrobinę respektu, w
zamian otrzymasz respekt od nas a także szacunek.
Nie zawsze iżeżniowie sprawiają problem ale też staje
wiem też że to bardzo stresująca praca, ale kto się tej pracy
podjął powinien przechodzić badania poważnego psychologa
bo nie wszyscy z mojej obserwacji oficerowie, są zrównoważeni
psychicznie, chodzą po skrzydle tak jak były by im
wszystko wolno i to właśnie, od takich oficerów zaczyn-
ają się rodzić problemy konflikty. Mam nadzieję że góra
wzgłędnie z tej skargi wnioski; i zajmie się wysokim EGO
OFFICERÓW. Thank You. - LUTENER NAME IS TYE.

Assigned Grievance #/Institution: _____   Housing Unit: R-3-CC-9   Bed #: Dolne

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____   2nd Lvl rec: _____

| | |
|---|---|
| Date: 12/19/2023 | Offender (please print): Leszek Pawełkowski | ID #: Y 31510 | Race (optional): Biały |
| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. | | |

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☑ ADA Disability Accommodation
☑ Staff Conduct   ☑ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☑ Other (specify): Supervisor: KOHN
☐ Disciplinary Report
_____   Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-01-2021 - zacząłem przyjmować 20 mg Tab Lisinopril od nadciśnienia krwi, a także tego samego dnia zacząłem przyjmować 20 mg Tab od wysokiego Cholesterolu Atorvastatin. NP Wise przepisała również dla mnie dietę „NAS"-low Salt-Low Sodium-Low Fat, dzisiaj mamy 12/19/2023 i do dzisiejszego dnia kuchnia nie podporządkowała się do zaleceń NP Wise w przestrzeganiu mojej diety, które to powinienem otrzymywać trzy razy dziennie w stemplowanych kontenerach w moim imieniem i nazwi-

☑ Continued on reverse

Relief Requested:

-skiem, a także z numerem budynku, skrzydła i numerem celi. Dzisiaj przyjmuję 40 mg TAB Lisinopril i 10 mg Torsemide a to dla tego że kuchnia przysyła mi regularne jedzenie, nie dziwnych mojej diety. Miały ale to choć tyle jeden dzień w roku, nie mocie w tygodniu czy też miesiącu otrzymałem chociaż jedno śniadanie takie jak

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Leszek Pawełkowski   Y 31510   12/19/2023
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
_____
_____
_____
_____
_____
_____
_____

_____   _____   _____
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature   Date

B 37

