ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

serwowanym. Tego dnia 14 stycznia 2023 po zjedzeniu kolacji spisałem
na białą kartkę papieru nazwę mojej nowej diety czyli: Nas-LQ/F-LCs,
by miano pewność w okienku na stołówce, co powinienem otrzymać
Ponieważ dla tego też że nie mówię "hlir english language", by nie
mówiono że mnie nie rozumieją. Następnego dnia czyli Styczeń
15·2023 godzina 11³⁰am udałem się na stołówkę, by skasować
mój obiad i tu jak zwykle zaczyna się problem z moją nową dietą
Pokazałem super wajzerowi "Spade" moje 1D przeliczał wzrokiem
po kartce papieru i odpowiedział mi że mojego imienia nie ma
na jego liście, zapytałem kto jest wykonawcą tej listy dietetyczko
odpowiedział mi "Manager Kohn". Spytał mnie następnie o nazwę
diety którą powinienem otrzymać, pokazałem super wajzerowi Spade
kartkę z wpisaną nazwą diety czyli: Nas-LQ/F-LCs. Spade odwró-
cił się do więźnia który stał za nim i powiedział mu by też
nałożył dla mnie to samo jedzenie które serwują dla wszystkich
więźliów którzy nie mają problemów ze zdrowiem, tylko w —
stropianowy pojemnik dla diety. Koło mnie stał następny więzień
który czekał na jego dietę czyli "kosher": Voldex Jordan —
B 29482 i wszystko słyszał, spojrzał na mnie, a ja powiedzi-
ałem super wajzerowi "Spade" że nie chcę tego jedzenia i odsze-
dłem głodny od okienka nie otrzymałem żadnego jedzenia
Następnego dnia czyli 16 stycznia 2023, ten sam problem
pokazuję w okienku moje 1D i kartkę z nazwą mojej
diety i otrzymuję stropianowy pojemnik z "Extra Vigan"
mówię że to nie moja dieta super wajzer mówi mi że to jest
taka sama jak moja dieta, pytam więc, co się dzieje z moją dietą
nie mam twojego nazwiska na liście diet. Od kad zacząłem
dostawać moją nową dietę znowu ten sam problem jest co dziennie
nie otrzymuję mojej diety. Styczeń·28·2023 oficer "Greentree"
otworzył na kuchnię z pytaniem dla czego Pawełkowski nie
dostał diety powiedziano mu że to samo jedzenie jest w regular-
nym pojemniku co dieta. Styczeń·29·2023 obiad godzina 11³⁰
dostaję regularną dietę "mid bol" wziąłem raz w gębę, to miód to
jest tak słone jak bym włożył do mojej gęby łyżkę soli.
Wołam oficera "Mitchell", proszę by zadzwonił na kuchnię
z zapytaniem co z moją dietą pokazałem mu nazwę mojej
diety zadzwonił i chłopak który roznosił obiad przyszedł
sół pod moją celę i powiedział że na kuchni szykują moją
dietę, jest 4"pm to i nie dostałem obiadu kolejny raz jestem
głodny. A więc pytam się o to co tu jest grane "panie manager
Kohn" czy pan kontroluje moje ciśnienie krwi i wysokiego
cholesterolu? Dla czego nie dostosowuje się pan do poleceń lekarzy
czy pan wie lepiej co powinienem jeść, a może to pan nie
czytał i nie pisał po angielsku co? Mam nadzieję że ten
problem zostanie rozwiązany pozytywnie z pana strony!
Dziękuję z góry za pozytywne rozwiązanie mojego problemu
ccccccccccccccccccccccccccccccccccccccccccccc

Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration  of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

January 14, 2023, at 4:30 pm, I received a dinner delivered to the cell in a foamed polystyrene container, on which the top closed was an inscription with the name: Pawelkowski R-4-B-08 NAS-LC/LF-LCS, i.e. NAS – no added salt – LC – low cholesterol – LF – low fat. This diet has been prescribed because for over two years I receive high blood pressure and high cholesterol. This diet is to help me not to get a stroke of my brain, or

X Continued on reverse

**Relief Requested:**

-> a heart attack and other diseases associated with it. But the kitchen, usually Manager Kohn and his supervisors, ignore the recommendations of professionals who are trying to save human health. How can I be healthy, when the kitchen sticks the nail into my casket day after day poisoning my system with food that they->

X Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

□ Check if this is NOT an emergency grievance.

| | | |
|---|---|---|
| Leszek Pawelkowski | Y31510 | 1/29/2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 2/7/23   □ Send directly to Grievance Officer

□ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**

I am unable to translate this grievance. I am more than happy to help you with a guidance so that I may assist you with resolving any difficulties you may be having.

[signature]
     2/9/2023

| | | |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received:

Is this determined to be of an emergency nature?

□ Yes, expedite emergency grievance

□ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Assigned Grievance #/Institution 02-23-014 | Housing Unit R-4-BL-08 LOW | Bed #: |

### ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec.

2nd Lvl rec:

FEB 06 2023

FEB 14 2023 GRIEVANCE

GRIEVANCE

OFFICE

OFFICE

| Date: 1-29-2023 | Offender (please print): Pawelkowski Leszek | ID#: Y31510 | Race (optional) WHITE |
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

□ Personal Property Accommodation    □ Mail Handling    X Medical Treatment    □ ADA Disability

□ Staff Conduct Sentence Credit    X Dietary    □ HIPAA    □ Restoration of

□ Transfer Denial by Facility  □ Other (specify):

_____

□ disciplinary Report _____

_____

Date of report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

      **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the   Administrative Review Board

      **Grievance Officer,** only if the issue involves discipline at the present facility or   issue not resolved by    Counselor

      **Chief Administrative Officer,** only if **EMERGENCY** grievance

## RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |
| Page 1 of 2 | DOC 0046 (Rev. |

Distribution: tester File; Offender
01/2020)

Assigned Grievance #/Institution: _____ Housing Unit_____ Bed #

_____

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

2nd Lvl rec:

told me that he recommended the continuation of what FNP-C LUKING has prescribed to me, i.e. cream and Benadril, and thanked for the visit. He didn't do any examination at all. I have terrible problems with high blood pressure, with breathing, with my throat, I am losing my sight, and the doctor has completely ignored me; I am aware that I am only a prisoner, but is this how the doctor behaves with all patients, not only prisoners? Where is the Hippocratic oath, when he swore that he would not refuse medical help to anyone; he did not give it to me. We drove about three hours each way and back, a six-hour drive, wasting taxpayers' money, the time of the two policemen escorting me, and the time of others allocated for the trip. We got back to the HCU hospital, we were there at 12:15 pm, I was feeling unwell and I went to nurse "Brown" and said I had a blood pressure of 189/109 at 9:00 am at Urbana hospital and I feel sick, my head hurts, I see darkness in front of my eyes, I have dizziness. I asked if she could check my blood pressure, she said she didn't have time. I returned to the R-4 building and was called by Counselor Fidgerald about my colleague's blocked phone. I told the whole story of my situation and asked Counselor Fidgerald for help, because I don't want to die of a heart attack or a brain hemorrhage just yet. Fidgerald sent an e-mail, I don't know to whom, I think Springfield. At 2:25 pm, nurse Joy came into the building, took my blood pressure, it was 148/90, she said it was still too high. At 5:45 an officer came to pick me up and took me to the HCU hospital where another nurse checked my blood pressure, it was 180/70. She examined my legs and said they were swollen. We went into the other room and she did an EKG for me, the test was good, the nurse said my heart was OK. We went back to the first room and she took my blood pressure again, at 6:15 pm it was 140/90. The nurse told me that she would give the papers in which she noted everything to FNP-C LUKING and maybe she would call me. I asked for something for my headache because it bursts my temples, she gave me ACETAMINOPHEN 325 MG TAB. I said I was prescribed 500 MG TAB and they weren't working, and she said there was nothing else. I am asking why I am still ignored by the medical staff of HCu Hospital and by director Lorie Cunningham; for three years in Lawrence C.C., nothing has been done professionally in my treatment, nothing has been brought to an end. It seems that something is done in my situation, and this is where the whole thing ends, no treatment is used. Is this what all medical help looks like in the entire USA for all people living in America or only prisoners in Lawrence C.C. aren't provided with medical help? Where is the money of

## RECEIVED

OCT 02 2023

ADMINISTRATIVE

my family paying taxes in Chicago? It goes to the pockets of those who approve the budget for the prisons. I think that we all deserve treatment like people, animals in the USA have better medical care than "me".

I make copies of all grievance.

Distribution: Master File; Offender 01/2020)                          Page 2 of 2                          DOC 0046 (Rev.

Assigned Grievance #/Institution   10-22 #2171

RECEIVED
OCT 05 2022
GRIEVANCE OFFICE

Housing Unit R-3-BL-8   LAWRENCE C.C

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: NOV 11 2022
GRIEVANCE OFFICE

| Date: 9-25-2022 | Offender (please print): Pawelkowski Leszek | ID #: Y31510 | Race: WHITE |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: LAWRENCE C.C | |

**Nature of grievance:**

- [X] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Nazywam się Leszek Pawelkowski #Y31510 Do LAWRENCE C.C. zostałem przetransferowany 9-9-2019 roku z Menard C.C. w dniu: 10-10-2019 zostałem wezwany do Personal Property po odbiór skrzynek na moje osobiste rzeczy. Officer: Sutton powiedział mi że skrzynek na korespondecji czyli Small Box nie mają w tej chwili, ale mają uszkodzone. Zgodziłem się wziąć tą uszkodzoną. Officer Sutton powiedział żebym po kilku miesiącach napisa Request po nową skrzynkę, to mi wymieni uszkodzoną na nową. [X] Continued on reverse

Relief Requested:

Napisałem po upływie rohu czyli 2020 w 10-02-2020 napisałem mój pierwszy Request do Personal Property o nową skrzynkę na korespondecji. Nigdy nie zostałem wezwany, choć napisałem dwa następne: 10-23-20 i trzeci 11-20-2020 bez odpowiedzi, kolejny raz nie zostałem wezwany do Personal Property. W 2021 roku SGT: Riggs zrobił przeszukanie →

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 9-25-2022 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

Counselor's Response (if applicable)   Date Received: 10/18/22   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
Unable to substantiate grievance issue as individual has written grievance in a language that the staff designated bilingual translator is unable to translate. Grievance forwarded to Internal Affairs for analysis with additional grievance written in English by the Sam individual. I.A. determined that all grievances were written by the same person. Recommend individual write grievance in English + re-submit to first level for review in order to expedite resolution of grievance issue. If assistance is needed please send written request to Housing Unit Counselor.
T. Fujumada   T. Fujumada cc1   10/19/22
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:   Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated   Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature   Date

3

Assigned Grievance #/Institution                                    Housing Unit                    Bed #:

1st Lvl rec'                ILLINOIS DEPARTMENT OF CORRECTIONS              2nd Lvl rec:
                                  **Offender's Grievance**

moją celi „tak zwany 30 dniowy Shakedown i zabrał z korespondent
box wierzchnią pokrywę czyli Lid." Nie dał mi Shakedown Record
Confiscated Contraband paper. To było na popołudniowej zmianie Riggs
powiedział mi że officer przed zakończeniem zmiany przyniesie
nigdy nie dostałem tego papierka, choć kilka krotnie upomin-
-ałem się u Sgt. Riggsa. Ostatnia rozmowa z Sgt. Riggsem miałem w
Maju 2022 powiedział mi że nie pamięta tego że zabrał z mojej
skrzynki wierzchnią pokrywę czyli Lid. Po tym jak Sgt. Riggs zabrał
ten Lid straciłem ponad trzydzieści kopert ze znaczkami które
w sklepie kosztują 65 celcji, dwa pudełka po pięćdziesiąt kopert
bez znaczków czyli Blank Envelope, które to 7 pudełko kosztuje 13¢
piętnaście Legal Envelope 10 X 13 za które płaciłem po 60¢ za
jedną, w sumie: 750¢. Kto mi za to zwróci? 7-11-2022 o godzinie
8¹⁵ am wyszedłem na jardę gdzie stał officer: Sutten zapytałem
go o to co mam zrobić bym dostał nową skrzynkę, napisz koleiny
Request powiedział. Tego samego dnia czyli: 7-11-22 napisałem bez
reakcji ze strony Personal Property. 8-10-22 dostaję Call Pass do Personal
Property, na drugi dzień został odwołany czyli Cancel. 8-11-22 wieczór
dostaję koleiny Call Pass- 8-12-22 idę do Personal Property, mój kolega przyszł
mi łańcuszek z krzyżykiem, który już trzeci raz został odesłany zpowrot
do mojego kolegi. Officer Sutten powiedział mi że coś z krzyżykiem
nie tak i że jestem nie wierzący choć ja jestem z wyznania Katolika
zapytałem officera Sutten co z moją skrzynką odpowiedział mi bym
napisał koleiny Request. Jak długo będę odsyłany bez niczego?
Wróciłem do majęcieli z pustymi rękoma i napisałem koleiny
Request o nową skrzynkę do Personal Property. 9-9-22 dostałem
Call Pass do Personal Property, po odbiór nocnej lampki którą kupiłem
w sklepie 9-10-22 zaszedłem odebrałem lampkę, tym razem obsłużył
mnie officer: Suddarth powiedziałem mu o moim problemie, że skrzynka
że Sgt. Riggs zabrał wierzchnie zamknięcie, odpad mi że on musi
zniec Shakedown Slip, odpowiedziałem by zadzwonił do Sgt. Bridwell
na 3 hous; zadzwonił i Sgt. Bridwell powiedział mu że zajdzie
odkazni, koleiny raz zostaję odesłany bez pozytywnego zakończenia
sprawy, a pro po, tym razem byłem w Personal Property z moją skrzynka
i Sgt. Suddarth widział że jest pęknięta od góry do samego spodu.
9-19-2022 - na day room przyszedł handler kilka mi raz po 10 am
„GOODRUM" powiedziałem mu tokie o moim problemie ze skrzynka
powiedział mi że postara się to załatwić i po południu do mi
znać, dzie mamy: 9-25-22 jak do tej pory nic nie wiem i
nic nie jest załatwione pozytywnie. Mam pytanie do osoby
która będzie odpowiedzialna za ~~~~~ rozpatrzenie
mojego grievance, czy officerowie który tu pracują przychodzą
tylko po to by odebrać swój czek na który tak ciężko pracują
czy też są zobowiązani do uczciwej pracy która powinna być
przez nich wykonywana? Ludzie w USA płacą podatki by
można było opłacać przez państwo officerów którzy nie
wykonują swojej pracy tak jak powinni. Jak długo można
czekać na pozytywne rozpatrzenie mojej sprawy, następne
trzy lata w Lawrence C.C.? Mam nadzieję że w USA jest jeszcze
Legalne wypowiadanie swojej opinji „czyli wolność słowa." Thank You.

Distribution: Master File; Offender              Page 2 of 2                    DOC 0046 (Rev. 01/2020)

| LAWRENCE CC | RECEIVED LAWRENCE CC |
|---|---|
| | RECEIVED LAWRENCE CC |
| Assigned Grievance #/Institution 10-22-041 | Housing Unit R-3-BL-8    Bed #: LOW |

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

2nd Lvl rec:

OCT 05 2022

NOV 01 2022 GRIEVANCE

GRIEVANCE

OFFICE

OFFICE

| Date:<br>9-25-22 | Offender (please print):<br>Pawelkowski Leszek | ID#:<br>Y31510 | Race (optional)<br>WHITE |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

X Personal Property Accommodation    ☐ Mail Handling    ☐ Medical Treatment    ☐ ADA Disability

☐ Staff Conduct Sentence Credit    ☐ Dietary    ☐ HIPAA    ☐ Restoration of

☐ Transfer Denial by Facility   ☐ Other (specify): _____

☐ disciplinary Report _____

_____

Date of report                Facility where issued

**RECEIVED**

**OCT 2 4 2023**

**ADMINISTRATIVE REVIEW BOARD**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the  Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or    issue not resolved by    Counselor

Chief Administrative Officer, only if EMERGENCY grievance

**Mail to Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

My name is Leszek Pawelkowski #Y31510 I was transferred to LAWRENCE C.C. on 9/9/2019 from Menard C.C. On 10/10/2019, I was called to Personal Property to pick up boxes for my personal belongings. Officer Sutten told me that they don't have correspondence boxes, i.e. Small Box type, at the moment, but they do have some damaged. I agree to take the damaged one. Officer Sutten told me to write a Request for a new box after a few months, and that he would replace the damaged one with a new one.

X Continued on reverse

**Relief Requested:**

I wrote after a year, i.e. in 2020. On 10/02/2020 I wrote my first Request to Personal Property for a new correspondence box. I have never been called, though I have written two more: on 10/23/2020 and a third on 11/20/2020 with no response, yet again I have not been called to Personal Property. In 2021, SGT Riggs did a search ->

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 9/25/2022 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 10/19/22    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**

Unable to substantiate grievance issue as individual has written grievance in a language the staff designated bilingual translator is unable to translate. Grievance forwarded to Internal Affairs for analysis with additional grievance written in English by the same individual. I.A. determined that all grievances were written by the same person. Recommend individual write grievance in English and re-submit to first level for review in order to expedite resolution of grievance issue. If assistance is needed please send written request to Housing Unit Counselor.

| [signature] | [signature] | |
|---|---|---|
| 10/19/22 | | |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received:

RECEIVED
JAN 17 2023
ADMINISTRATIVE
REVIEW BOARD

Is this determined to be of an emergency nature:

□ Yes, expedite emergency grievance

□ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____

_____

Distribution: tester File; Offender
01/2020)

Chief Administrative Officer's Signature
Page 1 of 2

Date
DOC 0046 (Rev.

_____

_____

RECEIVED

OCT 2 4 2023

ADMINISTRATIVE
REVIEW BOARD

Assigned Grievance #/Institution: _____ Housing

Unit_____Bed _____

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

1st Lvl rec.

2nd Lvl rec:

-> of my cell, the so-called 30-day Shakedown, and took the lid from the correspondence box. He didn't give me a Shakedown Record, the Confiscated Contraband paper. It was on the afternoon shift. Riggs told me an officer would bring it before the shift ended, I never got this paper, though I asked the SGT Riggs several times.

The last conversation I had with SGT Riggs was in May 2022. He told me that he did not remember taking the top cover, that is lid, from my box. After SGT Riggs took this lid, I lost over 30 stamped envelopes which cost 65 cents in the store, two boxes of fifty blank envelopes which cost $1.39 a box, fifteen 10x13 Legal Envelopes, for which I paid 50 cents apiece, totaling $7.50. Who will reimburse me for it? 7/11/2022 at 8:45 a.m. I went out to the yard where officer Sutten was standing. I asked him what I should do to get a new box. "Write another Request", he said. On the same day, 7/11/2022, I wrote, with no response from Personal Property. On 8/10/2022, I got a call pass to Personal Property, the next day it was cancelled. On 8/11/2022 in the evening i got another Call Pass. On 8/12/2022 I went to Personal Property. my colleague sent me a chain with a cross, which was sent back to my colleague for the third time. Officer Sutten told me there was something wrong with the cross and that I was a non-believer although I was a Catholic by birth. I asked Officer Sutten about my case. He told me to write another Request. How long will I be sent back without anything? I returned to my cell empty-handed and wrote another Request for a new box to Personal Property.

On 9/9/2022 I got a Call Pass to Personal Property to pick up a bedside lamp that I bought in the store. 9/10/2022 I went there, picked up the lamp, and this time I was served by officer Suddarth. I told him about my problem with the box, that SGT Riggs took the top closure; he told me he must have Shakedown Sleep, I told him to call SGT Bridwell at 3 house; he called, and SGT Bridwell told him he was

busy and would call back; once again I was sent back without a positive settlement of my case. By the way, this time I was at Personal Property with my box and SGT Suddarth saw it is cracked from top to bottom.

On 9/19/2022 the chancellor came to the day room a few minutes after 10 a.m. "GOODRUM". I also told him about my problem with the box, he said he would try to sort it out and let me know in the afternoon. Today is 9/25/2022, so far I don't know anything, and nothing is resolved positively. I have a question for the person who will be responsible for handling my grievance, do the officers who work here only come to pick up their check for which they work so hard, or are they committed to the honest work that should be done by them? People in the US pay taxes so that the state can pay officers who don't do their jobs properly. How long can I wait for my case to be positively settled, next three years at LAWRENCE CC? I hope that in the USA it is still legal to express one's opinion, i.e. freedom of speech. Thank you.

Distribution: Master File; Offender 01/2020)

Page 2 of 2

DOC 0046 (Rev.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 9-25-2022 | Offender (please print): Leszek Powelkowski | ID #: Y31510 | Race: WHITE |
|---|---|---|---|

Present Facility: LAWRENCE C.C.    Facility where grievance issue occurred: LAWRENCE C.C.

Nature of grievance:
- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify):
- ☒ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Nazywam się Leszek Powelkowski, urodziłem się 02-02-1969 w polsce, nigdy nie uczyłem się języka angielskiego dla tego też ten grievance piszę w moim języku czyli polskim. Od dłuższego czasu otrzymuję lekarstwa na różne moje dolegliwości: od nadciśnienia krwi LISINOPRIL 20 MG - od podwyższonego cholesterolu ATORVASTATIN 20 MG - od zawrotów głowy MECLIZINE 25 MG - od nie sprawności żołądka, heartburn ": OMEPRAZOLE DR 20 MG- od bólu IBUPROFEN 800 MG - ACETAMINOPHEN 500 MG. Te tabletki dostaję raz w miesiącu, co miesiąc. ☒ Continued on reverse

Relief Requested:
September 13-2022 pielęgniarka ASH " przyniosła mi tabletki na cholesterol - na zawroty głowy - przeciw bólowe - na heartburn, nie oddając mi innych tabletek od nadciśnienia krwi, LISINOPRIL 20 MG" O tych tabletkach nie pierwszy też raz " które są dla mnie najważniejsze do utrzymania mego ciśnienia w normie, bez nich dostaje wylewu krew do mó...

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Leszek Powelkowski    Y31510    9-25-22
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 10/6/22    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
Unable to substantively grievance issue as individual has written grievance in a language that the staff designated bilingual assistance is unable to translate grievance forwarded to Internal Affairs & Translator is unable to translate grievance written in English by the same for analysis with additional grievance also written. Pg for this individual. If otherwise than all grievances will written in English + or submit person. Recommend individual to re-write grievance in English + or submit 1st level for review as able to begin evaluation of grievance process. Recommend to counselor if able.

RECEIVED
JAN 11 2023

Print Counselor's Name    Counselor's Signature    Date Response

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response in the grievance officer.

EMERGENCY REVIEW    Date Received: _____

Is this determined to be of an emergency nature?
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

ADMINISTRATIVE REVIEW BOARD

Chief Administrative Officer's Signature _____    Date _____

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2006)

# RECEIVED
## OCT 2 4 2023
### ADMINISTRATIVE REVIEW BOARD

Assigned Grievance #(Institution)    Housing Unit    Bed #

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec    2nd Lvl rec

→ albo zawału serca. Gdy odebrałem moje tabletki, wręczyłem pielęgniarce "ASH" Request ze styeriami o te tabletki 9-13-22 i powiedziałem że poza tych styeriów jest styeier o moje tabletki od nadciśnienia krwi, pielęgniarka "ASH" zapewniła, gwarze że przy wydawaniu wieczornych leków dorgczy mi tabletki na moje nadciśnienie krwi. Każdy dzień rano i wieczorem dostaję tabletki i wyrasnzane przez pielęgniarkę, przeciw bólowe reumowe i cały rok". Tego dnia 9-13-22 nie dorgczono moich tabletek przeciw nadciśnieniu krwi. Potem 9-20-22 z sąsiedniej Celly chłopak o nazwisku "Kelly" zwrócił odemnie request w którym poprosiłem o dorgczenie moich tabletek a nadciśnienie "Kelly" dorgczył ten request pielęgniarce "Fitzgerdale" ale jej rak HCU. Dnia 9-23-22 pielęgniarka "ASH" przy wydawaniu wieczornych lekarstw przeciw bólowych, dorgczyła mi moje BABY SHAMPOO "który przepisał mi Doktor obiecała, że podałem pielęgniarkę "ASH" czy ma dla mnie tabletki, od nadciśnienia krwi, powiedziała mi nie ale nie zareagowała na nic. Wróciłem do mojej celi widziłem puste opakowanie po tabletkach od nadciśnienia, a także całe opakowania z tabletkami od cholesterolu od czasu bóu głowy od heartburn przeciw bólowe i moje celę zawaliłem puste na funkcie opakowaniem po nadciśnieniowych i brał tabletkach. Powiedziałem że powinienem je dostać naraz 9-13-22 bo co miesiąc tak je dostaję. Pielęgniarka zgwarzała chęć na nowym opakowaniu i powiedziała mi ze pozisda w farmacji ale mają zastopozę i mi dorgczy. Od dnia 9-24-22 pielęgniarka "ASH" dorgczyła mi wrzeszie zastopozę tabletki od nadciśnienia krwi, a także "IBUPROFEN 600 MG – ACETAMINOPHEN 500 MG przeciw bólowe których nie potrzebuję, bo dorgczyła mi je 9-13-22. Tak więc jak widać panie "JACKMAN" w farmacji nie jak się zamozia leki dla pacjitez. LAWRENCE C.C.: HCU, jesteśmy w dobrych rgkach jak sądzę wszyscy w HCU obioją a racze z-lowie. Bóż można się pomylić, ale nie na każdym razem gdy zrywiem request ze styeriami jest ten sam, problem, po kilka dni nie mogę zazyje leków bo ich nie dorgczono na czas, albo nie ze lekarstwa których potrzebuję. To świadczy o kapetacji prac roswisków HCU w LAWRENCE C.C. które mc leazy.

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 05/2020)

| RECEIVED LAWRENCE CC | RECEIVED LAWRENCE CC |
|---|---|
| Assigned Grievance #/Institution 10-22-042 | Housing Unit R-3-BL-8    Bed #:<br>LOW |

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

    2nd Lvl rec:

OCT 05 2022

    NOV 01 2022 GRIEVANCE
             GRIEVANCE

OFFICE
    OFFICE

| Date:<br>9-25-22 | Offender (please print):<br>Pawelkowski Leszek | ID#:<br>Y31510 | Race (optional)<br>WHITE |
|---|---|---|---|
| Present Facility:<br>LAWRENCE C.C. | | Facility where grievance issue occurred:<br>LAWRENCE C.C. | |

**Nature of grievance:**

☐ Personal Property Accommodation      ☐ Mail Handling      X Medical Treatment      ☐ ADA Disability

☐ Staff Conduct Sentence Credit      ☐ Dietary      ☐ HIPAA      ☐ Restoration of

☐ Transfer Denial by Facility      ☐ Other (specify):

**RECEIVED**

**OCT 2 4 2023**

**ADMINISTRATIVE REVIEW BOARD**

☐ disciplinary Report _____

_____
Date of report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the    Administrative Review Board

    **Grievance Officer,** only if the issue involves discipline at the present facility or    issue not resolved by      Counselor

    **Chief Administrative Officer,** only if **EMERGENCY grievance**

Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

My name is Leszek Pawelkowski, I was born on 02/02/1969 in Poland, I have never learned English, therefore I write this grievance in my language, that is in Polish. For a long time I have been receiving medicines for my various ailments, LISINOPRIL 20 MG for high blood pressure; ATORVASTATIN 20 MG for high cholesterol; MECLIZINE 25 MG for dizziness, OMEPRAZOLE DR 20 MG for stomach indigestion, "heartburn", and IBUOPROFEN 600 MG – ACETAMINOPHEN 500 MG for pain. I get these pills once a month for a month.

**Relief Requested:**                                                    X Continued on reverse

September 13, 2022, nurse "ASH" brought me tablets for cholesterol - for vertigo - painkillers - for heartburn, she did not deliver my blood pressure tablets, LISINOPRIL 20 MG. These have been forgotten, not for the first time, which are the most important for me to keep my blood pressure normal, so as not to get a brain hemorrhage->

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 9/25/2022 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)     Date Received: 10/6/22     ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**

Unable to substantiate grievance issue as individual has written grievance in a language the staff designated bilingual translator is unable to translate. Grievance forwarded to Internal Affairs for analysis with additional grievance written in English by the same individual. I.A. determined that all grievances were written by the same person. Recommend individual write grievance in English and re-submit to first level for review in order to expedite resolution of grievance issue. If assistance is needed please send written request to Housing Unit Counselor.

[signature]

10/19/22

| Print Counselor's Name | [signature] | |
| | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received:

Is this determined to be of an emergency nature:

□ Yes, expedite emergency grievance
□ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

RECEIVED
JAN 17 2023
ADMINISTRATIVE
REVIEW BOARD

_____
_____

Chief Administrative Officer's Signature                    Date
Page 1 of 2                                                            DOC 0046 (Rev.

Distribution: tester File; Offender
01/2020)

_____
_____

Assigned Grievance #/Institution: _____ Housing Unit_____

**RECEIVED**

Bed #

**OCT 2 4 2023**

**ADMINISTRATIVE REVIEW BOARD**

Illinois department of CORRECTIONS
**Offender's Grievance**

1st Lvl rec.

    2nd Lvl rec:

-> or heart attack. When I picked up my pills, on 9/23/2022, I handed nurse "ASH" a Request with stickers for these pills and I said that among these stickers there is a sticker for my high blood pressure pills. The "ASH" nurse assured me that she would give me pills for my high blood pressure when dispensing evening medicines. Every day in the morning and in the evening I get tablets dispensed by the nurse "for the pain of the arm and the whole hand". On this day, 9/13/2022, my pills for high blood pressure were not delivered. On 9/20/2022, a boy from the next cell named Kelly took a request from me asking for my high blood pressure pills to be delivered. "Kelly" gave this request to the nurse "Fitzgerdale" in person at "HCU". On 9/23/2022, the nurse "ASH" at the dispensing of evening painkillers gave me my "BABY SHAMPOO", which was prescribed by my ophthalmologist. I asked the ASH nurse if she had pills for high blood pressure pills for me, she told me she didn't because it was too early for them. I went back to my cell, took an empty packet of high blood pressure pills, and whole packets of cholesterol, vertigo, and heartburn pills, and painkillers, and told her to check the date on the empty packet of high blood pressure pills. I said I should get them together on 9/13/2022 because that's how I get them every month. The nurse checked the date on the empty package and told me she would check with the pharmacy to see if they had replacements and would deliver it to me. On 9/24/2022, the nurse "ASH" finally gave me replacement high blood pressure pills, as well as IBUPROFEN 600 MG – ACETAMINOPHEN 500 MG for pain that I don't need because she gave them to me on 9/13/2022. So as you can see Ms. JACKMAN in pharmacy knows how to order medicines for patients at LAWRENCE CC at HCU. We are in good hands, I believe, everyone at HCU is looking after our health. One can get it wrong once, but not every time I send a sticker request, it's the same problem, after a few days I can't take my medicine because it wasn't delivered on time or not the medicine I need. This proves the competence of HCU employees at LAWRENCE CC who treat us.

Distribution: Master File; Offender
01/2020)

Page 2 of 2

DOC 0046 (Rev.

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: PAWELKOWSKI, LESZEK

ID#: Y31510

Facility: LAWRENCE

10/18/23
Date

This is in response to your grievance received on <u>1-17-23</u>. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 9-25-22    Grievance Number: 10-22-042    Griev Loc: LAWRENCE

- ■ Medical Claims improper medical tx RE medication as of 9-23-22.
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied in accordance with DR504F, this is an administrative decision.
- ■ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☐ Other: _____

FOR THE BOARD: _____
Clayton Stephenson
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, LAWRENCE _____ Correctional Center
PAWELKOWSKI, LESZEK _____, ID# Y31510

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

FEB 14 2023

MAR 1 0 2023

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 1-02-2023 | Offender (please print): Leszek Pawełkowski | ID #: Y 31510 | Race (optional): |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: OFFICE LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ____ Facility where issued ____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance."

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

W dniu dzisiejszym czyli 1-02-2023, o godzinie 12°°pm udałem się do HCU hospital na wizytę z FNP-C Lukirg w sprawie kłopotów z moim gardłem October: 20. 2022 zostałem zawieziony do szpitala na zewnątrz "HENY" Miałem przeprowadzone dwa badania tego dnia, jedno ultra sąd mego gardła i drugie emmeraid Lewego ramienia. Od ponad dwuch lat walczę z bólem ramienia i gardła i ciągle nic nie jest zrobione by mnie z tego problemu wyleczono mam zrobiony już nie jeden test

[x] Continued on reverse

**Relief Requested:**

mojego ramienia i do dzisiejszego dnia nie widziałem się z lekarzem specjalistą wykwalifikowanym w tej dziedzinie No i tu jest problem jak mogę być leczony, gdy personel medyczny w Lawrence HCU hospital nie wykonuje poleceń przełożonych tj: pielęgniarka która odpowiedzialna była w dniu którym FNP-C-Lukirg zaleciła

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawełkowski | Y 31510 | 1-02-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 2/15/2023   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
A request has been sent to HCU on your behalf to schedule a time to utilize translation services. I am unable to translate this grievance would be happy to assist you with filling out a grievance in English. Per DON, you were seen by NP on 2/1/2023, nurse sick call on 1/27 and have had recent lab work and X-rays.

| W. Fujarwald | W. Fujarwald | 2/17/2023 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 9/19/22

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature   Date 9/19/22

Page 1 of 2

RECEIVED
OCT 02 2023
ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File, Offender                                              DOC 0046 (Rev 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

dla mnie apojtmet u Lekarza specjalisty, pielęgniarka miała dostarczyć
te papiery do zatwierdzenia, myślę że przez dyrektora HCU panią
Lorę Cunningham. Te badania miałem zrobione October 20-2022
October 25-2022 miałem rozmowę z FNP-C-Luking w tej sprawie i
FNP-C-Luking zapewniła mnie że papiery są podane do zatwier-
-enia dla mnie Lekarza specjalisty. Dzisiaj to jest: 1-02-2023 mam
kolejną rozmowę w HCU hospital z FNP-C-Luking w sprawie
mojego gardła dla czego nie są podjęte żadne następne kroki
w leczeniu ja mam straszne problemy z oddychaniem, przeważnie
podczas snu, swędzenie w środku gardła które nigdy nie ustaje, a
także kaszel suchy tak że nie mogę usiąść przy stole z innymi
więźniami, by porozmawiać zagrać w karty czy szachy, kaszel nie
daje mi na to kondycji. Po prostu więźniowie patrzą na mnie
tak jak bym trędowaty, czy miał koronę 19, wszyscy odcho-
dzą od stołu przy którym ja usiądę. No i FNP-C-Luking powiedz-
-iła mi dzisiaj że czekamy na datę wizyta u specjalisty od gardła
to miałem przeprowadzone:12-19-2022 w # szpitalu w szampen
badanie bajapsy gardła na potwierdzenie czy nie mam czasami
nowotworu gardła, badanie wróciło, że szpitala i FNP-C-Luking
przysłała dla mnie December - 27-2022 informacyj (NO Cancer)
Teraz czekam na Lekarza specjalistę by stwierdził co jest nie
tak jak jest nie Cancer - to co jest nie tak?. Więc znów odbiegłem od
tematu FNP-C-Luking przewraca moje akta 1-2-2023 no i
pytam się a co z moim ramieniem: co dziennie dwa razy
rano i wieczorem od ponad dwóch lat biorę Leki na uśmierzenie
bolu "Tegretol - Carbenagapine 200 MG tab "urywam", Pain Relieving
Cream" i ból nie ustaje, nie mogę podjąć żadnej pracy, bo nie
mogę podnieść do góry ręki całe ramie jest martwe i w dłoni
i palcach lewej ręki mam authraitian - reomatyzm. FNP-C-Luking
wzięła papiery z moim ramieniem i stwierdziła że nie jest za-
znaczone na kartce z emoraid że było podane do zatwierdzenia -
któraś z pielęgniarek nie dała tych papierów do podpisu
więc od ostatniej mojej rozmowy z FNP-C-Luking October 25-2022
upłynęło już ponad trzy miesiące i nikt z personelu dla którego FNP-
-C-Luking zleciła te polecenie nikt go nie wykonał. W tym samym
dniu gardło i ramie, gardło mam bajapsy test zrobiony a na
ramie, będę musiał czekać i płakać z bólu kolejne trzy mie-
-siące a może dłużej. Widzę z celi mego okna jak pielęgniarki co dzien-
-nie mają czas na pysiek i wypalenie papierosa, za budynek admini-
tracji, co zajmuje im 20 minut za każdym pysiem trzy razy dziennie
To zajmuje godzinę dziennie 7 razy w tygodniu, więc siedam godzin czasu
który powinien być by wykorzystany jako czas pracy jest marnowany dla
pielęgniarek przyjemności. My czyli pacjaci HCU hospital poświęcamy nasze
mnirne życie w ręce, dla których nie można ufać, jak można ufać
osobie która nie dopełnia obowiązków jej poleconych. Jak można
nie mieć 2 minut na zawieszenie z jednego pokoju do drugiego
papierów do zatwierdzenia, a mieć czas na papierosa? Takie to
postępowanie jest na co dzień przez pielęgniarki stosowane nie zale-
ają się do powierzonych dla nich obowiązków, Leki są doręczone późno
w nocy czyli po 22", baterie do aparatów sluchowych nie są dostarcz-
one na budynek itp - itd. Jak można być zdrowym w takich rękach. Co

Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration  of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today, that is on 1/02/2022, at 12:10 pm, I went to the HCU hospital with FNP-C LUKING to a doctor's appointment about my throat problems. On October 20, 2022 I was transported to the hospital outside, MENY. I had two tests done that day; one - ultrasound of my throat and the other - emmoraid of the left arm. I have been dealing with shoulder and throat pain for over two years and still nothing is being done to cure me of this problem. I have had many tests done

X Continued on reverse

**Relief Requested:**

on my arm and to this day I have not seen a specialist in this field. And here's the problem: how can I be treated when medical staff at the Lawrence HCU hospital do not follow orders from superiors: the nurse who was in charge on the day FNP-C LUKING ordered

X Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

□ Check if this is NOT an emergency grievance.

| | | |
|---|---|---|
| Leszek Pawelkowski | Y31510 | 1/02/2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 2/15/23    □ Send directly to Grievance Officer

□ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**

A request has been sent to HCU on your behalf to schedule a time to utilize translation services. I am unable to translate this grievance. I would be happy to assist you with filling out a grievance in English. Per DON, you were seen by NP on 2/1/2003, nurse sick call on [illegible] and has had recent lab work and X rays.

[signature]                                    [signature]

2/17/2023

Print Counselor's Name                    Sign Counselor's Name                    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received:

Is this determined to be of an emergency nature:

□ Yes, expedite emergency grievance

| Assigned Grievance #/Institution 02-23-051 | RECEIVED<br>LAWRENCE CC<br>Housing Unit R-4-BL-08<br>LOW | Bed #: |

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

2nd Lvl rec:

FEB 14 2023

MAR 10 2023 GRIEVANCE

GRIEVANCE

OFFICE

OFFICE

| Date:<br>1-02-2023 | Offender (please print):<br>Pawelkowski Leszek | ID#:<br>Y31510 | Race (optional)<br>WHITE |
| --- | --- | --- | --- |
| Present Facility:<br>LAWRENCE C.C. | | Facility where grievance issue occurred:<br>LAWRENCE C.C. | |

**Nature of grievance:**

□ Personal Property          □ Mail Handling          X Medical Treatment          □ ADA Disability
Accommodation

□ Staff Conduct          □ Dietary          □ HIPAA          □ Restoration of
Sentence Credit

□ Transfer Denial by Facility   □ Other (specify):          **RECEIVED**

_____          OCT 0 2 2023

□ disciplinary Report _____          ADMINISTRATIVE
                                                     REVIEW BOARD
_____
                    Date of report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the
protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.)
and place in the designated locked receptacle marked "grievance":**

          **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review
by the   Administrative Review Board

          **Grievance Officer,** only if the issue involves discipline at the present facility or   issue not
resolved by     Counselor

          **Chief Administrative Officer,** only if **EMERGENCY grievance**

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____

_____    Chief Administrative Officer's Signature     Date
Distribution: tester File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

_____

_____

Assigned Grievance #/Institution: _____ Housing Unit_____ Bed #

_____

### ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1ˢᵗ Lvl rec.
    2ⁿᵈ Lvl rec:

The soap that FNP-C Luking ordered for me on December 24, 2022 I received on 4/1/2023. I started using it for bathing, washing my hands in the cell as well as: "Therapeutic T+ Plus – Coal Tar 0.5% Gel Dandruff Shampoo; this shampoo controls symptoms of: Psoriasis, dandruff, seborrheic dermatitis. Provides long-lasting relief from flaking and itching. I don't use any other soaps or shampoos. So I returned to my routine of everyday life. Breakfast at 4:30 am, I take milk and have my morning coffee with milk as I like, I have been doing it for years. I started buying back at the store Chalapeno Cheese, which I also used on a daily basis. And again, after a few days of drinking coffee with milk, eating cereal with milk a few times, the same problem starts again: my whole body itches unbearably. So I ask the question, what about this blood test, was my blood switched with someone else's, was the person doing the test still indisposed after the weekend, or was my blood expired? What's going on here, three years at LAWRENCE C.C. I'm trying to figure out what causes allergy in my body, what kills me every day, and I can't find out. I have a question for the director, Ms. Laura Cunningham, will this test ever be performed, will your hand sign this, because everyone says that my health depends only on your signature. So my question is if I will wait for this professional allergy test or not. Perhaps when Mrs. Cunningham reads this grievance she'll have that one good day and I'll finally get it. Thank you.

Distribution: Master File; Offender     Page 2 of 2     DOC 0046 (Rev. 01/2020)

**RECEIVED**
OCT 0 2 2023
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 1-30-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y 31510 | Race (optional): CAUCASIAN |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: OFFICE LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

To: Dyrektor „Lorie Cuningham". Jak dobrze pamiętam problem z moją alergią mam od 2010 roku czy lat 2011 go zaczoł się w Cook county chicago Illinois i trwa do dziś dzień. Grudzień: 7-2022 pielęgniarka w HCU pobrała z mojej ręki krew do badania 8:30 am. Zapytałem grzecznie do czego ona pobiera moją krew odparła że FNP-C. Luking zarządziła badanie na alergię czy jestem uczulony na mleko i produkty z mlekiem związ- -ane Grudzień: 24-2022 FNP-C. Luking wezwała mnie do HCU

[x] Continued on reverse

**Relief Requested:**

Odbyliśmy rozmowe iż test czyli badanie krwi na alergie że jestem uczulony na mleko wykazał negatywny skutek. Ucieszyłem się bardzo bo lubię mleko i chęci, FNP-C Luking w ten sam dzień zamówiła dla mnie kolejny test na alergie na co na prawde jestem uczulony Zamówiła mi także mydło: Dove na Sensitive skin.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance

| Leszek Pawelkowski | Y31510 | 1-30-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 2/7/2023 [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: I am unable to translate this grievance. I am more than happy to help you write a grievance so that I may assist you with resolving any difficulties you may be having.

| T. Hipnald | Print Counselor's Name | S. Hipnald cell | Sign Counselor's Name | 2/9/2023 Date |
|---|---|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received 9/192

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance

[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____ 9/192 Date

RECEIVED

OCT 0 2 2023

ADMINISTRATIVE REVIEW BOARD

Distribution: Master File, Offender Page 1 of 2 DOC 0046 (Rev. 01/2020)

6

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Mydło które FNP C Luking zamówiła mi 24 Grudnia 2022, otrzymałem 4-1-2023. Zacząłem go używać do kąpieli mycia rąk w celi i "Therapeutic T+Plus - Coal Tar 0.5% Gel Dandruff Shampoo, ten Szampon kontroluje Symptoms of: Psoriasis Dandruff Seborrheic Dermatitis Provides Long-Lasting Relief from Flaking and itching. Nie używam innych mydeł czy szamponi. Tak więc powróciłem do mojej rutyny życia codziennego, 4³⁰ am śniadanie biorę mleko i robię tak jak lubię poranna kawę z mlekiem, robię to od lat. Zacząłem w sklepie spożywczym kupować Chalapeño Chcee który także używałem na co dzień. No i tu znów po kilku dniach picia kawy z mlekiem zjedzenia kilku syroó z mlekiem zaczyna się spowrotem ten sam problem, moje całe ciało swędzi nie do wytrzymania. Więc zadaję pytanie co z tym testem krwi, czy może podmieniono moją krew z czyjaś, czy ten kto przeprowadzał ten test był po tygodniu jeszcze nie dysponowany, a może moja krew jest przeterminowana? Co się tu dzieje, od trzech lat potyka w LAWRENCE C.C. próbuję dowiedzieć się co powoduje alergię w moim ciele, co mnie zabija każdego dnia i nie mogę się dowiedzieć. Mam pytanie do pani dyrektor Ms Laury Cunningham czy kiedy kolwiek ten test będzie wykonany, czy pani ręka złoży ten podpis, bo wszyscy mówia że to tylko od pani podpisu zależy moje zdrowie. Więc moje pytanie brzmi czy się doczekam tego profesjonalnego badania na alergię, czy też nie, może gdy będzie pani Colimgham czytać ten grivins będzie miała pani ten jeden dobry dzień i się doczekam w końcu. Dziękuję

Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

To: Director "Lorie Culinngham". As far as I remember, I have had a problem with my allergy since 2010 or 2011. It began in Cook County Chicago Illinois and continues to this day. December 7, 2022, at 8:00 am, a nurse at HCU took blood from my hand for testing. I politely asked what she was taking my blood for, and she replied that FNP-C Luking ordered allergy tests to see if I was allergic to milk and milk-related products. December 24, 2022. FNP-C Luking called me to HCU.

X Continued on reverse

**Relief Requested:**
We talked about the fact that the test, i.e. the blood test for allergy checking if I am allergic to milk, showed a negative result. I was very happy because I like milk and cheese. On the same day, FNP-C Luking ordered another allergy test for me, to which I am really allergic. She also ordered the soap Dove for sensitive skin for me.

X Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 1/30/2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: 2/7/23   ☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**
I am unable to translate this grievance. I am more than happy to help you with a guidance so that I may assist you with resolving any difficulties you may be having.

| [signature] | [signature] | |
| 2/9/2023 | | |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received:

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

**RECEIVED**

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

| LAWRENCE CC | LAWRENCE CC | |
|---|---|---|
| Assigned Grievance #/Institution 02-23-015 | Housing Unit R-4-BL-8 LOW | Bed #: |

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

2nd Lvl rec:

FEB 06 2023

FEB 14 2023 GRIEVANCE
GRIEVANCE

OFFICE
OFFICE

| Date: 1-30-2023 | Offender (please print): Pawelkowski Leszek | ID#: Y31510 | Race (optional) WHITE |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

□ Personal Property Accommodation          □ Mail Handling          X Medical Treatment          □ ADA Disability

□ Staff Conduct Sentence Credit          □ Dietary          □ HIPAA          □ Restoration of

□ Transfer Denial by Facility   □ Other (specify):

_____

□ disciplinary Report _____

_____
                    Date of report                              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the  Administrative Review Board

**Grievance Officer,** only if the issue involves discipline at the present facility or   issue not resolved by     Counselor

**Chief Administrative Officer,** only if EMERGENCY grievance

_____

Distribution: tester File; Offender
01/2020)

Chief Administrative Officer's Signature
Page 1 of 2

Date
DOC 0046 (Rev.

_____

Assigned Grievance #/Institution: _____ Housing Unit_____ Bed #
_____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1ˢᵗ Lvl rec.

2ⁿᵈ Lvl rec:

-> serve. This day, on January 14, 2023, after eating dinner, I wrote down on a white piece of paper the name of my new diet, i.e.: NAS-LC/LF – LCS, so that they would be sure in the canteen window what I should receive. Also because I don't speak "clear English language" so they don't say they don't understand me. The next day, January 15, 2023, at 11:30 am, I went to the canteen to eat my lunch and here, as usual, the problem with my new diet begins. I showed supervisor "Spade" my ID, he looked over the piece of paper and replied that my name was not on his list. I asked who the executor of this list of nutritionists is, and he told me "Manager Kohn". Supervisor Spade then asked me the name of the diet I should get, and I showed him a piece of paper with the name of the diet written on it, which was: NAS-LC/LF-LCS. Spade turned to the prisoner who was standing behind him and told him to serve me the same food they serve for all inmates who are in good health, only in a styrofoam container for the diet. Next to me was another inmate waiting for his diet which is "Kosher", Valdez Jordan - B29482 and he heard everything, he looked at me and I told supervisor Spade I don't want this food and walked away from the window hungry, I didn't receive any food. The next day, January 16, 2023, same problem: I show my ID and a card with the name of my diet in the window, and I get a Styrofoam container with "Extra Vegan". I say it's not my diet, the supervisor says it's the same as mine, so I ask what's going on with my diet. "I don't have your name on my diet list." Since i started getting my new diet again same problem everyday: I am not getting my diet. January 28, 2023, officer "Greentree" called the kitchen asking why Pawelkowski had not been given his allowance; he was told that in the regular container is the same food as diet. January 29, 2023, dinner at 11:00 am, I get a regular "meat ball" diet, I took one in my mouth, this meat ball is so salty, like I put a spoonful of salt in my mouth. I call officer "Matchell", asking him to call the kitchen to ask about my diet. I showed him the name of my diet, he called and the boy who was delivering lunch came to my cell and said that they were preparing my diet in the kitchen. It's 4:00 pm and I haven't had lunch, I'm hungry again. So I'm asking what's going on here, "Mr. manager Kohn", are you controlling my blood pressure and high cholesterol? Why don't you follow the doctors' orders, do you know better what I should eat, or maybe it's you who doesn't read and write in English? I hope this issue will be resolved positively on your part. Thank you in advance for a positive solution to my problem.,

**RECEIVED**

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 1-30-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | |
|---|---|---|---|

1st Lvl rec: _B 0 6 2023_   2nd Lvl rec: _FEB 1 4 2023_

Housing Unit: R-4-B1-4

| Present Facility: LAWRENCE C.C. | Facility where grievance issue occurred: LAWRENCE C.C. |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Problem z moim gardłem i wzrokiem zaczoł się ody to 12-10-2020 zosta-
-łem zarażony przez staf pracujący w Lawrence Correctional Center korona
19. Po upływie kilku tygodni od zarażenia się zaczołem mieć poważne
kłopoty z odkrztuszaniem powietrze pol cas, stau Bookiet sie w nocy
nie mogge słapać oddechu czujac w gardle tak jak był pełkaniu
piłeczki od ping-ponga, która utkwiła mi w gardle. To samo z moim
wzrokiem z każdym tygodniem jest coraz gozej, moje oczy powoli

[x] Continued on reverse

**Relief Requested:**

co ty cras słabke tak jak był się pogoji. Tak do tej pory nie
otrzymałem ze strony Lawrence C.C. ZICH profesjonalny pomocy
w sprawie gardła. Otrzymałem od okulisty okulary do czytania.
które to używam rewnież do oglądania telewizora, oraz nigdy
nie wiadłem takiego problemu pixd zarazeniem się korona 19

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 1-30-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 2/7/2023   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**
I am unable to translate this grievance. I am more than happy to
help you write a grievance so that I may assist you with
resolving any difficulties you may be having.

| Fitzgerald | Fitzgerald CCII | 2/9/2023 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 9/19/23

Is this determined to be of an emergency nature?
[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____   9/19/23
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

RECEIVED
OCT 0 2 2023
ADMINISTRATIVE
REVIEW BOARD

Assigned Grievance #/Institution: _____          Housing Unit: _____

1st Lvl rec: _____
ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**
2nd Lvl rec: _____

zawsze oglądałam telewizor z daleka siedząc lub leżąc na łóżku, a teraz
muszę siedzieć przy samym ekranie w okularach do czytania. Może
ktoś mi wytłumaczy co się dzieje z moim wzrokiem.
Październik: 20-2022 zostałem w końcu zawieziony do szpitala
"CARLE HOSPITAL-ONEY" w którym to zostało przeprowadzone na moim
gardle badanie ultra sound. Październik: 25-2022-FNP-C-Luking
przeprowadziła ze mną rozmowę w HCU na temat badania ultra sund
którego wynik otrzymała ze szpitala w którym ta przeprowadzone to
badanie. Zapewniła mnie że jest bardzo źle z moim gardłem że
podejrzewają nowotwór. Zapewniła mnie że wystają o przeprowadzenie
mi kolejnego badania czyli "BIOPSY" by się upewnić co mam w
gardle że mnie cały czas drapie w środku, dusi w nocy i prawie
ciągle suchy kaszel, a gdy odkaszluję mam suchą flegmę
tak jak bym wypluwał suche kawałki drewna a nie flegmę.
Od zarażenia się upłynęło już ponad dwa lata i już z 15
razy przestałem w ogóle rozmawiać tracąc głos na 2-3 dni nie
mogąc wydobyć z siebie nawet pojedynczego słowa. Grudzień →
19-2022- Ponownie zostałem zawieziony tym razem do szpitala
w "CHAMPAIGN" gdzie lekarz przeprowadził badanie "Biopsy" gardła.
Grudzień: 27-2022 - FNP-C Lukino przystała mi na R-4-B1-08
"CONFIDENTIAL" List w którym to po otwarciu znalazłem żółtą kartkę
papieru z następującą treścią i podpisem FNP-C Lukino: treść:
"Left thyroid Nodule + Right thyroid
Nodule biopsies — Both
Benign (No Cancer) Luking FNP-C
Przyglądałem się tej żółtej kartce papieru przez 10 minut i nic
nie mogłem zrozumieć, bo nie czytam, ani nie piszę po →
angielsku, tylko z drobinę mówię łamaną angielszczyzną
większość ludzi z którymi próbuje nawiązać rozmowę nie
rozumie co mówię, może też dla tego że nie mam zębów
tyle razy będąc w HCU rozmawiając z FNP-C-Luking czy też
pielęgniarką Wise pytam dla czego nie używają elektroniczne-
go tłumacza, tak jak to robią w szpitalu na zewnątrz gdy
chcą ze mną rozmawiać, FNP-C-Luking mówi że tu nie
mają takiego tłumacza, więc pytam się jak ci którzy próbują
mnie tu leczyć rozumieją moje problemy, gdy ja nie mówię
dobrze po angielsku i nie mogę wytłumaczyć co mi dolega co
boli, bo brakuje mi słów po angielsku i nie umiem się wy-
wiedzieć. Więc niech mi ktoś to wytłumaczy o co tu w ogóle
chodzi w jaką grę się tu gra. Schowałem kopertę od FNP-C
Luking, wziąłem request i poszedłem do kolegi by mi
napisał do HCU dokładnie do FNP-C-Luking by mnie
wezwała na rozmowę do HCU i wytłumaczyła mi co
jest tu napisane o co chodzi co mi dolega. Request
został napisany tego samego dnia Grudzień: 27-2022
i o 8:00 pm pani Simpson przy wydawaniu wieczornych leków
wzięła odemnie ten request, do dzisiaj czyli January 30
2023 nikt mnie nie wezwał nikt mi nie wytłumaczył co
jest z moim gardłem dla czego się dusze, nie dostałem jeszcze
żadnej odpowiedzi nikt nie raczy wytłumaczyć czy mam
kancer - czy też nie całymi dniami i nocami myślę nie

1 OF 3

| RECEIVED<br>LAWRENCE CC<br>Assigned Grievance #/Institution 02-23-013 | RECEIVED<br>LAWRENCE CC<br>Housing Unit R-4-BL-8<br>LOW | Bed #: |
|---|---|---|

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

    2nd Lvl rec:

FEB 06 2023

    FEB 14 2023 GRIEVANCE

               GRIEVANCE

OFFICE

    OFFICE

| Date:<br>1-30-2023 | Offender (please print):<br>Pawelkowski Leszek | ID#:<br>Y31510 | Race (optional)<br>WHITE |
|---|---|---|---|
| Present Facility:<br>LAWRENCE C.C. | | Facility where grievance issue occurred:<br>LAWRENCE C.C. | |

**Nature of grievance:**

☐ Personal Property Accommodation     ☐ Mail Handling     X Medical Treatment     ☐ ADA Disability

☐ Staff Conduct Sentence Credit     ☐ Dietary     ☐ HIPAA     ☐ Restoration of

☐ Transfer Denial by Facility    ☐ Other (specify):

_____

☐ disciplinary Report _____

_____

              Date of report                     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

       **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the  Administrative Review Board

       **Grievance Officer**, only if the issue involves discipline at the present facility or   issue not resolved by     Counselor

       **Chief Administrative Officer**, only if EMERGENCY grievance

**RECEIVED**

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration  of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

The problem with my throat and eyesight started when on 12/10/2020 I was infected by "staff" working at the Lawrence Correctional Center with coronavirus 19. Within a few weeks of being infected, I began to have severe breathing difficulties, mostly while sleeping. I would wake up in the night gasping for breath, feeling in my throat like I had swallowed a ping-pong ball stuck in my throat. The same with my eyesight, it's getting worse every week, my eyes and eyelids

X Continued on reverse

**Relief Requested:**

are still itchy, as if I burned myself. So far, I have not received professional help from the Lawrence C.C. HCU regarding my throat. I received reading glasses from the ophthalmologist, which I also use to watch TV. I never had a problem like this before getting corona 19.

X Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| | | |
|---|---|---|
| Leszek Pawelkowski | Y31510 | 1/30/2023 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**    Date Received: 2/7/23   ☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**

I am unable to translate this grievance. I am more than happy to help you with a guidance so that I may assist you with resolving any difficulties you may be having.

[signature]                                   [signature]

  2/9/2023

| | | |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received:

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

slip for over three weeks now, I have sent two requests that I need money vouchers and request slips, and no result. The Counselor has just been to the day room and I asked if she could pass it to me, so she looked from me to Officer Greentree and didn't understand; until the officer explained to the Counselor what I needed. How long will I be ignored by the Lawrence CC staff who work here: be they police officers, HCU hospital staff and others? I would like to see all those who cannot understand me in my country, which is Poland, how would they feel, in a hospital, in a restaurant, at an airport or in a hotel, if English was not spoken in my country; what faces would they have, where would they look for help. I don't have a phone with internet, there is no translator on my tablet. I have a question to the WARDEN – MS. DEE DEE BROOKHART: Will this problem ever be solved in this prison. Maybe you'll look into this and solve this problem. I make copies of all the grievances I write.

Distribution: Master File; Offender 01/2020)

Page 2 of 2

DOC 0046 (Rev.

3 OF 3

Assigned Grievance #/Institution: _____ Housing Unit_____ Bed #

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

2nd Lvl rec:

harm, and besides, for the last few days I have only eaten cereals, because I cannot look at food, I have no appetite, I do not know if it is from fear of a stroke or a heart attack that these thoughts haunt me. Monday: 02/20/2023, I feel bad, no desire to do anything, no playing cards, no watching TV, music from the tablet annoys me, I don't feel like doing anything, I feel bad all day. 02/21/2023, the same feeling, I'm weak all day, nurse BAKER came into the building this morning, we talked about my tuberculosis, she was very surprised that no one had treated my tuberculosis yet, and I'm at Lawrence C.C. over three years. 02/22/2023, at 5:00 am I'm going to donate blood for a cholesterol test. 02/23/2023, still no improvement in my health. I feel bad, I sweat, I choke, I can't speak, all the time I feel pain in my chest, in my throat, I'm choking, there is darkness in front of my eyes and so far, since 02/14/2023, no one has called me to the HCU hospital to examine me, to check what was wrong with me. 02/24/2023, in the morning at 8:00 am I went to the yard, at 9:20 am the Director of HCU hospital Ms. Lorie Cunningham left the R-4 building. I went to the net and asked the director if she knew who I was. She looked at me and says yes, Mr. Pawelkowski. Yes, I replied. I told Mrs. Lorie Cunningham the whole course of my ailments for the throat; what problems I have had since I contracted the corona 19 from one of the police officers on 12/15/2020; what are the effects now, how hypertension jumps, sometimes I have 180, sometimes 170, 140, 130, 110; about losing my eyesight and hearing. I said it's not FNP-C Luking or

_____

_____
Distribution: tester File; Offender 01/2020)

Chief Administrative Officer's Signature
Page 1 of 2

Date
DOC 0046 (Rev.

_____

_____

4 OF 4

Assigned Grievance #/Institution: _____ Housing Unit_____Bed #

_____

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

1ˢᵗ Lvl rec.

2ⁿᵈ Lvl rec:

Date:
03-03

I can't communicate because I don't know enough words in English, I've never learned this language. I speak broken English, neither read nor write in English. I have "Cambridge Learner's Dictionary Polish-English", but I don't remember anything from what I learn in two days. Another problem with progressively more severe memory loss since I got corona 19 from a police officer. While talking to FNP-C Luking, I asked how much she understood what I was saying to her - she replied that what she did not understand, she guessed what I meant. So it looks like a blind man driving a car. That's the problem we have here, it's not just me, because there are a lot of Latinos and prisoners of other nationalities here who don't speak the local language. So I came to Lawrence C.C. on 9/9/2019 and since then I have not had any translator here: either electronic or by phone, the so-called 3-WAY, or someone speaking my language, i.e. Polish. I was called to school 5 times. The teacher couldn't conduct the test because it was written in English, he sent me to the school headmaster Ms. Shmit, she also told me that they don't have tests in Polish and I was left alone because it was the best way out of the situation for the school staff, to get rid of the problem, and there's no trouble, why bother with the internet or an electronic translator. No more calling Pawelkowski and the problem solved. I'm going to the Low Library, I'm asking Ms. Burth for help because I don't speak English, I don't write, I don't read, and I need a lawyer - she told me that they don't look for lawyers for prisoners. You have a family, let them help you. You have a family, let them help you. My family is in Poland, I replied, and the conversation ended there. Now we have Ms. Marshall. Ms. Marshall has posted notices on poles in the Low Library saying that if you need help in a foreign language, you have to ask. And I'm asking, because I know Marshall doesn't speak a word of Polish, will she use her cell phone to call one of her Polish-speaking College friends and use "FACE-TIME" for me so we can communicate. None of the policemen understand what I am saying to them, only the prisoners who know me explain what I mean. Ms. Counselor told me she went on special training to help us prisoners, but how is she supposed to help me when she doesn't understand what I'm saying to her, because there was no Polish language during the training. I have been asking for a request

# RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

NP Wise that determines my treatment because they tell me they're doing everything they can to help me, but it's Director Lorie Cunningham who has to approve my treatment. It's depends on her signature if I will be treated or not. Ms. Cunningham listened to me, wrote down my name and ID number, and asked if I had seen a throat doctor. I said I just had a biopsy done at the hospital on 12/19/2022 and the test came back with the result saying there is no throat cancer. She said she would send me for further tests, an inmate named Vega was listening in on the conversation. When the director left, he told me that now everything will start moving, I replied to Vega: same as with my arm: nothing has been done about the arm for more than two years, and yet I had emmoraid done twice and it showed that it was bad, and I have been saying for over two years that I cannot lift left arm up, or hold the cup in the fingers of the left hand. I hope that this time the director will show a bit of professionalism and push my treatment, she will approve a doctor for me who will take care of the treatment.. I'm fifty-four and I don't want to die as young as my father. We haven't had a doctor at Lawrence C.C. for over two years, and nurses decide about my health and treatment. So many times I ask a nurse and FNP-C Luking for an electronic translator, they never use it, and I know that they have one at the HCU hospital; prisoner Kelly worked 4.5 years in the hospital and told me he saw it. I am asking why it is not used when

RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

1st Lvl rec _____ ILLINOIS DEPARTMENT OF CORRECTIONS 2nd Lvl rec _____

**Offender's Grievance**

| Date: 03-10-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIALY |
|---|---|---|---|

| Present Facility: OFFICE | Facility where grievance issue occurred: |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
  **Chief Administrative Officer,** only if EMERGENCY grievance
  **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-16-2022 wysłałem request do Medical Records Supervisor że potszebuje kopie mojego całego medycznego rekordu. Czekałem do 02-15-2023 i wysłałem następny request ___ wraz z money voucher do medical records. 03-08-2023 poszedłem do HCU hospital wezwała mnie NP-Lukine w sprawie mojego allergy testu, który miał się odbyć w Urbana hospital 03-03-2023. NP Lukine była bardzo zdziwiona że Dr.Zech, John R, MD nie przeprowadził testu, że na darmo jeździłem

[x] Continued on reverse

**Relief Requested:**

taki kawał drogi, marnując czas i pieniądze podatników. Przy okazji poprosiłem NP Lukine czy może zapytać o mój medical record i po chwili do pokoju w którym miałem rozmowe z NP Lukine przyniesiono mi kopie z moim recordem. Porozmawiałem chwile jeszcze z Lukine NP i wróciłem na mój budynek R-4

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 03-10-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 5/16/23   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Please see attached memo with counselor's response.

| Thijanaaid | Thijanaaid Cott | 5/16/2023 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is **your responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 9/19/23

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ 9/19/23
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender                Page 1 of 2                DOC 0046 (Rev. 01/2020)

RECEIVED
OCT 02 2023
ADMINISTRATIVE
REVIEW BOARD

Wyszedłem na day room i poprosiłem, Dr. Terry Bratcher Ph.D. Theoretical Wish energy Ph Ysicist, Theoretical Cosomolisist, by ten przetłumaczył dla mnie co jest w tym teście napisane. Powiedział mi że miałem przeprowadzone pięć testów, odpowiedziałem że tak. Feb-14-2022 – MRI – Brain & neck
Sept-07-2022 – Ct scan on head & neck
Dec6 – 06-2022 – MRI – Orbit Without Contrast
Dec6-19-2022 – Left Thyroid Nodule # 1
Wytłumaczył że mam zatkaną 40-50 % artriy czyli żyłę tętniczą Wis Ligh B.P. Wystraszyłem się bo, Terry również mi powiedział że w każdej chwili mogę dostać ataku serca, lub wylew krwi do mózgu. Nie spałem całą noc dla tego, że bałem się zasnąć że mogę mieć atak serca, bo mam ciągle ból w klatce piersiowej, w tej nocy z lewej strony mojej klatki piersiowej ból był nie do wytrzymania. Wytłumaczył dla mnie że te problemy z nadciśnieniem krwi są właśnie tego powodem i zawroty, bóle głowy, ciągłe przemęczenie, poceniu się, brak oddechu, ciemno w oczach i to że widzę rozmazane obrazy w telewizor że muszę oglądać telewizor w okularach do czytania. Powiedział że moja krew nie ma 100% wege obiegu i że mam nie dotleniony mózg że nie mogę dla tego utrzymać rekonwagi ciała. Tak więc doktor nie wystąpił o mój medykal rekord, nigdy bym się o tym nie dowiedział. NP Wise nigdy mnie nie wezwała, nigdy nie skonsultowała tego testu, nic powiedziała mi co mi dolega, co jest źle z moim zdrowiem, trzyma się wszystko w tajemnicy przedemną, nie pyta się nie musi wiedzieć, nie umie czytać ani pisać po angielsku tylko trochę rozumie i coś nie coś mówi. Nie musimy wydawać na nie legalnego enugranta pieniędzy, a za oszczędzone pieniądze na Pawełkowskim na konec roku pani dyrektor Lorie Cunningham otrzyma bonus do kieszeni za tych co nie umieją się porozumieć z personelem HCU hospital, to pani dyrektor nie pozwala korzystać z elektronicznego tłumacza. Tak jest ze wszystkim chorobami na które choruję żadna z moich chorób nie jest leczona, tak jest to w moim przypadku ignorowany na każdym kroku. Z tego co wywnioskowałem to co mi Terry powiedział nie mam żadnych praw w Lawrence C.C. HCU hospital to w rękach takich ludzi jak Wise NP, NP Lukiwa i pani dyrektor Lorie Cunningham mój los zależy to ci ludzie decydują czy mam żyć, czy umrzeć, to od chumoru tych ludzi zależy czy pieniądze z budżetu państwa zostaną wydane na pana Pawełkowskiego leczenie, czy zaoszczędzone. Nigdy w moim życiu nie czułem się tak upokorzony, tak poniżony i to przez ludzi którzy przysięgali, na Hipokratesa że będą nieśli pomoc medyczną w każdej chwili, każdym przypadku, wykonu nie odmówią pomocy medycznej. Jak mam teraz ufać tym ludziom którzy trzymają w ścisłej tajemnicy przedemną wyniki tych testów co jeszcze ukrywają przedemną. Nie otrzymałem całego rekordu, zastanawiam się co jeszcze mogę odkryć gdy otrzymam kompletny rekord. Zastanawia mnie jak ci ludzie mogą pełnić tak odpowiedzialne funkcje?

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

Dają mi spokuju, nie pokazują tego nikomu z więźniów by nie
mówili że mam nowotwór. Styczeń: 2-2023 poszedłem do
HCU - wymienić baterie w aparacie słuchowym i dałem pielęgniarce
Fitzgerald request do FNP-C Lukina, że boli mnie gardło ze nie
mogę odłykać. Fitzgerald zmierzyła mi ciśnienie która zmie-
rzyła z palca oxygen i powiedziała ze za kilka dni mnie wezwą.
wróciłem do celi, czekałem następne 20 dni czyli, od 2 go
Stycznia do 22 i napisałem kolejny request. Styczeń 27 2023
MBS "K" przyszła na budynek R-4-BL i przeprowadziła ze mną
rozmowę w sprawie mego requestu z problemem odłykania bólu w
klatce piersiowej, to był piątek ja nie mogłem wydobyć z siebie
prawie ze słowa. Wytłumaczyłem dla niej na tyle ile mogłem ona
zapewniła mnie że postara się umówić wizytę z FNP-C Lukiną
boja pod warzeniem jak przejrzała moje akta choroby gardła i że
jeszcze nikt się tym nie zajął tak jak należy. Mówiąc nie
nie raz rozmowę z pielęgniarka. Wise z FNP-C Lukiną w HCU
zawsze mnie pocieszały że one z ich strony robią wszystko co
w ich mocy by mi pomóc. lecz nie mają wpływu na to
co one dla innie próbują załatwić, to "Pani Dyrektor
Lorie Cunningham" musi zatwierdzić i tu zaczynają się schody.
To Cunningham decyduje kto ma żyć a kto może się przekręcić
tu jest klucz i sedno całej polityki, jedną ręka decyduje o
życiu w LAWRENCE CORRECTIONAL CENTER, jeden podpis.
Ciekawy jestem ile z tych którzy zmarli na koronę w HCU hospital
mieli starsze przyczyna gdyby mieli profesjonalną opiekę, z tego co
widzę i co ludzie mówią my takiej opieki która się nam
należy nie mamy. Czy też dowiem się, co mi dolega z
moim gardłem i dla czego tak szybko tracę wzrok, czy
ktoś z odpowiedzialnych ludzi zajmujących się moją sprawa
zdrowia ucierpi mi na te odpowiedzi, czy też przy
cztrobinie szczęścia nabawię się jakieś innej choroby z
zamartwiania się i nie wiedzy co mi dolega, czy starczy
mi życia na otrzymanie odpowiedzi na moje zmartwi-
enia i dolegliwości. Czekam na pozytywną odpowiedz na
moje pytania! Leszek Pawełkowski

RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

Assigned Grievance _____

ince #/Institution _____   Housing Unit _____   Bed # _____

1st Lvl rec _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Date: 03-0- _____   2nd Lvl rec _____

Preset:

mogę się porozumieć, że brak mi stów o języku angielskim, nigdy nie
uczyłem się tego języka. Mówię potomnego angielskiego, nie czytam ani pisze
po angielsku. Mam "Cambridge Learners Dictionary Polish English" tylko z
tego co się nauczę za dwa dni nie nie pamiętam. Kolejny problem z
coraz to poważniejszą utratą pamięci od kiedy to zostrzelem się od
policjanta koronę 19. Przy rozmowie z FNPC Lukina pytam się czaiłe
rozmowie z tego co do mój mówi - odparła, że ciągle nie zrozumie to się dom-
-ysła o co m chodzi. Więc wygląda to tak jak by nieudany prowadzi
samochód. Taki tu mamy problem, nie dotyczy on tylko mnie to jest
tu bordzo dużo latynosów i więźniów innych ras co nie znają tutej-
-szego języka. Tak to przyjechałem do Lawrence CC. 9-9-2019 i od tego
czasu nie miałem tu żadnego tłumacza, czy to elektronicznego czy
to telefonicznego tak zwanego 3-WAY - czy też kogos mówiącego w moim
języku czyli polskim. Wezwany byłem 5 razy do szkoły nauczyciel nie
mógł przeprowadzić testu bo był pisany po angielsku. Wysłał mnie
do dyrektor szkoły: Ms Shm! ona też mówi mi że nie mają testo-
po polsku i dała mi spokój. No to dla personelu szkolnego my
lepsze wyjście z sytuacji, pozbyć się problemu i po kłopocie po
co się trudzić z internetem lub elektronicznym tłumaczem.
Więcej nie wzywać Pawełkowskiego i po problemie. Tak że do lawlibra-
-ry proszę panią Burth o pomoc bo nie może po angielsku nie pisze
nie czytam, o potrzebuję odłuchała odparła że oni nie zajmują
się szukaniem odłuchatem dla więźniów, ma pan rodzinę to
niech panu pomoże, moja rodzina w polsce odparłem, na tym
rozmowa się skończyła. Teraz mamy panią: Marshall pani Marshall
wywiesiła na słupach w law library kartki z informacją, że jak
potrzebujesz pomocy w danym języku, to musisz poprosić. Pyta
się pytam bo wiem że Marshall nie może po polsku ani słowa
czy dzwoję ze sojego telefonu komórkowego i zadzwoni do kturegoś
z koleżanek z Collige mówiący po polsku i czyje "free-line"
dla mnie byśmy się mogli porozumieć. Żaden z policjantów nie
rozumie co do niego mówię, tylko wzruszają tłumacząc im co
mnie znają o co mi chodzi. Pani kanclerz mówiła mi że poszła
na specjalne szkolenie, by nam pomagać więźniom, ale jak mi
nie pomóc gdy nie rozumie co do niej mówię. Bo na szkolenia
nie było języka polskiego. Proszę o pano trzech tygodni o request
slip wysłałem dwa request ze potrzebuję, mony warubors i request
slip bez rezultatu. Dopiero była na day room i pytam się czy
może mi podać, więc patrzy się na mnie, to na oficera Greentree
i nie nie rozumie dopiero oficer wytłumaczył kanclez co ja potrze-
-buję. Jak długo będę ignorowany przez personel Lawrence CC
który tu pracuje i czy to policjanta, pracowników HCU/hospital
i innych. Chciał bym widzieć wszystkich tych którzy to nie mogą
mnie zrozumieć w moim kraju czyli w Polsce, jak by się czuli
czy to w szpitalu, restauracji, dworcu lotniczym, czy hotelu
gdyby w moim kraju nie znano angielskiego, jakie by mieli
trudny, gdzie szukali by pomocy, ja nie mam telefonu z intr-
-netem, w moim tablecie nie ma tłumacza. Mam pytanie do pani
WARDEN - Ms: DEE DEE BROOKHART czy kiedy kolwiek ten problem w
tym więzieniu będzie rozwiązany. Może pani zajmie się tą sprawą
i rozwiąże ten problem. Grivinse które piszę robię kopie wszystkich.

RECEIVI
OCT 0 2 202
ADMINISTRAT
REVIEW BOA

On 12/16/2022 I sent a request to the Medical Records Supervisor that I need a copy of my entire medical record. I waited until 02/15/2023 and sent another request with money voucher to medical records. On 03/08/2023 I went to the HCU hospital, I was called by NP LUKING about my allergy test, which was to take place at Urbana hospital, on 03/03/2023. NP LUKING was very surprised that Dr. Zech, John R., MD didn't test that I drove all that way

                        X Continued on reverse

**Relief Requested:**

for nothing, wasting time and taxpayer money. Taking the opportunity, I asked NP LUKING if she could ask about my medical record and after a while an envelope with my record was brought to the room where I had a conversation with NP LUKING. I talked a little more with NP LUKING and returned to my R-4 building.

X Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

□ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 03/10/2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

                    (Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**    Date Received: 10/6/22 □ Send directly to Grievance Officer

□ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**



| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received:    32023

Is this determined to be of an emergency nature:

□ Yes, expedite emergency grievance

□ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |
|---|---|

| RECEIVED | | |
|---|---|---|
| LAWRENCE CC          1 OF 4 | | |
| Assigned Grievance #/Institution 03-23-076 | Housing Unit R-4-BL-8 | Bed #: |
| | LOW | |

### ILLINOIS DEPARTMENT OF CORRECTIONS

1st Lvl rec.                    **Offender's Grievance**

    2nd Lvl rec:

MAR 17 2023
GRIEVANCE
OFFICE

| Date: 03/10/2023 | Offender (please print): Leszek Pawelkowski | ID#: Y31510 | Race (optional) WHITE |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling     X Medical Treatment        ☐ ADA Disability
Accommodation

X Staff Conduct              ☐ Dietary            ☐ HIPAA                   ☐ Restoration of
Sentence Credit

☐ Transfer Denial by Facility   ☐ Other (specify):
_____

☐ disciplinary Report _____
_____
              Date of report              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the  Administrative Review Board

    **Grievance Officer,** only if the issue involves discipline at the present facility or    issue not resolved by    Counselor

    **Chief Administrative Officer,** only if **EMERGENCY** grievance

    Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration  of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

**RECEIVED**

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File; Offender
01/2020)                                    Page 1 of 2                              DOC 0046 (Rev.

_____

_____

1 – OF - 2

Assigned Grievance #/Institution: _____ Housing Unit_____ Bed #

_____

ILLINOIS DEPARTMENT OF CORRECTIONS
1st Lvl rec.                              **Offender's Grievance**
       2nd Lvl rec:


half an hour I pick up a Hot Pot and the water is ice cold, I forgot to plug my Hot Pot in. I get up in the morning and I don't know what day of the week it is. It bothers me a lot and worries me. I'm only fifty-four, that is I'm going to be fifty-four tomorrow, i.e. February 02, 2023, so I think it's too early for this kind of feeling empty in my mind. So NP Wise told me she made me an appointment with the Mental Health about this. Today is Feb 1st, 2023 so it's been forty eight days, and I don't have a call to the HCU Mental Health Department no one cares about my memory loss. But how can anyone care about me, it's not about a US citizen, nor does this guy speak English. People working at the HCU hospital often make fun of me, I mean jokes, looking me straight in the face and with a smile on the face, the nurse tells me that she does not understand; so I say that we have the Internet, these days people communicate all over the world with an electronic translator, why don't you nurses use it, I know you have one here, the one that they use to talk to me, when I ask for it, in every other hospital, MENY-Champaign etc. Recently, when I had a bypass test at the Champaign hospital, I asked for a translator; the nurse brought an electronic device on wheels in a minute, gave her V number, and after a second I was talking to the man in my language, which is "Polish"; you have one, I replied, so go ahead and fetch it. I get ignored and that's the end of our conversation. How can I tell them exactly what is wrong with me if I lack words in English, which I speak very poorly, not everyone understands me or cares about me; some people tell me they have other problems; I'm talking about the HCU hospital staff here. So on 01/02/2023 I am in a room with NP LUKING and she assured me that now someone will definitely call me from the Mental Health Department regarding my memory loss, that she will make me an appointment for 100%. So I'm waiting to be called by someone from the Mental Health Department, because my mind is getting worse and I need help, maybe after this grievance someone will find time for me and take care of my case. Thank you and I look forward to a positive consideration of my problem.


Distribution: Master File; Offender
01/2020)                                    Page 2 of 2                              DOC 0046 (Rev.

_____

# RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec'd MAR 10 2023                                           2nd Lvl rec

| Date: 03-03-2023 | Offender (please print): Leszek Pawelkowski | ID #: Y31510 | Race (optional): BIAŁY |
|---|---|---|---|
| Present Facility: LAWRENCE C.C. | | Facility where grievance issue occurred: LAWRENCE C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [ ] Disciplinary Report

_____    _____
Date of report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

03-03-2023 godzina 5²⁰ am zaprowadzono mnie do HCU hospital
skąd zawieziono do URBANIA CARE hospital, gdzie miano przeprowa-
dzić alergie test na co jeden z cukrow. O godzinie 9 am do
pokoju zaprosiła mnie i dwóch oficerów eskortujących mnie
pielęgniarka zapytała o moje nazwisko datę urodzenia i rzniła
gdy moje ciśnienie krwi ciśnienie miałem: 189/109 była bardzo
zdziwiona że mam takie duże, oficerowie też popatrzyli na mnie
[x] Continued on reverse

**Relief Requested:**

i spytał, jeden czy jestem OK, odpowiedziałem że nie. Pielęgnia-
rka wyszła i do pokoju po chwili wszedł Lekarz. Nie mam
pojęcia co pielęgniarka wpisała w papierach, ale lekarz w ogóle nie
zapytał o to że mam tak wysokie ciśnienie. Zadał mi kilka
pytań na które odpowiedziałem, też coś wpisał do tych papierów

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 03-03-2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 3/14/2023    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

| _____ | _____ | _____ |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**RECEIVED**

**OCT 0 2 2023**

**ADMINISTRATIVE REVIEW BOARD**

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:    Date Received: 9/19/23

Is this determined to be of an emergency nature?
[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    9/19/23
Chief Administrative Officer's Signature                Date

Distribution: Master File; Offender                Page 1 of 2                DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution:    Housing Unit:    Bed #:

1st Lvl rec:    ILLINOIS DEPARTMENT OF CORRECTIONS    2nd Lvl rec:
Offender's Grievance

zawsze oglądałem telewizor z daleka siedząc lub leżąc na łóżku, a teraz
muszę siedzieć przy samym ekranie w okularach do czytania. Może
ktoś mi wytłumaczy co się dzieje z moim wzrokiem.
Październik: 20-2022 zostałem w końcu zawieziony do szpitala
"CARLE HOSPITAL-ONEY" w którym to zostało przeprowadzone na moim
gardle badanie ultra sound. Październik: 25-2022 - FNP-C-Luking
przeprowadziła ze mną rozmowę na temat badania ultra sound
którego wynik otrzymała ze szpitala w którym to przeprowadzono to
badanie. Zapewniła mnie że jest bardzo źle z moim gardłem że
podejrzewają nowotwór. Zapewniła mnie że wystąpi o przeprowadzenie
mi kolejnego badania czyli "BIOPSY" by się upewnić co mam w
gardle że mnie cały czas drapie w środku, dusi w nocy i powo-
duje ciągłe suchy kaszel, a gdy odkaszluję mam suchą flegmę
tak jak kawałeczki suche/kawałki drewna a nie flegmę.
Od zarażenia się upłynęło już ponad dwa lata i już z 15
razy przestałem w ogóle rozmawiać, tracąc głos na 2-3 dni nie
mogąc wydobyć z siebie nawet pojedynczego słowa. Grudzień →
→ 19-2022 - Ponownie zostałem zawieziony tym razem do szpitala
w "CHAMPAIGN" gdzie lekarz przeprowadził badanie "Biopsy" gardła.
Grudzień: 27-2022 - FNP-C Luking przyszła mi na R-4-B1-08
"CONFIDENTIAL" List w którym to po otwarciu znalazłem żółtą kartkę
papieru z następującą treścią i podpisem FNP-C Luking: treści:
Left thyroid Nodule + Right thyroid
Nodule biopsies — Both
Benign (No Cancer) - Luking FNP-C
Przyglądałem się tej żółtej kartce papieru przez 10 minut i nic
nie mogłem zrozumieć, bo nie czytam, ani nie piszę po →
angielsku, tylko o drobinę mówię i tamaną angielszczyzną
większość ludzi z którymi próbuję nawiązać rozmowę nie
rozumie co mówię, może też dla tego że nie mam zębów.
Tyle razy będąc w HCU rozmawiając z FNP-C Luking czy też
pielęgniarką Wise, pytam dla czego nie używają elektronicznego
go tłumacza, tak jak to robią w szpitalu na zewnątrz gdy
chcą ze mną rozmawiać, FNP-C Luking mówi że tu nie
mają takiego tłumacza, więc pytam się jak ci którzy próbują
mnie tu leczyć rozumieją moje problemy, gdy ja nie mówię
dobrze po angielsku i nie mogę wytłumaczyć co mi dolega co
boli, bo brakuje mi słów po angielsku i nie umiem się wypo-
wiedzieć. Więc niech mi ktoś to wytłumaczy o co tu w której
chodzi w jaką grę się tu gra. Schowałem kopertę od FNPC
Luking wziąłem request i poszedłem do kolegi by mi
napisał do HCU dokładnie do FNP-C-Luking by mnie
wezwała na rozmowę do HCU i wytłumaczyła mi co
jest tu napisane o co chodzi co mi dolega. Request
został napisany tego samego dnia Grudzień: 27-2022
i o 8°° pm nurs Simpson przy wydawaniu wieczornych leków
wzięła odemnie ten request, do dzisiaj czyli January 30
2023 nikt mnie nie wezwał nikt mi nie wytłumaczył co
jest z moim gardłem, dla czego się duszę, nie dostałem żadnej
żadnej odpowiedzi nikt nie raczy wytłumaczyć czy mam
kancer - czy też nie całymi dniami i nocami myślę nie

Dają mi spokoju, nie pokazuję tego nikomu z więźniów by nie mówili że mam nowotwór. Styczeń: 2·2023 poszedłem do HCU·wymienić baterie w aparacie słuchowym i dałem pielęgniarce Fitzgerald request do FNP·C Luking że boli mnie gardło że nie mogę odłykać· Fitzgerald zmierzyła mi ciśnienie krwi·zmie ryła z palca oxygen i powiedziała że za kilka dni mnie wezwą wróciłem do celi czekałem następne 20 dni czyli od 2go Stycznia do 22 i napisałem kolejny request. Styczeń·27·2023 MBS "K" przyszła na budynek R·4·B·6 i przeprosiła za mną rozmowę w sprawie mego requestu z problemem odłykania bólu w klata piersiowej. to był piątek ja nie mogłem wydobyć z siebie prawie że słowa. Wytłumaczyłem dla niej na tyle ile mogłem ona zapewniła mnie że postara się umówić wizytę z FNP·C Luking była pod wrażeniem jak przejrzała moje akta choroby gardła i że jeszcze nikt się tym nie zajął tak jak należy. Miałem nie nie raz rozmowę z pielęgniarka Wise z FNP·C·Luking w HCU zawsze mnie pocieszały że one z ich strony robią wszystko co w ich mocy by mi pomóc, lecz nie mają wpływu na to co one dla mnie próbują załatwić, to "Pani Dyrector Lorie Cunningham" musi "zatwierdzić" i tu zaczynają się schody To Cunningham decyduje kto ma żyć a kto może się przebrać tu jest klucz i sedno całej polityki, jedna ręka decyduje o życiu w LAWRENCE CORRECTIONAL CENTER, jeden podpis. Ciekawy jestem ilu z tych którzy zmarli na korone w LCU hospital miało szansę przeżycia gdyby mieli profesionalną opiekę, z tego co widzę i co ludzie mówią my takiej opieki która się nam należy nie mamy. Czy też doszłem się co mi dolega z moim gardłem i dla czego tak szybko tracę wzrok, czy ktoś z odpowiedzialnych ludzi zajmujących się moją sprawą zdrowia wzięli na to odpowiedzi, czy też przy odrobinie szczęścia nabawię się jakiejś innej choroby z zamartwiania się i nie wiedzy co mi dolega, czy starczy mi życia na otrzymanie odpowiedzi na moje zmartwie nia i dolegliwości. Czekam na pozytywną odpowiedź na moje pytania! Leszek Pawełkowski

RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

| RECEIVED<br>LAWRENCE CC<br>Assigned Grievance #/Institution 03-23-027 | Housing Unit R-4-BL-08<br>LOW | Bed #: |
|---|---|---|

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

    2nd Lvl rec:

MAR 10 2023
GRIEVANCE
OFFICE

| Date:<br>03-03-2023 | Offender (please print):<br>Pawelkowski Leszek | ID#:<br>Y31510 | Race (optional)<br>WHITE |
|---|---|---|---|
| Present Facility:<br>LAWRENCE C.C. | | Facility where grievance issue occurred:<br>LAWRENCE C.C. | |

**Nature of grievance:**

☐ Personal Property Accommodation    ☐ Mail Handling    X Medical Treatment    ☐ ADA Disability

X Staff Conduct Sentence Credit    X Dietary    ☐ HIPAA    ☐ Restoration of

☐ Transfer Denial by Facility    ☐ Other (specify):

_____

☐ disciplinary Report _____

_____

            Date of report            Facility where issued

**RECEIVED**

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the   Administrative Review Board

    **Grievance Officer,** only if the issue involves discipline at the present facility or   issue not resolved by    Counselor

    **Chief Administrative Officer,** only if EMERGENCY grievance

    Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

03/03/2023, at 5:20 am, I was led to HCu Hospital, from where I was taken to Urban Care Hospital, where I was to be carried out by an allergy test for which I am allergic to. At 9:00 am, a nurse invited me and two officers escorting me to the room, asked about my name, date of birth and measured my blood pressure. The blood pressure was 189/109. She was very surprised that I was so high, the officers also looked at me

X Continued on reverse

**Relief Requested:**

-> and one of them asked if I was OK, I said no. The nurse left and after a while the doctor entered the room. I have no idea what the nurse wrote in the papers, but the doctor didn't even ask me about my high blood pressure. He asked me a few questions, which I answered, and also wrote something on these papers.

X Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Leszek Pawelkowski | Y31510 | 03/03/2023 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)     Date Received: 3/14/23        ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, Il. 62794-9277

**Response:**

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**     Date Received:

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |
|---|---|

Assigned Grievance #/Institution: _____ Housing Unit_____ Bed # _____

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

   2nd Lvl rec:

### 2 OF 3

I've always watched TV from a distance sitting or lying on the bed, and now I have to sit right at the screen with reading glasses. Can someone explain to me what's going on with my eyesight? October 20, 2022, I was finally taken to the "CARLE HOSPITAL-OLNEY" hospital where an ultrasound of my throat was done. October 25, 2022 – FNP-C LUKING talked to me at HCU about the ultrasound she got from the hospital where it was done. She told me that my throat was very bad, that they suspected cancer. She assured me that she would ask for another examination, a "BIOPSY", to make sure what I had in my throat that kept scratching inside, choking me at night and causing a constant dry cough. and when I cough, I have dry phlegm, as if I was spitting out dry pieces of wood and not phlegm. It's been over two years since I got infected and I've stopped talking at all maybe 15 times, losing my voice for 2-3 days, unable to utter a single word. December 19, 2022 - I was taken again, this time to the hospital in "CHAMPAIGN", where the doctor performed a "BIOPSY" examination of the throat. December 27, 2022 – FNP-C LUKING sent me a "CONFIDENTIAL" letter on R-4-BL-08 in which, after opening, I found a yellow sheet of paper with the following text and FNP-C LUKING's signature. Contents:

Left thyroid Nodule + Right thyroid

Nodule biopsies – Both –

Benign (No Cancer!) LUKING FNP-C

I stared at this yellow piece of paper for 10 minutes and couldn't understand a thing because I don't read or write English, I only speak a little bit of broken English. Most people I try to talk to don't understand what I'm saying, maybe because I don't have teeth. So many times while in HCU talking to FNP-C LUKING or nurse Wise I ask why they don't use an electronic translator like they do in the hospital outside when they want to talk to me. FNP-C LUKING says that they don't have such a translator here, so I'm asking how those who try to treat me here understand my problems when I don't speak English well and can't explain what ails me, what hurts, because I don't know enough words in English, and I can't express myself. So someone please explain to me what this is all about, what game is being played here. I hid the envelope to FNP-C LUKING, took the request and went to my friend to write to HCU, exactly to FNP-C LUKING, to call me for an interview at HCU and explain to me what is written here, what is it about, what's wrong with me. The request was written the same day, December 27, 2022, and at 8:00 pm nurse Simpson  took this request from me when dispensing evening medication. Until today, January 30, no one called me, no one explained to me what's wrong with my throat, why I'm choking, I haven't received any answer yet, no one deigns to explain if I have cancer or not - thoughts do not give me peace all day and night,

Distribution: tester File; Offender 01/2020)                    Page 1 of 2                    DOC 0046 (Rev.

---

Assigned Grievance #/Institution: _____ Housing Unit_____Bed #

---

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec.

2nd Lvl rec:

### 3 OF 3

I am still worried. I don't show it to any of the prisoners, so they don't say I have cancer. January 2, 2023, I went to HCU to change the hearing aid batteries and gave Nurse Fitzgerald a request to FNP-C LUKING that my throat hurts and I can't breathe. Fitzgerald took my blood pressure, took my oxygen from the fingertip, and said I'd be called in a couple of days. I went back to my cell, waited another 20 days, from January 2 to January 22, and wrote another request. January 27, 2023, MRS "K" came to the R-4-BL building and interviewed me about my request with breathing problem and chest pain. It was Friday, I was almost speechless. I explained it to her as much as I could. She assured me that she would try to make an appointment with FNP-C LUKING, she was impressed as she looked through my throat records and that no one had yet taken care of it properly. I spoke with nurse Wise and with FNP-C LUKING at HCU hospital several times. They have always comforted me that they, for their part, are doing everything in their power to help me, but they have no influence on what they try to arrange for me. It's "Director Lorie Cunningham" who has to approve, and that's where the problems begin. It's Cunningham who decides who gets to live and who gets screwed, that's the crux and key of all politics. One hand decides life at LAWRENCE CORRECTION CENTER, one signature. I wonder how many of those who died of the coronavirus in HCU hospital had a chance of surviving if they had professional care. From what I see and what people say, we don't have the care that we are entitled to. Will I find out what's wrong with my throat and why I'm losing my sight so quickly, will any of the responsible people dealing with my health give me an answer, or will I be lucky enough to contract some other disease from worrying and not knowing what's wrong with me? Will I have enough life to receive answers to my worries and ailments? I am waiting for a positive answer to my questions! Leszek Pawelkowski

---

Distribution: Master File; Offender 01/2020)                    Page 2 of 2                    DOC 0046 (Rev.

---

### RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Assigned Grievance Officer's No.

Housing Unit: B-3-L L 9

2nd Lvl rec

1st Lvl rec FEB 09 2024

| Date: 1/24/2024 | Offender (please print): Lesxek Powalkowski | ID #: Y31510 | Race (optional): BIALY |

Present Facility: LAWRENCE C.C.

Facility where grievance issue occurred: LAWRENCE C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

K75-0224-084

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): *TRANSLATION Counselor Vaughn odmowil zapie intended do recovny ...*

- [ ] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

*1/24/2024 rano godzina 8³⁰ am na skrzydle wszedł "other Woods" i popro-
siłem go by już wstawić Conselor Vaughn przełozoł mu ze chce x Counselr
rozmawiać Co Woods powiedzial ze zdy go wstawy to mu podkaze, moja
prośbe. O godzinie 9¹º am Conselor Vaughn się pojawił na Labi i pode-
szedłem do drzwi i pokazałem mu na migi ze chce x nim porozmawiać.
Conselor Vaughn wziął kilka recored z box i skinci do mnie głową
żeby żebym szedł do jego pokoju. Poszedłem i wyjotem x kieszeni*

Relief Requested:

*moich dreciw resit - rachunek dokonanej transakcji x dnia 1/17/24
pokazałem mu ten rachunek x który to wystałem do Loevy & Loevy
agencji adwokackiej i mowię Conselor ze wystałem razem tego dnia
drugie przesyłke, ale LEGAL Mail, a rowia ta drugie jest inna i
nie otrzymałem za ta przesyłke rachunku, ktoraz kazda x obu przesyłek*

- [x] Continued on reverse

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Lesrek Powalkowski | Y31510 | 1/24/2024 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 3-12-24   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
*Per email response from mailroom, "if a notation "2LE's" is in the lower right corner of the receipt, it indicates the total postage was for two envelopes. Legal mail by indicates grievant sent mail to Uptown People's law Center & Loevy+Loevy advocate office on 1-16-24." Per review of grievants authorization of payment, the lower right corner has a notation "2LF's" with a date of 1-16." Grievance was translated from polish to english.*

| Vaughan | Vaughan | 3-14-24 |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____    Date _____

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

C 10



Assigned Grievance #/Institution: _____     Housing Unit: R-3-CC-9    Bed #: Dolne

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**                                  2nd Lvl rec: _____

miała dotyczyć: Offender Authorisation for Payment, i otrzymałem tylko
jeden; rachunek jest na 4,62 $ odnydobny sześćiesiąt dwa cety.
Mowie Councelor trzy razy w koło to samo, że potrzebuję ten drugi
rachunek. Jateni Vaughn kartkę z nazwą tej drugiej agencji
Uptown Peoples Law Center - 4413 N Sheridan Rd Chicago Il. 60640.
Vaughn zapytał mnie o mój numer ID podałem mu, sprawdził na
komputerze dałe i mówi mi że jest dokonana transakcja na adres
LOEVY & LOEVY, o tej drugiej nie ma w komputerze. Tłumaczyłem w koło
to samo trzy razy na tyle ile mój angielski mi pozwala, że raz
to były dwie przesyłki z dwoma innymi adresami i potrzebuję
dwa rachunki z Postage Office. Councelor Vaughn pokazał mi
moje grzwine i spytał mnie czy mu je przetłumaczą na język angielski
powiedziałem mu by użył internetu to przeczytam moje grzwine
pisane po polsku do Tłumacza a Tłumacz internetowy przetłumaczy
na angielski odpowiedź Councelor Vaughn brzmiała że on nie
może użyć internetu więc ja mam mówic jak ci mam przetłumaczyć
jeśli ty mnie nie rozumiesz co? Nie znam na tyle angielskiego
by ci przetłumaczyć, za każdą moją skargą Councelor Vaughn
kłamie w odpowiedziach na moje skargi że to ja odmawiam
przetłumaczenia mu moich skarg. Wruciłem na moje skrzydło
Councelor przyszedł jeszcze trzy razy na skrzydło probując
mi prowadziła że zostały dokonane tego dwie dwie
transakcje że ściągnął do Postage Office i mu powiedziano
że pejment 4,62 $ jest za dwie przesyłki. To znaczy i
znowu mówię że nie mnie nie obchodzi ja chcę mój rachunek
każdy Pieny Wowczer którym dokonujemy opłat za
przesyłke czy robimy Copies w Law LIBRARY - każdy papier
ma dwie kartki biała dla Postage Office i żółta dla
mnie. Więc powiedziałem Vaughn że mam jeden rachunek
i chcę drugi też. Zabrał się i poszedł do swego office
Więc pytam się jak mam tłumaczyć Councelor Vaughn
moje skargi pisane po polsku, na angielski jeśli Counc-
mnie nie rozumie, co do niego nawinął okrzi tego
mamy jasny dowód i kto kłamie, powiedziałem Vaughn
Councelor że twoim obowiązkiem jest użyje polskiego
Tłumacza za każdym razem gdy chce z tobą rozmawiać
ale, nigdy nie uda się przetłu Councelor Tate -
Councelor Fitzgerald i teraz ty mówisz mi - bez odpowiedz
za każdym razem nie nie mogę z tymi ludźmi zatałt
bo nie możemy się porozumieć, za każdym razem jestem
przez tych ludzi ignorowany, unikany i dyskryminowany
Nie wiem w jaki sposób mogę otrzymać mój rachunek za
wysłania przesyłke do: Uptown Peoples Law Center. Nikt w
LAWRENCE CORRECTIONAL CENTER NIE UŻYWA INTERNETU DO ROZMO
Z WIEZNIEM: Y31510, LESZEK PAWEŁKOWSKI.

Pawelkowski Y31510

GRV K75-0224-084

On 1/24/2024, at 8:30 a.m., Officer Woods entered the wing and I asked him to inform Counselor Voughn that I wanted to speak with him. Officer Woods responded that he would forward my request. At 9:15 a.m., Counselor Voughn appeared in the lobby, and I approached the door and gestured to him that I wanted to speak with him. Counselor Voughn took some requests out of a box, nodded at me with his head and hand to come to his office. I went and pulled a receipt out of my sweatpants pocket - a receipt for a transaction dated 01/17/24. I showed him this receipt which I sent to LOEVY & LOEVY advocate office and told the Counselor that I also sent another mail that day to a different recipient, both LEGAL MAIL, but I did not receive a postage receipt for that second one, even though both pieces of mail had an Offender Authorization for Payment attached to them. I received only one receipt - for $4.62 USD (four dollars and sixty-two cents). I kept telling the Counselor that I need that second receipt. I gave Voughn a piece of paper with the name of other agency, Uptown People's Law Center - 4413 N. Sheridan Rd Chicago, IL 60640. Voughn asked me for my ID number, so I gave it to him, he checked the computer and said that one transaction had been made to LOEVY & LOEVY, but the second one was not in the computer. I kept trying to explain in my poor English as much as I could that there were two pieces of mail with two different adresses and I need two receipts from the post office. Counselor Voughn showed me my grievance and asked if I could translate it into English for him. I told him to use the Internet so that I would read my grievance, written in Polish, to a translator and an online translator would translate it into English. The Counselor replied that he could not use the Internet, so I asked him how am I supposed to translate it to him if he could not understand me, huh? I do not know English well enough to translate it for him. Counselor Voughn always lies in his responses to my grievances, saying that it is me who refused to translate my grievances for him. I returned to my wing, and the Counselor came to the wing three more times and tried to tell me that there were two transactions that day and that he had called the post office and they told him that the $4.62 payment was for two pieces of mail. I told him again and again that I didn't care and that I wanted my receipt. Every postage receipt for sending mail or making copies in the law library - every receipt has two copies, a white one for the post office and a yellow one for me. So, I told Voughn that I had one receipt and I wanted the other one as well. He just went back to his office. So I'm asking how am I supposed to translate my written grievances in Polish into English for Counselor Voughn when he doesn't understand what I'm telling him, and today we have clear proof of who is lying. I have told Counselor Voughn that it is his duty to use a Polish translator whenever I want to speak to him, but he has never provided one. Counselor Tate, Counselor Fitzgerald, and now him - no response. Every time I cannot get anything done with these people because we cannot understand each other. Every time I am ignored, shunned and discriminated against by these people. I do not know how to get a receipt for the mail I have sent to the: Uptown People's Law Center. No one at the LAWRENCE CORRECTIONAL CENTER USES THE INTERNET TO COMMUNICATE WITH PRISONERS: Y31510, LESZEK PAWEŁKOWSKI.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LESZEK PAWELKOWSKI (NO. Y31510),  )
                                  )
          Plaintiff,              )
                                  )   No.: 21-cv-882-MAB
     v.                           )
                                  )
VICKI WALKER, et al.,             )
                                  )
          Defendants.             )
                                  )
                                  )

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND

Plaintiff, Leszek Pawelkowski, ("Plaintiff") through his attorney, hereby moves to extend the time for Plaintiff to respond to Defendant Dr. Doris Williams' ("Defendant") Motion for Summary Judgment, ECF No. 84, (the "Motion") to January 17, 2024.  In support of this Agreed Motion, Plaintiff states:

1.   The Motion was filed on November 30, 2023.  Under Local Rule 7.1(b)(1)(a) and the Court's holiday schedule, the response to the Motion would ordinarily be due January 2, 2024.

2.   Plaintiff's counsel has been attempting to schedule a call with the assistance of a Polish language translator but has been unable to do so as of this date.  Plaintiff's counsel's request to Lawrence Correctional Facility for a translator has been denied by Warden Brookhart. Plaintiff's counsel is currently exploring whether it is possible to appeal that decision and whether alternative avenues for access to translation are available.  An extension of the current deadline to respond is needed for Plaintiff's counsel to find a way to effectively communicate with his client.

3.   Plaintiff's counsel has a long-planned international trip with his family to visit relatives over the holidays.  Plaintiff's counsel is scheduled to return on January 5, 2024.  An

DOC 0 #1

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047403380 [Date=12/6/2023] [FileNumber=5515533-0
] [d8eca1d02dee940207d82b1995da5fe8b7146cb595248335aa7e99d892182b125d3
36b15b13c6ad87cf4ae5f89f9b29fd366390c47a8d20c85bed365e6a5b319]]

Doc 0 # 1

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

January 11, 2024

Pawelkowski, Leszek
Register No. Y31510
Lawrence Correctional Center

This is in response to seven of your grievances (5-23-079, 4-23-003, 3-23-027, 4-23-255, 4-23-256, 5-23-080, 4-23-257) received on December 22, 2023. All of which were written in a language other than English. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievances, that were dated from March to May of 2023, and found the content of each to be indiscernable.

Based on a total review of all available information, it is the opinion of this office that these grievances are being remanded back to the Grievance Office at Lawrence to address a concern. While DR504(F) does permit a Grievance Officer to meet with the grievant regarding the narrative of a DOC0046, this office feels that each word of the grievance should be translated to avoid miscomunication and/or potential missed issues. Chief Johnson concurs with this. The grievance should be translated, using the method the facility has used in the past, and each grievance should be addressed at both facility grievance levels after translation. After the grievance office addresses the issues, they are to provide Pawelkowski and the ARB with their response. Once the ARB receives and reviews the response, a final decision will then be made.

FOR THE BOARD: _____
Clayton Stephenson
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

cc:    Warden, Lawrence Correctional Center
       Grievance Office, Lawrence Correctional Center
       Pawelkowski, Leszek No. Y31510
       Tickler

D 2

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



*Counselor Copy* (handwritten)

John Baldwin
Acting Director

Bruce Rauner
Governor

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-927

## **LANGUAGE INTERPRETATION**

*Counselor Tate — This is your copy NOT for the Individual in Custody. — Josie* (handwritten)

This procedure is to provide clear direction on how to succes[s...]
interpretation services for an offender. The interpretation ser[...]
different languages. The service is a telephone based service

When a staff member has been informed or assesses that an [...]
interpretation services to competently understand the commu[...]
follow the procedure set forth below:

1. Determine that language interpretive services are need[...]
   will need to be translated for complete understanding of the offender.

2. Contact direct supervisor to inform of the situation that requires the language
   interpretation services. The supervisor is to contact the Assistant Warden of Programs to
   notify that the language interpretation service is required.

3. Assist the offender in completing an Inmate Request Form (DOC 0286). Inform the
   offender that the service will be provided free of charge. Ensure when completing the
   Inmate Request Form, the reason for the communication is clearly documented and the
   language that needs to be translated is clearly documented. The staff member is to make
   required comments on the form and then forward the form to the Assistant Warden of
   Programs Office for authorization.

4. After receiving written authorization from the Assistant Warden of Programs Office, the
   staff member will schedule the language interpretation service with the offender. The
   authorized Inmate Request Form (DOC 0286) will be placed in the offender's Master file
   for record keeping purposes. (In the event that an emergency situation arises, a verbal
   authorization can be used in order to proceed with the language translation service. Be
   advised, if verbal authorization is given, the authorization is documented on the staff
   member's DC 434.)

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*
www.illinois.gov/idoc

D3, P1



Bruce Rauner
Governor

John Baldwin
Acting Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

5. Bring offender to a space that has the ability to use a speaker phone for complete and open communication with a staff member present.

6. Contact **Propio Language Services LLC.** at 1-866-828-3280. To arrange a pre-scheduled call, press 3 for support

7. Select Language. Spanish-Option 1(attendant will assist)
   Other-   Option 2 (attendant will assist)

8. Provide: Acct. Number   3872 (Number for whole department)

9. Confirm: Name of Offender. First name and first initial of last name.

10. The attendant will assist with the transfer to an appropriate interpreter. The staff member present will facilitate the communication with the offender until both are satisfied with the understanding of the communication.

11. Information of the interpretive session will be documented in CHAMPs. Please ensure that the subject of the interview and the language that was interpreted is annotated in the entry.

12. Provide DC 434 detailing the date and time of the language translation service, along with the name and number of the offender, and conclude with the duration of the call.

If you have any questions or concerns, please contact your Assistant Warden of Programs' Office.





Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

# Top Language Codes

| **Language code** | **Language code** |
| --- | --- |
| Albanian 47 | Italian 56 |
| Amharic 39 | Karenni 60 |
| Arabic 23 | Karen 34 |
| Bengali 48 | Kinyarwanda 94 |
| Bosnian 37 | Korean 30 |
| Burmese 21 | Laotian 50 |
| Cambodian 51 | Mandarin 24 |
| Cantonese 31 | Nepali 25 |
| Chin 32 | Portuguese 35 |
| Chin-Hakha 95 | Punjabi 49 |
| Creole (Haitian) 28 | Russian 27 |
| French 26 | Somali 29 |
| Gujarati 40 | Swahili 38 |
| Haitian Creole 28 | Tagalog 46 |
| Hakha-Chin 95 | Thai 57 |
| Hakka-Chinese 87 | Turkish 54 |
| Hindi 43 | Urdu 41 |
| Hmong 44 | Vietnamese 22 |
| Italian 56 | All other languages 99 |

*Mission:* To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.
**www.illinois.gov/idoc**

2 D3P3



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **10/13/2023**
Grievant's Name & Number: Pawelkowski Y31510
Counselor's Response for Grievance # 10-23-028 and Grievance #10-23-029

10/13/2023

Re: Grievance #10-23-028 and Grievance #10-23-029

I have received two grievances written in the Polish language from Individual in Custody Pawelkowski Y31510. Today (10/13/2023) I met with Pawelkowski to offer my assistance with translating the grievances from the Polish language to the English language. Pawelkowski has always been able to verbally communicate his concerns with me in proficient English and has never had a problem understanding anything I say to him. I asked Pawelkowski if he would be willing to sit down and communicate to me what the written Polish words, in the grievances, are in English. I advised Pawelkowski I would then write or type the words in English for him. Pawelkowski refused to meet with me stating, "I can not communicate my written polish words into verbal English words". Pawelkowski then continued to communicate with me, in the English language, about his concerns with the health care unit at Lawrence Correctional Center.



page 3 of 3

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    May 10, 2023

TO:    Pawelkowski, Leszek Y318510 R4CL9

FROM:    T. Fitzjarrald CCII

SUBJECT: Grievance Response for Gr#03-23-092

Met with individual at cell door and in Counselor's office to provide an opportunity to assist with writing grievances. Gr # 04-23-256, 04-23-255, 04-23-257, 04-23-003, 03-23-092, 03-23-076, 03-23-027 are all marked Emergency. I advised IIC
that I could write his grievance in English so that I could better provide assistance to whatever difficulties he may be experiencing. He said "no." I asked if he was experiencing any medical emergency to which he stated "no." C/O Greentree was present during this interaction. I offered to assist IIC with writing grievances once again to which he stated "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." There were no difficulties in communication with IIC, we communicated in English and he asked questions and provided responses to my questions with no language barriers.



---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**





JB Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

February 22, 2023

Leszek Pawelkowski

Register No. Y31510
Lawrence Correctional Center

This is in response to your grievance received on January 17, 2022 regarding allegations wich were alleged to have occurred at Lawrence Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated September 25, 2022 wherein you make claims in a language other than English.

Based on a total review of all available information, it is the opinion of this office that this grievance is be ng remanded back to the facility, as this office has received information that the facility has a resource to translate the grievance into English. After the Grievance Office addresses the issue, they are to provide the Individual in Custody and the ARB with their response. Once the ARB receives and reviews the response, a final decision will then be made.

FOR THE BOARD: _____

Clayton Stephenson
Administrative Review Board

CONCURRED: _____

Rob Jeffreys
Director

cc:   Warden, Lawrence Correctional Center
      Grievance Office, Lawrence Correctional Center
      Pawelkowski, Leszek Register No. Y31510
      Tickler

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

D6

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

Date: **1/24/2024**
Grievant's Name & Number: Pawelkowski Y31510
Counselor's Response for Grievance # 12-23-295

Re: Grievance # 12-23-295

I have a grievance written in, what appears to be, the Polish language from Individual in Custody Pawelkowski Y31510. Today (1/24/2024) I met with Pawelkowski to offer my assistance, per DR 504, with translating the grievances from the Polish language to the English language. Pawelkowski has always been able to verbally communicate with me in English and has never had a problem understanding anything I say to him. I asked Pawelkowski if he would be willing to sit down and communicate to me what the written Polish words, in the grievances, are in English. I advised Pawelkowski I would then write the words in English for him on a DOC 0046 Grievance form. Pawelkowski was advised he could then sign the form confirming what was written. Pawelkowski refused to accept my assistance to translate the grievances.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

D7



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    May 16, 2023

TO:    Pawelkowski, Leszek Y318510 R4CL9

FROM:    T. Fitzjarrald CCII

SUBJECT: Grievance Response for Gr# 05-23-080

Met with individual at cell for a wellbeing check after receiving grievances marked as EMERGENCY Gr#05-23-079, 05-23-080. Individual stated that "I am not having a medical emergency right now, I wrote that grievance last week and I have more to turn in." I asked IIC "Are you ok? Are you feeling ok?" To which he replied "I am mad at Luking because she said that she forgot to renew my low salt/dental soft diet tray. I only had it for 90 days and I am supposed to get it for 180 days and then it should be renewed. I do not have any teeth so I cannot chew the things they give me" Sgt. Walker had escorted me to the cell and told IIC he would place a call to dietary and HCU to resolve the tray issue. Sgt. Walker also stated to Pawelkowski that he was the new 5 day assigned Sgt. and he had no problem assisting him with anything he may need. IIC stated "That is not my only problem." I asked if IIC wanted to explain to me what his difficulty was so that I may assist him in writing a grievance on his behalf. He stated "no". I told him that if he was having an emergency, he could tell any staff member so that he could get proper care. During our discussion, there were no language difficulties or barriers. IIC answered all questions and responded to all comments appropriately and with understanding.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**





JB Pritzker
Governor

Latoya Hughes
Acting Director

**The Illinois Department of Corrections**

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     May 10, 2023

TO:       Pawelkowski, Leszek Y318510 R4CL9

FROM:     T. Fitzjarrald CCII

SUBJECT: Grievance Response for Gr#04-23-257

Met with individual at cell door and in Counselor's office to provide an opportunity to assist with writing grievances. Gr # 04-23-256, 04-23-255, 04-23-257, 04-23-003 are all marked Emergency. I advised IIC that I could write his grievance in English so that I could better provide assistance to whatever difficulties he may be experiencing. He said "no." I asked if he was experiencing any medical emergency to which he stated "no." C/O Greentree was present during this interaction. I offered to assist IIC with writing grievances once again to which he stated "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." There were no difficulties in communication with IIC, we communicated in English and he asked questions and provided responses to my questions with no language barriers.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

D9

09-13-2023

In Re: Grievance #09-23-069, gr#09-23-070 and gr#09-23-071

I have received three grievances written in Polish from IIC Pawelkowski Y31510. I met with him today on R3 C wing to offer assistance with any complaints or concerns he may have. I advised I would write his grievances for him in English as he has always been able to verbally communicate his concerns with me in proficient English. He has also never had a problem understanding anything I say to him and responding appropriately. He stated to me today that he is having severe pain in his back to the point that he has to bend at the waist to be able to walk. He also stated that sometimes he feels paralyzed and is unable to walk due to the excruciating pain. He does not believe Healthcare is taking his complaints seriously nor does he believe that he is receiving adequate care. He also states that he needs a walker and is very upset at not being able to get one. He would also like a permit for a waist chain. I advised that his plan of care would be determined by licensed providers. He stated that the doctor he sees does not take him seriously. I told him I could not compel healthcare to give him what he was asking for but that I could pass on his concerns via e-mail. I asked him if he would still like to have his grievances translated or would the e-mail to HCU be sufficient, he said he did not care what I did with the grievances, that I could do whatever I wanted. He also stated this in front of C/O West and Sgt. Walker.

Per e-mail response from L. Powden, Wexford Assistant Site Manager, "I did speak to NP Luking.  The individual does not qualify for a waist chain permit or a walker but does have a permit for the larger cuffs to be used.  He has also been to multiple outside appointments with several different specialties and continues to be seen by the onsite NP and NSC when the need arises.



RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

D10