

**Justin Orenich, DO**
(he/him)
General Surgery

*U. Sawyer*
*Go Gibbons*

**FELLOWSHIP**
- Colon & Rectal Surgery, Geisinger Medical Center, Danville, PA, 2022

**RESIDENCY**
- General Surgery, Geisinger Medical Center, Danville, PA, 2022
- General Surgery, Memorial Hospital, York, PA, 2018

**EDUCATION**
- DO, Lake Erie College of Osteopathic Medicine, Erie, PA, 2016
- MHSA, Lake Erie College of Osteopathic Medicine, Erie, PA, 2016
- BS, Southern Illinois University, Carbondale, IL, 2005

**CERTIFICATIONS**
- Fundamentals of Laparoscopic Surgery (FLS)
- Fundamentals of Endoscopic Surgery (FES)
- Advanced Trauma Life Support (ATLS) Instructor
- Advanced Trauma Life Support (ATLS)
- Advanced Cardiac Life Support (ACLS)
- Pediatric Advanced Life Support (PALS)
- Basic Life Support (BLS)

**MEDICAL INTERESTS**
- General Surgery
- Colon and rectal procedures and disease

For more information, or to schedule an appointment, call (618) 395-6032 or visit carle.org.



605 E. Main St., Olney, IL 62450 | (618) 395-6032 | carle.org

DB0894-1022

ILLINOIS DEPARTMENT OF CORRECTIONS
#275 RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | | |
|---|---|---|---|
| Date Received: 05/24/2022 | Date of Review: | 08/08/2022 | Grievance # (optional): 04-22-226 |
| Offender: Pawelkowski, Leszek | | | ID#: Y31510 |

Nature of Grievance: Staff conduct/Access to the courts

Facts Reviewed: Pawelkowski Y31510 wrote grievance dated 4/18/22. Grievant claims Law CC fails to establish and maintain a classification policy to identify and track non english speaking individuals in custody so as to provide accommodation services in the form of a translator

Relief Requested: To have the establishment and maintainment of a classification policy to identify and track non english speaking individuals in custody so as to provide accommodation services in the form of a translator

Counselor Response: Per DR 504 grievance must include an incident date. Grievance #04-22-226 does not provide an incident date

Grievance officer comments: Per DR 504 unable to process grievance as no incident date provided

Recommendation: Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_ as per DR 504 unable to process grievance as no incident date provided

D. Scott
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 8/5/4 | ☑ I concur    ☐ I do not concur    ☐ Remand | |
| Action Taken: | | |

RECEIVED
SEP 0 6 2022
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature                                     8/5/22
                                                                              Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Leszek Pawelkowski          Y31510          8/31/2022
Offender's Signature                ID#              Date

F2

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | | |
|---|---|---|---|
| **Date Received:** 09/06/2022 | **Date of Review:** 09/23/2022 | **Grievance #** (optional): 09-22-001 | |
| **Offender:** Paelkowski, Leszek | | **ID#:** Y31510 | |

**Nature of Grievance: Medical Treatment**

**Facts Reviewed:** Grievance regarding chest pain & medical attention is duplicate to Grievance #09-22-002 & in accordnace with DR 504F procedures will not be reviewed further.

Per HCUA Cunningham grievant has been seen & continues to receive treatment by Licensed Illinois Providers.

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _duplicate issue_

**J McFarland CCII**
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, Including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| **Date Received:** 92622 | ☒ I concur | ☐ I do not concur | ☐ Remand |
| **Action Taken:** | | | |

Chief Administrative Officer's Signature                    92622
                                                            Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____        _____        _____
Offender's Signature                    ID#                              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

| Date Received: | 09/06/2022 | Date of Review: | 09/23/2022 | Grievance # (optional): | 09-22-002 |
|---|---|---|---|---|---|

**Offender:** Paelkowski, Leszek       **ID#:** Y31510

**Nature of Grievance: Medical Treatment**

**Facts Reviewed:** Grievant alleges that he awoke with chest pain. Grievant alleges he has not been treated for chest pain issues. Grievant alleges Healthcare has not treated grievant for chest pain. Grievant alleges Healthcare refused to give permit for ice pack.

incident dates of 12/29/20-5/26/2022 are outside the 60 day time-frame provided by DR 504F.

Per HCUA Cunningham IIC has been seen & treated by licensed Illinois Providers & continues to have regularly scheduled medical follow-ups.

NP Luking states that on 8/29/2022 attempted a follow-up on episode of chest pain. Individual refuses to come to HCU for Epass. Refusal form was completed. Individual scheduled for Neurology consult. Audiology referral also written for Hearing Aids & accommodations. Chest X-ray, sleep study, EKG, Echocardiogram & stress tests were ordered. Grievant was seen on 8/9/2022 for furlough follow-up. Seen on 8/17/2022 for furlough follow-up. NP Luking states that individuals medical needs and concerns are being taken seriously & being addressed. Individual does not currently qualify for ice permit.

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _mixed - out of time-frame/denied_ grievant appears to have been seen & received treatment for medical staff.

J McFarland CCII
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** _____    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature                    Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____    _____    _____
Offender's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

4-161-08

F-4

| **Grievance Officer's Report** | | | |
|---|---|---|---|
| Date Received: **11/01/2022** | Date of Review: **12/19/2022** | | Grievance # (optional): **10-22-041** |
| Offender: **Powelkowski** | | | ID#: **Y31510** |

**Nature of Grievance: Unable to Determine Issue**

**Facts Reviewed:** Unable to substantiate grievance issue as individual has written grievance is a language that the staff designated bilingual translator is unable to translate. Grievance was forwarded to Internal Affairs for analysis of hand witting of grievances that IIC had submitted in english & it was determined that all grievances were written by the same person. This Grievance Officer recommends resubmitting grievance in english in order to facilitate review.

Per CHAMP entry dated 10/14/2022 by CC Fitzjarrald "Met with individual in HU foyer per request. Answered questions regarding grievance process. Individual stated that staff had recently spoken to him concerning two grievances he had submitted in Polish. Individual stated that he would not submit them in English because though he was shown previous grievances and phone lists that had been submitted in English, and signed by the individual, the translation was "your fucking problem."

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be *unable to substantiate.*

**J McFarland CCII**
Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** | | | |
|---|---|---|---|
| Date Received: 12/20/22 | ☒ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature                    12/22/22
Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

*Leszek Powelkowski*                    Y31510                    1-05-2023
Offender's Signature                    ID#                    Date

RESPONSE TO OFFENDER'S GRIEVANCE

F 5

| Grievance Officer's Report | | | |
|---|---|---|---|
| Date Received: 11/01/2022 | Date of Review: 10/5/2023 | Grievance # (optional): 10-22-042 | |
| Offender: Pawelkowski, Leszek | | ID#: Y31510 | |

**Nature of Grievance: Medical Treatment**

**Facts Reviewed:** Grievant claims he had not received his medication Lisinopril when requested. Grievant requests to be given medication as prescribed.

Per HCUA & review of medical chart documentation IIC was issued medications on July 22, August 18, September 24 & October 22.

Per LAW 0839 Issuable Medication Pickup dated 9/24/2022, IIC was issued Acetaminophen 500mg, Calcium Antacid 500mg, Ibuprofen 600mg, Pain Relieving Cream, Triamcinolone Ointment 15mg & Lisinopril 2mg, IIC signed form indicatating that medications were issued.

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _moot_ in that medications were delivered to IIC per review of chart & from response from HCUA.

RECEIVED

OCT 2 4 2023

ADMINISTRATIVE
REVIEW BOARD

| J McFarland CCII | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 10/6/23 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

| | |
|---|---|
| Chief Administrative Officer's Signature | 10/6/23  Date |

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

F 6

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

4-BL-03

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: **12/08/2022** | Date of Review: **01/19/23** | Grievance # (optional): **11-22-131** |
| Offender: **Pawelkoski, Leszek** | | ID#: **Y31510** |

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Grievance is denied in that grievance was not filed within 60 days of discovery of the incident date per DR 504 policy & procedures.

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied._

**J McFarland CCII**
Print Grievance Officer's Name                             Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: _12423_ | ☑ I concur    ☐ I do not concur    ☐ Remand | |

Action Taken:

Chief Administrative Officer's Signature                    12423
                                                            Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Leszek Pawelkowski_                     _Y31510_        _02-15-2023_
Offender's Signature                       ID#              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| **Grievance Officer's Report** | | |
|---|---|---|
| Date Received: **01/06/2023** | Date of Review: **02/09/2023** | Grievance # (optional): **12-22-113** |
| Offender: **Pawelkowski, Leszek** | | ID#: **Y31510** |

**Nature of Grievance: Medical Treatment**

**Facts Reviewed:** IIC states that he was seen by Nurse Practitioner Luking for issues with Rhuematoid Arthritis. IIC claims that medical & treatment which has been provided does not adequately treat issues. IIC claims he has had multiple X-Ray's & MRI's.

**Grievance is denied in that per summary of grievance & review of call pass logs IIC has been seen by Healthcare Providers. The medical determines prescribed medication as they deem necessary. This Grievance Officer is not able to determine if medication prescribed is appropriate as this Grievance Officer is not a licensed Illinois provider this Grievance Officer can only deterimine if treatment has been provided.**

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_.

**J McFarland CCII**
Print Grievance Officer's Name          Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** | | | |
|---|---|---|---|
| Date Received: **2-10-23** | ☒ I concur | ☐ I do not concur | ☐ Remand |
| **Action Taken:** | | | |

Chief Administrative Officer's Signature          **2-10-23** Date

| **Offender's Appeal To The Director** |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

_Leszek Pawelkowski_          **Y 31510**          **03-02-2023**
Offender's Signature          ID#          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

F-8

| Grievance Officer's Report | | | |
|---|---|---|---|
| **Date Received:** 05/30/2023 | **Date of Review:** 03/04/2024 | | **Grievance #:** 05-23-080 |
| **Individual in Custody Name:** Pawelkowski, Leszek | | | **ID#:** Y31510 |

**Nature of Grievance:** Assignment - Laundry

**Facts Reviewed:** Pawelkowski Y31510 authored & signed the grievance on 5/10/2023; received at 1st level on 05/15/2023. Grievant claims that since 04/09/2023 he has been ignored by the counselor and warden Brookhart about being assigned as a laundry worker. Grievant feels as if he is being discriminated against due to being Polish and not being able to read, write or speak English very well.

**Relief Requested:** Grievant does not provide relief requested, but instead, within the "Relief Requested" section, continues on with the grievance narrative.

**Counselor's Response:** "

**Grievance Officer's Response/Review:** Per review of the grievant's "Assignment" history, the grievant is currently on the waitlist for a Laundry assignment.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **denied,** based on DR420 & the LAW CC Handbook imply that job assignments are an administrative decision and therefore placement is not a grievable issue.

J. Garrett, CCII
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, **including** counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| **Date Received:** 3/15/24 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature          3/5/24 Date

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

Leszek Pawelkowski
Offender's Signature          Y31510
ID#          3/20/2024
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

F 9

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 05/30/2023 | **Date of Review:** 11/28/2023 | **Grievance #** (optional): 05-23-079 |
| **Offender:** Pawelkowski, Leszek | | **ID#:** Y31510 |

**Nature of Grievance: N/A**

**Facts Reviewed:** Grievant has written grievance in a language this Grievance Officer is unable to translate. Grievant was interviewed by Counselor in order to facilitate translation of grievance in order to resolve issue. Grievant stated "I am not having a medical emergency right now, I wrote that grievance last week and I have more to turn in." "I am mad at Luking because she said that she forgot to renew my low salt/dental soft diet tray. I only had it for 90 days and I am supposed to get it for 180 days and then it should be renewed. I do not have any teeth so I cannot chew the things they give me." Grievant then stated that "That is not my only problem." Counselor asked if grievant wanted to explain his other issues in order to assist writing his grievance, he stated "No." Per Counselor response there were no difficulties in communication with IIC in English.

DR 504 Subpart F states: "Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff."

Review of medical permits indicates that grievant has a medical permit for Medical/Dental soft, low cholesterol/low fat, No added salt (4g) dietary trays which ends on 12/09/2023. The medical provider determines plan of care.

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_ in that Counselor attempted to provide translation services but grievant refused assistance. Per Counselor there were no difficulties in communication with IIC in English.

| | |
|---|---|
| **J McFarland CCII** | |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| **Date Received:** 12/1/23 | ☒ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature                    12/1/23
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| _Leszck Powelkowski_ | Y31510 | 12/18/2023 |
| Offender's Signature | ID# | Date |

F 10

3-CL-09

| Grievance Officer's Report | | | |
|---|---|---|---|
| Date Received: **05/30/2023** | Date of Review: **11/28/2023** | | Grievance # (optional): **04-23-255** |
| Offender: **Pawelkowski, Leszek** | | | ID#: **Y31510** |
| Nature of Grievance: N/A | | | |

**Facts Reviewed:** Grievant has written grievance in a language this Grievance Officer is unable to translate. Grievant was interviewed by Counselor in order to facilitate translation of grievance in order to resolve issue. Grievant refused assistance stating "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." Per Counselor response there were no difficulties in communication with IIC in English.

**DR 504 Subpart F states:** "Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff."

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_ in that Counselor attempted to provide translation services but grievant refused assistance. Per Counselor there were no difficulties in communication with IIC in English.

**J McFarland CCII**
Print Grievance Officer's Name        Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 12/1/23 | ☑ I concur | ☐ I do not concur | ☐ Remand |

Action Taken:

Chief Administrative Officer's Signature      12/1/23   Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Leszek Pawelkowski_     Y31510     12/18/2023
Offender's Signature       ID#       Date

**F1)**

RESPONSE TO OFFENDER'S GRIEVANCE

ILLINOIS DEPARTMENT OF CORRECTIONS

| Grievance Officer's Report | | | |
|---|---|---|---|
| Date Received: **05/30/2023** | Date of Review: **11/28/2023** | | Grievance # (optional): **03-23-027** |
| Offender: **Pawelkowski, Leszek** | | | ID#: **Y31510** |

**Nature of Grievance: N/A**

**Facts Reviewed:** Grievant has written grievance in a language this Grievance Officer is unable to translate. Grievant was interviewed by Counselor in order to facilitate translation of grievance in order to resolve issue. Grievant refused assistance stating "I do not have time for this. I have more grievances in my cell right now that I am going to turn in. I am going to the law library. I also need 10 blank grievances. Someone is playing games with me." Per Counselor response there were no difficulties in communication with IIC in English.

DR 504 Subpart F states: "Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff."

**Recommendation:** Based upon a review of all available information, this Grievance Officer recommends that grievants issue be _denied_ in that Counselor attempted to provide translation services but grievant refused assistance. Per Counselor there were no difficulties in communication with IIC in English.

**J McFarland CCII**
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: **12/1/23** | ☒ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

Chief Administrative Officer's Signature

Date **12/1/23**

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Leszek Pawelkowski_          Y31510          12/18/2023
Offender's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | | |
|---|---|---|---|
| **Date Received:** 01/31/2024 | **Date of Review:** 03/05/2024 | | **Grievance #:** 12-23-295 |
| **Individual in Custody Name: Pawelkowski, Leszek** | | | **ID#: Y31510** |
| **Nature of Grievance:** Administrative Policies | | | |

**Facts Reviewed:** Pawelkowski Y31510 authored & signed the grievance on 12/6/2023; received at 1st level on 12/21/2023. Grievant claims that on 12/6/2023, they were denied by Warden Brookhart an interpreter when the grievant is speaking with their attorney over the phone. Grievant claims they do not "understand much in English and don't read or write English." Grievant goes on to claim that a Polish interpreter has not been provided while in the HCU, and in Academic. Grievant claims they have a hard time communicating with IDOC staff. Grievant states they have a right to a Polish interpreter.

**Counselor's Response:** "I have a grievance written in, what appears to be, the Polish language from Individual in Custody Pawelkowski Y31510. Today (1/24/2024) I met with Pawelkowski to offer my assistance, per DR 504, with translating the grievances from the Polish language to the English language. Pawelkowski has always been able to verbally communicate with me in English and has never had a problem understanding anything I say to him. I asked Pawelkowski if he would be willing to sit down and communicate to me what the written Polish words, in the grievances, are in English. I advised Pawelkowski I would then write the words in English for him on a DOC 0046 Grievance form. Pawelkowski was advised he could then sign the form confirming what was written. Pawelkowski refused to accept my assistance to translate the grievances."

**Grievance Officer's Response/Review:**

- IDOC nor LAW CC as an AD or ID requiring the provision of a Polish language interpreter.
- Per multiple CHAMP entries by multiple IDOC staff members, the grievant can and does communicate in English proficiently.
- Per DR504.810,
    d)   Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff.
        1)   All offenders shall be entitled to file grievances regardless of their disciplinary status or classification.
        2)   Each facility shall take reasonable steps to ensure that the grievance procedure is accessible to offenders who are impaired, disabled, or unable to communicate in the English language.
        3)   If staff assistance writing the grievance form is provided, the name of the individual providing the assistance shall be documented on the form.
- Grievance sent for translation to on 01/31/2024 and received back on 3/1/2024.

**Recommendation:**
Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **denied**, based on it is documented the grievant can and does communicate in English; reasonable efforts have been made by the facility to accommodate the grievant; and that there are no AD's or ID's require the provision of a language interpreter.

| | |
|---|---|
| **J. Garrett, CCII** | |
| Print Grievance Officer's Name | Grievance Officer's Signature |
| (Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable) | |

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** 3/6/24 | ☑ I concur   ☐ I do not concur   ☐ Remand | |
| **Action Taken:** | | |
| Chief Administrative Officer's Signature | | 3/6/24 Date |

| Offender's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.) |

| | | |
|---|---|---|
| *Leszek Pawelkowski* | Y31510 | 3/8/24 |
| Offender's Signature | ID# | Date |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Pawelkowski_    ID # _Y31510_ Living Unit _R-4-B-08_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _WARDEN - Ms. DEEDEE BROOKHART_

I request ☐ Interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): _at LAWRENCE C.C. presidigram at: 9-9-2019 than barbes_
_punitive problem I prion retrodum B. sentenance sip w 2020_
_obstructive is practice at policipate on day room mam cornet to →_

_Leszek Pawelkowski_      _03-02-23_
     Offender's Signature             Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____      _____

_____      _____

_____      _____

_____    _____      _____    _____
Print Staff Name    Date      Print Supervisor Name    Date

_____            _____
Staff Signature            Supervisor Signature

Distribution:   Affected Unit

Printed on Recycled Paper            DOC 0286 (Rev. 4/2010)

DOC E # 1

późniejsze problemy z codziennym życiem przeprowadzony test 12-19-2022 na cykkryce powtórzone garnita. Test wrócił i e skutkiem negatywnym. Od tego czasu nie zrobiono nic w tej sprawie. Nie mogę się porozumieć z personelem medycznym w Hull hospital, bo nie mówię, nie czytam ani nie piszę po angielsku. W szpitalu na tzw. wizycie, za każdym razem usłyszą do porozumienia się ze mną elektronicznego tłumacza. W Lawrence mogły mnie po nie udostępniono, a więc że mają to na pacowi tu w szpitalu przez 4,5 roku skazany jesteś i musi mnie to tu pacowi tu każdym razem gdy idę do HCU mam problem z komunikacją się z HP C. Lininic, czy NP pisze czy z regularną pielęgniarstwa, nikt mnie nie rozumie nie może przetłumaczyć co jest ze mną źle, a gwoli to tylko jeden z problemów. Zapytałem się raz HP2 C-Linkera na ile mnie rozumie odpowiedziała że czego nie rozumie to się obniesła. Ja na to mam czesze jedno pytanie i jak to niewolnik osoba może przetłumaczić oubs, w szkole był ten sam problem nic zrobiono raz test bo brak komunikacji, nikt nie mówi w moim języku przez -ane mnie 5 razy, a dane uzależnić spytali i i law Library to samo, Ms. Marshall zapisywała na służbach karta i bo potrzebuję pomocy w języku którym mówię musi popros ić, jak pani Marshall mnie na pamiątek gdy nie rozmawia w wodnym innymi i tylko anginskim. Ten sam problem mam z Ms. Frojwood kańtor potrzebuję pomocy ona nie może ani, a i udziela, bo na szczęście które przeczyta nie rozumiem i - i języka polskiego, ten sam problem mam z pielęgniarstwa, nie widzę coś do której patrzy sią na słowa i jakaś innych wyjaśnić co ją miesić. Pora . Brookhart - proszę by się pani zajęła i rozwiązała ten problem. Dziękuję.

ILLINOIS DEPARTMENT OF CORRECTIONS

# Individual in Custody Request

Individual in Custody Name: Leszek Powelkowski.        ID #: Y31510   Living Unit: R-4-B1.08

Job Assignment: _____        Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
    ☐ Health Care Unit   ☐ other (specify): Warden Mrs Deedee Brookhart

for the purpose of (explain): Proszę mi wyjaśnić jak to jest że jestem uwięziony i przecież mnie w migracji dus jest wykluczony i pracy a na drugi chwili ktore do niego pracy Col czego to zależy i jak dobrze do nej the innych

Have you previously discussed this issue with a staff member? ☐ No   ☐ Yes   If yes, name: _____

Leszek Powelkowski                                          05-02-2023
_____                          _____
Individual in Custody's Signature                          Date

Remarks by staff (if necessary):

_____

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

_____
_____
_____

_____        _____        _____
Print Staff Name              Staff Signature              Date

Distribution:  Affected Unit

*Printed on Recycled Paper*                          DOC 0286 (Rev. 3/2022)

Doc E # 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: _Leszek Pawełkowski_ ID #: _431510_ Living Unit: _R-4-BL-8_

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services  ☐ OAEVS  ☐ Vocational  ☐ Business Office  ☐ Record Office  ☐ Placement Office

☐ Health Care Unit  ☐ other (specify): _"Grivance Officer"_

for the purpose of (explain): _Każdej skargi, którą wrzucam do skrzynki na "Grivance" robię w Law Library kopie. Nigdy nie otrzymałem rozpatrzonej skargi przez kwinator żadnej z (5) skarg. Więc jak mawia na od konta._

Have you previously discussed this issue with a staff member? ☐ No  ☐ Yes  If yes, name: _____

_Leszek Pawełkowski_    _04-25-23_
Individual in Custody's Signature    Date

_INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE_

Remarks by staff (if necessary): _____

_____

_____

_____    _____    _____
Print Staff Name    Staff Signature    Date

Distribution:  Affected Unit    _Printed on Recycled Paper_    DOC 0286 (Rev. 3/2022)

E 3

...resłać do grivance Officer orginały. One są w waszym posiadaniu, ja mam opię. To co zrobiliście z orginalnymi skargami to nie mój problem leiz wa...ie mam pojęcia jaką grę prowadzicie ze mną. Ale zapewniam was że kamery nie łamią i o wszystkim informuję „IDOC INMATE ISSUES." jak ze mną się postępuje w LAWRENCE CORRECTIONAL CENTER. O każdym moim tu problemie są zawiadomieni zemnie i moich bliskich. Proszę o odnalezienie moich orginalnych skarg rozpatrzenie, bo każda rozpatrzona skargą chcę wysłać do: „Administrative Riview Board `a Splingfield. Dziękuję.

...daty skarg wrzucone do rozpatrzenia

9-25-22 regularna skarga, pisana na (1) kartce

-02-2023 emergency skarga, pisana na (1) kartce

-29-2023 emergency skarga, pisana na (1) kartce

-30-2023 emergency skarga, pisana na (3) kartkach

-30-2023 emergency skarga, pisana na (1) kartce

-07-2023 emergency skarga, pisana na (1) kartce

ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: _Leszek Pawelkowski_     ID #: _431510_     Living Unit: _R-4-BL-8_

Job Assignment: _____     Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services     ☐ OAEVS     ☐ Vocational     ☐ Business Office     ☐ Record Office     ☐ Placement Office

☐ Health Care Unit     ☐ other (specify): _Grivance Officer "_

for the purpose of (explain):

_Kazdej skargi ktora wrucam do skrzynki na „Grivance" retur w Law Library bo pic_
_Nigdy nie otrzymałem rozpatrzonej skargi piece (conralor zadnej z (5) skarg Więc jak masu_
_na a_
_ke/nh_

Have you previously discussed this issue with a staff member?  ☐ No   ☐ Yes   If yes, name: _____

_Leszek Pawelkowski_                              _04·25·23_
Individual in Custody's Signature                      Date

**INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _____
_____
_____
_____

_____          _____          _____
Print Staff Name                           Staff Signature                           Date

Distribution:  Affected Unit          *Printed on Recycled Paper*          DOC 0286 (Rev. 3/2022)

**RECEIVE**

MAY 0 8 2023

ADMINISTRATIV
REVIEW BOAR

_E 4_

eslać do grivance Officer orginały. One są w waszym posiadaniu, ja mam pie. To co zrobiliście z orginalnymi skargami to nie mój problem lecz wa e mam pojęcia jaką grę prowadzicie ze mną. Ale zapewniam was że kamery nie rmią i o wszystkim informują „IDOC INMATE ISSUES" jak ze mną się postępuje w WRENCE CORRECTIONAL CENTER. O każdym moim tu problemie są zawiodam ecz zemnie i moich bliskich. Proszę o odnalezienie moich orginalnych skarg xpatrzenie, bo każda rozpatrzona skarga chcę wysłać do „Administrative Review Board Spingfield. Dziękuję.

daty skarg wrzucone do rozpatrzenia

¹-25-22 regularna skarga, pisana na (1) kartce

02-2023 emergency skarga, pisana na (1) kartce

29-2023 emergency skarga, pisana na (1) kartce

30-2023 emergency skarga, pisana na (3) kartkach

30-2023 emergency skarga, pisana na (1) kartce

¹-07-2023 emergency skarga, pisana na (1) kartce

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: *Leszek Pawelkowski* _____ ID #: *431510* Living Unit: *R·4·Bl·8*

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: *Grievance Officer* _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): *04·12·2023 miałem transport do Chicago i spędziłem ponad 16 go-*
*dzin mielem "Black Box" na rękach i kajdankami poła'czydem race. 04·13·2023*
*napisałem skargę. 04·18·2023 byłem w Law Library i zrobiłem kopie tej skargi, tak jak*
*na edwrs dalszy cią*

*Leszek Pawelkowski·*                                    *04·25·23*
      Offender's Signature                                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____ Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____
   Print Staff Name                              Print Supervisor Name

_____    _____    _____    _____
Staff Signature        Date            Supervisor Signature            Date

Distribution: Affected Unit                              DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

*ES*

...szystkich skargi i ważnych request które są bardzo ważne dla mnie. 04-18-2023 do skrzynki na skargi, po powrocie z Law Library 4:15 pm wrzuciłem skargę pisaną na (3) kartkach do skrzynki. 04-19-2023 wieczorem przyszło dwoje Officerów z aparatem fotograficznym żeby zrobić zdjęcia moich ran, na lewej ręce i obu nogach które to mam co dzisiaj w skutek zaciśniętych za mocno kajdanek. Officer Constantino zapytała o szczegóły tego wypadku. Powiedziałem Constentino i Gonzalez, że skarga (3) kartki oznaczona: emergency-Medical Treatment - ADA Disability Accomendation i Staff Conduct jest w skrzynce na skargi i 1A office dowie się wszystkich szczegółów w tej sprawie ze skargi jeś mamy 04-25-2023 a na takie skargi są (3) dni na odpowiedź. Nie mam ani od Councelor ani od nikogo kto jest odpowiedzialny za rozpatrywanie skarg żadnej odpowiedzi. czy w ten sposób próbujecie zacierać po waszych potknięciach ślady. O wszystkim co się tu dzieje w moim przypadku jest informowane 1000 INMATE ISU nie tylko. Więc pytam Grivance Officera gdzie jest rozpatrzenie przez was tej skargi. prześladujcie na każdym kroku moją osobę w każdy sposób jestem przez was czyli pracowników LAWRENCE C. C. ignorowany co dziennie. Tylko dla tego że nie jestem obywatelem USA nie mówię, nie piszę i nie czytam po angielsku, nie jestem przez was traktowany jak ,,HUMAN BEING". Czekam na odpowiedź (8) dni i nic nie mam.

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Request

Offender Name: *Leszek Pawelkowski*                    ID #: 431510   Living Unit: R-4-Bl-8

Job Assignment: _____                    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: *Grivance Officer* _____

I request ☐ interview  ☐ cell assignment  ☐ visit  ☐ Trust Fund  ☐ purchase  ☐ other (specify) _____

for the purpose of (explain): *04-12-2023 miałem transport do Chicago i spakowałem ponad 16 go-*
*dzin nudełmy "Black Box" na rękach i kajdankami podał cacylym raca. 04-13-2023*
*napisałem skarge. 04-18-2023 byłem w Law Library i zrobiłem kopie tej skargi. tak jak*
                                                                    *na odwro-*
                                                                    *cie dalszy ciąg.*

*Leszek Pawelkowski* _____                    *04-25-23* _____
               Offender's Signature                          Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____                    _____
Print Staff Name                            Print Supervisor Name

_____  _____            _____  _____
Staff Signature        Date                 Supervisor Signature    Date

Distribution:  Affected Unit                                DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

...szystkich skarg i ważnych request które są bardzo ważne dla mnie. 04-18-2023 do
skrzynki na skargi, po powrocie z Law Library 4:15 pm wrzuciłem skargę pisaną na (3
kartkach do skrzynki. 04-19-2023 wieczorem przyszło dwoje Officerów z aparata
fotograficznym żeby zrobić zdjęcia moich ran, na lewej ręce i obu nogach które to mam
do dziś i w skutek zaciśniętych za mocno kajdanek. Officer: Constantino zapytała o
szczegóły tego wypadku. Powiedziałem Constentino i Gonzalez, że skarga (3) kartki
oznaczona: emergency-Medical Treatment-ADA Disability Accomendation i Staff Conduct je
w skrzynce na skargi i IA office dowie się wszystkich szczegółów w tej sprawie ze skarg
jeśli mamy. 04-25-2023 a na takie skargi są (3) dni na odpowiedz. Nie mam ani
od Councelor oni od nikogo kto jest odpowiedzialny za rozpatrywanie skarg żadnej
odpowiedzi. czy w ten sposób probujecie zacierać po waszych potknięcuach ślady.
I wszystkim co się tu dzieje w moim przypadku jest informowane IDOC INMATE ISSU
nie tylko. Więc pytam Guivance Officera gdzie jest rozpatrzenie przez was tej skarg
zikiewazycie na każdym kroku moją osobę, w każdy sposób jestem przez was czyli
pracowników LAWRENCE C. C. ignorowany co dziennie. Tylko dla tego że nie jesten
obywatelem USA nie mówie, nie piszę i nie czytam po angielsku, nie jestem przez wa
traktowany jak „HUMAN BEING". Czekam na odpowiedz (8) dni i nic nie mam.

↓ also copies my request

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Powelkowski_  ID #: _Y31510_  Living Unit: _R-4-Bl-8_

Job Assignment: _____  Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Warden Ms. Fitzgerald_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _Numer: 312-837-5814 jest rodzin1 zablokowany. Mojen ten_
_sam problem z mnny telefonem w police. Mam w 2020 gredmin miala_
_88 lat i pry odbieraniu telefon odemnie urasam rozmost/jedynta →_

_Leszek Powelkowski_  _03-02-23_
Offender's Signature          Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____  Remarks by supervisor (if necessary) : _____

_____  _____

_____  _____

_____  _____

Print Staff Name          Print Supervisor Name

_____  _____
Staff Signature          Date          Supervisor Signature          Date

Distribution:  Affected Unit          *Printed on Recycled Paper*          DOC 0286 (Rev. 4/2010)

mówiła jakiś inny numer i ten numer do mnie został zablokowany. Ustawiłem
po zablokowaniu. Handler Ewan przekazał mi prośbę ale bez skutku. Kolega tej
córka dzwoniła w Chicago do "Securus" i powiedziano jej, że oni nie zablokowa
tego numeru mamy: 011-4185-738-0542. Napisałem gniewo w tej sprawie i bez
skutku. Zadzwoniłem do polski do siostry na numer: 011-4878-368-0751 i, popa
-osiłem by zmieniła mamy numer telefonu, i siostra to zrobiła, bo mama miesz
-kała na formie daleko od swych córek które mieszkały w miastach i mie
było innej możliwości się porozumieć z mamą do której dzwoniłem na ten
numer od 1999 roku, aż do 2020. Dopiero po zmianie numeru, opisałem gze
na liście i zniosłe mogłem do mamy dzwonić do 2021. siódmego kwietnia gdy
zmarła na koronę 19. Teraz to samo mi robicie z kolegą telefonem do którego
dzwonię na ten numer od 2000 roku, kiedy to się zaprzyjaźniliśmy na rybach w Elgin
mój ni było pieniędzy. Teraz muszę do niego dzwonić na jego żony telefon
312-8375629 dla czego mu się to tobie mój kolega może nk zablokował
myślę że to też ktoś zablokował ten numer, bo nie Securus. Mój kolega nie
może zmienić swojego numeru telefonu, bo jest elektrykiem i od 94 roku ma
ten sam numer i tysiące klientów, który do niego dzwonią jeśli by zmienił
ten numer straci by olbrzymio klientów. Robię rzecz moich Reavia słin.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Leszek Pawelkowski_    ID #: _Y31510_    Living Unit: _R-4-BL-8_

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _Councelor: Ms. Fidzyrtato_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)
for the purpose of (explain): _Zwrocam się z pytaniem do pani Councelo co sie stało z moim_
_skargami wysłanymi do respełenia przez mnie i krawiton teroce D. Office_
_coordinater Na disk to skarg me mam do akts one reche recepatizonej czy. dokey_
_cioq no colow cie →_

_Leszek Pawelkowski_    _04-06-23_
Offender's Signature    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____

Print Staff Name    Print Supervisor Name

_____    _____

Staff Signature    Date    Supervisor Signature    Date

Distribution:    Affected Unit    Printed on Recycled Paper    DOC 0286 (Rev. 4/2010)

to regularne jeżeli też Emergency wystałem (10) skarg, to są daty tych skarg, które były wystałe: 9-25-22 - jedna kartka regularna skarga, następne: 1-02-2023 jedna kartka skarga regularna, rzucia: 1-29-2023 jedna kartka, Emergency skarga. 1-30-2023, 102 3 kartki regularna skarga. 1-30-2023 jedna kartka regularna skarga 02-07-2023, jedna kartka Emergency skarga. 03-02-2023-1024 kartki Emergency 03-03-20.22- jedna kartka Emergency. 03-10-2023-1024 kartki Emergency skarga. 03-29-2023, jedna kartka Emergency. Wszystkie moje skargi pozostają bez rozstrzygnięcia. czy może mi pani wytłumaczyć co się tu okieje, dla czego moje skargi pozostają bez odpowiedzi, czekam na pani Counceli odpowie- dz na moje pytanie. obiegkujuj. Leszek Pawełkowski.

## Individual in Custody Request

Individual in Custody Name: _Leszek Pawelkowski_ ID #: _Y31500_ Living Unit: _R4-BL-8_

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services ☐ OAEVS ☐ Vocational ☐ Business Office ☐ Record Office ☐ Placement Office
☐ Health Care Unit ☐ other (specify): _____

for the purpose of (explain):
_Chciał bym zrobić zależną mowich nadgarstkach rąk i nóg. Bo mnie rany cięte od kajdanków które puja byłem skuty ckeś przez oficera →_

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes   If yes, name: _____

_Leszek Pawełkowski_                                    _04-12-23_
Individual in Custody's Signature                              Date

---

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary):
_____
_____
_____

_____        _____
Print Staff Name                            Staff Signature                Date

Distribution:   Affected Unit          *Printed on Recycled Paper*          DOC 0286 (Rev. 3/2022)

itałem ponad 16 godzin. Miałem skute nogi i ręce gdy oyłem transportowa
 i do Chicago do Sądce i spowroten do Lawrence C.C. Mam bardzo spuchnia
 rozpawstłci ręki i nogi silny ból.

E 10

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Pawelkowski_    ID #: _Y31510_ Living Unit _R4-Cl-9_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Councelor: Fitzgerald_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _Prosze o rozmowe "Pilne"_

_____

_____

_Leszek Pawelkowski_    _05-24-23_
Offender's Signature    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____

Print Staff Name    Print Supervisor Name

## Individual in Custody Request

Individual in Custody Name: _Leszek Pawelkowski_    ID #: _Y31510_    Living Unit: _R-4-BL-8_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services    ☐ OAEVS    ☐ Vocational    ☐ Business Office    ☐ Record Office    ☐ Placement Office
☐ Health Care Unit    ☐ other (specify): _Counselor Mrs. Fitzgerald_

for the purpose of (explain): _Once ed 2 tygodni porozmawiac w sprawie procy w/LAUNDRY"
i pani Counselor mnie ignoruje nie dajen na moje request by porozmawiac ied._

Have you previously discussed this issue with a staff member? ☐ No  ☐ Yes  If yes, name: _____

_Leszek Pawelkowski_                    _04-23-23_
Individual in Custody's Signature                Date

_____ INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE _____

Remarks by staff (if necessary):
_Work Sheet Submitted for Laundry._

_Fitzgerald_            _4/24/23_            _____        _E11_
Print Staff Name            Date            Staff Signature

Distribution:    Affected Unit                    Printed on Recycled Paper            DOC 0286 (Rev. 3/2022)

↳ Odoo copies my request

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Pawelkowski_    ID #: _Y31510_ Living Unit: _R-4-Bl-8_

Job Assignment: ___    Shift: ___

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Mondes Ms. Fitzgerald_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): _Numer: 312-837-5814 jest radio zablokowany. Nie jestem ten_
_sam problem z moim telefonem w polsce. Mama w 2020 grudnia miała_
_88 lat i pay odbieraniu telefonu od mnie czasami zaumosi jedynki. →_

_Leszek Pawelkowski_        _03-02-23_
Offender's Signature                       Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) :        Remarks by supervisor (if necessary) :
_Securus Customer Service_

_(800-844-6591)_

___            ___
Print Staff Name                      Print Supervisor Name

___            ___
Staff Signature          Date         Supervisor Signature         Date

Affected Unit                         _E-12_

_Printed on Recycled Paper_            DOC 0286 (Rev. 4/2010)

nacisnęła jakiś inny numer i ten numer do mamy został zablokowany. Ustaliśmy że
go odblokowuci. Kanclez EMRIN próbował mi pomóc ale bez skutku. Kolega
córka otworzyła w Chicago do "Securus" powiedziano jej że oni nie zablokowali
tego numeru mamy: 01-4485-738-0542. Napisałem gritis w tej sprawie i bez
skutku. Zadzwoniłem do polski do siostry na numer: 011-4878-368-0151 i
osiłem by zmieniła mamy numer telefona i siostra to zrobiła, bo mama mieszka
tiada na formie daleko od swych córek które mieszkały w miastach i nie
było innej możliwości się porozumieć z mamą do której dzwoniłem na
numer od 1999 roku aż do 2020. Dopiero po zmianie numeru opisałem
na listę i znowu mogłem do mamy dzwonić do 2021 siódmego kwietnia
zmarła na korona 19. Teraz to samo ma robicie z kolegą telefonem do którego
dzwonię na ten numer od 2000 roku kiedy to się zaposzaliśmy na rybach w Egipcie
nigdy nie było problemu. Teraz muszę do niego dzwonić na jego nowy telefon
312.037.5659 dla czego nie wiem aż to tak mój kolega miał nie zablokowany
myślę że to tu ktoś zablokował ten numer to nie Securus. Mój kolega nie
może zmienić swojego numeru telefonu bo jest elektrykiem i od 94 roku ma
ten sam numer i tysiące klientów, którzy do niego dzwonią jeśli by zmienić
numer straciłby olbizo klientów. Robię copię moich Request sip.

I doo Copies my Request

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Poszelkowski_    ID #: _Y31510_    Living Unit _R-4-Bt-08_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _HEALTH CARE UNIT - FNP C-LUKINE_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): _Remind FNP C-Luking as 2023 messages Letrum molecular test_
_within an endophin R-4-pidequionko, BAKER" a spreure moir positiv_
_Collect proyiedzalem a Menard as 9-9-2019, co robic role sie test na poziiog-_

_Leszek Poszelkowski_                                    _03-02-23_
Offender's Signature                                        Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____

Remarks by supervisor (if necessary) : _____

_____                    _____
Print Staff Name                              Print Supervisor Name

_____    _____          _____    _____
Staff Signature            Date             Supervisor Signature       Date

Distribution:  Affected Unit

*Printed on Recycled Paper*                          DOC 0286 (Rev. 4/2010)

E 13



2020 zostałem wezwany do HCU hospital, by przyjąć zostałyć czyli jest na gruźlicę. Powiedziałem pielęgniarce, że w 2018 w Henard zdiagnozowano u mnie gruźlicę i przez miesiąc otrzymywałem okres następny leki. musiałem podpisać zgodę na przyjmowanie tych leków. Więc powiedziałem pielęgniarce, że ten zastrzyk jest zbyteczny, bo mam gruźlicę, i potrzebuję spotkać się z lekarzem. Pielęgniarka powiedziała mi, że muszę napisać request do Lekarza. Napisałem dwa w ciągu dwóch miesięcy bez rezultatu. nie zostałem w sprawie mojej gruźlicy nigdy wezwany. W 2021 ten sam proces, poszedłem do HCU hospital powiedziałem że mam gruźlicę i po sprawie, znowu wystawiłem tym razem 5 request miałem rozmowy z doktor "Pitman" powiedziała że zajmie się moją chorobą gruźlicy i do dnia dzisiejszego, a mamy marzec 2023 bez rezultatu ze strony HCU Lawrence hospital.
Powiedziałem pielęgniarce że kilka razy widziałem lekarza we Flegucie którą czytałem
Byłem na jacenkcie: 08.07.2023 i płatem krwią pokazałem tą kref Oficerowi Gierenice zadzwonił do HCU hospital, poszedłem przyjęła mnie pielęgniarka "BRAHIN" sprawdz "idłem 19, co się okaże, ta mi odpowiedziała że będą mieli na mnie oko. Powiedziałem pielęgniarce "BAKER" że chcę się widzieć z FNPC Lukina w tej sprawie Leku mnie mamy marzec i znów przez cały rok nikt mnie nie zbada i nie poddaje ginie leczenia mojej gruźlicy. Pani Lukina czy będę leczony na moje dolegliw- ości, czy też nie, to pani proszę prostaki moje leczenie, bo od dwóch lat mi znowu Lekarza więc pani odpowiada za moją kondycję zdrowotną, nich pani zadba o to by ten był Leczony. Mam już pani nie wiele zdrobić i nie się nie robi w tej sprawie nie mi jest przynajmniej zażartować. Problem komunikacji proszą cięcie elektronicznego tłumacza.

I do Copies My Request

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Pawelkowski_    ID # _Y31510_ Living Unit _R-4-BL08_

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _Health Care Clinic - NP Lukine_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _Mam stromch przed ramieniem serca i lok upleczeni ktom_
_do moigou, Dlaczego moje cisnienie krem i puls sa tak bysokie i te_
_bole w platce piersioway, co jest tego przifayny, Prosze o wyjasniente._
_Leszek Pawelkowski_    _03-23-23_

Offender's Signature          Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _____ Remarks by supervisor (if necessary): _____

_____    _____

Print Staff Name          Print Supervisor Name

_____    _____

Staff Signature   Date       Supervisor Signature   Date

Distribution:  Affected Unit             DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

E14



*I do Copies My Request*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Powelkowski_    ID # _Y31010_ Living Unit _R-4-BL-08_

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Health Care Unit- NP. Luking_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): _Odpowiedziałci 03-20-23 pravu silny bol gardla i klotki piersiowej. Nie przyje odkrztusić pluva trudno, odelsię i pluje pokrecone powietrza bol owrazw w klotce piersiowej main silve zaburol głowy →skóra_

_Leszek Powelkowski._    _03-23-23_
Offender's Signature      Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____ Remarks by supervisor (if necessary) : _____

Print Staff Name _____ Date _____    Print Supervisor Name _____ Date _____

Staff Signature _____    Supervisor Signature _____

Distribution   Affected Unit            DOC 0286 (Rev 4/2010)

*Printed on Recycled Paper*

E15

Strasznie drapie mnie w gardle, nie mogę chodzić po dełku robię tuy chrązen-
nia i zatyka mój oddech, robi mi się ciemno w oczach i strasznie boli co
któżte piersiowej. Proszę od dawna o pomoc z tym problemem, jak długo, czas
mam czekać na pomoc, czy mam się pierwgo udusić, by ktoś się zajoł myim
problemem z gardłem.

E15, 2

5

Dela Copis

## ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Request

Offender Name: _Leszek Buszkowski_    ID # _Y31510_  Living Unit _R-4-BL-8_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Health Care Unit: N.P. Lukoшие_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _Prosze o wizyte pora N.P Lukowi, mam barobe ponowny_
_problem z moim samich uniem i nie tylko Man silne bole fecce_
_wciz ominae ula czuj calj czas opran balacy i staszy ból._
_Leszek Buszkowski_    _04-06-23_

Offender's Signature    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

Print Staff Name    Print Supervisor Name

Staff Signature    Date    Supervisor Signature    Date

E16



ILLINOIS DEPARTMENT OF CORRECTIONS

**Individual in Custody Request**

Individual in Custody Name: _Leszek Powelkowski_    ID #: _931510_    Living Unit: _R-4-BL-8_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office

☒ Health Care Unit   ☐ other (specify): _NP LUKING_

for the purpose of (explain):
_Mam duzy problem z moją dietą i nogą, a takie lekarz_
_roniewicz, strasznie mnie boli._

Have you previously discussed this issue with a staff member? ☐ No   ☐ Yes   If yes, name: _____

_Leszek Powelkowski_                    _04-19-23_
Individual in Custody's Signature                    Date

**INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary):

_____

_____

_____

_____    _____    _____
Print Staff Name    Staff Signature    Date

Distribution:  Affected Unit             _Printed on Recycled Paper_             DOC 0286 (Rev. 3/2022)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _Leszek Pawelkowski_    ID #: _YS1510_    Living Unit: _R-3-CL-9_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Heath Care Unit_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☑ other (specify) _NP-LUKING_

for the purpose of (explain): _Co z testem na oddychanie podczas snie? Ja sie dusce_
_nie moge oddychac. Wat hapen my sliping TEST? I cent-breathing_
_on my slip time-somting coxing my Troath. I need se You._

_Leszek Pawelkowski_                    _8-23-23_
Offender's Signature                          Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____
Print Staff Name                              Print Supervisor Name

_____    _____
Staff Signature          Date              Supervisor Signature          Date

Distribution:  Affected Unit                    *Printed on Recycled Paper*                    DOC 0286 (Rev. 4/2010)

E18

Ⓐ1

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Pawelkowski_ ID #: _Y31570_ Living Unit: _R-3 CL-9_

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _Health Care Unit - N.P. LUKING_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☑ other (specify) _Visit_

for the purpose of (explain): _Od: 8-14-23 nie moge chodzic sporalizowalo moje nogi i plecy. From: 8-14-23 I cent wok paralysed my legs and back. I in big pain: immediately, I needed Help - Thank You_

_Leszek Pawelkowski_                    _8-20-23_
Offender's Signature                         Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

Print Staff Name        Print Supervisor Name

Staff Signature    Date        Supervisor Signature    Date

Distribution:  Affected Unit

_Printed on Recycled Paper_

DOC 0286 (Rev. 4/2010)

RECEIVED
OCT 02 2023
ADMINISTRATIVE
REVIEW BOARD



E19
C03

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

er Name: *Leszek Pawelkowski*        ID #: *YS1510*   Living Unit: *R-3-CC-9*

.ssignment: _____        Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: *Heath Care Unit*

I request ☐ interview  ☐ cell assignment  ☐ visit  ☐ Trust Fund  ☐ purchase  ☑ other (specify) *NP-LUKING*

for the purpose of (explain): *Ce z lestem na addychanie podczas sna? Ja ne daw*
*me moje addychac. Wat hapen my sliping TEST? I cent breathing*
*on my slip time - somting coking my Treath. I need se You.*

          *Leszek Pawelkowski*                    *8·23·23*
          Offender's Signature                        Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____        Remarks by supervisor (if necessary) : _____

_____        _____
_____        _____
_____        _____

_____        _____
Print Staff Name                        Print Supervisor Name

_____  _____        _____  _____
Staff Signature          Date            Supervisor Signature        Date

Distribution:  Affected Unit                    *Printed on Recycled Paper*                    DOC 0286 (Rev. 4/2010)

RECEIVED

OCT 0 2 2023

ADMINISTRATIVE
REVIEW BOARD

*EDO*



*E21*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: *Leszek Pawelkowski* ID #: *Y3157Q* Living Unit: *R-3-CL-9*

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: *Health Care Unit - To: NP Luking*

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): *od - 3/12/24 przyjmuję co rano: LISINOPRIL 40 MG TAB*
*AMLODIPINE BES 10 MG TAB i METOPROLOL succ ER 25 MG TAB od ciśnienia*
*krwi czuję się bardzo źle mam ból w klatce piersiowej poce się nie mogę →*
*na odwrocie*

*Leszek Pawelkowski* _____ *3/29/24*
      Offender's Signature                   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____ Remarks by supervisor (if necessary) : _____

_____ _____

_____ _____

     Print Staff Name                           Print Supervisor Name

     Staff Signature         Date            Supervisor Signature       Date

Distribution:  Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

dolychać serce mi raz jakby staje przestaje bić, a raz bije jak szalone mam
zawroty głowy i robi mi się ciemno w oczach. 3/25/24 pielęgniarka Fitzgerald
mierzyła moje ciśnienie krwi miałem 136/76 i powiedziałem jej by przekazała NP Luhing że biorę te nowe 25 mg METOPROLOL SUCC ER i te stare
40 mg LISINOPRIL i 10 mg AMLODIPINE BES i czuję się źle i proszę o wizytę
Jak do tej pory nie zostałem wezwany.

I do copies dis request

F27

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Leszek Burzelkowski   ID #: Y31510   Living Unit: R-4-Bl-08

Job Assignment: _____   Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Health Care Unit: NP Wise

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)

for the purpose of (explain): Executive 15 2022 mielogramto prokykenolea Wise zaraz via dla musie slute: no cholesterol—Low cholesterol—Low fat mow fr. Dental Staff cd 15-03-2023 clostoje dentol left sterpinocizy pojmuuk a mie cisla) →

Offender's Signature: Leszek Burzelkowski      Date: 04-06-23

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _____

Print Staff Name: _____

Staff Signature: _____   Date: _____

Remarks by supervisor (if necessary): _____

Print Supervisor Name: _____

Supervisor Signature: _____   Date: _____

Distribution:  Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

Low Cholesterol - Low Fat. Odkąd zaczęto przysyłać moją dietę nigdy nie otrzymałem
śniadania Low Salt-Low Cholestrol Low Fat - co oberwie otrzymuję regularne jedzenie
i tak to dostaję: jajka gotowane na twardo - jajka niewiszane - placki mączne z jaj
kiem - French toast czyli chleb smażony z jajkiem - kotlet smażony z indyka prze-
-solony. Moja dieta zabrania mi jedzenia tych rzeczy, biorę co dzienne leki
ma wysokie ciśnienie krwi, na wysoki cholesterol, mam bardzo dużą
nadwagę ciała nie powinienem obsługiwać na śniadanie "ciasta - lok"

Dla czego superVizer Kohn mi stosuję się do zaleceń Health care Unit hospital ?
Czy Kuchnia mi może nie przystać co dziennie i: kanapkę z masłem orzechowym i
płatki zbożowe i nie było by problema co ? Pani WP bliżej proszę o int-
-erwecję w tej sprawie w super vizera Kohn. obiskuję, Leszek Pawełkowski



ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: _Leszek Powelkowski_    ID #: _Y31510_  Living Unit: _R-4-CL-9_

Job Assignment: _____  Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
☑ Health Care Unit   ☐ other (specify): _WP MISC_

for the purpose of (explain):
_Pozyracia na nowe diete Law Salt Law/Cholesterol Law Fet ; 12-15-2022 i 03-15-2023_
_prasbatenn ja otrzymywać Wizytenw do pani Wise request: 04-06-2023 w tej sprawie_
_dalszy ciąg na drugiej stronie →_

Have you previously discussed this issue with a staff member?   ☐ No   ☐ Yes   If yes, name: _____

_Leszek Powelkowski_                           _05-16-2023_
Individual in Custody's Signature                    Date

Remarks by staff (if necessary): _____

_____

_____

_____          _____
Print Staff Name                      Staff Signature          Date

Distribution:  Affected Unit

_Printed on Recycled Paper_                          DOC 0286 (Rev. 3/2022)

INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE

do tej pory dieta nie została mi przywrócona. 04-26-2023 miałem rozmowe z NP Luisine w innej sprawie i powiedziałem że mam problem z moją dietą. NP Luisine zapisała cos na papiere i powiedziała dla mnie że dieta traci wartość' co 180 dni, a nie co 90 dni bo tylko przez 90 dni ja otrzymywałem i zapewniła mnie że za kilka dni będzie moja dieta przywrócona. Ale tak się nie stało. 05-15-2023 miałem kolejne spotkanie z NP Luisine w Health Care Unit w innej sprawie. Powiedziałem NP Luisine że dieta nie została mi przywrócona że otrzymano na del Dexto) Soft NP Luisine powiedziała że tym razem osobiście się tym zajmie. Jak długo będę trudy jedzeniem które co dziennie mnie dla mnie się obciążca. Mam wysoki cholesterol i wysoki cholesterol na które te biore co dziennie leke. Cęp kpos zajmie się tym problemem bo okciśń est: 05-17-23 i całaj nie mam odpowiedniej diety dla mojego stanu zdrowia.

NP Wise, pilnie prosze o wizytę

E24

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Leszek Pawelkowski   ID #: Y31510   Living Unit: R-4-CL-9

Job Assignment: _____   Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Health Care Unit - NP Wise

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): Asses o consult NP Wise then contro posswiry
problem I mog dicta klisto pani ani pierpisola i ine tylko
raz jescu pisec o witzf/y chtheys.

Leszek Pawelkowski                05-24-23
_____        _____
Offender's Signature                    Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): _____    Remarks by supervisor (if necessary): _____

_____         _____

_____         _____

_____        _____        _____        _____
Print Staff Name              Date            Print Supervisor Name            Date

_____         _____
Staff Signature                               Supervisor Signature

Distribution:   Affected Unit

Printed on Recycled Paper                DOC 0286 (Rev. 4/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Pawelkowcki_    ID #: _Y31510_    Living Unit: _R-3-CL-9_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Health Core Unit – NP Wise_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _9-4-23. I'm ask you to giv me a WOKER. I beave big pain my back and lege. I can wok on my on - over three wyks. Thank You. Od: 9-4-23 arekain no WOKER me moge chodzic. bez operacie mam strasny bol plecami neg._

_Leszek Pawelkowski_                    _9-6-23_
Offender's Signature             Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____

Print Staff Name                    Print Supervisor Name

_____    _____    _____    _____
Staff Signature              Date        Supervisor Signature          Date

Distribution:  Affected Unit                    DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*



E 26

ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: _Leszek Pawelkowski_    ID #: _Y31510_  Living Unit: _R·4·BL·D8_

Job Assignment: _____  Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
☑ Health Care Unit   ☐ other (specify): _Mental Health · NP: LINDA WOKE_

for the purpose of (explain): _Jak długo mam czekac na wizyte u pani NP LINDA WOKE, czy koleiny_
_rok. Mam poważny problem z utrata pamieci i pokrzywyć poważny_

Have you previously discussed this issue with a staff member? ☐ No  ☐ Yes  If yes, name: _NP: LINDA WOKE_

_Leszek Pawelkowski_                          _05·02·23_
Individual in Custody's Signature                    Date

### INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary):

_____

_____

_____

_____        _____
Print Staff Name                          Staff Signature        Date

*Printed on Recycled Paper*

Distribution:  Affected Unit                          DOC 0286 (Rev. 3/2022)

## Individual in Custody Request

Individual in Custody Name: _Leszek Pawelkowski_    ID #: 931510    Living Unit: R-8L-8

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services    ☐ OAEVS    ☐ Vocational    ☐ Business Office    ☐ Record Office    ☐ Placement Office

☒ Health Care Unit    ☐ other (specify): _MHU - NP Linda Woke_

for the purpose of (explain):

_Mam bardzo poważny problem i proszę o wizytę._

_____

Have you previously discussed this issue with a staff member?    ☐ No    ☐ Yes    If yes, name: _____

_Leszek Pawelkowski_                              _04-19-23_
Individual in Custody's Signature                    Date

**_INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE_**

Remarks by staff (if necessary): _____

_____

_____

_____

_____          _____          _____
Print Staff Name                        Staff Signature                         Date

Distribution:   Affected Unit              *Printed on Recycled Paper*              DOC 0286 (Rev. 3/2022)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Leszek Powellkowski_    ID #: _Y-31510_    Living Unit: _R-4-C-9_

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _BTH - Health Care Unit_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): _Plase polikretin MRI mojego mozgu-brain Wlo diastgram_
_tragg powacc powietam co byle 30 lat przed a 2½ powietam co byte 5 emiey_
_terau Prosze o urzglij profissiondiny osoby BTH Health care Unit._

_Leszek Powelkoicsk_    _05-24-23_
Offender's Signature                        Date

------- DO NOT WRITE BELOW THIS LINE -------

Remarks by staff (if necessary): _____    Remarks by supervisor (if necessary): _____

_____    _____

_____    _____

_____    _____

_____    _____
Print Staff Name                        Print Supervisor Name

_____    _____    _____    _____
Staff Signature        Date            Supervisor Signature        Date

Distribution:  Affected Unit

Printed on Recycled Paper                        DOC 0286 (Rev. 4/2010)

E28

*I also Copies My Request - 1 OF 3*

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Request

Offender Name: *Leszek Pawelkowski* ID #: *Y31510* Living Unit: *R-4-BL-8*

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: *HEALTH CARE UNIT — Lorie Cunningham*

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): *Pani Cunningham 02-24-2023 byłem na jardzie i o 9²⁰ am z budynku R-4 - wyszła pani dyrektor Cunningham, rozmawiałem z panią na temat mojego problemu z gardłem. Opowiedziałem pani całą historię mojej choroby.*

*Leszek Pawelkowski* — *03-02-23*
Offender's Signature                           Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____          Remarks by supervisor (if necessary) : _____

_____          _____
Print Staff Name                           Print Supervisor Name

_____          _____
Staff Signature            Date          Supervisor Signature          Date

Distribution.  Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev 4/2010)

*E29.*

**2-2**

12-15-2020 zaraziłem się od którego z oficerów pełniących służbę na skrzydle gdzie odsiadywuję wyrok. Od tego momentu zaczęły się poważne problemy z moim zdrowiem. Zaczęłem się dusić ból w gardle, dropanie kaszel, nie mogę przełykać, to co przełykam sprawia mi straszny ból, odkaszlije co jakiś czas flegmą z krwią, mam posinak krew w gardle. W nocy budzę się 1'em 2'am lub 3'cim i nie mogę złapać oddechu, mam wrażenie że w gardle utkwiła mi piłeczka od ping ponga. FNP-C-Luking wysłała mnie na badanie gardła 10-20-2022 mam zrobiony ultra sound w klury hospital. 10-25-2022 rozmawiam z FNP-C-Luking w HCU hospital ultra sound wynik przysłali z klury hospital i Luking mówi mnie że mam prawdopodobnie rozochsor gardła. Wysyła mnie na dalsze badanie. 12-19-2022 w Szampagne hospitl mam bajpasy tak zrobionej i tu nie mogłem się porozumieć z lekarzem więc pielęgniarka przyprowadziła na kółkach i stoliku coś jak tablet lub kampuder wbiła swój numer i po chwili miałem wszystko przetłumaczone co lekarz mi powiedział na moj czyli pobku jżyk. 12-21-2022 FNP-C-Luking przysłała mi na operację diagnozę z bajpsy test w Szampagne hospital „NO CANCER". Z czego się ucieszyłem. No ale problem z moim oddychaniem jest coraz to poważniejszy nie mogę wogóle wydać z siebie głosu. 01-02-2023 w HCU byłem wymienić baterie w aparacie słuchowym wrzuciłem pielęgniarce tykiety request że chcę się widzieć z Luking w sprawie gardła. 01-22-2023 wystałem następny request 01-27-2023 na budynek przyszła HR5 „K" nie mogła się ze mną porozumieć bo nie mogłem z siebie wydobyć głosu silny ból w gardle, pielęgniarka, „K" powiedziała że wpisze mnie na wizytę u FNP-C-Luking. 01-07-2023 jestem na jardzie 8'cim plije krwią oficer

**3-3**

Greentree zobaczył moją krew na betonie i powiedział że dzwoni natychmiast do HCU hospital. 12'tc pm poszedłem do HCU hospital o 1'tc pm obejrzała mnie pielęgniarka, BRANN i powiedziała że będziemy mieli na pana oko. Pytam się panią dyrektor HCU hospital czy pielęgniarka BRANN ma takie wykształcenie że może stawiać diagnozy na paznokciach, tak jak lekarz. Powiedziałem że widzę na przecinku w pokoju FNP-C-Luking że chcę by mnie zbadała, BRANN odparła że Luking nie ma czasu. Jeszcze raz pytam pania Cunningham ile to razy dziennie prawie cały pani personel medyczny czyli pielęgniarki po 2 4-6 w grupach chcekle. Bucynek odm instrucji na papierosa trzy cztery razy dziennie. Na przypiorza spędzają 20 uinut za każdym razem, kamery rejestrują mam nadzieję a in 5 minut dla chorego nie mają czasu. 02-16-2023 mam bardzo poważne problemy z oddychaniem bółan gardła, oficer Greentree znosi chwanie do HCU hospital, o 12 pm ide znowu przyjęła mnie pielęgniarka, nie znam imienia zmierzyła moje ciśnienie krwi i oxgen mówi że jest podwyższone ale nie ma co się przyjmować, rozmowie przysłuchiwała się FNP-C-Luking widziała że nie mogę wydobyć głosu z gardła że się pczę i nie mogę ustać oparty o ścianę. Luking powiedziała że wpisze mnie na wizytę i odesłała mnie na mój R-4 bez żadnego badania bez pomocy. Pani Cunningham jak długo jeszcze będę ignorowany przez pani personel i pania Luking i Wise mówią mi że to od pani podpisu zależne jest moje leczenie nie od nich. To pani podpis decyduje kto ma żyć o kto odejść?. Mam nadzieję że zweryfikuje pani ten problem, a także problem komunikacji w HCU hospital potrzebuję elektronicznego tłumacza, bo nie mówię, nie piszę i czytam po angielsku.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Therapeutic Diet Order

_Laurence_ **Correctional Center**

Date: _10-31-21_ Time: _10.55_ ☑AM ☐PM

Offender Name: _Pawelkowski Joseph_ ID #: _Y31510_ Housing Unit: _4 CL9_

___

**Type of Request:** ☑New Order ☐ Renewal ☐ Change ☐ Cancel

**Diet Types:**

| | | | |
|---|---|---|---|
| ☐ | Clear Liquid | ☐ | Six Small Feedings |
| ☐ | Full Liquid | ☐ | High Protein, High Calorie |
| ☑ | Medical/Dental Soft | ☐ | Broken Jaw (Pureed) |
| ☐ | Hepatic | ☐ | Low Concentrated Sweets |
| ☐ | Low Cholesterol/Low Fat | ☐ | Low Concentrated Sweets/HS Snack |
| ☐ | No Added Salt (4g) | ☐ | Discontinue Therapeutic Diet |

**Renal:**

| | | | |
|---|---|---|---|
| ☐ | Protein _____ Gm | ☐ | Potassium _____ Gm |
| ☐ | Sodium _____ Gm | ☐ | Phosphorous _____ Mg |
| ☐ | Fluid Restrictions _____ | | |

Comments: _☑ Dental Soft Low, no teeth or dentures_

Diet Duration: _120 days_  Per Order of: _Dr Bolick_  **Physician/Dentist**

___ Print Name of Physician/Dentist

**Physician or Dentist Signature**  Signature of RN

**Medical Information:**

Allergies: _____

Medication: _____

(If diabetic, include type and insulin dosage)

Potential Food and Drug Interactions: ☐ No ☐ Yes _____

## MEDICAL/DENTAL SOFT

**PURPOSE:**   The medical/dental soft diet is designed to ease the task of chewing and swallowing, in patients with conditions that hinder chewing and swallowing function.

**USE:**   This diet is used for patients who can tolerate a larger variety and texture of foods than a pureed diet, but have limited chewing and swallowing ability.  Patients who have undergone head and neck surgery, have dental problems, or with anatomic esophageal strictures will likely benefit from this diet.  It is not designed for gastrointestinal distress.

**DESCRIPTION:**  All foods and seasonings are permitted on this diet.  Foods are modified in texture only, such as chopped, ground, and occasionally pureed. Mechanical alterations are designed to promote mastication.  The foods are generally moist and require minimal chewing before swallowing. Raw fruits and vegetables are excluded, as are those containing seeds, nuts, and dried fruits.

**ADEQUACY:**  Based on the individual's food choice, the diet is adequate in all nutrients according to the 1989 RDAs.

**PHYSICIAN'S GUIDELINES:**  This diet may be modified to comply with other therapeutic diet regimens.  Based on individual therapeutic needs, the physician should write out specific mechanical alterations in the comment section  of the diet order form.

Check off medical soft and 2500 ADA, for diabetic requiring a soft diet.

Dental soft diet are ordered for fourteen days only, and renewed as necessary.

## FOOD LIST

| FOOD GROUP | RECOMMENDED | AVOID |
|---|---|---|
| **Beverages** | Milk, malted milk, milk shakes; coffee, tea; carbonated beverages; hot cocoa | Any containing raw eggs |
| **Breads** | Soft breads, pancakes, muffins, soft waffles; breads and plain crackers softened in soup or beverage | Any with seeds, dried fruits, or nuts |

# CARLE HEALTH SYSTEM

| | | |
|---|---|---|
| Name, MRN<br>Leszek Pawelkowski<br>3042562 | DOB, Sex:<br>2/2/1969, Male | Requesting Provider:<br>Luking, Carissa |
| Procedure Performed:<br>MRI SHOULDER LEFT WITHOUT<br>CONTRAST | Reason for Exam:<br>LEFT SHOULDER PAIN | PCP:<br>Savino, Yoko |
| Performing Department:<br>CARLE RICHLAND MRI<br>800 E Locust St<br>Olney IL 62450-2553<br>618-392-1135 | Exam Time:<br>10/20/2022 9:00 AM | Accession Number:<br>MR3877900 |

Accession    Exam                    Completed Date/Time
MR3877900    MRI SHOULDER LEFT WITHOUT CONTRAST        10/20/2022  09:00
Requesting: LUKING, CARISSA
-----------------------------------------------------------

MRI left shoulder
History: Shoulder pain for 2 years.
Comparison: None
Technique: Multiplanar multisequence imaging of the left shoulder was performed without contrast.

Findings:
Muscle bellies of the rotator cuff are unremarkable. There is some minimal undersurface signal at the infraspinatus insertion. No high-grade or significant cuff tears identified. Subscapularis is intact. Narrowing of the acromiohumeral interval. This can
be seen in the setting of impingement. There is AC arthrosis. Reactive bone marrow signal spurring on both sides of the joint. Long head intra-articular and extra-articular biceps tendon is intact. Lack of significant intra-articular fluid or contrast
limits evaluation of labrum. Allowing for this, there is a tear involving the anterior-inferior labrum with a tracking multilobular paralabral cysts measuring up to 2.3 cm along the anterior inferior margin of the glenoid. There is degeneration and
fraying of the posterior labrum. Fatty replacement and rotator interval. There is some thickening of the inferior glenohumeral ligament as well. Combination of findings can be seen in setting of adhesive capsulitis. Partial imaging of muscular edema
involving the lateral aspect of the deltoid. Considerations include either muscular strain or recent injection.

Impression:
1. No significant rotator cuff tears. Minimal insertional tendinopathy of the infraspinatus.
2. Narrowing of the acromiohumeral interval. This can be seen in setting of impingement.
3. Moderate AC arthrosis.
4. Tear of the anterior-inferior labrum with a tracking paralabral cyst. Fraying and degeneration of the more posterior labrum.
5. Fatty replacement of the rotator interval and thickening of the inferior glenohumeral ligament. Combination of findings can be seen in setting of adhesive capsulitis.
6. Small area of lateral deltoid edema which may be related to either injection or focal muscular strain.

-----------------------------------------------------------
Electronically Signed and Authenticated by
Dean  Hoffmeister, MD    10/20/2022  09:21

NOTED 10/20/22

H2

**10/20/2022 9:23 AM**

**Collection Information**

Collected:     10/20/2022 8:25 AM - 9:00 AM (35
minutes)



H³

Zworykowski
V31510

**HEP2GO**

# HOME EXERCISE PROGRAM
Created by E T Aug 1st, 2023

View videos at www.HEP.video

Total 3



### SINGLE KNEE TO CHEST STRETCH - SKTC

While Lying on your back, raise your leg up and hold your thigh under your knee while gently pulling it towards your chest for a gentle stretch. Lower your leg down and repeat.

Video # VV3W4RJUJ

| | |
|---|---|
| **Repeat** | 3 Times |
| **Hold** | 30 Seconds |
| **Perform** | 3 Times a Day |



### DOUBLE KNEE TO CHEST STRETCH - DKTC

While Lying on your back, hold your knees and gently pull them up towards your chest.

Video # VVSHPUFNG

| | |
|---|---|
| **Repeat** | 3 Times |
| **Hold** | 30 Seconds |
| **Perform** | 3 Times a Day |

### LOWER TRUNK ROTATIONS - LTR - WIG WAGS - KNEE ROCKS

Lying on your back with your knees bent, gently rotate your spine as you move your knees to the side and then reverse directions and move your knees to the other side. Repeat as you move through a comfortable range of motion.

Video # VVHFZ3NCW

| | |
|---|---|
| **Repeat** | 3 Times |
| **Hold** | 30 Seconds |
| **Perform** | 3 Times a Day |

9/26/23
ET

H4

Moderate to severe
disc space narrowing
and endplate degeneration
at L5-S1. There is
associated vacuum disc.

~~~~~~~~~~~~~~

Neurosurgery Consult
MRI

RECEIVED
OCT 02 2023
ADMINISTRATIVE
REVIEW BOARD

H5