RMH HEALTH INFORMATION MANAGEMENT
800 E Locust St
OLNEY IL 62450

Pawelkowski, Leszek
MRN: 3042562, DOB: 2/2/1969, Sex: M
Adm: 9/7/2022, D/C: 9/7/2022

## 09/07/2022 - CTA Brain/Neck in CARLE RICHLAND CT

### Reason for Visit

Visit diagnoses:
- Dizziness and giddiness [R42]
- Pulsatile tinnitus, left ear [H93.A2]
- **General medical examination (primary) [Z00.00]**

### Imaging

#### Imaging

##### CT CTA BRAIN AND CTA NECK (Final result)

| CT CTA BRAIN AND CTA NECK | Resulted: 09/07/22 1014, Result status: Final result |
|---|---|

Ordering provider: Arloff, Kyle J, APRN 09/07/22 0757
Resulted by: Morton, Douglas W, MD
Performed: 09/07/22 0838 - 09/07/22 0850
Resulting lab: CARLE FOUNDATION HOSPITAL
Narrative:

Order status: Completed
Filed by: 838311 Interface User 09/07/22 1016
Accession number: CT3862623

Accession      Exam                              Completed Date/Time
CT3862623      CT CTA BRAIN AND CTA NECK          09/07/2022 08:50
Requesting: ARLOFF, KYLE J
-------------------------------------------------------------------------

Clinical data: Pulsatile tinnitus, left ear.

Technique: 5 mm axial scans through the head after intravenous contrast. 0.625 mm axial scans through the head and neck during the arterial phase of contrast injection. The arterial data set was reformatted to produce sagittal and coronal intracranial views, sagittal and coronal neck views, oblique sagittal images through the carotid bifurcations and sagittal, axial and coronal MIP images of the head and neck vessels. 100 mL of IV Isovue-370.

Findings: Compared with a IAC MRI dated 14 February 2022.

Aortic arch: The arch has conventional configuration. Widely patent right and left common carotid origins, right and left subclavian origins, left vertebral origin and brachiocephalic origin. There is moderate narrowing on the order of 40-50% at the right vertebral origin. Small amount of scattered atherosclerotic calcification within the arch and proximal great vessels.

Right carotid artery: The right common and internal carotid arteries are patent throughout their entire course. Minimal atherosclerotic narrowing within the right ICA bulb and within the supraclinoid segment, not hemodynamically significant.

Left carotid artery: The left common and internal carotid arteries are patent throughout their entire course. Minimal atherosclerotic narrowing within the left ICA bulb, not hemodynamically significant.

Vertebrobasilar system: The right and left vertebral arteries are patent throughout their entire courses. There is moderate narrowing on the order of 40-50% at the right vertebral artery origin. Both vertebral arteries anastomose with the basilar artery.

Circle of Willis: Good contrast desiccation within the M1 segments, A1 segments and PCAs. There is no definite CTA evidence for proximal occlusion or proximal high-grade stenosis within the ACA, MCA or PCA distributions. Unremarkable ACOM. Unremarkable
right PCOM. Left PCOM is not convincingly seen. The ophthalmic origins, right PCOM origin, carotid tips, MCA bifurcations, basilar tip, SCA origins, AICA origins and PICA origins appear unremarkable. No definite CTA evidence for sizable intracranial aneurysm.

Postcontrast head: No midline shift. The ventricles are small without evidence for hydrocephalus. No significant global volume loss. The brain parenchyma shows unremarkable gray-white differentiation. No definite acute infarction. However, this could be inapparent. No acute parenchymal hemorrhage. No significant abnormal mass effect no extra-axial discrete fluid collection, definite acute hemorrhage or definite mass. Orbital contents are unremarkable. Imaged paranasal sinuses show a small amount of
mucosal thickening with partial opacification of several left-sided.

Orbits: Deformity of the right orbit medial wall is suspicious for an old right orbit medial wall blowout fracture. Deformity of the left orbit medial wall shows some associated soft tissue density (images 62-82, series 601). This is nonspecific, but favored to represent a left posterior ethmoidal mucocele with severe thinning of the adjacent lamina papyracea. An old left orbit medial wall blowout fracture with an opacified adjacent sinus could also be considered.

Temporal bones: Evaluation of the temporal bones is limited by the soft tissue arterial phase technique optimized for evaluation of vascular structures. The carotid canals and jugular foramina appear unremarkable with no convincing evidence for a high riding jugular bulb or a dehiscent carotid canal. Foramen ovale, foramen rotundum and foramen spinosum appear

H6

RMH HEALTH INFORMATION MANAGEMENT
800 E Locust St
OLNEY IL 62450

Pawelkowski, Leszek
MRN: 3042562, DOB: 2/2/1969, Sex: M
Adm: 9/7/2022, D/C: 9/7/2022

**09/07/2022 - CTA Brain/Neck in CARLE RICHLAND CT (continued)**

**Imaging (continued)**

unremarkable, bilaterally. No convincing masslike filling defect within the right or left jugular foramen. No convincing enhancing soft tissue
at the cochlear promontory. The inner ear structures and middle ear cavities appear grossly unremarkable on these limited images.

Soft tissue neck: Posterior nasopharyngeal soft tissues, tongue, lateral pharyngeal tissues, parapharyngeal fat pads, retropharyngeal space, parotid glands, submandibular glands, epiglottis, preepiglottic fatty tissues, aryepiglottic folds, piriform sinuses, vocal cords, larynx and visible portions of the upper mediastinum appear unremarkable. Visible portions of the upper lungs show patchy opacities, probably atelectasis. Thyroid gland shows a heterogeneous 2 cm nodule within the right lobe. This has nonspecific CT appearance. Subcentimeter short axis bilateral jugular chain, posterior triangle, submandibular and supraclavicular lymph nodes, normal by size criteria.

Impression:

1. Moderate narrowing on the order of 40-50% at the right vertebral artery origin.

2. No hemodynamically significant stenosis within the carotid arteries or left vertebral artery.

3. No definite CTA evidence for sizable intracranial aneurysm or flow-limiting intracranial stenosis.

4. No definite acute intracranial abnormality. Acute ischemia may be inapparent.

5. Possible deformity of the left orbit medial wall with some associated soft tissue prominence (image 71, series 601). This is nonspecific, but favored to represent a left posterior ethmoidal air cell mucocele with severe thinning of the adjacent lamina papyracea. An old left medial orbit blowout fracture with an opacified adjacent sinus could also be considered. This should be followed to document long-term stability.

6. Stable old right orbit medial wall blowout fracture.

7. 2 cm heterogeneous nodule within the right lobe of the thyroid gland. This has nonspecific CT appearance.

Follow-up recommended:
1. MRI of the orbits in about 3 months.
2. Thyroid ultrasound within 4 weeks.

--------------------------------------------------
Electronically Signed and Authenticated by
Douglas Morton, MD    09/07/2022 10:14

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 10 - CFH | CARLE FOUNDATION HOSPITAL | Unknown | 602 W. Park St. URBANA IL 61801 | 12/19/11 1259 - Present |

**Indications**

Dizziness and giddiness [R42 (ICD-10-CM)]
Pulsatile tinnitus, left ear [H93.A2 (ICD-10-CM)]

**Signed**

Electronically signed by Morton, Douglas W, MD on 9/7/22 at 1014 CDT

H7

# CARLE HEALTH SYSTEM

Y 31510

| | | |
|---|---|---|
| Name, MRN<br>Leszek Pawelkowski<br>3042562 | DOB, Sex:<br>2/2/1969, Male | Requesting Provider:<br>Wise, Melissa |
| Procedure Performed:<br>MRI ORBIT BILATERAL WITH AND<br>WITHOUT CONTRAST | Reason for Exam:<br>lt orbit soft tissue prominence | PCP:<br>Savino, Yoko |
| Performing Department:<br>CARLE RICHLAND MRI<br>800 E Locust St<br>Olney IL 62450-2553<br>618-392-1135 | Exam Time:<br>12/06/2022 10:35 AM | Accession Number:<br>MR3942341 |

Accession    Exam                        Completed Date/Time
MR3942341    MRI ORBIT BILATERAL WITH AND WITHOUT CON    12/06/2022  10:35
Requesting: WISE, MELISSA
------------------------------------------------------------------

Clinical History:

Provider: lt orbit soft tissue prominence
Technologist: Evaluation of left orbital soft tissue prominence noted on CTA Brain/Neck on 9/7/22 recommending MRI.

Comparison: CT angiogram head and neck September 7, 2022

Technique: Multiplanar, multisequence MR imaging of the brain and orbits was acquired utilizing precontrast sagittal T1, axial DWI, axial SWI, coronal T2 fat-sat thin, coronal T1 thin, axial T2 FLAIR, axial T1 thin, axial T2 fat-sat thin and postcontrast
 coronal T1 fat-sat thin, axial T1 fat-sat thin, axial T1 sequences.

Contrast: 7.5 mL of intravenous Gadavist

Findings:

Large chronic right medial orbital wall blowout fracture, as before.

Small chronic left medial orbital wall blowout fracture is redemonstrated. Heterogeneous T2 hyperintense/T1 mildly hyperintense nonenhancing signal within a mildly expanded left posterior ethmoid air cell is stable in size at 1.5 x 1.1 x 1.4 cm (AP, TR,
CC on series 10 image 11 and series 8 image 21). This most likely represents a mucocele that may have developed as a result of this trauma.

 The globes, optic nerves, and extra-ocular muscles appear symmetric and unremarkable. The lacrimal glands appear within normal limits. The optic chiasm demonstrates normal contour and signal. There is no evidence of a mass lesion within the orbits.
Following the intravenous administration of contrast, there is no abnormal enhancement in the orbits.

Limited views of the brain demonstrate no acute abnormality.

No paranasal sinus air-fluid levels. Minimal bilateral maxillary sinus mucosal inflammatory disease.

Impression:
Stable appearance of left posterior ethmoid air cell mucocele. This lesion abuts the medial rectus muscle without causing significant deformity.

Pawelkowski, Leszek (MRN # 3042562) DOB: 02/02/1969 Printed at 12/6/2022 12:27 PM        Page 1 of 2

*will
address at
FU
M. Wise 12/9/22*

H8

Chronic bilateral medial orbital wall blowout fractures, as before.

-------------------------------------------------------------------------

Electronically Signed and Authenticated by
Sharon  Woods, MD    12/06/2022  12:25

**12/6/2022 12:27 PM**

**Collection Information**

Collected:    12/6/2022  9:45 AM - 10:35 AM (50
minutes)

H9

# OFFENDER OUTPATIENT PROGRESS NOTES
## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|-----------|------------|----|----|
|           |            |    |      |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           | No swelling to ⓁＬ wrist. Visible healing marks is noted to Ⓛ wrist. Ⓐ med furlough flu | M. Wise FN |

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/20
(Replaces DC 714

H10

# CARLE HEALTH SYSTEM

| Name, MRN<br>Leszek Pawelkowski<br>3042562 | DOB, Sex:<br>2/2/1969, Male | Requesting Provider:<br>Luking, Carissa |
|---|---|---|
| Procedure Performed:<br>MRI LUMBAR SPINE WITHOUT<br>CONTRAST | Reason for Exam:<br>BACK PAIN | PCP:<br>Savino, Yoko |
| Performing Department:<br>CARLE RICHLAND MRI<br>800 E Locust St<br>Olney IL 62450-2553<br>618-392-1135 | Exam Time:<br>09/28/2023  8:55 AM | Accession Number:<br>MR6368482 |

Accession    Exam                          Completed Date/Time
 MR6368482    MRI LUMBAR SPINE WITHOUT CONTRAST    09/28/2023  08:55
Requesting: LUKING, CARISSA
-------------------------------------------------------------

MRI LUMBAR SPINE WITHOUT CONTRAST

HISTORY: 54 years old Male, pain.

ADDITIONAL HISTORY: Chronic low back pain with bilateral lower extremity radicular symptoms, right worse than left.

TECHNIQUE: MR images of the lumbar spine were acquired without intravenous contrast.

COMPARISON: None available.

FINDINGS: Decreased signal-to-noise ratio on multiple pulse sequences likely in part related to RF signal attenuation due to patient body habitus.

NUMBERING: The last fully formed disc space represents L5-S1.

SPINAL CORD: Normal conus. Conus terminates at the L1-L2 level.

DISCS: Mild multilevel degenerative disc changes throughout the lumbar spine, most prominent at L4-L5 and L5-S1. Multilevel chronic Schmorl nodes evident throughout the lower thoracic and lumbar spine without associated reactive marrow signal changes.

BONES: Diffusely heterogeneous marrow signal present without evidence of pathologic marrow replacing process. Vertebral body height and alignment are normal. Likely vertebral hemangioma at L3. Chronic fibrofatty degenerative endplate changes at L4-L5 and
 L5-S1.

SACROILIAC JOINTS: Mild degenerative change present bilaterally.

SOFT TISSUES: Normal appearance of the prevertebral and paraspinous musculature. Limited views of the abdominal and pelvic viscera are unremarkable.

Pertinent findings by individual disc levels:

T12-L1: No disc herniation. Mild bilateral facet arthrosis. No significant spinal canal or foraminal stenosis.

L1-L2: No disc herniation. No significant facet arthrosis. No significant spinal canal or foraminal stenosis.

L2-L3: No disc herniation. Mild bilateral facet arthrosis. No significant spinal canal or foraminal stenosis.

L3-L4: No disc herniation. Mild bilateral facet arthrosis and thickening of the ligamentum flavum with small posterior disc bulge contributing to mild bilateral foraminal narrowing. Patent spinal canal.

L4-L5: Mild disc height loss with circumferential disc bulge and endplate hypertrophy with concomitant right subarticular disc protrusion and prominent epidural fat contributing to near complete effacement of the thecal sac CSF and moderate spinal canal
narrowing. Bilateral facet arthrosis and thickening of the ligamentum flavum also present at this level contributing to severe bilateral foraminal stenosis.

L5-S1: Moderate disc height loss with circumferential disc bulge and endplate hypertrophy, asymmetric to the left, resulting in severe left worse than right foraminal stenosis. Mild spinal canal narrowing.

OTHER: None.

IMPRESSION:
Multilevel degenerative changes most prominent at L4-L5 and L5-S1 where disc height loss, disc bulge and endplate hypertrophy and facet arthrosis contribute to severe bilateral foraminal stenosis at these levels. Other degenerative changes as described
above without significant spinal canal stenosis.

--------------------------------------------------------------------

Electronically Signed and Authenticated by
Gregory Punch, MD    09/28/2023  12:24

**9/28/2023 12:26 PM**

**Collection Information**

Collected:    9/28/2023  8:30 AM - 8:55 AM (25 minutes)

Y31510

# CARLE HEALTH SYSTEM

| Name, MRN | DOB, Sex: | Requesting Provider: |
|---|---|---|
| Leszek Pawelkowski | 2/2/1969, Male | Wise, Melissa |
| 3042562 | | |

| Procedure Performed: | Reason for Exam: | PCP: |
|---|---|---|
| MRI CERVICAL SPINE WITHOUT CONTRAST | NECK AND LEFT SHOULDER PAIN | Savino, Yoko |

| Performing Department: | Exam Time: | Accession Number: |
|---|---|---|
| CARLE RICHLAND MRI | 11/13/2023  8:30 AM | MR6667004 |
| 800 E Locust St | | |
| Olney IL 62450-2553 | | |
| 618-392-1135 | | |

Accession    Exam                          Completed Date/Time
 MR6667004    MRI CERVICAL SPINE WITHOUT CONTRAST        11/13/2023  08:30
Requesting: WISE, MELISSA

*Will address @ f/u* ✓

-------------------------------------------------------------------------------
MRI CERVICAL SPINE WITHOUT CONTRAST

HISTORY:54 years old Male, pain.

ADDITIONAL HISTORY: Neck and left shoulder pain.

TECHNIQUE: MR images of the cervical spine were acquired without intravenous contrast.

COMPARISON: CT CTA brain and neck dated 9/7/2022. Thyroid ultrasound dated 10/20/2022.

FINDINGS:

SPINAL CORD: Spinal cord demonstrates normal signal and morphology.

DISCS: Multilevel degenerative disc changes are present throughout the cervical spine. Degenerative disc height loss most prominent at C6-C7. No cervical disc herniations.

BONES: The cervical vertebral body heights and alignment are normal. Marrow signal is normal. No cervical ribs demonstrated.

CRANIOCERVICAL JUNCTION: Unremarkable. Normal appearance of the visualized portions of the clivus. Limited views of the posterior fossa demonstrate no abnormalities.

SOFT TISSUES: Normal appearance of the prevertebral and paraspinous soft tissues. No pathologic neck masses, fluid collections or suspicious lymphadenopathy. Normal cervical vascular flow voids demonstrated. Redemonstration of 2 cm heterogeneous T2
hyperintense nodule within the right thyroid lobe, better evaluated on comparison thyroid ultrasound dated 10/20/2022.

Pertinent findings by individual disc levels:

C2-C3: No disc herniation. No significant facet arthrosis. No significant spinal canal or foraminal stenosis.

C3-C4: No disc herniation. No significant facet arthrosis. No significant spinal canal or foraminal stenosis.

C4-C5: No disc herniation. Dorsal T2 hyperintensity consistent with a small annular fissure. No significant facet arthrosis. No significant spinal canal or foraminal stenosis.

1-13

C5-C6: No disc herniation. Minimal disc height loss with mild endplate and uncinate arthrosis. No significant facet arthrosis. No significant spinal canal or foraminal stenosis.

C6-C7: No disc herniation. Moderate disc height loss with circumferential disc osteophyte complex and asymmetric left worse than right uncinate arthrosis with mild bilateral facet arthrosis contributing to severe left and moderate right foraminal
narrowing with mild spinal canal narrowing.

C7-T1: No disc herniation. No significant facet arthrosis. No significant spinal canal or foraminal stenosis.

OTHER: None.

IMPRESSION:
1. Mild multilevel degenerative changes most prominent at C6-C7 where disc height loss, circumferential disc osteophyte complex and uncinate arthrosis contribute to severe left and moderate right foraminal narrowing as well as mild spinal canal
narrowing.
2. Small annular fissure at C4-C5.
3. No severe spinal canal stenosis or evidence of intrinsic cord signal abnormality.

------------------------------------------------------------------
Electronically Signed and Authenticated by
Gregory  Punch, MD     11/13/2023  11:15

---

**11/13/2023 11:17 AM**

---

**Collection Information**

---

Collected:     11/13/2023  8:00 AM -  8:30 AM (30
               minutes)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Therapeutic Diet Order

*Laurence*    **Correctional Center**

Date: _10-31-21_  Time: _10:55_  ☑AM ☐PM

Offender Name: _Pawelkoewski Leigh_  ID #: _Y31570_  Housing Unit: _4 Ch 9_

Type of Request:  ☑ New Order    ☐ Renewal    ☐ Change    ☐ Cancel

**Diet Types:**

☐ Clear Liquid
☐ Full Liquid
☑ Medical (Dental Soft)
☐ Hepatic
☐ Low Cholesterol/Low Fat
☐ No Added Salt (4g)

☐ Six Small Feedings
☐ High Protein, High Calorie
☐ Broken Jaw (Pureed)
☐ Low Concentrated Sweets
☐ Low Concentrated Sweets/HS Snack
☐ Discontinue Therapeutic Diet

**Renal:**

☐ Protein _____ Gm
☐ Sodium _____ Gm
☐ Fluid Restrictions _____

☐ Potassium _____ Gm
☐ Phosphorous _____ Mg

Comments: _Individual Lap, no teeth or dentures_

Diet Duration: _170 days_  Per Order of: _Dr Baloof_  _____ Physician/Dentist

_____    Print Name of Physician/Dentist
Physician or Dentist Signature    _____ Signature of RN

Medical Information:

Allergies: _____

Medication: _____  (if diabetic, include type and insulin dosage)

Potential Food and Drug Interactions: ☐ No  ☐ Yes

Distribution:  Dietary
Offender's Medical Record

*Printed on Recycled Paper*

DOC 0278 (Eff. 07/2005)
(Replaces DC401-A)

3

H15

# CARLE HEALTH SYSTEM

| Name, MRN | DOB, Sex: | Requesting Provider: |
|---|---|---|
| Leszek Pawelkowski | 2/2/1969, Male | Wise, Melissa |
| 3042562 | | |

| Procedure Performed: | Reason for Exam: | PCP: |
|---|---|---|
| US THYROID | NODULE WITHIN THE RIGHT LOBE OF THYROID | Savino, Yoko |

| Performing Department: | Exam Time: | Accession Number: |
|---|---|---|
| CARLE RICHLAND ULTRASOUND, RMH Cardiovascular Srvs | 10/20/2022  8:29 AM | US3942313 |
| 800 E Locust St | | |
| Olney IL 62450-2553 | | |
| 800 E Locust St | | |
| OLNEY IL 62450-2553 | | |
| 618-392-1135 | | |

Accession    Exam                       Completed Date/Time
US3942313    US THYROID                  10/20/2022  08:29
Requesting: WISE, MELISSA
-------------------------------------------------------------

Thyroid ultrasound

Indication: NODULE WITHIN THE RIGHT LOBE OF THYROID

Comparison: CTA brain/neck 9/7/2022

Technique: Grayscale and color Doppler sonographic imaging of the thyroid gland.

FINDINGS:

The right thyroid lobe measures 5.7 x 2.3 x 2.0 cm, and the left thyroid lobe measures 4.6 x 1.6 x 2.1 cm. The isthmus measures 4 mm in thickness.

The following nodules are visualized in the right thyroid lobe:
1) 2.7 cm mildly hypoechoic, solid/cystic nodule in the lower pole (TIRADS 3)

The following nodules are visualized in the left thyroid lobe:
1) 1.2 cm hypoechoic, solid/cystic nodule with a few punctate echogenic foci in the posterior lower pole (TIRADS 5)
2) 1.1 cm hypoechoic, solid nodule with lobular contour in the anterior midpole (TIRADS 4)

IMPRESSION:
Bilateral thyroid nodules as described above. Recommend ultrasound-guided biopsy of nodule 1 on the right and nodule 1 on the left. A follow-up thyroid ultrasound is also recommended in one year.

A Yellow Document Only message has been documented for NO PROVIDER IDENTIFIED in the PowerScribe 360 | Actionable Findings system on 10/20/2022 10:04 AM, Message ID 5185249.
-------------------------------------------------------------
Electronically Signed and Authenticated by
James Hlubocky, MD    10/20/2022  10:04

Pawelkowski, Leszek (MRN # 3042562) DOB: 02/02/1969 Printed at 10/20/2022 10:06 AM

Noted 10/20/22

H16

**10/20/2022 10:06 AM**

**Collection Information**

Collected:    10/20/2022  7:58 AM -  8:29 AM (31 minutes)

H17

3150

 **LABORATORY & PATHOLOGY SERVICES**

6   W Park Street
Urbana, IL 61801
Ph. 217-383-3342
Fax 217-383-4978

Frank J. Bellafiore, MD
Farah S. Gaudier, MD
Z. George Liu, MD
Samir Turakhia, MD
R. Bruce Wellman, MD
Rasleen Saluja, MD

Nicole R. Howell, MD
Sharif Nasr, MD
Ikechukwu Uzoaru, MD
David Huffman, PA
Brandon Cassette, PA
Victoria Watson-Nichols, PA

## REVISED FINE NEEDLE ASPIRATION REPORT

| | |
|---|---|
| Name: PAWELKOWSKI, LESZEK | Accession No.: FN-2094-22 |
| DOB: 02/02/1969 | MRN: 3042562 |
| Age/Sex: 53 Y/M | Billing No.: 196112151 |
| Provider: CARISSA LUKING, APRN | Location : CTPR |
| | Date of 12/19/2022 |
| | Procedure: |
| | Date/Time: 12/19/2022  14:41 |
| | Ordered: |

**REVISED**   Revised to update provider, no change to diagnosis. 12/22/22
Screened by: MICHAEL FISCUS, CT (ASCP)
Tech QC Reviewer:
Pathologist:

SHARIF NASR, M.D., PATHOLOGIST   *(electronic signature)*
Report Signed Out Date:  12/22/2022
CFH Laboratory, 611 W Park Street, Urbana, Illinois 61801

## FINAL DIAGNOSIS:

**Right Thyroid Nodule #1, Fine Needle Aspirate:**

**BENIGN***

Consistent with benign follicular nodule with cystic degeneration.

Limited cellularity.

**Specimen Submitted:**
FINE NEEDLE, THYROID, Right Thyroid Nodule #1
# of Cell Blocks: 1
# of Monolayers: 1
# of Smear Slides: 8
**Sample saved for possible molecular testing (ThyroSeq™)**

Pap-stained and cell block specimens are fixed in Cytology Lysing Fixative and all DiffQuik-stained
specimens are air-dried prior to fixation in Fisherbrand Hema 3 Fixative

**Clinical History:**
No cellularity assessment was performed.

Noted
12/27/22
CC

H18

## REVISED FINE NEEDLE ASPIRATION REPORT

Name: PAWELKOWSKI,LESZEK                    Accession No.:    FN-2094-22

MRN: 3042562

Pre-op diagnosis:
Multiple thyroid nodules [E04.2]
History of malignancy ->No
Immunosuppressed ->No
Verified by and contact info ->J Graham 954-4538
Specimen ID:A -Fine Needle Aspiration
Right thyroid nodule #1, 2.7 cm
Pre-op diagnosis:
Multiple thyroid nodules [E04.2]

Copies to:   GREGORY BABCOCK, MD

H19

Pawelkowski, Leszek (MR # 3042562) DOB: 02/02/1969

Encounter Date: 03/03/2023
Zech, John R, MD (Physician)
Allergy
Encounter Date: 3/3/2023
Signed

**Consults (continued)**

EXTREMITIES: Normal.
MUSCULOSKELETAL: Normal.
NEUROLOGIC: Grossly intact.
SKIN: Normal

**IMPRESSION:**
1.    **Dermatitis**
2.    Essential hypertension

**PLAN:**
We reviewed his extensive medical records and labs and past treatment both at Carle and from Carissa
Luking, APRN
Discussed with patient that he does not have food allergy
Food allergy is a clinical diagnosis where he will have symptoms of food allergy such as a rash or hives
occurring within 2 hours after eating the food and if he does not eat the food he will not have the problem
Patient has never noticed any immediate relation of these rashes to foods and no further evaluation for food
testing is necessary at this time
He has received excellent medical therapy which has been helpful in treating the dermatitis and he will
continue his current medical therapy of skin moisturizers continuing Benadryl p.r.n. and triamcinolone cream
p.r.n.
Numerous questions answered from patient during this prolonged visit
He was reassured he is receiving excellent medical therapy
Total encounter time 45 minutes which includes time spent today on pre charting, the patient encounter, and
post charting.

Thank you for allowing me to see this patient.

**Instructions**
    After Visit Summary (Printed 3/3/2023)

**Additional Documentation**
    Vitals:                    BP **189/109** ! (Abnormal)    (BP Site: right upper arm, BP Position: sitting)
                               Pulse 72

    Flowsheets:            AMB FAC CHARGE

**Pain Information**
    No pain information on file

**Infusion Orders**
    No relevant orders to display.

**Patient Education**

**Chart Review Routing History**
Printed by Scott, Sheri at 3/6/2023  3:06 PM                                        Page 2 of 3

HZO

Pawelkowski, Leszek (MR # 3042562) DOB: 02/02/1969                     Encounter Date: 03/03/2023

**Chart Review Routing History (continued)**

| Recipients | Sent On | Sent By | Routed Reports |
|---|---|---|---|
| 📷 Yoko Savino, DO<br>Fax: 618-936-2577 | 3/6/2023<br>3:05 PM | Sheri Scott | Consult on 3/3/2023 with Zech, John R, MD<br>Cover Page Message : A provider at Carle has requested patient have follow-up appointments or services at your office. Patient's blood pressure was checked and is outside of the normal range. |

**Addendum Routing History**

None

**Other Encounter Related Information**

**Created by**

Encounter creation information not available

**Orders Placed**

None

**Medication Changes** As of 3/3/2023  8:34 AM

None

**Medication List at End of Visit** As of 3/3/2023  8:34 AM

None

**Visit Diagnoses**

Primary: **Dermatitis** L30.9
Essential hypertension I10

**Encounter Status**

Completed by Zech, John R, MD on 3/3/23 at 16:09

**Encounter Started By**

| User | Instant | Changed From | Changed To |
|---|---|---|---|
| Kuhns, Stephanie, CMA | 03/03/23 0836 | Appointment | Consult |

**Previously Printed AVS**

Printed by Scott, Sheri at 3/6/2023  3:06 PM                                    Page 3 of 3

Pawelkowski, Leszek (MR # 3042562) DOB: 02/02/1969

Encounter Date: 03/03/2023

## Pawelkowski, Leszek

MRN: 3042562

Consult 3/3/2023
Curtis Allergy

Provider: Zech, John R, MD (Allergy)
Primary diagnosis: Dermatitis
Reason for Visit: Referral; Referred by Luking, Carissa, APRN

Zech, John R, MD (Physician)
Allergy
Encounter Date: 3/3/2023
Signed

**Consults**

Leszek Pawelkowski is a 54 years old year old male referred by Luking, Carissa, APRN for an allergy evaluation

**HPI:**
The patient has a history of recurring dermatitis for over 13 years.
He can not clearly correlate symptoms to foods, medications, illness, or contact with any material. He has had the rash in numerous different cities and locations.
He has been treated with Benadryl p.r.n. and triamcinolone cream  p.r.n. which has been helpful
The patient has not noticed that symptoms occur within 2 hours after eating any particular foods and there is no foods he does not tolerate
He does have a history of dizziness which has been evaluated by Otolaryngology and Neurology
Family history noncontributory
Social history former smoker.  No visible mold the home.  No pets.  He lives in a correctional facility

**MEDICATIONS: Listed in Epic**

**ALLERGIES: Listed in Epic**

**History reviewed. Patient does not have any significant past medical history, History reviewed. Patient does not have any significant past surgical history. ,**
**Social History**

Tobacco Use
- Smoking status:          Former
     Types:               Cigarettes
- Smokeless tobacco:      Never
Substance Use Topics
- Alcohol use:            None
- Drug use:               None
**, History reviewed. No pertinent family history.**

**COMPLETE SYSTEMS REVIEW:** All Negative

**Physical Exam:**
GENERAL: Patient is in no acute distress. Patient is alert and
oriented x3.
HEENT:  Normal
NECK:  Normal.
NODES:  Negative.
CHEST:  Clear.
HEART:  Regular rate and rhythm.
ABDOMEN:  Normal.
Printed by Scott, Sheri at 3/6/2023  3:06 PM

Page 1 of 3

# CARLE HEALTH SYSTEM

| Name, MRN | DOB, Sex: | Requesting Provider: |
|---|---|---|
| Leszek Pawelkowski | 2/2/1969, Male | Luking, Carissa |
| 3042562 | | |

| Procedure Performed: | Reason for Exam: | PCP: |
|---|---|---|
| MRI SHOULDER LEFT WITHOUT CONTRAST | LEFT SHOULDER PAIN | Savino, Yoko |

| Performing Department: | Exam Time: | Accession Number: |
|---|---|---|
| CARLE RICHLAND MRI | 10/20/2022  9:00 AM | MR3877900 |
| 800 E Locust St | | |
| Olney IL 62450-2553 | | |
| 618-392-1135 | | |

| Accession    Exam | Completed Date/Time | |
|---|---|---|
| MR3877900    MRI SHOULDER LEFT WITHOUT CONTRAST | 10/20/2022  09:00 | |

Requesting: LUKING, CARISSA

------------------------------------------------------------------

MRI left shoulder
History: Shoulder pain for 2 years.
Comparison: None
Technique: Multiplanar multisequence imaging of the left shoulder was performed without contrast.

Findings:
Muscle bellies of the rotator cuff are unremarkable. There is some minimal undersurface signal at the infraspinatus insertion. No high-grade or significant cuff tears identified. Subscapularis is intact. Narrowing of the acromiohumeral interval. This can
be seen in the setting of impingement. There is AC arthrosis. Reactive bone marrow signal spurring on both sides of the joint. Long head intra-articular and extra-articular biceps tendon is intact. Lack of significant intra-articular fluid or contrast
limits evaluation of labrum. Allowing for this, there is a tear involving the anterior-inferior labrum with a tracking multilobular paralabral cysts measuring up to 2.3 cm along the anterior inferior margin of the glenoid. There is degeneration and
fraying of the posterior labrum. Fatty replacement and rotator interval. There is some thickening of the inferior glenohumeral ligament as well. Combination of findings can be seen in setting of adhesive capsulitis. Partial imaging of muscular edema
involving the lateral aspect of the deltoid. Considerations include either muscular strain or recent injection.

Impression:
1. No significant rotator cuff tears. Minimal insertional tendinopathy of the infraspinatus.
2. Narrowing of the acromiohumeral interval. This can be seen in setting of impingement.
3. Moderate AC arthrosis.
4. Tear of the anterior-inferior labrum with a tracking paralabral cyst. Fraying and degeneration of the more posterior labrum.
5. Fatty replacement of the rotator interval and thickening of the inferior glenohumeral ligament. Combination of findings can be seen in setting of adhesive capsulitis.
6. Small area of lateral deltoid edema which may be related to either injection or focal muscular strain.

------------------------------------------------------------------

Electronically Signed and Authenticated by
Dean  Hoffmeister, MD    10/20/2022  09:21

Pawelkowski, Leszek (MRN # 3042562) DOB: 02/02/1969 Printed at 10/20/2022  9:23 AM

Page 1 of 2

**10/20/2022  9:23 AM**

**Collection Information**

Collected:    10/20/2022  8:25 AM - 9:00 AM (35 minutes)



H23

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

Offender Information:

Pawelkowski          Leszek          ID#: Y31510
Last Name            First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/13/23 1240 | NP NOTE: Individual IN custody seen today @ request of DON to educate again on all pending referrals. POC FOR all medical concerns thoroughly reviewed and discussed. Individually c̄ pt. Pt. advised of the status of all pending referrals Including Dermatology, ENT, GI, ORTHO, sleep study. Pt. advised that some appointments should Happen very soon. Pt. voices acknowledgement & understanding. Pt asks about waist chain permit because when He went on His court writ cuffs were applied too tight, Left IN place FOR | ① mental Health to see due to "roller coaster Emotions" ② multivitamin 1 po QD X 12 mos ③ Lumbar Spine X-ray due to c/o c̄ Ⓛ upper/outer Thigh Burning/pain. ④ D/C Current Tegretol ⑤ Tegretol 300mg 1 po BID DOT X 12 mos (FOR pain) ⑥ TAO provided to PT FOR ABRASIONS. ① α |
| 97.5 | | |
| 255.2 # | | |
| R 20 | | |
| 145/77 | | |
| 96% | | |
| P 83 | | |

over

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

H24

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

| Offender Information: | | |
|---|---|---|
| Pawelkowski  Leszek | MI | ID#: Y31510 |
| Last Name   First Name | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/13/23 | Several Hours, and caused wrist & ankle abrasions. — will Have. Nursing Staff Complete Injury Form. While Here pt also s/r that outer aspect of (L) THIGH will Have burning/painful Sensation that is Not relieved by anything He teles. When asked, denies that theres any associated rasH in the area — He then proceeds to report that skin complaints Have Not Been Near as bad recently. Reports that the thigh pain can present at any time Night or day and lasts up to an Hour or more. Lastly, Individual | |

—— Next page. ——

(2)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Pawelkowski ___ Leszek ___ ___ ID#: Y31510
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/13/03 | S/R THAT He's asked For mental Health services but states No one Has ever come to see Him. States His emotions are like a "Roller Coaster". S/R He Also Got Some Bad News During recent court writ. ————————— Ⓞ A+O x3, Cooperative, ☑RRR, CTA Bilateral, PERLA, Neuros Intact, Skin appears much better than when last seen. Ⓐ ① General F/u mult c/o's ② wrist/ankle abrasions Additional assessment — Ⓛ medial wrist c moderate sized abrasion In area where cuff would sit. Small scab noted to Bilateral | |

——— over ——— 4 ③

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER OUTPATIENT PROGRESS NOTES
### LAWRENCE CORRECTIONAL CENTER

Offender Information:

_Pawelkowski_                    _Leszek_                    ID#: 3
Last Name                        First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/15/23 Cont — | achillies area, again where ankle cuffs would land. | C. LUKING FNP FNP |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 00
(Re

ILLINOIS DEPARTMENT OF CORRECTIONS
**Laboratory and Radiology Summary**

Lawrence Correctional Center
Facility

Date: _5/26/22_

Offender/Patient Name: _Pawelkowski, Leszek_

Offender ID Number: _Y31510_

Housing Unit: _3B18_

The following checked results were found to be normal or stable by _Luking_____, MD.

Laboratory completed: _____

Radiology completed: _Chest x-ray_____

Normal results

ILLINOIS DEPARTMENT OF CORRECTIONS
**Laboratory and Radiology Summary**

Lawrence Correctional Center
Facility

Date: 12/27/22

Offender/Patient Name: Powelkowski, Leszek

Offender ID Number: Y31510

Housing Unit: 4R18

The following checked results were found to be normal or stable by _____, MD.

Laboratory completed: _____

Radiology completed: _____

Left thyroid Nodule + Right thyroid
Nodule biopsies — Both
Benign (No cancer!)

Luking FNP-c

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: __PAWELKOWSKI__      __LESZEK__      ___    __Y31510__
          Last Name          First Name     MI     ID#

Facility: __LAWRENCE__

☒ Grievance: Facility Grievance # (if applicable) __10-22-041__    Dated: __9-25-22__    or ☐ Correspondence: Dated: _____

Received: __10-24-23__    Regarding: <u>(after translation) Claims to have not been given proper correspondence box since 2019. That more attempts to obtain same occurred on dates in 2020.</u>
     Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
          Date

☐ No justification provided for additional consideration.

**Other** (specify): <u>Outside the 60-day time frame to file a grievance as outlined in DR504(F).</u>

Completed by: __Clayton Stephenson__                __11-6-23__
       Print Name              Signature         Date

Distribution:   Individual in Custody         *Printed on Recycled Paper*         DCC 0070 (Rev. 9/2023)
          Administrative Review Board

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** _Pawelkowski_ _____ _Leszek_ _____ ___ _Y31510_
  Last Name    First Name    MI    ID#

**Facility:** _Lawrence_ _____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _1/29/2023_    or ☐ Correspondence: Dated: _____

Received: _10/2/2023_ ___ Regarding: _Medical - grieves Dr. not examining grievant on 1/14/2023._ _____
  Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
  Date

☐ No justification provided for additional consideration.

**Other** (specify): _Does not meet DR504, no GO/CAO responses provided._ _____

Completed by: _Margaret Madole_    _Margaret Madole_ (signature)    _10/12/2023_
  Print Name    Signature    Date

Distribution:  Individual in Custody    *Printed on Recycled Paper*    DOC 0070 (Rev. 9/2023)
       Administrative Review Board

52

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: __Pawelkowski_____ __Leszek_____ ____ __Y31510___
                        Last Name                                   First Name                      MI      ID#

Facility: __Lawrence_____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: __1/30/2023_____ or ☐ Correspondence: Dated: _____

Received: __10/2/2023_____ Regarding: __Medical - grieves not receiving treatment for throat as of 1/2/2023._____
        Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                          Date

☐ No justification provided for additional consideration.

---

**Other** (specify): __Does not meet DR504, no GO/CAO responses provided._____

_____

---

Completed by: __Margaret Madole_____ _Margaret Madole_ __10/12/2023__
                    Print Name                             Signature                    Date

Distribution: Individual in Custody                 *Printed on Recycled Paper*                     DOC 0070 (Rev. 9/2023)
            Administrative Review Board

I 3

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: __Pawelkowski__                    __Leszek__                    ___    __Y31510__
                  Last Name                          First Name           MI        ID#

Facility: __Lawrence__

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _1/30/2023___    or ☐ Correspondence: Dated: _____

Received: _10/2/2023___    Regarding: _Dietary - grieves not receiving new diet on 1/14/2023._____
          Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                              Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _Does not meet DR504, no GO/CAO responses provided._____
_____

Completed by: __Margaret Madole__        *Margaret Madole*        __10/12/2023__
                  Print Name                    Signature              Date

Distribution:   Individual in Custody        *Printed on Recycled Paper*        DOC 0070 (Rev. 9/2023)
                Administrative Review Board

I 4

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: __PAWELKOWSKI__          __LESZEK__                    __Y31510__
           Last Name                 First Name        MI        ID#

Facility: __LAWRENCE__

                                        1-2-23  9-25-22
                                        1-30-23
☒ Grievance: Facility Grievance # (if applicable) _____    Dated: 1/29/2023 2-7-23  or  ☐ Correspondence: Dated: _____

Received: __5/8/2023__     Regarding: Unable to determine as the grivance is written in a language this chairperson does not comprehend.
           Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☒ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                       Date

☐ No justification provided for additional consideration.

**Other** (specify): __Failed to provide responses from counselor, G/O, and CAO if neccessary as required by DR504(F). Facility has an avenue of translating the grievances.__

Completed by: __Clayton Stephenson__                    _____    __5/12/2023__
                     Print Name                                  Signature            Date

Distribution:  Offender                   *Printed on Recycled Paper*                       DOC 0070 (Rev. 3/2018)
              Inmate Issues

I5

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: <u>Pawelkowski</u>　　　　　　　<u>Leszek</u>　　　　　　　　　　　　　　<u>Y31510</u>
　　　　　　　　　　Last Name　　　　　　　　　　　　First Name　　　　　　MI　　　ID#

Facility: <u>Lawrence</u>

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: <u>3/2/2023</u> *2/7/2023, 1/2/23,* or ☐ Correspondence: Dated: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*3/10/23, 3/3/23 + 9/22/23*

Received: <u>10/2/2023</u>　　　Regarding: <u>Medical - grieves lack of treatment on 2/16/23, 12/27/22, 1/2/23 and not seeing mental health as of 2/1/23</u>
　　　　　　　Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐　Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒　Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐　Provide dates when incidents occurred.

☐　Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
　　Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐　Contact your correctional counselor or Field Services regarding this issue.

☐　Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐　Contact the Record Office with your request or to provide additional information.

☐　Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐　Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐　Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐　Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐　Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐　Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐　This office previously addressed this issue on _____
　　　　　　　　　　　　　　　　　　　　　　　Date

☐　No justification provided for additional consideration.

**Other** (specify): <u>Does not meet DR504, no GO/CAO responses provided.</u>

Completed by: <u>Margaret Madole</u>　　　　　　　*Margaret Madole*　　　　　　　<u>10/12/2023</u>
　　　　　　　　　　Print Name　　　　　　　　　　　　Signature　　　　　　　　　　Date

Distribution:　Individual in Custody　　　　　　　*Printed on Recycled Paper*　　　　　　　DOC 0070 (Rev. 9/2023)
　　　　　　　Administrative Review Board

*I 6*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: <u>Pawelkowski</u>                    <u>Leszek</u>                    __ <u>Y31510</u> __
              Last Name                          First Name          MI        ID#

Facility: <u>Lawrence</u>

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: <u>8/30/2023</u>   8/30/2023☆   or ☐ Correspondence: Dated: _____
                                                                    8/30/2023

Received: <u>10/2/2023</u>      Regarding: <u>Medical - grieves not receving proper medical treatment for severe back pain on 8/12/2023.</u>
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐  Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒  Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐  Provide dates when incidents occurred.

☐  Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
    Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐  Contact your correctional counselor or Field Services regarding this issue.

☐  Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐  Contact the Record Office with your request or to provide additional information.

☐  Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐  Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐  Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐  Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐  Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐  Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐  This office previously addressed this issue on _____
                                                    Date

☐  No justification provided for additional consideration.

**Other** (specify): <u>Does not meet DR504, no GO/CAO responses provided.</u>

Completed by: <u>Margaret Madole</u>          _Margaret Madole_          <u>10/12/2023</u>
              Print Name                        Signature                Date

Distribution:   Individual in Custody        Printed on Recycled Paper                    DOC 0070 (Rev. 9/2023)
                Administrative Review Board

I7

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: <u>PAWELKOWSKI</u>  <u>LESZEK</u>  ___ <u>Y31510</u>
                      Last Name          First Name         MI     ID#

Facility: <u>LAWRENCE</u>

☒ Grievance: Facility Grievance # (if applicable) _____  Dated: 10/15/13 12/19/13 11/3/23 10/5/13 11/16/23 11/13/23 12/6/23  or ☐ Correspondence: Dated: _____

Received: <u>12-22-23</u>  Regarding: <u>A packet of 7 grievances written in what is seemingly Polish, based on this office's understanding of</u>
<u>grievant's primary language.</u>
       Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
   Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                              Date

☐ No justification provided for additional consideration.

**Other** (specify): <u>Failed to provide responses from counselor, G/O, and CAO as required by DR504(F). As this office has previously indicated to the</u>
<u>grievant and Lawrence CC, there is a resource available to the institution to translate the grievances, so that they may go through the proper grievance</u>
<u>process.</u>

Completed by: <u>Clayton Stephenson</u>  _____  <u>1-5-23</u>
              Print Name              Signature          Date

Distribution:  Individual in Custody          *Printed on Recycled Paper*          DOC 0070 (Rev. 9/2023)
               Administrative Review Board

I8

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Individual in
Custody Name: <u>PAWELKOWSKI</u>          <u>LESZEK</u>                              <u>Y31510</u>
                   Last Name                                 First Name                   MI      ID#

Facility: <u>LAWRENCE</u>

☒ Grievance: Facility Grievance # (if applicable) <u>10-22-042</u>  Dated: <u>9-25-23</u>  or  ☐ Correspondence: Dated: _____

Received: <u>10-24-23</u>  Regarding: <u>Copy of grievance 10-22-042 which was about improper medical treatment.</u>
     Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on _____<u>10-18-23</u>_____
                                            Date

☐ No justification provided for additional consideration.

**Other** (specify): <u>Prior addressed by ARB.</u>

Completed by: <u>Clayton Stephenson</u>                                   <u>11-8-23</u>
                Print Name                                          Signature                        Date

I⁹

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** PAWELKOWSKI _____ LESZEK _____ ___ Y31510
                    Last Name              First Name       MI    ID#

**Facility:** LAWRENCE

☒ Grievance: Facility Grievance # (if applicable) 4-22-226 ___ Dated: 4/18/2022 ___ or ☐ Correspondence: Dated: _____

Received: 9/6/2022 _____ Regarding: Claims that facility fails to provide a Polish translator causing communication issues in several areas.
           Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☒ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, ut offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative R Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed furt

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefo issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date

☐ No justification provided for additional consideration.

**Other** (specify): Failed to provide incident dates as required by DR 504.810.

Completed by: Clayton Stephenson _____    _____ Signature _____ 9/9/2022
                    Print Name                                                    Date

Distribution:   Offender
                Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)



11  I10

Date: 05/15/2024    Mr. Leszek Pawelkowski #Y31510 was transferred from LAWERENCE CORRECTIONAL CENTER to DANVILLE CORRECTIONAL CENTER.

On the very first day, Counselor Hadler called Mr. Pawelkowski into his office to discuss orientation. Mr. Leszek Pawelkowski communicated to the best of his ability to Councelor Hadler that he cannot read, write, speak, or understand the English language very well and requested that all information Councelor Hadler provided be translated from English to Mr. Pawelkowski's own language of Polish.

Counselor Hadler made a phone call to his boss, Ms. Mullis, informed her of the situation, and was advised by her that everything will be provided in Polish the next day.

The next day, a Correctional officer came to Mr. Pawelkowski's cell and told him that Counselor Hadler would like to speak with him. Upon arriving at Counselor Hadler's office, Mr. Pawelkowski was provided with 38 pages of the Danville Correctional orientation Manual and 2 pages of Frequently Asked Questions in his own language of Polish.

Mr. Pawelkowski asked Counselor Hadler for Polish language grievance forms whereupon he was provided with 2 English language grievance forms and advised by Counselor Hadler that additional grievance forms in Polish would be provided "in a few days."

P. 1

This is evidence that DANVILLE CORRECTIONAL CENTER can provide the necessary translations to someone like Mr. Pawelkowski so he might properly understand the rules and policies of DANVILLE CORRECTIONAL CENTER immediately, and so follow them accordingly.

In light of these events, the question must be asked... If DANVILLE CORRECTIONAL CENTER can provide said translations within the very reasonable span of 24 hours, why is it that, during the course of over four years worth of interactions between Mr. Pawelkowski and the various staff members of LAWRENCE CORRECTIONAL CENTER (between 09/09/2019 and 05/15/2024), no translation could be provided? The staff members include members of healthcare, school, the law library, correctional officers, and even the warden at the time - DEE DEE BROOKHART.

1) Because no interpretation services are available to Mr. Pawelkowski, this statement is communicated to one Justin Stubbs #Y43016, who attempted to put Mr. Pawelkowski's words to paper.

P. 2

Danville Orientation Manuel- Polish 9/23 version

Własność osobista

Każdej osobie przebywającej w areszcie, z wyjątkiem osób przebywających w mieszkaniu objętym ograniczeniami, zostanie wydana skrzynka na rzeczy osobiste, w której będzie ona przechowywała swoją własność. Na życzenie wydawana jest skrzynka korespondencyjna. Materiały prawne, wydawnictwa, czasopisma, gazety i przesyłki korespondencyjne przechowuje się w skrzynce korespondencyjnej.

Nadmiar materiałów prawnych, który nie może być przechowywany w skrzynce korespondencyjnej Osoby w Areszcie, będzie przechowywany w bezpiecznym miejscu wyznaczonym przez Strażnika. Osoba przebywająca pod opieką będzie miała dostęp do tych materiałów na pisemny wniosek złożony na siedem (7) dni przed żądaną datą przeglądu, pod warunkiem, że odzyska dokumenty i wróci do swojego miejsca zamieszkania z nie więcej niż zmieści się w skrzynki znajdującej się w jego mieszkaniu i pod warunkiem, że umożliwiono mu dostęp nie częściej niż raz w tygodniu (w przypadku braku zweryfikowanych terminów sądowych, ustawowych lub przedawnień lub innych zweryfikowanych sytuacji awaryjnych).

UWAGA: Wszystkie skrzynki z nieruchomościami będą przechowywane pod pryczą Osoby przebywającej w areszcie od rana (7:00).

Wszystkie rzeczy Osób przebywających pod opieką będą przechowywane w skrytce na rzeczy osobiste, gdy Osoba przebywająca w areszcie nie znajduje się w swojej celi, z wyjątkiem następujących artykułów higienicznych: 1-kostkowa mydelniczka i mydelniczka, 1-dezodorant, 1-rolka papier toaletowy, 1-szczoteczka do zębów, 1-tubka pasty do zębów, okulary, protezy, sztuczne oczy i kończyny, 1-biały ręcznik, 1-biała myjka, 1-szampon/odżywka, zatyczki do uszu, 1-worek na pranie, zabrudzona odzież (umieszczona wewnątrz worka na pranie), 1-album fotograficzny, 1-kubek/kubek/kufelek, mokra odzież wierzchnia, 2-pary obuwia, 1-płaszcz (do zawieszenia w wyznaczonym miejscu) i 1-księga religijna np. Biblia lub Koran.

Pięć (5) pozycji objętych umową na sprzęt (wentylator, telewizor, radio/odtwarzacz kasetowy, lampka na biurko, podgrzewacz do naczyń, kalkulator, tablet, odtwarzacz MP3, zegarek, maszyna do pisania itp.) może zostać pominiętych poza polem własności. Kalkulator, chodzik, maszynka do strzyżenia brody i/lub golarka mogą znajdować się poza celą, gdy są używane, ale należy je przechowywać w skrytce na własność, gdy Osoba przebywająca w areszcie przebywa poza swoją celą. Wszystkie elementy wyposażenia wymagają ważnego zezwolenia, w przeciwnym razie mogą zostać skonfiskowane jako kontrabanda.

Nadmiar mienia osobistego (które nie zmieści się w jednym zamkniętym pudełku) zostanie skonfiskowany jako kontrabanda i usunięty w ciągu 30 dni od powiadomienia w jeden z następujących sposobów:

• Przesyłki należy wysłać pocztą na koszt Osoby przebywającej pod opieką

• Wysyłaj przedmioty z gościem – co należy wcześniej ustalić

• Upoważnić instytucję do zniszczenia przedmiotu(ów)

Przedmioty osobistego majątku Osoby przebywającej pod opieką nie mogą być zbywane, wypożyczane, oddawane ani pozostawiane innym Osobom przebywającym pod opieką. Takie zachowanie może skutkować podjęciem działań dyscyplinarnych, w tym trwałą konfiskatą przedmiotowego przedmiotu. Jeśli wychodzisz (MSR/Zwolnienie warunkowe/Zwolnienie warunkowe) i nie chcesz zabierać ze sobą żadnych lub wszystkich swoich rzeczy osobistych, MUSISZ udać się do Działu Mienia Osobistego, aby dokończyć ten proces. Podczas pakowania należy zabrać ze sobą elementy umowy (MSR/Discharge/Parole). Jeśli nie jesteś pewien, wyślij formularz wniosku do urzędnika ds. własności osobistej.

Osoba przebywająca w areszcie, która uszkadza, niszczy lub traci mienie lub skrzynkę korespondencyjną, podlega postępowaniu dyscyplinarnemu zgodnie z postanowieniami określonymi w Zasadzie Departamentu nr 504A.

Istnieją ograniczenia dotyczące rodzaju i ilości mienia osobistego, które możesz zatrzymać. Wszystko, co nie zostało wydane przez państwo, sprzedane w kantynie lub specjalnie dozwolone lub autoryzowane przez Regulamin Departamentu, jest uważane za kontrabandę. Przykłady:

• Niedozwolone są niebieskie spodnie dżinsowe

• Urządzenia nagrywające nie są dozwolone

• Zegary nie są dozwolone

• Odłączane głośniki nie są dozwolone

• Ręczne maszyny do pisania nie są dozwolone

Jeśli przedmiot zostanie sprzedany w kantynie, nie można go wysłać pocztą do placówki. Po otrzymaniu takich przesyłek pocztą zostaną one zwrócone nadawcy na koszt Osoby przebywającej pod opieką.

W Danville mamy program pożyczek stanowych. Musisz wysłać kupon do Personal Property. Musisz być biedny (brak pieniędzy w księgach). Po sprawdzeniu, czy jesteś osobą niezamożną, zostaniesz umieszczony na liście oczekujących (tylko dla telewizorów i fanów). Bądź cierpliwy, ponieważ ilość jest ograniczona.

Harmonogramy

Podczas liczenia osoby przebywające w areszcie będą zabezpieczone w swoich celach. Osoby przebywające w areszcie uczestniczące w śniadaniu zostaną zabezpieczone w swoich celach do czasu zakończenia liczenia o godzinie 7:00.

• Liczenie: Liczenie w instytucjach przeprowadza się w następujących terminach:

7:15, 15:15, 21:30, 12:00 i 4:00

• Wezwanie dotyczące choroby pielęgniarki: prowadzone codziennie, rozpoczynające się około godziny 6:00. Osoby przebywające w areszcie mogą zapisać się na wezwanie lekarskie, wysyłając latawiec pocztą do HCU.

• Telefon dotyczący choroby stomatologicznej: prowadzony pięć dni w tygodniu (od poniedziałku do piątku) od godziny 6:00. Osoby przebywające w placówce opieki mogą zapisać się na wezwanie do lekarza dentysty, wysyłając latawiec pocztą do dentysty.

• Linie medyczne: Rozpocznij kursowanie codziennie o 7:00 i ponownie o 20:00 w lokalach mieszkalnych. W zależności od personelu, może się zdarzyć, że będziesz musiał udać się do opieki zdrowotnej w celu uzyskania linii medycznej. Osoby przebywające w areszcie, które mają otrzymać leki z linii medycznej, podczas przyjmowania leków powinny zabrać ze sobą dowód tożsamości, kubek wody i być odpowiednio ubrane. Osoby przebywające w areszcie, które złożyły wniosek o odnowienie leków, odbiorą je w domu od farmaceuty.

• Posiłki: Wszystkie posiłki dostarczane są w ramach Dietetyki w przybliżonych godzinach podanych poniżej:

Śniadanie: 4:30 – 5:45

Obiad: 9:45 – 12:15

Kolacja: 16:30 – 18:15

PODCZAS DIETY NIE MA MÓWIENIA!

Godziny wykonywania zadań w pracy i szkole zostaną wskazane w indywidualnym arkuszu zadań osoby przebywającej pod opieką. Harmonogramy zajęć religijnych, rekreacyjnych i innych programów są wywieszane co tydzień na skrzydłach mieszkań. Wszystkie rozkłady jazdy będą obowiązywać do odwołania.

Ogród i sala gimnastyczna

Zajęcia rekreacyjne są dostępne dla wszystkich osób przebywających pod opieką (chyba że są ograniczone ze względów dyscyplinarnych). Linie do podwórek i siłowni są zaplanowane przez Housing Unit i są wymienione w cotygodniowych rozkładach jazdy. Nieprzydzielone osoby przebywające w areszcie mogą uczęszczać na siłownię zmianową w godzinach 7:00–15:00. Będzie ono widoczne jako Sala nr 1 w arkuszu aktywności osoby przebywającej pod opieką. Wyznaczone osoby przebywające pod opieką mogą uczęszczać do sal gimnastycznych wskazanych w ich arkuszach ćwiczeń przy sali gimnastycznej 1 (zmiana od 7:00 do 15:00) LUB sali gimnastycznej 2 (zmiana od 15:00 do 23:00). Zajęcia na dziedzińcu i siłowni mogą być ograniczone ze względu na warunki pogodowe, specjalne zajęcia odbywające się na siłowni lub według uznania Strażników. Osoby przebywające w areszcie przebywające na podwórzu są upoważnione do przyniesienia WYŁĄCZNIE własnego odtwarzacza Walkman i czystej butelki z wodą. Na siłownię nie wolno zabierać odtwarzacza Walkman i/lub butelki z wodą. Specjalne zajęcia rekreacyjne, turnieje itp. są organizowane przez cały rok przez personel LTS. Informacje o zapisach na tego typu wydarzenia będą zamieszczane na sali gimnastycznej, na kanale instytucjonalnym (Kanał 4) oraz na skrzydłach lokali mieszkalnych.

Ruch

Przemieszczanie się osoby przebywającej w placówce odbywa się poprzez nadzorowany ruch liniowy, a w arkuszu aktywności osoby przebywającej w placówce lub poprzez przepustkę telefoniczną. Oczekuje się, że osoby przebywające w areszcie będą gotowe i odpowiednio ubrane w momencie wezwania linii. Osoby przebywające w areszcie poruszające się na podstawie przepustek telefonicznych muszą być zalogowane i wylogowane z każdej lokalizacji. Osoby przebywające w areszcie mogą przemieszczać się na około 10 minut przed planowaną godziną rozpoczęcia karnetu. Nieupoważnione przemieszczanie się będzie skutkować podjęciem działań dyscyplinarnych. Niezastosowanie się do przepustki telefonicznej może również skutkować podjęciem działań dyscyplinarnych. Osoby przebywające w placówce opiekuńczej są zobowiązane do noszenia dowodów osobistych i kart aktywności przy wyprowadzaniu się z lokalu mieszkalnego.


Właściwy strój osoby przebywającej w ośrodku opieki poza placówkami opieki to instytucjonalny „niebieski" strój, koszule wpuszczone do środka, spodnie zapięte na zamek (nie zwisające) i zawiązane buty. Dowód tożsamości musi być umieszczony po lewej stronie najbardziej zewnętrznej części ubrania, ze zdjęciem osoby przebywającej w areszcie. Wewnątrz koszuli należy nosić medaliony religijne (niewidoczne). Odzież gimnastyczną można nosić poza pomieszczeniami mieszkalnymi WYŁĄCZNIE podczas uczęszczania na siłownię lub na boisko. Jeżeli osoba przebywająca w areszcie wymaga określonego umundurowania (biały dietetyczny kombinezon lub fartuch), należy go nosić. Osoby przebywające w areszcie, uczęszczające do szkoły lub biblioteki, muszą być w stanie bluesa.

Oczekuje się, że osoby przebywające w placówce opiekuńczej poruszają się po instytucji, w tym podczas spaceru, w sposób uporządkowany, w parach (grupy po 5 osób). Oczekuje się, że osoby przebywające w areszcie będą dotrzymywać kroku swojej linii (nie będą pozostawać w tyle). W Ośrodku Karnym w Danville nie wolno: NIE rozmawiać na spacerze, NIE krzyczeć na terenie obiektu, NIE pluć ani nosić słuchawek na spacerze.

Ruch Call Pass rozpocznie się i zakończy w lokalu mieszkalnym. Jeżeli osoba przebywająca pod opieką w momencie wydawania przepustki telefonicznej jest na przydzielonym stanowisku, będzie musiała wrócić do lokalu mieszkalnego, aby wypisać się do miejsca docelowego przepustki. Po ukończeniu przepustki telefonicznej osoba przebywająca pod opieką musi wrócić do lokalu mieszkalnego przed powrotem do innych zadań.

Zadania

Wszystkie programy i zadania są realizowane za pośrednictwem Biura Przydziałów Instytucjonalnych. Prośby o przydział pracy należy kierować do przełożonego żądanego obszaru pracy. Oczekuje się, że wszystkie osoby przebywające w areszcie, z wyjątkiem osób nieprzydzielonych ze względu na stan zdrowia lub przebywających w placówkach o restrykcyjnych warunkach mieszkaniowych, będą realizować program lub przydział pracy. Osoby przebywające w areszcie są umieszczane zgodnie z ich głównym przydziałem. (UWAGA: ABE i GED to zadania podstawowe.)

Oczekuje się, że po przyjęciu do tej placówki i otrzymaniu przydziału wszystkie osoby przebywające w placówce opiekuńczej będą nadal pracować w pełnym wymiarze godzin lub uczestniczyć w programie. Jeżeli z jakiegokolwiek powodu osoba przebywająca pod opieką zostanie usunięta z przydziału, zostanie ona ponownie przydzielona w ciągu sześćdziesięciu (60) dni od usunięcia, jeśli dostępne jest inne przydział. Wyjątkiem są przypadki, gdy Osoba przebywająca pod opieką nie jest przydzielona ze względów zdrowotnych lub nie ma wolnych miejsc pracy.

Niezgłoszenie się zgodnie z planem lub niewykonanie zadania zgodnie z zaleceniami będzie skutkować podjęciem działań dyscyplinarnych.

• Zadania i skale wynagrodzeń:

1) Pracownicy wykwalifikowani: Stolarze, elektrycy, hydraulicy, malarze, murarze, cementowcy, spawacze, kucharze, piekarze, rzeźnicy, mechanicy samochodowi, ślusarze, naprawcy urządzeń chłodniczych/klimatyzacyjnych lub inni rzemieślnicy/specjaliści o podobnych umiejętnościach i doświadczeniu otrzymują wynagrodzenie w wysokości 2,10 USD dziennie (44 USD miesięcznie).

2) Pracownicy średniowykwalifikowani: drukarze, fryzjerzy, krawcy, ogrodnicy, pracownicy kotłowni, osoby na dozorach zajmujące się przygotowywaniem żywności, osoby na dozorach wykonujące zadania wymagające podobnych umiejętności i doświadczenia, a także stażyści i praktykanci na stanowiska pracowników wykwalifikowanych. płatne w przedziale od 1,05 do 1,58 dolara dziennie (od 22 do 33 dolarów miesięcznie).

3) Urzędnicy biblioteczni: Osoby przebywające w pieczy, które pracują w Bibliotece Ogólnej lub Bibliotece Prawnej i które wykonują funkcje związane ze zbieraniem, konserwacją, badaniami prawnymi lub innymi funkcjami technicznymi w Bibliotece, otrzymują wynagrodzenie 0,1,05 dolara dziennie (22 dolarów miesięcznie ).

4) Pracownicy biurowi: Osoby przebywające na utrzymaniu w Bibliotece, które wykonują prace biurowe, w tym pisanie na maszynie i prowadzenie dokumentacji, otrzymują wynagrodzenie w wysokości 1,05 dolara dziennie (22 dolarów miesięcznie). Osoby przebywające w placówce opiekuńczej pracujące w komisariacie lub jednostkach mieszkaniowych, które wykonują funkcje biurowe, w tym pisanie na maszynie i prowadzenie dokumentacji, otrzymują wynagrodzenie w wysokości 1,58 dolara dziennie (33 dolarów miesięcznie).

5) Robotnicy ogólni: Pracownicy zajmujący się utrzymaniem trawników, pracownicy pralni, woźni/tragarze, pracownicy komisów, pracownicy sklepów wielobranżowych, pracownicy szatni i tym podobne stanowiska obejmujące prace ogólne otrzymują wynagrodzenie w przedziale od 81 do 1,05 dolarów dziennie (17 do 22 dolarów miesięcznie) .

6) Studenci: Osoby przebywające w placówce opiekuńczej przydzielone w pełnym wymiarze godzin do programów akademickich lub zawodowych otrzymują wynagrodzenie w wysokości 17 dolarów miesięcznie.

7) Nowe osoby przyjęte do placówek i nieprzydzielone osoby przebywające w areszcie: Nowo przyjęte osoby przebywające w placówce opieki i nieprzydzielone osoby przebywające w placówce otrzymują 13 dolarów miesięcznie.

Regulamin Oddziału

Podstawą pomyślnego funkcjonowania Zakładu Karnego w Danville jest to, aby zarówno osoby przebywające w areszcie, jak i personel przestrzegali wszystkich ustalonych zasad, biuletynów, deklaracji politycznych, dyrektyw administracyjnych i regulaminów wydziałowych. Kopie różnych polis znajdują się w każdym lokalu mieszkalnym, a wszystkie Regulaminy Działu można przeglądać w Bibliotece. Twój doradca będzie w stanie odpowiedzieć Ci na wszelkie pytania.

Poniżej znajdują się ważne Regulaminy Działu, które należy regularnie przeglądać:

• Zmniejszenie wyroku DR 107b

• Zasłużony dobry czas i dodatkowy punkt karny DR 107c

• Rozwój edukacji ogólnej i zaliczenie programu DR 107f

• Zwrot wydatków DR 110

• Przypisanie osoby zaangażowanej DR 420

• Usługi duszpasterskie i praktyki religijne DR 425

• Usługi biblioteczne i materiały prawne DR 430

• Przedsięwzięcia biznesowe osób zaangażowanych DR 445

• Czystość i pielęgnacja dla zaangażowanych osób DR 502b

• Klasyfikacja i transfery DR 503

• Dyscyplina i skargi DR 504

• Administracja dyscypliny DR 504, podczęść A

• Maksymalne kary dla osób dorosłych przebywających pod opieką DR 504 Tabela A

• Numery przestępstw i definicje DR 504 Załącznik A

• Segregacja i zamknięcie DR 504d

• Procedury składania skarg dla osób przebywających pod opieką DR 504f

• Prawa i przywileje DR 525

• Własność osobista DR 535

• Zasady dotyczące lokali mieszkalnych Patrz załącznik

• Regulamin Wizytacji Patrz Załącznik

Zasady instytucjonalne

Regulamin Jednostki Mieszkaniowej i Regulamin Pokoju Przyjęć można znaleźć w Załączniku do tej instrukcji. Nieprzestrzeganie wszystkich zasad Jednostki Mieszkaniowej i Pokoju Przyjęć będzie skutkować wszczęciem postępowania dyscyplinarnego.

Naruszenia narkotyków i dyscyplina

Osoby przebywające w areszcie poddawane są testom na obecność narkotyków i/lub alkoholu. Osoby przebywające w areszcie podlegają postępowaniu dyscyplinarnemu zgodnie z art. 504 Departamentu lub cofnięciu zwolnienia warunkowego lub obowiązkowemu nadzorowanemu zwolnieniu za jakiekolwiek przestępstwa związane z narkotykami lub alkoholem, takie jak:

• Niedostarczenie próbki moczu w ciągu dwóch godzin od powiadomienia, chyba że Dyrektor Medyczny Agencji stwierdzi z medycznego punktu widzenia, że ofiara nie jest w stanie dostarczyć próbki w ustalonych ramach czasowych.

• Niszczenie, manipulowanie lub próba zniszczenia lub manipulowania testem na obecność narkotyków lub alkoholu.

• Otrzymanie pozytywnego wyniku testu, dla którego nie ma uzasadnienia medycznego.


Jeżeli osoba przebywająca w areszcie zostanie uznana za winną przestępstwa związanego z narkotykami, podlega karze dyscyplinarnej zgodnie z DR504. Zostanie wydane skierowanie na dobrowolną lub obowiązkową interwencję lub leczenie związane z uzależnieniem od alkoholu lub substancji psychoaktywnych lub jedno i drugie. Przestępstwo związane z narkotykami obejmuje przestępstwa wymienione powyżej oraz posiadanie lub bycie pod wpływem alkoholu, narkotyków lub akcesoriów związanych z narkotykami. Osoby przebywające w areszcie zostaną ukarane nałożonymi karami dyscyplinarnymi przed włączeniem ich do zalecanego Programu dotyczącego nadużywania substancji psychoaktywnych. Kary dyscyplinarne przewidziane prawem za przestępstwa narkotykowe obejmują także 6 miesięcy wizyt bezkontaktowych.

Przywileje i zasady zwiedzania

Zasadą Zakładu Karnego w Danville jest umożliwienie osobom przebywającym w areszcie utrzymywania osobistych kontaktów z członkami rodziny i przyjaciółmi. Komunikacja z rodziną i przyjaciółmi jest niezbędna ze względu na moralność i utrzymanie więzi rodzinnych. Osobom przebywającym w placówce opiekuńczej przysługuje siedem (7) wizyt osobistych miesięcznie, z czego tylko 2 mogą odbywać się w weekendy lub święta. Osobom w klasie A lub B przysługuje dwie (2) wizyty wideo tygodniowo. Osobom przebywającym w areszcie przysługuje jedna (1) wizyta dziennie (osobista lub wideo). Wszystkie wizyty (osobiste i wideo) są planowane za pośrednictwem łączy znajdujących się na stronie internetowej Departamentu Więziennictwa stanu Illinois, znajdującej się na stronie placówki w Danville (https://www2.illinois.gov/idoc). Zobacz Załącznik, w którym znajdują się zasady odwiedzin i zasady korzystania z pokoju odwiedzin.

Każda osoba przebywająca w areszcie ma obowiązek wypełnić formularz wniosku o listę wizyt (DOC004), wskazując wszystkie osoby, z którymi osoba przebywająca w areszcie chce się spotkać. Lista ta jest ograniczona do 30 osób (dorosłych i nieletnich). Jeśli osoba przebywająca pod opieką chce dokonać zmian (dodać/usunąć) na swojej liście wizyt, musi przesłać całą nową listę zawierającą wszystkie informacje o odwiedzającym, nawet jeśli ktoś znajdował się na jej poprzedniej liście. DODAWANIE LIST NIE SĄ DOZWOLONE. Nowe Listy Wizytowe (DOC004) można składać nie częściej niż raz w miesiącu kalendarzowym. Rodzic lub opiekun prawny małoletniego dziecka (dzieci) może przyprowadzać w odwiedziny wyłącznie swoje małoletnie dziecko (dzieci). Jeśli odwiedzający chciałby zabrać ze sobą inne małoletnie dziecko(dzieci) w celu odwiedzenia Osoby przebywającej pod opieką, rodzic lub opiekun prawny musi wypełnić formularz odwiedzin nieletniego (DOC 0330) (osoby przebywające w placówce nie mogą wypełnić formularza) . Przed wizytą należy przesłać pocztą formularz wizytacji nieletniego z prośbą o pozwolenie na przyprowadzenie nieletniego. Zanim osoba niepełnoletnia będzie mogła odwiedzić osobę przebywającą w areszcie, należy uzyskać zgodę Strażnika. Gość otrzyma od naczelnika wiadomość z potwierdzeniem lub odmową. Jeśli zostanie zatwierdzona, odwiedzający musi zabrać ze sobą notatkę zatwierdzającą Strażnika na każdą wizytę, przyprowadzając zatwierdzoną osobę niepełnoletnią.

Wymagania dotyczące przyjmowania przez osobę przebywającą w areszcie widzeń (osobistych i/lub wideo) od byłego przestępcy, osoby, wobec której toczą się zarzuty karne, przebywającej na zwolnieniu warunkowym, przymusowego zwolnienia pod nadzorem, okresu próbnego lub byłej osoby przebywającej w areszcie, są następujące: następująco:

Proponowany gość, który został skazany za przestępstwo lub wobec którego toczą się zarzuty karne, przebywa na zwolnieniu warunkowym, obowiązkowym zwolnieniu pod nadzorem lub w zawieszeniu lub jest byłą osobą przebywającą w areszcie, musi napisać do naczelnika i poprosić o wizytę (osobistą i/lub wideo) z konkretną Osobą przebywającą pod opieką. Proponowana osoba odwiedzająca może odwiedzić osobę przebywającą w areszcie wyłącznie za pisemną zgodą naczelnika. Proponowany gość otrzyma wiadomość od naczelnika z potwierdzeniem lub odmową. Jeśli zostanie zatwierdzony, proponowany gość musi zabrać ze sobą notatkę zatwierdzającą na każdą wizytę. Osoby przebywające na zwolnieniu warunkowym, w zawieszeniu lub pod obowiązkowym nadzorem muszą także uzyskać pisemną zgodę swojego agenta ds. zwolnienia warunkowego.

Aby móc sobie pozwolić na „wizytę duchownego"; pokrewieństwo z gościem musi być określone w DOC004 jako „duchowny lub kapelan". NIE jest konieczne umieszczanie na liście wizyt nazwisk osób odwiedzających legalnie lub urzędników państwowych, pod warunkiem, że odwiedzają je w celu prowadzenia interesów w imieniu Departamentu lub innej agencji rządowej lub w celach związanych z reprezentacją prawną Osoby przebywającej w areszcie . Osoby odwiedzające legalnie i urzędnicy rządowi będą zobowiązani do przedstawienia dokumentu tożsamości ze zdjęciem potwierdzającego ich stanowisko, tj. oficjalnych referencji, rejestracji adwokata lub zaświadczenia studenta prawa (w stosownych przypadkach). Wszystkie osoby odwiedzające legalnie muszą powiadomić łącznika prawnego placówki z 48-godzinnym wyprzedzeniem przed takimi wizytami prawnymi, z wyjątkiem okoliczności wyjątkowych zatwierdzonych przez naczelnika lub zastępcę naczelnika.

**\*\*OSOBY OPIEKOWANE MOGĄ ZWRÓCIĆ SIĘ O WIĘCEJ INFORMACJI, WYSYŁAJĄC „WNIOSEK O INDYWIDUALNĄ OPIEKĘ" DO KOORDYNATORA WIZYTY W ODDZIALE USŁUG KLINICZNYCH.\*\***

Infolinia dotycząca blokady

Potencjalni odwiedzający mogą zadzwonić pod numer 1-877-840-3220, aby uzyskać listę obiektów, które są obecnie zamknięte. Jeśli placówka jest zamknięta, odwiedzający powinni zadzwonić do odpowiedniej placówki (Centrum Karne Danville 217-446-0441) lub przejść na stronę internetową konkretnej placówki znajdującą się w witrynie IDOC (https://www2.illinois.gov/idoc). Będą mogli sprawdzić, czy w związku z kwarantanną obowiązują specjalne ograniczenia dotyczące odwiedzin. Wiadomość na infolinię dotyczącą blokady jest dostępna w języku angielskim i hiszpańskim.


Korzystanie z telefonu, zasady i procedury

Zasadą Zakładu Karnego w Danville jest umożliwienie osobom przebywającym w areszcie wykonywania bezpośrednich połączeń telefonicznych z krewnymi, przyjaciółmi i prawnikami w ramach wolnej społeczności. Każdej osobie przebywającej w areszcie zostanie przydzielony osobisty numer identyfikacyjny (PIN), którego należy używać podczas każdej rozmowy telefonicznej. Jeżeli z jakiegokolwiek powodu Osoba przebywająca pod opieką użyje kodu PIN innej osoby przebywającej pod opieką, wydany zostanie IDR. Handel kodem PIN jakiejkolwiek osoby przebywającej pod opieką będzie skutkować podjęciem działań dyscyplinarnych.


Osoba przebywająca w placówce Custody nie może odbierać połączeń telefonicznych, ale może wykonywać bezpośrednie połączenia z osobami znajdującymi się na liście PAN, o ile mają środki na swoim rachunku powierniczym.


Uczestnictwo lub inicjowanie rozmów trójstronnych przez osoby przebywające w areszcie jest surowo zabronione przez zasady IDOC i będzie skutkować podjęciem działań dyscyplinarnych.

• Securus

Securus jest jedynym dostawcą usług telefonicznych Departamentu Więziennictwa stanu Illinois dla osób przebywających w areszcie.


• ADVANCECONNECT (konto telefoniczne na kartę)

Konto AdvanceConnect™ to przedpłacone konto telefoniczne, które umożliwia przyjaciołom i rodzinie odbieranie połączeń zbiorczych od osób przebywających pod opieką, a opłaty są automatycznie pobierane z ich konta przedpłaconego. Przedpłacone konto AdvanceConnect daje rodzinie i przyjaciołom kontrolę nad swoimi wydatkami i zapewnia możliwość odbierania połączeń z zakładów karnych.

To konto oferuje następujące korzyści:

• Maksymalna kwota finansowania wynosi do 50,00 USD na transakcję.

• Mogą odbierać wezwania do opieki indywidualnej, o ile na ich koncie są dostępne środki.

• Mogą dodać wiele numerów telefonów do swojego konta, dzięki czemu będą dostępni pod numerem telefonu w domu, pracy, komórce, innych krewnych, sąsiadach, przyjaciołach itp.

• Połączenia będą realizowane przez telefony komórkowe (z zastrzeżeniem ograniczeń obiektu).


Przyjaciele i członkowie rodziny mogą otworzyć konto AdvanceConnect dzwoniąc pod numer 1-800-844-6591 lub on-line na stronie www.securustech.net. W celu uzyskania ogólnych informacji, zebrania informacji o połączeniach, informacji o koncie przedpłaconym lub jakichkolwiek pytań dotyczących usług telefonicznych i/lub konfiguracji, rodzina i przyjaciele muszą zadzwonić do firmy Securus pod numer 1-800-844-6591 lub wysłać e-mail do obsługi klienta na adres Customerservice@securustech.net .


• Blokowanie poszczególnych osób w trakcie rozmów o opiekę

Wszystkie połączenia na inkasa przychodzące od osoby IDOC przebywającej pod opieką są ogłaszane, a rodzina i przyjaciele będą mogli zaakceptować lub zablokować połączenie i otrzymać wycenę. Mogą także skontaktować się z firmą Securus (1-800-844-6591), aby zablokować połączenie z osobą przebywającą pod opieką.

• Listy telefonów

Należy wypełnić formularz „Wniosek o listę numerów telefonów osoby przebywającej pod opieką" i podać nie więcej niż 30 nazwisk. (800 numerów zostanie odrzuconych). Formularz ten należy wypełnić w całości. Obejmuje to związek i pełny adres (numer domu, ulica, miasto, stan i kod pocztowy). Jeżeli formularz nie zostanie wypełniony prawidłowo, zostanie on odesłany do korekty. Wszystkie informacje zawarte w tym formularzu muszą być czytelne. W przeciwnym razie może to spowodować opóźnienia we wprowadzaniu informacji lub informacje mogą zostać wprowadzone błędnie.


W CELU PRZETWARZANIA LISTA TELEFONICZNA MUSI BYĆ PODPISANA I datowana na odwrocie. Twoja lista telefoniczna będzie „podążać" za Tobą w całym Departamencie. Jeśli po przeniesieniu do Danville chcesz dokonać jakichkolwiek zmian w istniejącej liście telefonów, możesz przesłać nową listę telefonów. Listę telefonów możesz przesyłać ponownie TYLKO raz na 30 dni. W tym momencie musisz jedynie podać numery, które chcesz dodać lub usunąć. NIE jest konieczne umieszczanie na liście wszystkich numerów, które chcesz umieścić na liście po przesłaniu pierwszego. (Różni się to od Twojej Listy Wizyt i łatwo pomylić te 2 osoby.) Osoby przebywające w pieczy zastępczej mogą co 90 dni prosić o kopię swojej listy telefonów za pośrednictwem doradcy ds. jednostek mieszkaniowych. W pierwszej kolejności wypisz numery telefonów, które chcesz usunąć, ponieważ Securus będzie przetwarzał Twoją listę od góry do dołu.

System PIN nie pozwoli Osobom w C-GRADE na wykonywanie połączeń telefonicznych. Jeżeli dana osoba znajduje się w klasie B, będzie miała prawo do dwóch (2) rozmów miesięcznie. Połączenia trójstronne NIE są dozwolone. System telefoniczny automatycznie rozłączy każde wykryte połączenie trójstronne. Wszystkie rozmowy telefoniczne z osobami przebywającymi w areszcie podlegają monitorowaniu i nagrywaniu w dowolnym momencie przez personel Departamentu, chyba że wcześniej poczyniono specjalne ustalenia dotyczące wykonywania lub odbierania niemonitorowanych rozmów z prawnikiem.

Telefony znajdują się na każdym skrzydle Jednostki Mieszkaniowej, na siłowni oraz na podwórku. Rozmowy telefoniczne nie mogą kolidować z zadaniami, posiłkami, telefonami medycznymi ani innymi normalnymi czynnościami instytucjonalnymi. Rozmowy telefoniczne są ograniczone do trzydziestu (30) minut. Telefon czynny jest od 7:30 do 21:30, siedem (7) dni w tygodniu. Osoby przebywające w areszcie mogą korzystać z telefonu wyłącznie w wyznaczonych godzinach dziennych. Korzystanie z dowolnego telefonu w godzinach pracy Osoby przebywającej pod opieką poza godzinami dziennymi będzie skutkować podjęciem działań dyscyplinarnych.

UWAGA: Securus jest jedynym dostawcą usług telefonicznych dla osób przebywających w areszcie, z którego korzysta Departament Więziennictwa stanu Illinois (IDOC). Istnieją doniesienia o znajomych i rodzinie zakładających konta w firmach innych niż Securus w celu obsługi telefonicznej osób IDOC przebywających pod opieką. Prosimy poinformować rodzinę i znajomych, aby konfigurowali usługi telefoniczne wyłącznie w firmie Securus Technologies, ponieważ konta w innych firmach mogą zostać zablokowane.

• Ograniczenia połączeń

Wywoływane numery mogą zostać zablokowane z powodu nadmiernego użycia, podejrzenia oszustwa lub nękania osób wywoływanych. Uwaga: każdy wybrany numer będzie miał limit rozliczeniowy wynoszący 100 USD miesięcznie. Po osiągnięciu tej kwoty połączenia z tym numerem zostaną zablokowane. Aby zwiększyć limit rozliczeniowy, strona wywoływana musi skontaktować się z firmą Securus Correctional Billing Services pod numerem 1-800-844-6591.

Koszt połączenia telefonicznego wynosi 0,01 dolara za minutę. Wszystkie połączenia są ograniczone do trzydziestu (30) minut. Osoby przebywające w areszcie mogą wykupić minuty telefoniczne u komisarza (jeśli mają pieniądze na koncie w funduszu powierniczym) w celu wykorzystania ich na rozmowy telefoniczne.

Jeśli rozmówca spróbuje nawiązać połączenie trójstronne, połączenie konferencyjne lub w trakcie połączenia aktywuje połączenie oczekujące lub konferencję, połączenie zostanie automatycznie zakończone.

INSTRUKCJA WYBIERANIA:

KROK 1: „W przypadku języka angielskiego naciśnij 1. Para Espanol, marka 2."

KROK 2: „Wprowadź teraz swój numer PIN."

KROK 3: „Wprowadź numer kierunkowy i numer telefonu, pod który teraz dzwonisz."

Format wybierania: numer kierunkowy + numer telefonu (XXX+XXX+XXXX)

• Jeśli numer jest prawidłowy i nie jest zablokowany, pojawi się drugie nagranie z informacją: „Dziękuję. Podczas przetwarzania połączenia możesz usłyszeć ciszę." Bądź cierpliwy i poczekaj, aż Twoje połączenie zostanie odebrane przez rozmówcę.

• Jeśli rozmówca nie odbierze po kilku dzwonkach, na nagraniu pojawi się informacja: „Przepraszamy, połączenie nie może zostać zrealizowane".

• Jeżeli strona wywoływana nie przyjmie połączenia za pobraniem, na nagraniu pojawi się informacja: „Abonent wywoływany nie przyjął Twojego połączenia za pobraniem. Spróbuj zadzwonić ponownie później."

• Jeśli Osoba przebywająca w areszcie zadzwoni pod numer, który jest zablokowany, na nagraniu pojawi się informacja, że numer jest zablokowany. Jeśli numer ten jest prawidłowy, należy przesłać formularz wniosku o opiekę nad osobą przebywającą w areszcie do zastępcy kierownika ds. operacyjnych i przedstawić swoją prośbę/problem. To zostanie zbadane.

• Problemy z telefonem i raportowanie

W przypadku problemów z telefonami Osoba przebywająca w areszcie powinna wypełnić formularz „Problemy z telefonem osoby przebywającej w areszcie" i przesłać go do Administratora sieci LAN pocztą instytucjonalną.

Rodzina lub przyjaciele mogą zadzwonić do firmy Securus pod numer 1-800-844-6591, aby uzyskać informacje na temat obsługi klienta, stawek lub innych pytań związanych z telefonem.

Wszelką pocztę dotyczącą systemu telefonicznego można kierować na adres:

Tylko płatności: Tylko korespondencja:

www.Securustech.net Securus

Securus Corrections Billing Services P. O. Box 1109

PO Pudełko 650757 Addison, Teksas 75001

Dallas, Teksas 75265-0757

**OSOBY OPIEKOWANE MOGĄ ZWRÓCIĆ SIĘ O WIĘCEJ INFORMACJI, WYSYŁAJĄC „WNIOSEK O INDYWIDUALNĄ OPIEKĘ" DO KOORDYNATORA WIZYTY W ODDZIALE USŁUG KLINICZNYCH.**

• Rozmowy telefoniczne z prawnikami

Osoby przebywające w areszcie mogą wykonywać bezpośrednie połączenia wychodzące ze swoimi prawnikami w dowolnym momencie w godzinach dziennych, pod warunkiem, że prawnik został zatwierdzony na ich liście PAN. Jednakże osoby przebywające w areszcie są informowane, że rozmowy te podlegają monitorowaniu.

• Rozmowy telefoniczne z prawnikami

Osoby przebywające w areszcie mogą wykonywać bezpośrednie połączenia wychodzące ze swoimi prawnikami w dowolnym momencie w godzinach dziennych, pod warunkiem, że prawnik został zatwierdzony na ich liście PAN. Jednakże osoby przebywające w areszcie są informowane, że rozmowy te podlegają monitorowaniu.

Prawnicy mogą zażądać nienagranej rozmowy telefonicznej, postępując zgodnie z poniższymi wytycznymi:

1) Nie są dozwolone trójstronne połączenia telefoniczne/połączenia telefoniczne ani transfery. Rozmowy telefoniczne mogą zostać tymczasowo ograniczone, jeśli placówka lub jej część znajduje się w stanie zamknięcia.

2) Połączenia są ograniczone do trzydziestu (30) minut, chyba że zaistnieją nadzwyczajne okoliczności, które zostaną wcześniej zatwierdzone przez Dyrektora Administracyjnego i nie będą realizowane przez telefony komórkowe.

3) Wyznaczony personel placówki lub Dział Prawny IDOC muszą otrzymać pisemny wniosek od prawnika co najmniej czterdzieści osiem (48) godzin wcześniej (o ile nie zaistnieją nadzwyczajne okoliczności). Wniosek powinien zawierać następujące informacje:

a) Imię i nazwisko osoby przebywającej w areszcie oraz numer IDOC

b) Data zaplanowanej rozmowy telefonicznej i dwugodzinny okres, w którym adwokat jest dostępny w celu przeprowadzenia rozmowy. Połączenia będą realizowane w godzinach 8:00 – 14:00 od poniedziałku do piątku.

c) Wyznaczona godzina zostanie potwierdzona przez Koordynatora, aby Pełnomocnik mógł zadzwonić, drogą mailową, telefoniczną lub faksem.

d) Imię i nazwisko oraz numer telefonu Pełnomocnika

e) Krótki opis sprawy, w tym nazwa sprawy, numer sprawy i sąd, w którym Pełnomocnik reprezentuje Osobę przebywającą w areszcie.

f) Wyjaśnienie, dlaczego nie można załatwić sprawy drogą pocztową lub podczas osobistej wizyty.

g) Wyjaśnienie wszelkich istniejących nadzwyczajnych okoliczności.

4) Prośby o wezwania prawnika można przesyłać pocztą do placówki lub faksem na numer 217-446-5347.

5) Żądania wezwań prawnych nie mogą być potwierdzane natychmiast po ich otrzymaniu. Jeżeli żądanie nie może zostać uwzględnione, wnioskodawca zostanie o tym poinformowany.

6) Jeżeli Pełnomocnik nie będzie mógł udzielić powyższych informacji i sprzeciwi się odmowie wykonania połączenia telefonicznego, zostanie poproszony o wypełnienie oświadczenia złożonego przez placówkę. Adwokat zostanie poproszony o zaświadczenie, dlaczego alternatywna komunikacja nie jest odpowiednim substytutem niemonitorowanej rozmowy telefonicznej, zaświadczenie, że interesy prawne klienta zostaną naruszone w przypadku odmowy połączenia telefonicznego oraz o podanie numeru rejestracyjnego Adwokata. Ostateczną decyzję w sprawie wniosku o rozmowę telefoniczną podejmie Dyrektor Administracyjny.

7) Wezwania prawnika/klienta nie będą honorowane w weekendy i święta (o ile nie wystąpią żadne okoliczności łagodzące).

Skargi

Zgodnie z polityką Zakładu Karnego w Danville wszystkie osoby przebywające w areszcie mają swobodę składania skarg, niezależnie od ich statusu dyscyplinarnego lub klasyfikacji, zgodnie z ustaloną procedurą określoną w DOC 20 Kodeks administracyjny stanu Illinois 504, podczęść F (zmienioną 1 kwietnia, 2017 r. i wdrożono w ośrodku więziennym w Danville 1 grudnia 2018 r.). Niniejsza procedura jest wywieszona we wszystkich jednostkach mieszkalnych i dostępna do wglądu w Bibliotece. Formularze skarg (DOC 0046) są dostępne u urzędnika ds. kontroli jednostek mieszkaniowych oraz u doradcy ds. jednostek mieszkaniowych.

Ośrodek Więzienny w Danville zapewni dostępność procedury składania skarg osobom przebywającym w areszcie, które są niepełnosprawne, niepełnosprawne lub niezdolne do porozumiewania się w języku angielskim. Osoby przebywające w placówce opiekuńczej mogą zwrócić się do doradcy jednostki mieszkaniowej lub innego wyznaczonego personelu o pomoc w procedurze składania skarg. Osoba przebywająca w areszcie, która nie mówi ani nie czyta w języku angielskim, może poprosić o wyjaśnienie procedury w jej własnym języku.

Skargi należy kierować do doradcy jednostki mieszkaniowej przebywającej w placówce opiekuńczej; jednakże skarga dotycząca molestowania seksualnego, wykorzystywania seksualnego lub napaści na tle seksualnym powinna zostać wysłana przez Osobę przebywającą w areszcie bezpośrednio do Urzędnika ds. skarg. Skargę należy złożyć u doradcy lub specjalisty ds. skarg w ciągu sześćdziesięciu (60) dni od wykrycia zdarzenia, zdarzenia lub problemu, który stanowi podstawę skargi. Skargi związane z zarzutami wykorzystywa

Procedury składania skarg nie można stosować w przypadku skarg dotyczących decyzji wydanych przez dyrektora, takich jak między innymi umieszczenie w placówce, przyznanie zaliczenia kary dodatkowej lub

odmowa przeniesienia, lub decyzje pozostające poza kompetencjami Departamentu, takie jak decyzje o zwolnieniu warunkowym, ułaskawienie lub zarządzenia dotyczące długości kary.

Osoba przebywająca w Ośrodku Opieki Społecznej składająca skargi dotyczące domniemanych przypadków wykorzystywania seksualnego będzie zwolniona z nieformalnego procesu składania skarg (doradca). Oznacza to, że skarga nie wymaga rozpatrzenia przez doradcę. Wszelkie skargi związane z zarzutami dotyczącymi wykorzystywania seksualnego nie podlegają żadnemu terminowi składania. Osoba przebywająca w areszcie musi złożyć skargę na formularzu DOC 0046 do dyrektora administracyjnego w sprawie pilnej skargi dotyczącej wykorzystywania seksualnego. Osoba przebywająca w areszcie może złożyć skargę bez przekazywania jej żadnemu pracownikowi będącemu przedmiotem skargi. Skarga nie będzie przekazywana żadnemu pracownikowi, którego dotyczy skarga.

Wszystkie skargi powinny zawierać szczegółowe informacje faktyczne dotyczące każdego aspektu skargi Osoby przebywającej w pieczy zastępczej, w tym to, co się wydarzyło, kiedy to się stało, gdzie to się stało oraz imię i nazwisko każdej osoby, która jest przedmiotem skargi, jest jej świadkiem lub która jest w inny sposób zaangażowana w skargę . Jeżeli nazwiska osób nie są znane, osoba przebywająca w areszcie musi podać jak najwięcej informacji opisowych na jej temat.

• Procedury

Wszystkie skargi MUSZĄ być umieszczane w skrzynce skarg. Wszystkie jednostki mieszkaniowe, jednostka przyjmująca, jednostka opieki zdrowotnej, jednostka mieszkaniowa z ograniczeniami, jednostka zawodowa, sala gimnastyczna oraz północna i południowa strona dietetyki mają wyznaczoną skrzynkę na skargi, do której osoby przebywające pod opieką mogą składać skargi pierwszego i drugiego stopnia. Reklamacje będą przyjmowane w każdy poniedziałek-piątek (z wyłączeniem dni ustawowo wolnych od pracy). Reklamacje złożone w systemie pocztowym nie będą uwzględniane.

Wyznaczeni pracownicy to jedyne osoby, które mają dostęp do skrzynek ze skargami. Reklamacje będą odbierać w wyznaczonych dniach odbioru.

Skargi pierwszego stopnia:

1) Wyznaczony pracownik opatrzy skargę datą i przydzieli jej numer. Numer ten pozostanie przy składaniu skargi przez cały czas trwania procesu.

2) W ciągu czterdziestu ośmiu (48) godzin od otrzymania (z wyłączeniem weekendów i świąt państwowych) skargi wyznaczony członek personelu przekaże osobie przebywającej pod opieką pocztą instytucjonalną potwierdzenie otrzymania skargi. Osoba przebywająca pod opieką zostanie wówczas powiadomiona, że skarga jest rozpatrywana i rozpatrywana. Jeżeli Osoba przebywająca pod opieką nie otrzyma potwierdzenia odbioru, może zapytać o status swojej skargi.

3) Kiedy Doradca zakończy pierwszą analizę i jego odpowiedź zostanie podana w skardze, Doradca prześle skargę pierwszego stopnia z powrotem do Osoby przebywającej pod opieką pocztą instytucjonalną. Zgłoszenie to zostanie zarejestrowane, a kopia skargi i odpowiedzi przesłana do Biura Dokumentacji.

Skargi w sytuacjach awaryjnych:

1) Te same procedury dotyczące skrytek i odbioru, jak opisano powyżej.

2) Wyznaczony personel stempluje skargę datą, przypisuje jej numer, rejestruje skargę, a następnie przekazuje ją Strażnikowi do rozpatrzenia.

3) Jeśli skarga zostanie uznana przez Strażnika za „nagłą", zostanie rozpatrzona zgodnie z DR 504.810. Jeżeli Strażnik uzna, że skarga NIE ma charakteru pilnego, zostanie ona odesłana do Osoby przebywającej w areszcie w celu złożenia zwykłej skargi pierwszego stopnia.


Skargi drugiego stopnia:

1) Osoby przebywające w pieczy zastępczej mogą odwołać się od odpowiedzi Doradcy, umieszczając oryginał skargi w wyznaczonej skrzynce na skargi. Urzędnik ds. skarg opatrzy skargę datą, zarejestruje pokwitowanie, a następnie wyśle pokwitowanie drugiego poziomu do osoby przebywającej pod opieką.

2) Po udzieleniu odpowiedzi przez urzędnika ds. skarg i CAO kopia jest wysyłana do osoby przebywającej w areszcie i umieszczana w aktach głównych. Po zakończeniu rozpatrywania skargi, zarejestrowana zostanie data odesłania skargi do Osoby przebywającej w pieczy za pośrednictwem poczty instytucjonalnej.

• Bezpośrednia recenzja dokonywana przez Administracyjną Komisję Rewizyjną (ARB)

Osoba przebywająca w areszcie powinna składać skargi bezpośrednio do Administracyjnej Komisji Rewizyjnej w przypadku żałoby:

1) Decyzje w sprawie umieszczenia w areszcie ochronnym.

2) Decyzje w sprawie przymusowego podania leków psychotropowych.

3) Decyzje dotyczące postępowań dyscyplinarnych, które zostały podjęte w placówce innej niż placówka, w której aktualnie przebywa Osoba przebywająca w Areszcie.

4) Inne sprawy dotyczące placówki innej niż placówka, w której aktualnie przebywa Osoba przebywająca w Areszcie, z wyłączeniem spraw osobistych i medycznych


Osoba przebywająca w areszcie może odwołać się od decyzji CAO do ARB. Skarga musi wpłynąć do ARB w ciągu trzydziestu (30) dni od daty podpisu CAO. Po otrzymaniu skargi przez ARB skarga zostanie zarejestrowana w programie IGRV.

• Skargi wynikające z ustawy o osobach niepełnosprawnych (Americans with Disabilities Act, ADA).

Skargi dotyczące dyskryminacji ze względu na niepełnosprawność lub prośby o zakwaterowanie ze względu na niepełnosprawność należy kierować do koordynatora ADA placówki. Jeżeli zostanie to uznane za kwestię ADA, koordynator ADA w placówce przeprowadzi dochodzenie zgodnie z uznaniem za stosowne i przedstawi pisemne zalecenia Dyrektorowi Administracyjnemu w celu rozwiązania skargi.

**OSOBY OPIEKOWANE MOGĄ POPROSIĆ O WIĘCEJ INFORMACJI OD DORADNCY W JEDNOSTCE MIESZKANIOWEJ.**

Proces rezygnacji z grupy stanowiącej zagrożenie bezpieczeństwa

Obowiązująca od 11/01/1999 Dyrektywa Administracyjna 05.08.105 ZRZECZENIE SIĘ PRZYSTĘPU DO GRUP ZAGROŻAJĄCYCH BEZPIECZEŃSTWIE została udostępniona wszystkim osobom przebywającym w areszcie przebywającym obecnie w areszcie Departamentu Więziennictwa stanu Illinois. Zapewnia osobom przebywającym w areszcie możliwość zrzeczenia się przynależności do grupy zagrażającej bezpieczeństwu.

Grupy zagrożeń bezpieczeństwa obejmują osobę lub grupę osób, które stwarzają zagrożenie dla innych i/lub bezpieczeństwa i prawidłowego zarządzania Zakładem Karnym (wcześniej klasyfikowanym jako gang lub nieuprawniona działalność organizacyjna).

Proces zrzeczenia się obejmuje proces, w którym zidentyfikowany podmiot stowarzyszony/członek Grupy ds. zagrożeń bezpieczeństwa (osoba przebywająca pod opieką) wyraża zgodę na zrzeczenie się przynależności (zaangażowania/członkostwa). Następnie Departament określa status danej osoby.

Jeśli osoba przebywająca pod opieką zdecyduje się zrzec swojego powiązania z grupą stwarzającą zagrożenie dla bezpieczeństwa, osoba przebywająca pod opieką musi złożyć pisemny wniosek o zrzeczenie się przynależności do wyznaczonego doradcy lub koordynatora firmy Intel. Można to zrobić w dowolnym momencie; jednakże wnioski można składać tylko raz na 180 dni. Aby Osoba przebywająca pod opieką mogła zrzec się przynależności, Osoba przebywająca pod opieką musi przekonać Departament, że Osoba przebywająca pod opieką nie będzie już członkiem określonej(-ych) grupy zagrożeń bezpieczeństwa.

Po przeprowadzeniu rozmowy zostanie podjęta decyzja o przyjęciu lub odrzuceniu wniosku Osoby przebywającej pod opieką, po czym Osoba przebywająca pod opieką zostanie o tym powiadomiona. Jeżeli zrzeczenie się zostanie odrzucone, Osoba przebywająca pod opieką może złożyć zażalenie na decyzję zgodnie z DR 504F (Procedury składania skarg dla osób zaangażowanych). Osoba przebywająca pod opieką musi postępować zgodnie z bieżącym procesem składania skarg.

PROGRAMY I USŁUGI

Programy i zajęcia edukacyjne i zawodowe

Ośrodek Więzienny w Danville oferuje następujące programy edukacyjne:

• Podstawowa edukacja dorosłych (ABE)

• GED

• Program Title One (poniżej 21 lat)

• Kolegium naprawcze

• Program studiów stowarzyszonych

• Motoryzacja

• Budownictwo

• Technologie kariery

• Uniwersytet Illinois

• Uniwersytet Wschodniego Illinois

• Przypisanie do programowania edukacyjnego/zawodowego

• Kursy korespondencyjne (jeśli zostały zatwierdzone przez CAO)


Celem edukacji podstawowej jest zapewnienie skutecznego i odpowiedniego wykorzystania zasobów, aby pomóc osobom przebywającym pod opieką w osiąganiu celów akademickich i zawodowych. Osoby przebywające w placówce opiekuńczej, które kwalifikują się do zadań edukacyjnych lub zawodowych, a które obecnie nie są przydzielone, zostaną umieszczone w żądanym lub obowiązkowym programie edukacyjnym, jeśli jest dostępna przestrzeń. Jeśli zajęcia zostaną zapełnione w ustalonym zakresie, osoby przebywające pod opieką zostaną umieszczone na liście oczekujących na konkretny żądany lub wymagany program, w oparciu o następujący harmonogram priorytetów:


1) Listy oczekujących ustalane są na podstawie daty MSR (najwyższy priorytet ma najwcześniejsza data MSR) oraz ocen dokonanych przez CAS.

2) Osobom przebywającym w areszcie musi wystarczyć ilość czasu pozostała do przewidywanej daty zwolnienia, aby ukończyć zadanie edukacyjne. Osoby przebywające w areszcie, którym pozostało wystarczająco dużo czasu na ukończenie znacznej części programu, będą miały pierwszeństwo przed tymi, które tego nie zrobią. EFA określa priorytety umieszczania.

3) W przypadku, gdy dwie lub więcej Osób przebywających pod opieką posiadają identyczne kryteria umieszczenia w programie lub na liście oczekujących, o kolejności w rankingu decyduje wiek, przy czym najmłodszy uczeń znajduje się na pierwszym miejscu.

Aby zapewnić dostępność programów akademickich dla wszystkich osób przebywających pod opieką, dokonane zostaną przeglądy osiągnięć edukacyjnych każdej osoby przebywającej w pieczy zastępczej. Po takiej ocenie osoba przebywająca pod opieką może zostać przeniesiona do innego instruktora i/lub usunięta z programu ABE/GED. Osoby przebywające w areszcie, które zostały usunięte z programu ABE/GED, mogą poprosić o ponowne umieszczenie ich na liście oczekujących i/lub dodanie do programu korepetycji.

UWAGA: Wszystkie programy i zajęcia mogą ulec zmianie.

Danville Area Community College (DACC) prowadzi zajęcia zawodowe i akademickie w Danville Correctional Center. Aby móc się zapisać, osoby przebywające w placówce opiekuńczej muszą posiadać dyplom ukończenia szkoły średniej lub GED oraz wynik TABE wynoszący 8,0 lub więcej. Przed zapisaniem się na studia wymagany jest proces testowania aplikacji i oceny.

Osoby przebywające w placówce opiekuńczej mogą również uzyskać stopień naukowy po ukończeniu sześćdziesięciu czterech (64) godzin zajęć zaliczonych. Dostępne stopnie naukowe obejmują Associate of Liberal Studies, Associate of Arts i Associate of Science. Rocznie oferowanych jest pięć (5) modułów zajęć akademickich.

• Motoryzacja

DACC oferuje zarówno podstawowy, jak i zaawansowany program certyfikatów technologii motoryzacyjnej w Danville Correctional Center. Program podstawowy wymaga siedmiu (7) jednostek instruktażowych z zakresu podstaw motoryzacji, elektryki, układu kierowniczego i zawieszenia, geometrii, hamulców i układów napędowych. Program zaawansowany wymaga czterech (4) jednostek szkoleniowych w zakresie naprawy górnej/dolnej części silnika, zarządzania paliwem i wydajności silnika. Programy prowadzone są przez jednego (1) instruktora zatrudnionego na pełen etat. Maksymalna liczba zapisów na kurs to siedemnaście (17).

• Budownictwo

DACC oferuje program certyfikacji zawodów budowlanych w ośrodku więziennym w Danville. Program ten wymaga ośmiu (8) jednostek nauczania w zakresie czytania planów, podstawowych prac murarskich, podstawowych stolarki I/II, podstawowej hydrauliki, podstawowej elektryczności i malowania/wykończeń. Program jest prowadzony przez jednego (1) instruktora zatrudnionego w pełnym wymiarze czasu pracy. Maksymalna liczba zapisów na kurs to siedemnaście (17).

• Technologie kariery

DACC oferuje program technologii zawodowych w ośrodku więziennym w Danville. Osoby przebywające w areszcie w ciągu sześciu (6) miesięcy od zwolnienia mogą się zapisać. Program uczy takich umiejętności, jak opracowywanie strategii poszukiwania pracy, projektowanie skutecznego CV, zarządzanie pieniędzmi, przygotowanie do rozmowy kwalifikacyjnej, umiejętności obsługi komputera i wiele innych.

• Mechatronika

DACC oferuje Certyfikat Mechatroniki. Program obejmuje konserwację, mechanikę i

diagnostyka i naprawy elektryczne, pneumatyka i sterowanie, hydraulika oraz OSHA. Maksymalny

Liczba zapisów na kurs wynosi 15 i jest to program trwający około 7 miesięcy.

• Uniwersytet Illinois

Zajęcia w college'u wyższego szczebla są dostępne dla osób przebywających w ośrodku opieki w Danville CC w ramach projektu Education Justice Project (EJP). Instruktorzy-wolontariusze z Uniwersytetu Illinois-Urbana prowadzą te zajęcia osobom przebywającym w pieczy zastępczej, które uzyskały stopień Associate of Arts lub Science lub które uzyskały co najmniej sześćdziesiąt (60) godzin zaliczeniowych z możliwością przeniesienia. (Zajęcia zawodowe nie podlegają przeniesieniu do tego programu). Transkrypcje zostaną sprawdzone w celu ustalenia kwalifikowalności. Te zajęcia U of I można zaliczyć do tytułu licencjata. Osoby przebywające w placówce opiekuńczej zainteresowane aplikacją powinny przesłać formularz wniosku do administratora jednostki zawodowej/U I.

• Uniwersytet Wschodniego Illinois

EIU oferuje zbywalne punkty, które mogą prowadzić do uzyskania tytułu licencjata w dziedzinie sztuki na studiach ogólnych. EIU może przyjąć do 100 godzin semestralnych w akredytowanych regionalnie szkołach wyższych i uniwersytetach, w tym aż 80 godzin zdobytych w Community College, w tym punkty zawodowe, wraz ze szkoleniem wojskowym.

Przydział do klas edukacyjnych i/lub zawodowych

W przypadku przypisania do ABE, GED lub Vocational, jest to uważane za zadanie podstawowe i Osoba przebywająca pod opieką zostanie zakwaterowana zgodnie z nią. Osoby przebywające w placówce opiekuńczej z przydzielonymi zadaniami w szkole podstawowej muszą spędzać dwadzieścia jeden (21) dni w miesiącu na uczęszczaniu do zajęć, aby kwalifikować się do wynagrodzenia w wysokości 15,00 dolarów miesięcznie.

Nieusprawiedliwione nieobecności będą skutkować jedną lub kilkoma z poniższych sytuacji: Obniżenie wynagrodzenia, Wydanie IDR za niezgłoszenie się, Zawieszenie w szkole na trzy (3) nieusprawiedliwione nieobecności w okresie trzydziestu (30) dni i/lub wypowiedzenie nabytych korzyści Conduct Credit

(EGCC). Jeżeli osoba przebywająca pod opieką zostanie zawieszona w szkole z powodu nieusprawiedliwionych nieobecności lub w wyniku dyscypliny, zostanie usunięta z programu szkolnego i otrzyma status „Nieprzydzielonego".

Osoby przebywające pod opieką w ramach programu obowiązkowej podstawowej edukacji dorosłych (ABE), które zostały zawieszone z powodu nieusprawiedliwionych nieobecności lub w wyniku dyscypliny, utracą zaliczenie obowiązkowej frekwencji. Po odbyciu czterdziestu pięciu (45) dni zawieszenia osoba przebywająca w placówce opiekuńczej zostanie ponownie umieszczona w obowiązkowym programie ABE lub umieszczona na liście oczekujących. Osoba przebywająca w pieczy zastępczej przydzielona do szkoły obowiązkowej MUSI uczęszczać na wszystkie zaplanowane zajęcia. Nieobecność na zajęciach będzie skutkować podjęciem działań dyscyplinarnych, łącznie z utratą punktów za dobre zachowanie (EGCC).

UWAGA: Obecność w szkole Parole School uważana jest za „usprawiedliwioną" nieobecność na innych zajęciach zaplanowanych w tym samym czasie, w którym szkoła Parole jest obowiązkowa dla MSR. Nieobecność na tych zajęciach może skutkować wystawieniem IDR za niezgłoszenie się. Ponadto uczęszczanie do szkoły zwolnień warunkowych nie zwalnia osoby przebywającej w areszcie z uczęszczania na zajęcia popołudniowe i wieczorowe. Trzy (3) lub więcej nieobecności będą skutkować rozwiązaniem umowy o pracę w szkole.

• Kursy korespondencyjne

Osoba przebywająca w Custodys może uczestniczyć w kursach korespondencyjnych zgodnie z polityką departamentu. Definicja „kursu korespondencyjnego" jest następująca:

Oznacza tekstowy program nauczania na odległość zapewniany przez podmiot zewnętrzny, mający na celu poszerzenie wiedzy lub zdobycie punktów w obszarach obejmujących między innymi niezależne studia, dyplom ukończenia szkoły średniej, akredytowane kursy uniwersyteckie, kursy językowe i kursy zawodowe. Do celów niniejszej dyrektywy kursy korespondencyjne nie obejmują dziedzin pozaakademickich, w tym studiowania Biblii i samodoskonalenia. Osoby przebywające w areszcie są informowane, że żadne zasoby Departamentu, w tym personel, finanse, sprzęt (w tym komputery) i/lub materiały, nie mogą być wykorzystywane do rejestracji lub ukończenia wspomnianych kursów korespondencyjnych. WSZYSTKIE koszty związane z kursami, w tym opłaty za kurs i opłaty pocztowe, ponosi Osoba przebywająca pod opieką.

Nie wszystkie kursy korespondencyjne zapewniają punkty programu Earn Program Sentence Credit. Jeżeli instytucja nie posiada akredytacji lub certyfikat nie zostanie uznany, EPSC nie zostanie przyznany za program. Jeżeli IDOC zapewnia program, EPSC będzie można uzyskać wyłącznie w ramach programu zatwierdzonego przez IDOC, a nie w ramach kursu korespondencyjnego.

Dlatego też niezwykle ważne jest, aby osoby przebywające w areszcie uzyskały zatwierdzenie potencjalnego kursu korespondencyjnego przed zapisaniem się. Osoby przebywające w areszcie, które chcą wziąć udział w kursie korespondencyjnym, powinny rozpocząć proces od złożenia wniosku do Zastępcy Dyrektora Programów, podając szczegóły kursu korespondencyjnego, w którym chcą uczestniczyć, oraz koszty z nim związane . Formularz upoważnienia do płatności dla osoby przebywającej w areszcie (DOC 0296) musi być dołączony do wniosku o autoryzację złożonego przez zastępcę kierownika ds. programów. W momencie złożenia formularza upoważnienia do płatności dla osób fizycznych przebywających pod opieką (DOC 0296) na rachunku funduszu powierniczego osób przebywających pod opieką musi znajdować się wystarczająca ilość środków. Jeżeli Osoba przebywająca pod opieką nie posiada wymaganych środków na swoim rachunku powierniczym, cały wniosek zostanie odrzucony. Jeżeli do ukończenia danego kursu konieczne jest skorzystanie z „proktora", należy to również zaznaczyć we wniosku. Udział osób przebywających w Kustodii w kursach korespondencyjnych nie pozwala na posiadanie publikacji przekraczających już dozwolone.

Zarządzanie przypadkami i doradcy

Każda osoba przebywająca w areszcie w ośrodku więziennym w Danville jest przydzielana do spraw doradcy więziennego. Dzięki temu każda osoba przebywająca pod opieką otrzyma wytyczne dotyczące informacji o placówce. Osoby przebywające w areszcie zostaną poinformowane o zasobach niezbędnych do skutecznego przystosowania się do środowiska więziennego, a ostatecznie do wolnej społeczności. Doradcy upewnią się, że osoby przebywające w placówce opiekuńczej są świadome zasad obowiązujących w placówce, które są wprowadzane podczas procesu orientacji. Doradcy posiadają wiedzę na temat usług dostępnych dla osób przebywających pod opieką. Doradcy zapewnią ocenę potrzeb programowych Osoby przebywającej pod opieką oraz pomogą w koordynowaniu rozwoju i wdrażaniu indywidualnych planów programów mających na celu zaspokojenie tych potrzeb. Doradcy mogą zapewnić Osobom przebywającym pod opieką możliwość komunikowania się z innymi działami instytucji i/lub agencjami zewnętrznymi, a w razie potrzeby z rodziną Osoby przebywającej pod opieką w celu rozwiązania istotnych problemów.

Doradcy przydzielani są przez jednostki mieszkaniowe. Doradcy będą kontaktować się z każdą osobą przebywającą w placówce opiekuńczej w sprawie jej liczby spraw co najmniej raz na sześćdziesiąt (60) dni, a z osobami przebywającymi w placówkach o ograniczonym dostępie raz na trzydzieści (30) dni. Personel doradczy może udzielić informacji i skierować osoby przebywające pod opieką do grup i zajęć doradczych/wsparcia.

Pracownicy Field Services zaczną pomagać osobom przebywającym w areszcie w planowaniu zwolnienia warunkowego po około sześciu 6 miesiącach od przewidywanej daty zwolnienia.

Osoby przebywające w ośrodku opieki mogą kierować problemy, pytania lub wątpliwości dotyczące określenia ryzyka ucieczki, transferów, programów, wizyt osobistych i wideo, systemu telefonicznego, edukacji, przydziałów pracy itp. do przypisanego im doradcy. Doradcy są dostępni w mieszkaniu dla osób