przebywających pod opieką, w godzinach pracy świetlicy dla osób przebywających pod opieką oraz
podczas zajęć orientacyjnych.

• Usługi i programy kliniczne

Różnorodne zajęcia oferują informacje, umiejętności i wsparcie osobom przebywającym w placówce
opiekuńczej, które próbują poprawić swoje umiejętności radzenia sobie i rozwijać pozytywne
umiejętności życiowe.


Programy usług klinicznych:

• Nowy kierunek, Fundacja Hazelden (Nadużywanie substancji)

• Rodzicielstwo

• Myślenie o zmianie

• Zmiana budynku

•       Zacząć teraz

• Blok konstrukcyjny (skrzydła programowania kierowane przez mentorów)

• DANVETS (Osoba przebywająca w areszcie musi zostać zweryfikowana przez swój DD214)

• IVTP (Program Przejściowy dla Osadzonych Weteranów: Ośrodek Karny w Danville został wybrany przez
Departament Bezpieczeństwa Zatrudnienia stanu Illinois (IDES) i Departament ds. Weteranów stanu
Illinois (IDVA) na część Programu Przejściowego dla weteranów uwięzionych. Program ten zakończył się
sukcesem z pomocą weteranom po zwolnieniu z Departamentu Więziennictwa. Program ten oferuje
szkolenia w zakresie zdobywania i utrzymania pracy dla weteranów przebywających w więzieniach po
osiemnastu (18) miesiącach od zwolnienia. Zajęcia są prowadzone raz w miesiącu przez personel IDES i
IDVA. Osoby przebywające w areszcie objęte programem są umawiane na spotkania z przedstawicielem
IDES i IDVA w celu uzyskania pomocy w zakresie pracy, zakwaterowania i innych programów mających na
celu ułatwienie przejścia na emeryturę Każda osoba przebywająca w areszcie, która jest weteranem
oddziału armii amerykańskiej, kwalifikuje się do udziału, pod warunkiem, że ich dowód świadczenia usług
zostanie zweryfikowany przez ich DD214.

• Grupa NA/AA (wyślij wszystkie prośby do Chaplina o dodanie do tej grupy)


Wszystkie listy oczekujących są ustalane na podstawie daty MSR (najwcześniejsza data MSR ma
najwyższy priorytet) i tego, czy uznano, że potrzebujesz tego programu. Jeżeli nie starczy Ci czasu na
ukończenie kursu, nie zostaniesz zapisany na zajęcia. Nie musisz przesyłać wielu próśb o dodanie do
zajęć. Jedynym powodem do złożenia więcej niż jednego wniosku jest zmiana daty MSR.

UWAGA: Wszystkie zajęcia i program mogą ulec zmianie.

Program dobrowolnego leczenia przestępców seksualnych (VSOTP)

Kryteria: Osoba przebywająca w areszcie ma przeszłość kryminalną dotyczącą przestępstwa na tle seksualnym (nie naruszeń dyscyplinarnych – 107 Niewłaściwe zachowanie na tle seksualnym)

VSOTP jest oferowany w Big Muddy River (średni poziom bezpieczeństwa), Taylorville (minimalny poziom bezpieczeństwa), Logan (oddział kobiet). Osoby przebywające w placówce opiekuńczej zainteresowane VSOTP powiadomią Dział Usług Klinicznych ustnie lub pisemnie za pomocą formularza wniosku. Dana osoba musi złożyć wniosek tylko raz w bieżącym okresie pozbawienia wolności, a w przypadku przeniesienia do innej placówki jej nazwisko nie zostanie usunięte ani zmienione na liście oczekujących. VSOTP to prośba o leczenie, a nie przeniesienie. Osoba nie wybiera, do której placówki chce się udać, o tym decyduje Biuro Koordynatora Transferu na podstawie dostępności łóżek i odpowiedniej klasyfikacji. Wszystkie poziomy bezpieczeństwa mogą składać wnioski o VSOTP.


Osoba przebywająca w areszcie skazana za przestępstwo na tle seksualnym w rozumieniu sekcji 2 Ustawy

Ustawa o rejestracji przestępców seksualnych nie otrzyma zaliczenia kary, chyba że on lub ona to zrobił

pomyślnie ukończyła terapię dla przestępców seksualnych lub uczestniczy w leczeniu przestępców seksualnych zgodnie z definicją płci

Zarząd Sprawcy. Osoba przebywająca w areszcie, która pomyślnie zakończyła stosunek seksualny

leczenie przestępców w społeczności lub za pośrednictwem innej agencji poza stanem Illinois

Departament Więziennictwa może dostarczyć dokumentację do Biura ds. Służb dla Przestępców Seksualnych

w celu przeglądu i ustalenia kwalifikowalności EPSC.

• Usługi terenowe (planowanie zwolnienia, zwolnienie i zwolnienie warunkowe)

Wszystkie osoby przebywające w areszcie powinny przesłać do Field Services formularz witryny dla osób przyjmujących zwolnienie warunkowe po upływie około czterech (4) do sześciu (6) miesięcy od daty zwolnienia. Celem tego formularza jest pomoc pracownikom instytucji w przygotowaniu osób przebywających pod opieką do zwolnienia ze społecznością. Przed zwolnieniem pracownicy Field Services i/lub agenci zwalniający w danej społeczności będą badać plany wydania w celu uzyskania zatwierdzenia. Osoby przebywające w areszcie zostaną również powiadomione o specjalnych nakazach lub warunkach zwolnienia, ustalonych przez Komisję Rewizyjną Więźniów, około cztery (4) miesiące przed datą ich MSR. W przypadku planów zwolnienia warunkowego poza stanem należy skontaktować się ze swoim doradcą w celu uzyskania odpowiednich kryteriów, ponieważ należy je złożyć 6 miesięcy przed MSR. Jeśli szukasz pomocy ze strony Field Services w sprawie zakwaterowania, bądź cierpliwy. Jeśli nie masz ośrodka, w którym możesz skorzystać z zwolnienia warunkowego, automatycznie zostanie poszukany dla Ciebie ośrodek przejściowy, ale ostateczny wynik poznasz dopiero na około 48 godzin przed zwolnieniem.

Program odzieżowy MSR (bezpłatny): Podarowana odzież jest dostępna dla osób przebywających pod opieką w momencie opuszczania placówki. Osoby przebywające w areszcie mają możliwość wyboru standardowej odzieży państwowej (szare spodnie dresowe i bluza) lub podarowanych koszulek, spodni, płaszczy, skarpetek, butów itp. (jeśli są dostępne w twoim rozmiarze). Osoba przebywająca w areszcie NIE będzie mogła wybrać żadnej odzieży. Jednakże osoba przebywająca pod opieką może odmówić przyjęcia ubrania po zobaczeniu go. Dział Odzieży skontaktuje się z Osobą przebywającą pod opieką na dzień przed wyjazdem.

• Rejestracja usługi selektywnej

Wszyscy mężczyźni przebywający w placówce opiekuńczej urodzeni 1 stycznia 1960 r. lub później, którzy nie ukończyli 26 lat, mają obowiązek zarejestrować się w Selective Services. Jeżeli osoba przebywająca w areszcie nie zarejestrowała się przed osadzeniem w więzieniu, musi zarejestrować się w ciągu trzydziestu (30) dni od zwolnienia z placówki. Rejestracji można dokonać w Biurze Usług Terenowych przed zwolnieniem lub w dowolnym Biurze Usług Pocztowych Stanów Zjednoczonych po zwolnieniu. Niezastosowanie się do tego stanowi popełnienie przestępstwa.

• Inicjatywa ponownego wejścia na rynek

Program Inicjatywy w sprawie ponownego wjazdu ma na celu zapewnienie osobom przebywającym w areszcie określonych informacji dotyczących zwolnienia warunkowego. Program ten pomaga w zwolnieniu warunkowym do społeczeństwa wraz z informacjami i narzędziami niezbędnymi, aby stać się odpowiedzialnym członkiem społeczeństwa. Wszystkie osoby przebywające w areszcie przed zwolnieniem wezmą udział w zajęciach CIVICS. Począwszy od kwietnia 2023 r. osoby, które mają mniej więcej 1 rok stażu w MSR, będą proszone o wypełnienie aktu urodzenia i wniosków o kartę ubezpieczenia społecznego, aby mieć pewność, że zostaną złożone w odpowiednim czasie przed zwolnieniem.

Kiedy osoby przebywające w areszcie znajdą się w ciągu sześciu (6) miesięcy od zwolnienia, zostaną skierowane do szkoły zwolnienia warunkowego. Celem warsztatów jest przekazanie osobom przebywającym w areszcie informacji niezbędnych do przygotowania zwolnienia warunkowego, pakietu zwolnień MSR, warunków zwolnienia warunkowego oraz omówienia kwestii dotyczących zwolnienia warunkowego i ponownego wejścia na teren zakładu karnego.

• Certyfikat ulgi dla osób niepełnosprawnych

Promowanie resocjalizacji osób skazanych za określone przestępstwa poprzez upoważnienie sądów i Komisji ds. zwolnień warunkowych do wydawania zaświadczenia o zwolnieniu z niepełnosprawności cywilnej, które usuwałoby wszelki zakaz zatrudniania osoby skazanej, posiadania określonych licencji i zezwoleń wydanych przez państwo lub uczestniczenia w określonej działalności obywatelskiej, jeżeli sąd lub komisja uzna, że takie zadośćuczynienie jest zgodne z resocjalizacją osoby i interesem publicznym.

1 stycznia 2004 r. uchwalono ustawę HB569, a ustawodawstwo (ustawa publiczna 93-0207) weszło w życie. Wdrożenie tej ustawy ma na celu pomóc osobom przebywającym w przeszłości w więzieniu (osobom przebywającym w areszcie po raz pierwszy w związku z przestępstwem bez użycia przemocy, które spełniają wymagania kwalifikacyjne) w zapewnieniu uczciwego zatrudnienia. Ustawodawca przyjął tę ustawę w reakcji na instytucjonalne i/lub postrzegane bariery dla osób z przeszłością kryminalną w uzyskiwaniu różnych licencji zawodowych umożliwiających im pracę w określonych zawodach, takich jak architekt krajobrazu, stylista paznokci, fryzjerzy, agenci nieruchomości, bokserzy itp.

Chociaż obowiązujące prawo w dalszym ciągu pozwala na uwzględnienie karalności przy podejmowaniu decyzji o przyznaniu licencji państwowej, przepisy te umożliwiają odwrócenie ciężaru dowodu

tak więc zamiast konieczności udowadniania, że osoba przebywająca w ośrodku pozbawionym wolności nadaje się do uzyskania pozwolenia, na agencji wydającej zezwolenia spoczywa teraz ciężar udowodnienia, że była osoba przebywająca w ośrodku pozbawionym przemocy, która przebywała w ośrodku pozbawionym przemocy po raz pierwszy, NIE nadaje się do uzyskania zezwolenia. Nowe prawo wprowadza dwa rodzaje zaświadczeń: Zaświadczenie o zwolnieniu z tytułu niepełnosprawności oraz Zaświadczenie o niekaralności. O każde z nich można się ubiegać za pośrednictwem Komisji Rewizyjnej ds. Więźniów.

Celem tej ustawy jest usunięcie wszelkich rzeczywistych lub domniemanych przeszkód w uzyskaniu licencji państwowej, które mogły zostać cofnięte lub zawieszone z powodu wcześniejszego odbywania kary. Certyfikat może zostać przyznany również osobom, które nie posiadały wcześniej licencji, ale wykazują zainteresowanie uzyskaniem określonej licencji lub certyfikatu państwowego.

Niniejsze ustawodawstwo nie ma zastosowania do zawieszania lub cofania licencji na prowadzenie pojazdu mechanicznego

• Tymczasowe karty identyfikacyjne (ID).

Tymczasowe karty identyfikacyjne są dostępne dla osób przebywających w areszcie po zwolnieniu lub zwolnieniu warunkowym. Ten dowód osobisty może być używany jako jedna z form identyfikacji wizualnej, której wymaga Sekretarz Stanu w celu uzyskania dowodu identyfikacyjnego stanu Illinois. Tymczasowy dowód tożsamości ważny jest przez trzydzieści (30) dni po zwolnieniu ze służby lub zwolnieniu warunkowym. Będzie zawierać Twoje imię i nazwisko, pełny adres (adres, pod którym będziesz mieszkać po zwolnieniu), datę urodzenia, wzrost, wagę, kolor oczu, Twój podpis oraz nazwę placówki, z której zostałeś zwolniony. Tymczasowy dowód tożsamości umożliwi zwolnionej lub zwolnionej warunkowo osobie przebywającej w areszcie przedstawienie dowodu tożsamości podczas poszukiwania pracy, zapisania się do szkoły, egzaminu na prawo jazdy itp.

Aby ubiegać się o tymczasowy dowód osobisty:

1. Osoby przebywające w placówce opiekuńczej muszą posiadać w aktach akt urodzenia ORAZ kartę ubezpieczenia społecznego.

2. Wypełnij wniosek o kartę ubezpieczenia społecznego (jeśli jej nie posiadasz w placówce) i wyślij go do Służb Klinicznych lub złóż doradcy ds. jednostek mieszkaniowych. Osoba przebywająca w areszcie musi przebywać w ciągu sześciu (6) miesięcy od zwolnienia lub zwolnienia warunkowego, aby móc ubiegać się o kartę zabezpieczenia społecznego. Pamiętaj, że Twoje imię i nazwisko musi odpowiadać temu, co znajduje się na Twoim mittimusie. Jeśli nie, musisz napisać do właściwego sądu okręgowego i poprosić o poprawiony mittimus w celu zmiany nazwiska prawnego. IDOC nie będzie wspierać próby uzyskania tymczasowego dowodu tożsamości z pseudonimem przez osobę przebywającą w areszcie.

3. Wypełnij wniosek o wydanie aktu urodzenia (jeśli go nie posiadasz w placówce) i wyślij go do Służb Klinicznych lub złóż doradcy ds. jednostek mieszkaniowych. Osoba przebywająca pod opieką musi przebywać w ciągu jednego (1) roku od zwolnienia lub zwolnienia warunkowego, aby móc ubiegać się o akt urodzenia. Jeśli osoba przebywająca pod opieką urodziła się w Illinois, otrzymasz bezpłatne jedno (1) przeszukanie. Jeżeli osoba przebywająca pod opieką urodziła się poza stanem Illinois, osoba przebywająca pod opieką musi wypełnić wniosek dla stanu, w którym się urodziła, oraz wypełnić bon pieniężny na kwotę określoną przez ten stan.

4. Gdy akt urodzenia i karta ubezpieczenia społecznego dotrą do placówki, zostanie do Ciebie przesłane powiadomienie pocztą instytucjonalną, a oryginały zostaną umieszczone w Twoich aktach głównych. Oryginały otrzymasz po zwolnieniu ze służby lub zwolnieniu warunkowym.

5. Po sprawdzeniu, że zarówno akt urodzenia, jak i karta ubezpieczenia społecznego znajdują się w aktach głównych, co najmniej pięć (5) dni przed zwolnieniem/zwolnieniem warunkowym, będziesz musiał wypełnić kupon płatniczy płatny na rzecz „B z I" za 1,00 $ (zostanie potrącone z Twojego konta powierniczego) i przekaż swojemu Doradcy.


Więcej informacji oraz pakiet informacyjny zostanie/został Ci przekazany podczas Orientacji oraz w Szkole Parole.

• Dowód osobisty stanu Illinois: bezpłatny po wydaniu

Od 1 lipca 2017 r. Sekretarz Stanu wyda standardową kartę identyfikacyjną stanu Illinois osobie przebywającej w areszcie po zwolnieniu z Departamentu Więziennictwa stanu Illinois.


Jeśli Twój akt urodzenia i karta ubezpieczenia społecznego znajdują się w Twoim pliku głównym na 100 dni przed zwolnieniem, Twój aktualny stanowy dokument tożsamości zostanie uwzględniony w pakiecie zwolnienia.


Aby otrzymać kartę identyfikacyjną stanu Illinois, osoby przebywające w areszcie muszą przedstawić następujące dokumenty w swoich aktach podstawowych na 60 dni przed zwolnieniem. dostarczyć do biura Sekretarza Stanu następujące dokumenty w ciągu trzydziestu (30) dni od ich udostępnienia:

• Uwierzytelniona kopia aktu urodzenia osoby przebywającej w pieczy zastępczej (od 1 stycznia 2018 r. opłata za przeszukanie zostanie zniesiona)

•       Karta Ubezpieczenia Społecznego

• Podpisany i opieczętowany formularz weryfikacji karty identyfikacyjnej, który będzie służył jako dowód pobytu osoby przebywającej w areszcie. Formularz ten zostanie przekazany osobie przebywającej w areszcie przed jej zwolnieniem z IDOC. Osoba przebywająca w areszcie musi złożyć oryginał ostemplowanego formularza Sekretarzowi Stanu. W formularzu tym należy podać pełny adres, pod którym osoba przebywająca pod opieką ma zamiar mieszkać, na terenie stanu Illinois.

Po zwolnieniu z instytucji doradca ds. usług terenowych przekaże osobie przebywającej w placówce jej akt urodzenia i kartę ubezpieczenia społecznego, jeśli dokumenty zostały otrzymane w tej instytucji. Field Services udostępni Osobie przebywającej pod opieką formularz weryfikacji karty identyfikacyjnej, który posłuży jako dowód miejsca zamieszkania Osoby przebywającej pod opieką. Formularz musi zostać wypełniony w całości, podpisany przez pracownika IDOC i opatrzony wytłoczoną pieczęcią. Jeżeli Osoba przebywająca pod opieką nie poda adresu, Osoba przebywająca pod opieką nie będzie mogła otrzymać bezpłatnego dokumentu tożsamości.


Jeżeli osoba przebywająca w areszcie nie złoży wniosku o kartę identyfikacyjną Sekretarza Stanu w ciągu trzydziestu (30) dni od zwolnienia, nie będzie uprawniona do otrzymania „bezpłatnego" dowodu tożsamości i będzie musiała uiścić wymaganą opłatę określoną w sekcji 12 ustawa stanu Illinois o dowodzie identyfikacyjnym.


• Karty zastępcze Administracji Ubezpieczeń Społecznych

W porozumieniu z Administracją Ubezpieczeń Społecznych, osoba przebywająca w areszcie, która spełnia kryteria, może ubiegać się o wymianę karty Ubezpieczenia Społecznego przed jej zwolnieniem. Aby otrzymać kartę zastępczą, musisz upłynąć 180 dni/sześć (6) miesięcy od daty jej wydania. W tym czasie należy skontaktować się z doradcą ds. jednostek mieszkaniowych i wypełnić następującą dokumentację:


1. Wniosek o zabezpieczenie społeczne SS-5

2. Zgoda na ujawnienie informacji (SSA-3328)

3. Poświadczenie akt więziennych


**Jeśli nie można zweryfikować Twojej tożs

•       Akty urodzenia

  Wszystkie osoby przebywające w areszcie urodzone w Illinois, które nie uzyskały jeszcze aktu urodzenia, będą musiały wypełnić wniosek Departamentu Zdrowia Publicznego stanu Illinois (IDPH) o przeszukanie

aktów urodzenia. Aby uzyskać kopię aktu urodzenia, IDPH wymaga formularza weryfikacji na receptę
wypełnionego przez IDOC, weryfikującego datę urodzenia zwolnionej osoby i numer ubezpieczenia
społecznego. Zgodnie z 410 ILCS 535/25, stan na 1 stycznia 2018 r., jeśli osoba przebywająca pod opieką
złoży ten formularz, opłata za przeszukanie zostanie zniesiona. Zwolnienie z opłaty za wyszukiwanie
przysługuje jedno (1) raz i należy zapłacić za wszystkie dodatkowe kopie. Osoba przebywająca pod opieką
musi przebywać w ciągu jednego (1) roku od zwolnienia lub zwolnienia warunkowego, aby móc ubiegać
się o akt urodzenia.


Osoby przebywające w placówce opiekuńczej, które nie urodziły się w Illinois, otrzymają wniosek i
informacje dotyczące opłat obowiązujące w stanie, w którym się urodziły. Osoby przebywające w
placówce opiekuńczej są odpowiedzialne za uiszczenie opłat za akty urodzenia wydane poza stanem.


• Wolontariusze

Zasadą Zakładu Karnego w Danville jest promowanie korzystania z pomocy wolontariuszy oraz
świadczenie usług i wzbogacanie Departamentu i jego podopiecznych. Programy wolontariatu będą
organizowane w zależności od potrzeb placówki i Osób przebywających w placówce oraz dostępności
zasobów społeczności. Takie programy mogą obejmować między innymi: programy przeciwdziałania
uzależnieniom (AA i NA), korepetycje z zakresu umiejętności czytania i pisania, usługi duszpasterskie i
stażyści studenccy. Harmonogramy zajęć, które zapewniają wolontariusze, będą wywieszone w
mieszkaniach i innych miejscach na terenie instytucji.

Opieka medyczna/zdrowotna

Ośrodek Więzienny w Danville zapewnia szereg usług związanych ze zdrowiem wszystkim osobom
przebywającym w areszcie.


Przykłady usług medycznych obejmują między innymi:


Sick Call Med Lines Psychiatra Przewlekłe kliniki

Okulista dentystyczny Badania przesiewowe słuchu w zakresie zdrowia psychicznego

Doradztwo kryzysowe w aptece rentgenowskiej


Departament przeprowadzi badanie fizyczne wszystkich osób pozbawionych opieki po przyjęciu do
ośrodka recepcyjnego i klasyfikacyjnego lub ośrodka wyznaczonego przez dyrektora do przyjmowania
osób niepełnosprawnych do ośrodka recepcyjnego i klasyfikacyjnego, a następnie w odpowiednich
odstępach czasu w trakcie ich okresu uwięzienia. W dniu przyjęcia osoby niepełnosprawne przebywające
pod opieką zostaną przyjęte przez przeszkolony personel, który zapozna się z historią medyczną osoby
pozbawionej opieki i będzie obserwowany przez przeszkolony personel. (AD 04.03.101)

W ciągu siedmiu (7) dni roboczych od przyjęcia Osoby przebywającej pod opieką do ośrodka przyjęć i klasyfikacyjnego lub innego wyznaczonego ośrodka przyjmowania, lekarz, asystent lekarza lub pielęgniarka przeprowadzą badanie przedmiotowe Osoby pozbawionej opieki. Osoby przebywające w areszcie zostaną poddane pełnemu badaniu fizykalnemu, obejmującemu wszystkie układy, takie jak układ sercowo-naczyniowy, oddechowy itp., a także inne testy i badania, które mogą być wskazane lub wymagane po ocenie lekarskiej.

Odmowa osoby przebywającej pod opieką poddana badaniu w celu uzyskania usług medycznych i/lub stomatologicznych zostanie udokumentowana na odmowie świadczenia usług medycznych (DOC 0083) lub na kopii zatwierdzonego przepustki na wizytę i umieszczona w dokumentacji medycznej osoby przebywającej pod opieką. Jeżeli Osoba przebywająca w areszcie odmówi podpisania dokumentacji, świadek podpisuje i datuje dokumentację wskazującą, że Osoba przebywająca w areszcie odmawia poddania się przesłuchaniu oraz podpisuje formularz odmowy.

Płeć i tożsamość seksualna/LGBTQ

IDOC jest wrażliwy na potrzeby populacji mniejszości płciowych i seksualnych. Jeśli w wyniku tej identyfikacji potrzebujesz zakwaterowania, skontaktuj się ze swoim personelem ds. zdrowia psychicznego w celu poufnej dyskusji na temat dostępnych i potrzebnych usług.

Osoby przebywające w ośrodku opieki ze stwierdzoną niepełnosprawnością, w tym osoby głuche lub niedosłyszące, niewidome lub z upośledzeniem ruchowym, należy skierować do koordynatora amerykańskiej ustawy o osobach niepełnosprawnych (ADA) w celu oceny potrzebnego zakwaterowania w celu uzyskania dostępu do programów i usług. (AD 04.03.101)

W ciągu dziesięciu (10) dni roboczych po przyjęciu do ośrodka recepcyjnego i klasyfikacyjnego lub do placówki wyznaczonej przez dyrektora w celu przyjęcia Osób przebywających pod opieką z niepełnosprawnością do ośrodka recepcyjnego i klasyfikacyjnego, każda Osoba przebywająca w ośrodku recepcyjnym zostanie poddana pełnemu badaniu stomatologicznemu przez dentystę . Dentyści powinni przeprowadzać rutynowe badania stomatologiczne co dwa (2) lata, niezależnie od wieku. (AD 04.03.102)

Wszystkie osoby przebywające w areszcie mają możliwość osobistego zgłaszania skarg i problemów medycznych pracownikowi służby zdrowia dwadzieścia cztery (24) godziny na dobę, siedem (7) dni w tygodniu. W miarę wskazań personel medyczny wystawi niezbędne skierowania (lekarz, dentysta, okulista itp.).

Wezwanie chorobowe będzie organizowane siedem (7) dni w tygodniu. Gabinet Stomatologiczny będzie czynny pięć (5) dni w tygodniu (od poniedziałku do piątku). Osoby przebywające w placówce opiekuńczej, chcące zapisać się na wezwanie lekarskie lub wizytę u dentysty (tylko od poniedziałku do piątku), muszą wysłać wniosek do placówki opieki zdrowotnej lub dentystycznej z prośbą o zapisanie się

na wezwanie chorobowe i z jakiego powodu. Każda osoba przebywająca w areszcie, która prosi o wizytę u lekarza, MUSI skorzystać z procedury wezwania do zwolnienia lekarskiego.

Jeśli chcesz odnowić swoją receptę, musisz wysłać wniosek w dniu lub po dacie podanej na naklejce na blistrze. Najłatwiej jest po prostu umieścić naklejkę na formularzu wniosku i wysłać go do HCU, a farmaceuta przyniesie Ci lek do lokalu mieszkalnego. Jeśli nie masz naklejki, po prostu wpisz nazwę leku na formularzu wniosku, a farmaceuta ją sprawdzi.

Odnowienia zezwoleń na niskie łóżka piętrowe, przepustek na wolne spacery itp. można dokonać podczas rutynowych przychodni lub złożyć wniosek za pośrednictwem wezwania pielęgniarskiego. Automatyczne odnowienia nie będą dokonywane pocztą.

- Dokumentacja medyczna

Osoby przebywające w areszcie potrzebujące kopii dokumentacji medycznej powinny wysłać prośbę do Inspektora ds. dokumentacji medycznej. We wniosku należy podać szczegółowe informacje dotyczące żądanych dokumentów.

Na przykład: „wszystkie dane dotyczące operacji pęcherzyka żółciowego od 2014 r. do chwili obecnej". Medyczny

protokół zostanie sprawdzony i sporządzona zostanie żądana liczba kopii. Osoby przebywające w areszcie są zobowiązane do zapłaty za żądane kopie. Należy wypełnić formularz „Wniosek o płatność", a środki zostaną pobrane z rachunku funduszu powierniczego osób objętych opieką. Opłaty są następujące:

0,25 USD za pierwsze pięć (5) stron i 0,10 USD za każdą kolejną stronę.

Osoby przebywające w areszcie mogą wypełnić dokumenty dotyczące „testamentu życia" i zlecić jego sporządzenie, wysyłając wniosek do dokumentacji medycznej.

- Informacje dotyczące poradnictwa i badań w zakresie HIV i AIDS (ustawa publiczna nr 94-0629, obowiązująca od 1.01.2006 r.)

Osoba przebywająca w areszcie ma prawo do wykonywania testów na obecność ludzkiego wirusa niedoboru odporności (HIV) tak często, jak sobie tego życzy, podczas pobytu w więzieniu. Osoby przebywające w areszcie zostaną po przybyciu zapytane, czy chcą wykonać test na HIV (ulotka Reach One Teach One otrzymana w celach informacyjnych). Osoba przebywająca w areszcie będzie zobowiązana do podpisania formularza stwierdzającego, że osoba przebywająca w areszcie została poinformowana o swoich prawach w odniesieniu do wymaganych badań, a także dająca osobie przebywającej w areszcie możliwość wskazania, czy chce zostać poddana przetestowany. Osoba przebywająca w areszcie ma prawo do poufnego badania na zakażenie wirusem HIV. Każda osoba przebywająca w areszcie, która uzyskała

pozytywny wynik testu na zakażenie wirusem HIV, ma prawo do opieki medycznej w czasie odbywania kary, poradnictwa i skierowania do służb wsparcia, w związku z pozytywnym wynikiem testu. Wszystkie nowe osoby przebywające w placówce opiekuńczej otrzymają pakiet po przetworzeniu przez Jednostkę Opieki Zdrowotnej wieczorem transferu i podpiszą dokument potwierdzający odbiór wspomnianego pakietu.

Przed zwolnieniem (zwolnieniem warunkowym lub zwolnieniem warunkowym) jakiejkolwiek osoby przebywającej w areszcie, osoba przebywająca w areszcie będzie miała możliwość przeprowadzenia testu na zakażenie wirusem HIV, a także poradnictwa w związku z takim badaniem. Osoba przebywająca w areszcie będzie zobowiązana do podpisania formularza stwierdzającego, że osoba przebywająca w areszcie została poinformowana o swoich prawach w odniesieniu do wymaganych badań, a także dająca osobie przebywającej w areszcie możliwość wskazania, czy chce zostać poddana przetestowany. Wszystkie osoby przebywające w areszcie otrzymają także pakiet informacji dotyczących ośrodków testowania i poradnictwa w całym stanie przed zwolnieniem z Departamentu Więziennictwa stanu Illinois.

• Ustawa o osobach niepełnosprawnych (ADA)

Zasadą Departamentu Więziennictwa stanu Illinois (Departament) jest przestrzeganie przepisów Ustawy o zmianach ADA z 2008 r. Nie można odmówić programów, działań i usług Departamentu wykwalifikowanym osobom przebywającym pod opieką ze względu na niepełnosprawność.

Wnioski o zakwaterowanie należy składać w formie pisemnej na formularzu „Wniosek o osobę przebywającą pod opieką" (DOC 0286) i kierować do koordynatora ADA obiektu (HCUA Chacon). Jeśli masz ograniczone umiejętności pisania lub języka, możesz poprosić o pomoc swojego doradcę, wypełniając formularz wniosku o osobę przebywającą pod opieką. Wypełniając formularz wniosku dla osoby przebywającej pod opieką w sprawie zakwaterowania ADA, należy podać następujące dane:

• Program, zajęcia lub usługi oferowane przez Twoją placówkę

• W jaki sposób Twoja niepełnosprawność ogranicza Twoją zdolność do korzystania z usługi, zajęć lub programu

• Konkretna pomoc, o którą prosisz, która pomoże Ci pokonać Twoje ograniczenia

Departament będzie ustalał, czy zakwaterowanie jest odpowiednie w każdym przypadku indywidualnie.

• Głusi i niedosłyszący (Plan komunikacji)

Osoba przebywająca w areszcie może poprosić o „Plan komunikacji", jeśli jest głucha lub niedosłysząca. Koordynator ADA w placówce będzie współpracował z osobą przebywającą pod opieką w celu opracowania planu. Udogodnienia mogą obejmować materiały pisemne, powiadomienia o codziennych czynnościach, język migowy, usługi w zakresie tłumaczeń ustnych, aparaty słuchowe, technologię wzmacniającą/wspomagającą słyszenie, korzystanie z telefonu dalekopisowego (TTY), telewizory z napisami kodowanymi oraz inne pomoce i usługi pomocnicze. Osoba przebywająca w placówce opiekuńczej może zwrócić się za pośrednictwem Zakładu Opieki Zdrowotnej o bezpłatne badanie słuchu oraz o informacje dotyczące praw Osób Niesłyszących i Niedosłyszących przebywających w Opiece, gwarantowanych Umową Ugody, wraz z dostępnymi dla nich usługami .

IDOC zapewni osobom niesłyszącym i niedosłyszącym przebywającym w areszcie możliwość korzystania (bez ponoszenia przez nie żadnych kosztów) i posiadania słuchawek zakładanych na uszy (w porównaniu do wkładek dousznych), aby umożliwić im słuchanie programów telewizyjnych bez przeszkadzania innym osobom osadzonym, jeśli takie słuchawki są wymienione w indywidualnym planie komunikacyjnym. Słuchawki stają się własnością osoby pozbawionej wolności, której zostały przekazane, a w przypadku przeniesienia osoby pozbawionej wolności do innej placówki, słuchawki zostaną przyjęte do używania przez osobę pozbawioną wolności w nowej placówce, chyba że korzystanie przez osobę przebywającą w areszcie słuchawek w nowym obiekcie budzi obawy związane z bezpieczeństwem. Jeżeli słuchawki się zepsują i nie będzie to wina osoby przebywającej w areszcie, ani nie będzie to spowodowane normalnym zużyciem, IDOC naprawi lub wymieni słuchawki tak szybko, jak to będzie możliwe. Jeżeli takie słuchawki nauszne nie będą wystarczające dla osoby przebywającej w areszcie, należy rozważyć zastosowanie innych akcesoriów, takich jak wzmacniacze przewodowe lub korektory. Możesz także poprosić o zegarek, który będzie przekazywał Ci wiadomości od funkcjonariusza kontroli, aby powiadomić Cię o kolejkach do jedzenia, pokoju dziennym, kolejce do sali gimnastycznej i linii medycznej.

Medycyna: Wszystkie wnioski o charakterze medycznym, takie jak aparaty słuchowe, będą wymagały badania lekarskiego.

Sprzęt TTY: Osobom przebywającym w areszcie korzystającym ze sprzętu TTY przysługuje trzy (3) razy dłuższy czas przewidziany na zwykłe rozmowy telefoniczne. Podobnie jak w przypadku wszystkich zwykłych połączeń telefonicznych, monitorowaniu podlegają wszystkie połączenia TTY, z wyjątkiem legalnych połączeń planowych.

Usługa przekazu wideo Securus: Jeśli osoba przebywająca pod opieką dzwoni do innej osoby korzystającej z usługi VRS, będzie to rozmowa wideo, podczas której osoba ta będzie mogła rozmawiać w języku migowym. Jeżeli wywoływany numer nie obsługuje usługi VRS, połączenie zostanie nawiązane z tłumaczem języka ASL, który przetłumaczy dla Osoby przebywającej w areszcie i dla osoby, do której dzwoni.

Usługi transmisji wideo z tłumaczem języka ASL: Jeśli językiem migowym jest podstawowy język osób przebywających pod opieką, skontaktuj się z dyrektorem ds. pielęgniarstwa, a on ustali dla ciebie godzinę korzystania z systemu. Osoba przebywająca w areszcie może poprosić o tłumacza języka migowego w przypadku interakcji, które są złożone, długotrwałe lub wymagają należytej procedury prawnej. Znaczące interakcje, które mogą wymagać tłumacza migowego, obejmują: wprowadzenie do regulaminu placówki, sesje doradcze, programy edukacyjne i zawodowe, usługi medyczne i w zakresie zdrowia psychicznego, nabożeństwa religijne i inne usługi w zakresie ustalania warunków grupowych, procedury należytego procesu, w tym przesłuchania dyscyplinarne, przesłuchania komisji rewizyjnej więźniów, oraz instrukcje służb terenowych przed wydaniem.

Na podstawie Holmesa V. Baldwina, Przed oddaniem strzału ostrzegawczego i/lub sytuacją awaryjną, w której osoby przebywające w areszcie muszą zejść na ziemię, jeśli pozwala na to czas, bez poświęcania bezpieczeństwa personelu lub osób przebywających w areszcie należy włączyć zewnętrzne ostrzegawcze światła stroboskopowe. Jeżeli zewnętrzne światła ostrzegawcze nie zostały włączone przed oddaniem strzału ostrzegawczego i/lub sytuacją awaryjną, światła należy włączyć możliwie najszybciej po tym.

Wszystkie inne wieże znajdujące się w pobliżu strzału ostrzegawczego i/lub sytuacji awaryjnej również włączają zewnętrzne ostrzegawcze światła stroboskopowe.

• Pobieranie próbek do indeksowania markerów genetycznych/obowiązkowych badań DNA

Prawo stanu Illinois wymaga, aby wszystkie osoby skazane, uznane za winne lub uwięzione w placówce IDOC za przestępstwo w dniu 22 sierpnia 2002 r. lub później przedstawiły próbkę DNA przed zwolnieniem, jako warunek zwolnienia. Próbkę należy przesłać do Policji Stanowej Illinois w celu analizy grupowania markerów genetycznych. Brak współpracy przy pobieraniu okazów będzie skutkować podjęciem działań dyscyplinarnych, w tym między innymi cofnięciem punktów za dobre zachowanie, i może skutkować wszczęciem postępowania karnego. Odmowa dobrowolnego oddania próbki skutkuje przymusowym pobraniem próbki.

Zdrowie psychiczne

Usługi w zakresie zdrowia psychicznego świadczone są przez psychiatrów, psychologów klinicznych i specjalistów ds. zdrowia psychicznego. Placówka przeszkoliła także członków Zespołu Interwencji Kryzysowej na miejscu przez dwadzieścia cztery (24) godziny na dobę, siedem (7) dni w tygodniu. Osoby przebywające w placówce opiekuńczej są po przybyciu sprawdzane pod kątem potrzeb w zakresie zdrowia psychicznego i, jeśli to konieczne, są monitorowane przez personel zajmujący się zdrowiem psychicznym.


Osoby przebywające w placówce opiekuńczej, które proszą o spotkanie z personelem ds. zdrowia psychicznego, mogą to zrobić, umieszczając wniosek w skrzynce w jednostce mieszkaniowej. Przepustka telefoniczna zostanie wydana zgodnie z harmonogramem usługi. Jeżeli osoba przebywająca w areszcie przeżywa kryzys, powinna skontaktować się ze swoim oficerem skrzydłowym lub porucznikiem strefy. W przypadku wystąpienia kryzysu lub sytuacji awaryjnej każdy członek personelu powiadamia członka zespołu kryzysowego, który tego samego dnia przeprowadzi rozmowę z osobą przebywającą w areszcie. Na każdej zmianie dostępni są członkowie Zespołu Kryzysowego. Wszyscy specjaliści zajmujący się zdrowiem psychicznym są domyślnie członkami zespołów kryzysowych, ponadto wiele pielęgniarek, doradców i pracowników ochrony może również być członkami zespołów kryzysowych. Oceny kryzysowej może dokonać każdy aktywny w obiekcie członek zespołu kryzysowego. Członkowie zespołów kryzysowych przeszli zaawansowane szkolenie, aby nauczyć ich, jak interweniować i oceniać osoby, które mogą doświadczać sytuacji nagłej związanej ze zdrowiem psychicznym. Za każdym razem, gdy członek zespołu kryzysowego przeprowadza ocenę sytuacji kryzysowej, konsultuje się on z licencjonowanym specjalistą zdrowia psychicznego, który zaleci odpowiednią opiekę lub sposób działania. Przypominamy, że zwrócenie się o pomoc w sytuacji kryzysowej nie gwarantuje natychmiastowej wizyty u specjalisty ds. zdrowia psychicznego lub wybranej przez Ciebie osoby, lecz raczej gwarantuje, że zostaniesz oceniony i podjęte zostaną odpowiednie interwencje, aby zapewnić bezpieczeństwo Twoje i innych osób. inni. Chociaż istnieje wiele powodów, dla których interwencja kryzysowa może być konieczna, należy pamiętać, że kwestie związane z majątkiem, przywilejami i rozmieszczeniem cel najlepiej rozwiązywać za pomocą środków niewyraźnych. Dalsze informacje można znaleźć w części dotyczącej zdrowia psychicznego, w części a: 3:

Pracownicy działu zdrowia psychicznego świadczą usługi grupowe dotyczące różnych tematów. Usługi grupowe dotyczące zdrowia psychicznego są dostępne wyłącznie dla osób przebywających w areszcie objętych grupą spraw MH. Zajęcia grupowe mogą ulec zmianie. Osoby przebywające w placówce opiekuńczej mogą uzyskać dostęp do usług w zakresie zdrowia psychicznego, wysyłając formularz wniosku o opiekę nad osobą fizyczną (DOC 0286) do Oddziału Opieki Zdrowotnej, Attention Mental Health lub, jeśli to konieczne, skorzystać ze służb kryzysowych. Wszystkim nowym przybyszom wieczorem w dniu transferu zapewniany jest pakiet przez Jednostkę Opieki Zdrowotnej. Osoby przebywające w placówce opiekuńczej mogą także przesłać formularz wniosku dla osoby przebywającej w placówce opiekuńczej do Oddziału Zdrowia Psychicznego w celu wzięcia udziału w zajęciach z zakresu radzenia sobie z gniewem.

Płeć i tożsamość seksualna/LGBTQ

IDOC jest wrażliwy na potrzeby populacji mniejszości płciowych i seksualnych. Jeśli w wyniku tej identyfikacji potrzebujesz zakwaterowania, skontaktuj się ze swoim personelem ds. zdrowia psychicznego w celu poufnej dyskusji na temat dostępnych i potrzebnych usług.

• Procedury zgłaszania wykorzystywania seksualnego, molestowania na tle seksualnym, napaści na tle seksualnym i/lub niewłaściwego zachowania na tle seksualnym: (PREA) Ustawa o eliminacji gwałtów w więzieniach z 2003 r.

Departament dba o bezpieczeństwo i ochronę wszystkich osób przebywających w areszcie oraz członków personelu. Zasadą Departamentu jest zapewnienie bezpiecznego środowiska wszystkim osobom przebywającym w areszcie oraz prowadzenie programu zapobiegania wykorzystywaniu seksualnemu, molestowaniu seksualnemu, napaści na tle seksualnym i/lub niewłaściwemu zachowaniu na tle seksualnym. W przypadku podejrzenia napaści na tle seksualnym lub faktycznej napaści na tle seksualnym wobec Osoby przebywającej w areszcie zostanie zapewniona niezwłoczna interwencja personelu.

Departament posiada politykę ZEROWEJ TOLERANCJI wobec wykorzystywania seksualnego, molestowania seksualnego, napaści na tle seksualnym i/lub niewłaściwego zachowania na tle seksualnym. Oznacza to, że jesteśmy zaangażowani w zbadanie KAŻDEGO zarzutu, zapewnienie usług KAŻDEJ ofierze i ukaranie KAŻDEGO sprawcy. Obejmuje to zaangażowanie organów ścigania i ponowne rozpatrzenie sprawy przez odpowiedniego prokuratora stanowego w celu ewentualnego skierowania sprawy do postępowania karnego.

Wszystkie osoby przebywające w areszcie mają prawo do wolności od wykorzystywania seksualnego, molestowania na tle seksualnym, napaści na tle seksualnym i/lub niewłaściwego zachowania na tle seksualnym w czasie odbywania kary pozbawienia wolności oraz do wolności od działań odwetowych za zgłoszenie wykorzystywania seksualnego, molestowania seksualnego, napaści na tle seksualnym i/lub niewłaściwego zachowania na tle seksualnym. W żadnym wypadku nikt nie ma prawa wywierać na Ciebie presji ani zmuszać Cię do jakiejkolwiek aktywności seksualnej. Nie musisz tolerować wykorzystywania seksualnego, molestowania na tle seksualnym, napaści na tle seksualnym i/lub niewłaściwego zachowania na tle seksualnym ani poddawać się naciskom/zastraszaniu, aby zaangażować się w

niepożądane zachowania seksualne, niezależnie od wieku, wzrostu, rasy lub pochodzenia etnicznego. Niezależnie od tego, czy identyfikujesz się jako heteroseksualny, homoseksualny, biseksualny, aseksualny, poliseksualny, panseksualny/omniseksualny czy transseksualny, masz prawo chronić się przed niechcianymi zalotami i/lub aktami seksualnymi.

Podczas procesu orientacji w zakresie choroby HIV, osoby przebywające w ośrodku penitencjarnym otrzymają prezentację dotyczącą Programu zapobiegania i interwencji Departamentu dotyczącego wykorzystywania seksualnego i molestowania, w tym procedur raportowania i dostępnych usług oraz polityki zerowej tolerancji. Osoby przebywające w areszcie zostaną poinformowane, że ofiary nie muszą podawać nazwiska napastnika, aby uzyskać pomoc medyczną i psychiatryczną.

• Co zrobić, jeśli doświadczyłeś przemocy/nękania/napaści i/lub doszło do niewłaściwego zachowania seksualnego

Jeśli jesteś ofiarą wykorzystywania seksualnego, molestowania na tle seksualnym, napaści na tle seksualnym i/lub niewłaściwego zachowania na tle seksualnym LUB podejrzewasz, że ofiarą padła inna osoba, musisz to zgłosić. Należy przeprowadzić dokładne i bezstronne dochodzenie.

1. Udaj się w bezpieczne miejsce.

2. Nawet jeśli chcesz posprzątać bezpośrednio po zdarzeniu, ważne jest, aby tego nie robić, aby zachować dowody. Nie korzystaj z łazienki, nie myj zębów, nie bierz prysznica i nie zmieniaj ubrania.

3. Powinieneś natychmiast zgłosić to zdarzenie KAŻDEMU członkowi personelu (opiekunowi więziennemu, doradcy, kapelanowi, psychologowi, personelowi medycznemu itp.). Wszyscy pracownicy są zobowiązani do zgłaszania takich incydentów i zachowania poufności co do charakteru takich zdarzeń. Personel zgłaszający będzie omawiał incydent z odpowiednimi urzędnikami wyłącznie w zakresie niezbędnym. Co się wydarzyło? Kto jest zamieszany? Gdzie to miało miejsce? Wszystkie przekazane informacje będą traktowane w ścisłej tajemnicy.

4. Przygotuj notatkę lub formularz wniosku i wyślij pocztą instytucjonalną lub złóż skargę.

5. Poproś o pomoc dla ofiar za pośrednictwem personelu zajmującego się zdrowiem psychicznym, personelu medycznego lub swojego doradcy.

6. Zgłoś incydent na linię zgłaszania PREA pod numerem 217-558-4013. Dostęp do tego numeru można uzyskać z telefonów Indywidualnego Opiekuna. Wystarczy wpisać PIN i wybrać numer, tak jak w przypadku każdej innej rozmowy telefonicznej. To jest BEZPŁATNE połączenie. Otrzymasz nagraną wiadomość, w której będziesz musiał zostawić wszystkie informacje, które możesz lub chcesz podać. (Co się wydarzyło? Kto jest w to zamieszany? Gdzie to się wydarzyło?)

7. Jeśli nie czujesz się komfortowo zgłaszając komukolwiek w swojej placówce lub za pośrednictwem linii zgłoszeń PREA, możesz również zgłosić funkcjonariuszom IDOC PREA zgłoszenie PREA dotyczące wykorzystywania lub molestowania na tle seksualnym, zgłaszając to za pośrednictwem niezależnej

jednostki zewnętrznej, takiej jak John Howard Stowarzyszenie Illinois (JHA). Napisz na dowolny adres poniżej. Podaj opis zdarzenia i zaangażowanych w nie osób. (Co się wydarzyło? Kto jest w to zaangażowany? Gdzie to się wydarzyło?)

JHA to prywatna organizacja non-profit, która nie jest częścią IDOC ani rządu. Poczta JHA ma status „Uprzywilejowanej" w IDOC, co oznacza, że pocztę wysyłaną do JHA można umieścić w zapieczętowanej kopercie z etykietą „Uprzywilejowana" i nie powinna być czytana przez nikogo w placówce. Patrz 20 rys. Admin. Kod 525.110 i 525.130.

JHA może otrzymywać raporty PREA i będzie przekazywać raporty dotyczące wykorzystywania seksualnego i molestowania seksualnego urzędnikom IDOC PREA. Możesz poprosić o anonimowość. W swoim piśmie prosimy o zaznaczenie, czy chcą Państwo, aby Państwa nazwisko znalazło się w raporcie wysyłanym do urzędników IDOC PREA.

W przypadku raportów PREA JHA nie zapewnia niezależnego doradztwa w zakresie dochodzeń ani poradnictwa w sytuacjach kryzysowych związanych z gwałtem. JHA może przekazywać raporty wyłącznie urzędnikom IDOC PREA. JHA nie prowadzi rejestrów ani kopii zarzutów w stosunku do PREA.

Wpisz „Uwaga: PREA" na górze swojego listu do JHA, jeśli chcesz, aby został on przesłany do IDOC w celu zbadania kwestii związanych z wykorzystywaniem seksualnym lub molestowaniem seksualnym. Jeśli list do JHA nie będzie oznaczony „Uwaga: PREA" lub nie zgłosi obaw PREA związanych z wykorzystywaniem seksualnym lub molestowaniem seksualnym, JHA nie przekaże go do IDOC w celu zbadania. Nie zaznaczaj swojego listu „Uwaga: PREA", jeśli nie jest on związany z kwestiami bezpieczeństwa seksualnego.

Pamiętaj, że możesz także wysyłać listy uprzywilejowane do JHA dotyczące innych spraw, nie związanych z PREA, na które odpowie JHA. Aby uzyskać informacje na temat pracy JHA, zobacz bibliotekę swojej placówki lub napisz do JHA.


RAPORT TO PIERWSZY KROK!!!!!!!!!


Każda osoba przebywająca w areszcie, która twierdzi, że jest ofiarą wykorzystywania seksualnego, powinna:


1. Natychmiast oddziel się od domniemanego sprawcy i zaoferuj mu ochronę, a incydent nastąpi

zostać zbadane.

2. Skierowany do Opieki Zdrowotnej w celu zbadania, leczenia i zebrania dowodów.

3. Ocenione przez służby zdrowia psychicznego lub członka zespołu interwencji kryzysowej w ciągu dwudziestu

cztery (24) godziny na ocenę zapotrzebowania na usługi doradcze.

4. Oferowane usługi doradcze i wspierające takie jak usługi psychologiczne, np

usługi psychologiczne, usługi duszpasterskie, doradcy więzienni, terapia grupowa itp.

Każda osoba przebywająca w areszcie, która twierdzi, że jest ofiarą molestowania seksualnego, powinna:

1. Zaoferowana ochrona przed domniemanym sprawcą molestowania i incydent zostanie zbadany.

2. Oferowane usługi doradcze i wspierające.

• Czym jest wykorzystywanie seksualne?

Wykorzystywanie seksualne oznacza wykorzystywanie seksualne:

1. Osoba przebywająca w areszcie przez inną osobę przebywającą w areszcie, jeżeli ofiara nie wyraża zgody, zostaje do tego zmuszona przez jawną lub dorozumianą groźbę użycia przemocy lub nie jest w stanie wyrazić zgody lub odmówić, włączając kontakt penisa z odbytem, łącznie z penetracją, jakkolwiek niewielką; kontakt między ustami a penisem lub odbytem; penetracja otworu odbytu lub narządów płciowych innej osoby, niezależnie od tego, jak niewielka jest, ręką, palcem, przedmiotem lub innym narzędziem; oraz każde inne zamierzone dotykanie, bezpośrednio lub przez ubranie, genitaliów, odbytu, pachwiny, piersi, wewnętrznej strony uda lub pośladków innej osoby, z wyłączeniem kontaktu przypadkowego w wyniku fizycznej sprzeczki.

2. Osoba przebywająca w areszcie przez członka personelu, za zgodą lub bez zgody Osoby przebywającej w areszcie, w tym:

(a) Kontakt między prąciem a odbytem, łącznie z penetracją, nawet niewielką;

kontakt między ustami a penisem lub odbytem; kontakt między ustami a

jakakolwiek część ciała, którą pracownik ma zamiar wykorzystać, podniecić lub zaspokoić

pożądanie seksualne; penetracja odbytu, niezależnie od tego, jak niewielka jest, ręką, palcem, przedmiotem lub

inny instrument niezwiązany z obowiązkami służbowymi lub w przypadku którego pracownik posiada takie uprawnienia

zamiar wykorzystania, wzbudzenia lub zaspokojenia pożądania seksualnego, lub jakikolwiek inny zamierzony kontakt

bezpośrednio lub przez ubranie, z lub z narządami płciowymi, odbytem, pachwiną, piersią, wnętrzem

udo lub pośladki, niezwiązane z obowiązkami służbowymi lub tam, gdzie pracownik

ma zamiar wykorzystać, wzbudzić lub zaspokoić pożądanie seksualne, jakąkolwiek próbę, groźbę lub

żądanie zaangażowania się w którekolwiek z powyższych; Lub

3. Jakiekolwiek pokazywanie przez personel odsłoniętych genitaliów, pośladków lub piersi

obecność osoby przebywającej w areszcie; oraz podglądactwo definiowane jako inwazja na kogoś

Osoba przebywająca w pieczy prywatnej przez personel z powodów niezwiązanych z obowiązkami służbowymi, np

wpatrując się w osobę przebywającą w areszcie, która korzysta z toalety w swojej celi, aby wykonywać czynności cielesne

funkcji, wymagając od osoby przebywającej w areszcie odsłonięcia pośladków, genitaliów lub

piersi; lub robienie zdjęć całości lub części nagiego ciała Osoby przebywającej w areszcie lub

Osoba przebywająca w areszcie, pełniąca funkcje cielesne.

• Czym jest molestowanie seksualne?

Molestowanie seksualne oznacza: powtarzające się i niepożądane propozycje o charakterze seksualnym, prośby o przysługi seksualne lub werbalne komentarze, gesty lub działania o uwłaczającym lub obraźliwym charakterze seksualnym przez Osobę pozbawioną opieki skierowaną do innej Osoby pozbawionej wolności; oraz powtarzające się werbalne uwagi lub gesty o charakterze seksualnym kierowane do Osoby przebywającej w Areszcie przez członka personelu, kontrahenta lub wolontariusza, w tym poniżające odniesienia do płci, uwagi o charakterze seksualnym lub uwłaczające na temat ciała lub ubioru bądź wulgarny język lub gesty.


• Jak zapobiegać wykorzystywaniu seksualnemu, molestowaniu seksualnym, napaści seksualnej i/lub niewłaściwemu postępowaniu seksualnemu

Każdy, kto oferuje Ci przysługi, pożycza Ci rzeczy lub zapewnia ochronę, może przygotować się na napaść lub wybrać Cię jako potencjalną ofiarę. NIE RÓB TEGO! Bądź świadomy sytuacji, które sprawiają, że czujesz się nieswojo. Zaufaj instynktowi. Jeśli wydaje się to źle, zostaw lub zadzwoń dla członka personelu. Masz prawo powiedzieć „nie", „przestań" lub „Nie dotykaj mnie!" Jeśli ty lub ktoś inny jest zmuszony do seksu, natychmiast powiedz członkowi personelu. Nie musisz czekać na napaść, aby poprosić o pomoc. Pamiętaj o obszarach, w których trudno jest zobaczyć personel lub gdzie miałbyś problem z uzyskaniem pomocy, jeśli jej potrzebujesz. Trzymaj się z daleka od innych osób przebywających w celach aresztu i trzymaj je z dala od swoich. Zachowaj czujność – kontrabanda, taka jak narkotyki i alkohol, utrudni Ci zachowanie czujności i podejmowanie decyzji.

• Leczenie

Jeśli doświadczyłeś przemocy lub napaści na tle seksualnym, musisz natychmiast zwrócić się o pomoc lekarską. Powinieneś poprosić o wykonanie „zestawu do gwałtu". Nawet jeśli chcesz posprzątać po przemocy lub napaści, nie rób tego. Ważne jest, aby zgłosić się do personelu medycznego przed wzięciem prysznica, umyciem, napiciem się, jedzeniem, zmianą ubrania lub skorzystaniem z toalety, aby móc zebrać wszelkie fizyczne dowody. Personel medyczny zbada Cię pod kątem obrażeń, o których możesz wiedzieć lub nie. Mogą również zbadać Cię pod kątem chorób przenoszonych drogą płciową.

Osoby podejmujące czynności seksualne z osobami przebywającymi w areszcie mogą zostać ukarane dyscyplinarnie i/lub ścigane jedynie w przypadku ZGŁOSZENIA molestowania lub napaści. Chociaż nie ma czegoś takiego jak seks za obopólną zgodą, jeśli podczas odbywania kary miałeś stosunki seksualne z personelem lub osobami przebywającymi w areszcie, powinieneś zwrócić się o pomoc lekarską i poddać się testowi na obecność wirusa HIV i innych chorób przenoszonych drogą płciową. Osoby przebywające w areszcie nie będą obciążane współpłatnością za leczenie, w tym za badania kryminalistyczne, uzyskane w związku z podejrzeniem wykorzystywania seksualnego. Oferowane będzie również wykonanie testu na obecność wirusa HIV oraz porada. Test na obecność wirusa HIV należy powtórzyć po trzech (3), sześciu (6) i dziewięciu (9) miesiącach od pierwszego testu.

• Doradztwo

Jeśli padłeś ofiarą wykorzystywania/napaści na tle seksualnym lub niewłaściwego zachowania na tle seksualnym podczas pozbawienia wolności, możesz zwrócić się o poradę lub zasięgnąć porady psychologa. Dostępne jest poradnictwo kryzysowe i inne usługi specjalne.

• Zrozumienie procesu dochodzeniowego

Po zgłoszeniu niewłaściwego postępowania wydział ma obowiązek przeprowadzić dochodzenie. Celem dochodzenia jest ustalenie charakteru i zakresu domniemanego nadużycia. Możesz zostać poproszony o złożenie zeznań w toku postępowania karnego. Każdej osobie przebywającej w areszcie, która twierdzi, że padła ofiarą przemocy na tle seksualnym, zostanie zapewniona natychmiastowa ochrona i zostanie skierowana na badanie lekarskie.

• Poufność

Informacje dotyczące tożsamości osoby przebywającej w areszcie/ofiary zgłaszającej napaść na tle seksualnym lub niewłaściwe postępowanie, a także fakty zawarte w samym zgłoszeniu ograniczają się do informacji niezbędnych do podjęcia decyzji dotyczących danej osoby. w areszcie/dobro ofiary oraz w celach egzekwowania prawa i/lub do celów dochodzeniowych.

• Streszczenie

Wykorzystywanie seksualne, napaść na tle seksualnym i niewłaściwe zachowanie na tle seksualnym są poważnymi i czasami przestępczymi zjawiskami. Departament Więziennictwa stanu Illinois zbada wszystkie zarzuty natury seksualnej zgłoszone przez osoby przebywające w areszcie. Jeżeli zostaniesz uznany za winnego wykorzystywania seksualnego, napaści na tle seksualnym lub fałszywych zarzutów, zostaną wobec Ciebie podjęte działania dyscyplinarne. Może to obejmować utratę dobrego czasu, restrykcyjny czas mieszkaniowy i/lub dodatkowe zarzuty karne.

Usługi związane z czasem wolnym (LTS)

Programy rekreacyjne są dostępne dla wszystkich osób przebywających pod opieką. Oprócz zajęć na podwórku i siłowni dostępny jest szeroki wybór sprzętu (podnoszenie ciężarów, stoły, ping-pong, gry karciane/planszowe itp.). Przez cały rok organizowane są turnieje sportowe i wydarzenia kulturalne. Informacje o zajęciach są wywieszane co tydzień w jednostce mieszkalnej i sali gimnastycznej. Jeżeli osoba przebywająca pod opieką znajduje się w klasie B lub C, może zostać wykluczona z udziału w turniejach.

• Program artystyczny

Materiały można zamówić za pośrednictwem komisarza ds. opieki indywidualnej i nie należy ich wysyłać pocztą do placówki. Materiały artystyczne zostaną zamówione na oddzielnym arkuszu zamówień. Aby osoba przebywająca pod opieką mogła otrzymać nowo zamówione dzieła sztuki, należy oddać stare dzieła sztuki.

Osoby przebywające w areszcie mogą kupować i posiadać następujące przedmioty:

Długopisy papierowe i ogólne

(2) Tablice plakatowe (20x32) (6) Sztuka, rysunek, gumka techniczna

(1) Szkicownik (12) Zwykły ołów, węgiel lub kolorowy

(1) Kredki Tracing Pad (nie więcej niż 12 sztuk/36 łącznie)

(1) Blok akwarelowy

(1) Papier Canvatex

Farby i pędzle

(1) Jednorazowa paleta (akryl, olej, akwarela, nietoksyczna,

(1) Płótno (11 x 14) Rozpuszczalne w wodzie)

(1) Mata montażowa (6) Szczotki (maks. 6")

(1) Octan (maks. 32") (12) (maks. 1,25 uncji – 2 uncje)

(10) Bloki akwarelowe (maks. 20 x 32) (6) (maks. 0,75 uncji)

(4) Medium/lakiery (na bazie wody maks. 2 uncje) (4) (maks. 4,65 uncji)

(1) Patelnia do akwareli – tylko plastikowa pokrywa

(12) pastele

Wszystkie osoby przebywające pod opieką muszą przestrzegać przepisów dotyczących nieruchomości. Bieżące projekty artystyczne, które są w toku i nie mieszczą się w polu właściwości, będą mogły pozostać na górze pola właściwości aż do zakończenia. Po zakończeniu projektu artystycznego należy je wysłać pocztą

• Program fotograficzny osoby przebywającej w areszcie dla wizyt w pokoju wizyt

Ośrodek więzienny w Danville oferuje program fotograficzny dla osób przebywających w areszcie. Udział w programie jest całkowicie dobrowolny. Harmonogram przedstawia się następująco i może ulec zmianom:

Opiekun LTS: wtorek, czwartek i sobota od 20:00 do 16:00.

1. Wymagania kwalifikacyjne

A. Osoba przebywająca w areszcie musi należeć do klasy A lub B

B. Osoba przebywająca w areszcie nie może otrzymać żadnych IDR serii 100 ani 200 w ciągu ostatnich 90 dni

C. Osoba przebywająca w areszcie nie jest uznawana za osobę napadającą na personel ani osobę naruszającą zasady użycia broni

D. Osoba przebywająca w areszcie musi posiadać wystarczające środki na pokrycie kosztów zdjęcia.

2. Szczegóły programu

A. Cena każdego zdjęcia wyniesie 0,34 dolara, a osoby przebywające pod opieką będą mogły kupić maksymalnie dwa (2) zdjęcia

B. Zdjęcia zostaną zakupione w kantynie i odzwierciedlone na potwierdzeniu odbioru

C. Osoby przebywające w areszcie muszą zabrać ze sobą pokwitowanie w dniu, w którym będą robione zdjęcia

D. TYLKO paragon będzie potwierdzał zakup zdjęć. Kserokopia paragonu nie będzie akceptowana

mi. LTS lub wyznaczony personel będzie prowadzić rejestr zawierający datę zrobienia zdjęcia, imię i nazwisko oraz numer osoby przebywającej w placówce opieki, datę otrzymania i weryfikacji zakupu zdjęć. Na potwierdzeniu należy również umieścić adnotację zawierającą datę wykonania zdjęcia.

F. W Pokoju wizyt osoby przebywającej w areszcie i jej gości zostaną wykonane nie więcej niż (2) zdjęcia.

G. Zdjęcia osób objętych wspólną opieką nie będą dozwolone.

H. Departament LTS lub wyznaczony personel przekaże wskazówki dotyczące odpowiednich póz, a Ośrodek Więzienny w Danville zastrzega sobie prawo do odmowy zrobienia zdjęcia jakiejkolwiek osobie niechętnej do współpracy.

I. Osoby przebywające w areszcie nie będą mogły przeglądać zdjęć przed ich otrzymaniem i absolutnie NIE będzie wykonywane ponowne wykonywanie zdjęć, ponieważ dana osoba nie będzie gotowa.

J. Osoby przebywające w areszcie, które spełniają wymagania, ale nie są odwiedzane, mogą poprosić o wykonanie indywidualnych zdjęć za pośrednictwem Działu LTS. Procedura zakupu i przetwarzania zdjęć osób znajdujących się wyłącznie pod opieką pozostaje taka sama jak zdjęcia z wizyty.

k. Zdjęcia zostaną sprawdzone i zatwierdzone przez firmę Intel, a po zatwierdzeniu zwrócone osobom objętym opieką. Zgłoszenia STG dotyczące zdjęć uznanych za nieodpowiednie zostaną skonfiskowane i podjęte zostaną działania dyscyplinarne.

l. Osoby przebywające pod opieką mogą zatrzymać wszystkie zatwierdzone zdjęcia lub wysłać je pocztą na koszt osoby przebywającej pod opieką.

• Telewizja i filmy

Dostępne są usługi telewizji kablowej. Wiadomości instytucjonalne, biuletyny Strażników i zmiany w polityce

i/lub zasady są nadawane na kanale 4. Filmy i muzyka są nadawane na kanale 2. Film cotygodniowy

ogłoszenia wywieszone są we wszystkich lokalach mieszkalnych.

Duszpasterstwo i posługi religijne

Pełnoetatowy kapelan koordynuje nabożeństwa i grupy studyjne. Duchowni różnych grup wyznaniowych (protestanccy, katolicy, muzułmanie, Świadkowie Jehowy i Żydzi itp.) zapewniają nabożeństwa i nauczanie religii. Harmonogramy usług są wywieszone we wszystkich jednostkach mieszkaniowych. Prośby o diety religijne należy składać u Kapelana. Wszelkie pytania dotyczące medalionów religijnych i obrączek ślubnych należy kierować do Kapelana. Bibliotekę ksiąg i taśm religijnych można uzyskać po skontaktowaniu się z kapelanem. Obrączki ślubne są przetwarzane w ramach własności osobistej i zatwierdzane lub odrzucane przez naczelnika. Aby wziąć udział w szkole biblijnej Divine Hope, wyślij do kapelana kartę wniosku o opiekę nad osobą przebywającą w pieczy zastępczej.

Osoby przebywające w areszcie uczestniczące w czynnościach religijnych mają obowiązek ubierać się w strój państwowy. Aby skorzystać z usługi należy okazać dowód osobisty. Oczekuje się, że osoby przebywające w placówce będą uczestniczyć w nabożeństwie w całości (bez przerw na toaletę). Wszelkie naruszenia jakichkolwiek zasad lub zakłócające zachowanie mogą skutkować usunięciem z programu i podjęciem działań dyscyplinarnych.

Oprócz cotygodniowych nabożeństw religijnych wymienionych w harmonogramie zajęć, osoby przebywające w placówkach opiekuńczych mogą również kontaktować się z kapelanem instytucjonalnym zgodnie z następującym harmonogramem:

Dni i godziny mogą się różnić: Wtorek Jednostka mieszkaniowa R1

Środa Jednostka mieszkalna R2

Czwartek Jednostka mieszkaniowa R3, mieszkalnictwo restrykcyjne

Piątek Jednostka mieszkalna R4

Jeżeli osoba przebywająca w areszcie nie jest na skrzydle w czasie, gdy obecny jest kapelan i chce z nim porozmawiać na temat poradnictwa religijnego, małżeństwa, dostępu do materiałów religijnych, diet religijnych itp., osoba przebywająca w areszcie powinna złożyć wniosek do Kapelan. Zostanie wydana

przepustka na rozmowę telefoniczną, dzięki czemu osoba przebywająca pod opieką będzie mogła odbyć rozmowę z kapelanem w najwcześniejszym możliwym terminie.

Usługi B OF I

Wszystkim osobom przebywającym w areszcie zostanie wydany stanowy dowód tożsamości. Wszystkie osoby przebywające w areszcie muszą nosić wydany przez stan dowód tożsamości poza celą. Jeżeli osoba przebywająca w areszcie zgubi swój dowód tożsamości, MUSI to natychmiast zgłosić pracownikowi. Koszt wymiany dowodu osobistego wynosi 5,00 USD. Należy wypełnić kupon pieniężny. Jeżeli osoba przebywająca pod opieką ulegnie zmianie w wyglądzie, osoba przebywająca w areszcie zostanie wezwana do B lub I w celu otrzymania nowego dokumentu tożsamości i zostanie obciążona opłatą w wysokości 5,00 USD. Osoby przebywające w areszcie otrzymają bezpłatnie nowy dowód tożsamości co 3–5 lat.

Biblioteka

W bibliotece dostępne są gazety, czasopisma, podręczniki i materiały do czytania rekreacyjnego. W Bibliotece Prawnej dostępne są źródła prawne, formularze prawne i pomoc ze strony prawników zajmujących się opieką indywidualną. Do obu Bibliotek można dotrzeć za pośrednictwem linii bibliotecznych jednostek mieszkalnych (patrz tygodniowy harmonogram zajęć wywieszony na skrzydłach jednostek mieszkalnych). Przepustki telefoniczne zostaną wydane, aby umożliwić osobom przebywającym pod opieką dodatkowy dostęp do biblioteki w następujących okolicznościach:

• Biblioteka prawnicza

1. Zweryfikowany termin sądowy (w ciągu najbliższych 3 miesięcy). Osoby przebywające w areszcie ze zweryfikowanymi terminami sądowymi będą spotykane maksymalnie trzy (3) razy w tygodniu.

2. Zamówiona wcześniej usługa notarialna

3. Uzyskaj dostęp do skrzynek do przechowywania materiałów legalnych

4. Zwrot zaległych materiałów bibliotecznych

Kserokopię można wykonać w bibliotece (tylko materiały legalne) w cenie 0,10 dolara za stronę. Jeśli dokument jest dwustronny, każda strona jest traktowana jako strona. W bibliotece można korzystać z maszyn do pisania.

• Regulamin Biblioteki

1. Materiały źródłowe, książki prawnicze, czasopisma i gazety nie opuszczają Biblioteki.

2. Osoba przebywająca pod opieką, która zgubi książkę(-y) przez swoją nieostrożność, zapłaci za książkę(-y).

Osoby przebywające w Areszcie w terminach sądowych mogą wnioskować o dostęp do Biblioteki Prawnej, co zostanie ustalone w odpowiednim terminie, po przedstawieniu pracownikom Biblioteki weryfikacji terminu rozprawy.

• Notariusz

Osoby przebywające w pieczy mogą uzyskać dostęp do usług notarialnych za pośrednictwem zaplanowanej linii bibliotecznej lub przesyłając wniosek do bibliotekarza.

Biuro Akt

Biuro Akt jest odpowiedzialne za prowadzenie akt osobowych każdej osoby w aktach aresztu, obliczanie kary, obliczanie przyznanych punktów za dobre zachowanie oraz działa jako łącznik z Komisją Rewizyjną ds. Więźniów. Pytania dotyczące tych kwestii można kierować za pośrednictwem wyznaczonego doradcy. Jeżeli potrzebujesz dowodu odbywania kary pozbawienia wolności, prześlij do Urzędu Aktu wniosek z prośbą.

Fryzjer

Salon Fryzjerski czynny jest od poniedziałku do piątku w godzinach 8:15 – 10:00 oraz 11:15 – 14:00.

Osoby przebywające w areszcie mogą mieć dowolną długość i styl włosów, pod warunkiem, że są schludne, czyste i w żaden sposób nie reprezentują powiązania z jakąkolwiek grupą ds. zagrożeń bezpieczeństwa (STG) lub nieautoryzowaną organizacją (tj. inicjały, symbole, wiele części, włosy nieproporcjonalnie dłuższe w jeden obszar, drugi). Osoby przebywające w Areszcie, które w ten sposób pielęgnują włosy, odmawiają wydania bezpośredniego polecenia przerwania fryzury lub poddania się strzyżeniu, mogą zostać ukarane dyscyplinarnie. Włosy, które stwarzają problemy zdrowotne lub sanitarne lub stwarzają ryzyko ukrycia się we włosach kontrabandy i niewykrycia, są uważane za niedopuszczalne.

Zauważalne zmiany w długości włosów, brodzie itp. należy zgłaszać personelowi jednostki mieszkaniowej, aby B z l mógł wydać przepustkę w celu aktualizacji dowodu osobistego osoby przebywającej w areszcie. Warkocze nie mogą mieć żadnego wzoru, muszą być jednolite (prosto do tyłu lub prosto na bok) i należy je zdjąć z włosów przed wizytami. Osobom przebywającym w areszcie, które mają przydzielone zadania w budynku administracyjnym, nie wolno nosić warkoczy podczas wykonywania swoich zadań.

Osoby objęte opieką mogą zamówić usługi fryzjerskie, wysyłając wniosek do Barber Shop. Na formularzu wniosku należy uwzględnić godziny pracy lub nauki. Osoby przebywające w areszcie muszą posiadać dowód osobisty, aby móc poddać się strzyżeniu. Mogą być strzyżeni tylko co 30 dni. Nie ma możliwości

umawiania się na wizyty. Osoby muszą stawić się na umówioną wizytę punktualnie, w przeciwnym razie wizyta zostanie odwołana. Po przybyciu na miejsce należy udać się do pierwszego dostępnego fotela fryzjerskiego. Strzyżenie NIE jest dozwolone w jednostkach mieszkalnych. Osoby przebywające w areszcie nie mogą zmieniać koloru włosów. Osoby przebywające w placówce opiekuńczej objęte restrykcjami są umawiane na usługi fryzjerskie w pierwszą środę każdego miesiąca, jeśli przebywają tam dłużej niż 30 dni.

Pranie

Pralnia instytucjonalna jest dostępna dla ogółu ludności w Jednostce Mieszkaniowej w celu prania koców i pościeli. Harmonogramy wywieszane są w lokalach mieszkalnych.

Pralnia znajduje się w skrzydle każdego mieszkania. Portierzy pralni piorą odzież zgodnie z harmonogramami wywieszonymi w każdym oddziale. Osoby przebywające w ośrodku są odpowiedzialne za rozpoczęcie czyszczenia całej odzieży i pościeli. Tragarze pralni są odpowiedzialni za jej opiekę w czasie, gdy jest ona w jego posiadaniu. Osoby przebywające w areszcie mają zapakować pranie do worków i dostarczyć portierowi pralni detergent do prania. Osoby przebywające w areszcie mają obowiązek zostawiać pranie WYŁĄCZNIE w wyznaczonych godzinach świetlicy.

Odzież

Osoby przebywające w areszcie mogą poprosić o wymianę na nową odzież wydaną przez stan raz na dwanaście (12) miesięcy. Osoby przebywające w placówce opiekuńczej powinny skontaktować się z personelem jednostki mieszkaniowej, aby w razie potrzeby poprosić o pomoc w uzyskaniu zastępstw lub przesłać wniosek do Biura Odzieżowego. Odzież zostanie wymieniona w miarę, jak pozwalają na to rozmiary odzieży.

Osoby przebywające w areszcie, które chcą naprawić zamki w płaszczach państwowych, muszą przesłać żądanie do Biura Odzieżowego. Naprawy będą przeprowadzane na koszt państwa w przypadku wszystkich powłok wydanych na okres dłuższy niż sześć (6) miesięcy. Osoby przebywające w areszcie, którym wydano herb stanowy mniej niż sześć (6) miesięcy wcześniej, mogą poprosić o naprawę zamka błyskawicznego, ale zostaną obciążeni opłatą w wysokości 2,85 USD za naprawę.

Osoby przebywające w areszcie mogą w dowolnym momencie i na swój koszt poprosić o zakup nowego herbu państwowego. Zgłoszenia należy kierować do kierownika ds. odzieży. Osoby przebywające w ośrodku opieki będą musiały podpisać kupon na kwotę 35,00 USD (cena może ulec zmianie) na pokrycie kosztów nowego płaszcza.

Buty stanowe wydawane są osobom przebywającym w areszcie przydzielonym do wykonywania następujących zadań WYŁĄCZNIE: załoga naziemna, załoga stoczni, załoga piętra, magazyn i konserwacja. Wszystkim pozostałym osobom przebywającym w areszcie wydawane są państwowe buty gimnastyczne. Buty i obuwie gimnastyczne można kupić u komisarza ds. opieki indywidualnej.

Kantyna

Osoby przebywające w areszcie mogą kupować artykuły (żywność, odzież, produkty higieniczne, obuwie gimnastyczne, buty, gry, przybory artystyczne, kartki okolicznościowe, telewizory itp.) za pośrednictwem Komisarza ds. osób przebywających w areszcie. Osoby przebywające pod opieką mogą zakupić od jednej do trzech (1-3) maszynek do golenia jednocześnie za pośrednictwem komisarza ds. opieki indywidualnej. W momencie zakupu maszynki do golenia osoby pozostające pod opieką muszą zwrócić/wymienić stare maszynki do golenia. Jeśli osoba przebywająca pod opieką nie zwróci maszynki do golenia, nie będzie mogła kupić nowych.

Osoby przebywające w areszcie mają robić zakupy w ramach jednostki mieszkaniowej. Harmonogram zmienia się co miesiąc. Osoby przebywające pod opieką mogą kupować przedmioty zgodnie z zatwierdzoną listą komisarzy obiektu poziomu 3. Lista komisarzy jest wydawana dzień przed dokonaniem zakupu dostępnych artykułów. Listę komisarzy należy wypełnić PRZED udaniem się do kantoru. Możesz nie wypełnić swojej listy, kiedy tam dotrzesz.

**AKTUALNY CENNIK KOMISARSKI NA OSTATNIEJ STRONIE INSTRUKCJI ORIENTACYJNEJ**

Od 1 lipca 2020 r. w komisariacie ds. osób przebywających w areszcie będzie obowiązywać następujący limit: Będzie obowiązywać limit 150 dolarów na całą żywność, napoje i artykuły higieny osobistej, odzież, obuwie, ręczniki i torbę na pranie. Elektronika, minuty Securus, jednostka łącza GTL, kredyty na wiadomości GTL nie wliczają się do limitu 150,00 USD, ale buty tak.

Osoby przebywające w areszcie w klasie B będą mogły robić zakupy w „ograniczonych" komisach za 30,00 dolarów miesięcznie.

Osoby przebywające w areszcie w klasie C, objęte ograniczeniami prowizyjnymi, z powodu naruszeń dyscyplinarnych i/lub posiadające status „No Shop", mogą kupować wyłącznie artykuły higieniczne i „wypisywać" do kwoty 30,00 USD miesięcznie.

Osoby przebywające w areszcie muszą posiadać co najmniej 2,00 dolara na koncie funduszu powierniczego, aby móc uczestniczyć w komisie w wyznaczonym dniu w sklepie. Osoby ubogie przebywające w areszcie mogą poprosić o środki higieny osobistej (mydło, pastę do zębów itp.) za pośrednictwem personelu ochrony swojego lokalu mieszkalnego.

Biuro biznesowe

Polityka Zakładu Karnego w Danville polega na zapewnieniu dokładnej dokumentacji funduszy osób przebywających w areszcie. Odpowiedzialność za to spoczywa na Biurze Handlowym. Osoby

przebywające w areszcie powinny rozpatrywać skargi dotyczące ich funduszu powierniczego za pośrednictwem przypisanego im doradcy więziennego.

• Fundusz powierniczy

Wszystkie środki pieniężne wpływające do instytucji w przypadku osoby przebywającej pod opieką muszą zostać zdeponowane na rachunku funduszu powierniczego osoby przebywającej pod opieką; dlatego też każda osoba przebywająca w areszcie wchodząca do Zakładu Karnego w Danville musi podpisać kartę pełnomocnictwa. Osoby przebywające w areszcie mogą otrzymywać pieniądze za pośrednictwem GTL (ConnectNetwork), Western Union, J-Pay lub Money Gram.

Osoby przebywające w areszcie mogą przesyłać pieniądze krewnym lub przyjaciołom, składając kupon funduszu powierniczego w biurze biznesowym. Voucher musi być prawidłowo i w całości wypełniony, podpisany i poświadczony przez pracownika. Kupony o wartości do 49,99 USD mogą być poświadczone przez sierżanta; porucznik może poświadczyć kwotę do 99,99 dolarów; a wszelkie kwoty powyżej 100,00 dolarów muszą być poświadczone przez wyznaczonego dowódcę zmiany, zastępcę naczelnika, administratora biznesowego lub naczelnika.

Lista płac osób fizycznych publikowana jest w trzeci (3) poniedziałek każdego miesiąca.

Restytucja jest ustalana w systemie. Po wykonaniu tej czynności automatycznie będzie dokonywał odliczeń co miesiąc. W przypadku braku środków system nałoży blokadę na Twoje konto do czasu uiszczenia pełnej kwoty płatności. Jeżeli Osoba przebywająca pod opieką jest winna zwrot pieniędzy w momencie zwolnienia, zostanie ona potrącona z pieniędzy wejściowych lub wszelkich dostępnych środków pozostałych na koncie Osoby przebywającej pod opieką.

W przypadku wszystkich wypłat z Twojego konta należy wypełnić voucher. W przypadku wysyłki można wykorzystać jeden kupon na kilka listów. Jeśli wysyłasz zarówno listy prawne, jak i zwykłe, upewnij się, że używasz oddzielnych kuponów. Jeden kupon dla osób legalnych i jeden kupon dla zwykłych. Jeśli chcesz wysłać czek pocztą, upewnij się, że kupon zawiera wszystkie wymagane informacje (naciśnij mocno, jest wiele kopii). Jeśli zamawiasz przedmioty, kupon musi zostać przesłany do Personal Property w celu zatwierdzenia przed jego przetworzeniem. Po przetworzeniu voucherów, są one rozkładane wraz z różową kopią wraz z listami i zwracane do Mailroomu. Upewnij się, że na kuponie umieściłeś swoje imię i nazwisko, numer lokalu mieszkalnego i numer komórki. Upewnij się, że jest czytelny i mocno dociśnij podczas pisania. Dzięki temu otrzymasz z powrotem różowy egzemplarz.

Jeżeli osoba przebywająca w areszcie zostanie przeniesiona z Zakładu Karnego w Danville, saldo funduszu powierniczego zostanie przesłane w ciągu pięciu (5) dni roboczych. Wszelkie dodatkowe środki

zaksięgowane na koncie Osób przebywających pod opieką zostaną przesłane do Osoby objętej opieką. Transfer środków odbywa się raz w tygodniu.

Po zwolnieniu osoby przebywającej w areszcie, osoba przebywająca w areszcie otrzyma wszystkie należne jej pieniądze, w tym wynagrodzenie państwowe. Po zwolnieniu otrzymasz 25 dolarów w gotówce, a jeśli masz więcej niż 10 dolarów na swoim koncie, będziesz mógł wziąć do 100 dolarów w gotówce, a reszta konta zostanie ci przekazana czekiem. Jeżeli po zwolnieniu pieniądze zostaną dodane na konto Osoby przebywającej pod opieką, zostaną one przesłane na adres podany przez Osobę przebywającą pod opieką w momencie zwolnienia.

Ujawnienie informacji finansowych

Ustawa stanowa 730 ILCS 5/3-7-6 określa koszty odzyskiwania środków w przypadku pozbawienia wolności od osób zaangażowanych. Osoby przebywające w areszcie mają obowiązek dostarczenia Departamentowi Więziennictwa informacji dotyczących ich aktywów finansowych. Wypełnienie raportu o stanie finansowym osoby przebywającej pod opieką (DOC 0146) jest obowiązkowe. Niezastosowanie się do tego warunku będzie brane pod uwagę w celu uzyskania zwolnienia warunkowego i spowoduje, że osoby przebywające w areszcie zostaną poddane postępowaniu dyscyplinarnemu, łącznie z utratą do sześciu (6) miesięcy punktów za dobre zachowanie. Formularz ten wypełnia się podczas procesu orientacji.

Usługi pocztowe

•    Poczta wychodząca

Odbiór przesyłek pocztowych odbywa się od poniedziałku do piątku, z wyjątkiem dni ustawowo wolnych od pracy.

Osoby przebywające w areszcie mogą korespondować z kimkolwiek w wolnej społeczności, z wyjątkiem

pracowników, byłych pracowników lub zwolnionych pracowników Departamentu. Osoby przebywające w areszcie mogą pisać

więzionemu krewnemu jedynie za zgodą naczelnika zakładu karnego w Danville

Centrum oraz dyrektor administracyjny instytucji, w której przebywa krewny

uwięziony. Osoba, do której Osoba przebywająca pod opieką pisze, musi być natychmiastowa

rodzina, żona lub rapis (współoskarżony). To żądanie powinno zostać zainicjowane przez Twojego przypisanego

Doradca więzienny. Wszystkie podane informacje zostaną zweryfikowane.

Wychodząca poczta nieuprzywilejowana jest sprawdzana pod kątem kontrabandy. Jeżeli list od Osoby pozbawionej wolności zostanie skonfiskowany ze względu na zawartość kontrabandy, Osoba pozbawiona wolności zostanie o tym powiadomiona na piśmie.

Wszelka poczta wychodząca może zostać zatrzymana i zwrócona nadawcy, jeżeli osoba, do której jest adresowana (lub rodzic lub opiekun, jeśli adresat jest nieletni lub niekompetentny) powiadomiła na piśmie Dyrektora Administracyjnego, że dana osoba nie chcesz otrzymywać pocztę od osoby przebywającej w areszcie.

Aby wysłać przesyłkę poleconą lub poleconą, osoby przebywające pod opieką muszą posiadać wystarczające środki na rachunkach w funduszach powierniczych i muszą dołączyć do koperty podpisany(e) kupon(y) pieniężny, aby można było zastosować odpowiednią opłatę pocztową. Kwota za przesyłkę zostanie potrącona z rachunku funduszu powierniczego osób przebywających pod opieką. Bon pieniężny należy wystawić listem poleconym lub listem poleconym. Jeśli Osoba przebywająca pod opieką chce, aby jej poczta była wysyłana za potwierdzeniem i/lub potwierdzeniem odbioru, pobierana jest opłata za zwykłą przesyłkę pierwszej klasy oraz dodatkowe opłaty za przesyłkę za potwierdzeniem i/lub potwierdzeniem odbioru. Każde pismo wychodzące może zostać wstrzymane i zwrócone do nadawcy, jeżeli osoba, do której jest adresowana (lub rodzic lub opiekun, jeśli adresat jest nieletni lub niekompetentny) powiadomiła Naczelnika na piśmie, że nie chce go wysyłać otrzymywać pocztę od osoby przebywającej w areszcie. Zasada ta nie może być interpretowana jako uniemożliwiająca osobie przebywającej pod opieką możliwość korespondowania ze swoimi dziećmi, chyba że odebrane zostaną jej prawa rodzicielskie.

Osoby przebywające w areszcie mogą wysyłać listy uprzywilejowane i nieuprzywilejowane na własny koszt. Osoby przebywające w areszcie, które nie mają wystarczających środków na rachunkach w funduszach powierniczych, aby zakupić przesyłkę pocztową, będą mogły wysyłać rozsądne ilości korespondencji prawnej i korespondencji na następujące adresy: Sekretarze Sądu, Sąd ds. roszczeń stanu Illinois, biegli protokolanci sądowi, Dział Przeglądu Administracyjnego Zarząd, Adwokat i Komisja Rewizyjna Więźniów. Osoba przebywająca pod opieką musi załączyć podpisany(-e) kupon(y) pieniężny upoważniający(e) do odliczenia przyszłych środków na pokrycie kosztów przesyłki pocztowej. Konto funduszu powierniczego Osób przebywających pod opieką będzie ograniczone kosztami takiej przesyłki pocztowej do czasu całkowitej zapłaty lub zwolnienia lub zwolnienia Osoby przebywającej pod opieką, w zależności od tego, co nastąpi wcześniej.

Osoby przebywające w areszcie muszą wyraźnie oznaczyć całą pocztę wychodzącą swoim imieniem i nazwiskiem (pod którym są osadzeni), numerem instytucji i adresem placówki (3820 East Main, Danville, IL 61834). Informacje te muszą znajdować się w lewym górnym rogu całej poczty wychodzącej. Dotyczy to zarówno kopert opłacanych przez państwo, jak i kopert opłaconych przesyłką pocztową. Przesyłki nieoznaczone prawidłowo, w tym przesyłki uprzywilejowane, zostaną otwarte i zwrócone nadawcy, jeżeli można ustalić tożsamość nadawcy. Jeżeli nie można ustalić tożsamości nadawcy, przesyłka ulega zniszczeniu.

Wychodząca przesyłka uprzywilejowana musi być wyraźnie oznaczona jako „uprzywilejowana" na zewnętrznej stronie koperty i zapieczętowana przez Osobę przebywającą pod opieką. Poczty wychodzącej wyraźnie oznaczonej jako uprzywilejowana nie można otwierać do kontroli, z wyjątkiem przesyłki niebezpiecznej kontrabandy. Wychodzącą pocztę uprzywilejowaną można badać pod kątem niebezpiecznej kontrabandy za pomocą prześwietlenia rentgenowskiego, fluoroskopu lub innego podobnego urządzenia. Wychodzącą pocztę uprzywilejowaną można sprawdzać pod kątem niebezpiecznej kontrabandy w inny sposób, który nie niszczy przesyłki i nie pozwala na jej odczytanie. Z wyjątkiem sytuacji awaryjnych, wychodząca przesyłka uprzywilejowana nie będzie otwierana, chyba że istnieje uzasadnione podejrzenie, że zawiera ona niebezpieczną kontrabandę, nie zasięgnięto porady prawnej i nie otwarto poczty w obecności osób przebywających w areszcie.

Z wyjątkiem przesyłek uprzywilejowanych, wszelka poczta przy odbiorze lub umieszczeniu w skrzynkach pocztowych lokalu mieszkalnego powinna zostać otwarta. Zapieczętowana poczta, która nie jest uprzywilejowana, zostanie otwarta i zwrócona nadawcy, jeśli uda się ustalić tożsamość nadawcy. Jeżeli nie można ustalić tożsamości nadawcy, przesyłka ulega zniszczeniu.

Wszelką pocztę należy wysyłać w kopertach ze znaczkiem (wypisami), chyba że przesyłka jest przesyłką ponadgabarytową/nadmierną, legalną, uprzywilejowaną lub zagraniczną. Wypisy można nabyć za pośrednictwem komisarza ds. opieki indywidualnej. Osoby przebywające w areszcie mogą wykupić do czterdziestu (40) wypisów w wyznaczonych dniach płatnych.

• Poczta prawna

Każda osoba przebywająca w areszcie ma obowiązek podpisać „Formularz prawnego uprzywilejowanego dowodu doręczenia" (DAN0035) dla przesyłek uprzywilejowanych, legalnych, poleconych i poleconych. Osoba przebywająca w areszcie otrzyma kopię do swoich akt osobowych. Będzie to potwierdzenie, że otrzymałeś wspomnianą pocztę przychodzącą. Mailroom przechowuje również kopię w swojej dokumentacji. Poczta Prawna jest dystrybuowana od poniedziałku do piątku w jednostkach mieszkalnych (w miarę możliwości kadrowych).

• Przychodząca wiadomość

Przychodzące przesyłki uprzywilejowane muszą być wyraźnie oznaczone jako „uprzywilejowane" i wyraźnie oznaczone pełnym imieniem i nazwiskiem, tytułem oraz pełnym adresem nadawcy.

Jedyna poczta przychodząca rejestrowana w pokoju pocztowym to; Poczta polecona, certyfikowana, legalna i uprzywilejowana. Osoba przebywająca w areszcie będzie zobowiązana do podpisania „Formularza prawnego uprzywilejowanego dowodu doręczenia" (DAN0035) po otrzymaniu tej poczty. Gdy osoba przebywająca pod opieką podpisze formularz, zostanie on zwrócony do biura pocztowego i odpowiednio złożony. Przychodząca przesyłka uprzywilejowana może zostać otwarta przez

funkcjonariusza więziennego jednostki mieszkaniowej w obecności osoby przebywającej w areszcie, do której jest adresowana, w celu sprawdzenia, czy nie jest to kontrabanda, sprawdzenia tożsamości nadawcy oraz ustalenia, że nie chodzi o nic poza kwestiami prawnymi lub urzędowymi jest zamknięty. Funkcjonariusz więzienny zweryfikuje tożsamość nadawcy i ustali, czy załączona jest wyłącznie dokumentacja prawna lub oficjalna. Jeżeli okaże się, że w załączeniu znajdują się materiały nieuprzywilejowane lub korespondencja od osoby trzeciej, materiały takie będą traktowane jak przesyłki nieuprzywilejowane.

Cała pozostała poczta przechodzi przez proces odbioru, a następnie jest wysyłana do jednostek mieszkaniowych w celu doręczenia. Poczta jest przetwarzana od poniedziałku do piątku (z wyjątkiem świąt państwowych) i w miarę możliwości kadrowych.

Przychodząca poczta uprzywilejowana może zawierać korespondencję wyłącznie od uprzywilejowanego korespondenta, którego nazwisko i adres widnieją na kopercie. Jeżeli okaże się, że w załączeniu znajdują się materiały nieuprzywilejowane lub korespondencja od osoby trzeciej, materiały takie będą traktowane jak przesyłki nieuprzywilejowane.

Wszelka poczta przychodząca nieuprzywilejowana, w tym poczta od Sekretarzy Sądu, będzie otwierana i sprawdzana pod kątem kontrabandy.

Czeki biznesowe należy zdeponować na rachunku funduszu powierniczego Individual in Custody, z zapisem zawierającym imię i nazwisko nadawcy, otrzymaną kwotę i datę otrzymania. Czek biznesowy definiuje się jako; wypisany na koncie dowolnej agencji lub firmy oraz każdy czek wypisany na osobistym koncie pracodawcy na wynagrodzenie należne osobie przydzielonej do ośrodka przejściowego. Czeki kasjerskie, przekazy pieniężne, czeki osobiste i gotówka zostaną zwrócone nadawcy, a nadawca zostanie powiadomiony, że nie można odebrać środków w tej formie. Osoba przebywająca w areszcie zostanie powiadomiona o wszystkich otrzymanych środkach pieniężnych i zdeponowanych na jej rachunku funduszu powierniczego.

Jeżeli Osobie przebywającej w areszcie zakazano otrzymania listu lub jego części, osoba, której to dotyczy, oraz nadawca zostaną powiadomieni na piśmie o decyzji.

W przypadku przeniesienia lub zwolnienia, przesyłki pierwszej klasy dla osób przebywających w areszcie zostaną im przesłane w terminie do trzydziestu (30) dni po ich zwolnieniu. Jeżeli nie jest znany żaden adres do przekazania, cała poczta zostanie zwrócona do nadawcy. Cała poczta otrzymana po trzydziestu (30) dniach zostanie zwrócona do nadawcy.

Poczta przychodząca będzie otwierana i sprawdzana pod kątem kontrabandy. Poczta zawierająca plamy dowolnego typu, w tym między innymi; perfumy, szminki, substancje tłuste, nietypowe plamy i płyny ustrojowe nie są dozwolone. Poczta zawierająca użycie kredki, zakreślacza lub innych markerów na papierze, brokatu lub innej obcej lub nieznanej substancji na papierze jest niedozwolona. (Dozwolona jest poczta napisana lub wydrukowana kolorowym tuszem.) Przesyłka może zostać wstrzymana, jeżeli stanowi zagrożenie dla bezpieczeństwa i/lub ochrony.

Jeżeli Osoba przebywająca pod opieką była nieobecna w placówce na urlopie tymczasowym lub na podstawie nakazu sądowego, poczta dotycząca Osoby przebywającej pod opieką będzie przetrzymywana w placówce przez okres jednego (1) miesiąca, chyba że Osoba przebywająca pod opieką złożyła pisemny wniosek do dyrektora administracyjnego z prośbą o przekierowanie poczty na inny adres. Po upływie jednego (1) miesiąca przesyłki pierwszej klasy zostaną przesłane na adres Osób przebywających pod opieką, jeśli jest znany, lub zwrócone nadawcy, chyba że dokonano alternatywnych ustaleń.

Osoby przebywające w pieczy mogą otrzymywać publikacje, w tym książki, periodyki i katalogi. Osoby przebywające pod opieką mogą otrzymać maszyny do pisania zamówione bezpośrednio od dostawcy za pośrednictwem komisarza osoby przebywającej w areszcie. Inne przesyłki mogą być odbierane wyłącznie po uzyskaniu zgody Dyrektora Administracyjnego. Wszystkie paczki należy otworzyć i przeszukać przed dostawą.

Wszelka poczta przychodząca musi być adresowana na nazwisko, pod którym przebywasz w więzieniu. Jeżeli używany jest pseudonim, na kopercie musi znajdować się zarówno Twój pseudonim, jak i nazwisko, pod którym przebywasz w więzieniu. Jeżeli koperta nie zostanie prawidłowo zaadresowana, zostanie zwrócona nadawcy.

Adres korespondencyjny ośrodka więziennego Danville to: 3820 E. Main Street, Danville, IL 61834.

Przykłady: John Doe – A00000 Jim Smith

3820 E. Main St. AKA John Doe – A00000

Danville, Illinois. 61834 3820 E.Ulica Główna

Danville, Illinois. 61834

• Kontrabanda

Przedmioty uważane za kontrabandę w Danville CC obejmują między innymi:

• Gotówka lub czeki osobiste • Mapy

- Artykuły spożywcze

- Włosy

- Losy na loterię (nowe lub używane)

- Karty domowej roboty • Przekazy pieniężne lub wszelkie przychodzące pieniądze, które nie są

  prawidłowo wypełnione (osoba fizyczna w imieniu Opieki i

  numer identyfikacyjny

  jako odbiorca oraz nazwa i adres płatnika

  jako płatnik)

- Obca substancja na liście lub

  koperta • Nagie zdjęcia, w tym zdjęcia przedstawiające sutki i/lub owłosienie łonowe

- Gang/Grupa zagrażająca bezpieczeństwu

  materiał (jeśli dotyczy gangu,

  wszystko wraca do

  nadawca listu) • Zdjęcia broni i/lub napojów alkoholowych

- Karty z twardego plastiku (cokolwiek grubsze niż dowód osobisty osoby przebywającej w areszcie)

Jeżeli na kopercie nie ma „adresu zwrotnego", Osoba przebywająca pod opieką zostanie poinstruowana przez

  pocztę od pracownika poczty z podaniem adresu, pod który można będzie zwrócić kontrabandę

  nadawca. Uwaga: Osobom przebywającym w areszcie nie wolno wchodzić ani prowadzić:

  działalność gospodarczą z wewnątrz instytucji (w tym wydanie książki). Żadnego proszenia o pieniądze dla A

  przedsięwzięcie biznesowe jest dozwolone.


- Publikacje

Możesz subskrybować, zabiegać o bezpłatne kopie lub kupować pojedyncze egzemplarze zatwierdzonych gazet, czasopism, książek i innych publikacji w celu dostarczenia ich do instytucji, składając o to prośbę u kierownika biura pocztowego. Czasopisma, książki i inne publikacje, które nie znajdują się na liście zatwierdzonych, zostaną sprawdzone przez Komisję ds. Przeglądu Publikacji. Na naklejce pocztowej przychodzących publikacji musi znajdować się Twoje imię i nazwisko (pod którym przebywasz w więzieniu) oraz pełny numer instytucji. W przypadku braku tej informacji na etykiecie wysyłkowej publikacja zostanie zwrócona nadawcy. Jeśli zostaniesz przeniesiony, zwolniony warunkowo lub zwolniony, Twoim obowiązkiem jest poinformować wydawcę o zmianie adresu.

Publikacje przyniesione do placówki przez rodzinę lub przyjaciół Osób przebywających pod opieką będą ograniczone do 5 podczas jednej wizyty. Jedynymi dozwolonymi zapisami w książce/publikacji jest imię i nazwisko osoby przebywającej w areszcie (pod którym przebywasz w więzieniu) oraz numer instytucji. Żadne inne nazwiska, adresy, notatki, wiadomości itp. nie są dozwolone. Obsługa głównej bramy ich nie przyjmie. Książek i/lub gazet nie należy pakować, owijać ani w żaden inny sposób zamykać/przykrywać. Przy głównej bramie nie można zostawiać książeczek z łamigłówkami ani książek w twardej oprawie dla Osoby przebywającej w areszcie, można je jednak przesłać pocztą.

Publikacje są sprawdzane pod kątem tego, czy nie zagrażają bezpieczeństwu, porządkowi, resocjalizacji i dyscyplinie, nie ułatwiają działalności przestępczej ani nie naruszają potrzeb w zakresie zdrowia psychicznego Osób pozbawionych wolności, zgodnie z oceną specjalisty ds. zdrowia psychicznego.

W przypadku zainicjowania przeglądu osoba przebywająca w areszcie zostanie powiadomiona na piśmie, że publikacja jest w trakcie przeglądu, a powiadomienie będzie zawierać wyjaśnienie, dlaczego uznano, że publikacja zawiera niedopuszczalny materiał.

• Taśmy i kasety

Każda osoba przebywająca w areszcie, która ma wadę wzroku, może kwalifikować się do programu „Książki na taśmie". Wnioski można składać za pośrednictwem Administratora Zakładu Opieki Zdrowotnej.

BEZPŁATNE KSIĄŻKI DLA OSÓB OSOBOWYCH:

• Aby uzyskać darmowe książki, napisz na następujący adres:

Książki UC (bezpłatne książki dla więźniów)

PO Pudełko 515

Urbana, IL 61803-0515

REGULAMIN MIESZKANIA ID 05.03.001

1. Zamknięcie placówki następuje o godzinie 21:15.

2. Drzwi do celi należy zdjąć z zamka zgodnie z rozkładem pomieszczeń mieszkalnych lokalu mieszkalnego. Po powrocie do lokalu mieszkalnego wszystkie osoby przebywające w areszcie zostaną zamknięte do czasu zakończenia porannego liczenia.

3. W budce telefonicznej może przebywać jednocześnie tylko jedna osoba. Trójstronne rozmowy telefoniczne nie są dozwolone. Z telefonów mogą korzystać wyłącznie osoby przebywające w areszcie, posiadające przydzielony numer PIN. Osoby przebywające w areszcie mogą posługiwać się wyłącznie własnym numerem PIN.

4. Żadna osoba przebywająca w areszcie nie zostanie wpuszczona do celi innej osoby z jakiegokolwiek powodu. Osoby pozbawione wolności nie mogą wpuszczać innych osób przebywających w areszcie do swoich cel.

5. We wszystkich jednostkach mieszkalnych dostępne są pralki. Osoby przebywające w areszcie (z wyjątkiem portiera pralni) nie mają wstępu do pralni. Gromadzenie się na tym obszarze jest zabronione.

6. W pokojach dziennych nie wolno używać radia, sprzętu stereo itp. z niezależnymi głośnikami. Niesmaczna muzyka podlega konfiskacie. Osobiste radia/odtwarzacze kasetowe typu Walkman, które

7. Osoby przebywające w areszcie mają obowiązek zamykania drzwi cel w godzinach przydzielonych im świetlic.

8. W pomieszczeniach mieszkalnych nie będą dozwolone zabawy konne, hałas, bieganie, ćwiczenia itp.

9. Światła, radia, telewizory, gorące garnki itp. będą wyłączone, gdy osoby przebywające w areszcie nie będą przebywać w swoim pokoju.

10. Łóżka będą ścielone po wstaniu z łóżka, a przed wyjściem osób przebywających w areszcie do pracy, szkoły lub na inne zajęcia. Łóżka należy zostawiać wzdłuż i pod ścianą przed drzwiami celi.

11. Osoby przebywające w areszcie mają obowiązek być w pełni ubrane, zgodnie z dokumentem tożsamości. 05.02.040 Kodeks ubioru osoby przebywającej w areszcie i zasady PREA. Osoby przebywające w areszcie powinny mieć świadomość, że w całym Oddziale Mieszkaniowym będzie pracował personel odmiennej płci. Osoby przebywające w areszcie muszą być odpowiednio ubrane, jak zawsze w celi, z wyjątkiem: przed i po kąpieli.

12. Żadna osoba przebywająca w areszcie nie będzie mogła opuszczać placówki w późniejszym terminie w związku z przemieszczaniem się, np. w celu posiłku, na podwórko, do sali gimnastycznej, do szkół itp.

13. Nie należy wieszać przedmiotów na ścianach, łóżkach, oknach, drzwiach, umywalkach i stołkach. Nic nie może zniekształcać ścian komórek.

14. W żadnym wypadku nie można umieszczać niczego, co utrudniałoby wgląd do celi przez okna lub drzwi, chyba że zalecono to

15. Na osobę przebywającą w areszcie w każdej piwnicy dozwolona jest tylko jedna skrytka na własność i jedna skrzynka korespondencyjna. W celach nie wolno wnosić nadmiaru papieru, śmieci ani tektury. Cele będą zawsze utrzymywane w porządku i czystości. Wszystkie przedmioty majątkowe będą odpowiednio przechowywane podczas porannego liczenia oraz gdy osoba przebywająca w areszcie będzie poza pomieszczeniem mieszkalnym.

16. W żadnym wypadku nic nie będzie umieszczane ani zawieszane na szynach skrzydeł. Kiedy lokatorzy sprzątają celę, wszystkie przedmioty mają pozostać w celi.

17.Wszystkie osoby przebywające w areszcie muszą stosować się do bezpośrednich poleceń każdego pracownika.

18. Z celi nie wolno wyrzucać żadnych przedmiotów na skrzydła.

19. Posiadanie przedmiotów związanych ze STG jest niedozwolone.

20. Do lokali mieszkalnych nie wolno wnosić jedzenia z jadalni. Jedynym wyjątkiem są pozycje menu z przekąskami dla diabetyków i/lub zatwierdzone przez Wardena.

21.Osoby przebywające w areszcie mają obowiązek zawsze posiadać przy sobie dowód osobisty. Dowody identyfikacyjne należy nosić na wierzchniej części ubrania podczas poruszania się po obiekcie, z wyjątkiem sytuacji, gdy uczestniczy się w zajęciach rekreacyjnych lub przydzielonych zadaniach określonych przez naczelnika. Za zgubiony dowód osobisty zostanie pobrana opłata w wysokości 5 dolarów.

22.Osoby przebywające w areszcie nie mogą wchodzić do innych lokali mieszkalnych lub skrzydeł niż te, do których są przydzielone.

23. W lokalu mieszkalnym nie wolno wykonywać ani przyjmować fryzur.

24. W pomieszczeniach wspólnych lokalu mieszkalnego nie wolno spożywać posiłków.

25. Należy zawsze nosić obuwie na skrzydle jednostki mieszkalnej, gdy osadzony znajduje się poza celą.

26. W pokoju dziennym nie wolno używać stołków.

27. Na każdą słuchawkę prysznicową może wchodzić jedna osoba przebywająca w areszcie (przy zaciągniętej zasłonie). Osoby przebywające w areszcie oczekujące na prysznic poza obszarem zasłony muszą być odpowiednio ubrane.

28. Pomieszczenie pralni nie będzie wykorzystywane do celów higieny osobistej (tj. mycie zębów, golenie itp.) oraz prania odzieży lub przedmiotów znajdujących się w zlewie pralni.

29. Na każdym skrzydle wokół drzwi wejściowych do skrzydła wyznaczono obszar z płytkami podłogowymi w innym kolorze. Ten obszar skrzydła jest obszarem ograniczonego ruchu. Osobom przebywającym w areszcie zabrania się wchodzenia na ten obszar lub gromadzenia się w tym obszarze bez uprzedniej zgody oficera skrzydłowego

ID 05.02.40 Osoba przebywająca w areszcie

(OBOWIĄZUJE 30.06.2022)

Zasadą jest, że osoby przebywające w areszcie powinny być odpowiednio ubrane i zadbane, aby zapewnić bezpieczne i higieniczne środowisko.

1. Wymagania

A. Funkcjonariusze świetlicy upewnią się, że wszystkie osoby przebywające w areszcie przestrzegają zasad ubioru przebywającej w areszcie przed zezwoleniem na opuszczenie lokalu mieszkalnego. Osobom naruszającym zasady ubioru osoby przebywającej w areszcie zostanie sporządzony raport dyscyplinarny (DOC 0317), jeśli personel uzna to za stosowne za naruszenie zasad identyfikacyjnych. 05.03.01 Regulamin lokali mieszkalnych, #12.

B. Odzież, w tym buty, noszona przez wszystkie osoby pozbawione wolności powinna być odpowiednio dopasowana, niezmieniona, odpowiednia i reprezentacyjna. Stan odzieży noszonej podczas ruchów masowych i zadań roboczych powinien być możliwie jak najbardziej zbliżony do nowego. Otwory, rozdarcia i przetarcia należy naprawić. Odzież noszona w złym stanie zostanie skonfiskowana. Odzież nie może posiadać żadnych napisów ani grafik. Odzież nie może być w żaden sposób zmieniana.

2. Wymagania ogólne

A. Koszule

1. Bluza zakupiona przez komisarza, tylko w kolorze szarym (bez kapturów);

2. Należy podać koszule zapinane na guziki z podwiniętym ogonem;

3. Koszulki

B. Spodnie

1. Spodnie Blue State muszą być zapinane na guziki i zamek.

2. Spodnie nie będą włożone do butów/butów

3. Kombinezony w razie potrzeby

A. Osoby przebywające w areszcie w warunkach restrykcyjnych będą nosić brązowy kombinezon

B. Osoby przebywające w areszcie z ograniczeniami dotyczącymi pokoju dziennego będą nosić szary kombinezon

C. Obuwie

1. Praca lub sukienka w kolorze brązowym, czarnym lub wydanym przez państwo. Wysokość obcasów nie może przekraczać jednego (1) cala. Brak butów ze stalowymi noskami. Żadnych butów zawierających stalowe trzonki. Białe buty do tenisa wydane przez państwo lub cywilne należy zakupić u komisarza. Zabronione jest wnoszenie obuwia domowego i obuwia pod prysznic na zewnątrz lokalu mieszkalnego (zalecenie lekarza może zastąpić). Jednorazowo można nosić tylko jeden kolor sznurówek. Obuwie na specjalne zamówienie można zamówić spoza obiektu, po ustaleniu medycznym ORAZ za zgodą naczelnika.

D. Kurtki i Płaszcze

1. Niebieski, wydany przez państwo lub niebieski dżins. Żadnych przerobionych kurtek. Wykończenie z jakiegokolwiek materiału (skóra itp.) jest zabronione. Nie napisano żadnych pseudonimów. Nie barwiony kwasem ani bielony. Kamizelki są zabronione.

mi. Nakrycia głowy

1. Opcjonalnie — musi to być wydana przez państwo niebieska czapka z daszkiem lub niebieska czapka z daszkiem lub zakupiona przez komisarza opaska narciarska. Czapki baseballowe należy nosić z dziobem skierowanym bezpośrednio do przodu od twarzy. Brak kapturów. Przy wejściu do dowolnego budynku

należy zdjąć całe nakrycie głowy. Od 3.12.21 można nosić przez cały czas nakrycia głowy o charakterze religijnym, charakterystycznym dla zadeklarowanej i udokumentowanej tożsamości religijnej.

F. Rękawice

1. Opcjonalnie — wydane przez państwo (typ roboczy z bawełny), skórzane rękawice robocze wydane przez osoby nadzorujące przydział lub zakupione przez komisarza. Przeróbki rękawic są zabronione.

G. Chusteczki

1. Można kupić w Komisarzu i nosić przy sobie, ale nie można go wystawiać.

H. Makijaż

1. Nie wolno stosować/nosić na twarz żadnych substancji kolorowych w celach kosmetycznych, z wyjątkiem zatwierdzonych kosmetyków zakupionych w kantynie.

I. Biżuteria

1. Naszyjnik musi mieć uznane znaczenie religijne, z dołączonym medalikiem religijnym i musi być noszony pod wewnętrzną częścią koszuli. Zegarek musi mieć wygrawerowany na odwrocie numer osoby przebywającej w areszcie. Jedna (1) obrączka (jeśli jest obecnie w związku małżeńskim). Zezwolenia wymagane dla wszystkich elementów biżuterii. Wartość biżuterii nie może przekraczać 50,00 dolarów.

3. Wytyczne dotyczące ubioru rekreacyjnego (na siłownię i na podwórko).

A. Koszule (wymagane, zgodnie z informacją indywidualną w Biuletynie Custody 09-003)

1. Wymagania ogólne

2. Dozwolone jest także:

A. Koszule (zewnętrzne): Zgodnie z tą procedurą.

B. Koszule (pod): białe

C. Bluza: jednolity szary

B. Spodnie

1. Wymagania ogólne.

2. Dozwolone jest także:

A. Spodenki sportowe/siłownicze

B. Spodnie dresowe - jednolity szary

C. Paski – STANOWE PASY BAGAŻOWE SĄ DOZWOLONE DO NOSZENIA WYŁĄCZNIE PODCZAS LINII SIŁOWNI.

D. Kurtki i Płaszcze

1. Wymagania ogólne.

mi. Nakrycia głowy

1. Wymagania ogólne.

F. Rękawice

1. Wymagania ogólne.

G. Chusteczki

1. Wymagania ogólne.


4. Wytyczne dotyczące ubioru dotyczącego przydziału pracy/programu (w tym edukacji).

A. Koszule (zewnętrzne)

1. Wymagania ogólne.

2. Budynek administracyjny – koszula niebieska – fartuch zgodnie z wydaniem.

3. Fryzjer – Fartuch zgodnie z wydaniem.

B. Bielizna

1. Pod spodniami i koszulą można nosić bieliznę termiczną z wyjątkiem

Pracownicy administracji budowlanej.

C. Koszule (poniżej)

1. Wymagania ogólne.

2. Dozwolone jest także: zdjęcie zewnętrznej koszuli w celu odsłonięcia BIAŁEJ koszulki po przybyciu do pracy w warunkach wysokiej temperatury lub dużego wysiłku. Przełożony musi wyrazić zgodę. Nie dotyczy budynku administracyjnego.

D. Spodnie

1. Wymagania ogólne.

mi. Kurtki i Płaszcze

1. Wymagania ogólne.

F. Obuwie

1. Wymagania ogólne.

G. Nakrycia głowy

1. Wymagania ogólne.

2. Dietetyczne (za linią podawania). – Siatka na włosy i/lub biała papierowa czepek higieniczny zgodnie z wydaniem.

3. Produkty dietetyczne (przetwory spożywcze/sklep mięsny) – Siatka na włosy i/lub biała papierowa czepek higieniczny zgodnie z wydaniem.

4. Pracownicy dietetyczni powinni także nosić osłonę brody, jeśli ma to zastosowanie.

H. Rękawice

1. Wymagania ogólne.

I. Chusteczki

1. Wymagania ogólne.

J. Inna odzież specjalna

1. Konserwacja/podstawa Pracownicy załogi mogą nosić odpowiednią odzież ochronną zgodnie z wydaniem, za zgodą przełożonego.

2. Magazyn/Osoba przebywająca w areszcie Komisarz/Przemysł/Odzież/Pralnia/Zakład fryzjerski/Konserwacja i tereny Pracownicy załogi mogą nosić szare bluzy i/lub bieliznę termiczną w miejscu pracy.

5. Wytyczne dotyczące wizyt osób przebywających w areszcie

A. TYLKO niebieskie koszule stanowe. Koszule muszą być zapięte i wpuszczone w spodnie.

B. Stanowe niebieskie spodnie

C. Można nosić autoryzowaną kurtkę

D. Obuwie – Wymagania ogólne

6. Dress code lokalu mieszkalnego

A. Na terenie Pokoju Dziennego należy przez cały czas nosić spodnie lub szorty (niedopuszczalna jest bielizna ani piżama).

B. Przez cały czas należy nosić buty lub klapki pod prysznic.

C. Osoby przebywające w areszcie, udające się lub wychodzące z obszaru prysznica, powinny być odpowiednio zakryte.

**Według biuletynu 18-032 dotyczącego osób przebywających w areszcie: Wszystkie osoby przebywające w areszcie opuszczające lokale mieszkalne w celach innych niż rekreacyjne, muszą mieć koszule całkowicie zapięte (z wyjątkiem ostatniego guzika na górze), a poły koszuli są wpuszczone. Osoby przebywające w areszcie mogą nosić pod ubraniem bluzy i długą bieliznę. Osoby przebywające w areszcie, które mają spodnie zapinane na guziki i/lub zamki błyskawiczne, muszą mieć spodnie zapinane na guziki i/lub zamek błyskawiczny. Spodnie nie mogą być włożone w buty lub botki. Cała odzież powinna być odpowiednio dopasowana i niezmieniona, odpowiednia i reprezentacyjna (tj. żadne spodnie nie

mogą zwisać poniżej talii). Niezastosowanie się do powyższego będzie skutkować wszczęciem
postępowania dyscyplinarnego.

ZASADY ZWIEDZANIA

1. Przed wejściem na teren obiektu następuje akceptacja zwiedzających. Osoba poniżej 18 roku życia
może zostać wyrażona na wizytę wyłącznie za pisemną zgodą rodzica lub opiekuna prawnego. Osobie
odwiedzającej, która nie ukończyła 18. roku życia, musi towarzyszyć osoba, która ukończyła 18. rok życia i
która jest osobą upoważnioną. Jednakże osoby takie mogą odwiedzać wyłącznie w towarzystwie rodzica
lub opiekuna prawnego lub po uzyskaniu uprzedniej pisemnej zgody rodzica lub opiekuna
wyznaczającego osobę (która ukończyła 18 lat) osobę towarzyszącą dziecku. Proces ten rozpocznie się od
formularza DOC 0330 „Zezwolenie na widzenie z małoletnim dzieckiem". Formularz musi być podpisany i
opatrzony datą. Oryginał formularza należy przesłać do placówki. Żaden faks ani kopia nie będą
akceptowane. Możesz poprosić o ten formularz od swojego doradcy. W jednym formularzu można
wpisać tylko jedno dziecko i jedną osobę towarzyszącą. Zatwierdzona notatka pozostaje w mocy przez
jeden (1) rok od daty podpisu Strażnika. Zgoda ta musi zostać zatwierdzona przez Dyrektora
Administracyjnego przed wizytą.

2. Podczas pierwszej wizyty w dowolnej placówce IDOC osoby przebywające w areszcie będą musiały:

• Wypełnij formularz wywiadu z potencjalnym gościem (DOC 0148)

• Podaj 2 formy dokumentu tożsamości. Pierwszym z nich musi być ważne prawo jazdy, stanowy dowód
osobisty, karta FOID lub akceptowalna dokumentacja obywatela spoza USA, w tym aktualny paszport,
wiza lub dokumentacja Matricula oraz dokumentacja zawierająca datę urodzenia i aktualny adres
fizyczny. Należy również przedstawić dodatkowy dokument tożsamości. Akceptowanym formularzem
drugiego dokumentu tożsamości może być: prawo jazdy, dowód osobisty, paszport, akt urodzenia,
legitymacja służbowa, szkolna lub wojskowa, dowód rejestracyjny wyborcy, paszport lub matura. Karta
ubezpieczenia społecznego, karta DHS Link i karta medyczna NIE będą akceptowane.

• Podczas kolejnych wizyt goście będą zobowiązani do okazania dokumentu tożsamości ze zdjęciem
zawierającego aktualny adres fizyczny oraz podania informacji o pojeździe i innych istotnych danych.
Akceptowany dokument tożsamości ze zdjęciem obejmuje prawo jazdy, kartę FOID, dowód osobisty,
dowód szkolny, służbowy lub wojskowy albo paszport. Karta ubezpieczenia społecznego, karta DHS Link i
karta medyczna DHS NIE będą akceptowane.

• Przeszukiwaniu podlegają wszyscy odwiedzający, ich pojazdy i majątek. Każdy gość, który odmówi
poddania się jakimkolwiek przeszukaniom, zostanie pozbawiony dostępu do obiektu i będzie podlegał
ograniczeniom dla zwiedzających.

• Jakakolwiek znaleziona kontrabanda zostanie udokumentowana, a uprawnienia do odwiedzin zostaną
sprawdzone. Każda osoba, która wnosi kontrabandę do zakładu karnego lub posiada kontrabandę w
ośrodku karnym, podlega karze zgodnie z 720ILCS 5/31.A i nast.

3. Strażnik lub naczelnik może odmówić, zawiesić lub ograniczyć uprawnienia do odwiedzin tymczasowo lub na stałe, w oparciu o następujące przesłanki:

• Wymagania dotyczące bezpieczeństwa i ochrony

•        Wolne miejsce

• Zakłócające zachowanie Osoby przebywającej pod opieką lub gościa

• Nadużycie prawa do odwiedzin przez Osobę przebywającą pod opieką lub osobę odwiedzającą

• Naruszenie prawa stanowego lub federalnego bądź Regulaminu Departamentu przez Osobę przebywającą w areszcie lub osobę odwiedzającą

4. Ograniczenie tymczasowe obejmuje okres do sześciu (6) miesięcy. Poniższe zachowanie może spowodować tymczasowe ograniczenie odwiedzającym możliwości odwiedzania Osób przebywających pod opieką w tej placówce oraz w innych placówkach na terenie Departamentu. Każde z poniższych działań może skutkować czasowym ograniczeniem odwiedzin:

• Zakłócanie porządku o drobnej naturze

• Niestosowanie się do polecenia lub opublikowanego regulaminu

• Odmowa poddania się przeszukaniu

• Posiadanie narkotyków lub akcesoriów związanych z narkotykami

• Bycie pod wpływem alkoholu lub narkotyków

• Posiadanie innej kontrabandy w rozumieniu przepisów stanowych, federalnych lub lokalnych bądź innych przepisów departamentalnych, które nie są szczegółowo określone w tej podczęści.

Gość, który chce odwołać się od nałożonego ograniczenia lub uzyskać przywrócenie uprawnień do odwiedzin po wygaśnięciu tymczasowego ograniczenia, musi to zrobić, wysyłając pisemny wniosek do kierownika placówki, w której nałożono ograniczenie.

5. Ograniczenie stałe może obowiązywać na czas nieokreślony przekraczający sześć (6) miesięcy. Każde z poniższych działań gościa może skutkować trwałym ograniczeniem możliwości odwiedzania jakiejkolwiek Osoby przebywającej pod opieką w tej placówce i innych placówkach IDOC:

• Zachowanie agresywne (atak fizyczny, groźba słowna spowodowania obrażeń ciała)

na jakąkolwiek osobę

• Niewłaściwe zachowanie seksualne (stosunek seksualny, masturbacja, pieszczoty genitaliów itp.)

- Posiadanie jakiejkolwiek broni (pistolet, nóż, naboje itp.)

- Posiadanie narkotyków, akcesoriów związanych z narkotykami lub alkoholu

- Posiadanie pieniędzy

- Posiadanie akcesoriów umożliwiających ucieczkę

- Podawanie fałszywej identyfikacji lub informacji

- Naruszenie prawa stanowego, federalnego lub lokalnego podczas wizyty, w tym aresztowanie i/lub skazanie na podstawie jakichkolwiek działań popełnionych podczas wizyty

- Każde powtórzenie się działania, które wcześniej spowodowało tymczasowe ograniczenie

- Zakłócające zachowanie o poważnym charakterze


Do gościa zostanie wysłane pismo informujące o rodzaju ograniczeń. W przypadku ograniczenia odwiedzający nie będzie miał dostępu do żadnego obiektu IDOC.


Gość chcący odwołać się od nałożonego ograniczenia lub przywrócenia uprawnień do odwiedzin musi to zrobić, wysyłając pisemny wniosek do naczelnika placówki, w której nałożono ograniczenie.

6. Wizyty mogą zostać ograniczone do wizyty bezkontaktowej, zgodnie z ustaleniami Dyrektora, ze względu na bezpieczeństwo i ochronę obiektu.

A. Wszystkie wizyty osób przebywających w areszcie w dyscyplinarnych placówkach mieszkaniowych objętych restrykcjami ograniczają się do wizyt bezkontaktowych.

B. Osoby przebywające w areszcie będą ograniczone do wizyt bezkontaktowych przez co najmniej sześć miesięcy, jeśli:

1. Znaleziono przy posiadaniu nielegalnych narkotyków

2. Nie przejść testu na obecność narkotyków lub nie przedstawić próbki do badania na obecność narkotyków

3. Uznany za winnego działalności gangów lub niedozwolonej działalności organizacyjnej

4. Uznany za winnego napaści na pracownika Departamentu


7. Jeżeli kontrabanda zostanie odkryta w posiadaniu osoby zaangażowanej, zarówno w trakcie, jak i po wizycie, przyjmuje się, że kontrabanda została wniesiona przez osobę odwiedzającą osoby przebywające w areszcie, a odwiedzający otrzyma zakaz odwiedzin.

8. Strażnik może tymczasowo zawiesić część lub wszystkie uprawnienia do odwiedzin, jeżeli placówka lub jej część jest zamknięta.

9. Osobie przebywającej na zwolnieniu warunkowym w zawieszeniu, zwolnieniu warunkowym lub pod nadzorem, bądź byłej osobie przebywającej w areszcie, przysługuje zakaz odwiedzin, chyba że otrzymał wcześniej pisemną zgodę od naczelnika. Muszą także okazać pismo, gdy przyjdą do placówki.

10. Godziny odwiedzin: Godziny odwiedzin: 8:00–12:00, 12:00–16:00 i 16:00–20:00, siedem (7) dni w tygodniu, łącznie z weekendami i świętami. Zwiedzających należy zgłaszać z 14-dniowym wyprzedzeniem. Zaleca się także kontakt telefoniczny z placówką na 1-2 dni przed wizytą w celu potwierdzenia.

• Godziny odwiedzin osób przebywających w placówce opiekuńczej, umieszczonych w placówkach o restrykcyjnych warunkach mieszkaniowych lub mających status braku kontaktu, będą wynosić 8:00 i 12:00, siedem (7) dni w tygodniu i będą ograniczone do jednej godziny i nie będą kontakt. Na te wizyty może zgłosić się maksymalnie 2 gości. Jeżeli gość zapisze się na wizytę popołudniową, wizyta zostanie anulowana, a odwiedzający otrzyma e-mail z powodem anulowania.

• Godziny wizyt osób przebywających pod opieką w Przychodni Oddziału Opieki Zdrowotnej, które nie mogą udać się do sali wizyt, zostaną wcześniej uzgodnione z Administratorem Oddziału Opieki Zdrowotnej i Zastępcą Kierownika Programów. Wizyty trwają jedną (1) godzinę i są nadzorowane przez pracowników ochrony.

11. Osoby przebywające w Areszcie mogą otrzymać jedną wizytę dziennie. Jednakże osoby przebywające w placówce opiekuńczej mogą otrzymać łącznie tylko dwie (2) wizyty w weekendy (sobota i niedziela) w miesiącu lub w święto, co będzie wliczone w całkowitą liczbę siedmiu (7) wizyt w miesiącu. Osobom przebywającym w areszcie zamkniętym w placówkach o restrykcyjnych warunkach mieszkaniowych zezwala się na dwie (2) bezkontaktowe wizyty trwające jedną (1) godzinę w miesiącu kalendarzowym. Ogólna populacja Osoby przebywające w areszcie, mające status wizyty bezkontaktowej, mają prawo do pięciu (5) wizyt trwających jedną (1) godzinę w miesiącu.

12. Wizyty są ograniczone do trzech osób (połączenie osób dorosłych i/lub dzieci). Ze względu na wykorzystanie przestrzeni, ogólny komfort i nadzór, dzieci o wzroście powyżej 36 cali (3 stóp) nie będą mogły siedzieć na kolanach osoby dorosłej i będą zajmować miejsce przy stole.

13. Liczba odwiedzających ograniczona jest do osób, które mogą zająć miejsca przy jednym stoliku w Pokoju Wizyt (4 miejsca, w tym Osoba przebywająca pod opieką). Osoby przebywające pod opieką mogą poprosić o maksymalnie dwa (2) dodatkowe krzesła przy stole podczas wizyt, jeśli zaangażowani goście są najbliższą rodziną Osoby przebywającej pod opieką. Wniosek należy złożyć na piśmie do naczelnika przed wizytą. Wniosek musi zostać rozpatrzony pozytywnie przez naczelnika, zastępcę kierownika ds.

operacyjnych lub zastępcę naczelnika ds. programów przed wizytą, najlepiej na 1 miesiąc przed wizytą, ale co najmniej 2 tygodnie przed wizytą.

14. Zwiedzający może wejść na teren obiektu w celu zwiedzania tylko raz dziennie.

15. Członek rodziny i/lub przyjaciel Osób przebywających pod opieką może zamówić lub przywieźć do placówki zatwierdzone publikacje. Publikacje te można dostarczyć konkretnej osobie przebywającej w areszcie przy Bramie Głównej. Wszystkie publikacje podlegają przeglądowi Komisji ds. Przeglądu Publikacji w celu sprawdzenia, czy nie naruszają kwestii bezpieczeństwa i ochrony ani standardów dotyczących nieprzyzwoitości. Po zatwierdzeniu publikacje te zostaną przesłane osobie przebywającej pod opieką. Mogą jedynie umieszczać swoje imię i nazwisko oraz numer identyfikacyjny na wszystkich publikacjach pozostawionych przy bramie głównej.

16. Odwiedzający mogą mieć prawo do noszenia nakryć głowy o charakterze religijnym, jeżeli:

• Nie ma żadnych obaw związanych z bezpieczeństwem

• Nakrycie głowy zostało zdjęte i dokładnie przeszukane

• Gość wskazał, że nakrycie głowy ma znaczenie religijne

• Nakrycie głowy to kufi, jarmułka, turban lub fez

Pisemny wniosek o noszenie nakrycia głowy innego niż wymienione powyżej należy złożyć w sekretariacie

Kierownika co najmniej dziesięć (10) dni przed jakąkolwiek wizytą. Aby można było nosić nakrycie głowy, Strażnik musi zatwierdzić prośbę. Niezłożenie żądania w terminie skutkuje odrzuceniem żądania.

17. Gość nie może wnosić na teren placówki zegarków, okularów przeciwsłonecznych, paczek, torebek, toreb, worków itp.

18. Zwiedzającym nie wolno wnosić na teren obiektu telefonów komórkowych, pagerów, komputerów i innego sprzętu elektronicznego. Aparaty nie są dozwolone.

19. Za Bramę Główną obiektu nie można wnosić pieniędzy. Zwiedzający mogą zakupić kartę debetową przy Bramie Głównej po wejściu do obiektu za banknot 5 dolarów. Na karcie debetowej można przelać do pięćdziesięciu (50 dolarów) dolarów. Kartę debetową można zabrać ze sobą do i z placówki. Z tej karty debetowej można korzystać wyłącznie w ośrodku więziennym w Danville.

• Karty debetowej nie można przekazywać innemu gościowi

• Karty debetowej nie należy pozostawiać Osobie pod Opieką

• Odpowiedzialność za karty debetowe ponosi kupujący

• Niewykorzystane saldo nie zostanie zwrócone

• Kart debetowych nie można używać w żadnym innym obiekcie

20. Automaty z żywnością i napojami znajdują się w Sali Wizyt.


21. W przypadku niemowląt i małych dzieci Gość może wnieść na teren obiektu następujące artykuły pierwszej potrzeby: cztery (4) pieluszki w przezroczystym woreczku/torebce, chusteczki higieniczne w przezroczystym woreczku/torebce, dwie (2) butelki plastikowe, preparat dla niemowląt w przezroczystym plastikowym pojemniku lub torebce, jeden (1) plastikowy, szczelnie zamknięty pojemnik z żywnością dla niemowląt, jedna (1) plastikowa łyżka, jeden (1) kocyk dla dziecka i jeden (1) smoczek. Całość preparatu należy wymieszać w butelce przy głównej bramie, przed personelem. Dla dzieci do czwartego (4) roku życia dozwolony będzie jeden (1) kubek niekapek. Po przybyciu kubek musi być plastikowy, przezroczysty i pusty. ZAKAZ SZKŁA.


22. Z wyjątkiem leków nasercowych lub pompy na astmę (inhalatora), przepisanych przez lekarza, na Pomieszczenie Wizyt nie wolno wnosić żadnych tabletek ani leków jakiegokolwiek rodzaju. Leki na serce muszą znajdować się w odpowiednio oznakowanym pojemniku. Leki przyniesione do placówki należy zgłosić kierownikowi sali wizyt.

• Pozostałe leki należy pozostawić w szafkach przy Bramie Głównej. Strzykawki z insuliną należy zabezpieczyć przy Bramie Głównej i powiadomić o tym obsługę Bramy Głównej. W razie potrzeby odwiedzający będą mogli wrócić do Bramy Głównej w celu podania zastrzyku insuliny. Po zakończeniu wizyty strzykawki należy usunąć z placówki.

• Dowódca zmiany musi zatwierdzić wszelkie wyjątki.


23. Zwiedzający mogą przechowywać kluczyki do samochodu w szafkach dostępnych przy Bramie Głównej za opłatą 0,50 centów. Po zakończeniu wizyty zostanie wydany klucz umożliwiający odbiór przedmiotów. Zagubienie kluczy do szafki będzie skutkować naliczeniem opłaty w wysokości pięciu dolarów (5 dolarów). Odwiedzający muszą przechowywać telefony komórkowe, torebki, zegarki, urządzenia elektroniczne i wyroby tytoniowe w zamkniętym pojeździe. NIE MOŻNA przechowywać tych przedmiotów w szafkach, NIE wolno ich umieszczać w poczekalni.

REGULAMIN POKOJU WIZYT


1. Osoby przebywające w areszcie muszą nosić wydane przez stan niebieskie koszule, zapinane na wszystkie guziki z wyjątkiem dwóch górnych (2), spodnie wydane przez stan i czarne buty wydane przez

stan lub buty sportowe wydane przez stan. Czapki, kapelusze i bluzy NIE są dozwolone. Przed wizytą należy zdjąć warkocze z włosów Opieki.

2. Odwiedzający i osoby przebywające w areszcie mogą całować się w usta i przytulać TYLKO przy wejściu i wyjściu. Niedozwolone są długie uściski, inne pieszczoty ani zachowania intymne. Ręce można trzymać wyłącznie nad stołem.

3. Zabrania się przestawiania mebli.

4. Odwiedzający ponoszą odpowiedzialność za zachowanie swoich dzieci. Zabronione jest bieganie, krzyczenie, wspinanie się po stołach itp. Dzieci mają przebywać przy przydzielonym stoliku. Osoby przebywające w areszcie nie mają za zadanie dyscyplinować gości.

5. Niepokojące zachowanie Osób przebywających pod opieką lub gości będzie przyczyną odebrania uprawnień do odwiedzin. Za drobne naruszenie zasad może zostać wydane jedno (1) ostrzeżenie.

6. Osoby przebywające w Areszcie mogą przechodzić obok automatów przy pierwszym wejściu do sali widzeń, przed rozpoczęciem wizyty i nie mają możliwości powrotu do automatów. Osoby przebywające w areszcie nie mogą posługiwać się kartą debetową.

7. Hazard nie jest dozwolony.

8. Zachowanie duchowne lub zgodne z prawem, niezgodne z działalnością zawodową, powoduje zakończenie wizyty.

9. Osoby przebywające w Areszcie nie mogą mieć przy sobie niczego poza dowodem osobistym, zegarkiem, pierścionkiem i medalionem religijnym, wchodząc do budynku administracyjnego w celu widzenia. Wyżej wymienione przedmioty, z którymi przybywają osoby przebywające pod opieką, są jedynymi przedmiotami, z którymi osoby przebywające pod opieką będą mogły je opuścić.

10. Niedozwolone są rozmowy pomiędzy Osobami przebywającymi pod opieką i/lub gośćmi innymi niż ich własne. Zabrania się rozmów pomiędzy stolikami.

11. Osoby przebywające pod opieką nie mogą korzystać z toalet dla gości, a odwiedzający nie mogą korzystać z toalety dla osoby przebywającej w areszcie. Osoby przebywające w areszcie i odwiedzający muszą skontaktować się z personelem ochrony, aby poprosić o skorzystanie z toalety.

12. Niedozwolone jest żadne przechodzenie z jednego stołu na drugi, chyba że za zgodą pracownika ochrony.

13. Wspólne wizyty (tylko z najbliższą rodziną) nie są dozwolone, chyba że przed wizytą uzyskano uprzednią zgodę naczelnika, zastępcy naczelnika ds. operacyjnych lub zastępcy naczelnika ds. programów.

14. Po otrzymaniu informacji o zakończeniu wizyty ze względu na zbyt duże obłożenie, wizytę należy zakończyć w terminie 5 minut.

15. Osoby przebywające w areszcie mają siedzieć na krześle oznaczonym literą „I".

16. Odwiedzający i osoby przebywające w areszcie nie mogą gromadzić się przy biurku funkcjonariusza. Gość po opuszczeniu stolika po zakończeniu wizyty ma obowiązek opuścić salę wizyt zgodnie z niniejszym regulaminem.

17. Gość ma obowiązek poddania się rewizji po wyjściu z toalety, przed ponownym skorzystaniem z toalety.

18. Osoby przebywające w areszcie mają obowiązek zostać przeszukane przed skorzystaniem z toalety.

WYTYCZNE WIZYTY WIDEO

DOC nawiązał współpracę z Global Tel Link (GTL) w celu świadczenia usług wizyt wideo. Numer telefonu obsługi klienta Global Tel Link to 1-855-208-7349.

Wszyscy potencjalni odwiedzający muszą zarejestrować się w GTL (https://ildoc.gtlvisitme.com). Proces rejestracji będzie obejmował wypełnienie formularza wywiadu z potencjalnym gościem (PVI). Wszyscy odwiedzający muszą w pełni wypełnić ten formularz za pomocą GTL, nawet jeśli wypełnili go w innym obiekcie. Pominięcie wymaganych informacji w formularzu może skutkować odmową rejestracji. Zachęcamy osoby dorosłe, aby najpierw zarejestrowały się, a następnie dodały do systemu swoje niepełnoletnie dzieci lub opiekunów.

Aby móc skorzystać z wizyty, wszyscy odwiedzający w wieku co najmniej 17 lat, urzędnicy państwowi i osoby odwiedzające osoby prawne muszą znajdować się na zatwierdzonej liście odwiedzin osoby przebywającej w areszcie. Aby sprawdzić, czy znajdujesz się na liście gości osoby przebywającej w areszcie, powinieneś napisać list do tej osoby z zapytaniem. Personel IDOC nie może Ci powiedzieć, czy znajdujesz się na liście wizyt Osoby przebywającej pod opieką. Można odmówić prawa do odwiedzin, jeśli instytucja lub jej część jest zamknięta.

Wszystkie wizyty wideo będą planowane za pośrednictwem strony internetowej GTL. Nie dzwoń do placówki w celu umówienia wizyty wideo. Osoba odwiedzająca powinna sprawdzić przed zaplanowaniem wizyty wideo daty i godziny dostępne dla Osoby przebywającej pod opieką. Placówka nie może powiedzieć potencjalnemu gościowi, czy data lub godzina będzie odpowiadać harmonogramowi dnia Osoby przebywającej pod opieką. Placówka poinformuje Osobę przebywającą pod opieką (wydanie przepustki telefonicznej) o oczekującej wizycie.

Aby zakwaterować wszystkie osoby przebywające w areszcie w danej placówce, osoba przebywająca w areszcie może otrzymać tylko jedną (1) wizytę wideo dziennie. Nie więcej niż trzech (3) zatwierdzonych gości na wizytę wideo w przypadku osób przebywających w areszcie zamkniętym w populacji ogólnej lub posiadających status osoby objętej opieką ochronną. Osoba przebywająca w areszcie może otrzymać dwie (2) wizyty wideo tygodniowo. Wszystkie wizyty wideo muszą być zaplanowane z co najmniej

czternastodniowym (14) wyprzedzeniem. Wizyty można umawiać z maksymalnie trzydziestodniowym (30) wyprzedzeniem. Na monitorze wideo wizyt mogą pojawiać się tylko zaplanowani goście. Na ekranie może przebywać jednocześnie tylko jedna (1) osoba odwiedzająca (z wyłączeniem dzieci, które podczas wizyty wymagają pomocy przy siedzeniu).

Wizyta wideo jest przywilejem i jest dostępna wyłącznie dla osób przebywających w areszcie w klasie A lub B. Osoby przebywające w placówce opiekuńczej, przebywające w placówkach o ograniczonym dostępie, w celach orientacyjnych lub tymczasowo przebywające w naszej placówce, nie będą mogły korzystać z wizyt wideo. Jeżeli Osoba przebywająca pod opieką zostanie ukarana dyscyplinarnie pomiędzy momentem potwierdzenia wizyty a datą i godziną wizyty, wizyta może zostać odwołana. Gość otrzyma wiadomość e-mail z informacją o anulowaniu. Jeśli placówka zostanie zamknięta przed zaplanowaną wizytą wideo, odwiedzający otrzyma wiadomość e-mail. Polityka zwrotów znajduje się na stronie internetowej GTL.


Wszystkie wizyty podlegają monitorowaniu i nagrywaniu. Wszystkie wizyty wideo są monitorowane na żywo i nagrywane. Wszelkie naruszenia zasad odwiedzin wideo, niewłaściwe zachowanie lub język mogą skutkować natychmiastowym zakończeniem wizyty wideo z ostrzeżeniem lub bez. Wszystkie przyszłe przywileje dotyczące wideo i wizyt osobistych mogą zostać zawieszone w zależności od powagi naruszenia. Każda wizyta niestacjonarna w pozycji siedzącej zostanie zakończona. Korzystanie z wizyty wideo i akceptacja zasad oznacza zgodę na nagranie wizyty wideo zarówno w formie audio, jak i wideo. Przywileje prawnika/klienta nie mają zastosowania do wizyt wideo. WSZYSTKIE WIZYTY SĄ REJESTROWANE. W przypadku wizyt wideo obowiązują zasady dotyczące ubioru. Zakończenie wizyty lub utrata uprawnień do odwiedzin dotyczy wizyt wideo i wizyt osobistych.


• Wizyty wideo nie będą planowane w godzinach 14:30–16:30 ze względu na instytucjonalne procedury liczenia.

• Strażnik lub Zastępcy Strażnika mogą w dowolnym momencie dodatkowo ograniczyć lub ograniczyć wizyty ze względu na dostępność miejsca i personelu, sytuacje kryzysowe instytucjonalne, blokady i jakikolwiek rozsądny okres po ich zakończeniu lub z powodu naruszenia prawa stanowego lub federalnego bądź zasad wydziału przez Osobę w areszcie lub jako gość.

ZASADY WIZYTY WIDEO I ZACHOWANIA OGRANICZONE


1. Zabronione jest nagrywanie lub filmowanie wizyty wideo przez odwiedzającego, uczestnika lub osobę trzecią.

2. Osoba wideowizytowa przez cały czas trwania wideowizyty musi pozostać w pozycji siedzącej i nieruchomej. Wizyta nie może odbywać się mobilnie, żadnym środkiem transportu.

3. Zabronione jest przesuwanie widoku lub zmiana kąta kamery.

4. Niedopuszczalne jest przyłączanie się innej osoby do wizyty lub prowadzenie rozmowy przed kamerą po zakończeniu zameldowania.

5. Zabrania się pokazywania jakiejkolwiek nagości, w tym karmienia piersią.

6. Palenie (papierosów, fajki, e-papierosów itp.) jest zabronione.

7. Zabronione są zachowania lub działania o charakterze seksualnym.

8. Zabronione jest eksponowanie jakiejkolwiek broni, narkotyków, alkoholu i podobnych akcesoriów.

9. Wyświetlanie jakichkolwiek materiałów wideo lub pisemnych (programów telewizyjnych, filmów, odręcznych notatek, kartek, książek, czasopism itp.) jest zabronione.

10. Zabroniona jest działalność lub wyświetlanie grafik lub akcesoriów związanych z jakąkolwiek grupą zagrożeń bezpieczeństwa.

11. Zabronione jest działanie niezgodne z prawem lub przedstawianie działań niezgodnych z prawem.

12. Podczas wszystkich wizyt w obiekcie obowiązuje Kodeks Ubioru Gościa, którego należy bezwzględnie przestrzegać.

13. Aby móc skorzystać z wideowizyty, osoby przebywające w areszcie muszą być ubrane w strój państwowy.


\*\*Żadne z wymienionych powyżej zachowań objętych ograniczeniami nie będzie tolerowane. W przypadku nieprzestrzegania zasad wizyty wideo zostaną zakończone. Przyszłe wizyty wideo i osobiste będą odrzucane, jeśli obie strony nie będą przestrzegać zasad określonych powyżej.


\*\* Należy pamiętać, że każda wizyta z Osobą przebywającą w areszcie, która dopuściła się niewłaściwego zachowania, może skutkować dochodzeniowym raportem dyscyplinarnym (IDR), a także zakończeniem wszystkich przyszłych wizyt wideo i osobistych.

• Wszystkie filmy są nagrywane i monitorowane przez funkcjonariusza.

• Wizyty wideo będą dozwolone wyłącznie dla osób przebywających w areszcie w klasie A lub B.

• Aby rozpocząć wizytę wideo, odwiedzający będą meldować się za pośrednictwem specjalisty ds. monitorowania i muszą zgłosić się na wizytę wideo (z maksymalnie 10-minutowym wyprzedzeniem) przed rozpoczęciem wizyty. Gość musi przedstawić 2 dokumenty tożsamości. Podstawowym dokumentem tożsamości musi być dokument ze zdjęciem. Jeśli w cenę zakwaterowania wliczone są osoby niepełnoletnie, podczas zameldowania należy okazać akt urodzenia.

• Odwiedzający muszą zarejestrować się na ILDOC.GTLVISITME.COM i podać ważny adres e-mail. Przed zaplanowaniem wizyt goście muszą zostać zatwierdzeni przez Koordynatora ds. gości.

• Akty urodzenia i/lub formularze odwiedzin osób nieletnich, w przypadku osób niepełnoletnich objętych wszystkimi wizytami wideo, należy z wyprzedzeniem przesłać do placówki do wiadomości „Koordynatora gości", zanim jakakolwiek wizyta będzie mogła zostać zatwierdzona w przypadku osób nieletnich.

- Jeśli członkowie najbliższej rodziny lub przyjaciele mają przestępstwa i/lub historię kryminalną, będą musieli napisać do zastępcy naczelnika ds. programów i poprosić o zgodę na wizytę.

- Osoby odwiedzające wideo, w tym osoby niepełnoletnie, muszą zostać zatwierdzone i znajdować się na liście wizyt osób przebywających w areszcie.

- Ceny wizyt wideo wynoszą 3,20 USD za 20 minut. Wszystkie opłaty pokrywa odwiedzający.

- Odwiedzający mają obowiązek przeczytać i zaakceptować zasady dotyczące wizyt IDOC przed zaplanowaniem wizyty.

- Koordynator Wizytacji nie jest odpowiedzialny za planowanie wizyt Osób przebywających pod opieką.

- Gość wybierze datę i godzinę wizyty wideo. Przepustki telefoniczne są wydawane dla Osoby przebywającej pod opieką na podstawie daty i godziny zaplanowanej przez odwiedzającego.

- Wszystkie wizyty wideo muszą zostać odwołane co najmniej czterdzieści osiem (48) godzin przed rozpoczęciem wizyty. Jeśli nie pojawisz się i nie zgłosisz się na wizytę wideo, zostaniesz uznany za nieobecnego.


Zwroty kosztów płatnych wizyt: 48 godzin wcześniej 100% zwrotu

     24 - 47 godzin wcześniej 50% zwrotu

Poniżej 24 godzin wcześniej BEZ ZWROTU


Nie zostaną zwrócone żadne pieniądze za wizyty przerwane z powodu niewłaściwego zachowania, nieodpowiedniego ubioru lub jakiegokolwiek innego naruszenia zasad. Pełny zwrot kosztów zostanie przyznany za wizyty odwołane przez placówkę, które nie są spowodowane przez jakąkolwiek Osobę przebywającą pod opieką lub naruszeniem(-ami) gości.

OSOBA INDYWIDUALNA W USŁUGACH DEPOZYTOWYCH


Uwaga: osoby przebywające w areszcie mogą otrzymywać pieniądze za pośrednictwem J-Pay lub Western Union, Global Tel Link lub Money Gram Express. Oczekuje się, że wszystkie środki wysłane za pośrednictwem J-pay, Global Tel Link i Western Union zostaną przelane na rachunek osób fizycznych znajdujących się pod opieką w ciągu 24–48 godzin roboczych. Money Gram Express zostanie przelany na konto osoby fizycznej in Custody w ciągu 72–96 godzin roboczych. Otrzymanie środków wysłanych w ramach przeniesienia osoby przebywającej pod opieką między placówkami może zająć więcej czasu.


- J-pay: Można się z nim skontaktować pod numerem telefonu 1-800-574-5729 lub można go wypełnić online przez rodzinę i przyjaciół na stronie www.jpay.com. Osoby przebywające w placówce opiekuńczej mogą otrzymywać przekazy pieniężne wyłącznie za pośrednictwem J-Pay. Przekaz pieniężny musi zostać wysłany wraz z dowodem wpłaty do skrytki depozytowej i musi zawierać imię i nazwisko osoby

przebywającej pod opieką, numer IDOC oraz nazwę i adres nadawcy. Przekazy pieniężne należy wystawić na adres: J-pay, Inc. i przesłać wraz z dowodem wpłaty na adres 12864 Biscayne Blvd. Suite 243 Miami, FL 33181. Dowody wpłaty można uzyskać pod następującym linkiem: https://www.jpay.com/moneyorder.aspx

• Western Union: Można się z nim skontaktować pod numerem telefonu 1-800-325-6000 lub można go wypełnić online przez rodzinę i przyjaciół na stronie www.westernunion.com lub w dowolnym miejscu, korzystając z formularza szybkiego odbioru. Kod miasta to ILDOC, a kod stanu to IL.

• Przekazy pieniężne: Można je realizować w placówkach przy użyciu formularza płatności Blue Money Gram Express. Należy użyć wymaganego kodu odbiorczego: 7364.

• Global Tel-Link Connect: Można się z nim skontaktować telefonicznie pod numerem 1-888-988-4768 lub można to zrobić online na stronie www.connectnetwork.com. Osoba dzwoniąca musi znać numer identyfikacyjny osoby przebywającej pod opieką, imię i nazwisko osoby przebywającej pod opieką, datę urodzenia osoby przebywającej pod opieką, numer identyfikacyjny placówki nr 169 (dotyczy wszystkich lokalizacji IDOC). Wszelkie pytania dotyczące obsługi klienta prosimy dzwonić pod numer 1-877-650-4249.

SECURUS, INC. (system telefoniczny)

Securus Technologies umożliwia osobom przebywającym pod opieką deponowanie środków na istniejących kontach przyjaciół i rodziny.

Poniżej znajdują się wymagania dotyczące tej usługi:

• Na czeku należy podać liczbę znajomych i członków rodziny.

• W przypadku dodawania środków na więcej niż jeden numer należy podać kwotę

    kwoty pieniędzy, która zostanie zdeponowana na dany numer.

• Jeżeli powyższe nie będzie przestrzegane, czek zostanie zwrócony do placówki.

W ŻADNYM PRZYPADKU OSOBA OSOBOWA POD OPIEKĄ NIE MOŻE OTWIERAĆ KONTA ZNAJOMEMU I/LUB CZŁONKOWI RODZINY.

**PROSZĘ ZANOTOWAĆ**

Aby móc skorzystać ze środków konieczne jest założenie konta. Jeśli znajomy lub członek rodziny tego nie robi

masz już konto w Securus. Prosimy, aby skontaktowali się z Działem Obsługi Klienta Securus pod adresem:

Usługi rozliczeniowe firmy SECURUS (CBS) pod adresem:

1-800-844-6591

W nowym systemie jako identyfikator dzwoniącego wyświetli się następujący numer: 1-866-718-4777

Prosimy o przesyłanie wpłat na adres:

Usługi rozliczeniowe Securus Correctional Billing Services

Skrytka pocztowa 650757

Dallas, Teksas 75265-0757

Frequently Asked Questions in Polish

Kiedy pójdę do HCU, B of I i Property? Pojedziesz do HCU wieczorem, kiedy tu dotrzesz. Do B of I i Clothing pojedziesz następnego dnia, chyba że będzie to piątek. Jeśli przyjedziesz w piątek, pojedziesz w następny poniedziałek. Udasz się do Personal Property w ciągu 24-48 godzin od przybycia.

Adres pocztowy? 3820 E. Main St. Danville, IL 61834

Gdzie należy zwrócić pocztę wychodzącą? Cała poczta wychodząca trafia do dużej skrzynki oznaczonej „POCZTA", znajdującej się pomiędzy dwojgiem drzwi przy wejściu/wyjściu z lokalu mieszkalnego. Skargi będą umieszczane w skrzynce oznaczonej „SKARGI", która znajduje się obok skrzynki z napisem „Poczta".

Kiedy otrzymam numer PIN? Jeśli jest dostępny, otrzymasz go wraz z instrukcją orientacyjną, w przeciwnym razie wyśle Ci go doradca.

Kiedy jest komisarz? Komisarz pracuje według stałego harmonogramu rotacji. Nie ma określonych dni na zakupy. Paski komisowe są zazwyczaj rozdawane dzień przed zrobieniem zakupów, a nie wcześniej. Przed zrobieniem zakupów należy wypełnić odcinek rozliczeniowy. Kiedy oddajesz swój odcinek komisarza i dowód tożsamości kandydata, upewnij się, że nic nie jest do niego dołączone.

Po jakim czasie pieniądze dotrą do placówki? Przetworzenie przesłanych pieniędzy zajmuje 1–2 dni. Jeśli zostałeś przeniesiony z innego więzienia, zajmie to zazwyczaj 4–6 tygodni.

Jaki jest harmonogram prania? Harmonogram prania wywieszony jest obok pralni. Koce są prane raz w miesiącu i wysyłane do Pralni. Zostaną odebrane przez funkcjonariuszy/tragarzy i zwrócone po oczyszczeniu.

Kiedy jest siłownia/podwórko? Harmonogramy zajęć w siłowni i na podwórku są wywieszone na skrzydle. ZAWSZE musisz mieć przy sobie swój Arkusz Aktywności (biały arkusz). Nowe arkusze ćwiczeń są rozdawane w soboty. Jeśli masz GYM 1 w swoim arkuszu ćwiczeń, możesz uczęszczać do GYM tylko podczas zmiany 7-3. Jeśli masz GYM 2, możesz uczęszczać na siłownię tylko podczas zmiany 3-11.

Jak mogę się ostrzyc? Salon Fryzjerski czynny jest od poniedziałku do piątku w godzinach 8:15 – 10:00 oraz 11:15 – 14:00.

☐ Wyślij prośbę pocztą instytucjonalną do salonu fryzjerskiego, aby poprosić o strzyżenie

☐ Osoby przebywające w areszcie muszą posiadać dowód osobisty, aby móc się ostrzyc

☐ Osoby przebywające w areszcie mogą otrzymać tylko jedną (1) fryzurę na trzydzieści (30) dni

☐ Osoby przebywające w areszcie muszą stawić się u fryzjera w wyznaczonym czasie

☐ Po przybyciu na miejsce należy udać się do pierwszego dostępnego fotela fryzjerskiego

☐ Brak zgłoszenia może skutkować odwołaniem wizyty

☐ Nie będzie żadnych spotkań bezpośrednich, chyba że zostanie to zatwierdzone przez kierownika zmiany lub osobę wyższą

IDOC.Illinois.gov

Click "family" or tab on Top

the Click and Seci visitation Rules and information

Pożyczki państwowe? Musisz wysłać kupon do Personal Property. Musisz być biedny (brak pieniędzy w księgach). Po sprawdzeniu, czy jesteś osobą niezamożną, zostaniesz umieszczony na liście oczekujących (tylko dla telewizorów i fanów). Bądź cierpliwy, ponieważ ilość jest ograniczona.

Płaca państwowa? Wynagrodzenie stanowe jest zwykle dodawane do Twoich ksiąg 15 dnia każdego miesiąca.

Wezwanie lekarskie (HCU) i stomatologiczne? Jeśli potrzebujesz wizyty u lekarza lub dentysty, wypełnij wniosek z informacją o wezwaniu lekarskim i wyślij go pocztą.

Kiedy jest pokój dzienny? Harmonogram jest wywieszony na skrzydle.

A co z Kościołem? Wyślij formularz zgłoszeniowy do kapelana, a on poinformuje Cię o godzinie nabożeństw. Po zatwierdzeniu zobaczysz go w swoim arkuszu aktywności.

Dowód osobisty? Zawsze musisz mieć przy sobie dowód osobisty. Należy go nosić na najbardziej zewnętrznej części garderoby i po lewej stronie.

Program wymiany maszynek do golenia? Będziesz mógł posiadać maksymalnie 3 maszynki do golenia w danym momencie. Musisz oddać 3 maszynki do golenia w komisariacie więźnia, aby otrzymać 3 nowe. Jeśli po przyjeździe nie otrzymałeś maszynki do golenia, napisz odzież, a oni sprawdzą, a następnie dostarczą.

Poduszki? Otrzymasz jeden na odzież. Jeśli jest dostępna, możesz kupić poduszkę w Commissary. Należy zachować paragon, aby pokazać dowód zakupu.

Ruch? Na chodnikach i chodnikach nie jest dozwolone poruszanie się w parach, nie pozostawanie z tyłu, krzyczenie ani plucie. Trzymaj się chodnika, nie przecinaj trawy.

Lista odwiedzin – możesz co miesiąc oddawać listę odwiedzin, tylko osoby znajdujące się na aktualnej liście będą mogły ją odwiedzać, jeśli zostaną zatwierdzone.

Lista telefonów-

Możesz przesłać tylko 1 na 30 dni. Gdy doradca przetworzy listę telefonów, zostanie ona przekazana firmie Securus. Przetworzenie i dodanie numerów do Twojej listy zajmuje im około 1 miesiąca. Jeśli chcesz uzyskać kopię zatwierdzonych numerów telefonów, poproś o to swojego doradcę domowego. Zajmie to kilka tygodni, ale zostanie wysłany do Ciebie pocztą instytucjonalną.

Przykład – jeśli prześlesz listę telefonów 5 października. Kolejnego można przesłać do 5 listopada.

EDSC –

Każdy pracownik tej placówki jest automatycznie sprawdzany pod kątem EDSC po przebyciu 60 dni w DOC i upłynięciu 30 miesięcy od osiągnięcia MSR. Osoby przebywające w areszcie, uprawnione do przyznania EDSC, mogą zostać wybrane do otrzymania tego zaliczenia według wyłącznego UZNANIA dyrektora. NIE MA uprawnienia do tego kredytu. Jeśli zostanie Ci przyznany czas, otrzymasz nowy arkusz kalkulacyjny z Biura Aktu.

Szkoła -

Jeśli chcesz zapisać się na zajęcia, musisz napisać „Edukacja". Lista oczekujących jest uzupełniana do dnia MSR.

Oferty pracy -

Kiedy się tu przeniesiesz, automatycznie uruchomi się dla Ciebie arkusz głosowania. Ukończenie może zająć kilka miesięcy. Twój doradca domowy może Ci powiedzieć, czy sprawa została ukończona, czy nie. Bądź cierpliwy, ponieważ musi to zostać sprawdzone przez kilka różnych działów. Ponownie proces ten może zająć kilka miesięcy.

Blok konstrukcyjny –

Możesz otrzymać wniosek od swojego doradcy w godzinach pracy świetlicy. Po wypełnieniu wniosek zostanie przekazany, a Ty zostaniesz umieszczony na liście oczekujących. Przeprowadzisz rozmowę kwalifikacyjną, aby sprawdzić, czy nadajesz się do programu. To, że się zgłosisz, nie oznacza, że zostaniesz przeniesiony do tego skrzydła, gdzie będziesz mógł wziąć udział.

Skrzydło ponownego wejścia –

Znajduje się on pod adresem 4B. Musisz otrzymać wniosek od swojego doradcy w godzinach pracy świetlicy (jest to wniosek odrębny od modułu konstrukcyjnego). Proces jest taki sam jak element konstrukcyjny, z tą różnicą, że MUSISZ BYĆ 12 MIESIĘCY LUB MNIEJ OD DATY MSR. Jeśli się kwalifikujesz, zdobywasz dobry czas za uczestnictwo na tym skrzydle. To, że się zgłosisz, nie oznacza, że zostaniesz przeniesiony do tego skrzydła, gdzie będziesz mógł wziąć udział.

Transfery –

Zanim złożysz wniosek o przeniesienie, musisz przebywać w ośrodku więziennym w Danville przez 6 miesięcy. Jeśli zdecydujesz się na przeniesienie, niezależnie od tego, czy zostanie ono zatwierdzone/odrzucone, będzie to jedyny przelew, jaki możesz złożyć na następny rok.