IN THE
<u>United States District Court</u>
<u>OF The Southern District of Illinois</u>

<u>Leszek Pawelkowski</u>,    )
   Plantiff                 )
                            )
                            )
         VS                 )    Case Number <u>3:24-cv-01445-SPM</u>
<u>Lawrence C.C., Administration</u>,  )
<u>Wexford Medical staff, Et AL</u>.   )
         Defendents,        )

## NOTICE OF FILING

I, <u>Leszek Pawelkowski</u>, under penalty of perjury pursuant to 28 U.S.CA. 1746 and 18 U.S.C.A 1621, I hereby state that I sent the following document(s):
<u>Supplemental Grievances / Exhibits 6 Pages</u>

on this date, <u>9 / 11 / 24</u>:
( ) by U. S. Postal Mail (Prepaid postage)
(X) by E-filing

Served upon:
( ) U.S. District Clerk Office of Jurisdiction
(X) Opposing counsel: _____

So stated,

/s/ <u>Leszek Pawelkowski</u>

Printed Name: <u>Leszek Pawelkowski</u>
Offender I.D. # <u>Y31510</u>
Danville Correctional Center
3820 E. Main Street
Danville, IL 61834

1

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** PAWELKOWSKI (Last Name)   LESZEK (First Name)   MI   Y31510 (ID#)

**Facility:** DANVILLE

☒ Grievance: Facility Grievance # (if applicable) _____   Dated: 4-8-24   or ☐ Correspondence: Dated: _____

Received: 7-22-24   Regarding: Unable to properly determine the nature of the grievance due to the language it is written in.

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☒ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): While the nature of the grievance cannot be determined, it is evident that the grievance failed to go through the proper process, as there are no responses from the counselor, G/O, and CAO as required by DR504(F).

Completed by: Clayton Stephenson (Print Name)   Signature   8-2-24 (Date)

Distribution: Individual in Custody
Administrative Review Board

*Printed on Recycled Paper*

DOC 0070 (Rev. 9/2023)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** PAWELKOWSKI (Last Name)   LESZEK (First Name)   MI   Y31510 (ID#)

**Facility:** DANVILLE

☒ Grievance: Facility Grievance # (if applicable) 05-23-079   Dated: 5-9-23   or ☐ Correspondence: Dated: _____

Received: 5-15-24   Regarding: Unable to determine. Grievance is written in what appears to be Polish. Grievant told facility staff that the grievance has to do with medical diets.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): Outside the 30-day time frame to appeal the grievance to the ARB as outlined in DR504(F).

Completed by: Clayton Stephenson (Print Name)   Signature   6-6-24 (Date)

Distribution: Individual in Custody
Administrative Review Board

*Printed on Recycled Paper*   DOC 0070 (Rev. 9/2023)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** PAWELKOWSKI (Last Name)   LESZEK (First Name)   MI ___   **ID#** Y31510

**Facility:** DANVILLE

☒ Grievance: Facility Grievance # (if applicable) 04-23-255   Dated: 4-6-23   or ☐ Correspondence: Dated: _____

Received: 5-15-24   Regarding: Unable to determine. Grievance is written in what appears to be Polish. Grievant told facility staff they did not have time to verbally state to staff, in English, what grievance was about.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): Outside the 30-day time frame to appeal the grievance to the ARB as outlined in DR504(F).

**Completed by:** Clayton Stephenson (Print Name)   Signature   **Date:** 6-6-24

Distribution: Individual in Custody
Administrative Review Board

*Printed on Recycled Paper*   DOC 0070 (Rev. 9/2023)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** PAWELKOWSKI (Last Name)   LESZEK (First Name)   MI ___   Y31510 (ID#)

**Facility:** DANVILLE

☒ Grievance: Facility Grievance # (if applicable) 04-23-257   Dated: 4-13-23   or ☐ Correspondence: Dated: _____

Received: 5-15-24   Regarding: Unable to determine. Grievance is written in what appears to be Polish. Grievant told facility staff they did not have time to verbally state to staff, in English, what grievance was about.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): Outside the 30-day time frame to appeal the grievance to the ARB as outlined in DR504(F).

Completed by: Clayton Stephenson (Print Name)   [Signature]   6-6-24 (Date)

Distribution: Individual in Custody
             Administrative Review Board

*Printed on Recycled Paper*   DOC 0070 (Rev. 9/2023)

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** PAWELKOWSKI (Last Name)   LESZEK (First Name)   MI   Y31510 (ID#)

**Facility:** DANVILLE

☒ **Grievance:** Facility Grievance # (if applicable) _____   Dated: 4-4-24 4-5-24   or ☐ **Correspondence:** Dated: _____

**Received:** 7-22-24   **Regarding:** Unable to properly determine the nature of the grievance due to the language it is written in.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☒ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): While the nature of the grievance cannot be determined, it is evident that the grievance failed to go through the proper process, as there are no responses from the counselor, G/O, and CAO as required by DR504(F).

**Completed by:** Clayton Stephenson (Print Name)   Signature   8-2-24 (Date)

**Distribution:** Individual in Custody, Administrative Review Board

*Printed on Recycled Paper*

DOC 0070 (Rev. 9/2023)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** PAWELKOWSKI (Last Name)   LESZEK (First Name)   MI   Y31510 (ID#)

**Facility:** DANVILLE

☒ Grievance: Facility Grievance # (if applicable) _____   Dated: 4-10-24   or ☐ Correspondence: Dated: _____

**Received:** 7-22-24   **Regarding:** Unable to properly determine the nature of the grievance due to the language it is written in.

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☒ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☒ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): While the nature of the grievance cannot be determined, it is evident that the grievance failed to go through the proper process, as there are no responses from the counselor, G/O, and CAO as required by DR504(F).

**Completed by:** Clayton Stephenson (Print Name)   Signature   8-2-24 (Date)

Distribution: Individual in Custody
Administrative Review Board

*Printed on Recycled Paper*   DOC 0070 (Rev. 9/2023)

# ⌐ LOEVY + LOEVY

January 25, 2024

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via USPS Mail*
Leszek Pawelkowski Y31510
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

*Re: Your request for legal representation*

Leszek:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys _immediately_ to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy