UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Leszek Pawelkowski,

        Plaintiff,

v.

Carissa Luking, et al.,

        Defendant.

No. 3:24-cv-01445-RJD

Honorable Judge Reona J. Daly

## ANSWER OF DEFENDANT CARISSA LUKING TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Carissa Luking, by and through her attorneys, CASSIDAY SCHADE LLP, and for her Answer to Plaintiff's Complaint (Doc. 1) as modified by this Courts Memorandum and Order of January 13, 2025 (Doc. 14), Administrative Order 244, and Local Rule 8.2, and states as follows:

### COUNTS

In its Merit Review Order (Doc. 14), the Court designated the allegations in Plaintiff's Complaint (Doc. 1) into one count, delineated as follows:

**Count 1:**    Eighth Amendment deliberate indifference claim against Carissa Luking and Nurse Practitioner Wise for denying and delaying medical care to Plaintiff.

**ANSWER:**    Defendant admits that she was employed by Wexford Health Sources, Inc Since February 2022. Defendant admits that Plaintiff had certain diseases and conditions and received certain care and treatment as more fully and completely reflected in his medical and mental health records. Defendant denies violating Plaintiff's 8th Amendment rights and denies all allegations of deliberate indifference. Count 1 contains allegations not directed at this Defendant and to which this Defendant offers no answer or response. In the event the

allegations directed at another defendant are construed against this Defendant, they are denied.

## RELIEF REQUESTED

Defendant denies Plaintiff is entitled to the relief requested.

## JURY DEMAND

Defendant requests a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

1. To the extent that the Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claims are barred by the Prison Litigation Reform Act.

2. To the extent that Plaintiff has failed to appropriately disclose his litigation history to this court, Plaintiff's claims are subject to dismissal pursuant to the requirements of the Prison Litigation Reform Act.

3. To the extent that Plaintiff has failed to state a claim upon which relief can be granted, Plaintiff's claims are barred by the Federal Rules of Civil Procedure.

4. Further pleading and for its affirmative defense, Defendant states that Plaintiff has failed to mitigate his damages.

WHEREFORE Defendant, Carissa Luking, having fully answered Plaintiff's Complaint (Doc. 1), as modified by this Court's Memorandum and Order of January 13, 2025 (Doc. 14) and Administrative Order 244 and Local Rule 8.2, respectfully requests this Court enter an Order Dismissing Plaintiff's Complaint and for such other and further relief as deemed just and proper.

                                              Respectfully submitted,

                                              CASSIDAY SCHADE LLP

                                        By:   /s/ Faris S. Mustafa
                                                    One of the Attorneys for
                                                    Carissa Luking, NP

Faris S. Mustafa
MO Bar No. 73233
CASSIDAY SCHADE LLP
100 North Broadway
St. Louis, MO 63102
(314) 241-1377
fmustafa@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, MO, with proper postage prepaid, on March 14, 2025. Under penalties as provided by law, I certify that the statements set forth herein are true and correct:

**PRO SE/LEGAL MAIL**
Leszek Pawelkowski, Y31510
Danville Correctional Center
3820 East Main Street
Danville, IL 61834

/s/ Faris S. Mustafa