IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LESZEK PAWELKOWSKI, Y31510,  )
        Plaintiff,  )
v.  )
   )  Case No. 24-cv-1445-RJD
CARISSA LUKING and MELISSA WISE,  )
        Defendants.  )

### PLAINTIFF'S OBJECTION TO [DOC 32], SECTION II(A) INITIAL DISCLOSURE & PRETRIAL FILINGS

NOW COMES Plaintiff, LESZEK PAWELKOWSKI, pro se, in the above-entitled case, pursuant to U.S.C. Section 1983, order and Federal Rule of Civil Procedure 26(a)(1)(B)(10) and moves in this Honorable Court for an order to find Plaintiff is exempt from initial disclosure and strike Section II(A) of [Doc 32] order, and in support respectfully states the following:

1) That the Plaintiff is without an attorney being unable to hire one as this court has denied recruitment assistance of counsel.
2) That the Plaintiff does not read nor write English, but only speaks and understands minimal English.
3) That Plaintiff is in State custody at Danville Correctional Center and thus receives legal assistance limited to one & a Half hours at the law library once a week, and that law library supervisors lack the ability to assist Plaintiff fully.
4) That Plaintiff struggled for several weeks just to find assistance to write and type this letter amongst individuals in custody in a correct way to this Honorable Court.

For the above reasons, Plaintiff urges this Honorable Court to appoint him counsel.

State of: Illinois
County of: Vermilion
The foregoing instrument was acknowledged before me 15 day of May, 2025
[signature] Your Name Here, Notary Public
My Commission Expires _____

DOUGLAS CLARK
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 17, 2027

Respectfully submitted,

Leszek Pawelkowski Y31510

Danville Correctional Center
3820 East Main Street
Danville, IL 61834

Leszek Pawelkowski Y31510