UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESZEK PAWELKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>LAWERENCE CORRECTIONAL CENTER ADMINISTRATION, WEXFORD MEDICAL STAFF, ET AL.,<br><br>Defendant. | No. 3:24-cv-01445-RJD<br><br>Magistrate Judge Reona J. Daly |

**MOTION FOR EXTENSION OF TIME**

NOW COMES the Defendant, Carissa Luking, NP and Melissa Wise, NP, by and through their attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their Motion for Extension of Time, stating as follows:

1. Plaintiff, an inmate in the Illinois Department of Corrections, filed this instant § 1983 lawsuit on June 5, 2024. [Doc. 1].

2. On January 13, 2025, the Court entered a Merit Review Order [Doc. 14]. On April 25, 2025, the Court entered a Scheduling Order [Doc. 32] setting June 27, 2025, as the deadline to file a Motion for Summary Judgment on the Issue of Exhaustion.

3. Defendants have subpoenaed Plaintiff's grievance records for the relevant time from the Administrative Review Board ("ARB") and Danville Correctional Center, which total in excess of 1,200 pages. Defendants have diligently reviewed such records and intend to file a Motion for Summary Judgment on the Issue of Exhaustion but are requesting a brief extension of time of fourteen (14) days so that Defendants' motion is due on or by July 11, 2025.

4. Defendants are requesting this extension to obtain business record affidavits from the Administrative Review Board and Danville Correctional Center. While Defendants sent a

blank business records affidavit with their subpoena requests to the ARB and Danville to be completed by the appropriate custodian, it was returned blank with the records received from the ARB and Danville Correctional Center.

5.  This motion for extension of time is made for the purpose of obtaining such business records affidavits from the appropriate custodian at the ARB and Danville and is not made with any purpose to delay this litigation. This brief, fourteen-day, extension would not prejudice Plaintiff.

WHEREFORE the Defendants, Carissa Luking, NP and Melissa Wise, NP, respectfully request this Court enter an Order granting Defendants' Motion for Extension of Time, setting the deadline for Defendants Motion on or before July 11, 2025, and for such other and further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Faris Mustafa
     One of the Attorneys for
     Carissa Luking, NP and
     Melissa Wise, NP

Timothy P. Dugan (ARDC No. 6271610)
Faris S. Mustafa (MO Bar No. 73233)
CASSIDAY SCHADE LLP
100 North Broadway
St. Louis, MO 63102
(314) 241-1377
tdugan@cassiday.com
fmustafa@cassiday.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2025, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all counsel of record. I also hereby certify that a true and correct copy of the foregoing Motion for Extension of Time was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, MO, with proper postage prepaid, before the hour of 5:00 p.m., on June 26, 2025. Under penalties as provided by law, I certify that the statements set forth herein are true and correct:

    **PRO SE/LEGAL MAIL**
    Leszek Pawelkowski, Y31510
    Danville Correctional Center
    3820 East Main Street
    Danville, IL 61834

                                                        /s/ Faris Mustafa