**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

LESZEK PAWELKOWSKI #Y31510,    )
                                    )
     Plaintiff,    )
                                      )
-vs-    )    Case No.24-cv-1445-RJD
                                      )
CARISSA LUKING, et al.,    )
                                      )
     Defendants,    )

**MOTION TO WITHDRAW DEFENDANT'S**
**AFFIRMATIVE DEFENSE OF EXHAUSTION**

NOW COMES the Defendant, LORIE CUNNINGHAM, by and through her attorney, KWAME RAOUL, Attorney General for the State of Illinois, and hereby moves to withdraw her affirmative defense of failure to exhaust administrative remedies, stating as follows:

1.  The undersigned advises the Court that the Defendant withdraws her affirmative defense of failure to exhaust administrative remedies as it pertains to the claims set forth in Plaintiff's Amended Complaint [Doc. 51] and asserted in Defendant's Answer and Affirmative Defenses [Doc. 72].

2.  Upon further investigation and inspection of documents received from the Illinois Department of Corrections, it appears that Plaintiff may have exhausted his administrative remedies with regard to the allegations set forth in his Complaint as it pertains to this Defendant.

WHEREFORE, for the above reasons, Defendant respectfully requests this Honorable Court grant her Motion to Withdraw Defendant's Affirmative Defense of Exhaustion.

Respectfully submitted,

LORIE CUNNINGHAM,

    Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

    Attorney for Defendant,

Tara M. Barnett #6327008
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone (618) 236-8784
Fax: (618) 236-8620
E-Mail: tara.barnett@ilag.gov
& gls@ilag.gov

BY:    s/Tara M. Barnett
        Tara M. Barnett #6327008
        Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

LESZEK PAWELKOWSKI #Y31510,    )
                                                                  )
      Plaintiff,                                 )
                                                                  )
-vs-                                                           )    Case No.24-cv-1445-RJD
                                                                  )
CARISSA LUKING, et al.,                        )
                                                                  )
      Defendants,                            )

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2026 the foregoing document, *Motion to Withdraw Defendant's Affirmative Defense of Exhaustion*, was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Gayle M Horn           gayle@loevy.com
Mariusz K Zatorski      mar.zatorski@gmail.com
Timothy Dugan         tdugan@cassiday.com
Farius Mustafa         fmustafa@cassiday.com

                                      s/Tara M. Barnett
                                      Tara M. Barnett #6327008
                                      Assistant Attorney General
                                      201 West Pointe Dr. Suite 7
                                      Swansea, IL 62226
                                      Phone: (618) 236-8784
                                      Fax: (618) 236-8620
                                      E-Mail: tara.barnett@ilag.gov
                                      & gls@ilag.gov